WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax:    415-553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | CASE NO. <br><br> **[PROPOSED] TEMPORARY RESTRAINING ORDER** |

| | |
|---|---|
| BREE BERNWANGER* (NY SBN 5036397) | MARTIN S. SCHENKER (SBN 109828) |
| bbernwanger@lccrsf.org | mschenker@cooley.com |
| TIFANEI RESSL-MOYER (SBN 319721) | COOLEY LLP |
| tresslmoyer@lccrsf.org | 101 California Street, 5th Floor |
| HAYDEN RODARTE (SBN 329432) | San Francisco, CA 94111 |
| hrodarte@lccrsf.org | Telephone: (415) 693-2000 |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA | Facsimile: (415) 693-2222 |
| 131 Steuart St #400 | TIMOTHY W. COOK (Mass. BBO# 688688)* |
| San Francisco, CA 94105 | tcook@cooley.com |
| Telephone: (415) 814-7631 | FRANCISCO M. UNGER (Mass. BBO# 698807)* |
| | funger@cooley.com |
| JUDAH LAKIN (SBN 307740) | COOLEY LLP |
| judah@lakinwille.com | 500 Boylston Street |
| AMALIA WILLE (SBN 293342) | Boston, MA 02116 |
| amalia@lakinwille.com | Telephone: (617) 937-2300 |
| LAKIN & WILLE LLP | Facsimile: (617) 937-2400 |
| 1939 Harrison Street, Suite 420 | |
| Oakland, CA 94612 | |
| Telephone: (510) 379-9216 | |
| Facsimile: (510) 379-9219 | |
| | |
| JORDAN WELLS (SBN 326491) | |
| jwells@aclusocal.org | |
| STEPHANIE PADILLA (SBN 321568) | |
| spadilla@aclusocal.org | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA | |
| 1313 West Eighth Street | |
| Los Angeles, CA 90017 | |
| Telephone: (213) 977-9500 | |
| Facsimile: (213) 977-5297 | |

*Attorneys for Petitioners-Plaintiffs*
*Motion for Admission *Pro Hac Vice* Forthcoming

**[PROPOSED] ORDER**

Upon review of Plaintiffs-Petitioners' Motion for Temporary Restraining Order, the Class Petition for Habeas Corpus and Class Complaint for Declaratory and Injunctive Relief, all supporting exhibits, and any response filed by Defendants, Plaintiffs' Motion for Temporary Restraining Order is GRANTED. Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Civil L. R. 65-1, the Court orders as follows:

**TEMPORARY RESTRAINING ORDER**

The Court concludes that Plaintiffs-Petitioners have met their burden of showing: (1) a likelihood of success on the merits of their claim under the Due Process Clause of the Fifth Amendment; (2) that the continued detention of Class members under current conditions of detention at Mesa Verde ICE Processing Facility and the Yuba County Jail is causing and will cause irreparable harm to Class members absent a temporary restraining order; (3) that the balance of equities weighs in Plaintiffs-Petitioners' favor; and (4) that the public interest favors granting the motion. Accordingly, a temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and the inherent equitable powers of this Court is warranted.

1. The Court HEREBY DECLARES that conditions of confinement for all members of the provisionally certified class, namely, all individuals held as detainees of United States Immigration and Customs Enforcement (ICE) at the Mesa Verde ICE Processing Facility and the Yuba County Jail, are currently unconstitutional under the Fifth Amendment because they do not permit social distancing as necessary to minimize the risk of infection with COVID-19.

2. It is hereby ORDERED THAT:
    a. Within 72 hours from the date of this Order, Defendants shall obtain from every member of the provisionally certified class the address at which they would reside if released and contact information for a responsible adult with whom they would reside at that location, if any, using Form A, attached hereto as Exhibit A;

b. Within 72 hours from the date of this Order, Defendants shall begin providing the Court and Plaintiffs' counsel with the information obtained pursuant to the preceding paragraph, as well as the following information about each individual currently detained at Mesa Verde and the Yuba County Jail: name, A number, age, and current medical conditions. Defendants shall provide such information at a rate of 25 class members per day, in a spreadsheet or comparable searchable format (hereinafter "spreadsheet information").

c. Within 72 hours from the date of this Order, Defendants shall provide to each class member a copy of their individual alleged age and current medical conditions, using Form B, attached hereto as Exhibit B, or any substitute form mutually agreed-to by Defendants and Plaintiffs' counsel. Each class member shall immediately be given an opportunity to report any alleged errors to the Court and Plaintiffs' counsel using Form B. Within 24 hours of receiving any such forms back from class members, Defendants shall provide Plaintiffs' counsel and the Court any forms on which class members have alleged errors.

d. Within 24 hours from the date of this Order, Defendants shall distribute notice to the class, to be furnished by Plaintiffs' counsel, advising all class members of a phone number and email address at which they can reach Plaintiffs' counsel. Defendants shall post the notice prominently in all dorms or other housing units, as well as all rooms where telephones or computers are available for class members' use, and ensure the availability of facilities for free and confidential telephone calls between class members and class counsel.

e. Defendants shall ensure that the forms and class notice provided to class members are translated, either orally at the time they are provided or in writing, so that class members receive the forms in a language they understand.

    f. Beginning 72 hours from the date of this Order, this Court shall consider, on an expedited basis, individual applications for release filed under this Order by class counsel, as follows:

        i. Each application should provide the information set forth in subparagraphs 2.a-c above and any other relevant information, and should not exceed two pages (excluding any supporting documentation) absent exceptional circumstances;

        ii. Defendants may respond to each application in 24 hours, but such responses shall not exceed two pages (excluding any supporting documentation), absent exceptional circumstances;

        iii. Replies in support of applications shall be limited to one page (excluding any supporting documentation);

    g. No security shall be required.

## ORDER TO SHOW CAUSE

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue requiring Defendants to allow Plaintiffs to be and remain released as ordered herein. The hearing on the order to show cause will be held on _____ at _____.

IT IS SO ORDERED.

Dated this \_\_\_ day of April 2020         _____

                                                    United States District Judge

# EXHIBIT A

## IMPORTANT NOTICE ABOUT RELEASE FROM
## MESA VERDE AND YUBA COUNTY JAIL DURING THE COVID-19 PANDEMIC

This form allows any detainee at Mesa Verde ICE Processing Facility ("Mesa Verde") and Yuba County Jail ("Yuba") to be considered for release due to the COVID-19 pandemic.

In *Zepeda Rivas v. Jennings*, Case No. _____ (N.D. Cal.), a federal court has decided that, under the United States Constitution, people at Mesa Verde and Yuba must be given enough space to maintain six feet of "social distance" at all times. The court found that keeping people in more crowded conditions creates a substantial risk of being infected with COVID-19 (the coronavirus).

Under the Court's order, *anyone* detained at Mesa Verde and Yuba can request release through submission of this Form until Mesa Verde and Yuba have lowered their population enough to permit six feet of social distancing between all detainees.

To be considered for release through the lawsuit, you *must* provide the information requested below. Your response will be provided to the Court, the Government, and attorneys who represent the Mesa Verde and Yuba detainees in this case. If any of your information changes after you respond, you must complete a new form with your updated information.[1]

If you do NOT want to be considered for release, do not fill out this form.

NAME: _____   A NUMBER: _____

BIRTH DATE: _____

PROVIDE THE ADDRESS WHERE YOU WOULD LIVE IF RELEASED (PLEASE INCLUDE STREET ADDRESS, APT. NUMBER, CITY, AND STATE)

PROVIDE CONTACT INFORMATION FOR ONE ADULT YOU WOULD RESIDE WITH AT THAT LOCATION, IF ANY:

**I declare under penalty of perjury that the foregoing is true and correct.**

DATE: _____   SIGNED: _____

---

[1] If you have questions about this form, you can contact the attorneys who brought this lawsuit at \_\_\_\_[NUMBER] or by email at \_\_\_\_ [EMAIL]. Note that even if you contact them, you will not be considered for release unless you submit this form.

# EXHIBIT B

**FORM B – GOVERNMENT'S SUBMISSION IN RESPONSE TO YOUR REQUEST FOR RELEASE FROM MESA VERDE OR YUBA COUNTY JAIL DURING THE COVID-19 PANDEMIC**

This form concerns your request to be considered for release due to the COVID-19 pandemic.

The Government has provided the following information about you to the Court. (Additional information may be attached to this form). The Court will consider this information in deciding your application for release:

NAME:

A NUMBER:

AGE:

CURRENT MEDICAL CONDITIONS:

**If you think any of this information is incorrect, please complete the form below.**

---

There are errors in the following information provided about me (Circle all that apply):

NAME        A NUMBER        AGE        MEDICAL CONDITIONS

The correct information is:

_____

_____

_____

_____

_____

_____

_____

_____

DATE: _____ SIGNED: _____