| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
| wfreeman@aclunc.org | Public Defender |
| SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
| sriordan@aclunc.org | Chief Attorney |
| ANGÉLICA SALCEDA (SBN 296152) | GENNA ELLIS BEIER (CA SBN 300505) |
| asalceda@aclunc.org | genna.beier@sfgov.org |
| AMERICAN CIVIL LIBERTIES UNION | EMILOU H. MACLEAN (CA SBN 319071) |
| FOUNDATION OF NORTHERN | emilou.maclean@sfgov.org |
| CALIFORNIA | FRANCISCO UGARTE (CA SBN 241710) |
| 39 Drumm Street | francisco.ugarte@sfgov.org |
| San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER |
| Telephone: (415) 621-2493 | SAN FRANCISCO |
| Facsimile: (415) 255-8437 | 555 Seventh Street |
| | San Francisco, CA 94103 |
| *Attorneys for Petitioners-Plaintiffs* | Direct: 415-553-9319 |
| Additional Counsel Listed on Following Page | Fax:    415-553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. <br><br> **[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

| | |
|---|---|
| BREE BERNWANGER* (NY SBN 5036397) | MARTIN S. SCHENKER (SBN 109828) |
| bbernwanger@lccrsf.org | mschenker@cooley.com |
| TIFANEI RESSL-MOYER (SBN 319721) | COOLEY LLP |
| tresslmoyer@lccrsf.org | 101 California Street, 5th Floor |
| HAYDEN RODARTE (SBN 329432) | San Francisco, CA 94111 |
| hrodarte@lccrsf.org | Telephone: (415) 693-2000 |
| LAWYERS' COMMITTEE FOR | Facsimile: (415) 693-2222 |
| CIVIL RIGHTS OF | |
| SAN FRANCISCO BAY AREA | TIMOTHY W. COOK (Mass. BBO# 688688)* |
| 131 Steuart St #400 | tcook@cooley.com |
| San Francisco, CA 94105 | FRANCISCO M. UNGER (Mass. BBO# 698807)* |
| Telephone: (415) 814-7631 | funger@cooley.com |
| | COOLEY LLP |
| JUDAH LAKIN (SBN 307740) | 500 Boylston Street |
| judah@lakinwille.com | Boston, MA 02116 |
| AMALIA WILLE (SBN 293342) | Telephone: (617) 937-2300 |
| amalia@lakinwille.com | Facsimile: (617) 937-2400 |
| LAKIN & WILLE LLP | |
| 1939 Harrison Street, Suite 420 | |
| Oakland, CA 94612 | |
| Telephone: (510) 379-9216 | |
| Facsimile: (510) 379-9219 | |

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners-Plaintiffs*
*Motion for Admission Pro Hac Vice Forthcoming

[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION

The Court has considered the parties' briefing, evidence, and arguments as well as the authorities cited in support of their positions. Upon due consideration, the Court hereby GRANTS Plaintiffs' Motion for Provisional Class Certification. The Court provisionally certifies the following proposed class and subclasses for the purpose of issuing the preliminary injunction Plaintiffs seek:

1. **Class**: All civil immigration detainees at Yuba County Jail and Mesa Verde ICE Processing Facility.
2. **YCJ Subclass**: All civil immigration detainees at Yuba County Jail.
3. **Mesa Verde Subclass**: All civil immigration detainees at Mesa Verde ICE Processing Facility.

**IT IS SO ORDERED.**

Dated: _____, 2020    _____
United States District Judge