| | |
|---|---|
| 1  WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
|    wfreeman@aclunc.org | Public Defender |
| 2  SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
|    sriordan@aclunc.org | Chief Attorney |
| 3  ANGÉLICA SALCEDA (SBN 296152) | GENNA ELLIS BEIER (CA SBN 300505) |
|    asalceda@aclunc.org | genna.beier@sfgov.org |
| 4  AMERICAN CIVIL LIBERTIES UNION | EMILOU H. MACLEAN (CA SBN 319071) |
|    FOUNDATION OF NORTHERN | emilou.maclean@sfgov.org |
| 5  CALIFORNIA | FRANCISCO UGARTE (CA SBN 241710) |
|    39 Drumm Street | francisco.ugarte@sfgov.org |
| 6  San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER |
|    Telephone: (415) 621-2493 | SAN FRANCISCO |
| 7  Facsimile: (415) 255-8437 | 555 Seventh Street |
|    | San Francisco, CA 94103 |
| 8  *Attorneys for Petitioners-Plaintiffs* | Direct: 415-553-9319 |
|    Additional Counsel Listed on Following Page | Fax:    415-553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, | **PROOF OF SERVICE** |
| Petitioners-Plaintiffs, | |
| v. | |
| DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, | |
| Respondents-Defendants. | |

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | BREE BERNWANGER* (NY SBN 5036397) | MARTIN S. SCHENKER (SBN 109828) |
| | bbernwanger@lccrsf.org | mschenker@cooley.com |
| 2 | TIFANEI RESSL-MOYER (SBN 319721) | COOLEY LLP |
| | tresslmoyer@lccrsf.org | 101 California Street, 5th Floor |
| 3 | HAYDEN RODARTE (SBN 329432) | San Francisco, CA  94111 |
| | hrodarte@lccrsf.org | Telephone: (415) 693-2000 |
| 4 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF | Facsimile: (415) 693-2222 |
| 5 | SAN FRANCISCO BAY AREA | TIMOTHY W. COOK (Mass. BBO# 688688)* |
| | 131 Steuart St #400 | tcook@cooley.com |
| 6 | San Francisco, CA 94105 | FRANCISCO M. UNGER (Mass. BBO# 698807)* |
| | Telephone: (415) 814-7631 | funger@cooley.com |
| 7 | | COOLEY LLP |
| | JUDAH LAKIN (SBN 307740) | 500 Boylston Street |
| 8 | judah@lakinwille.com | Boston, MA 02116 |
| | AMALIA WILLE (SBN 293342) | Telephone: (617) 937-2300 |
| 9 | amalia@lakinwille.com | Facsimile: (617) 937-2400 |
| | LAKIN & WILLE LLP | |
| 10 | 1939 Harrison Street, Suite 420 | |
| | Oakland, CA 94612 | |
| 11 | Telephone: (510) 379-9216 | |
| | Facsimile: (510) 379-9219 | |
| 12 | | |
| | JORDAN WELLS (SBN 326491) | |
| 13 | jwells@aclusocal.org | |
| | STEPHANIE PADILLA (SBN 321568) | |
| 14 | spadilla@aclusocal.org | |
| | AMERICAN CIVIL LIBERTIES UNION | |
| 15 | FOUNDATION OF SOUTHERN CALIFORNIA | |
| | 1313 West Eighth Street | |
| 16 | Los Angeles, CA 90017 | |
| | Telephone: (213) 977-9500 | |
| 17 | Facsimile: (213) 977-5297 | |

*Attorneys for Petitioners-Plaintiffs*
*Motion for Admission *Pro Hac Vice* Forthcoming

PROOF OF SERVICE

## PROOF OF SERVICE

I, Isela Bravo, am over the age of 18, employed in San Francisco, California, and not a party to this action. My business address is 39 Drumm Street, San Francisco, California 94111.

I further declare that I served:

1. **CIVIL CASE COVER SHEET**

2. **SUMMONS TO DAVID JENNINGS, MATTHEW T. ALBENCE, AND U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

3. **SUMMONS TO THE GEO GROUP, INC**

4. **SUMMONS TO NATHAN ALLEN, WARDEN**

5. **PETITIONERS-PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND DECLARATIONS IN SUPPORT THEREOF**

6. **PLAINTIFFS-PETITIONERS' NOTICE OF MOTION AND MOTION FOR PROVISIONAL CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS IN SUPPORT THEREOF**

7. **[PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION**

8. **[PROPOSED] TEMPORARY RESTRAINING ORDER**

by electronic service on April 20, 2020 to the email addresses listed below:

Sara Winslow
Chief, Civil Division
sara.winslow@usdoj.gov
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2020 in San Francisco, California.

/s/ Isela Bravo
Isela Bravo

1
PROOF OF SERVICE