UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No.  20-cv-02731-VC |
| Plaintiffs, | |
| v. | **ORDER REQUIRING RESPONSE TO TRO APPLICATION** |
| DAVID JENNINGS, et al., | Re: Dkt. No. 5 |
| Defendants. | |

The defendants are ordered to file a response to the TRO application by Thursday, April 23, at 10 a.m. Even if the defendants object to the issuance of a TRO on legal grounds, they should be sure to carefully review the proposed TRO submitted by the plaintiffs and address whether the system described therein creates any unnecessary logistical or practical difficulties, and propose changes to address any such difficulties. The plaintiffs may file a reply by Friday, April 24, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 22, 2020

_____

VINCE CHHABRIA
United States District Judge