DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorneys

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7031
  FAX: (415) 436-6748
  adrienne.zack@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al*, <br><br> Defendants. | Case No. 20-cv-02731 VC <br><br> **[PROPOSED] ORDER EXTENDING TRO RESPONSE DEADLINE** |

Defendants' administrative motion to extend their deadline to respond to the TRO application to 2:00 p.m. on Saturday, April 25, 2020, is before the Court.  Good cause having been shown, and because plaintiffs previously agreed to this deadline, the Court hereby extends defendants' TRO response deadline to 2:00 p.m. on Saturday, April 25, 2020.  IT IS SO ORDERED.

Dated:  _____

                                                    _____
                                                    THE HONORABLE VINCE CHHABRIA
                                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING TRO RESPONSE DEADLINE
Case No. 20-cv-02731