UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER REQUIRING RESPONSE TO MOTION FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Re: Dkt. No. 6 |

To clarify, the defendants must also respond to the motion for provisional class certification by tomorrow at 10:00 a.m., and a reply on that motion may also be filed by Friday at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 22, 2020

VINCE CHHABRIA
United States District Judge