UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER EXTENDING RESPONSE DEADLINES**<br><br>Re: Dkt. Nos. 5, 6 |

The government's administrative motion to extend the response deadline is granted. The government must respond to the TRO application and the motion for provisional class certification by Saturday, April 25, at 2:00 p.m. The plaintiffs' replies are due Monday, April 27, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 22, 2020

VINCE CHHABRIA
United States District Judge