DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorneys

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7031
> FAX: (415) 436-6748
> adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*,   ) <br><br> Plaintiffs,   ) <br><br> v.   ) <br><br> DAVID JENNINGS, *et al.*,   ) <br><br> Defendant.   ) | Case No. 20-cv-02731 VC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE PAGE LIMITATION** |

**STIPULATION**

WHEREAS, prior to this action being assigned to the Honorable Vince Chhabria, Plaintiffs filed a motion for a temporary restraining order (ECF 5) and motion for provisional class certification (ECF 6);

WHEREAS, Plaintiffs' memoranda in support of said motions were approximately 25 and 13 pages, respectively;

WHEREAS, with the exception of, *inter alia*, class certification motions, the Court's standing order generally limits motions and responses to 15 pages;

IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record, that:

1.  Pursuant to the Court's Standing Order, Plaintiffs were not required to conform their brief filed prior to the case being assigned to this Court; therefore, their TRO briefing should not be rejected for failing to comply with the Court's page limitations.

2.  Defendants should be given leave to file responsive briefs of similar lengths—either a combined response of no more than 40 pages, with the TRO portion of such response not to exceed 25 pages, or separate TRO and provisional class certification responses, with the TRO response not to exceed 25 pages.

DATED:  April 23, 2020                    Respectfully submitted,

                                          DAVID L. ANDERSON
                                          United States Attorney

                                          */s/ Adrienne Zack*
                                          ADRIENNE ZACK
                                          Assistant United States Attorney

                                          Counsel for Federal Defendants


DATED:  April 23, 2020                    AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION OF NOTHERN CALIFORNIA

                                          */s/ William S. Freeman*
                                          WILLIAM S. FREEMAN

                                          Counsel for Plaintiffs


*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*


### [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.


DATED:  ___April 24, 2020___

                                          _____
                                          HONORABLE VINCE CHHABRIA
                                          United States District Court Judge