UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>            Plaintiffs,<br><br>        v.<br><br>DAVID JENNINGS, et al.,<br><br>            Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER** |

In their filings on Saturday and Monday, the parties should advise whether the Court should (if it concludes interim relief is warranted) issue a preliminary injunction or a temporary restraining order. *See Washington v. Trump*, 847 F.3d 1151, 1158 (9th Cir. 2017); *California v. Trump*, 267 F. Supp. 3d 1119, 1126 (N.D. Cal. 2017).

**IT IS SO ORDERED.**

Dated: April 24, 2020

VINCE CHHABRIA
United States District Judge