DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) | Case No. 20-cv-02731 VC |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF ERIK BONNAR IN** |
| | ) | **SUPPORT OF FEDERAL DEFENDANTS'** |
| v. | ) | **OPPOSITION TO TRO AND MOTION TO** |
| | ) | **STAY IN LIGHT OF** *FRAIHART* |
| DAVID JENNINGS, *et al*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Erik Bonnar, declare as follows:

1.   I am the Deputy Field Office Director for U.S. Immigration and Customs Enforcement ("ICE"),

     Enforcement and Removal Operations ("ERO"), in the San Francisco Field Office ("ERO San

     Francisco").  I have held this position since March 2009.  Concurrently, from September 2017 to

     June 2019, I was the Acting Field Office Director for ERO San Francisco.  From January 2006

     through March 2009, I was the Assistant Field Office Director for the ERO San Francisco

     Bakersfield, California sub-office.  From July 2002 to January 2006, I was Supervisory

     Detention and Deportation Officer in the Bakersfield, California sub-office.

2.  In my capacity as Deputy Field Office Director, I am responsible for direction and oversight of ICE immigration enforcement operations within the California counties of Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Mono and Tulare, the state of Hawaii and the U.S. territories of Guam and the Northern Mariana Islands.  My office is responsible for the identification, apprehension, detention and removal of illegal aliens from the United States.  This responsibility includes the immigration case docket management and oversight of aliens detained at the Mesa Verde Detention Facility ("MVDF") pending removal.

3.  The facts in this declaration are based on my personal knowledge, consultation with other ICE personnel, and review of official documents and records maintained by the agency and Department and other relevant sources obtained during the regular course of business.   I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case.

4.  The Immigration and Nationality Act ("INA") authorizes detention of aliens pending removal under sections 235, 236, and 241 of the INA.  In some cases, aliens convicted of certain crimes are subject to mandatory custody under INA section 236(c) and are ineligible for release from ICE custody pending completion of removal proceedings.  In other cases, aliens may be detained by ICE as a matter of discretion under sections 235 and 236(a) of the INA pending removal, because they have been found to be a danger to the community or pose a flight risk.  For aliens who have final administrative removal orders custody is generally mandatory during the removal period under section 241(a)(2) of the INA, and once the removal period has expired custody becomes discretionary under section 241(a)(6) of the INA where release on supervision may be appropriate if there is no significant likelihood of removal in the foreseeable future.

5.  The MVDF is a private detention center owned and managed by The GEO Group, Inc. ("GEO"). GEO is an independent contractor that provides the facility, management, personnel and services for 24-hour supervision of aliens in ICE custody at MVDF.  Besides its own private internal oversight and inspection processes, the federal government also mandates oversight through

various inspection processes by ICE and other entities.  However, to my knowledge, the DHS'
Office of Civil Rights and Civil Liberties has never visited, toured or inspected MVDF.

6. Medical care, including screening, at MVDF is provided by the GEO medical staff on-site and is
   overseen by the ICE Health Services Corps ("IHSC"), which provides medical services through a
   combination of U.S. Public Health Service Commissioned Corps ("USPHS") officers, federal
   civil servants, and contract health professionals.

7. On April 10, 2020, ICE released its ERO COVID-19 Pandemic Response Requirements
   ("PRR"), a guidance document that builds upon previously issued guidance and sets forth
   specific mandatory requirements to be adopted by all detention facilities housing ICE detainees,
   as well as best practices for such facilities, to ensure that detainees are appropriately housed and
   that available mitigation measures are implemented during this pandemic.[1]

8. MVDF has the capacity to house 400 detainees, including 100 females and 300 males, in four
   separate dormitory units.  MVDF has the capability to identify, isolate, and segregate detainees
   from each other.  On March 11, 2020, the World Health Organization ("WHO") declared
   COVID-19 a global pandemic.  Since that time, in accordance with ICE policy, ERO Bakersfield
   sub-office has taken affirmative steps to reduce the number of detainees at MVDF by
   reconsidering custody determinations, parole requests, and issuing orders of supervision on
   release for those aliens who are not subject to mandatory custody, pose a danger to the
   community or flight risk; and/or there is no significant likelihood of removal in the foreseeable
   future.  Consequently, from March 11, 2020 to present, ICE has reduced the MVDF detainee
   population from 355 to 283, which is less than 75% of its capacity.

9. ICE will continue to evaluate cases that may be high-risk for COVID-19, and as more relevant
   specific information is provided on any particular detainee, release may be appropriate provided
   they are not mandatory custody, a danger to the community, or deemed a flight risk where
   measures for alternatives to detention are inappropriate.

---

[1] https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf

10. Pursuant to ICE ERO protocols and under the direction of my office, MVDF implemented several processes to protect the detainee population.  For example, MVDF stopped all social visitations and has permission to limit attorney contact visits as appropriate, while continuing to provide access to attorneys through various telephonic means as established under the *Lyon v. U.S. Immigration and Customs Enforcement* settlement agreement.  MVDF staff is still scheduling attorney contact visits but are notifying attorneys in advance that they must wear appropriate personal protective equipment and submit to medical screening prior to entering the facility.

11. In addition to the screening and other protective measures described in Captain Moon's declaration of March 27, 2020 (a true and correct copy of which is attached hereto as Exhibit A), MVDF has implemented several other measures to protect the detainee population from COVID-19 infection.  These measures include, but are not limited to the following:

   a. MVDF provides education regarding COVID-19 to staff and detainees, including holding townhalls for staff, posting CDC information throughout the facility, and providing electronic informational messages to detainees through tablets;

   b. MVDF has increased sanitation frequency, including frequent cleaning of all common area high contact surfaces, such as door handles, telephones, dining halls, and medical areas, which is being conducted throughout the day;

   c. Sanitation supplies are provided, including, but not limited to, soap, all-purpose cleaner, disinfectant, and a bathroom-specific cleaning solution.  Each detainee is provided a bar of soap, which may be replaced upon request when used up.  A soap and towel dispenser have been installed in the front of each dorm.  In addition, each dorm has two bathroom areas, and two soap dispensers have been installed in each bathroom area with a total of five liquid soap dispensers in each dormitory.  MVDF staff also have access to soap and hand sanitizer.  MVDF informed the IHSC FMC that hand sanitizer is not available to detainees because it is alcohol-based and poses a serious risk to the health of detainees if consumed.  Per the CDC, soap and water are more effective than hand sanitizers at

removing certain kinds of germs.  However, MVDF stated that mounted hand sanitizer is available at the medical station and the lab station.

    d.  As of April 17, 2020, MVDF began distributing surgical masks to detainees.  As of April 20, 2020, IHSC FMC confirmed with the medical staff at MVDF that each detainee received a surgical mask and was educated on proper wear to prevent infection and spread.[2]  These masks will be replaced every Monday, Wednesday and Friday, supplies permitting.

    e.  MVDF medical staff have their temperatures taken daily on-site.  Since April 6, 2020 all MVDF medical staff are required to wear surgical masks at all times.  As of April 16, 2020, all MVDF medical staff are required to wear an N95 mask during patient encounters, including pill call.

    f.  As of this week, all beds in Dorms A and B, have been staggered to allow six feet distancing.  The same will be done in the remaining dormitories when space permits.

12.  In addition to the in-take and 14-day screening for symptoms of COVID-19, the MVDF medical staff will continue to examine any detainee who submits a request to see medical due to symptoms consistent with COVID-19.  MVDF has the capability to conduct on-site testing of COVID-19; to date, MVDF medical staff has not conducted any testing for COVID-19 since they have not encountered any detainee experiencing symptoms consistent with COVID-19.  In order to promote social distancing, the MVDF medical staff is only seeing one detainee in the medical unit at a time and is also limiting seating in the waiting area to one detainee at a time.  If it is necessary for any detainee to depart the facility for any off-site appointment, his/her temperature is screened before any departure from the facility and after his/her return to the facility.

---

[2] Use of Cloth Face Coverings to Help Slow the Spread of COVID-19, CDC, https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html (recommending face coverings in public settings where other social distancing measures are difficult to maintain).

13. As of April 24, 2020, the IHSC FMC confirmed with the MVDF Health Service Administrator that there are still zero suspected cases of COVID-19 and zero confirmed cases of COVID-19 at MVDF.

14. ERO management staff, including myself, hold several meetings every week and are in constant communication twenty-four hours a day, seven days a week over MVDF and issues stemming from COVID-19.  Additionally, ICE staff is in daily contact with the Facility Administrator and his staff, including medical, at MVDF over the health and safety of detainees.  Given the ICE protocols, MVDF staff and ICE officers are taking appropriate measures to ensure the health and safety of detainees and will continue to do so.  ICE is on-site daily and can address any issues, as presented or directed, to ensure the ICE protocols are in place and to report back any issues they may observe that need to be addressed.[3]

15. ICE will continue to review its detained population for people who are "at higher risk for severe illness," as identified by the CDC, to determine if detention remains appropriate, considering the detainee's health, public safety and mandatory detention requirements, and adjust custody conditions when appropriate, to protect health, safety and well-being of its detainees.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 24, 2020, at San Francisco, California.

ERIK BONNAR

---

[3] Due to a recent local press report concerning MVDF detainees on a possible hunger strike, MVDF staff identified those detainees as being housed in housing units C and D.  Thereafter, MVDF staff held an in-person town hall for those detainees and provided information regarding formal hunger strike protocols, which is defined as missing at least nine consecutive meals.  To my knowledge, none of the detainees had missed nine consecutive meals.  MVDF staff informed detainees that should they choose to engage in a hunger strike then food they purchase from commissary would also be taken away.  Following this town hall, the detainees resumed regular meals.

BONNAR DEC, OPP TO TRO AND MOTION TO STAY

Case No. 20-cv-02731 VC