DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | Case No. 20-cv-02731 VC |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO STAY IN LIGHT OF *FRAIHAT*** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

      PLEASE TAKE NOTICE that, as soon as the matter may be heard, before the Honorable Vince Chhabria, Courtroom 4—17th Floor, Phillip Burton United States Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102, the Federal Defendants shall and hereby do move, pursuant to the first-to-file rule, to stay this action in light of *Faour Abdallah Fraihat, et al. v. U.S. Immigration and Customs Enforcement, et al.*, No. 19-1546 JGB (C.D. Cal.), which was first filed. This Motion is supported by the memorandum of points and authorities submitted herewith, a copy of the *Fraihat* court's preliminary injunction and provisional class certification order, which was previously submitted at Dkt. No. 26-1, the pleadings, records and files in this action, and such other written or oral argument as may be

presented at or before the time this Motion is taken under submission by the Court.

| | |
|---|---|
| DATED:  April 25, 2020 | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| | */s/ Adrienne Zack*<br>ADRIENNE ZACK<br>Assistant United States Attorney |
| | Counsel for Federal Defendants |