Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Angel De Jesus Zepeda Rivas, et al.

                    Plaintiff(s),

        v.

David Jennings, et al.

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3:20-cv-02731-v

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Francisco Unger                    , an active member in good standing of the bar of Massachusetts                    , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Petitioners-Plaintiffs                    in the above-entitled action. My local co-counsel in this case is Martin S. Schenker                    , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Cooley LLP | Cooley LLP |
| 500 Boylston Street, 14th Floor | 101 California Street, 5th Floor |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (617) 937-2478 | (415) 693-2000 |
| My email address of record: | Local co-counsel's email address of record: |
| funger@cooley.com | mschenker@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 698807            .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:  04/22/20                                         Francisco Unger
                                                    _____
                                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Francisco Unger                    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 27, 2020

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                         *October 2012*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the          **seventeenth**

day of          **November**          A.D.  **2017**          , said Court being the highest Court of Record in said Commonwealth:

## Francisco Mangabeira Unger

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **April** in the year of our Lord **two thousand and twenty.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116