DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAVID JENNINGS, *et al.*,<br><br>    Defendant. | Case No. 20-cv-02731 VC<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER** |

      Pursuant to the Court's instructions at the hearing on April 28, 2020, and subject to the Court's approval, the parties hereby stipulate and agree that the proposed protective order submitted herewith should be entered in this matter to protect private records from public disclosure.

DATED: April 29, 2020                    Respectfully submitted,

                                                      DAVID L. ANDERSON
                                                      United States Attorney

                                                      */s/ Adrienne Zack*
                                                      ADRIENNE ZACK
                                                      Assistant United States Attorney

                                                      Counsel for Federal Defendants

DATED:  April 29, 2020                          AMERICAN CIVIL LIBERTIES UNION
                                                FOUNDATION OF NORTHERN CALIFORNIA

                                                */s/ William S. Freeman*
                                                WILLIAM S. FREEMAN

                                                Counsel for Plaintiffs


*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*