DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*,   ) | Case No. 20-cv-02731 VC |
|                    ) | |
|     Plaintiffs,           ) | **[PROPOSED] PROTECTIVE ORDER** |
|                    ) | **REGARDING CONFIDENTIAL** |
|     v.                ) | **INFORMATION** |
|                    ) | |
| DAVID JENNINGS, *et al.*,      ) | |
|                    ) | |
|     Defendants.         ) | |
|                    ) | |

With the agreement of the parties, the Court having determined that there is good cause for issuance of a protective order to govern the disclosure, use, and handling by the parties and their respective agents, successors, personal representatives and assignees of certain information in the above-captioned action, IT IS HEREBY ORDERED as follows:

1. Private medical information produced by either Party during the litigation will not be disseminated beyond authorized federal agency employees and/or Counsel (including outside counsel) for the parties, as defined to include associated personnel necessary to assist counsel in this action, such as law student interns working under the supervision of counsel of record in this matter, litigation assistants, paralegals, and litigation support, information technology, information or records management, investigative, secretarial, or clerical personnel.

STIPULATED PROTECTIVE ORDER
Case No. 20-cv-02731 VC               1

2. Such private medical information may be disclosed to experts or consultants for the Parties, provided the attorney of record first informs the expert that such information to be disclosed is confidential and to be used solely for the purpose of this litigation and further that these restrictions are imposed by a court order.

3. Nothing contained in this Protective Order shall be construed to limit use of protected material before this Court for the purposes of this litigation. In any publicly available filings, the parties will redact (a) all private medical records, (b) any and all sealed criminal records, and (c) any and all juvenile records arising out of delinquency proceedings.

4. For any redacted filing pertaining to an individual class member, the parties shall file under seal, and provide to opposing counsel, an unredacted version of the same filing. The parties need not submit applications for each such filing to be sealed by this Court.

5. Nothing in this Order compels the production or disclosure of material, prevents the producing party from making any objection or claim of privilege, or constitutes and admission or waiver of any claim, privilege, or defense by the producing party. Nothing in this Order waives the parties' rights to challenge any claim, privilege or defense by the producing party.

6. Final termination of this litigation, including exhaustion of appellate remedies, shall not terminate the limitations imposed by this Protective Order.

SO ORDERED.

Dated: _____

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

STIPULATED PROTECTIVE ORDER
Case No. 20-cv-02731 VC                    2