UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DAVID JENNINGS, et al.,<br><br>          Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE** |

Agency counsel, along with a representative from the ICE Field Office such as Alexander Pham or Erik Bonnar, are requested to participate in today's case management conference. The ICE representatives should pre-register by sending a name and email address to vccrd@cand.uscourts.gov by 3pm to receive an individual participation link.

In addition, it appears from the partial list provided by ICE that 3 detainees at the facilities are in their seventies, and 9 detainees are in their sixties. The defendants should be prepared, at the case management conference, to provide an update on the situations of those detainees, including how long they've been detained and whether ICE has any information suggesting they would be a danger to the community if temporarily released.

**IT IS SO ORDERED.**

Dated: April 30, 2020

_____
VINCE CHHABRIA
United States District Judge