Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Angel de Jesus Zepeda Rivas et al.,                    )
                                                       )   Case No: 3:20-cv-02731
                              Plaintiff(s),            )
                                                       )   **APPLICATION FOR**
           v.                                          )   **ADMISSION OF ATTORNEY**
                                                       )   **PRO HAC VICE**
David Jennings, et al.,                                )   (CIVIL LOCAL RULE 11-3)
                                                       )
                              Defendant(s).            )
                                                       )

   I, Bree Bernwanger                    , an active member in good standing of the bar of
N.D.N.Y.                    , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: plaintiffs and the proposed class                    in the
above-entitled action. My local co-counsel in this case is Genna Beier                    , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 131 Steuart Street Ste. 400 San Francisco, CA 94105 | 555 7th Street, San Francisco, CA, 94103 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (415) 814-7609 | (415) 553-1671 |
| My email address of record: | Local co-counsel's email address of record: |
| bbernwanger@lccrsf.org | Genna.beier@sfgov.org |

   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 701181          .

   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/24/20                                        Bree Bernwanger
                                              _____
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Bree Bernwanger          is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: April 30, 2020
                                              _____
                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*

WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC <br><br> **ATTACHMENT IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF BREE BERNWANGER** <br><br> **JUDGE VINCE CHHABRIA** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Motion for Admission *Pro Hac Vice* Forthcoming

ATTACHMENT IN SUPPORT OF UNOPPOSED APPLICATION FOR ADMISSION *PRO HAC VICE* OF BREE
BERNWANGER

Petitioners-Plaintiffs respectfully request that this Honorable Court, by order of the assigned judge pursuant to Civil Local Rule 11-3(b), admit co-counsel Bree Bernwanger *pro hac vice* in this matter so that she with undersigned counsel may serve as co-counsel representing Petitioners-Plaintiffs *pro bono*, because she is an attorney licensed in good standing in the State of New York, is authorized to practice immigration law in California, and is familiar with the legal authority related to Petitioners-Plaintiffs' claims and the Local Rules of this Court.

Co-counsel Bernwanger is an attorney and member of the State Bar of New York and Northern District of New York who resides in Berkeley, California and works in San Francisco, California, and has practiced immigration law in California pursuant to federal authorization under 8 C.F.R. §§ 292.1(a)(1); 1292.1(a)(1); 1001.1(f) (permitting attorneys admitted in any state to provide representation in the immigration courts and before the Department of Homeland Security, including U.S. Citizenship and Immigration Services) and has been admitted to practice *pro hac vice* in the Northern District of California for particular immigration-related litigation. Co-counsel Bernwanger is employed by the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, has been practicing immigration law for six years, and has been a licensed attorney in good standing in the State of New York since 2012 and before the Northern District of New York since 2019.

Pursuant to Local Rule of Civil Procedure 11-3(a), attorneys who are not members of the bar of this Court may apply to appear *pro hac vice* by designating co-counsel who is a member of the bar of this Court in good standing and who maintains an office in California, submitting a written application, a certificate of good standing issued by the appropriate authority governing attorney admissions for the relevant bar, and a specific oath. Rule 11-3(b) sets forth that an assigned judge may issue an order granting permission to practice *pro hac vice* to an attorney applicant who resides in the State of California and is regularly engaged in the practice of law in the State of California. Co-counsel Bernwanger has designated co-counsel Genna Ellis Beier, an attorney of record on this matter who is admitted in good standing before this Court and who

ATTACHMENT IN SUPPORT OF UNOPPOSED APPLICATION FOR ADMISSION *PRO HAC VICE* OF BREE BERNWNGER

maintains an office in the State of California, as co-counsel in this matter. Co-counsel Bernwanger's written application for *pro hac vice* admission and certificate of good standing, along with a declaration from co-counsel Bernwanger, are attached hereto.

For the aforementioned reasons, Petitioners-Plaintiffs respectfully request that this Court grant the attached Application for Admission *pro hac vice* of co-counsel Bree Bernwanger.

Dated: April 29, 2020                        Respectfully submitted,

San Francisco, California                    _____/s/ Genna Ellis Beier_____

                                             Genna Ellis Beier
                                             Office of the San Francisco Public Defender
                                             555 7th Street
                                             San Francisco, CA 94103
                                             415-734-3339
                                             Genna.beier@sfgov.org

ATTACHMENT IN SUPPORT OF UNOPPOSED APPLICATION FOR ADMISSION *PRO HAC VICE* OF BREE BERNWNGER

**DECLARATION OF BREE BERNWANGER IN SUPPORT OF UNOPPOSED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

I, Bree Bernwanger, declare as follows:

1. I make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently.

2. I am an attorney licensed in good standing to practice law in the State of New York, authorized to practice immigration law before the Executive Office of Immigration Review and the Department of Homeland Security throughout the United States, and employed by the Lawyers' Committee for Civil Rights of the San Francisco Bay Area. My business address is 131 Steuart Street, Suite 400, San Francisco, California 94105.

3. I have been licensed in good standing to practice law in the State of New York since 2012. My bar number in the State of New York is 5036397.  I also have been admitted to the bar of the Northern District of New York since 2019 and remain in good standing there. My bar number before the District Court is 701181.

4. I currently hold the title of Senior Staff Attorney at the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, where I co-direct the immigration practice.

5. I filed an application for admission *pro hac vice* to represent the Petitioners-Plaintiffs in this matter before this Court along with co-counsel at the San Francisco Public Defender's Office, the ACLU Foundations of Northern and Southern California, Lakin & Wille, and Cooley LLP. Most co-counsel attorneys admitted in California and this district in good standing and all co-counsel entities maintain offices in the state of California. I filed this application as docket entry number 54 in Northern District of California Case Number 3:20-cv-02731-VC along with the requisite attachment, this declaration, and a true and correct copy of a certificate of my admission in good standing in the Northern District of New York, dated April 16, 2020.

6. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4 and have become familiar with the Local Rules and Alternative Dispute Resolution Programs

1

ATTACHMENT TO UNOPPOSED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

of this Court as required by Local Rule 11(a)(2), setting forth the requirements for admission *pro hac vice*.

7. On Saturday, April 25, 2020, counsel for Defendants stated via email to myself and co-counsel that Defendants do not oppose this application.

I declare under penalty of perjury, pursuant to Title 28, Section 1746 of the United States Code that the foregoing is true and correct. Executed on April 29, 2020 in Berkeley, California.

               __/s/ Bree Bernwanger_____

               Bree Bernwanger
               Lawyers' Committee for Civil Rights of the San Francisco Bay Area

2

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

## Northern District of New York

### CERTIFICATE OF GOOD STANDING

I, _____ John M. Domurad _____ , Clerk of this Court,

certify that _____ BREE A. BERNWANGER _____ , Bar # _____ 701181 _____ ,

was duly admitted to practice in this Court on _____ August 5, 2019 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Syracuse, New York _____ on _____ April 16, 2020 _____
*(Location)*                                        *(Date)*

John M. Domurad
*CLERK*

*Tracey Donovan*
*DEPUTY CLERK*