UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No.  20-cv-02731-VC<br><br>**TENTATIVE UNIFORM CONDITIONS OF RELEASE** |

Below is a draft list of uniform conditions of release, for discussion at today's case management conference:

1. Class Member's temporary release will expire upon [event] [date], unless the Court orders otherwise.

2. Class Member must be released immediately into the custody of [name] [address] ("Custodian"), who must transport Class Member directly from his/her place of detention to the residence where s/he will reside.  [This condition assumes the custodian has been identified, vetted, and approved by the court in advance.]

3. Class Member must reside at [address], and may not leave that residence except to obtain necessary medical care or to appear at immigration court proceedings.  [Home confinement may not be necessary for some class members.]

4. Class Member must submit to location monitoring as directed by ICE.

5. Class Member must obey all governmental shelter-in-place orders, regulations and protocols.

6. Class Member must not violate any federal, state, or local law.

7. If Class Member violates any condition of his/her release, the Court may on its own motion or on Defendants' motion, modify or terminate any bail order and order Class Member returned to ICE custody.

8. ICE may not arrest or detain a Class Member except (a) upon an order permitting arrest issued by a federal court for violation of these conditions of release, or (b) where there is a final order of removal and a travel document is obtained and where the Class Member will be removed within 14 days.  ICE must give Class Counsel advance notice of such arrest or detention.  ICE must give the court [X] days' advance notice of removal of a Class Member from the United States.

9. Nothing in this order limits ICE's ability to remove Class Member from the United States upon a final order of removal.

10. Optional conditions, depending on Class Member characteristics:

    a. Class Member must not use alcohol [to excess] or use or possess any narcotic or other controlled substance without a legal prescription.

    b. Class Member must not possess any firearm, destructive device, or other dangerous weapon.

**IT IS SO ORDERED.**

Dated: May 1, 2020

_____
VINCE CHHABRIA
United States District Judge