UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **DRAFT SHORT FORM BAIL APPLICATION TEMPLATE** |

Below is a draft short form bail application template, for discussion at today's case management conference:

**Short-Form Bail Application**

1. Name:
2. Age:
3. Sex:
4. Primary language:
5. If there is a hearing, is an interpreter needed?
6. Detained in Mesa Verde Detention Facility ___ or Yuba County Jail ___
7. Dorm unit:
8. Date of bond hearing, if any:
9. Outcome of bond hearing, if any:
10. Length of time in detention:
11. Medical condition(s) that put detainee at risk:

12. Attorney name, phone, address and email:

13. Felony or misdemeanor convictions, including date and offense:

14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:

15. Scheduled removal date:

16. Marital status and location of spouse, significant other, children, parents and siblings:

17. Assets, including cash, bank accounts, automobiles, and real estate:

18. Proposed custodian and description of proposed release residence:

19. Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.)

20. Employment history:

21. Other information relevant to bail determination:

22. Attached are (check all that are applicable, but this is not a substitute for answering the above questions):  medical records ___ rap sheet ___ letter from proposed custodian ___ bond hearing decision and/or transcript ___

**IT IS SO ORDERED.**

Dated: May 1, 2020

_____
VINCE CHHABRIA
United States District Judge