WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax:    415-553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC**<br><br>**NOTICE OF REQUEST FOR RELEASE OF JOSE LUIS LOPEZ-GUEVARA** |

BREE BERNWANGER (NY SBN 5036397)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*

On information and belief, I, Angélica Salceda, submit Mr. Jose Luis Lopez Guevara's Request for Release. The Request for Release was drafted by Mr. Guevara's private counsel.

Dated: <u>May 1, 2020</u>                                             Respectfully submitted,

<u>/s/ Angélica Salceda</u>
Angélica Salceda (SBN 296152)
asalceda@aclunc.org

## Jose Luis Lopez-Guevara

**Brief biographical information:**

Jose Luis Lopez-Guevara is 78-years-old and suffers from various chronic health conditions that culminated in his undergoing heart surgery on or about March 16, 2020 while in ICE custody. Originally from El Salvador, Mr. Lopez-Guevara also has a physical disability that requires him to walk with a cane.

**Release plan:**

Mr. Lopez-Guevara's son, Henry A. Guevara ("Henry"), is sponsoring his release.  Henry is a U.S. Citizen and a veteran of the United States Marine Corps, serving both in active duty and in the reserves from November 1999 until September 2007.  Over the course of his service, Henry received the Sea Service Deployment Ribbon, the Iraq Campaign Medal, the Armed Forces Reserve Medal, the Global War on Terrorism Medal, nine Letters of Appreciation, a Certificate of Commendation (Individual Award), and a Certificate of Appreciation.  Henry was honorably discharged in 2007. He is currently a supervisor at NightBird Recording Studio, which serves high-profile musicians and major film and television studios.

Henry's wife Rebecca is a registered nurse with thirteen years of experience and specialized training in care for cardiac patients.  Henry and Rebecca are eager to receive Mr. Lopez-Guevara at their home at 16750 Bainbury St., Santa Clarita, CA 91387, a five-bedroom property that Henry owns.  Henry's Santa Clarita address was previously approved by the California Department of Corrections and Rehabilitation ("CDCR") as part of the release plan supporting the CDCR's decision to grant parole to Mr. Lopez-Guevara.  Henry is prepared to pick up Mr. Lopez-Guevara immediately upon his release from ICE detention.

**Medical Conditions:**

Mr. Lopez-Guevara has multiple high-risk factors for severe illness or death from contracting COVID-19. Aside from age, the CDC identifies people with serious heart conditions or with liver disease as among groups that are at higher risk of severe illness or death if infected with COVID-19.[1] The CDC also recognizes hypertension as a manifestation of a serious heart condition.[2]

Mr. Lopez-Guevara suffers from arrhythmia of the heart, including symptoms like tachycardia, chest pains, and labored breathing. On March 16, 2020, Mr. Lopez-Guevara underwent a heart surgery to treat his chronic arrhythmia when doctors determined his condition can no longer be managed by medication alone.  Specifically, Mr. Lopez-Guevara underwent supraventricular tachycardia (SVT) ablation, which involves inserting catheters and laparoscopic instruments through incision on both upper thighs, accessing the heart through both femoral arteries, and selectively removing heart tissue in regions responsible for the arrhythmic electrical signals. Mr.

---

[1] *See* Coronavirus Disease 2019 (COVID-19), People Who Are at Higher Risk for Severe Illness, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html.

[2] *See* Coronavirus Disease 2019 (COVID-19), Clinical Care Guidance, https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html

Lopez-Guevara is still recovering from his surgical wounds. He continues to feel weak and experience shallow/labored breathing.  Further, Mr. Lopez-Guevara never had the one-week post-op follow up as directed by the cardiologist who performed his SVT ablation procedure.  He continues to experience pain, swelling, and bruising at the right-leg incision point now at 6-weeks post-op despite being told that normal healing should take 2 to 3 weeks.

Mr. Lopez-Guevara suffers from several other chronic health conditions, including hypertension, hyperlipidemia (high cholesterol), and hypothyroidism, among other ailments.  In his youth, Mr. Lopez-Guevara suffered from alcoholism, and although he has long since beaten his addiction through participation in treatment programs, he still has damage to his liver associated with his past alcoholism.

Additionally, the CDC notes that "current data suggest a disproportionate burden of illness and death among racial and ethnic minority groups"[3] and found "death rates among [] Hispanic/Latino persons (74.3) that were substantially higher than that of white (45.2) or Asian (34.5) persons."[4]  Mr. Lopez-Guevara's ethnicity thus may be an additional risk factor.

**Immigration Information:**

Mr. Lopez-Guevara entered the U.S. from El Salvador in 1970 after he received threats from guerrilla factions in the lead up to the 1979 Salvadoran Civil War.  He voluntarily returned to El Salvador in 1978, but reentered the U.S. shortly thereafter where he has since remained. Mr. Lopez-Guevara was married to a U.S. citizen (now deceased) and raised three U.S. citizen children, including Henry, his sponsor.  Mr. Lopez-Guevara's mother is also a U.S. citizen, naturalized in the 1960s.  Mr. Lopez-Guevara came into ICE custody in June 2019 after he was released on parole from CDCR custody.  While in ICE custody, Mr. Lopez-Guevara filed an application for protection under the Convention Against Torture *pro se*.  On December 13, 2019, an Immigration Judge ordered Mr. Lopez-Guevara removed after ICE failed to bring him to a removal hearing.  The removal order was vacated after ICE and the immigration judge realized the error.  On April 7, 2020, the Immigration Judge held a hearing on Mr. Lopez-Guevara's application and issued a denial.  Mr. Lopez-Guevara was unrepresented at this hearing.  Mr. Lopez-Guevara mailed his Notice of Appeal to the Board of Immigration Appeals on April 8, 2020.  His appeal is currently pending.

**Criminal History:**

Mr. Lopez-Guevara was convicted of second-degree murder for shooting an acquaintance in the heat of argument in 1980. He began serving his 17-year to life sentence in October 1981.  On February 26, 2019, the CDCR's Board of Parole Hearings granted parole to Mr. Lopez-Guevara, finding that Mr. Lopez-Guevara does not present a threat to the community, "lacks any significant history of violent crimes," and "is of an age that reduces the probability of

---

[3] *See* Coronavirus Disease 2019 (COVID-19), COVID-19 in Racial and Ethnic Minority Groups, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/racial-ethnic-minorities.html.
[4] *See* Coronavirus Disease 2019 (COVID-19), People Who Are at Higher Risk for Severe Illness, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html.

recidivism."[5] The Board also acknowledged Mr. Lopez-Guevara's remorse for his crime, commended his self-improvement while in custody to resolve issues with alcoholism, anger management, and gambling addiction, and lauded him for his continued education to gain marketable skills as a mechanic.[6] The Board's decision was later endorsed by the governor of the State of California, and Mr. Lopez-Guevara was released on parole in June 2019, at which time he was taken into ICE custody. He has been detained at Yuba County Jail for nearly one year.

---

[5] Transcript of Parole Consideration Hearing In the Matter of the Life Term Parole Consideration Hearing of: Jose Luiz Lopez Guevara at 87:12-88:1, CDC Number: C-36716 (Feb. 26, 2019).  *See generally id.* at pp. 84-93 (Board of Parole Hearing's decision to grant parole).
[6] *See id.*