WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC**<br><br>**JOINT [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>**JUDGE VINCE CHHABRIA** |

BREE BERNWANGER (NY SBN 5036397)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*

As ordered by the Court during the Case Management Conference held on April 30, 2020:

1. Plaintiffs shall file their motion for preliminary injunction and supporting papers no later than Friday, May 15, 2020, at 5:00 p.m.

2. The Federal Defendants shall file the opposition to the motion, together with any motion to stay or dissolve the temporary restraining order they may elect to file, no later than Wednesday, May 20, 2020, at 5:00 p.m.

3. Plaintiffs shall file their reply papers in support of their motion for preliminary injunction, together with opposition papers to any motion by the Federal Defendants to stay or dissolve the temporary restraining order, no later than Friday, May 22, 2020.

4. The hearing on the motion for preliminary injunction shall be held on Tuesday, May 26, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May ____, 2020

_____
VINCE CHHABRIA
United States District Judge

[PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION

Dated: May 1, 2020

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA

*/s/ William S. Freeman**
William S. Freeman
*Attorneys for Petitioners-Plaintiffs*

Respectfully submitted,

DAVID L. ANDERSON
Unites States Attorney

*/s/ Shiwon Choe*
Shiwon Choe
Assistant United States Attorney
*Attorneys for Federal Defendants*

*Pursuant to Civ. L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing has been obtained from the other signatory.

2
[PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION