UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER RE I-213 FORM REDACTIONS** |

　　　The government is ordered to provide the I-213 forms without redacting information relating to credible fear determinations, except to the extent they have already made the redactions.

　　　**IT IS SO ORDERED.**

Dated: May 1, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge