# JUAN JOSE ERAZO HERRERA

## SHORT-FORM BAIL APPLICATION

Juan Jose Erazo Herrera is a 20 year old torture survivor and asylum-seeker from El Salvador who has been in immigration custody for the last twenty-six months, since just before his 18th birthday. Due to his youth, the duration of his custody, and his open heart, several community organizations have prioritized supporting him while in custody and in the event of his release. One family that began visiting him weekly over a year and a half ago has begun seeking legal custody of Mr. Erazo Herrera in state court so that, if he is released, he can have a solid base of support. Having supported himself since a very young age, he is skilled at many aspects of agricultural work, and greatly misses the outdoors.

Currently, he is detained in a cramped, two-person cell at Yuba County Jail where social distancing is not possible. He suffers from ███████████████████████████████████ ███████████████. He also was a heavy smoker from ages 13-18, increasing his likelihood of a severe case of COVID-19 should he contract the virus. He is willing to abide by social distancing and Shelter in Place requirements, and if released would continue to receive ongoing support from his social worker at the San Francisco Public Defender.

1. **Name:** Juan Jose Erazo Herrera

2. **Age:** 20 years old – DOB 3/15/2000

3. **Sex:** Male

4. **Primary Language:** Spanish

5. **If Hearing, Is An Interpreter Needed?** Y

6. **Detained in:** Yuba County Jail

7. **Dorm Unit:** D Pod

8. **Date of Bond Hearing, If Any:**

    5/29/2018

9. **Outcome of Bond Hearing, If Any:**
    Mr. Erazo Herrera was denied bond based on ███████████████████████████████
    ███████████████████████████████████████████████████████████████████████
    ███████████████████████████████████████████████████████████████████████
    ██████████████████████████████████.

---

[1] ███████████████████████████████████████████████████████████

*Juan Jose Erazo Herrera*
1

On October 29, 2019, he submitted a motion for a new bond hearing based on changed circumstances, including 1) a forensic psychological evaluation finding that he is a low risk of violence in the community; 2) strong community support developed since the last bond hearing, including a robust reentry plan; 3) the passage of seventeen months since his last bond hearing, a particularly significant period of time for adolescent brain development; 4) during those seventeen months, Mr. Erazo Herrera in fact gained skills and experiences that he has employed as alternatives to violence in stressful situations; 5) the increasing remoteness of his only offense; and 6) the prolonged nature of his detention. The immigration judge denied his motion, and he timely appealed. On approximately April 9, 2020, the Board of Immigration Appeals informed his attorney that it had misplaced her briefing, and she promptly resubmitted it. On April 25, 2020, his attorney learned that the Board had subsequently erroneously dismissed the case, but staff informed her that a supervisor was working to locate the file and redeliver it to adjudicators, who would reopen the appeal *sua sponte*. It has not been reopened as of 5/1/2020.

10. **Length of Time in Detention:**
    26 months

11. **Medical Condition(s) That Put Detainee At Risk:**
    - Mr. Erazo is at higher risk of severe illness if he becomes infected by COVID-19. He was a heavy smoker from ages 13-18 years old, and the WHO has stated may cause someone to be immunocompromised.[2]
    - In addition to CDC recognized conditions, Mr. Erazo suffers from of other conditions that may make him more susceptible to disease and injury, including , which experts believe heighten susceptibility to COVID-19 due to the inflammatory response to ongoing untreated trauma. .[3]

12. **Attorney Name, Phone, Address and Email:**

    Kelly Engel Wells
    330-603-6826
    San Francisco Public Defender
    555 7th St.
    San Francisco, CA 94103
    Kelly.wells@sfgov.org

13. **Felony or Misdemeanor Convictions, Including Date and Offense:**
    - No convictions;

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:**

---

[2] World Health Organization, Q&A on smoking and COVID-19 (March 24, 2020), available at https://www.who.int/news-room/q-a-detail/q-a-on-smoking-and-covid-19 (last accessed March 27, 2020)
[3] Declaration of Dr. Mira Zein, MD, MPH April 6, 2020.

*Juan Jose Erazo Herrera*

- N/A

### 15. Scheduled Removal Date, If Any: None

### 16. Family:

Mr. Erazo Herrera has several siblings throughout the United States, although none has yet been able to obtain lawful status. However, he has a U.S. citizen sponsor who is in the process of seeking legal guardianship of him after visiting him weekly over the last 18 months.

### 17. Proposed Custodian and Description of Proposed Release Residence:
- If released, Mr. Erazo Herrera will reside with his United States citizen sponsor, Pedro Alanis Orozco, who is currently seeking legal guardianship of him in state court, and his wife at:

  ███████████
  Fair Oaks, California 95628

- Pedro Alanis Orozco, is a highly successful naturalized citizen who has bonded with Mr. Erazo Herrera over their experiences coming to this country with few resources at a young age, and he looks forward to guiding Mr. Erazo Herrera's education, career, and adaptation to life in this country.
- The family's home is sufficient to allow Mr. Erazo Herrera to maintain social distancing and abide by any conditions the Court may impose, including self-quarantine for 14 days.
- Mr. Orozco will take all steps he can to ensure Mr. Erazo Herrera complies with the Court or ICE's Order.

### 18. Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):
- Mr. Erazo Herrera enjoys significant community support from organizations and individuals who have championed his case over the last twelve months due to his youth and prolonged nature of his ICE custody. The California Immigrant Youth Justice Alliance, in particular, has worked to connect Mr. Erazo Herrera with resources such as counseling, and dozens of their members have supported him through letters, visits, and phone calls. He would also continue to enjoy the support of the San Francisco Public Defender's social workers.

### 19. Employment History:

- In the United States, he has worked in construction, and has extensive experience in agricultural work, which is how he supported himself from approximately age 12 on in El Salvador.

### 20. Other Information Relevant to Bail Determination:

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████ Nonetheless, he has never been given the opportunity to show that the rehabilitation he has actively sought since that time was successful.

The Immigration Court found that Mr. Erazo Herrera was tortured by Salvadoran authorities at the tender age of fourteen, and persecuted by his mother from ages approximately ten until he arrived in this country. He is also targeted by gangs due to his refusal to join, and is so terrified of returning to El Salvador that he has endured more than two years of custody at Yuba County jail, where he has engaged in self-harm due to the psychological harm he is suffering while confined. His detention has been prolonged due to repeated agency errors and delays—failing to schedule him for an asylum interview for nine months; taking five months to adjudicate the decision after his interview, including due to an erroneous initial decision that was subsequently corrected; and now, over four months after he submitted his appeal briefing to the BIA, his case remains pending with no end in sight. Due to the complicated and novel issues in asylum law that are present in his case, there are likely to be several rounds of appeals and remands in his case.

Despite these dire circumstances, Mr. Erazo Herrera is a thoughtful, kind person. He participated in three hunger strikes in Yuba, despite suffering retaliation by guards, to support older detainees whose medical needs were not being addressed and to request programming. He exhibits deep compassion for others and enjoys warm relationships with his siblings and with the many community members who have chosen to support him. More than anything, after over two years in custody, Mr. Erazo Herrera, who is from a rural area and has a particular knack for agricultural work, longs for the chance to be in nature. He is willing to abide by all orders to shelter in place and is committed to continuing to fight for the legal status to which the laws of this country entitle him.

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):**
    ___ **Medical Records**
    ___ **Rap Sheet**
    ____ **Letter from Proposed Custodian**
    ___ **Bond Hearing Decision**
    ___ **Bond Hearing Transcript**