# LIVIA PINHEIRO

## SHORT-FORM BAIL APPLICATION

Ms. Pinheiro is a 40 year old woman detained at Yuba County Jail. Ms. Pinheiro suffers from severe asthma, a condition that puts her at a higher risk of severe illness from COVID-19. If released, Ms. Pinheiro would live with a friend in Mountain House, CA.

1. **Name:** Livia Pinheiro

2. **Age:** 40 years old

3. **Sex:** Female

4. **Primary Language:** English

5. **If Hearing, Is An Interpreter Needed?** No

6. **Detained in:** Yuba County Jail

7. **Dorm Unit:** R

8. **Date of Bond Hearing, If Any:** 8/28/2018 and 4/23/2020

9. **Outcome of Bond Hearing, If Any:**

- Ms. Pinheiro was denied her Rodriguez bond initially in 8/2018. The IJ denied Casas bond on 4/23/2020 primarily on jurisdictional grounds finding that her first bond hearing satisfied Casas requirement for a bond hearing after prolonged detention. IJ found no changed circumstances despite the fact that Ms. Pinheiro now has a meritorious MTR pending with the BIA based on changed country conditions and Lozada (ineffective assistance of her prior counsel) – the BIA granted Ms. Pinheiro's request for an emergency stay which remains in effect.

10. **Length of Time in Detention:** 2.5 years; she's been in jail since 2009.

11. **Medical Condition(s) That Put Detainee At Risk:**

- Under the CDC's guidelines, Ms. Pinheiro is at higher risk of severe illness if she becomes infected by COVID-19. Ms. Pinheiro has severe asthma.
- In addition to CDC recognized conditions, Ms. Pinheiro suffers from a host of other conditions that may make her more susceptible to disease and injury, including, Reynaud's disease, bipolar disorder, and posttraumatic stress disorder.

12. **Attorney Name, Phone, Address and Email:** Aaron Morrison, 213-640-9129, aaronmorrisonlaw@gmail.com

*Livia Pinheiro*

1

13. **Felony or Misdemeanor Convictions, Including Date and Offense:**

- 2011 -- PC 211, 6 year state prison term (underlying conduct occurred in 2009)
- 2011 18 U.S. Code § 1708 possession of stolen mail, 12 months prison (underlying conduct occurred in 2009). 12 month prison term.
- 2009 – Driving on a suspended license. 45 days jail.
- 2007 – PC 484E(D) 8 month sentence
- 2006 – PC 459 (burglary) – 365 days jail
- 2006 – PC 496A (receiving stolen property) – 168 days jail
- 2006 – PC 530.5(a) ID theft, PC 487(a) grand theft, 360 days jail
- 2005 – Driving on a suspended license, VC 14601.1(A)

**Mitigation circumstances**: According to Ms. Pinheiro's attorney: Ms. Pinheiro had an extremely traumatic childhood and experienced horrific abuse and violence at the hands of her mother. This began in her native country of Brazil and continued in the U.S. She was also in several other abusive relationships as an adult. She suffers from bipolar disorder and PTSD. These mental disorders were basically undiagnosed and Ms. Pinheiro resorted to illicit drug use to cope with her mental illnesses. In regards to the robbery conviction, Ms. Pinheiro was convicted along with an "acquaintance" of hers that she was living with at the time of the underlying arrest. This man allowed her to live with her but he was incredibly abusive, and forced her to prostitute herself to get money for drugs. In regards to the robbery, Ms. Pinheiro simply accompanied this man to another individual's residence where the man entered and took some belongings that he believed had been stolen from him. This man had a gun on him at the time. Ms. Pinheiro accompanied him and the man ordered her to grab some clothes from the residence that supposedly belonged to him. Ms. Pinheiro was charged with a litany of other crimes in connection with this offense, all of which were dismissed. Her co-defendant received a 13-year prison term. At no time was Ms. Pinheiro armed during the commission of the offense. Nor did she personally harm or threaten anyone.

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:**

On information and belief, none.

15. **Scheduled Removal Date, If Any:** N/A

16. **Family:** 2 US Citizen children, 3 siblings – all citizens or LPR. Parents are US Citizens.

17. **Proposed Custodian and Description of Proposed Release Residence:**
- If released, Ms. Pinheiro's friend, Ciera Martin (███████████), will pick her up from the Yuba County Jail and bring her back to her home at ███████████ Mountain House, CA 95391 where she will remain.

*Livia Pinheiro*
2

- The home is sufficient to allow Ms. Pinheiro to maintain social distancing and abide by any conditions the Court may impose.
- Ms. Martin will take all steps she can to ensure Ms. Pinheiro complies with the Court or ICE's orders.

**18. Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**
2 US Citizen children, 3 siblings – all citizens or LPR.  Parents are US Citizens.

**19. Employment History:**
- 2/2017 to 10/2017: Sales Representative - Unicor, California Marketing Group, Dublin CA (this is the work she did in prison).
- On information and belief, Ms. Pinheiro was employed prior to prison.

**20. Other Information Relevant to Bail Determination:**

- Ms. Pinheiro is a 40 year old female native and citizen of Brazil who has resided in the US since she was approximately 7 years old.  She became an LPR in 2002.  Ms. Pinheiro is a lesbian with masculine characteristics and faces grave harm and possibly death if she is forced to return to her country.
- On information and belief, Ms. Pinheiro has made enormous efforts to rehabilitate herself while she was in prison. Ms. Pinheiro's attorney has voluminous evidence in the form certificates and awards she earned while in prison, including participation and completion of parenting, substance abuse, anger management and career oriented classes. Ms. Pinheiro also earned a forklift driver's license.
- According to Ms. Pinheiro's attorney, Ms. Pinheiro is not the same person she was in 2009.  This is the case of a person with mental illness that went undiagnosed.  The bipolar disorder combined with PTSD left her vulnerable and susceptible to drug use. She knows that there is another path for her and that is through prescribed medication and therapy. She's a remarkably bright individual who has gained insight to her past transgressions.
- Ms. Pinheiro is an LPR who was put in removal proceedings based on her robbery and stolen mail convictions. In March of 2018, the IJ denied her application for CAT protection.  BIA affirmed.  The matter is currently before the 9th Circuit.  However, her attorney has also filed an MTR with the BIA based on changed country conditions and ineffective assistance of prior counsel, who submitted minimal evidence in support her CAT claim and also failed file an appeal brief with the BIA. The Board has granted a stay of removal in her case, thus demonstrating that our MTR is meritorious.  The MTR remains pending.

**21. Attached are (check all that are applicable, but that is not a substitute for answering the above questions):**

___ **Medical Records ---** *available upon request*

*Livia Pinheiro*
3