UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJIT KAUR JOHAL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 20-cv-02966-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Zepeda-Rivas v. Jennings*, Case No. 3:20-cv-02731.

**IT IS SO ORDERED.**

Dated: May 4, 2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge