# FEDERAL DEFENDANTS' RESPONSE TO SHORT-FORM BAIL APPLICATION

## Armando Aguilar Ceja

Defendants object to consideration of Mr. Aguilar's bail application at this time because he does not fall within the categories outlined by the Court for "wave one" (i.e., individuals with heightened risk of harm from CVOID-19 based on CDC guidelines, individuals with no criminal record, or women).

**8. Date of bond hearing, if any:**

Mr. Aguilar is detained under 8 U.S.C. § 1226(a) and is eligible to have a bond hearing before an immigration judge.  However, he has not yet requested such a hearing.  On January 16, 2020, Mr. Aguilar's counsel stated he would file a motion for bond when adequately prepared.

**11. Medical condition(s) that put detainee at risk:**

In Mr. Aguilar's encounter with ICE on September 24, 2019, he stated he did not have any medical issues.  Defendants have no record of him being diagnosed with any additional risk factors, as defined by the Centers for Disease Control ("CDC").  Mr. Aguilar does not assert that he has been diagnosed with hypertension by a medical professional, and the CDC does not list hypertension[1] as a condition that places individuals at higher risk of severe illness from COVID-

---

[1] Hypertension is mentioned on the CDC website in the context of discussing statistics from China showing higher fatality for patients with comorbidities.  *See* https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html. However, it is not surprising that hypertension is not on the CDC's list of high-risk conditions. The CDC's list already recognizes that people 65 or older are at higher risk for severe illness from COVID-19, and it is not at all clear that hypertension in younger people alone puts them at higher risk.  According to the International Society of Hypertension, hypertension usually affects the majority of people over 60, and therefore "there is no evidence that people with hypertension are over-represented amongst those seriously infected by COVID-19.  Indeed, the opposite is true."  A Statement from the International Society of Hypertension on COVID-19, available at https://ish-world.com/news/a/A-statement-from-the-International-Society-of-Hypertension-on-COVID-19/.  Similarly, the American Heart Association has noted that nearly half of Americans deal with high blood pressure and warned that "*elderly people* with coronary heart disease or high blood pressure may be more susceptible to the coronavirus and more likely to develop more severe symptoms."  AHA Guidance, "What People with High Blood Pressure Need to Know about COVID-19," available at https://newsroom.heart.org/news/what-people-with-high-blood-pressure-need-to-know-about-covid-19 (emphasis added).

19.  *See* Centers for Disease Control and Prevention, Groups at Higher Risk for Severe Illness, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html (last visited May 2, 2020).

**13. Felony or misdemeanor convictions, including date and offense:**

On March 9, 2004, Mr. Aguilar was convicted of driving under the influence ("DUI"), causing great bodily injury in violation of California Vehicle Code ("CVC") § 23153(a), DUI with a blood alcohol level of 0.08% or above in violation of CVC § 23152(b), and driving without a license in violation of CVC § 12500(a).  A bench warrant was issued.  On January 3, 2006, Mr. Aguilar was convicted of DUI with BAC of 0.08% or above in violation of CVC § 23152(b) and sentenced to 10 days' jail and four years of probation.  On June 5, 2007, Mr. Aguilar was convicted of grand theft in violation of CPC § 487 and sentenced to 120 days' jail and three years of probation.

**14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:**

On July 18, 2019, Mr. Aguilar was arrested by the Sacramento County Sheriff's Department for possessing a controlled substance for sale in violation of California Health and Safety Code ("H&S") § 11378 and transportation of a controlled substance in violation of H&S § 11379.  The Sacramento County Sheriff's Department executed a search of Mr. Aguilar's residence on a warrant pursuant to his arrest and found almost $3000 in U.S. currency, an AR-15 rifle, a sawed off shotgun, several high capacity rifle magazines, live ammunition, ballistic tactical body armor, several cell phones, and 111 grams of methamphetamine, and 4134 grams of crystal like substance that appeared to be methamphetamine.

**20. Other Information Relevant to Bail Determination:**

Although Mr. Aguilar states that he has obtained a U-visa Law Enforcement Certification, he states that he has not yet sought a U-Visa from United States Citizenship and Immigration Services.  Mr. Aguilar's immigration removal proceedings began on September 24, 2019, and are pending.  He has requested a continuance of either his bond or removal proceedings on nine occasions.

Mr. Aguilar must remain in ICE custody because he is a threat to public safety based on the results of the search warrant executed by the Sacramento County Sheriff's Department and his history of DUI, theft, and pending charge for a controlled substance offense.