UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>DAVID JENNINGS, et al.,<br><br>      Defendants. | Case No. 20-cv-02731-VC<br><br>**STANDARD FOR CONSIDERING BAIL REQUESTS** |

    Largely for the reasons stated in the government's brief, no detainee will be released unless they have demonstrated extraordinary circumstances justifying release while the habeas petition is pending, based on a consideration of the following factors: (i) the likelihood that the class will ultimately prevail on its habeas petition; (ii) the risk posed to the detainee by current conditions at the facilities; (iii) the likelihood that the detainee will not be a danger to the community if released with conditions; and (iv) the likelihood that the detainee will appear for subsequent immigration/removal proceedings as required. As discussed in the TRO ruling, the plaintiffs have already demonstrated a strong likelihood of prevailing on the habeas petition. They have also demonstrated that all detainees are at risk if they remain confined in current conditions, but the degree of risk may differ depending on the detainee's health circumstances.

    **IT IS SO ORDERED.**

Dated: May 4, 2020

_____
VINCE CHHABRIA
United States District Judge