UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **SHORT-FORM BAIL APPLICATION (FINAL VERSION)** |

Future bail applications should use the short-form bail application attached here.

**IT IS SO ORDERED.**

Dated: May 5, 2020

VINCE CHHABRIA
United States District Judge

Short-Form Bail Application

1. Name:

2. Age:

3. Sex:

4. Primary language:

5. If there is a hearing, is an interpreter needed?

6. Detained in Mesa Verde Detention Facility ___ or Yuba County Jail ___

7. Dorm unit:

8. Date of bond hearing, if any:

9. Outcome of bond hearing, if any:

10. Length of time in detention:

11. Medical condition(s) that put detainee at risk:

12. Attorney name, phone, address and email:

13. Felony or misdemeanor convictions, including date and offense:

14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:

15. Scheduled removal date:

16. Marital status and location of spouse, significant other, children, parents and siblings:

17. Proposed custodian, including address and phone number, and description of proposed release residence:

18. Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.)

19. Employment history:

20. Other information relevant to bail determination:

21. Attached are (check all that are applicable, but this is not a substitute for answering the above questions):
    \_\_\_ Medical records
    \_\_\_ Rap sheet
    \_\_\_ I-213
    \_\_\_ Letter from proposed custodian
    \_\_\_ Bond hearing decision and/or transcript