**FEDERAL DEFENDANTS' RESPONSE TO SHORT-FORM BAIL APPLICATION**

**Nestor Josue Chavez-Cos a/k/a Nestor Chavez**

**9. Outcome of bond hearing, if any:**

Mr. Chavez-Cos had a bond hearing under 8 U.S.C. § 1226(a) before an immigration judge ("IJ") on March 6, 2019. The IJ denied Mr. Chavez-Cos's bond redetermination request on the finding that he is a danger to the community. On August 27, 2019, the Board of Immigration Appeals ("BIA") dismissed his bond appeal, agreeing with the IJ that Mr. Chavez-Cos did not meet his burden to establish that he is not a danger to the community. On December 27, 2019, Mr. Chavez-Cos's appeal of the denial of his applications for relief were dismissed by the BIA.

**11. Medical condition(s) that put detainee at risk:**

In Mr. Chavez-Cos's encounter with ICE on November 7, 2018, he stated he was in good health and did not note any medical issues. Defendants have no record of him being diagnosed with any additional risk factors, as defined by the Centers for Disease Control ("CDC").[1] Mr. Chavez-Cos contends that he has hypertension but does not assert that he has been diagnosed with hypertension by a medical professional, and the CDC does not list hypertension as a condition that places individuals at higher risk for severe illness from COVID-19.[2] Mr. Chavez-Cos also contends that he is at higher risk

---

[1] *See* Centers for Disease Control and Prevention, Groups at Higher Risk for Severe Illness, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html (last visited May 2, 2020).

[2] Hypertension is mentioned on the CDC website in the context of discussing statistics from China showing higher fatality for patients with comorbidities. *See* https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html. However, it is not surprising that hypertension is not on the CDC's list of high-risk conditions. The CDC's list already recognizes that people 65 or older are at higher risk for severe illness from COVID-19, and it is not at all clear that hypertension in younger people alone puts them at higher risk. According to the International Society of Hypertension, hypertension usually affects the majority of people over 60, and therefore "there is no evidence that people with hypertension are over-represented amongst those seriously infected by COVID-19. Indeed, the opposite is true." A Statement from the International Society of Hypertension on COVID-19, available at https://ish-world.com/news/a/A-statement-from-the-International-Society-of-Hypertension-on-COVID-19/. Similarly, the American Heart Association has noted that nearly half of Americans deal with high blood pressure and warned that "*elderly people* with coronary heart disease or high blood pressure may be more susceptible to the coronavirus and more likely to develop more severe symptoms." AHA Guidance, "What People with High Blood Pressure Need to Know about COVID-19," available at https://newsroom.heart.org/news/what-people-with-high-blood-pressure-need-to-know-about-covid-19 (emphasis added).

because he suffers from obesity (but not severe obesity), mental health issues, latent tuberculosis, is an ex-smoker, and is recovering from foot surgery.  The CDC does not categorize any of these conditions as high risk factors.[3]

**13. Felony or misdemeanor convictions, including date and offense:**

Mr. Chavez-Cos had a February 5, 2018 warrant for two charges of threatening to commit a crime with intent to terrorize (California Penal Code ("CPC") § 422), three charges of violating a court order to prevent domestic violence (CPC § 273.6), driving without a license (California Vehicle Code ("CVC") § 12500(a)), first degree burglary (CPC § 460(a)), and assault with a deadly weapon (CPC § 245(a)(1)).  As acknowledged on his bail application, Mr. Chavez-Cos was convicted of stalking under CPC § 646.9(a), a felony, and was sentenced to 160 days in jail and placed on probation for three years.  However, Mr. Chavez-Cos failed to disclose on his bail application that he was also convicted of driving without a license under CVC § 12500(a), a misdemeanor.  The remaining charges related to the February 5, 2018 warrant were dismissed.

**17. Proposed custodian and description of proposed release residence**

Mr. Chavez-Cos's proposed sponsor, Eliseo Cos Garcia has two convictions in Washington State for domestic violence: one in 2010 for which he was sentenced to an unknown number of days and one in 2011 for which he was sentenced to 365 days.

**20. Other information relevant to bail determination:**

Mr. Chavez-Cos should not be released based on his serious history of criminality.  In addition to his felony conviction for stalking, Mr. Chavez-Cos admitted during his removal proceedings to participating in three armed robberies with MS-13 gang members while he was in Guatemala.  In two of the armed robberies, the gang members threatened persons and stole money or property, and in another armed robbery, Mr. Chavez-Cos and the gang stole money and beer from an unoccupied store.  Mr. Chavez-Cos received some of the money that had been stolen from the victims, and the gang allowed him to keep the gun that he used in the third robbery.

Moreover, on June 24, 2017, a warrant was issued against Mr. Chavez-Cos for child cruelty

---

[3] *See* n.1 *supra*.

(CPC § 273a(a)), infliction of corporal injury on a spouse/child (CPC § 273.5), obstruction (CPC § 148(a)(1)), possession of unlawful paraphernalia (Health and Safety Code § 11364(a)), spousal battery (CPC § 243(e)(1)).  The corporal injury and spousal battery charges were dismissed; the status of the remaining charges is unknown.