UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br>    Defendants. | Case No.  20-cv-02731-VC <br><br> **BAIL ORDER NO. 4** <br><br> Re: Dkt. Nos. 85, 111 |

The bail requests from the following detainees are denied without prejudice:

- Manuel Soto Aguilar (Dkt. No. 85)

The bail requests from the following detainees are deferred:

- Ajaypal Singh (Dkt. No. 85)
- Guillermo de Jesus Hernandez (Dkt. No. 85)
- Nestor Chavez (Dkt. No. 85)

The bail requests from the following detainees are granted:

- Felicidad Rivera (Dkt. No. 85)
- Rafael Cruz (Dkt. No. 85)

Felicidad Rivera's bail is subject to the standard conditions of release listed in Dkt. No. 108. Rafael Cruz's bail is subject to the same conditions, with the additional condition that he participate in the alcohol treatment & monitoring programs described in ¶ 20 of his bail application, Dkt. No. 85, at 27

**IT IS SO ORDERED.**

Dated: May 7, 2020

VINCE CHHABRIA
United States District Judge