| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002)<br>wfreeman@aclunc.org<br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>ANGÉLICA SALCEDA (SBN 296152)<br>asalceda@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>*Attorneys for Petitioners-Plaintiffs*<br>Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771)<br>Public Defender<br>MATT GONZALEZ (SBN 153486)<br>Chief Attorney<br>GENNA ELLIS BEIER (CA SBN 300505)<br>genna.beier@sfgov.org<br>EMILOU H. MACLEAN (CA SBN 319071)<br>emilou.maclean@sfgov.org<br>FRANCISCO UGARTE (CA SBN 241710)<br>francisco.ugarte@sfgov.org<br>OFFICE OF THE PUBLIC DEFENDER<br>SAN FRANCISCO<br>555 Seventh Street<br>San Francisco, CA 94103<br>Direct: 415-553-9319<br>Fax:    415-553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC**<br><br>**JOINT [PROPOSED] SEALING ORDER RE ALL BAIL APPLICATIONS** |

| | |
|---|---|
| 1    BREE BERNWANGER* (NY SBN 5036397) | MARTIN S. SCHENKER (SBN 109828) |
|      bbernwanger@lccrsf.org | mschenker@cooley.com |
| 2    TIFANEI RESSL-MOYER (SBN 319721) | COOLEY LLP |
|      tresslmoyer@lccrsf.org | 101 California Street, 5th Floor |
| 3    HAYDEN RODARTE (SBN 329432) | San Francisco, CA 94111 |
|      hrodarte@lccrsf.org | Telephone: (415) 693-2000 |
| 4    LAWYERS' COMMITTEE FOR | Facsimile: (415) 693-2222 |
|      CIVIL RIGHTS OF | |
| 5    SAN FRANCISCO BAY AREA | TIMOTHY W. COOK (Mass. BBO# 688688)* |
|      131 Steuart St #400 | tcook@cooley.com |
| 6    San Francisco, CA 94105 | FRANCISCO M. UNGER (Mass. BBO# 698807)* |
|      Telephone: (415) 814-7631 | funger@cooley.com |
| 7 | COOLEY LLP |
| 8    JUDAH LAKIN (SBN 307740) | 500 Boylston Street |
|      judah@lakinwille.com | Boston, MA 02116 |
| 9    AMALIA WILLE (SBN 293342) | Telephone: (617) 937-2300 |
|      amalia@lakinwille.com | Facsimile: (617) 937-2400 |
| 10    LAKIN & WILLE LLP | |
|      1939 Harrison Street, Suite 420 | |
| 11    Oakland, CA 94612 | |
|      Telephone: (510) 379-9216 | |
| 12    Facsimile: (510) 379-9219 | |
| 13    JORDAN WELLS (SBN 326491) | |
|      jwells@aclusocal.org | |
| 14    STEPHANIE PADILLA (SBN 321568) | |
|      spadilla@aclusocal.org | |
| 15    AMERICAN CIVIL LIBERTIES UNION | |
|      FOUNDATION OF SOUTHERN CALIFORNIA | |
| 16    1313 West Eighth Street | |
|      Los Angeles, CA 90017 | |
| 17    Telephone: (213) 977-9500 | |
|      Facsimile: (213) 977-5297 | |

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

JOINT [~~PROPOSED~~] SEALING ORDER RE BAIL APPLICATIONS

1  Pursuant to the Court's Order granting the Plaintiffs' Motion for Preliminary Injunction
2  (ECF 35), the Court has directed that members of the provisionally certified class submit
3  individual applications for release from immigration detention on bail and that Defendants
4  respond to such applications. In order to properly consider each application, the Court is
5  requiring the applicant to submit information that includes sensitive and highly personal
6  information and Defendants may also submit such information in response. Such sensitive
7  information includes (1) particularly sensitive personal medical information;(2) the address and
8  telephone number(s) of persons who are proposed as custodians of an applicant in the event of
9  the applicant's release; (3) juvenile criminal information; and (4) other personally identifiable
10 information as set forth in Federal Rule of Civil Procedure 5.2(a) of the applicant and of third
11 parties.

12  As to this information, the Court finds that there is good cause to protect the information
13 from being released to the public to protect the applicants from "annoyance, embarrassment [or]
14 oppression …." Fed. R. Civ. P. 26(c)(1); *Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665 (9th
15 Cir. 2010); *see also* Fed. R. Civ. P. 5.2(a).

16  Moreover, the Court finds that it is in the interests of efficiency and conservation of the
17 resources of the parties and the Court to permit Plaintiffs and Defendants to file these
18 applications and responses under seal without the necessity of filing an administrative motion
19 pursuant to Civ. L. R. 79-5(d)(1) to accompany each such application.

## [~~PROPOSED~~] ORDER

Accordingly, for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiffs may file bail applications on behalf of individual class members under seal to protect from public disclosure the material described in the following paragraph of this Order, without the necessity of filing an individualized motion to seal pursuant to Civ. L. R. 79-5(d)(1)(A) in support of each bail application.

2. Defendants may file responses to bail applications of individual class members under seal to protect from public disclosure the material described in the following paragraph of this Order, without the necessity of filing an individualized motion to seal pursuant to Civ. L. R. 79-5(d)(1)(A) in support of each bail application.

3. The following categories of information are sealable material within the meaning of Civ. L. R. 79-5(d)(1)(A):

   a. Any particularly sensitive medical information concerning the applicant;

   b. The addresses and telephone numbers of persons who are proposed as custodians of an applicant in the event of the applicant's release;

   c. Juvenile criminal information; and

   d. Other personally identifiable information as set forth in Federal Rule of Civil Procedure 5.2(a) of the applicant and of third parties.

IT IS SO ORDERED.

Dated this  7th day of May 2020

                                          VINCE CHHABRIA
                                          United States District Judge