UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE EDUARDO GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>NATHAN ALLEN, et al.,<br><br>    Defendants. | Case No. 3:20-cv-03145-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Angel de Jesus Zepeda Rivas, et al. v. David Jennings, et al.*, 20-cv-02731-VC.

IT IS SO ORDERED.

Dated: May 8, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge