WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC**<br><br>**[PROPOSED] FURTHER PROTECTIVE ORDER REGARDING INFORMATION PERTAINING TO SPONSORS AND SPONSOR AFFILIATED PERSONS**<br><br>**JUDGE VINCE CHHABRIA** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

During the course of this litigation, members of the conditionally certified class ("Class Members") may from time to time submit bail applications to the Court, which will include information concerning the identities, names, addresses, criminal histories, and other personally identifying information of persons with whom a Class Member proposes to reside ("Sponsor") in the event that the Class Member is released on bail during the pendency of the case. While Defendants, including ICE, have a legitimate interest in investigating the suitability of a proposed Sponsor, it would not serve the interests of justice for the Sponsor's information to be used by ICE or any other U.S. government agency for immigration enforcement purposes; and it would have a chilling effect on the willingness of persons to serve as Sponsors if those persons had reason to believe that their information would be so used.

Accordingly, the Court having determined that there is good cause for issuance of a further protective order to govern the use and handling by Defendants and their respective agents, successors, personal representatives and assignees of certain information in the above-captioned action, IT IS HEREBY ORDERED as follows:

1. **Scope.** The following terms, conditions, procedures, and restrictions govern the personal identifying information produced by Plaintiffs (including by Plaintiffs, Sponsors, or counsel for Plaintiffs) concerning any person proposed by a Class Member to be such Class Member's Sponsor, together with such information concerning any member of the Sponsor's immediate family or any person living in the same residence as the Sponsor (collectively, "Sponsor Affiliated Persons"). The protections conferred by this Order cover Protected Material (as defined below), which definition includes (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any testimony, conversations, or presentations by parties of their counsel that reveal Protected Material.

2. **Protected Material.** For the purposes of this Protective Order only, Protected Material means any documents revealing the name, address, telephone number, email address, criminal history, or other personal identifying information that is disclosed by a Class Member concerning a Sponsor or Sponsor Affiliated Person. Protected Material includes any such

information disclosed prior to the entry of this Protective Order.

3. **Designation.** All Protected Material is hereby deemed "CONFIDENTIAL" without the need for Plaintiffs to have to place any marking or other designation on such Protected Material. The duty of the parties and of all other persons bound by this Protective Order to maintain the confidentiality of Protected Material so designated shall commence when the Protected Material is received by them.

4. **Limitation on Use of "CONFIDENTIAL" Protected Material.** No U.S. Government agency, including but not limited to Defendant ICE, shall be permitted to used Protected Material obtained in the course of this litigation for any reason other than determining the suitability of a proposed Sponsor in connection with a bail application submitted by a Class Member in this case (hereafter, "Permitted Use"). Specifically, no such agency may use Protected Material for any purpose related to the enforcement of U.S. immigration laws against the Class Member, the Sponsor, any Sponsor Affiliated Persons, or any other persons. This means, without limitation:

- a. Counsel for Defendants shall not provide Protected Information to any persons other than for the Permitted Use.
- b. Any person who receives Protected Information may use such Protected Information solely for the Permitted Use.
- c. Any person who receives Protected Information may not communicate such Protected Information to any other person except for the Permitted Use, and may not use such Protected Information to suggest, encourage or direct another person to investigate or conduct, or suggest that such other person investigate or conduct, any law enforcement activities with respect to a Sponsor Affiliated Person.
- d. Nothing in this Protective Order precludes the conduct of any law enforcement activity with regard to a Sponsor or Sponsor Affiliated Person if the information upon which such activity is based is derived entirely independently of any activities conducted in this litigation.

5. **Use of Protected Material before a Court.** Nothing contained in this Protective

Order shall be construed to limit use of Protected Material before this Court for the purposes of this litigation.

**6.    Reservation of Rights**. Nothing in this Order compels the production or disclosure of material, prevents the producing party from making any objection or claim of privilege, or constitutes and admission or waiver of any claim, privilege, or defense by the producing party. Nothing in this Order waives the parties' rights to challenge any claim, privilege or defense by the producing party.

**7.    Survival and Final Disposition of Designated Material.** Final termination of this litigation, including exhaustion of appellate remedies, shall not terminate the limitations imposed by this Protected Order.

IT SO ORDERED.

Dated: _____    _____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE