UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RACHANA DUONG, *et al.*, <br> Plaintiffs, <br> v. <br> DAVID JENNINGS, *et al.*, <br> Defendants. | Case No. 20-cv-02864-RMI <br><br> **JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Angel de Jesus Zepeda-Rivas, et al. v. David Jennings, at al.*, Case No. 3:20-cv-02731-VC.

**IT IS SO ORDERED.**

Dated: May 8, 2020

ROBERT M. ILLMAN
United States Magistrate Judge