# JASWINDER SINGH SHORT-FORM BAIL APPLICATION

**SUMMARY:** Jaswinder Singh is a national of India with no criminal history. Mr. Singh arrived at a United States port of entry and immediately expressed his intent to apply for asylum due to his fear of return. His application was recently denied, and he submitted a timely Notice of Appeal to the Board of Immigration Appeals (BIA) on May 8, 2020. He has significant ties to the United States, as his U.S. citizen sister lives in Fremont, CA. Mr. Singh suffers from Type 2 diabetes and high blood pressure, both of which place him at heightened risk of suffering severe complications or death from COVID-19.

1. **Name:** Jaswinder Singh

2. **Age:** 48

3. **Sex:** Male

4. **Primary Language:** Punjabi

5. **If Hearing, Is An Interpreter Needed?** Yes

6. **Detained in** Yuba County Jail

7. **Dorm Unit:** Unknown

8. **Date of Bond Hearing, If Any:** None – ineligible due to status as arriving asylum seeker.

9. **Outcome of Bond Hearing, If Any:** N/A

10. **Length of Time in Detention:** 7 Months

11. **Medical Condition(s) That Put Detainee At Risk:**

    Mr. Singh has been diagnosed with Type 2 Diabetes, and is also taking medication for hypertension.

12. **Attorney Name, Phone, Address and Email:**   Sukhbir Dhami/Hardeep Rai
    Rai And Associates
    235 Montgomery Street, Suite 860
    San Francisco, CA 94101
    530-312-2828
    Sukhbir@railaw.com

13. **Felony or Misdemeanor Convictions, Including Date and Offense:**
    Mr. Singh has no criminal history in the United States. This is confirmed by information provided by ICE.

Name: _____ Jaswinder Singh

1

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:**
No pending charges.

15. **Scheduled Removal Date, If Any:**

None. Mr. Singh submitted his Notice of Appeal to the Board of Immigration Appeals ("BIA") on May 8, 2020 (FedEx tracking no.: 7704 1507 9264).[1] BIA appeals of detained cases typically take a minimum of several months to adjudicate, and can take six months or longer. Therefore, neither his removal nor his release from detention is foreseeable in the near future absent an order from this Court.

16. **Family**: Mr. Singh has a United States citizen sister who lives in Fremont, CA.

- Sister: Parmjit Kaur, U.S. citizen
- Brother-in-Law: Charanjit Lal, U.S. citizen

17. **Proposed Custodian and Description of Proposed Release Residence:**

- If released, Mr. Singh's sister and brother-in-law will be available to pick him up from Yuba County Jail. Mr. Singh's sister resides at ▮▮▮▮▮▮▮▮▮▮ Fremont, CA 94536, where Mr. Singh will also reside. Ms. Parmjit Kaur and Mr. Charanjit Lal can be reached at ▮▮▮▮▮▮ ▮▮▮▮▮▮ respectively.
- Ms. Parmjit Kaur's house is sufficient to allow Mr. Singh to quarantine safely if needed, maintain social distancing, and abide by any conditions the court may impose. Ms. Kaur will take all steps she can to ensure Mr. Singh complies with the court and ICE's condition of release.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**

Mr. Singh has previously been in the United States and visited his sister and stayed with her for roughly 4-5 months.

19. **Employment History:**

Mr. Singh has no employment history in the United States. In India, he worked as a farmer.

20. **Other Information Relevant to Bail Determination:**

- Mr. Singh is a national of India from the state of Punjab. He reports that he suffered persecution in India based on his caste and his political opinion.

---

[1] Notices of Appeal must be physically filed with the BIA in Falls Church, VA. The BIA typically takes several days to process mail, including courier deliveries, so EOIR systems may be delayed in reflecting the filing of the Notice of Appeal.

Name: _____ Jaswinder Singh

2

- Mr. Singh filed a timely Notice of Appeal on May 8, 2020. Mr. Singh's detention is already prolonged, and appeals to the BIA typically take several months.

**21. <u>Attached are (check all that are applicable, but that is not a substitute for answering the above questions):</u>** N/A

This application was prepared using information obtained through telephone conversations that class counsel had with Mr. Singh's immigration attorney, Sukhbir Dhami. In preparing this application, class counsel also reviewed Mr. Singh's medical records from Yuba County Jail and his Notice of Appeal to the BIA, provided by Mr. Dhami, as well as the government's disclosures regarding Mr. Singh pursuant to this lawsuit. In preparing this application, class counsel did not have access to fingerprint records, the DHS Form I-213, or other immigration records from his asylum adjudication.

Respectfully submitted,

<u>s/*Angelica Salceda*</u>
Angelica Salceda

Name: _____ Jaswinder Singh

3