UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 5**<br><br>Re: Dkt. Nos. 113, 127, 130 |

Gustavo Raudales Banegas's request for bail is deferred. According to the government, Belkin Peralta Madrid and Sonia Commandant have been released, so their requests are moot.

**IT IS SO ORDERED.**

Dated: May 9, 2020

_____
VINCE CHHABRIA
United States District Judge