# MAXIMO MARTINEZ – JUAN SHORT-FORM BAIL APPLICATION

**SUMMARY:** Mr. Maximo Martinez-Juan is 49-years old, and the primary income-earner for his family, including his five children. For years he has been a member of the Nuevo, California community, where his youngest children attend elementary school. Mr. Martinez-Juan has suffered various traumas throughout his life. In Guatemala, his family was the victim of a series of robberies by criminal street gangs, after which they fled the violence. Mr. Martinez-Juan suffers from diabetes; he is also blind in one eye, appears to suffer from gout, and has a hernia. His chronic medical conditions put him at heightened risk of suffering complications or death if he contracts COVID-19. Mr. Martinez-Juan has several alcohol-related driving offenses. He is now sober and deeply remorseful for his past conduct. He intends to continue alcohol treatment by attending weekly AA meetings and wearing an alcohol monitor, known as SCRAM, which will detect the presence of alcohol.

1. **Name**: Maximo Martinez-Juan

2. **Age**: 49 years-old

3. **Sex**: Male

4. **Primary Language**: Spanish

5. **If Hearing, Is An Interpreter Needed?** Yes

6. **Detained in:** Mesa Verde Detention Facility

7. **Dorm Unit**: (unsure of current unit due to recent changes)

8. **Date of Bond Hearing, If Any:** N/A (counsel is not aware if a bond hearing has been held)

9. **Outcome of Bond Hearing, If Any**: N/A

10. **Length of Time in Detention**: Mr. Martinez-Juan has been in detention since March 25, 2020.

11. **Medical Condition(s) That Put Detainee At Risk**:

    Mr. Martinez-Juan suffers from diabetes, which is corroborated by ICE records.

    Under the Centers for Disease Control & Prevention (CDC) guidelines, Mr. Martinez-Juan is at higher risk of severe illness if he becomes infected by COVID-19 due to diabetes. People with diabetes do face a higher chance of experiencing serious complications from COVID-19. In general, people with diabetes are more likely to experience severe symptoms and complications when infected with a virus. (*See* ADA,

COVID-19, available at: https://www.diabetes.org/covid-19-faq ("Do people with diabetes have a higher chance of experiencing serious complications from COVID-19).

Mr. Martinez-Juan reports that he is also blind in one eye, suffers from gout, and has a hernia. He reports current symptoms including headaches and fevers, going so far as to inform class counsel: "I feel like I am going to die."

The CDC has recognized that the symptoms of headaches and fever are consistent with COVID-19. (*See* CDC COVID-19, available at: https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html. "people with these symptoms or combinations of symptoms may have COVID-19: Cough Shortness of breath or difficulty breathing, Fever, Muscle pain, Headache, Sore throat").

12. **Attorney Name, Phone, Address and Email**: None

13. **Felony or Misdemeanor Convictions, Including Date and Offense**:

    Mr. Martinez-Juan has suffered various traumas in his life. He developed an alcohol problem, leading to a series of alcohol-related driving violations. On May 26, 2015, Mr. Martinez-Juan was convicted of a misdemeanor violation of Cal. VC § 23152(b), driving with a blood alcohol content of .08 or greater. On March 30, 2017, he was convicted of a misdemeanor violation of Cal. VC § 23152(b) and a violation of Cal. VC § 14601.2(a), driving on a suspended license. On July 16, 2019, he was convicted of a felony violation of Cal. VC § 23152(b) and a conviction of Cal. PC § 273a(a), cruelty to a child, for having his child in the car while operating the vehicle under the influence. Mr. Martinez-Juan is now sober. He is deeply remorseful for his prior conduct, and intends to continue alcohol rehabilitation programming upon his release from custody. He will attend local AA meetings (initially via Zoom) four times a week, and will submit to having an alcohol monitor placed on his leg to detect the presence of alcohol.

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense**: N/A

15. **Scheduled Removal Date, If Any**: Not applicable. Mr. Martinez-Juan has a prior removal order which has been reinstated by ICE. However, Mr. Martinez-Juan intends to pursue his statutory right to express a fear of return and undergo the reasonable fear and withholding of removal application processes.

16. **Family**:

    Mr. Martinez Juan has a large family. He and his wife Ms. Juana Isabel Gonzalez have five children ages: 25, 20, 18, 9, and 7. The younger children attend the local elementary school. They have lived at ▇▇▇▇▇▇▇▇▇▇ Nuevo, CA 92567 for four years and plan to remain there.

17. **Proposed Custodian and Description of Proposed Release Residence**:

2 Maximo Martinez Juan

Mr. Martinez-Juan can live with his wife and children at the ▮▮▮▮▮▮▮▮▮▮ Nuevo, CA 92567 address. He will be able to self-quarantine there and receive the proper health care for his numerous ailments.

Mr. Martinez-Juan is willing to be placed on "electronic monitoring" also known as "GPS Monitoring" by the court with the added condition that the bracelet monitor his alcohol consumption. SCRAM alcohol monitors have been proven to decrease recidivism and protecte public safety. *See Effectiveness Of The Scram Alcohol Monitoring Device: A Preliminary Test,* By Victor E. Flango, Ph.D., & Fred L. Cheesman, Ph.D.**,** https://www.scramsystems.com/images/uploads/general/research/effectiveness-of-the-scram-alcohol-monitoring-device-a-preliminary-test.pdf (Last accessed May 11, 2020).

Further, he will attend four AA meetings per week locally in Nuevo, California. His wife, Juana, is willing to take Mr. Martinez-Juan to his meetings, or he will ride his bike to the meetings. He is hoping to again be a contributing member to the Nuevo community and raise his children.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**

Mr. Martinez Juan's family resides at the Nuevo, CA address. They have lived there for approximately four years, with no plans to leave. His younger children attend the local schools. Despite Mr. Martinez Juan's numerous physical injuries, he has been adamant and enterprising to provide for his large family. He has been self-employed as a gardener for 20 years.

19. **Employment History**:

Mr. Martinez Juan is a self-employed gardener for over 20 years.

20. **Other Information Relevant to Bail Determination**:

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions)**: Not applicable.
    ___ Medical Records
    ___ Rap Sheet
    ___ Letter from Proposed Custodian
    ___ Bond Hearing Decision
    ___ Bond Hearing Transcript

This application was prepared by Cooper Findlay, a deputy public defender employed at the San Francisco Public Defender's Office, and reviewed by Francisco Ugarte, class counsel. The information contained herein was obtained through interviews with Mr. Martinez-Juan and his wife Ms. Gonzalez. Counsel also consulted the DHS Form I-213, and the limited information available on the Executive Office for Immigration Review (EOIR) Immigration Court automated case information website.

3 Maximo Martinez Juan

In preparing this application, class counsel did not have access to fingerprints records, medical records, immigration records, or any documents related to criminal history other than what was provided by ICE for Mr. Martinez-Juan, who is pro se.

Respectfully submitted,

s/ *Francisco Ugarte*

Francisco Ugarte, SBN 241710