**JULIO CESAR BUENDIA ALAS SHORT-FORM BAIL APPLICATION**

Julio Cesar Buendia Alas has been detained at Mesa Verde for 5 months. He suffers from hypertension, a comorbidity identified by the Centers for Disease Control (CDC) as a risk factor for severe COVID-19. He also has high cholesterol, which may further place him at risk. He was the victim of torture in El Salvador, and he is applying for immigration relief based on his fear of return to El Salvador. He has significant family ties in Pomona, CA, all with U.S. citizenship. He has non-violent convictions which led to his arrest by federal immigration authorities. Since his incarceration in 2018, Mr. Buendia has dedicated himself to religion, sobriety, and self-improvement.

1. **Name:** Julio Cesar Buendia Alas

2. **Age:** 41 years old

3. **Sex:** Male

4. **Primary Language:** Spanish

5. **If Hearing, Is An Interpreter Needed?** Yes

6. **Detention:** Mesa Verde Detention Facility

7. **Dorm Unit:** C

8. **Date of Bond Hearing, If Any:** N/A

9. **Outcome of Bond Hearing, If Any:** N/A

10. **Length of Time in Detention:** about 5 months

11. **Medical Condition(s) That Put Detainee At Risk:**

*Hypertension*
Mr. Buendia suffers from hypertension. He has had consistently elevated blood pressure readings which would identify him as Stage 1 hypertensive according to established diagnostic criteria by the American Heart Association (AHA) and the American College of Cardiology (ACC).[1]

---

[1] The AHA and AAC define Stage 1 Hypertension as systolic readings of 130-139 mm Hg or diastolic mm Hg of 80-89. The AHA and AAC define Stage 2 Hypertension as systolic readings of 140 mm Hg or higher or diastolic of 90 mm Hg or higher. "2017 ACC/AHA/AAPA/ABC/ACPM/AGS/APhA/ASH/ASPC/NMA/PCNA Guideline for the Prevention, Detection, Evaluation, and Management of High Blood Pressure in Adults: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines," J. of American College of Cardiology 2018;71:e127-e248, May 7, 2018, at https://www.acc.org/latest-in-cardiology/ten-points-to-remember/2017/11/09/11/41/2017-guideline-for-high-blood-pressure-in-adults. The systolic reading is the upper number; the diastolic reading is the lower number. A finding that an individual suffers from hypertension does not require that an individual have elevated readings every time their blood pressure is checked, but requires at least

Name: Julio Cesar Buendia Alas

1

Moreover, his most recent blood pressure reading is the in range of Stage 2 hypertension. He has had elevated blood pressure readings since 2017. Listed below are the most recent readings based on medical records from Mesa Verde Detention Center that counsel has had access to (with asterisks around hypertensive readings—one asterisk for Stage 1 and two asterisks for Stage 2):

| | |
|---|---|
| 12/17/19 | 128/88* |
| 1/19/20 | 123/81* |
| 2/19/20 | 129/83* |
| 4/17/20 | 140/85** |

*High Cholesterol*
Mr. Buendia was diagnosed with high cholesterol (or hyperlipidemia) in February 2019. Hyperlipidemia has not been identified by the CDC as a risk factor for COVID-19, however, New York City public health authorities have identified hyperlipidemia as the third highest COVID-19 comorbidity for those with severe or fatal COVID-19.[2] A healthy range for triglycerides is less than 150 milligrams per deciliter.[3] On three occasions since this diagnosis, Mr. Buendia's triglyceride count was 162, 194 and 262 milligrams per deciliter.

*Testicular Mass*
Finally, Mr. Buendia has a testicular mass which has been present since 2017. He has sought additional testing to understand the severity of this condition, but has thus far not received it. He is currently waiting for additional medical care and testing on this condition. Mr.Buendia's immigration counsel most recently corresponded with ICE about this issue on May 8. At that time, a deportation officer at ICE indicated that a medical professional ordered a testicular ultrasound for Mr. Buendia, but it has not yet been completed due to COVID-19.

*Asthma*
ICE also asserts in the spreadsheet provided to Plaintiffs on May 8, 2020 that Mr. Buendia has asthma, which is a medical vulnerability that would increase the risk of severe COVID-19.

*Dispute Over Medical Vulnerabilities in Bahena Ortuño et al. v. Jennings*
Mr. Buendia is a plaintiff in *Bahena Ortuño et al. v. Jennings*, No. 3:20-cv-02064-MMC, a petition for habeas corpus and declaratory and injunctive relief currently pending in this district. On April 8, 2020, Judge Chesney denied Mr. Buendia's motion for a TRO ordering his release on the basis that Plaintiffs had not met their burden that he had medical vulnerabilities placing

---

two elevated blood pressure readings. *Id.* ("Prior to labeling a person with hypertension, it is important to use an average based on ≥2 readings obtained on ≥2 occasions to estimate the individual's level of BP.").

[2] *"Asthma Is Absent Among Top Covid-19 Risk Factors, Early Data Shows,"* N.Y. Times, Apr. 16, 2020, at https://www.nytimes.com/2020/04/16/health/coronavirus-asthma-risk.html?referringSource=articleShare, citing figures available at https://covid19tracker.health.ny.gov/views/NYS-COVID19-Tracker/NYSDOHCOVID-19Tracker-Fatalities?%3Aembed=yes&%3Atoolbar=no. *See also* The Hospitalist, "Comorbidities the Rule in New York's COVID-19 Deaths," Apr. 8, 2020, at https://www.the-hospitalist.org/hospitalist/article/220457/coronavirus-updates/comorbidities-rule-new-yorks-covid-19-deaths

[3] *See* "High Cholesterol Diagnosis and Treatment" Mayo Clinic, at https://www.mayoclinic.org/diseases-conditions/high-blood-cholesterol/diagnosis-treatment/drc-20350806

Name: Julio Cesar Buendia Alas

him at heightened risk of serious illness upon infection with COVID-19. *See Bahena Ortuño*, Dkt. 38 at 5. In that case, a declaration submitted by Defendants had stated that Mesa Verde staff had found that Mr. Buendia did not fall into CDC-identified criteria of people "at high risk for COVID-19," without elaborating further. *See Bahena Ortuño*, Dkt. 25-3, ¶ 12. In a motion to reconsider, Plaintiffs submitted a supplemental medical declaration from Dr. Allen Keller, Associate Professor at New York University School of Medicine in the Departments of Medicine and Population Health, and an Attending Physician in the Bellevue Hospital Primary Care Medical Clinic, who reviewed Mr. Buendia's medical records and confirmed that "Mr. Buendia Alas meets the diagnostic criteria for Stage 1 Hypertension" and that "[h]is hypertension places him at heightened risk of severe COVID-19." *See Bahena Ortuño*, Dkt. 56. Judge Chesney denied the motion to reconsider solely on the basis that because Plaintiffs had not shown that the medical records did not exist prior to the filing of the TRO motion or could not have been obtained prior to the TRO motion, Plaintiffs had not met the stringent requirements for a motion to reconsider under Civil Local Rule 7-9(b). *See Bahena Ortuño*, Dkt. 60 at 2.

**12. Attorney Name, Phone, Address and Email:**

Maddie Boyd
415-758-0605
555 7th St, San Francisco, CA 94103
maddie.boyd@sfgov.org

**13. Felony or Misdemeanor Convictions, Including Date and Offense:**

Mr. Buendia has two convictions from 2008 and three convictions from 2017.[4] At the time of the 2017 offenses, Mr. Buendia had been homeless for nearly two years following the end of his 18-year long relationship with his partner and the sudden untimely death of his brother, resulting in him making bad decisions about which he is very remorseful. He regrets these incidents greatly, has taken responsibility for his actions, and believes that using alcohol to cope with untreated trauma and depression played a large rule in these incidents. He has reiterated repeatedly that he understands the importance of his sobriety and remaining with his family. He has expressed a strong dedication to not repeating these mistakes.

In 2008, Mr. Buendia was convicted of Vehicle Code § 23152(b) (driving under the influence) and CPC § 12500(a) (driving without a license). He was sentenced to 2 days jail and 3 years of probation. He completed community service and probation.

Mr. Buendia also has three convictions from 2017:

- Vehicle Code § 10851 (vehicle theft) on 4/25/2017 for which he was sentenced to 180 days in custody and 3 years of probation.
- Vehicle Code § 10851 (vehicle theft) on 7/19/2017 for which he was sentenced to 60 days in jail and 3 years of probation.

---

[4] Mr. Buendia's declaration in *Bahena Ortuño et al.* only included one conviction for Vehicle Code § 10851 and the 2008 DUI due to lack of available records at that time and lack of clarity of the available records.

Name: Julio Cesar Buendia Alas

3

- California Penal Code § 466 (possession of burglary tools) on 7/5/2017 for which he was sentenced to 18 days in jail and 36 months probation.

On 1/25/2019, he was sentenced to state prison for a probation violation on the conviction for California Vehicle Code § 10851. He was transferred from criminal custody to immigration custody.

Upon release, Mr. Buendia will be on postrelease community supervision under Assembly Bill (AB) 109. AB 109 community supervision assignments are specifically for "current non-violent, non-serious, and non-sex offenders, who after they are released from California State prison, are to be supervised at the local County level. Instead of reporting to state parole officers, these offenders are to report to local county probation officers."[5]

### 14. Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:

Mr. Buendia has no pending charges or warrants. A charge for violating Penal Code § 245 was dismissed on 1/25/2019.

### 15. Scheduled Removal Date, If Any:

None.

### 16. Family:

Mr. Buendia has significant family ties who reside in Pomona, CA and have lawful immigration status.

- Father: Rafael Buendia Figueroa (US citizen)
- Stepmother: Juana Buendia (US citizen)
- Siblings:
    - Sandra Buendia (US citizen)
    - Cindy Buendia (US citizen)
    - Eric Buendia (US citizen)
    - Edwin Buendia (US citizen)

### 17. Proposed Custodian, Including Address and Phone Number, and Description of Proposed Release Residence:

If released, Mr. Buendia's father, Rafael Buendia, will pick him up from Mesa Verde and bring Mr. Buendia to the family home at  Pomona, California 91766, where he will remain. Mr. Rafael Buendia owns his home and has lived there for nearly thirty years. Mr. Rafael

---

[5] Los Angeles County Probation, AB 109, https://probation.lacounty.gov/ab-109/.

Buendia can be reached at ▇▇▇▇▇▇▇▇▇▇  Mr. Buendia can provide contact numbers for his siblings as well upon request.

Mr. Rafael Buendia and the family will provide housing and financial support for Mr. Buendia. Mr. Rafael Buendia has committed to provide Mr. Buendia housing rent-free, clothing, food, and anything else he might need. He has also committed to transporting Mr. Buendia to any and all court dates and appointments that he needs to attend.

The family's home is sufficient to allow Mr. Buendia to quarantine for 14 days, maintain social distancing, and abide by any conditions the Court may impose. Mr. Rafael Buendia will take all steps she can to ensure Mr. Buendia complies with the Court or ICE's conditions of release.

Mr. Buendia will report to his postrelease community probation within 2 working days of his release. Mr. Buendia's attorney has been in contact with the Los Angeles Probation Office and will aid Mr. Buendia in reporting within two working days and otherwise complying with the requirements of probation.

Carmen Sanchez, Mr. Buendia's social worker, will work to find Mr. Buendia a provider of medical care. Carmen Sanchez has already identified mental health services and treatment programs in Pomona which are accepting new patients, and Mr. Buendia is committed to attending a program. He will participate in an intake as soon as he is released.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**

Prior to his detention, Mr. Buendia resided in Los Angeles and Pomona, CA since 2003. His father, Mr. Rafael Buendia, has lived in Pomona for nearly thirty years, and his siblings have also lived in the same community for most of their lives.

19. **Employment History:**

Mr. Buendia worked in construction work for various different employers, from 2003 to 2015. Mr. Buendia is skilled in plumbing, cabinet making, setting stone, roofing, electrical work, among other construction work.

20. **Other Information Relevant to Bail Determination:**

Mr. Buendia understands that he has made mistakes in the past, and is committed to remaining sober and improving his life when he is out of detention. He will enter an outpatient program upon release. Carmen Sanchez has identified Tri-City, Access to Care Outpatient program, which is currently accepting new clients. Ms. Sanchez was able to converse with Rosa Ramirez, the mental health specialist, on April 24, 2020, who indicated that they are accepting new clients. After the intake process, Mr. Buendia's individual needs would be further assessed and he would have access to mental health treatment and outpatient substance use services. Ms. Ramirez spoke with Mr. Buendia's immigration counsel Maddie Boyd on May 8, and she indicated that all those in need of services who reside in Pomona are accepted into the program. The outpatient

Name: Julio Cesar Buendia Alas

behavioral health services program provides, among other things, mental health services, individual psychotherapy, group therapy, cognitive behavior therapy, behavior modification, dual diagnosis drug rehab, trauma therapy, case management, court ordered outpatient treatment, and psychosocial rehabilitation services. Tri-City, Access to Care Outpatient program will aid Mr. Buendia in successful community reentry and foster positive community engagement support that focuses on his rehabilitation.

Ms. Sanchez further confirmed that Mr. Buendia can benefit from services at Healthright 360 Behavioral Health Outpatient program in Pomona. Ms. Sanchez spoke with Mary Glenn at Healthright 360 on May 8, who indicated they are accepting new clients. Healthright 360 will also tailor to Mr. Buendia's needs since they focus on primary medical care, mental health services, and substance use treatment. Mr. Buendia will find the support he needs through one or both of these programs, and Ms. Sanchez is fully committed to ensuring he is able to access these services.

Mr. Buendia is Christian, and since his incarceration, he has dedicated a significant amount of time to his religion, including Bible study group with fellow detainees. He has found recovery through his religion and sobriety. He has been sober since the fall of 2018, when he was arrested. Reflecting on his time sober, he has expressed that remaining sober is extremely important to him and he is committed to continuously working on maintaining his sobriety and seeking treatment for depression and the post traumatic stress symptoms he suffers from. He expresses that with the help of his religion and family, he believes he can improve his life.

While incarcerated, Mr. Buendia has worked in cleaning the medical wing and has worked in the kitchen. He also makes rosaries, rings and bracelets.

Mr. Buendia experienced childhood trauma growing up in El Salvador during the country's civil war. When he was in his early twenties, he suffered torture at the hands of gang members in El Salvador, as a result of which he has burn scars all over his chest and abdomen. He has an extreme fear of return to El Salvador, given the high likelihood of persecution and torture he would face upon removal. He is highly motivated to comply with any and all requirements set forth by ICE, this Court, and/or the Immigration Court, in order to avoid extreme harm upon removal to El Salvador and to stay in the United States with his family.

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):** Not applicable but available on request.


All information in this application is accurate based on information and belief. This application was prepared using information probed by Mr. Buendia's immigration counsel, Ms. Maddie Boyd at the San Francisco Office of the Public Defender. In preparing this application, class counsel reviewed the available criminal records, medical records, ICE arrest report (I-213), and documents submitted on Mr. Buendia's behalf in *Bahena Ortuño et al. v. Jennings*, No. 3:20-cv-02064-MMC.

Name: Julio Cesar Buendia Alas

6

Respectfully submitted,

s/Emilou MacLean
Emilou MacLean

Name: Julio Cesar Buendia Alas