# FERMIN TRUJILLO-LOPEZ SHORT-FORM BAIL APPLICATION

**SUMMARY:** Mr. Trujillo-Lopez is a 57-year-old man with three United States citizen children, one of whom suffers from anxiety and depression. Mr. Trujillo-Lopez has resided in the United States for approximately 40 years (30 of those years as a lawful permanent resident). Mr. Trujillo-Lopez suffers from **diabetes, high blood pressure and high cholesterol**, which put him at an elevated risk of harm and possibly death should he contract COVID-19.

1. **Name:** Fermin Trujillo-Lopez

2. **Age:** 57

3. **Sex:** Male

4. **Primary Language:** Spanish

5. **If Hearing, Is An Interpreter Needed?** Yes

6. **Detained in** Mesa Verde Detention Facility

7. **Dorm Unit:** unknown

8. **Date of Bond Hearing, If Any:** None

9. **Outcome of Bond Hearing, If Any:** N/A

10. **Length of Time in Detention:** 7 months

11. **Medical Condition(s) That Put Detainee At Risk:**
- Mr. Trujillo-Lopez suffers from diabetes and high blood pressure, as ICE confirms in their records. Under the CDC's guidelines, Mr. Trujillo-Lopez is at higher risk of severe illness if he becomes infected by COVID-19.
- In addition, Mr. Trujillo-Lopez is 57 years-old. While the CDC states that the most significant risk of harm is for those 65 years old or older, CDC data concerning hospitalization and fatality demonstrates that the risk of severe COVID-19 begins at a far earlier age.[1] Moreover, studies have increasingly recognized harm from COVID-19 for all adults regardless of age.[2]

---

[1] CDC, *Laboratory-Confirmed COVID-19-Associated Hospitalizations* (last Updated Apr. 25, 2020), at https://gis.cdc.gov/grasp/COVIDNet/COVID19_3.html (last visited May 5, 2020) (hospitalization risks increased from 2.1% for 18-49 year-olds to 6.4% for 50-64 year-olds to 13.2% for those over 65); CDC, *Provisional COVID-19 Death Counts by Sex, Age, and State*, https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Sex-Age-and-S/9bhg-hcku (last visited May 6, 2020); CDC Interim Clinical Guidance, *supra*, note 6.

[2] Lisa Lockerd Maragakis, *Coronavirus and COVID-19: Younger Adults Are At Risk Too*, at https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus/coronavirus-and-

1
Fermin Trujillo-Lopez

- Mr. Trujillo Lopez also suffers from high cholesterol (hyperlipidemia). While the CDC has not yet recognized high cholesterol as a risk factor for severe COVID-19, high cholesterol was the third most common comorbidity among New York State's COVID-19 fatalities.[3]

12. **Attorney Name, Phone, Address and Email:** Aaron Morrison, 213 640-9129, aaronmorrisonlaw@gmail.com, 2000 Riverside Drive Los Angeles CA 90039.

13. **Felony or Misdemeanor Convictions, Including Date and Offense:**
    - 6/25/1992 – VC 23152(b) driving under the influence, 36 months probation and fine;
    - 11/7/1995 – VC 14601.5 (a) driving on a suspended license, 36 months probation and fine;
    - 2/2019 -- PC 273.5(a) (corporeal punishment on a spouse/cohabitant), 2 years, PC 166(c)(1), violation of court order, 180 days sentence;
        - The victim in the 273.5(a) matter is Mr. Trujillo's ex-wife and mother of his three children. Despite the underlying incident, she is extremely supportive of Mr. Trujillo's immigration case. A letter from her expressing forgiveness, attesting to Mr. Trujillo's good moral character and positive qualities as a father has been submitted in support of his pending immigration case and is available upon request, as are letters from his children.

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:** None

15. **Scheduled Removal Date, If Any:** None

16. **Family:** He has significant U.S. citizen family who support him and live in the United States, including his three United States citizen children, aged 26, 23, and 21; his U.S. citizen ex-wife who is strongly supportive of Mr. Trujillo's efforts to remain in the United States; and his U.S. citizen sister.

---

covid-19-younger-adults-are-at-risk-too (38% of those hospitalized in the United States between 20 and 54 years old and half in intensive care younger than 65, similar to results elsewhere), *citing* CDC, *Morbidity and Mortality Weekly Report: Severe Outcomes Among Patients with Coronavirus Disease 2019 – United States, February 12 – March 16, 2020*, at https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e2.htm?s_cid=mm6912e2 (last visited May 5, 2020).

[3] Danny Hakim, *Asthma Is Absent Among Top Covid-19 Risk Factors, Early Data Shows,* N.Y. Times (Apr. 16, 2020), https://www.nytimes.com/2020/04/16/health/coronavirus-asthma-risk.html?referringSource=articleShare (citing New York State Department of Health, "Fatalities," https://covid19tracker.health.ny.gov/views/NYS-COVID19-Tracker/NYSDOHCOVID-19Tracker-Fatalities?%3Aembed=yes&%3Atoolbar=no (last visited May 5, 2020). *See also* The Hospitalist, *Comorbidities the Rule in New York's COVID-19 Deaths* (Apr. 8, 2020), https://www.the-hospitalist.org/hospitalist/article/220457/coronavirus-updates/comorbidities-rule-new-yorks-covid-19-deaths.

17. **Proposed Custodian and Description of Proposed Release Residence:**
- If released, Mr. Trujillo-Lopez's adult son, Daniel Trujillo (a United States citizen), will pick him up from the Mesa Verde Detention Facility and bring him back to his home at ▉▉▉▉▉▉▉▉▉▉ Hacienda Heights CA 91745, where he will remain. Daniel Trujillo can be reached at ▉▉▉▉▉▉. Daniel is employed and has the capacity to support Mr. Trujillo-Lopez. Daniel is a employed as a warehouse associate at ENTEX – a company that manufactures locks and door knobs. Additionally, Mr. Trujillo-Lopez is a lawful permanent resident of the United States and is thus authorized to work legally in the U.S.
- The home is sufficient to allow Mr. Trujillo to maintain social distancing and abide by any conditions the Court may impose. Daniel will take all steps she can to ensure Mr. Trujillo complies with the Court or ICE's orders.  Daniel will take all steps he can to ensure Mr. Trujillo complies with the Court or those imposed ICE.  Mr. Trujillo-Lopez fully intends to comply with the protective order issued in the case.  If released, Mr. Trujillo-Lopez is required to immediately report to probation and he will be placed on Post Release Community Supervision (PRCS) for three years.  If he violates any terms of his parole, he would receive of 180 days jail time for each violation.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**
Mr. Trujillo-Lopez is a 57-year-old native and citizen of Mexico, who has resided in the United States for approximately 40 years. He adjusted his status to that of lawful permanent resident in 1990. As relief from removal, Mr. Trujillo-Lopez is currently seeking to "re-adjust" his status to that of lawful permanent resident based on an immigrant visa petition filed on his behalf by his 21-year-old United States citizen son. The petition was filed in January of 2020 and remains pending with U.S. Citizenship and Immigration Services (USCIS). Once this petition is approved, Mr. Trujillo-Lopez is eligible to apply for adjustment of status (residency) in conjunction with a discretionary waiver under section 212(h) of the Immigration & Nationality Act. The immigration judge thus far has granted continuances in Mr. Trujillo-Lopez's proceedings to allow for USCIS to adjudicate the petition filed by his citizen son.  Mr. Trujillo-Lopez has also applied for withholding of removal under sections 241(b)(3) of the Immigration and Nationality Act, 8 U.S.C. §§1158 and 1231(b)(3), and protection under the United Nations Convention Against Torture, 8 C.F.R. §§ 1208.16(c)(2), 1208.18(a)(1), because of his fear of return to his native country. His next master calendar hearing is set for May 27, 2020 for a status conference on the pending visa petition and to file his application for the waiver.

19. **Employment History:**
Self-employed truck driver

20. **Other Information Relevant to Bail Determination:**
- As noted above, Mr. Trujillo-Lopez is a long time lawful permanent resident of the United States.  Furthermore, he is eligible for relief in the form of adjustment

3

Fermin Trujillo-Lopez

- of status to the status of a lawful permanent resident in conjunction with a 212(h) waiver.
- To qualify for a 212(h) waiver, Mr. Trujillo-Lopez must establish that his removal would result in extreme hardship to at least one of his citizen children. Mr. Trujillo-Lopez would appear to have a strong case in this regard because his 23-year-old citizen daughter suffers from anxiety and depression. (A psychological evaluation has been filed with the immigration court and is available upon request.)
- Mr. Trujillo-Lopez put his daughter through college. Happily, she recently graduated from UC Santa Cruz. However, she did have difficulties while studying at UC Santa Cruz. As a result of her anxiety and depression, she had to take a year off from school. She credits her father's support as being a critical factor in rehabilitating herself and returning to school. She does not believe she would have graduated without the love and support of her father.
- Mr. Trujillo-Lopez's daughter is extremely attached to her father. Since his incarceration, her mental health has worsened significantly. Her mother fears that if Mr. Trujillo-Lopez is deported, she would harm herself.
- Mr. Trujillo-Lopez has asked for his ex-wife's forgiveness and she has forgiven him, as she has provided in a sworn declaration. She does not believe that he poses a danger to her or anyone else. She is supportive of Mr. Trujillo-Lopez's request to remain in the United States, as well as his bail application.
- Finally, given his long residency in this country, his substantial family ties (which includes three USC children) and hardship that would occur to both himself and his family in the event he is removed, Mr. Trujillo-Lopez is worthy of this relief as a matter of discretion.
- Given Mr. Trujillo-Lopez's apparent eligibility for relief from removal, he has every incentive to appear for any court hearings and comply with any orders or conditions upon his release from custody. If released, his immigration attorney will continue representing him.

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):** Not applicable but available upon request.
    ___ Medical Records
    ___ Rap Sheet
    ___ Letter from Proposed Custodian
    ___ Bond Hearing Decision
    ___ Bond Hearing Transcript

All information in this application is accurate based on information and belief. This application was prepared using information probed by Mr. Trujillo Lopez's immigration counsel, Aaron Morrison. In preparing this application, class counsel reviewed Mr. Trujillo Lopez's criminal records, medical records, probation report, sworn declaration from Mr. Trujillo Lopez's ex-wife (the complaining witness in connection with his recent conviction), and the psychological evaluation for Mr. Trujillo Lopez's daughter.

4
Fermin Trujillo-Lopez

Respectfully submitted,

<u>s/Emilou MacLean</u>
Emilou MacLean