UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 6**<br>Re: Dkt. Nos. 121, 128, 136, 139, 141, 143 |

The bail requests from the following detainees are denied without prejudice:

- Roberto Antonio Ramirez Pineda (Dkt. No. 128)

- Yao Xeng Saeturn (Dkt. No. 128)

The bail requests from the following detainees are granted:

- Jose Medina (Dkt. No. 121)

- Roselia Aguirre-Torres (Dkt. No. 121)

- Esgar Lopez Lucas (Dkt. No. 128)

- Jaswinder Singh (Dkt. No. 128)

- Victor Fierros Hurtado (Dkt. No. 128)

- Walter Maldonado (Dkt. No. 128)

Bail is subject to the standard conditions of release listed in Dkt. No. 108. Jose Medina's bail is subject to an additional condition: he may not come within 100 yards of his children's mother nor go to her home. Roselia Aguirre-Torres's bail is subject to the additional condition that her aunt transport her directly to her father's home in San Diego, as described in ¶ 17 of her

request for release. *See* Dkt. No. 121-2, at 2.

**IT IS SO ORDERED.**

Dated: May 12, 2020

VINCE CHHABRIA
United States District Judge