UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE PRELIMINARY INJUNCTION SCHEDULE**<br><br>Re: Dkt. No. 81 |

　　The schedule for adjudicating the preliminary injunction motion (and the defendants' concurrent request to dissolve the TRO), is extended by 7 days. The plaintiffs' motion for a preliminary injunction is due by Friday, May 22, at 5:00 p.m. The defendants' opposition to the motion, along with any motion to stay or dissolve the TRO, is due by Wednesday, May 27, at 5:00 p.m. The plaintiffs' reply in support of the motion for a preliminary injunction, together with opposition papers to any motion by the defendants to stay or dissolve the TRO, is due by Friday, May 29. The hearing on the motion for a preliminary injunction is set for Tuesday, June 2, at 10:00 a.m. No further extensions will be granted without the consent of both sides.

　　As an alternative, the court will entertain a stipulated schedule that delays the preliminary injunction proceedings further but allows the defendants to move to dissolve the injunction whenever they wish. Absent such a stipulation, the schedule in the preceding paragraph will hold.

　　**IT IS SO ORDERED.**

Dated: May 12, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　United States District Judge