# HUNG TIEN NGUYEN SHORT-FORM BAIL APPLICATION

**SUMMARY:**

Hung Tien Nguyen is a 40 year-old national of Vietnam. He immigrated to the United States with his family in the early 1990's when he was about 12 years old, as a lawful permanent resident. He was arrested when he was 15 years old, shortly after completing his freshman year of high school. He was convicted of two counts of PC § 187 (second degree murder), as well as two counts of PC § 245 (assault), and was sentenced to 46 years to life in prison. He has spent the past 25 years at Folsom State Prison. After a thorough vetting process, he was found suitable for parole, and released from criminal custody, but arrested by immigration authorities. If released from custody, he will live at a transitional residential facility in San Francisco for at least 6 months before he returns home to Elk Grove, California where he will live with his United States citizen parents and siblings. While at Folsom State Prison, Mr. Nguyen received his GED, organized two self-help groups, spent time speaking to youth who were brought to the prison and outside of the prison to teach them life skills, and obtained certificates as a residential electrician, dental technician, and a barber. While in custody, he worked as a barber for 5 years and a lab technician for 7 years. He has a job offer in Roseville, California working for a dental supplies company.

1. **Name:** Hung Tien Nguyen

2. **Age:** 40

3. **Sex:** Male

4. **Primary Language:** English and Vietnamese

5. **If Hearing, Is An Interpreter Needed?** No.

6. **Detained in Mesa Verde Detention Facility** _____ **or Yuba County Jail** __X__

7. **Dorm Unit:** E Pod

8. **Date of Bond Hearing, If Any:** None

9. **Outcome of Bond Hearing, If Any:** N/A

10. **Length of Time in Detention:** February 21, 2020 – about 10 weeks

11. **Medical Condition(s) That Put Detainee At Risk:**
    Verbally reports he tests positive for TB. He also suffers from Depression and Anxiety. He is starting medication this week for a hyperactive thyroid.

12. **Attorney Name, Phone, Address and Email:** No attorney.

13. **Felony or Misdemeanor Convictions, Including Date and Offense:**

Name: _____ Hung Tien Nguyen

1

He was convicted of two counts of PC § 187 (second degree murder), as well as two counts of PC § 245 (assault with a deadly weapon). He sentenced to 46 years to life in prison (his I-213 lists that on appeal, there was a sentence modification but does not list what that sentence modification was).

Importantly, Mr. Nguyen was 15 years old when he was arrested. He has spent the past 25 years at Folsom State Prison. He was paroled from criminal custody after 25 years as a youth offender.

14. **Pending Criminal Charges and Outstanding Warrants**: None

15. **Scheduled Removal Date, If Any**: Ordered removed March 3, 2020 but no known scheduled removal date. It appears that Mr. Nguyen is subject to a bilateral agreement which prevents the repatriation of Vietnamese citizens who entered the U.S. prior to July 12, 1995. (Mr. Nguyen's I-213 indicates that he entered in 1992).

16. **Family**: He has no children. His parents and 3 siblings live in Elk Grove, California in the same house he grew up in. His mom works as a chef. All of them are U.S. citizens.

17. **Proposed Custodian and Description of Proposed Release Residence**: Upon release, he will be under state supervision (parole) and will live in a transitional facility ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in San Francisco for at least 6 months. After completing this program, Mr. Nguyen will move home with his family at ▮▮▮▮▮▮ ▮▮▮▮ in Elk Grove, California. His family has lived there for over 20 years. His parents and 3 siblings live at this house and they are all U.S. citizens. His mother, Nga, who only speaks Vietnamese, can be reached at ▮▮▮▮▮▮▮▮▮ and his sister, Chi, can be reached at ▮▮▮▮▮▮▮▮▮. Chi confirmed that he can live with them following successful completion of his program. Mr. Nguyen has also received a job offer from Nobel Dental Supplies in Roseville, California.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.)**: His family has lived at this house for the past 20 years. Currently, his parents and 3 siblings live here.

19. **Employment History:** While in prison, he worked as a barber, cook, electrician, group leader, and motivational speaker.

20. **Other Information Relevant to Bail Determination**: His family immigrated to the United States from Vietnam when he was 12 years old because his sister's father was a US military veteran. His parents and siblings are all United States citizens. He entered the US with a green card. His family moved to Washington, DC for a few months and then relocated to Elk Grove, CA where they have resided ever since.

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):** Not applicable.
    ___ Medical Records   ___ Rap Sheet   ___ Letter from Proposed Custodian   ___ Bond Hearing Decision   ___ Bond Hearing Transcript

                                                        Name: _____ Hung Tien Nguyen

2

This application was prepared by Gabriella Rodezno, an attorney at the SF Public Defender's Office, and reviewed by Francisco Ugarte, class counsel. The application was prepared using information obtained through interviews and review of Mr. Nguyen's I-213 and the spreadsheet provided by Defendants, and the information contained herein is accurate to the best of my knowledge.

Respectfully submitted,

/s/*Francisco Ugarte*
Francisco Ugarte

Name: _____ Hung Tien Nguyen

3