## CHOUNG WOOHN AHN

## REPLY TO SHORT-FORM BAIL APPLICATION

**11. Medical Condition(s) That Put Detainee At Risk:** Earlier this morning, Defendants admitted Mr. Ahn to Memorial Hospital in Bakersfield after he suffered severe chest pain. Doctors have not informed Mr. Ahn of the cause, but they have indicated that he will remain in the hospital at least until tomorrow, and that they are running tests on his heart.[1] Defendant ICE, through a deportation officer, informed Mr. Ahn's immigration counsel that ICE will not be able to provide counsel with further medical information.

In their opposition, Defendants err in claiming that ICE's records show that Mr. Ahn's diabetes is well controlled. Medical records obtained from Mesa Verde show that Mr. Ahn's blood sugar tested outside of the normal range on at least five occasions over a nine-day period.[2]

Defendants further exaggerate the importance of Judge Donato finding that evidence of Mr. Ahn's medical vulnerability was lacking. ECF 151-2. Unlike the Court here, Judge Donato did not have before him any of Mr. Ahn's medical records, because counsel had not yet been able to obtain them. Instead, Judge Donato found that the sole evidence of Mr. Ahn's medical conditions, a declaration from Mr. Ahn's counsel, was "thin on the facts and unduly vague." *Ahn, et al. v. Barr,* No. 20-2604 JD, ECF 22 at 4 (N. D. Cal. May 4, 2020). Judge Donato did not find, as Defendants attempt to suggest, that if the factual allegations were true, they would be insufficient to demonstrate medical vulnerability.

**13. Felony or Misdemeanor Convictions, Including Date and Offense:** Defendants assert that in denying Mr. Ahn's motion for a temporary restraining order, Judge Donato found, *inter alia,* that he was convicted of a "serious offense[]." ECF 151-2. While that is true, unlike the Court here, Judge Donato found that the record before him had not established that the conditions at Mesa Verde unduly exposed Mr. Ahn to infection. In light of that finding, along with other factors including the public interest factors of danger and flight risk, Judge Donato found that the TRO should be denied. *Ahn v. Barr,* No. 20-2604 JD, ECF 22 at 5-6. Moreover, Judge Donato erroneously wrote that Mr. Ahn was convicted of second degree murder. *Id.* at 6. Instead, Mr. Ahn was convicted of *attempted* second degree murder. And although Mr. Ahn was sentenced to 10 years, he was released after serving just 8 years and 6 months.

---

[1] Neither ICE nor staff at Mesa Verde Detention Facility initially informed Mr. Ahn's counsel or family that he was hospitalized. After Mr. Ahn's counsel learned of the incident through Mr. Ahn's dormmate and inquired, an unnamed officer initially stated Mr. Ahn was still at Mesa Verde. It was only after several more inquiries from Mr. Ahn's counsel that a deportation officer informed her that he was hospitalized, and facilitated a non-confidential call with Mr. Ahn. The information in this reply is based on a 20-minute conversation that Mr. Ahn's counsel had with Mr. Ahn, through a telephonic Korean interpreter.

[2] The medical records document readings conducted from February 26, 2020 – March 6, 2020. Either staff did not document readings on other dates, or they did not provide those records to Mr. Ahn's counsel.

All information in this application is accurate based on information and belief. This application was prepared using information probed by Mr. Ahn's immigration counsel. Class counsel reviewed the relevant medical records and communicated about the facts of this reply with Mr. Ahn's immigration attorney.

Respectfully submitted,

/s/ *Sean Riordan*_____
Sean Riordan

REPLY TO SHORT-FORM BAIL APPLICATION

wellpath
To hope and healing

# MASTER PROBLEM LIST

Facility Name _Mesa Verde ICE Processing Center_

Patient Name _____

A_____

AHN, CHOUNG

Jail ID# _____    DOB___

DOB: _____    Nation:    KOREA

Arrival Date:    2/21/2020  23:25

## Past Medical History

| Allergies | NKDA |
|---|---|
| Surgery | |
| Hospitalizations | |

| | Chronic Problems | | | | Acute Problems | | |
|---|---|---|---|---|---|---|---|
| | Onset Date | Problem | Resolved | Onset Date | Problem | Resolved |
| 1 | 1995 | DM II | | | | | |
| 2 | 2017 | HTN | | | | | |
| 3 | 2015 | HLP | | | | | |
| 4 | 2019 | Angina | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |

## Patient Education / Psycho-Social

| Date | Subject | Verbalized understanding | | | |
|---|---|---|---|---|---|
| | | Yes | No | Tobacco | |
| | | Yes | No | Alcohol | |
| | | Yes | No | Opiates | |
| | | Yes | No | Cocaine | |
| | | Yes | No | Meth | |
| | | Yes | No | Other | |
| | | Yes | No | Employed | |
| | | Yes | No | Education | |

## Health Maintenance

| PPD | | CXR | | Health Assess. | Immunizations | | STD Testing | | | PAP |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | #MM | Date | Result | Date | Date | Vaccine | Date | Test | Result | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Form 00085 | Authority: G-01 & G-02 | Effective Date: 4/1/2009 | Revision Date: 5/10/2019


The GEO Group, Inc.

# Diabetic Flowsheet

C-41L

| Inmate Name: | Inmate #: | DOB: | Facility Name: |
|---|---|---|---|
| Ahn, Chroung | ▓▓▓▓ | ▓▓▓ | MVIPC |

**Physician's Order:** BG check ā AM X 30 days

**Start Date:** 2/26/20    **Exp. Date:** 3/26/20

**Glucometer Reading Normal Range 60-125mg/dL**

### INSULIN — BLOOD SUGAR

| DATE | TIME | TYPE | DOSE | ROUTE | SITE | INIT | DATE | TIME | LAB | GM | RESULT | INIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2/26/20 | 0755 | L | G | 126 | MS |
| | | | | | | | 2/27/20 | 0741 | L | G | 113 | Ly |
| | | | | | | | 2/28/20 | 0746 | L | G | 149 | MS |
| | | | | | | | 2/29/20 | 0748 | L | G | 125 | MS |
| | | | | | | | 3/01/20 | 0750 | L | G | 114 | CC |
| | | | | | | | 3/2/2020 | 0749 | L | G | 118 | S |
| | | | | | | | 3/3/20 | 0752 | L | G | ~~183~~ 133 | Ly |
| | | | | | | | 3/4/20 | 0750 | L | G | 127 | MS |
| | | | | | | | 3/5/20 | 0840 | L | G | 146 | MS |
| | | | | | | | 3/6/20 | 0735 | L | G | 122 | MS |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |
| | | | | | | | | | L | G | | |

**SITE CODE**

| | |
|---|---|
| LT = Lt. Thigh | LA = Lt. Arm |
| RT = Rt. Thigh | RA = Rt. Arm |
| LT/Abd = Lt. Abdomen | RT/Abd = Rt. Abdomen |

M.Simpson RN MS



**GEO**
The GEO Group, Inc.

## Keep On Person Medication Sign Out Sheet

HS-146

Inmate Name: Ahn, Chaung

Inmate Number:

CYIL

| Date | Medication | Quantity | Inmate Signature | Nurse Signature |
|---|---|---|---|---|
| 2-27-2020 | Nitroglycerine 0.4mg 1 Stublet | 1 Stublet | | |
| 2/27/2020 | Simethicone 125g 1T 4x day | X 120 tabs | | |
| 2/27/2020 | Metoprolol Tart 25mg 1T 2x day | X 60 tabs | | |
| 2/27/2020 | Metformin 500g 1T 2x day | X 60 tabs | | |
| 2/27/2020 | Omeprazole 20mg 1C 1x day | X 30 tabs | | |
| 2/27/2020 | Aspirin EC 81mg 1T 1x day | X 30 tabs | | |
| 2/27/2020 | Lisinopril 2.5mg 1T 1x day | X 30 tabs | | |
| 2/27/2020 | Glipizide 5mg 1T 2x day | X 60 tabs | | |
| 2/27/2020 | Atorvastatin 40mg 1T 1x bedtime | X 30 tabs | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |

Rev 1/05, 1/13

## Request #083826743

*PC# 207*

*Soulini / H. Punsala RN*



**Profile Photo:**

**Detainee Info**

**Name:** Choung Ahn ( ████████ )
**Booking Number:** 4 ████████
**Nationality:** KR
**Submitted Date:** 03/11/20 11:19
**Submitted from Location/Room:** CNA01/Dorm 3C
**Current Location/Room:** CNA01/Dorm 3C
**Facility:** Mesa Verde ICE Processing Center CA



**Audit Photo:**

**Form Info**

**Category:** GEO
**Form:** Medical

**Request Info**

**Status:** CLOSED **by** Rpineda
**Facility Deadline:** 03/16/20 23:59

**Summary of Request:**

Request to see doctor

**Details of Request:**

**Question / Pregunta:**
I'm not feeling well, requesting to see a doctor. Thank you

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/12/20 02:55 | Rpineda | Staff Response | You are scheduled to see a medical provider |
| 03/12/20 02:55 | Rpineda | Changed Status | From 'Open' to 'Closed' |
| 03/11/20 11:19 | Choung Ahn | Submitted New | Request to see doctor |


**wellpath**
To hope and healing.

**PROGRESS NOTES**
**PROCESSING CENTER**

| A███████ | |
|---|---|
| AHN, CHOUNG | |
| DOB: ███████   Nation:   KOREA | |
| Arrival Date:   2/21/2020 23:25 | |

| Date/Time | | Allergies: NKDA | D.O.B.: | ID# |
|---|---|---|---|---|

| Date/Time | |
|---|---|
| 3/18/2020 1407 | S: S/P CT guided ® lung mass biopsy from Mercy hospital. Pt reported feeling well. Denied cough, fevers, chills. Pt stated that he lost his lower partial dentures while at the hospital, requesting to obtain new dentures. Interpreter # 35670 BP= 139/89, P=73, R=16, T=97.6, O₂=96%, Wt= 144 |
| | O: General: A+O x3. NAD. Nontoxic HEENT: anicteric. PERRL. EOMI. MMM. ⊕ missing mandibular teeth. Pulm: CTAB Heart: S1/S2. RRR |
| | A: ® pulmonary mass s/p mass biopsy |
| | P: 1) F/U c̄ Dr. Vaghasia for biopsy result in 1 wk 2) Pt okay to return to GP 3) C/W c̄ current tx plan + meds |
| A. Gardea RN ██ 3/18/2020 ██ | |
| | E. Evangelista, PA-C Mesa Verde ICE Processing Center |
| 3-19-20 0900 | ⊕ X Admin Note Called Dr. Vaghasia's office @ 661-695-6777 to request f/u. No answer— will call again |
| | I. Ramirez, Medical Admin Assistant |
| | I. Ramirez, Medical Admin Assistant |

**Hospital Send Out Update**

**Mercy Truxtun Hospital**

**Hospital Day # 3 RM 307**

**Detainee Name:** Ahn, Choung

**Alien # 4** ▮▮▮▮▮▮

**Date of Birth:** ▮▮▮▮▮▮

**Country of Citizenship:** Korea

**Date of Arrival to Mesa Verde Detention Center:** 02/21/2020

**Relevant Medical History:** Hyperlipidemia, LTBI, HTN, DM, Angina, Hx of Right Hilar Mass

**Date of Admission:** 03/12/2020 @ 1934

**Current diagnosis:** Lung Mass

**Attending Physician:** Banihashemi, MD; Vaghasia, MD (Pulmonologist)

**Current status (Vitals, Meds, Labs)**

**Vital signs:** T: 37.1 °C, P: 75, R: 16, BP: 105/37, O2: SPO2 95% room air

**Lab result:** CBC, BMP and Procalcitonin was drawn today and result were WNL exclude Albumin 2.8, Ca 8.2, Hgb 12.1 Hct 35.8 and Procalcitonin 0.09

**IV Line:** IV remained on RAC g18 with NS @100ml/lpm

**Diet: CCHO B**reakfast was held today due to pre op procedure for CT scan of the lung with Biopsy.

**Meds:** Glipizide 5mg 1t po bid, Atorvastatin 40mg 1t po qhs, Held Metoprolol 25mg 1t po bid today, Held Lisinopril 2.5mg 1t po qd today, Azithromycin 500mg IV Q24 hrs, Ceftriaxone 1gm IV Q24hrs, Zosyn 4.5gm every 6 hrs, Pantoprazole 40mg po QD

**Plan:** According to Lorei, RN, Dr. Vaghasia Pulmonologist seen the patient yesterday and order for CT scan of the lung with biopsy. Today, patient's breakfast was held due to the pre op procedure for lung biopsy and will resume after the procedure. Patient meal percentage was not documented on the computer per Lorei. No discharge plan at this time.

**Information Provided by (Name and Title): Lorie,** RN @ 0830 3/14/2020.

Information provided thru ICE officials via email by MSimpao RN.   *[signature]* RN

Physician Note                                              ZZZAHN, CHOUNG - 2520223202(MHB)
* Final Report *

| | |
|---|---|
| Result type: | Physician Note |
| Result Date: | March 17, 2020 18:01 PDT |
| Result status: | Auth (Verified) |
| Result Title: | PCCM Note |
| Source Of Report: | Vaghasia, Pramil B MD on March 17, 2020 18:02 PDT |
| Verified By: | Vaghasia, Pramil B MD on March 17, 2020 18:17 PDT |
| Encounter info: | 66004407178, MHB, Inpatient, 03/12/2020 - |

# * Final Report *

## PCCM Note

Patient: **ZZZAHN, CHOUNG**      **MRN: 2520223202(MHB)**      **FIN:** ███████
Age: **74 years**   Sex: **M**   DOB: ███████
Associated Diagnoses: **None**
Author: **Vaghasia, Pramil B MD**

### Admission Information
  **Date of Service**:
  03/17/2020 18:02.

### History of Present Illness
  No events overnight.  Had CT-guided biopsy today.  No new complaints.  Feels well..

### Histories
  **Past Medical History**:
  No active or resolved past medical history items have been selected or recorded.
  **Procedure history**:
  CT GUIDED RIGHT LUNG MASS BIOPSY on 03/17/2020 at 74 Years.
  **Family History**:
  No family history items have been selected or recorded.

### Health Status
  **Intake and Output**
  24 hour I&O data

| 24hr I&O | Intake | Output | Balance |
|---|---|---|---|
| Yesterday: | 700.00 | 0.00 | 700.00 |
| Today: | 300.00 | 0.00 | 300.00 |

E. Evangelista, PA
MAR 1 8 2020

| | | |
|---|---|---|
| Printed by: | Salcido, Anna RN | Page 1  of 5 |
| Printed on: | 03/18/2020 12:49 PDT | |

Physician Note                                    ZZZAHN, CHOUNG - 2520223202(MHB)
* Final Report *

**Allergies:**
   Allergic Reactions (Selected)
      NKA,

| **Allergies (1) Active** | **Reaction** |
| --- | --- |
| NKA | None Documented |

**Current medications**: Antibiotic Info
  Ordered

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **azithromycin:** | **500 mg,** | **IV,** | **q24hr** | 03/13/20 09:57 - Active | ( 5   days ) |
| **cefTRIAXone:** | **1,000 mg,** | **IV,** | **q24hr** | 03/13/20 09:57 - Active | ( 5   days ) |

**Inactive**

  **piperacillin-tazobactam:**  **4.5 gm,**  **IV,**  **q6hr**    03/13/20 23:36 - 03/16/20 18:29 ( 4   days )

**Scheduled**

**atorvastatin 40 mg Tab:** 40 mg, PO, qHS
**azithromycin + NS for Premix:** 500 mg, 250 mL/hr, IV, q24hr
**cefTRIAXone:** 1,000 mg, 50 mL, IV, q24hr
**glipiZIDE 5 mg Tab:** 5 mg, PO, BID with meals
**lisinopril 5 mg Tab:** 2.5 mg, PO, qDay
**metoprolol 25 mg IMMediate Rel** 25 mg, PO, BID
**pantoprazole:** 40 mg, PO, qDay

**PRN Meds**

**acetaminophen 325 mg Tab:** 650 mg, PO, every 8 hours, PRN: Fever
**acetaminophen 325 mg Tab:** 650 mg, PO, q4hr, PRN: Pain Mild (1-3)
**fentaNYL 50 mcg/mL 2 mL Inj:** 25 mcg, IV Push, once, PRN: Pain Moderate to Severe (4-10)
**HYDROcod/acetam (5/325) mg T** 1 - 2 Tab, PO, q4hr, PRN: Pain Moderate to Severe (4-10)
**magnesium oxide 400 mg Tab:** 400 mg, PO, Per Parameter, PRN: Hypomagnesemia
**magnesium sulf /D5W:** 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Hypomagnesemia
**ondansetron 2 mg/mL Inj 2mL:** 4 mg, IV Push, q4hr, PRN: Nausea / Vomiting 1st Choice
**potassium chloride 10% 20 mEq** 20 mEq, PO, Per Parameter, PRN: Hypokalemia
**potassium chloride 10% 20 mEq** 40 mEq, PO, Per Parameter, PRN: Hypokalemia
**potassium Cl / SW Premix:** 10 mEq, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Hypokalemia

**IV Medications**

**NaCl 0.9%:** 100 mL/hr, IV, Stop: 04/11/20 19:33:00 PDT

  **VS/Measurements**
  24 hr vital signs
   (All documented values resulted over the prior 24 hours)

| | **Low** | **High** | **Last** |
| --- | --- | --- | --- |

Printed by:   Salcido, Anna RN                                    Page 2  of 5
Printed on:   03/18/2020 12:49 PDT

Physician Note                                           ZZZAHN, CHOUNG - 2520223202(MHB)
* Final Report *

|  | | | |
|---|---|---|---|
|  | **36.5** | **36.8** | **36.8** |
|  | (03/16 20:00) | (03/17 17:00) | (03/17 17:00) |
|  | Temperature PO | Temperature PO | Temperature PO |
| **HR** | **56** | **89** | **76** |
|  | (03/17 12:15) | (03/17 05:00) | (03/17 17:00) |
| **RR** | **13** | **18** | **18** |
|  | (03/17 12:15) | (03/17 17:00) | (03/17 17:00) |
| **NIBP** | **106/60** | **137/85** | **118/71** |
|  | (03/17 05:00) | (03/16 20:00) | (03/17 17:00) |
| **NIBP Mean** | **75** | **102** | **75** |
|  | (03/17 05:00) | (03/16 20:00) | (03/17 05:00) |

**Weight  (kg)**

| | | |
|---|---|---|
| **Admit** | **68.03** | **(03/12 15:57)** |
| **Current** | **68.03** | **(03/12 23:46)** |
| **Previous** | **68.03** | **(03/12 15:57)** |
| **Gain/Loss** | **0.00** | |

| Ventilation | Low | High | Last |
|---|---|---|---|
| **SaO2** | **94** | **99** | **94** |
|  | (03/17 17:00) | (03/17 12:30) | (03/17 17:00) |

==================================================

, Last Documented Vital Signs
Temperature PO: 36.8 deg C
Heart Rate: 76 bpm
Resp Rate (Monitor): 18 Breaths/Min
Mean Arterial Pressure: 75 mm Hg
NIBP Systolic: 118 mm Hg
NIBP Diastolic: 71 mm Hg
Oxygen Method: Room air
SPO2: 94 %

**Physical Examination**
  **General**:  No acute distress.
  **Respiratory**:  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
  **Cardiovascular**:  Normal rate, Regular rhythm, No murmur.
  **Gastrointestinal**:  Soft, Non-tender, Non-distended, Normal bowel sounds.
  **Musculoskeletal**:  Normal strength.

E. Evangelista, PA

MAR 18 2020

Printed by:      Salcido, Anna RN                                        Page 3  of 5
Printed on:      03/18/2020 12:49 PDT

Physician Note                                    ZZZAHN, CHOUNG - 2520223202(MHB)
* Final Report *


**Neurologic**:  Alert, No focal defects.

## Review / Management
**Results Review**:  24 hr Labs
**Labs** (All documented values resulted over the prior 24 hours..)


**Fingerstick Glucose (Last 4)**

        **98**
        (03/14 09:14)

**Hematology**
**WBC**    5.80
**Hgb**    13.00L
**Hct**    38.10L
**Plt**    284.00

**Chemistry**
**Na**    139.00
**K**      3.90
**Cl**    108.00
**CO2**    23.00
**Gluc**   111.00H
**Bun**     6.00
**Cr**      0.60L
**Ca**      8.80
**T Bili**  0.60


**Enzymes**
**Alkphos**  66.00
**ALT**    26
**AST**    21

**Proteins**
**Alb**     3.10  (03/17 07:31)

**Anion**
**Anion Gap**    8.00 (03/17 07:31)

,

_**Microbiology Studies Recently Resulted**_
**14044394411**
     **Culture Blood**
          **Status: Prelim**
03/12/2020 Blood Peripheral
**Culture Report:  No growth to date**

E. Evangelista, PA

MAR 18 2020

Printed by:     Salcido, Anna RN                                    Page 4  of 5
Printed on:     03/18/2020 12:49 PDT

Physician Note                                              ZZZAHN, CHOUNG - 2520223202(MHB)
* Final Report *


**14044394417**
   **Culture Blood**
      **Status: Prelim**
03/12/2020 Blood Peripheral
   **Culture Report:  No growth to date**


**Impression and Plan**
   **Diagnosis**
      Pulmonary mass (ICD10-CM R91.8, Discharge, Medical).
      Shortness of breath (ICD10-CM R06.02, Discharge, Medical).
      Chronic cough (ICD10-CM R05, Discharge, Medical).
   **Course:** Highly concerning of cancer with possible asbcess vs necrosis; doubt significant infection given patient is not
      toxic appearing.
   **Plan**:
   - f/u path and culture results, can be done as outpt
   - c/w abx for now, although doubt significant infection

   Consider d/c planning, if able to follow-up for results.
   **Problem list**:
      All Problems
         Diabetes mellitus / 121589010 / Confirmed
         Hyperlipidemia / 92826017 / Confirmed
         HTN (hypertension) / 1215744012 / Confirmed
         LTBI (latent tuberculosis infection) / 20683012 / Confirmed.


**Signature Line**

Electronically Signed By:
Vaghasia, Pramil B MD
On 03/17/20 18:17
Co Signature By:
Modify Signature By:
Vaghasia, Pramil B MD
On 03/17/20 18:17


E. Evangelista, PA

MAR 18 2020

Consultation                                           ZZZAHN, CHOUNG - 2520223202(MHB)
* Final Report *


Result type:          Consultation
Result Date:          March 13, 2020 17:57 PDT
Result status:        Auth (Verified)
Result Title:         Consultation Note
Source Of Report:     Vaghasia, Pramil B MD on March 13, 2020 23:36 PDT
Verified By:          Vaghasia, Pramil B MD on March 13, 2020 23:36 PDT
Encounter info:       66004407178, MHB, Inpatient, 03/12/2020 -


# * Final Report *


**Consultation Note**

Patient:  **ZZZAHN, CHOUNG**        **MRN: 2520223202(MHB)**        **FIN:** ███████
Age:  **74 years**   Sex: **M**   DOB: ███████
Associated Diagnoses:  **None**
Author:  **Vaghasia, Pramil B MD**

**Admission Information**
  **Date of Service:**
   03/13/2020 23:28.
  Cough
  **Source of history:**  Self.

**History of Present Illness**
   74 y/o man who is a former heavy smoker with DM and HLD who presented with increasing cough over the past 1 month worse over the past 1 week, associated with SOB and right sided chest pain.  He also has been having weight loss and anorexia over the pas month.  He denies any significant hemoptysis, fever/chills, or night sweats.  He was found to have lung mass/consolidation with likely central necrotic areas vs abscess..

**Review of Systems**
  **Constitutional**: Negative.
  **Integumentary**: Negative.
  **Eye**: Negative.
  **Ear/Nose/Mouth/Throat**:  Negative.
  **Respiratory**: Shortness of breath, Cough.
  **Cardiovascular**:      Chest pain: Right sided, Anterior.
  **Gastrointestinal**: Negative.
  **Genitourinary**: Negative.
  **Endocrine**: Negative.
  **Hematology/Lymphatics**: Negative.
  **Musculoskeletal**: Negative.


Printed by:      Salcido, Anna RN                              Page 1  of 5
Printed on:      03/18/2020 12:49 PDT

Consultation
* Final Report *

ZZZAHN, CHOUNG - 2520223202(MHB)

**Neurologic:** Negative.
**Psychiatric:** Negative.

**Histories**
    **Past Medical History:**
        No active or resolved past medical history items have been selected or recorded.
    **Procedure history:**
        No active procedure history items have been selected or recorded.
    **Family History:**
        No family history items have been selected or recorded.

**Health Status**
    **Intake and Output**
    24 hour I&O data

| 24hr I&O | Intake | Output | Balance |
|---|---|---|---|
| Yesterday: | 830.00 | 0:00 | 830.00 |
| Today: | 400.00 | 0.00 | 400.00 |

**Allergies:**
    <u>Allergic Reactions (Selected)</u>
        NKA,

| <u>Allergies (1) Active</u> | <u>Reaction</u> |
|---|---|
| NKA | None Documented |

**Current medications:** Antibiotic Info
    **Ordered**

| | | | | |
|---|---|---|---|---|
| **azithromycin:** | **500 mg,** | **IV,  q24hr** | 03/13/20 09:57 - Active | ( 2   days ) |
| **cefTRIAXone:** | **1,000 mg,** | **IV,  q24hr** | 03/13/20 09:57 - Active | ( 2   days ) |

**Scheduled**

**atorvastatin 40 mg Tab:** 40 mg, PO, qHS
**azithromycin + NS for Premix:** 500 mg, 250 mL/hr, IV, q24hr
**cefTRIAXone:** 1,000 mg, 50 mL, 100 mL/hr, IV, q24hr
**glipiZIDE 5 mg Tab:** 5 mg, PO, BID with meals
**lisinopril 5 mg Tab:** 2.5 mg, PO, qDay
**metoprolol 25 mg IMMediate Rel** 25 mg, PO, BID
**pantoprazole:** 40 mg, PO, qDay

**PRN Meds**

**acetaminophen 325 mg Tab:** 650 mg, PO, every 8 hours, PRN: Fever
**magnesium oxide 400 mg Tab:** 400 mg, PO, Per Parameter, PRN: Hypomagnesemia
**magnesium sulf /D5W:** 1 gm, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Hypomagnesemia

Consultation                                                ZZZAHN, CHOUNG - 2520223202(MHB)
* Final Report *

**ondansetron 2 mg/mL Inj 2mL:** 4 mg, IV Push, q4hr, PRN: Nausea / Vomiting 1st Choice
**potassium chloride 10% 20 mEq** 20 mEq, PO, Per Parameter, PRN: Hypokalemia
**potassium chloride 10% 20 mEq** 40 mEq, PO, Per Parameter, PRN: Hypokalemia
**potassium Cl / SW Premix:** 10 mEq, 100 mL, 100 mL/hr, IV, Per Parameter, PRN: Hypokalemia

<u>**IV Medications**</u>

**NaCl 0.9%:** 100 mL/hr, IV, Stop: 04/11/20 19:33:00 PDT

**VS/Measurements**
24 hr vital signs
(All documented values resulted over the prior 24 hours)

|        | Low | High | Last |
|--------|-----|------|------|
|        | **36.6** | **37.1** | **37.1** |
|        | (03/13 07:00) | (03/13 19:00) | (03/13 19:00) |
|        | Temperature PO | Temperature PO | Temperature PO |
| **HR** | **80** | **101** | **86** |
|        | (03/13 04:00) | (03/12 23:00) | (03/13 19:00) |
| **RR** | **16** | **18** | **16** |
|        | (03/13 19:00) | (03/13 15:00) | (03/13 19:00) |
| **NIBP** | **100/64** | **119/75** | **110/68** |
|        | (03/13 07:00) | (03/12 23:00) | (03/13 19:00) |
| **NIBP Mean** | **75** | **106** | **106** |
|        | (03/12 23:00) | (03/13 04:00) | (03/13 04:00) |

**Weight  (kg)**

| | | |
|---|---|---|
| **Admit** | **68.03** | **(03/12 15:57)** |
| **Current** | **68.03** | **(03/12 23:46)** |
| **Previous** | **68.03** | **(03/12 15:57)** |
| **Gain/Loss** | **0.00** | |

**BMI = 120.94  03/12/20 23:46 BMI**

| Ventilation | Low | High | Last |
|-------------|-----|------|------|
| **SaO2** | **95** | **98** | **95** |
|          | (03/13 19:00) | (03/13 04:00) | (03/13 19:00) |

=================================================

Consultation
* Final Report *

ZZZAHN, CHOUNG - 2520223202(MHB)

, Last Documented Vital Signs
Temperature PO: 37.1 deg C
Heart Rate: 86 bpm
Resp Rate (Monitor): 16 Breaths/Min
NIBP Systolic: 110 mm Hg
NIBP Diastolic: 68 mm Hg
NIBP Mean: 106 mm Hg
Oxygen Method: Room air
SPO2: 95 %

**Physical Examination**
   **General**:  No acute distress.
   **Respiratory**:  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
   **Cardiovascular**:  Normal rate, Regular rhythm, No murmur.
   **Gastrointestinal**:  Soft, Non-tender, Non-distended, Normal bowel sounds.
   **Musculoskeletal**:  Normal strength.
   **Neurologic**:  Alert, No focal defects.

**Review / Management**
   **Results Review**:  24 hr Labs
   <u>**Labs**</u>  (All documented values resulted over the prior 24 hours..)

<u>**Hematology**</u>
**WBC**   8.70
**Hgb**   12.10L
**Hct**   34.90L
**Plt**   270.00

<u>**Chemistry**</u>
**Na**   138.00
**K**   3.70
**Cl**   107.00
**CO2**   25.00
**Gluc**   127.00H
**Bun**   6.00
**Cr**   0.60L
**Ca**   8.40L

<u>**Anion**</u>
**Anion Gap**   6.00 (03/13 06:50)

<u>*Microbiology Studies Recently Resulted*</u>
14044394411
   **Culture Blood**
      **Status:** <u>**Prelim**</u>
03/12/2020 Blood Peripheral

Consultation
* Final Report *

ZZZAHN, CHOUNG - 2520223202(MHB)

Culture Report: **No growth at 25 Hours**

**14044394417**
  **Culture Blood**
    **Status: Prelim**
03/12/2020 Blood Peripheral
**Culture Report: No growth at 25 Hours**

**Impression and Plan**
  **Diagnosis**
    Pulmonary mass (ICD10-CM R91.8, Discharge, Medical).
    Shortness of breath (ICD10-CM R06.02, Discharge, Medical).
    Chronic cough (ICD10-CM R05, Discharge, Medical).
    **Course**: Highly concerning of cancer with possible asbcess vs necrosis; doubt significant infection given patient is not
      toxic appearing.
  **Plan**:
  - will need biopsy and given location, may be higher yield with CT-guided biopsy
  - will send for path and culture
  - can c/w abx, but would change to include anaerobic coverage
  - f/u cultures results.
  **Problem list**:
    <u>All Problems</u>
      Diabetes mellitus / 121589010 / Confirmed
      Hyperlipidemia / 92826017 / Confirmed
      HTN (hypertension) / 1215744012 / Confirmed
      LTBI (latent tuberculosis infection) / 20683012 / Confirmed.

**Signature Line**

Electronically Signed By:
Vaghasia, Pramil B MD
On 03/13/20 23:36
Co Signature By:
Modify Signature By:



## PROGRESS NOTES

## MESA VERDE ICE PROCESSING CENTER

| Date/Time | Inmate Name: | Allergies: | D.O.B.: | ID# |
|---|---|---|---|---|
| 1030 3/30/20 | Admin Note: Detainee went in for a f/u w/ PULMONARY & SLEEP CENTER, but providers are refusing to see detainee at the moment due to not having an authorization.<br><br>Per ICE, authorization can not be approved until a LOU is established. Nothing further to report.  I. Ramirez, Medical Admin Assistant | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

#43

## Request #086174693

**Profile Photo:**



**Detainee Info**

**Name:** Choung Ahn (▉▉▉▉▉▉)
**Booking Number:** ▉▉▉▉▉▉
**Nationality:** KR
**Submitted Date:** 04/02/20 17:20
**Submitted from Location/Room:** CNA01/Dorm 3C
**Current Location/Room:** CNA01/Dorm 3C
**Facility:** Mesa Verde ICE Processing Center CA

**Audit Photo:**



**Form Info**

**Category:** GEO
**Form:** Medical

**Request Info**

**Status:** CLOSED **by** MVTHOMAS
**Facility Deadline:** 04/07/20 23:59

**Summary of Request:**

Injury

**Details of Request:**

**Question / Pregunta:**
My right foot/ankle is swollen I'm having discomfort. Need medical care.. Thank You..

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/03/20 01:47 | MVTHOMAS | Staff Response | You are scheduled to see a medical provider |
| 04/03/20 01:47 | MVTHOMAS | Changed Status | From 'Open' to 'Closed' |
| 04/02/20 17:20 | Choung Ahn | Submitted New | Injury |

*H. Punsalan, Nurse Practitioner*
*Mesa Verde ICE Processing Center*
4/3/2020

**Request #088048333**



**Profile Photo:**

**Audit Photo:**

**Detainee Info**

**Name:** Choung Ahn (̶̶̶̶̶̶̶̶̶̶)
**Booking Number:** ̶̶̶̶̶̶̶̶̶̶
**Nationality:** KR
**Submitted Date:** 04/22/20 17:10
**Submitted from Location/Room:** CNA01/Dorm 3C
**Current Location/Room:** CNA01/Dorm 3C
**Facility:** Mesa Verde ICE Processing Center CA

Received: **4·23·20**
Triaged by: **MT**
SCR # **442**
Urgent    (Routine)

**Form Info**

**Category:** GEO
**Form:** Medical

**Request Info**

**Status:** CLOSED **by** MVTHOMAS
**Facility Deadline:** 04/27/20 23:59

**Summary of Request:**

Medical help

**Details of Request:**

**Question / Pregunta:**
I have two swollen feet and pain when I walk... I would also like all my KOP refilled.. Thank for your time and assistance..

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/22/20 23:54 | MVTHOMAS | Staff Response | Your KOP's are too soon to refill. They are due on 04/26/2020. I will order them on that date. Then it will take 3 to 5 days from that date for them to arrive. |
| 04/22/20 23:54 | MVTHOMAS | Changed Status | From 'Open' to 'Closed' |
| 04/22/20 23:53 | MVTHOMAS | Changed Status | From 'Closed' to 'Open' |
| 04/22/20 23:53 | MVTHOMAS | Staff Response | You are scheduled to see a medical provider |
| 04/22/20 23:53 | MVTHOMAS | Changed Status | From 'Open' to 'Closed' |
| 04/22/20 17:10 | Choung Ahn | Submitted New | Medical help |



**PROGRESS NOTES**

**VERDE ICE PROCESSING CENTER**

wellpath
To hope and healing.

A#: ▮▮▮▮▮▮

**AHN, CHOUNG**

DOB: ▮▮▮▮▮   Nation:   KOREA
Arrival Date:   2/21/2020  23:25

| Allergies: NKDA | D.O.B.: | ID#: |

| Date/Time | |
|---|---|
| 4/07/2020 | S: Pt seen today for re-evaluation of bilat pedal edema after completion of 3-day daily 20 mg PO Lasix dose. |
| | Pt reports swelling on bilat feet has resolved. Denies adverse effects such as dizziness, lightheadedness. |
| | O: T 97°; BP 120/72; PR 65; RR 16. |
| | HEENT: PERRLA, anicteric sclera |
| | Chest: clean to auscultation |
| | Cardio: RRR, bilat pedal edema resolved |
| | A: 1) DM II    3) Anemia |
| | 2) HLP    4) HTN |
| | P: 1) Start HCTZ 12.5 mg PO Q AM x 90 days. |
| | 2) Vit A & D ointment, apply to dry skin on both arms BID x 90 days EKOP one packet/day |
| | 3) ✓ A1C, CMP, CBC, FLP, BNP in June 2020 then schedule for CCV with labs results. |

H. Punsalan, Nurse Practitioner
Mesa Verde ICE Processing Center

*(handwritten, pink ink, left margin:)* A. Gardea, RN  4/7/2020 0551