UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER FOR RESPONSE TO DOCKET NO. 156** |

     The government is ordered to file a response to the plaintiffs' filing at Dkt. 156 regarding Delfina Soto Soto by 3:00 p.m. today.

**IT IS SO ORDERED.**

Dated: May 13, 2020

_____
VINCE CHHABRIA
United States District Judge