UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 7**<br><br>Re: Dkt. Nos. 134, 151, 152, 155 |

The bail requests from the following detainees are denied without prejudice:

- Carlos Solis Manzanilla (Dkt. No. 134)
- Choung Woohn Ahn (Dkt. No. 134)

The bail request from Leonidez Mendez Hinojosa (Dkt. No. 134) is granted. His bail is subject to the conditions of release listed in Dkt. No. 108.

**IT IS SO ORDERED.**

Dated: May 13, 2020

VINCE CHHABRIA
United States District Judge