UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER GRANTING PROTECTIVE ORDER** <br><br> Re: Dkt. No. 125 |

The plaintiffs' request for a further protective order regarding custodians is granted. ICE is prohibited from using information it obtains about proposed custodians or members of their households through this litigation in enforcement actions against those custodians or members of their households. ICE is further prohibited from putting information about a proposed custodian or members of the custodian's household in the detainee's A-file. This order does not preclude ICE from taking enforcement action against proposed custodians or members of their households based on information obtained from a source other than this litigation.

**IT IS SO ORDERED.**

Dated: May 13, 2020

_____
VINCE CHHABRIA
United States District Judge