# Asif Masoom Qazi
# Short-Form Bail Application

**Summary:** Asif Qazi is a 30-year-old citizen of Bangladesh who has resided in California since he was 9 years old. Mr. Qazi and his wife Raquel O'Brien Qazi are parents to two daughters, who they are raising in Vallejo. Prior to his detention a little over three months ago, Mr. Qazi had been the primary breadwinner for his family. Mr. Qazi was detained after he voluntarily reported to an interview with immigration officials. His most recent conviction resulted from an arrest in 2016. Since that arrest, Mr. Qazi has dedicated himself to supporting his wife, children and recently widowed mother. Mr. Qazi's medical records show that he suffers from asthma and uses an inhaler several times per day. He also reports a past TB diagnosis and likely suffers from latent TB.

1. **Name:** Asif Masoom Qazi

2. **Age:** 30

3. **Sex:** M

4. **Primary language:** English

5. **If there is a hearing, is an interpreter needed?** No

6. **Detained in** Mesa Verde Detention Facility _X_ or Yuba County Jail ___

7. **Dorm unit:** Dorm B

8. **Date of bond hearing, if any:** Mr. Qazi's bond hearings have all related to his 2016 arrest in Vallejo after police officers found a gun in the engine compartment of his car.

- After Mr. Qazi's pre-trial release, ICE arrested him in December 2016. An immigration judge then ordered Mr. Qazi released on a $10,000 bond in February 2017. Mr. Qazi posted the bond and was released. ICE appealed and the case was remanded, at which point a different immigration judge again granted Mr. Qazi a $10,000 bond in May 2018. The immigration judge was fully aware of Mr. Qazi's arrest and the allegations against him when he ordered Mr. Qazi released in February 2017.
- On June 7, 2019, Mr. Qazi entered a guilty plea to California Penal Code § 30315 (possession of handgun ammunition designed primarily to penetrate metal or armor). In an attached letter, Mr. Qazi's public defender describes the significant evidentiary issues in the case – both as to the way the evidence was obtained, and as to the absence of proof that Mr. Qazi was aware of the firearm. (See Ltr. from Nick Filloy, attached). Mr. Qazi pleaded guilty and received what in effect was a sentence of time served, by completing the jail time imposed through a Sheriff's work program.
- On February 4, 2020, Mr. Qazi voluntarily presented himself for an interview at ICE's San Francisco Field Office, knowing that interview might result in his detention. ICE

- detained Mr. Qazi on that date, even though he had not violated any conditions of release under the terms of his immigration judge bond from 2018.
- Sometime in or around April 2020, Mr. Qazi was denied bond while unrepresented. Counsel then filed for a subsequent bond hearing, with additional documentation evidencing that Mr. Qazi is not a danger or a flight risk. On April 23, 2020, Mr. Qazi was denied bond, based solely on the fact of his 2019 conviction. A bond memorandum and transcript have not yet been produced for that hearing.

**9. Outcome of bond hearing, if any:** See above

**10. Length of time in detention:** More than three months

**11. Medical condition(s) that put detainee at risk:**
- Mr. Qazi has a self-reported history of asthma, which is aggravated by seasonal allergies. As of March 2020, while in immigration detention, Mr. Qazi sought medical attention for shortness of breath and wheezing, which had begun approximately 30 days prior. He was prescribed an Albuterol inhaler, which he uses 4 times daily.
- Mr. Qazi also reports that he tested positive for tuberculosis (TB) in approximately 2008 while at the Santa Rita Jail. His home country of Bangladesh is one of 22 high TB burden countries, with an incidence of 360,000 reported TB cases in 2015. Counsel believes it is highly likely that Mr. Qazi suffers from latent TB.
- History of smoking: Mr. Qazi has been a heavy smoker for approximately 15 years.

**12. Attorney name, phone, address and email:**
Lisa Knox
Centro Legal de la Raza
3400 E 12th St, Oakland, CA 94601
lknox@centrolegal.org
415-684-4783

**13. Felony or misdemeanor convictions, including date and offense:**

- Mr. Qazi's most recent conviction stemmed from an arrest that occurred in 2016. Vallejo police officers found a handgun in a bag hanging in the engine compartment of Mr. Qazi's car after a traffic stop. Mr. Qazi was initially charged with several firearms-related charges.
- Mr. Qazi's public defender, Nick Filloy, believes that the firearm was found based on illegal search, though a state court judge denied Mr. Qazi's motion to suppress. Mr. Filloy also represents the forensics evidence did not connect the gun to Mr. Qazi.
- Given the serious evidentiary problems facing the prosecution, they "gave away the store to get a felony plea of some kind" from Mr. Qazi. (Filloy Ltr.) As Mr. Filloy states, "They allowed an immigration safe plea. They agreed to no jail time. They dismissed his strike prior." Given that Mr. Qazi would have been sentenced to prison and deported if convicted after trial, he agreed to plead to Penal Code § 30315.

- Mr. Qazi resolved that case in November 2019 when he successfully completed an Alternatives to Custody program. As a result, he did no further jail time and his sentence was to time served. He has had no further arrests since 2016.
- Since the time of his arrest, Mr. Qazi has married his wife Raquel O'Brien Qazi, and dedicated himself to raising their two children.
- His family and friends attest to his rehabilitation and dedication to his family. When his father died in November 2018, Mr. Qazi dedicated himself to supporting his mother as well. Mr. Qazi has been employed continuously since his release from immigration detention in 2017. Mr. Qazi is now a devout Muslim, who regularly attends services and volunteers at his local mosque. As Sundiata Al Rashid, the leader of the mosque, notes, "Asif is an active member of our community and a role model for younger Muslims. He is a hard working father and son."

[Data below is taken from RAP sheet, except where noted]*

| Case and Arrest Date | Location | Offense | Outcome | Sentence |
|---|---|---|---|---|
| 03-17-2007; Alameda County | Alameda | Juvenile adjudication | Confidential pursuant to CA Welfare and Institutions Code 827 | |
| 01-21-2008, Alameda County Superior Court, Case No. 536674A | | Count 1: PC 211, (2nd Degree); Count 2: PC 496 (a); Count 3: PC 211 (attempt); Count 4: PC 211 (2nd Degree); Count 5: PC 211 (2nd Degree) | Counts 1-4 dismissed, **Convicted of Count 5: Cal. PC 211 (robbery)** | 5 years' formal probation, 364 days jail |
| 03-05-2010; Alameda County Superior Court, Case No. 163426 | Oakland | Count 1: PC 12025(A)(1); Count 2: PC 12031(a)(1); Count 3: HS 11377; Count 4: PC 12021(a)(1) | Dismissed: Count 1-4; **Pleaded guilty to Cal. PC 32 (accessory after the fact)** | 1 day jail, 5 years' probation |
| 11-10-2016; Solano County Superior Court, Case No. VCR228172 | Fairfield | Count 1: PC 29800(a)(1); Count 2: PC 25400(a)(1); Count 3: PC 25850(a); Count 4: VC 22107 | **Pleaded guilty to Cal. PC 30315 (possession of handgun)** | 179 days jail (served through work program), 3 years' probation |

*Mr. Qazi's "rap sheet" also lists a May 5, 2019 arrest by Vallejo PD for misdemeanor Penal Code § 243(e)(1) (domestic battery), and notes that prosecution was rejected for lack of sufficient evidence

**14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:**
None

3

Asif Masoom Qazi

15. **Scheduled removal date**: None.
    - Mr. Qazi is currently in removal proceedings before an Immigration Judge. He is seeking to apply for lawful permanent resident status based on a pending I-130 visa petition filed by his US citizen wife on April 13, 2020 (receipt no. IOE908849677). The Immigration Judge continued Mr. Qazi's proceedings to allow for adjudication of the I-130 petition, at which time Mr. Qazi can submit an application for lawful permanent residency and waiver of inadmissibility.

16. **Marital status and location of spouse, significant other, children, parents and siblings**:
    - Mr. Qazi is married to Raquel O'Brien Qazi. He has two children: his stepdaughter S.H. (9) and his biological child D.Q. (8). The family resides in Vallejo. Since his detention, the family has not been able to make ends meet and is behind on essential bills such as rent and electricity. Ms. O'Brien Qazi notes the way that Mr. Qazi "has become a lot more humble, generous, loving, and caring," since she first met him, and that he "is a teacher, a father, and a wonderful husband."
    - Mr. Qazi's mother, Mamatz Chowdhury, resides in Berkeley, CA. She is a widow and as she does not drive, depends on Mr. Qazi to help her run errands for her personal needs and her café business. Last year, she began suffering chest pains and depended on Mr. Qazi to take her to doctor's appointments and help her communicate, as English is her second language.
    - Mr. Qazi's brother, Mirfak Arif Qazi, resides in Brooklyn, NY. While he and Mr. Qazi are close, he is unable to step in to provide emotional and financial support to their mother given the distance.

17. **Proposed custodian, including address and phone number, and description of proposed release residence**:
    - Mr. Qazi's proposed custodian is his wife, Raquel O'Brien Qazi. He will reside with her at the home they shared prior to his detention: ▮▮▮▮▮▮▮▮, Vallejo, CA 94590. Her phone number is ▮▮▮▮▮▮▮▮.
    - If Mr. Qazi is released, his wife plans to transport him from Mesa Verde to their home.
    - The proposed residence is a two bedroom apartment. Upon release, Mr. Qazi will quarantine in one of the bedrooms for 14 days.
    - Ms. O'Brien Qazi is currently employed – working overtime to account for Mr. Qazi's absent earning power in light of his detention – and is prepared to provide her husband with accommodation and other support as needed. She will ensure that Mr. Qazi complies will all terms of his release.

18. **Applicant's ties to the location of the proposed residence** (such as length of time, family members, prior employment, etc.)
Mr. Qazi has resided in the greater San Francisco Bay Area since arriving to the U.S. in 1995. Prior to being arrested by ICE, Mr. Qazi had been residing at the proposed release address with his wife and two daughters since March 2019.

19. **Employment history**:
Mr. Qazi was employed as an Ironworker with the Commercial Metals Company from September 2019 – February 2020, earning more than $20 per hour and at times earning more

4

Asif Masoom Qazi

than $1,000 per week. Prior to that, Mr. Qazi was employed at Foam Fabrication Commerce Inc, from 2017-2019

**20. Other information relevant to bail determination:** Please see mitigation information above.

**21. Attached are** (check all that are applicable, but this is not a substitute for answering the above questions):  Letter from Nick Filloy, Mr. Qazi's attorney in 2016 Solano County criminal case.

This application was prepared using information provided by Lisa Knox, Mr. Qazi's immigration attorney, as well as Mr. Qazi's wife. Ms. Knox provided and the undersigned reviewed records related to Mr. Qazi's arrest, character letters from his family members and others close to him, selected medical records, and other records.

The undersigned also reviewed Mr. Qazi's "rap sheet" and his I-213 form.

Respectfully submitted,

s/Sean Riordan
Sean Riordan

5

Asif Masoom Qazi