UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>DAVID JENNINGS, et al.,<br><br>         Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 8**<br><br>Re: Dkt. 138 |

The bail requests for the following detainees are denied:

- Fermin Trujillo-Lopez
- Julio Cesar Buendia Alas

Maximo Martinez-Juan's bail request is deferred.

**IT IS SO ORDERED.**

Dated: May 14, 2020

VINCE CHHABRIA
United States District Judge