UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER REGARDING RELATED CASES** |

Several judges in this District have issued referrals to this Court to determine whether other individually-filed cases are related to this class action. The Court's current view is that an individual case should be deemed related to this class action if it includes nothing that falls outside the scope of this class action—that is, if the sole claim for relief in the individual case involves allegedly unconstitutional conditions of confinement relating to Covid-19 at Mesa Verde or Yuba County Jail. Cases in which the plaintiff or petitioner raises additional claims or requests for relief should not be deemed related to this case. It will, of course, be up to the judge presiding over such an individual case to decide whether to stay the case while this Court is considering bail applications submitted by class members. If this Court receives a bail application from a class member who has a separate individual case pending, the fact that the individual case is pending will not prevent this Court from considering the bail application.

The Court will rule on pending and future referrals accordingly.

**IT IS SO ORDERED.**

Dated: May 15, 2020

VINCE CHHABRIA
United States District Judge