UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 9** <br> Re: Dkt. 74 |

    Delfina Soto Soto's bail request is granted. Her bail is subject to the conditions of release listed in Dkt. No. 108. Her bail is also subject to the further two conditions: (1) ICE may place Soto back on the Intensive Supervision Appearance Program; (2) a member of Ms. Soto's family must pick her up from the detention facility.

    **IT IS SO ORDERED.**

Dated: May 15, 2020

VINCE CHHABRIA
United States District Judge