UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER FOR FURTHER INFORMATION RE DEFERRED BAIL APPLICATIONS** |

　　　To aid the Court in adjudicating bail applications the Court has previously deferred, the parties should submit additional information as described below. This information can be provided on the same schedule as bail applications and responses:

1. **Maria del Carmen Carrillo de Varela.** The parties should address: (1) the identity and adequacy of the proposed custodian; (2) how Ms. Carrillo de Varela would be transported to Texas upon release.

2. **Juan Jose Erazo Herrera.** The Court is considering Mr. Erazo Herrera's current dangerousness, and the parties may submit further information on this issue.

3. **Livia Pinheiro.** The parties should provide information regarding the basis for the IJ's conclusion that Ms. Pinheiro is a danger and a flight risk, as well as further details regarding her criminal convictions (particularly as it relates to whether Ms. Pinheiro would be a danger to the community).

4. **Lawarence Kuia Mwaura**. The Court is still considering this request.

5. **Pravindar Singh**. The Court is still considering this request.

6. **Eleazar Porcayo Garcia.** The parties should provide further information about the events underlying Mr. Porcayo's criminal conviction, including his role in the criminal scheme, and anything else they wish to provide on the issue of dangerousness.

7. **Aylaliya Birru**. The Court is still considering this request.

8. **Ajaypal Singh**. The parties should address the nature of Mr. Singh's probation violation.

9. **Guillermo de Jesus Hernandez.** The Court is still considering this request.

10. **Nestor Chavez.** The parties should provide further information about (1) the pending warrant, (2) how Mr. Chavez will be transported to Washington State, and (3) the suitability of the custodian.

11. **Gustavo Raudales Banegas**. The Court is still considering this request.

12. **Maximo Martinez-Juan.** The Court is still considering this request.

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____

VINCE CHHABRIA
United States District Judge