UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 10** <br><br> Re: Dkt. No. 154, 164 |

The bail requests from the following detainees are denied without prejudice:

- Raleigh Figueras
- Edgar Ismael Rodriguez Rojas
- Francisco Antonio Mendoza Canales
- Luis Erasmo Castro Ramos
- Oscar Humberto Perrusquia Palomares

The bail requests from the following detainees are deferred:

- Alex Rivera-Giorges
- Hung Tien Nguyen

The bail requests from the following detainees are granted:

- Edgar Mejia
- Gilberto Pablo Perez
- Maria Andres Salgado
- Mariano Aguilar Domingo
- Wildson Tol-Morales

- Bhutta Mohammad Abbas

Bail for these detainees is subject to the standard conditions of release stated at Dkt. 108. Mr. Pablo Perez's bail is subject to the further conditions that (1) he is prohibited from consuming alcoholic beverages and (2) he is prohibited from driving.

**IT IS SO ORDERED.**

Dated: May 16, 2020

VINCE CHHABRIA
United States District Judge