# ANGEL MACHUCA VILLACANA SHORT-FORM BAIL APPLICATION

**SUMMARY:**

Angel Islander Machuca Villacana is a 33 year-old from Puebla, Mexico, who has lived in San Jose, California since April 2007. He works in construction doing drywall, and has built a strong community of support for himself. From 2014 to 2018, Mr. Machuca Villacana struggled with substance abuse and sustained a number of drug possession and property offenses. In 2019, he completed a substance abuse rehabilitation program, Proyecto Primavera, through the Santa Clara Valley Health & Hospital System, Department of Alcohol & Drug Services Adult System of Care. Since that time, he has consistently tested clean for any substances and complied with all terms of his probation. In January 2020, Mr. Machuca Villacana was detained on an old bench warrant from 2016, and was thereafter transferred to immigration custody.

1. **Name:** Angel Islander Machuca Villacana

2. **Age:** 33

3. **Sex:** Male

4. **Primary Language:** Spanish

5. **If Hearing, Is An Interpreter Needed?**

6. **Detention Facility:** Mesa Verde Detention Center

7. **Dorm Unit:** C

8. **Date of Bond Hearing, If Any:** 4/16/2020

9. **Outcome of Bond Hearing, If Any:**

Mr. Machuca Villacana, who was unrepresented at his custody redetermination hearing, was denied release on bond due to his offenses. However, at the time of the bond hearing, he did not have available the evidence of the rehabilitative programming that he had completed. He has since received some of the rehabilitation paperwork, which he now has with him at the detention center.

10. **Length of Time in Detention:** Three and a half months

11. **Medical Condition(s) That Put Detainee At Risk:**

Mr. Machuca Villacana was the victim of an assault on October 7, 2019, where he was hit with a baseball bat in the head and torso, suffering a concussion. Mr. Machuca Villacana was hospitalized for a day and receiving follow up care in the community after the assault. Since then, he has suffered from medical problems including memory loss, head pain, insomnia, and difficulty breathing. ICE medical records confirm that has continued to suffer from trouble

Angel Machuca Villacana

breathing, chest pain, and headaches in immigration custody. He also reports hypervigilance and nightmares.

**12. Attorney Name, Phone, Address and Email:**

N/A – Mr. Machuca Villacana was unable to afford an attorney and is representing himself pro per in immigration proceedings.

**13. Felony or Misdemeanor Convictions, Including Date and Offense:**

From 2014 to 2018, Mr. Machuca Villacana was struggling with substance abuse and sustained a number of drug possession and property offenses. His last offense occurred in October 2018. Since then he completed a substance abuse rehabilitation program called Proyecto Primavera, through the Santa Clara Valley Health & Hospital System, Department of Alcohol & Drug Services Adult System of Care. *See* attached ("Mr. Machuca completed his treatment activities and was discharged on 09/12/19.").

Mr. Machuca Villacana has been sober since his October 2018 arrest. He has also been compliant with his county probation requirements, and has successfully completed regular drug testing. In January 2020, Mr. Machuca Villacana was detained on a 2016 bench warrant out of Alameda county. Mr. Machuca Villacana informs counsel that he was not aware of the years-old warrant, which was resolved with a disturbing the peace charge for one day of jail time.

Based on information and belief,[1] he has sustained the following convictions:

- Arrested 7/25/2014, Santa Clara case C1491450 – Misdemeanor conviction for possession of a controlled substance and controlled substance paraphernalia under CA HS 11550 & 11364, sentenced to 60 days jail.
- Arrested 1/31/2016, Alameda County Case 260090 – misdemeanor charge for paraphernalia and burglary tool possession. Motion to suppress based on illegal search submitted.
  - Mr. Machuca was picked up on a bench warrant on Jan. 15, 2020. Pleaded to CA PC 415(2), Disturbance/unreasonable noise, sentenced to 1 day in jail and 3 years of probation. The original charges were dismissed.
- Arrested 3/26/2017, Santa Clara case C1762981 - misdemeanor conviction for possession of controlled substance paraphernalia HS 11364 sentenced to 4 days jail, credit for time served, 1 year probation.
- Arrested 8/31/2017, Santa Clara case C1775550 - misdemeanor conviction for petty theft PC 484 and sentenced to 28 days jail
- Arrested 1/13/2018, Santa Clara case C1881893 – felony conviction for VC 10851 (joyriding) and a misdemeanor conviction for VC 14601.1(a) (driving on a suspended license). Initially sentenced to 4 months jail with 3 years of probation; later on 10/16/2018 sentenced to 7 months jail after a violation of probation.

---

[1] This list is based on a review of the RAP sheet, a review of the records on the Santa Clara Criminal Court website (https://portal.scscourt.org/) and confirmed by Santa Clara public defender Su Yon Yi after a review of their records; and a review of the Alameda County criminal court website (http://www.alameda.courts.ca.gov/Pages.aspx/domainWeb).

Angel Machuca Villacana

- Arrested 3/6/2018, Santa Clara case C1885981 – misdemeanor conviction for possession of a controlled substance HS 11377(a) – sentenced to 100 days county jail
- Arrested 10/5/2018, Santa Clara case C1802775 – misdemeanor conviction for PC 530.5(d) (identity theft) and PC 148.9 (false identification to a police officer) - sentenced to 10 days county jail.

### 14. Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:

Based on available information, Mr. Machuca Villacana has no pending charges.

### 15. Scheduled Removal Date, If Any

N/A – Mr. Machuca Villacana has an individual hearing in immigration court on May 21, 2020.

### 16. Family in the United States:

Mr. Machuca Villacana's brother, Marion Machuca, lives in San Jose. He was initially detained with Mr. Machuca Villacana, and has been released on bond by ICE.

### 17. Proposed Custodian and Description of Proposed Release Residence:

If released, Mr. Machuca Villacana will live with his long-time family friend Jose Matias Ramos. Mr. Matias Ramos is a lawful permanent resident (LPR) and resides at: ▉▉▉▉▉▉▉▉ San Jose, CA 95116. His phone number is ▉▉▉▉▉▉▉▉.

Mr. Matias Ramos advised counsel that he will pick Mr. Machuca Villacana up from custody and that Mr. Machuca Villacana can reside with him as long as necessary. Mr. Matias Ramos' home is sufficient to allow Mr. Machuca Villacana to quarantine for the first 14 days upon arrival. Mr. Matias Ramos will take steps to ensure that Mr. Machuca Villacana will abide by any conditions imposed by the Court, as well as the orders of ICE.

### 18. Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):

Mr. Machuca Villacana has lived in San Jose for 12 years and has a strong support network.

### 19. Employment History:

Mr. Machuca Villacana has worked in construction since arriving in the United States. He worked for three years doing electrical work, then worked in tiling. Since 2015, he has specialized in drywall work.

### 20. Other Information Relevant to Bail Determination:

- Mr. Machuca Villacana successfully completed substance abuse treatment and was discharged 9/12/2019 (See attached certificate).

Angel Machuca Villacana

- He is on probation with Santa Clara probation department and has been in compliance with his probation, including regular drug testing.
- Mr. Machuca Villacana is also assisting Santa Clara law enforcement with a criminal investigation – he was the victim of an assault on Oct. 7, 2019. Ms. Upshaw communicated with Officer Park who confirmed that Mr. Machuca Villacana was listed as a victim in case number ▇▇▇▇▇▇▇ and that there had been an arrest in the case.  He was unable to provide more information to Ms. Upshaw at this time.
- Mr. Machuca Villacana fled to the United States in 2007 in fear for his life.  He had been assaulted twice in Mexico by members of the Zetas cartel in Mexico. On the second assault, they put a gun to his head and attempted to fire but the gun misfired. Mr. Machuca Villacana was detained at the border and returned twice without seeing a judge. Members of the Zetas killed Mr. Machcuca Villacana's cousin and uncle in April 2017.  Mr. Machuca Villacana has applied for asylum, withholding of removal and protection under the convention against torture.

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):**

Attached please find the completion certificate from Proyecto Primavera, a rehabilitation program. Available upon the Court's request are the following:

    _X_ Medical Records
    ___ Rap Sheet
    ___ Letter from Proposed Custodian
    ___ Bond Hearing Decision
    ___ Bond Hearing Transcript

All information in this application is accurate based on information and belief.  This application was prepared by Hayley Upshaw, Deputy Public Defender at the San Francisco Public Defender's Office, and reviewed by class counsel. Ms. Upshaw prepared the application based on multiple conversations with Mr. Machuca Villacana, Mr. Matias Ramos (the proposed custodian), and Ms. Su Yon Yi of the Santa Clara Public Defender's Office, as well as a review of available documents.

In preparing this application, class counsel reviewed the DHS Form I-213, Mr. Machuca Villacana's "rap sheet," the medical records from Yuba County Jail, the Immigration Court automated case information website, and the publicly available court records on the Santa Clara County Superior Court and Alameda County Superior Court websites. Class counsel did not have access to prior medical records.

Respectfully submitted,

*/s/Genna Ellis Beier*
Genna Ellis Beier

 

Angel Machuca Villacana

Santa Clara Valley Health & Hospital System   Department Of Alcohol & Drug Services Adult System of Care

## TREATMENT STATUS REPORT

| Re: Client | MACHUCA Angel | | | Provider: | Proyecto Primavera |
|---|---|---|---|---|---|
| PFN #: | ECZ261 | CJS Case #: | | | |
| and DOB: | 1986 | Dependency Case Name: | N/A | | |
| CDC #: | N/A | | | Client's Next Court Date: | NO COURT |

| Judge: | | Dept #: | | Fax: | | Date Sent: | 04/13/20 |
|---|---|---|---|---|---|---|---|
| Judge: | | Dept #: | | Fax: | | Staff Name: | RADT |
| Probation Officer: | | | | Fax: 408.432.1590 | | Signature: | |
| Parole Agent: | N/A | | | Fax: | | Phone #: | 408-977-1586 |
| Social Wkr: | | | | Fax: | | Supervisor Signature: | |
| Other: | | | | Fax: | | | |

### AOD Testing Information

| AOD Test Date | "+/-" | Substance (if positive) | AOD Test Date | "+/-" | Substance (if positive) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Initial Screening Date:**
**Admit Date: 02/13/2019**    Treatment Status Information    **Discharge Date: 09/12/19**

| Total Attendance to Date (OP only) | Progress: | Transfers: |
|---|---|---|
| # Sessions attended: 12 | ➤Treatment: | ➤ Residential Client is: |
| # Sessions missed: 2 | | • |
| | Discharge Status: | ○ |
| Modify Treatment Plan: | | ○ |
| Increased sessions: | | ➤ Out Patient Client is: |
| | Fees: | • |
| Reduced sessions: | N/A | ○ Proyecto Primavera OP |
| | | ○ |

**Comments:** This is to advise that on 02/13/19, Mr. Angel Machuca attended his intake appointment at Proyecto Primavera. Mr. Machuca completed his treatment activites and was discharged on 09/12/19. Thank you for your attention and cooperation in this regard.

Confidential Patient Information Statement. This notice accompanies a disclosure of information concerning a client in alcohol/drug treatment, made to you with the consent of such client. This further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR, Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol and drug abuse client.