DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | [~~PROPOSED~~] **ORDER REGARDING BRIEFING ON (1) PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND (2) FEDERAL DEFENDANTS' MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER AND TO STAY** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

      1.      Plaintiffs shall file a brief of no more than 20 pages for their motion for preliminary injunction by Friday, May 22, 2020, at 5:00 p.m.

      2.      Federal Defendants shall file a combined brief of no more than 25 pages in opposition to Plaintiffs' motion and for any motion to dissolve the temporary restraining order and to stay that they may elect to file by Wednesday, May 27, 2020 at 5:00 p.m.

      3.      Plaintiffs shall file a combined brief of no more than 15 pages replying in support of their motion and in opposition to Federal Defendants' cross-motion by Friday, May 29, 2020.

      4.      Federal Defendants shall file a brief of no more than 10 pages replying in support of their cross-motion by Monday, June 1, 2020 at 10:00 a.m.

      5.      The hearing on the parties' motions shall be held on Tuesday, June 2, 2020 at 10:00 a.m.

IT IS SO ORDERED.

DATED:   May 18, 2020

                                                  HON. VINCE CHHABRIA
                                                  United States District Judge