DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7031
   FAX: (415) 436-6748
   adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br>　　Plaintiffs, <br><br>　v. <br><br>DAVID JENNINGS, *et al.*, <br><br>　　Defendants. | Case No. 20-cv-02731 VC <br><br> **DEFENDANTS' RESPONSE TO THE COURT AND PLAINTIFFS' QUESTIONS REGARDING REMOVAL REASONS** |

In accordance with the Court's Order (ECF 190), Defendants hereby respond to the Court's questions about the reasons for release descriptions and the two individuals Plaintiffs identified.

**Reasons for Release Descriptions.**

The "released for removal" description indicates that the detainee is being removed directly from Mesa Verde or Yuba County Jail. The "transferred for removal" description indicates that the detainee is being transferred to another facility for staging and removal via an ICE Air Operations-contracted charter plane.

ICE Air Operations is the air transportation arm of ICE. ICE Air Operations facilitates the transportation and removal of aliens via commercial flights, and, since 2006, has transported aliens for removal using air charter services. ICE Air Operations contracts for charter planes and schedules the

dates, times, and countries of removal. ICE Air runs charter removals from certain states and locations in the U.S., including El Paso, Texas.

### Miguel Batres (A######885).

Plaintiffs inquired about Miguel Batres, who was listed as "transferred for removal" from Mesa Verde on May 12, but was then brought back to Mesa Verde. On May 12, the same day he was being removed, Mr. Batres filed a motion to reopen, see 8 U.S.C. § 1229a(c)(7) and 8 C.F.R. § 1003.23(b), which had the effect of staying his removal. Accordingly, ICE transported Mr. Batres back to Mesa Verde.

### Jose Gutierrez Alvarez (A######837).

Plaintiffs also inquired about Jose Gutierrez Alvarez, who was listed as "transferred for removal" from Yuba on May 4, but is currently in ICE custody in El Paso, Texas. Mr. Gutierrez Alvarez was originally transferred from Yuba County Jail to El Paso, Texas, and scheduled for removal via an ICE Air Operations flight to El Salvador on May 8, 2020. Upon arrival at the ICE El Paso processing center, Mr. Gutierrez Alvarez was placed in barracks 1. A detainee in the same barracks was tested for COVID-19 on May 6, 2020, and the barracks was placed on restricted movement. Subsequently the detainee tested positive for COVID-19, on May 8, 2020. As a result, barracks 1 was placed on COHORT (quarantined). Mr. Gutierrez Alvarez was rescheduled for removal to occur via ICE Air Operations charter on May 19, 2020. On May 16, 2020, another detainee in barracks 1 tested positive, so the detainees in that unit, including Mr. Gutierrez Alvarez, are under Cohort (quarantined) again. Thus, Mr. Gutierrez Alvarez will not be removed on May 19, 2020. The earliest his removal may be rescheduled for is June 5 or June 12, 2020. In accordance with Immigration Health Service Corp (IHSC) guidelines, Mr. Gutierrez Alvarez has not been tested for COVID-19 because he has not displayed any symptoms.

DATED: May 18, 2020                    Respectfully submitted,

                                       DAVID L. ANDERSON
                                       United States Attorney

                                       */s/ Wendy M. Garbers*
                                       WENDY M. GARBERS
                                       Assistant United States Attorney