<u>**ASIF QAZI REPLY**</u>

**11. Medical Condition(s) That Put Detainee at Risk**

Defendants state in their response that they "have no record of Mr. Qazi being diagnosed with any risk factors, as defined by the CDC, including asthma." (Dkt. 193-6.) However, as the attached documents indicate, Mr. Qazi was prescribed with Albuterol while in their custody. Moreover, Mr. Qazi reports that he tested positive for TB in 2008 while at Santa Rita Jail, and received treatment for his asthma from LifeLong Medical Care in Berkeley, CA. His counsel Lisa Knox has requested his medical records from LifeLong Medical Care, but due to COVID-19 shelter-in-place shutdowns has not yet been able to obtain any records.

This reply is based on information and belief and the information contained herein is accurate to the best of my knowledge.

Respectfully submitted,

<u>s/*Sean Riordan*</u>
Sean Riordan

Asif Qazi
1

**wellpath**
To hope and healing.

## PROGRESS NOTES
## MESA VERDE ICE PROCESSING CENTER

QAZI, ASIF MASOOM
DOB: ▮▮▮▮   Nation: BANGLADESH
Arrival Date:        2/4/2020  22:10

| Allergies: | NKDA | D.O.B.: | | ID#: | |

| Date/Time | |
|---|---|
| 3/24/20 1440 | S: No shortness of breath because of seasonal allergies for two month every year (April–May). Reports using albuterol inhaler which relieves symptoms — tried other anti-histamines but "all never worked, only Albuterol does." Denies hx of asthma. O: T 98°; BP 128/85; PR 63; RR 16. HEENT: PERRLA, anicteric sclera Chest: clean to auscultation, ⊖ wheezing Cardio: RRR A: Seasonal allergies P: Xopenex 45 mcg HFA, 1-2 puffs PO q 4-6 hrs PRN shortness of breath/wheezing x 30 days. E: RTC PRN. |

H. Punsalan, Nurse Practitioner
Mesa Verde ICE Processing Center

CCS-TX02 (formerly CCS-004)                    revised 1/1/08

# PROGRESS NOTES

**wellpath**
To hope and healing.

## ERDE ICE PROCESSING CENTER

**QAZI, ASIF MASOOM**

DOB:
Arrival Date:

Nation: BANGLADESH
2/4/2020  22:10

| Allergies: | NKDA | D.O.B.: | | ID#: | |

| Date/Time | |
|---|---|
| 3/21/20 0740 | S: d/o shortness of breath because of seasonal allergies for two month every year (April-May). Reports using albuterol inhaler which relieves symptoms — tried other anti-histamines but "all never worked, only Albuterol does." Denies h/o of asthma.<br><br>O: T 98° ; BP 128/75 ; PR 63 ; RR 16.<br>HEENT: PERRLA, anicteric sclera<br>Chest: clean to auscultation, ⊘ wheezing<br>Cardio: RRR<br><br>A: Seasonal allergies/asthma<br><br>P: Xopenex 45 mcg HFA, 1-2 puffs PO q 4-6 hrs PRN shortness of breath/wheezing x 30 days.<br><br>E: RTC PRN.<br><br>H. Punsalan, Nurse Practitioner<br>Mesa Verde ICE Processing Center |

# Keep On Person Medication Sign Out Sheet

**Inmate Name:** QAZI, ASIF   C-34U

**Inmate Number:** 87206010

| Date | Medication | Quantity | Inmate Signature | Nurse Signature |
|---|---|---|---|---|
| 4/10/2020 | ALBUTEROL HFA 8.5GM | #1 | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |

wellpath
To hope and healing.

Rev 1/05, 1/13

HS-146



(800) 636-0501  **CORRECT RX PHARMACY SERVICES, INC.** 1352-C CHARWOOD RD HANOVER MD 21076

**QAZI, ASIF** C.34U 371

**ALBUTEROL HFA (PROAIR) 8.5GM INH**
1-2 PUFFS 4 TIMES DAILY AS NEEDED

87206010
CLAY PARK
**QTY 8.5**

↓ SCAN ↓

RX 26594515-0   87206010
QAZI, ASIF   371   QTY 8.5
ALBUTEROL HFA (PROAIR) 8.5GM INH

RX 26594515-0
In Place Of PROAIR

START
04/10/2020

FILL
04/09/2020

STOP
05/09/2020

TECH.   RPh

EVANGELISTA, ERIC   W
LKD / LKD   1 of 1   W

Manufactured by:
Catalent Pharma Solutions
160 N Pharma Drive,
Morrisville, NC 27560

Distributed By Perrigo
Allegan, MI 49010
www.perrigo.com

temperatures above 120° F may
cause bursting. Never throw canister
into fire or incinerator.

Rev 08-16 A   4K0G1 RC C3