# FEDERAL DEFENDANTS' RESPONSE TO SHORT-FORM BAIL APPLICATION

## Hoan Van Tran

**8. Date of bond hearing, if any:**

Mr. Tran is detained pursuant to 8 U.S.C. § 1231(a)(6), and his removal is likely in the reasonably foreseeable future.

**11.  Medical condition(s) that put detainee at risk:**

In Mr. Tran's encounter with ICE on November 21, 2019, he stated he did not have any medical issues and was not taking any medications.  Defendants have no record of him being diagnosed with any risk factors, as defined by the Centers for Disease Control ("CDC"). The CDC does not list latent tuberculosis as a condition that places individuals at higher risk of severe illness from COVID-19.  *See* Centers for Disease Control and Prevention, Groups at Higher Risk for Severe Illness, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html (last visited May 17, 2020). Furthermore, x-rays taken on November 25, 2019, confirmed that Mr. Tran did not have active tuberculosis.

**13.  Felony or misdemeanor convictions, including date and offense:**

On August 19, 2003, Mr. Tran was convicted of unlawfully possessing a firearm and carrying a concealed weapon in a vehicle. He was sentenced to 150 days in jail and 3 years of probation.

On January 16, 2009, Mr. Tran was convicted of attempted murder. He was sentenced to 19 years imprisonment.

**15. Scheduled Removal Date:**

Mr. Tran's removal order was issued on December 17, 2019. ICE has obtained a travel document for Mr. Tran, and he is scheduled for an escorted removal to Vietnam by the end of June, 2020.