UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 11**<br><br>Re: Dkt. Nos. 172, 193, 197, 198 |

The bail request from the following detainee is moot:

- Chunye Raymond So (Dkt. No. 172)

The bail requests from the following detainees are deferred:

- Asif Masoom Qazi (Dkt. No. 172)

- Dikshat Dikshat (Dkt. No. 172)

- Ernesto Rodriguez Magana (Dkt. No. 172)

- Jose Eduardo Guerra (Dkt. No. 172)

The bail requests from the following detainees are granted:

- Gustavo Pureco Calderon (Dkt. No. 172)

- Mariano Ramos Lopez (Dkt. No. 172)

Bail is subject to the standard conditions of release listed in Dkt. No. 108.

**IT IS SO ORDERED.**

Dated: May 19, 2020

VINCE CHHABRIA
United States District Judge