# HOAN VAN TRAN
# REPLY TO SHORT-FORM BAIL APPLICATION

**15. Scheduled Removal Date:**

Defendants state that Mr. Tran is scheduled to be removed to Vietnam by the end of June 2020. Mr. Tran reports being provided contrary information by an ICE officer. On Monday, May 18, Mr. Tran called attorney Hayley Upshaw from the San Francisco Public Defender's Office. Mr. Tran told Ms. Upshaw that he had met for a second time with an ICE Officer in Bakersfield and the officer told him that he would likely be released from custody next month. Ms. Upshaw was only able to speak with Mr. Tran for a few minutes and did not have the aid of an interpreter during the call, but Ms. Upshaw took Mr. Tran's statement to mean that he would be released pursuant to *Zadvydas* once he completes six months in detention next month, as he has a final removal order and upon information and belief, deportation flights to Vietnam are not currently happening due to COVID-19.

This reply is based on information and belief and the information contained herein is accurate to the best of my knowledge.

Respectfully submitted,

s/Sean Riordan
Sean Riordan, SBN 255752