UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 12**<br><br>Re: Dkt. Nos. 181, 194, 198, 200 |

The bail requests from the following detainees are denied without prejudice:

- Abdul Ghaffar Mirzada

- Dilbagh Singh

- Egide Ntawangundi

- Junzhen He

- Nuan Ponce-Maradiaga

- Rajnish Rajnish

The bail request from the following detainee is deferred:

- Myke Jonathan Cux-Jocop

The bail requests from the following detainees are granted:

- Jianhong Ke

- Maria Cardenas

- Mario Joyo Lazo

Bail is subject to the standard conditions of release listed in Dkt. No. 108.

**IT IS SO ORDERED.**

Dated: May 20, 2020

_____

VINCE CHHABRIA
United States District Judge