**FEDERAL DEFENDANTS' RESPONSE TO SHORT-FORM BAIL APPLICATION**

**Nelvis Reyes Cruz**

**8 & 9.  Date and outcome of bond hearing, if any:**

Mr. Reyes Cruz is detained pursuant to 8 U.S.C. § 1231(a)(6) as a result of his reinstated order of removal.  He had a bond hearing on April 15, 2020, pursuant to *Aleman Gonzales*.  The immigration judge determined that DHS met its burden to show that Mr. Reyes Cruz is a danger and a flight risk.

**11. Medical condition(s) that put detainee at risk:**

Mr. Reyes Cruz states that he suffers from diabetes, obesity, hepatic steatosis (fatty liver disease), high blood pressure, high cholesterol, anxiety, and depression.  He also claims to suffer from sleep apnea that has led to respiratory issues, and an ear infection that requires surgery.

Mr. Reyes Cruz has been diagnosed with diabetes, high blood pressure, dyslipidemia, obesity, traumatic brain injury, anxiety, and depressive disorder.  The CDC does not list high blood pressure,[1] high cholesterol, traumatic brain injury, anxiety, or depression as conditions that place individuals at higher risk of severe illness from COVID-19.  *See* Centers for Disease Control and Prevention, People Who Are at Higher Risk for Severe Illness,

---

[1] Hypertension is mentioned on the CDC website in the context of discussing statistics from China showing higher fatality for patients with comorbidities.  *See* https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html. However, it is not surprising that hypertension is not on the CDC's list of high-risk conditions. The CDC's list already recognizes that people 65 or older are at higher risk for severe illness from COVID-19, and it is not at all clear that hypertension in younger people alone puts them at higher risk.  According to the International Society of Hypertension, hypertension usually affects the majority of people over 60, and therefore "there is no evidence that people with hypertension are over-represented amongst those seriously infected by COVID-19.  Indeed, the opposite is true."  A Statement from the International Society of Hypertension on COVID-19, available at https://ish-world.com/news/a/A-statement-from-the-International-Society-of-Hypertension-on-COVID-19/.  Similarly, the American Heart Association has noted that nearly half of Americans deal with high blood pressure and warned that "*elderly people* with coronary heart disease or high blood pressure may be more susceptible to the coronavirus and more likely to develop more severe symptoms."  AHA Guidance, "What People with High Blood Pressure Need to Know about COVID-19," available at https://newsroom.heart.org/news/what-people-with-high-blood-pressure-need-to-know-about-covid-19 (emphasis added).

https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html (last visited May 19, 2020). Defendants' records reflect that his last chronic care was completed on April 27, 2020, and his medications continued without any increase. His labs obtained prior to his last chronic care visit (A1C 5.9; triglycerides 122) showed significant improvement in his A1C and triglycerides levels from his labs taken upon arrival at Mesa Verde in September 2019 (A1C 7.8; triglycerides 313). Defendants' records do not reflect a sleep apnea diagnosis. Mr. Reyes Cruz was seen on May 13, 2020 with a request for a "breathing machine," but an oxygen tank was not indicated based on his $O_2$ levels at the time of his visit. A request has been submitted to the pulmonary clinic for a sleep study to confirm the need for a CPAP. Defendants' records also reflect that Mr. Reyes Cruz complained of ear pain on January 4, 2020, but refused an appointment with a health care provider.

**13. Felony or misdemeanor convictions, including date and offense:**

On October 2, 2018, Mr. Reyes Cruz was arrested for DUI by the San Francisco Police Department in violation of California Vehicle Code § 23152(a), a misdemeanor, convicted on April 12, 2019, and sentenced to 20 days in jail.

On September 19, 2006, Mr. Reyes Cruz was arrested in Indiana for fleeing from a police officer in violation of Indiana Code § 35-44-3-5, a felony, and sentenced to one year. This arrest and conviction appears to be the result of Mr. Reyes Cruz's failure to return himself to law enforcement custody.

On December 3, 2005, Mr. Reyes Cruz was arrested in Maryland for possession or use of a false identification in violation of Maryland Code § 1 1432, a misdemeanor. While it appears that charges were not pursued, a failure to appear was issued on December 12, 2005.

On May 25, 2004, Mr. Reyes Cruz was arrested in Indiana for Operating a Vehicle While Intoxicated in violation of Indiana Code § 9-30-5-2(a), a misdemeanor, with a 60 days suspended sentence.

**15. Scheduled removal date:**

On January 10, 2020, an Immigration Judge denied Mr. Reyes Cruz's application for

relief from removal and ordered him removed. Mr. Reyes Cruz has appealed that decision and his appeal is pending with the BIA.

Mr. Reyes Cruz's petition for review with the Ninth Circuit was dismissed on May 18, 2020, for failure to prosecute. *Reyes Cruz v. Barr*, No. 20-70669, Dkt. No. 7 (9th Cir. May 18, 2020).

**20. Other information relevant to bail determination:**

Mr. Reyes Cruz was previously removed from the United States on November 14, 2007, and reentered the United States at an unknown date, time, and location.

In the past five years, Mr. Reyes Cruz has been arrested four times for domestic violence incidents:

- On March 19, 2016, Mr. Reyes Cruz was arrested for threatening to commit a crime with intent to terrorize in violation of California Penal Code § 422, which was dismissed due to victim unavailability or declination to testify.

- On July 11, 2017, he was arrested for threatening to commit a crime with intent to terrorize in violation of California Penal Code § 422, which was dismissed due to insufficient evidence.

- On September 28, 2018, he was arrested for inflicting corporal injury on a spouse/cohabitant in violation of California Penal Code § 273.5(a), which was dismissed due to insufficient evidence.

- On March 4, 2019, he was arrested for inflicting corporal injury on a spouse/cohabitant in violation of California Penal Code § 273.5(a), which was dismissed due to insufficient evidence.

These numerous recent arrests show that Mr. Reyes Cruz is a danger and cannot be released, as the immigration judge recently found.