UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 13** <br> Re: Dkt. No. 184 |

The bail requests from the following detainees are denied without prejudice:

- Levi Antonio Cruz Menjivar
- Paul Batinas
- Walter Cruz-Zavala

The bail request from the following detainee is deferred:

- Hoan Van Tran

The bail requests from the following detainees are granted:

- Carlos Zarazua Blancas
- Donis Armando Salguero Aguilar
- Marcos Alejandro Reyes
- Mikhail Sergeyevich Sokol

Bail is subject to the standard conditions of release set out at Dkt. 108. Mr. Salguero Aguilar's bail is subject to the further condition that he is prohibited from consuming alcohol. Mr. Sokol's bail is subject to the further condition that he is prohibited from consuming alcohol

or drugs except as prescribed by a doctor.

**IT IS SO ORDERED.**

Dated: May 20, 2020

_____
VINCE CHHABRIA
United States District Judge