UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>DAVID JENNINGS, et al., <br><br>　　　　Defendants. | Case No.  20-cv-02731-VC <br><br>**BAIL ORDER NO. 14** <br><br>Re: Dkt. Nos. 187, 196, 210, 211, 212, 216 |

The bail request from the following detainee is moot:

- Reynaldo Flores Aviles (Dkt. No. 196)

The bail requests from the following detainees are denied without prejudice:

- Ignacio Arzate-Reyes (Dkt. No. 187)
- Jose Darwin Quintanilla (Dkt. No. 187)
- Juan Carlos Minchaca Ramos (Dkt. No. 187)
- Nelvis Reyes Cruz (Dkt. No. 187)
- Camilo Arias Marroquin (Dkt. No. 196)
- Jose Pablo Garcia Montes De Oca (Dkt. No. 196)
- Juan Raymundo Lopez (Dkt. No. 196)

The bail request from the following detainee is deferred:

- Adolfo Godinez-Garcia (Dkt. No. 187)

The bail requests from the following detainees are granted:

- Angel Machuca Villacana (Dkt. No. 187)
- Sitha Chhum (Dkt. No. 187)

Bail is subject to the standard conditions of release listed in Dkt. No. 108.

**IT IS SO ORDERED.**

Dated: May 21, 2020

_____
VINCE CHHABRIA
United States District Judge