UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER RE DOMESTIC VIOLENCE** |

  Recently the Court deferred consideration bail applications submitted on May 14, 2020 by Asif Masoom Qazi, Dikshat Dikshat, and Ernesto Rodriguez Magana. The reason is that the Court did not receive sufficient assurance that each of these men would be unlikely to commit acts of violence against women if released. For example, Mr. Qazi was apparently arrested for domestic battery, yet it appears that his bail application may be contemplating that he will be released to his alleged victim. Mr. Dikshat was convicted of stalking, but the parties did not provide details regarding that incident. Mr. Rodriguez was convicted of spousal battery and was later convicted of violating a protective order, yet his bail application contemplates that he would live with a female "friend." During this public health crisis, incidents of domestic violence have increased sharply. *See* "Surge In Domestic Violence Cases In San Francisco Since COVID-19 Stay Home Order," CBS News (Apr. 11, 2020), available at https://sanfrancisco.cbslocal.com/2020/04/11/coronavirus-surge-in-domestic-violence-cases-in-san-francisco-since-covid-19-stay-at-home-order/. Accordingly, for any detainee whose criminal history raises concerns regarding this issue, the Court will deny the bail application absent a

detailed and forthright disclosure about the issue, and absent information that would give the Court confidence that it will not happen again. This is true even for detainees who were ordered released on bond by an Immigration Judge, because this Court cannot be sure that the Immigration Judge adequately considered the issue. For the three applicants mentioned in this order, class counsel may make a supplemental filing, to which the defendants may respond within 2 working days.

**IT IS SO ORDERED.**

Dated: May 21, 2020

_____
VINCE CHHABRIA
United States District Judge