DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
FAX: (415) 436-6748
adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, *et al.*,<br><br>Defendants. | Case No. 20-cv-02731 VC<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS REGARDING IMPLEMENTING RELEASE ORDERS** |

In accordance with the Court's Order (ECF 207), Defendants hereby respond to the Court's questions about the implementation of release orders, and specifically whether detainees can be processed for release on weekends.

For the reasons set forth below, detainees ordered released during a weekend, must be processed for release during the regular work week, Monday through Friday, during normal working hours when ICE staff, G4-S (transportation contractor) staff, and Intensive Supervision Appearance Program (ISAP) staff are on duty to process the detainees for release. ICE has overriding contractual obligations to its union employees, to the transportation contractor (G4-S), and the ISAP contractor.

*Yuba County Jail*

The ERO Stockton ICE sub-office is responsible for processing class members released from

Yuba County Jail ("YCJ"). Due to contractual union obligations, ICE Enforcement and Removal Operations (ERO) officers in ERO Stockton generally do not work during the weekends. Any requirement that ICE officers work beyond their normal working hours during the week (overtime), would require additional funding, approval by ICE management and the need to engage the union in collective bargaining to reach an agreement prior to ordering officers to work weekends. When the Court issues an order releasing class member(s) from YCJ, the ERO Stockton sub-office contacts YCJ to inform the jail staff so that they may conduct their book-out process of the alien, including providing any necessary medications prior to release. YCJ's book-out process averages anywhere between one hour to three hours.

ERO then contacts G4-S contractors regarding the aliens ordered released to make transportation arrangements from YCJ to the ICE ERO Stockton sub-office for processing and enrollment in GPS monitoring. ICE ERO contracts with G4-S to transport all detainees within the San Francisco Field Office Area of Responsibility, including YCJ. G4-S officers are contracted to work only during the normal work week and not during weekends. On rare occasions, ICE has authorized and approved in advance overtime pay for one or two contract officers to transport a detainee during the weekend to the facility where there has been an expected release of a detainee from prison during a weekend. However, this does not require any additional ICE officers to work overtime during the weekends.

Currently, transporting individuals ordered released from YCJ to the Stockton sub-office can take anywhere from 1.5 to 3 hours one-way, depending on traffic and if there are other individuals being transported for immigration court to the Sacramento ERO sub-office during the week. Upon arrival at the Stockton sub-office, ERO officers complete the paperwork and update the databases for release of the class members. All documentation must be explained to the class member in a language that she/he understands, prior to having him/her sign and served the release documents. In addition, all of the individual's property in ICE's custody, which is stored at the Stockton sub-office, must be identified and processed for return to the detainee. The ICE ERO sub-office must also contact the detainee's sponsor and arrange for pick-up. The entire process takes several hours for each alien.

In addition, the ICE ISAP contractor, BI Incorporated, is located in Sacramento, California. Its hours of operation are Monday through Friday, 9 to 5. It is not staffed during the weekend. Upon

release of a detainee that requires GPS monitoring, the ERO Stockton sub-office contacts the ISAP office and notifies them of the release and the representative travels from Sacramento to Stockton ERO sub-office to process the released individual for GPS monitoring. This process requires the completion of a contract with the alien, the viewing of a video regarding the GPS monitoring program, and the programming and calibration of the GPS unit and its testing and installment. The ISAP process takes approximately one to one and a half hours to complete.

*Mesa Verde*

The ERO Bakersfield sub-office is responsible for processing class members for release from the Mesa Verde Detention Facility (MVDF), owned and operated by GEO, a privately run company. The ICE ERO officers in the Bakersfield sub-office generally do not work weekends (overtime) due to the collective bargaining unit agreement. The sub-office is approximately twenty minutes away from MVDF. When the Court issues an order releasing class member(s) from MVDF, the ERO Bakersfield sub-office first contacts MVDF to inform the GEO staff of the release so that the facility can begin the book-out process, which can take up to several hours. MVDF has informed ERO that the business office involved in processing individuals for release only operates Monday through Friday, excluding holidays. In addition, if the class member is on any prescription medication, per ICE ERO detention standards, the individual must be released with a specified amount of prescription medication. If the medication is not in stock at MVDF, then the facility must procure sufficient medication from a local pharmacy prior to release. Local pharmacies have limited hours on weekends and holidays.

The ISAP contractor for MVDF is closed due to the COVID-19 pandemic, and thus, the ICE ERO officers in Bakersfield are responsible for processing the released detainees with GPS monitoring equipment, in addition to processing the return of property, the issuance and service of any paperwork, and the updating of all databases and contacting of any sponsors to arrange for pick-up of the released aliens at the ICE sub-office. The process at the ICE sub-office takes approximately half a day for each alien.

For the foregoing reasons, ICE is unable to process detainees for release outside of regular business hours.

DATED: May 22, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney