DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | Case No. 20-cv-02731 VC <br><br> **DEFENDANTS' RESPONSE TO THE COURT QUESTIONS REGARDING REMOVAL** |

In accordance with the Court's Order (ECF 207), Defendants hereby respond to the Court's questions about removal via air.

ICE Air Operations (IAO) is an ICE component within the Headquarters Enforcement and Removal (HQ ERO) Removal Division based in Mesa, Arizona that is responsible for coordinating, scheduling, approving and funding all air (charter and commercial) travel to effectuate removal of aliens to their country of removal. Its primary objective is to provide aviation support, domestically and internationally to twenty-four ICE Field Offices throughout the United States, via both commercial and air charter transportation; ICE Air Operations transports aliens ordered removed from the United States to staging/detention sites (domestic transfers) and/or conduct removal missions to return aliens to their countries of origin (removals).

Charter removals are an essential component of ERO's mission to remove aliens with final orders of removal. IAO Air Charter Operations (ACO) has five operational locations; Mesa, AZ; Alexandria, LA, Brownsville, TX; San Antonio, TX; Miami; FL. Central American charter flights routinely depart from these operational locations. Nearly all removals of adult aliens with final orders of removal to countries in Central America are conducted via charter flight. ICE Air Operations will generally not approve and fund the removal of an adult alien to a country in Central America via commercial flight unless there are unique circumstances in that particular individual's case or where the country of removal has requested it.

ICE Air Charter Operations is responsible for the scheduling and coordination of all air charter transportation for ERO. ICE Air Charter Operations conducts domestic transfer missions and removal missions on a daily basis. Each domestic transfer mission and/or international removal mission is carefully planned, and success is contingent on the complete and full support from the Field Offices. The removal process begins when an individual receives a final order of removal and ERO personnel have obtained the requisite travel documents and/or approval for removal. Next, local Field Offices coordinate with ICE Air Operations to schedule removal travel by charter aircraft and coordinate domestic transfer movements to designated staging facilities. The objective of the Field Office is to schedule the domestic transfer to a staging facility as close in time to the date of the anticipated charter for removal. Charter removal flights, which repatriate final order cases who have exhausted all removal relief, are scheduled based on operational demand and requests in support of the 24 ERO Field Offices.

In addition, ICE Air Operations must coordinate any flights with the Assistant Attaché for Removal (AAR) in the receiving country to obtain authorization to complete the mission within the designated timeframe for the arrival of the removal flight. Each country has specific removal guidelines that must be adhered to, and any deviation from the country removal guidelines requires approval by the AAR. ICE Air Operations must generate a manifest of all individuals scheduled for removal to that particular country within the minimum notification times required by that receiving country. The manifest must be provided to the receiving country in advance of removal for review and approval by that particular country. The period of time required for advance notification to the country of removal varies depending on the specific requirements set forth by that particular country. Additionally, some

countries may require additional information and/or conditions prior to accepting the nationals back into their country. In the event of a flight cancellation, the Field Office will have to manage these detainees until the next available flight.

To facilitate removal via charter flight, the detainees must be staged in a facility closely located to the departure location. The staging facilities for removal via charter flights are an essential part of the removal process, even during the COVID-19 pandemic. ICE facilities have implemented the CDC guidelines for correctional facilities including, but not limited to, additional screening measures and cohorting practices. Prior to a field office transferring a detainee for removal, that office must complete a COVID-19 Checklist that includes various questions to determine whether the detainee may have been exposed, experiencing symptoms, or cohorted due to COVID-19. If any of those factors exist, the detainee is not to be transferred. Additionally, prior to transfer each detainee is required to undergo a screening process. If the detainee does not pass the screening process, that detainee is not permitted to transfer. Upon arrival, the detainee is further medically screened in accordance with ICE detention standards and policies and practices implemented due to COVID-19. Depending on the outcome of the screening, the facility may choose not to accept the detainee.

For example, The El Paso Processing Center was designated an alternate staging facility for charter flights departing from El Paso, Texas, sometime in April 2020, due to the temporary closure of the facility located in Florence, Arizona. The El Salvadoran *Zepeda-Rivas* class members, formerly housed at Mesa Verde Detention Facility, who were transferred on May 5, 2020 to that staging facility in El Paso were scheduled for charter removal from El Paso, Texas, within 5 days of their arrival. ICE did not knowingly temporarily house those detainees in pods with detainees who had tested positive for COVID-19, nor were they already cohorted. It was not until after the Mesa Verde detainees' arrival that a detainee in their respective El Paso pods tested positive for COVID-19. Thus, they were all cohorted in accordance with ICE policy. Consequently, their removal to El Salvador via the charter flight was cancelled.

DATED: May 22, 2020                             Respectfully submitted,

                                                DAVID L. ANDERSON
                                                United States Attorney

                                                */s/ Wendy M. Garbers*
                                                WENDY M. GARBERS
                                                Assistant United States Attorney