WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**DECLARATION OF ASIF MASOOM QAZI IN SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

CASE NO. 3:20-CV-02731-VC
DECLARATION OF ASIF MASOOM QAZI

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

CASE NO. 3:20-CV-02731-VC
DECLARATION OF ASIF MASOOM QAZI

**<u>DECLARATION OF ASIF MASOOM QAZI</u>**

I, Asif Masoom Qazi, declare the following based on my personal knowledge:

1.      I make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently. I make this declaration in support of the Motion for Preliminary Injunction in *Zepeda Rivas, et al. v. Jennings, et al.*, 20-cv-02731-VC.

2.      My full name is Asif Masoom Qazi. I was born in Bangladesh and I am 31 years old. I have been in the United States since 1995 when I was only 6 years old.

3.      I have been detained at Mesa Verde Detention Facility in Bakersfield, California since February 4, 2020, when I was detained by ICE after I voluntarily reported to an interview with immigration officials.

**Lack of Social Distancing While Sleeping**

4.      At Mesa Verde, I am housed in Dorm C. There are approximately 50 bunk beds in the dorm. The west side of the dorm is lined with 25 bunk beds and the east side is lined with another 25 bunk beds. Each bunk bed is bolted down to the floor and approximately 3 feet apart from the next bunk bed. I am currently assigned to bunk number 41 and sleep on the top bunk.

5.      On or around May 7, 2020, a Mesa Verde officer who supervises Dorm C started calling out bunk numbers and asked people assigned to those bunks to gather their belongings. The officer then notified those people that they would be moving down to Dorm A or B.[1] This was approximately 25 to 30 people. Most of these people wore orange uniforms which I understand signifies that they are designated by Mesa Verde as minimum-security. There were a few people wearing red uniforms—individuals designated as higher security—who were also moved to Dorm A or B, but these individuals were mostly elderly or medically vulnerable.

6.      After people were moved out of Dorm C and into Dorm A or B, there remained approximately 50 people in my dorm. Even with the reduction, social distancing is still not possible. Mesa Verde officials recently assigned one person per bunk bed and require us that we sleep in a staggered manner with one person sleeping on a bottom bunk, and the person in the

---

[1] Dorms A and B are located on the first floor of Mesa Verde. Dorm B is closest to the medical unit. Dorms C and D are located on the second floor.

next bunk sleeping on the top bunk. However, when everyone lays down in their respective bunks, we are still not 6 feet apart. Some of us have recently measured the distance by having someone who is 6 feet tall place their head on the top bunk and their feet on the next bottom bunk and we have estimated that the beds are only around 4.5 feet apart. When I am in bed, for example, I sometimes have to get down to go to the bathroom or do anything else. Once I step down from my bunk bed, I am within 3 feet of the person in the next bottom bunk. With this many people, proper social distancing is impossible. We're in the dorm with all 50 people for at least 18 hours a day, and probably more.

7.     On May 14, 2020 at around 3:00am, I heard some commotion in the dorm room and soon realized that officials were trying to assign a detainee to the bottom bed of bunkbed 36 even though there is already a person assigned to the top bed. The detainee already assigned to bunkbed 36 pushed back and said that he did not want anyone on the same bunkbed as him. Only then did officials retract. I believe that if the detainee already assigned to bunk 36 had not pushed back, the officials would have assigned two people to the same bunkbed.

**Lack of Social Distancing at Meals**

8.     On or around May 7, Mesa Verde officials started allowing only 25 of us at a time to go to the dining hall to eat, but this does not include the dining hall workers (also known as porters). The dining hall is about 30-35 feet wide by 60-65 feet long. There are about 25 to 28 tables in the cafeteria, all bolted to the ground, so there is usually one person per table now. But engaging in social distancing is still not possible when we line up to go to the dining hall. When guards call "prep for chow," we line up in a single file—like elementary school kids lined up for lunch or people lined up for an amusement park ride—inches apart from the person in front and behind us. We wait in line, shoulder to shoulder, for about 20 to 30 minutes to leave our dorm room to go to the dining hall. The three porters (also detainees) who hand out the food are the first ones to go in the dining hall. The rest of us then enter the dining hall and are handed our food by the porters. Then we all take a seat at one of the tables. We have been instructed by officials to sit alone at each table, but it is not enforced. There is a yellow sticker placed on one seat per table and that is where we are supposed to sit. There have been times when more than 25

people are allowed to enter the dining hall at one time and, on these occasions, there are some tables that have more than one person at the table. We have to line up again inches from each other once it's time for us to go back to our dorm.

**Lack of Social Distancing During Recreation Time**

9.      There is no limit on how many people in Dorm C can go out to recreation time. The recreation time blocks change but can be as early as 5:15am and as late as 8:30pm, for two-hour time blocks. It changes every day. During recreation time, people get on the few weightlifting machines, play soccer, basketball, handball or walk/run around the track. When people play soccer, basketball, or handball there is no way to engage in social distancing. People are touching the same ball, are blocking each other from masking a basket, or are running side-by-side. I usually use the weightlifting machines during recreation time and these machines are not cleaned in between uses. For example, there are two bench presses and, if I am using one, there is usually a line of people waiting to use the bench press. There is just one Mesa Verde officer monitoring recreation time and there are no instructions that we need to remain 6 feet apart from each other. Recreation time is not mandatory, and depending on the time of day, anywhere from about one-third to three-quarters of the people in Dorm C go out for recreation time.

**Lack of Social Distancing During the Rest of the Day**

10.      During the majority part of the day, I am surrounded by people and it is difficult to remain 6 feet away. In Dorm C, there are 4 tables—2 on the south side of the dorm, 1 on the north side, and one in the middle of the dorm in the computer room. They are squared tables that are about 3-by-3 feet and people use them to play games and eat. The tables are bolted to the ground. People can bring their plastic chairs to sit at the table. There are often 4 to 5 guys at one table playing a card games, chess, checkers, or dominos, and officials often see them but do not tell them anything about remaining 6 feet apart. They are all around the small table, inches apart from each other.

11.      There is also a small area with a row of 4 computers against the wall. If someone is sitting at each computer, there is no way to distance themselves. Each computer is about 1 foot

apart from the next computer. People use the computers to play games, but they also use them to draft up important documents for their immigration cases. I am not sure if or how often the computers are wiped down for cleaning. I have not seen anyone wipe down the computers.

12.     Most people sleep around 6 to 8 hours a day. The lights are turned off at 11pm but, once count is over, we are free to move around if we want to. There are some people who lay in bed all day but, others like me, move around the dorm throughout the day. Count times are at 10:00am, 4:00pm, 11:00pm, 3:00am and 5:00am. The only time that we are required to stand up and be next to our bed is for the 4:00pm count. For the 10:00am and 11:00pm count, we have to be in or near our beds. Everyone is usually asleep for the 3:00am and 5:00am count.

**Lack of Social Distancing While Using Bathrooms**

13.     We are also not able to engage in social distancing when we go to the bathroom. In Dorm C there are two bathrooms that are mirror images of each other, each approximately 8 feet by 45 to 50 feet. I recently tried to measure the walls of the bathroom and estimated these dimensions based on my experience as a union construction worker. In each bathroom there are 7 sinks, 5 toilets, and 5 shower stalls. All of the sinks, toilets, and shower stalls are lined against one of the long walls of the bathroom. Each sink faucet is about 1.5 feet apart from the next sink faucet; each toilet stall is about 3 feet wide; and each shower stall is about 3 feet wide, too.

14.     As of recently, Mesa Verde officials have turned off the water on 4 of the 7 sinks. For example, the first sink works, sinks 2 and 3 are turned off, sink 4 works, sinks 5 and 6 are turned off, and sink 7 works. But even if I am standing at the first sink, there is still not 6 feet distance between me and the person at sink 4 since each sink faucet is about 1.5 feet apart. This is the case for both bathrooms in Dorm C so now, for 50 people, there are only 6 working sinks.

15.     There is also no way to engage in social distancing when we use the toilets or showers. Each bathroom in Dorm C has 5 toilets—2 urinals and 3 regular toilets. The first two toilets are urinals and the first urinal is immediately next to sink 7. Mesa Verde officials have also turned off 2 out of the 5 toilets in each bathroom. This means there is a total of 6 toilets for 50 people in Dorm C (2 urinals and 4 regular toilets). The first urinal works but the second urinal is closed and won't flush. After that, every other regular toilet works. Each toilet stall is about 3

feet wide, with waist-height partitions separating each stall. The last toilet is immediately next to the first shower stall. There are 5 shower stalls in each bathroom, that are about 3 feet wide with shoulder-height partitions separating each one. The first shower works and is next to the last working toilet stall. If someone is in the last toilet stall and someone is showering in the first shower, they are about 3 feet apart. Mesa Verde officials have also turned off 2 of the 5 showers in each bathroom so now there are 6 total working showers for 50 people in Dorm C.

16.     In Dorm C, we can use the bathroom and take a shower whenever we want. However, most people in my dorm tend to shower immediately after we return from recreation time. We have recreation time twice a day for 2-hour blocks—once in the morning and once in the afternoon. People often come back sweaty from recreation time and want to shower. All functioning showers are usually taken when people come back from recreation time and there are often people waiting to use the showers.

**New Arrivals**

17.     This facility is still taking new people from outside. Since May 9, 2020, I know of at least two new people who were transferred from state prisons to Mesa Verde. Both individuals are in Dorm C. The first person arrived on or around May 9 and was transferred from Old Folsom State Prison. He told me that, after he was released from Old Folsom State Prison, ICE officials put him in a vehicle and drove him to the Stockton immigration facility. There, he said that ICE picked up more people and they were all then transported to the Fresno immigration facility. None of the people being transported wore masks and everyone was within inches of each other. Once they arrived at Mesa Verde, he was booked into the facility. He also told me that he was placed in a holding tank with 7 to 8 other guys. I have been in the holding tank before and I estimate that it is approximately 6 feet by 15 feet. In such a small space and with 8 to 7 other men, there is no way to engage in social distancing. Lastly, he told me that he was introduced into Dorm C the same day he arrived. He was never quarantined.

18.     The second person arrived on or around May 13 from Corcoran State Prison. He told me that while he was in Corcoran, the prisoners were not properly quarantining. He told me that when he arrived at Mesa Verde, he was also placed in the holding tank while he was being

processed. He was still in his prison clothing. Like the first person, he told me that he was never quarantined and was immediately introduced into Dorm C.

19.     Both individuals transferred into Mesa Verde told me that they were never tested before being introduced into the general population. All officials did was take their temperature and ask them if they had any symptoms. Then, they introduced them into Dorm C without taking any testing precautions.

**Lack of Proper Hygiene and Sanitation**

20.     Detainees are the only ones who sweep and mop the common areas. They sweep and mop the main hallways where we all walk but they do not sweep or mop the spaces between our bunk beds. They also do not wipe down our bunk beds—that is left to each detainee, if they want to.

**Conclusion**

21.     I am extremely concerned for those of us detained at Mesa Verde because, despite what I hear public health professionals say on the news, we cannot remain 6 feet away from another person, even if we try. I am always surrounded by people, even when I go to the bathroom. And even though gyms throughout the country are closed, people still use the weightlifting equipment during recreation time and stand in line to use it. There are also new people being introduced into the facility without the proper testing precautions taking place. I fear that the existing conditions inside Mesa Verde are ripe for an outbreak of COVID-19 infections and, once there is an outbreak, it will be too late.


I, Asif Masoom Qazi, declare under penalty of perjury that the foregoing is true and correct to the best of my recollection. I sign this from Bakersfield, California.

Date: May 18, 2020                         *//s// Asif Masoom Qazi*
                                            Asif Masoom Qazi

**CERTIFICATE OF AFFIRMATION**

I, Angelica Salceda, certify that on May 18, 2020 I read the foregoing to Asif Masoom Qazi and he affirmed that it is true and correct. I have not been able to obtain a signature from Asif Masoom Qazi because Mesa Verde Detention Facility is located approximately 2.5 hours away from my home by car, and at the time I reviewed the foregoing declaration with him, the county where I reside was, and remains, under a "shelter in place" order.

Date: May 18, 2020                                    //s//  *Angelica Salceda*
                                                        Angelica Salceda