**RENE ALEJANDRO TOVAR REYES**
**SHORT-FORM BAIL APPLICATION**

**SUMMARY:**

Rene Alejandro Tovar Reyes is a 35-year-old man who has resided in the United States since the age of 17. As a boy, Mr. Tovar Reyes was physically and emotionally abused by his father. He also witnessed his father abuse his mother and siblings. When his mother took her children and escaped the violent situation, Mr. Tovar Reyes began working to help support his family, despite his young age. As a teenager, Mr. Tovar Reyes was brutally attacked by gang members. He reported the attack to the police, cooperated with the prosecutor, and testified during the trial. As a result, Mr. Tovar Reyes began receiving credible death threats and was forced to flee his country.

Mr. Tovar Reyes fell on difficult times during his early twenties. He was isolated from his family, lost his home and job, and had a difficult time supporting himself. This tumultuous period led Mr. Tovar Reyes to plead no contest to several offenses for which he is genuinely remorseful. Over the last decade, Mr. Tovar Reyes has worked hard to stabilize his life. Prior to his immigration detention, he worked full-time, supported himself and helped support his mother, and had stable housing. He also spent time with his family, including his mother, sisters, and nieces and nephews. A few months before his detention, he was diagnosed with bronchitis and received treatment, including an inhaler.

If released, Mr. Tovar Reyes will be reunited with his family and will reside at his sister's home in Redwood City, California. He will be surrounded by his lawful permanent resident mother Leonor, U.S citizen sister Maria, retired Naval service-member brother-in law Michael, and nephews. Mr. Tovar Reyes' sister Claudia and her two daughters are also nearby. He will also have weekly check-ins with the Alameda County Probation Department.

1. **Name:** Rene Alejandro Tovar Reyes

2. **Age:** 35

3. **Sex:** Male

4. **Primary Language:** Spanish

5. **If Hearing, Is An Interpreter Needed?** Yes

6. **Detained at:** Yuba County Jail

7. **Dorm Unit:** B-Pod

8. **Date of Bond Hearing, If Any:** N/A

9. **Outcome of Bond Hearing, If Any:** N/A

10. **Length of Time in Detention:** About 113 days or 4 months

Name:      Rene Alejandro Tovar Reyes

**11. <u>Medical Condition(s) That Put Detainee At Risk:</u>**

Mr. Tovar Reyes was diagnosed with bronchitis months before his detention and received treatment. Part of his treatment included use of an inhaler to help alleviate his shortness of breath, but he no longer has access to it in detention. Shortly before his detention, Mr. Tovar Reyes again began suffering from pain near his lungs, which has continued on-and-off during his detention. Mr. Tovar Reyes also continues suffering from shortness of breath whenever he engages in moderately taxing activity.

Mr. Tovar Reyes also faces several risk factors for heart disease. He is overweight and exhibits elevated and stage 1 levels of hypertension. During his last blood test, Mr. Tovar Reyes also exhibited high levels of triglycerides and cholesterol.

Moreover, Mr. Tovar Reyes is at high-risk of infection and death because of his Latino/Hispanic ethnicity. The Center for Disease Control and Prevention notes that "current data suggest a disproportionate burden of illness and death among racial and ethnic minority groups… death rates among Black/African American persons (92.3 deaths per 100,000 population) and Hispanic/Latino persons (74.3) that were substantially higher than that of white (45.2) or Asian (34.5) persons."[1]

**12. <u>Attorney Name, Phone, Address and Email:</u>**
   Rocio Sanchez
   Office of the Alameda County Public Defender
   312 Clay Street, 2nd Floor, Oakland, CA 94607
   (510) 698-2225 Email: Rocio.Sanchez @acgov.org

**13. <u>Felony or Misdemeanor Convictions, Including Date and Offense:</u>**

   a. On March 23, 2006, Mr. Tovar Reyes pled no contest to misdemeanor California Penal Code § 296, buying or receiving stolen property. He was sentenced to 30 days in *weekend* jail and probation.
   b. On February 13, 2007, Mr. Tovar Reyes pled no contest to misdemeanor California Health and Safety Code §11377(a), possession of a controlled substance. He was sentenced to 11 days in jail and probation.
   c. On February 14, 2007, Mr. Tovar Reyes pled no contest to misdemeanor California Vehicle Code §14601.1(a), driving with a suspended or revoked license. He was sentenced to 4 days in *weekend* jail.
   d. On April 4, 2007, Mr. Tovar Reyes pled no contest to misdemeanor California Penal Code § 296, buying or receiving stolen property. He was sentenced to 7 days jail and probation.
   e. On November 27, 2007, Mr. Tovar Reyes was convicted of California Vehicle Code §14601.1(a) for driving with a suspended or revoked license and misdemeanor California Penal Code § 466 for possession on larcenous instruments. He was sentenced to 5 days in jail and probation.

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/racial-ethnic-minorities.html

Name:     Rene Alejandro Tovar Reyes

    f. On December 11, 2007, Mr. Tovar Reyes pled no contest to California Penal Code § 496(a) for buying or receiving stolen property, § 466 for possession of larcenous instruments, and California Vehicle Code § 12500(a) for driving without a license. He was sentenced to 60 days in jail and probation.

    g. On September 27, 2018, Mr. Tovar Reyes pled guilty to felony California Penal Code § 32, accessory after the fact. The initial charges against Mr. Tovar Reyes included a child cruelty-related charge, which did not involve underlying allegations that a child was harmed, but rather that a child was in an unsafe home. The child in question was not Mr. Tovar Reyes' child or niece or nephew. The child was also not under Mr. Tovar Reyes' supervision—he was not asked to care for the child in anyway. The home alleged to be unsafe was not Mr. Tovar Reyes' home but he frequented the home. It is not the home where Mr. Tovar Reyes will stay if he is released from ICE custody. Mr. Tovar Reyes was not ultimately convicted of any child-cruelty related charges and has never been convicted of a crime involving violence. After he pled guilty to accessory after the fact, he was sentenced to 156 days in jail and probation.

Mr. Tovar Reyes has completed all his 2006 and 2007 sentences. He has served his 2018 jail sentence and is currently completing probation. He is scheduled to remain under the supervision of the Alameda County Probation Department until October 25, 2021, with weekly telephone check-ins during the duration of the COVID-19 pandemic.

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:** Although the government's records list pending charges for Mr. Tovar Reyes, those pending charges were dismissed when he pled to Cal. Penal Code § 32 on September 27, 2018.

15. **Scheduled Removal Date, If Any:** N/A

16. **Family:**
Maria Leonor Reyes Perez, mother
Maria Elena Carpenter, sister
Michael Carpenter, brother-in-law
M. C., nephew
M. C., nephew
Claudia Tovar Reyes, sister
G. A., niece
G. A niece

17. **Proposed Custodian and Description of Proposed Release Residence:**

If released, Mr. Tovar Reyes will live with his U.S. citizen sister, Maria Elena Carpenter, and her husband, retired Navy servicemember Michael Carpenter, at their home located at ▮▮▮▮ Redwood City, California 94065. Mrs. Carpenter can be reached at ▮▮▮▮.

Mr. Tovar Reyes will have his own bedroom in the home. He will shelter-in-place with Mr. and Mrs. Carpenter, their two children, and his 67-year old mother, Maria Leonor Reyes Perez. Mr.

Name:    Rene Alejandro Tovar Reyes

3

Tovar Reyes has a close relationship with his sister, his nephews, and his mother. He also has a good relationship with his brother-in-law, who he has known for over 15 years. Before being detained by immigration officials, Mr. Tovar Reyes visited his sister and her family weekly.

Mrs. Carpenter commits to providing her brother with emotional and financial support. She also commits to helping him explore online educational courses through their local community college.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**

Mr. Tovar Reyes has lived in the San Francisco Bay Area for about 18 years, since he was about 17 years old. He has worked full-time, mostly in construction, during all those years to support himself and to help provide for his mother. Immediately prior to being detained, Mr. Tovar Reyes worked full-time at a self-storage facility. In Redwood City, he will live with his mother, sister, brother-in-law, and two nephews. He will also be close to his sister, Claudia Tovar Reyes, and her two daughters. Mr. Tovar Reyes is also a member of the Saint Elizabeth Catholic Church.

19. **Employment History:**

Mr. Tovar Reyes has worked hard to provide for himself and his mother. Prior to 2018, he primarily worked in construction. He worked at a general construction company for many years, and when work slowed down at the company, he began working odd construction jobs. In 2019, Mr. Tovar Reyes began working full-time at High Street Bridge Self-Storage and continued working there until he was detained by immigration officials in January 2020.

20. **Other Information Relevant to Bail Determination:**

Mr. Tovar Reyes is scheduled for an individual calendar hearing on June 26, 2020, before the San Francisco Immigration Court to present his Withholding of Removal and Protection under the Convention of Torture claims. Mr. Tovar Reyes is represented by pro bono counsel at the Office of the Alameda County Public Defender in his immigration proceedings.

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):** None

This application was prepared using information provided by Mr. Tovar Reyes' immigration attorney, Rocio Sanchez with the Office of the Alameda County Public Defender's immigration attorney. Class counsel also reviewed Mr. Tovar Reyes' rap sheet provided by ICE and medical records provided by his immigration attorney. ICE has not provided Mr. Tovar Reyes' medical records or I-213; thus, those were not available for the completion of this application.

Name:     Rene Alejandro Tovar Reyes

Respectfully submitted,

*/s/ Angelica Salceda*
Angelica Salceda

Name: _____Rene Alejandro Tovar Reyes