## SALVADOR CABRERA ARVIZO SHORT-FORM BAIL APPLICATION

Mr. Cabrera is a young husband and father of two minor children, ages five and nine. The 5-year old suffers from heart problems and the 9-year old has learning disabilities. Both attend therapy. Mr. Cabrera has been in the United States for about 11 years and was on course to becoming a lawful permanent resident through his wife's family petition, prior to his arrest. Mr. Cabrera is a sexual-assault survivor—he was raped upon entry into the U.S. Mr. Cabrera hopes that, now that he has served his sentence, he can continue his immigration proceedings at home while caring for his wife and children.

In February 2016, Mr. Cabrera was arrested and ultimately plead guilty to conspiracy to import and distribute controlled substances in Oregon. This is Mr. Cabrera's only arrest and conviction. He has completed his sentence after admitting guilt and hopes to again become the family man provider as he was prior to the arrest.

**1. Name**: Salvador Cabrera Arvizo

**2. Age**: 32

**3. Sex**: Male

**4. Primary language**: Spanish

**5. If there is a hearing, is an interpreter needed?** Yes

**6. Detained in** Mesa Verde Detention Facility <u>X</u> or Yuba County Jail ___

**7. Dorm unit**: Charlie 27 Low

**8. Date of bond hearing, if any**: None

**9. Outcome of bond hearing, if any**: N/A

**10. Length of time in detention**: 11 months (since 06/18/2019)

**11. Medical condition(s) that put detainee at risk:**

Mr. Cabrera reports that he has suffered from pulmonary issues since December 2019, which the detention center treats with Tylenol and allergy medication. He believes he may have asthma. He reports he wakes up at night and feels like he cannot breathe and has a lack of oxygen, with a sore throat. During one of these attacks, he asked for help from a guard and they asked him to step away claiming he was too sick to come closer.

**12. Attorney name, phone, address and email:**

Mario Valenzuela
The Advocates' Law Firm, PC
1430 Truxtun Avenue, Fifth Floor
Bakersfield, CA 93301
mario@theadvocateslaw.com
661-599-2312

**13. Felony or misdemeanor convictions, including date and offense:**

On 02/03/2016, Mr. Cabrera was arrested for alleged violations of 18 U.S.C. § 1952(a)(1); 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B); 843(b); 846; 952; 960.

He ultimately plead guilty and was convicted of 21 U.S.C. § 846 – Conspiracy to Import and Distribute Controlled Substances. He was sentenced to 46 months in prison. (Oregon Superior Court, case number: 3:16-CR-00015-SI-1). Mr. Cabrera is remorseful for his conduct and is committed to following the law so that his family never again has to suffer the pain they experienced from his arrest and incarceration.

**14. Pending criminal charges and outstanding warrants, including jurisdiction and offense**:

None.

**15. Scheduled removal date**:

None. On 06/12/2019, Mr. Cabrera was ordered removed by the Immigration Judge. On 11/07/2019, the Board of Immigration Appeals dismissed his appeal. He currently has a pending Petition for Review and stay of removal from the Ninth Circuit. The opening brief was submitted on 03/30/2020.

**16. Marital status and location of spouse, significant other, children, parents and siblings:**

Mr. Cabrera is married to Lizbeth Madrigal Ortiz, a lawful permanent resident. The couple has two minor U.S. children: S.C.M. (9 years old) and G.C.M. (5 years old). The family lives in Milwaukie, Oregon.

**17. Proposed custodian, including address and phone number, and description of proposed release residence:**

If released, Mr. Cabrera will reside with his wife, Lizbeth Madrigal Ortiz, at , Milwaukie, Oregon. She can be reached at . He will be picked up from detention either by his wife (with sufficient notice, as it is over a 12 hour drive) or by his U.S. citizen sister, Andrea Madrigal Ortiz, Phone , 

Salvador Cabrera Arvizo

2

Lodi, CA 95240. If picked up from detention by his sister, his wife will immediately drive to Lodi to pick him up and take him to their home in Oregon.

Mr. Cabrera's family will provide housing and financial support. The family's home is sufficient to allow him to quarantine for 14 days, maintain social distancing, and abide by any conditions the Court may impose. The family will take all steps they can to ensure he complies with the Court or ICE's conditions of release.

**18. Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.)**

Mr. Cabrera has been the United States since about 2009, when he was a young man. He had been living in his same address for about 3 years.

**19. Employment history:**

Mr. Cabrera has worked at an auto body shop that his wife reports has since closed (the shop was involved in the criminal conduct leading to Mr. Cabrera's conviction). His wife also reports that a former boss of Mr. Cabrera's who was not involved in or charged with criminal conduct and who has known Mr. Cabrera for years has offered him employment if he is released from detention and permitted to work.

**20. Other information relevant to bail determination:**

- Prior to his arrest, Mr. Cabrera had an approved immigrant petition from his wife, a permanent resident. This placed him in line to become a lawful permanent resident. He was attempting to legalize his status prior to the arrest.

- Mr. Cabrera was raped entered the United States in Arizona. He was raped by two men dressed in camouflage gear. At the time, he was unable to report the sexual assault. If he is released, his attorney will assist him file a police report against the men. This could lead to lawful status in the U.S. as a victim of a serious crime.

- Mr. Cabrera's minor children are regularly attending therapy and have been diagnosed with "emotional trauma" that arose from the day police entered their home and arrested their father in their presence. The 5-year-old has a heart problem, has monthly doctor check-ups, and is under medical treatment. The 9-year-old has learning problems and suffers from panic attacks.

**21. Attached are (check all that are applicable, but this is not a substitute for answering the above questions):**

N/A

Salvador Cabrera Arvizo

3

This application was prepared by Mario Valenzuela, Mr. Cabrera's attorney, using information and documents obtained during his representation of Mr. Cabrera in Immigration Court. It was further reviewed by Hector Vega, SF Deputy Public Defender, who compared the information to the I-213, RAP sheet, and other information provided by ICE.

In preparing this application, class counsel also reviewed Mr. Cabrera's RAP sheet and I-213. In preparing this application, class counsel did not have access to medical records for Mr. Cabrera.

Respectfully submitted,

s/*Bree Bernwanger*
Bree Bernwanger

Salvador Cabrera Arvizo

4