A

THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI (P-1) . INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
FBI          - FBI/ (P-1)
CALIFORNIA   - STATE ID/ (P-1)
END
CR.CAIII0000.DCICE1306.*0000000039.716855.HDR/2L01069,MRI0716551
ATN/SCELTA MESA VERDE DF
********************** CRIMINAL HISTORY RECORD **********************
************************* Introduction ***************************
This rap sheet was produced in response to the following request:
State Id Number     (P-1)    ()
Purpose Code        C
Attention           SCELTA MESA VERDE DF
The information in this rap sheet is subject to the following caveats:
RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES(CA; 2020-04-30)
DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED, TYPED, AND UPLOADED
INTO THE CAL-DNA DATA BANK. FOR INFO (510) 620-3300 OR
PC296.PC296@DOJ.CA.GOV
(CA; 2017-08-09)
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV(CA; 2017-06-25)
*********************** IDENTIFICATION **************************
Subject Name(s)
CHAVEZ, NESTOR JOSUE
CHAVEZ, NESTOR   (AKA)
Subject Description
FBI Number              State Id Number
(P-1)                   (P-1)
Sex                     Race
Male                    White
Height                  Weight            Date of Birth
5'05"                   165               ▪▪▪▪▪▪▪▪▪▪
Hair Color              Eye Color
Black                   Brown
Place of Birth          Citizenship       Ethnicity
GUATEMALA               GUATEMALA         Hispanic Or Latino
MEXICO
Employment
Occupation              LABORER
Employer
*********************** CRIMINAL HISTORY **********************
================================ Cycle 001 ================================
Earliest Event Date     2017-06-24
---------------------------------------------------------------------
Arrest Date             2017-06-24
Arrest Case Number      2185525-0556926
Arresting Agency        CA0150000 CASOBAKERSFIELD

Page 1

CONFIDENTIAL

```
Arresting Agency       CA0150200 CAPDBAKERSFIELD
Subject's Name         CHAVEZ,NESTOR JOSUE
Comment(s)             ARREST/DETAINED/CITED
Comment(s)             WARRANT BM888679A
Charge                 1
Statute   CHILD CRUELTY:POS INJURY/DEATH (273A(A) PC )
State Offense Code  38061
Severity  Felony
Charge                 2
Statute   INFLICT CORPORAL INJ SPOUSE/COHAB (273.5(A) PC )
State Offense Code  38028
Severity  Felony
Charge                 3
Statute   OBSTRUCT/ETC PUBLIC OFFICER/ETC (148(A)(1) PC )
State Offense Code  48122
Severity  Misdemeanor
Charge                 4
Statute   POSSESS UNLAW PARAPHERNALIA (11364(A) HS )
State Offense Code  35402
Severity  Misdemeanor
Charge                 5
Statute   BAT:SPOUSE/EX SP/DATE/ETC (243(E)(1) PC )
State Offense Code  13174
Severity  Misdemeanor
---------------------------------------------------------------------
Court Disposition      (Cycle 001)
Court Case Number      BM888679A
Final Disposition Date  2017-08-09
Court Agency           CA015023J CASCBAKERSFIELD
Subject's Name         CHAVEZ,NESTOR JOSUE
Charge                 1
Statute   BAT:SPOUSE/EX SP/DATE/ETC (243(E)(1) PC )
State Offense Code  13174
Severity  Unknown
Disposition  (DISMISSED)
Court Comment  COURT ACTION
---------------------------------------------------------------------
Court Disposition      (Cycle 001)
Court Case Number      BM906805A
Final Disposition Date  2017-08-09
Court Agency           CA015023J CASCBAKERSFIELD
Subject's Name         CHAVEZ,NESTOR JOSUE
Charge                 1
Statute   INFL CRPL INJ:SPOUSE/COHAB/DATE (273.5(A) PC )
State Offense Code  38081
Severity  Unknown
Disposition  (DISMISSED)
Court Comment  COURT ACTION
============================ Cycle 002 =============================
```

Page 2

CONFIDENTIAL

```
Earliest Event Date      2018-02-05
-------------------------------------------------------------------
Arrest Date              2018-02-05
Arrest Case Number       2203974-0556926
Arresting Agency         CA0150000 CASOBAKERSFIELD
Arresting Agency         CA0150200 CAPDBAKERSFIELD
Subject's Name           CHAVEZ,NESTOR
Comment(s)               ARREST/DETAINED/CITED
Comment(s)               WARRANT BM892515A
Charge                   1
Statute  THREATEN CRIME WITH INTENT TO TERRORIZE (422 PC)
)
State Offense Code  16001
Severity  Felony
Charge                   2
Statute  THREATEN CRIME WITH INTENT TO TERRORIZE (422 PC)
)
State Offense Code  16001
Severity  Felony
Charge                   3
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
)
State Offense Code  50084
Severity  Misdemeanor
Charge                   4
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
)
State Offense Code  50084
Severity  Misdemeanor
Charge                   5
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
)
State Offense Code  50084
Severity  Misdemeanor
Charge                   6
Statute  DRIVE W/O LICENSE (12500(A) VC )
State Offense Code  54107
Severity  Misdemeanor
Charge                   7
Statute  BURGLARY:FIRST DEGREE (460(A) PC )
State Offense Code  22124
Severity  Felony
Charge                   8
Statute  FORCE/ADW NOT FIREARM:GBI LIKELY (245(A)(1) PC )
State Offense Code  13094
Severity  Felony
-------------------------------------------------------------------
Court Disposition        (Cycle 002)
Court Case Number        BM892515A
```

Page 3

CONFIDENTIAL

```
Final Disposition Date  2018-02-06
Court Agency            CA015023J CASCBAKERSFIELD
Subject's Name          CHAVEZ,NESTOR
Charge                  1
Statute  DRIVE W/O LICENSE (12500(A) VC )
State Offense Code  54107
Severity  Misdemeanor
Disposition  (CONVICTED-JAIL)
Court Comment  CONVICTION CERTIFIED BY ROMERO ANDREA,DEPUTY
COURT CLERK,CASCBAKERSFIELD
Court Comment  COURT ACTION
Court Comment  FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
-------------------------------------------------------------------
Court Disposition       (Cycle 002)
Court Case Number       BF171164A
Final Disposition Date  2018-04-25
Court Agency            CA015023J CASCBAKERSFIELD
Subject's Name          CHAVEZ,NESTOR
Charge                  1
Statute  THREATEN CRIME WITH INTENT TO TERRORIZE (422 PC)
)
State Offense Code  16001
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  2
Statute  ASSAULT W/DEADLY WEAPON:NOT F/ARM (245(A)(1) PC)
)
State Offense Code  13219
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  3
Statute  BURGLARY:FIRST DEGREE (460(A) PC )
State Offense Code  22124
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  4
Statute  THREATEN CRIME WITH INTENT TO TERRORIZE (422 PC)
)
State Offense Code  16001
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  5
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
)
State Offense Code  50084
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  6
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
```

Page 4

CONFIDENTIAL

)
State Offense Code  50084
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              7
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
)
State Offense Code  50084
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              8
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
)
State Offense Code  50084
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              9
Statute  BAT:SPOUSE/EX SP/DATE/ETC (243(E)(1) PC )
State Offense Code  13174
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              10
Statute  WILLFUL CRUELTY TO CHILD (273A(B) PC )
State Offense Code  38059
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              11
Statute  VANDALISM (594(B)(1) PC )
State Offense Code  29143
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              12
Statute  VIO CRT ORD TO PREVNT DOMESTC VIOL (273.6(A) PC)
)
State Offense Code  50084
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              13
Statute  STLKING:TEMP RESTRAINING ORDER (646.9(B) PC )
State Offense Code  16006
Severity  Unknown
Disposition  (DISMISSED/FURTHERANCE OF JUSTICE)
Charge              14
Statute  STALKING (646.9(A) PC )
State Offense Code  16012
Severity  Felony
Disposition  (CONVICTED-PROB/JAIL)
Court Comment  CONVICTION CERTIFIED BY GREEN STEPHANIE,DEPUTY
COURT CLERK,CASCBAKERSFIELD

CONFIDENTIAL

```
Court Comment  COURT ACTION
Court Comment  FOR CERT INFO SEE AUTOMATED ARCHIVE SYS
------------------------------------------------------------------
Sentencing            (Cycle 002)
Sentence              003 YEARS PROBATION; 160 DAYS JAIL; FINE; IMP
SEN SS; RESTN
------------------------------------------------------------------
Sentencing            (Cycle 002)
Sentence              FINE; 004 DAYS JAIL
============================== Cycle 003 ==============================
Earliest Event Date    2018-09-07
------------------------------------------------------------------
Arrest Date           2018-09-07
Arrest Case Number    2223448-0556926
Arresting Agency      CA0150000 CASOBAKERSFIELD
Arresting Agency      CA0150200 CAPDBAKERSFIELD
Subject's Name        CHAVEZ,NESTOR JOSUE
Comment(s)            ARREST/DETAINED/CITED
Comment(s)            WARRANT BF171164A
Charge                1
Statute  STALKING (646.9(A) PC )
State Offense Code  16012
Severity  Felony
Disposition  (DISPO SEE MATCH ARR/DET/CITE NUMB(FDSMN))
********************** NON CRIMINAL INFORMATION  **********************
*********************** INDEX OF AGENCIES  ***********************
                         (P-1)
```

(P-1)

```
                                                           ------

                                                           ------

                                                                 ******
************************** Introduction  **************************
This rap sheet was produced in response to the following request:
FBI Number                (P-1)
Request Id
Purpose Code          C
Attention             SCELTA MESA VERDE DF
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-UCN:
    (P-1)    Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2020-04-30)
All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2020-04-30)
The use of this record is regulated by law. It is provided for official
```

Page 6

CONFIDENTIAL

use only and may be used only for the purpose requested.(US; 2020-04-30)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -(US; 2020-04-30)
************************* IDENTIFICATION *************************
Subject Name(s)
CHAVEZ, NESTOR JOSUE
CHAVEZ, NESTOR  (AKA)
CHAVEZ-COS, NESTOR JOSUE  (AKA)
Subject Description
FBI Number                   State Id Number
   (P-1)                        (P-1)      (CA)
Miscellaneous Numbers
   (P-1)
                                              AR
Sex                     Race
Male                    White
Height                  Weight              Date of Birth
5'05"                   165                 ~~XXX-XX-XX~~
Hair Color              Eye Color           Fingerprint Pattern
Black                   Brown               LSAUAUAUAUAULSAUAUAUAU (Other)
Place of Birth          Citizenship
Guatemala               Guatemala
Unknown
Mexico
Fingerprint Images
Photo Images
Photo Image Available
Capture Date                    2018-11-07
(No Photo Image Transmitted   )
************************* CRIMINAL HISTORY *************************
=============================== Cycle 001 ===============================
Earliest Event Date     2018-11-07
------------------------------------------------------------------
Arrest Date             2018-11-07
Arrest Case Number      5596775891
Arresting Agency        CAICE0400 ICE/ERO BKRSFD SUB O BAKERSFIELD
Subject's Name          CHAVEZ-COS,NESTOR JOSUE
CHAVEZ,NESTOR
Charge                  1
Charge Literal  2018-11-07 212A6AI ALIEN PRESENT WITHOUT
ADMISSION OR PAROLE - (PWAS)
Severity  Unknown
********************** INDEX OF AGENCIES **********************
Agency                  ICE/ERO BKRSFD SUB O; CAICE0400;
Agency Email Address               (S)
Address
800 TRUXTON AVE

CONFIDENTIAL

BAKERSFIELD, CA 93301
* * * END OF RECORD * * * </NLETS>
<<<<<<<END OF RECORD>>>>>>>>

CONFIDENTIAL

Case 3:20-cv-02731-LB    Document 233-12    Filed 05/22/20    Page 10 of 25

# B

Case 3:20-cv-02731-LB    Document 233-12    Filed 05/22/20    Page 10 of 25

# Criminal Case Information - Case Details

criminal case information/calendar menu / defendant search / search results / case details

| Defendant Information: | Name: | CHAVEZ, NESTOR JOSUE | | Birth Year: | 1987 |

| Case Information: | Court Case #: | BM906805A | Filing Date: 06/27/17 | Related Case #: | NONE |
| | Arrest Date: | 06/24/17 | | | |
| | Bail Amount: | $10000.00 | Bail Status: EXONERATED | Bail Type: | SURETY BOND |

### Charges/Dispositions

| Count | Type | Code | Section | Charge Description | Charge Disposition | Disposition Date |
|-------|------|------|---------|--------------------|--------------------|------------------|
| 001 | M | PC | 273.5(A)>2012 | INFLICT CORPORAL INJURY ON SPOUSE/COHABITANT (NEW EFFECT. 4/12) | DISM - FURTH. OF JUSTICE | 08/09/17 |

### Sentence Information

** n/a - no convicted charges **

### Scheduled Hearings

** None found **

### Aliases

| Defendant name | CHAVEZ, NESTOR JOSUE |
|----------------|----------------------|
| Aliases | CHAVEZ, NESTOR |

If you need more case information than what is listed above, please contact the specific court location.

Back to Top

C

# Criminal Case Information - Case Details

criminal case information/calendar menu / defendant search / search results / case details

| Defendant Information: | Name: | **CHAVEZ, NESTOR JOSUE** | | Birth Year: | **1987** |

| Case Information: | Court Case #: | **BM888679A** | Filing Date: | **07/13/16** | Related Case #: | **NONE** |
| | Arrest Date: | **06/24/17** | | | | |
| | Bail Amount: | **$10000.00** | Bail Status: | **EXONERATED** | Bail Type: | **SURETY BOND** |

| Charges/Dispositions | | | | | | |
|---|---|---|---|---|---|---|
| Count | Type | Code | Section | Charge Description | Charge Disposition | Disposition Date |
| 001 | M | PC | 243(E)(1) | BATTERY:SPOUSE/EX SPOUSE/DATE/ETC | DISM - FURTH. OF JUSTICE | 08/09/17 |

| Sentence Information |
|---|
| ** n/a - no convicted charges ** |

| Scheduled Hearings |
|---|
| ** None found ** |

| Aliases | |
|---|---|
| Defendant name | CHAVEZ, NESTOR JOSUE |
| Aliases | CHAVEZ, NESTOR |

If you need more case information than what is listed above, please contact the specific court location.

Back to Top

D

# Criminal Case Information - Search Results

criminal case information/calendar menu / defendant search / search results

**Name:** Chavez, Nestor
**Limit Search to:** 50 results

*Click case number to display detailed case information.*

| Defendant Name | Case Number | Filing Date | Year of Birth |
|----------------|-------------|-------------|---------------|
| CHAVEZ, NESTOR JOSUE | BM888679A | 07/13/2016 | 1987 |
| CHAVEZ, NESTOR JOSUE | BM892515A | 09/16/2016 | 1987 |
| CHAVEZ, NESTOR JOSUE | BM906805A | 06/27/2017 | 1987 |
| CHAVEZ, NESTOR | BF171164A | 02/07/2018 | 1987 |

**Cases Found:** 4

Why is My Case Not Listed?

New Search    Back to Top

# E

Case 3:20-cv-02731-LB    Document 233-12    Filed 05/22/20    Page 17 of 25

# Criminal Case Information - Case Details

criminal case information/calendar menu / defendant search / search results / case details

| Defendant Information: | Name: | CHAVEZ, NESTOR JOSUE | | Birth Year: | 1987 |
|---|---|---|---|---|---|

| Case Information: | Court Case #: | BM892515A | Filing Date: | 09/16/16 | Related Case #: | NONE |
|---|---|---|---|---|---|---|
| | Arrest Date: | 02/05/18 | | | | |
| | Bail Amount: | NO BAIL | Bail Status: | N/A | Bail Type: | N/A |

### Charges/Dispositions

| Count | Type | Code | Section | Charge Description | Charge Disposition | Disposition Date |
|---|---|---|---|---|---|---|
| 001 | M | VC | 12500(A) | DRIVE W/O LICENSE | PLED NOLO CONTENDERE | 02/06/18 |

### Sentence Information

JAIL/PRISON 4 DAYS,

TOTAL CREDIT 0004 TIME SERVED 2 DAYS GOOD BEHAVR 2 DAYS,

CONFINEMENT LOCATION JAIL

| CHARGE | FINE AMOUNT | |
|---|---|---|
| VC 12500(A) | 691.00 | |
| FINE TOTALS | 691.00 | |

### Scheduled Hearings

** None found **

### Aliases

| Defendant name | CHAVEZ, NESTOR JOSUE |
|---|---|
| Aliases | CHAVEZ, NESTOR |

If you need more case information than what is listed above, please contact the specific court location.

Back to Top

F

```
J2411H1              SUPERIOR COURT, METROPOLITAN DIVISION         04/24/19
KERN CJIS                IN AND FOR THE COUNTY OF KERN                11:56
ORGANIZATION: SC
```

CASE NO. BF171164 A      DATE: 11/06/18      TIME: 01:30 PM      DEPT.: RC

PEOPLE VS. CHAVEZ, NESTOR
BOOKED AS:

JUDGE:    MICHAEL G BUSH, JUDGE         CLERK:    BETSY CARDONA
REPORTER: MELISSA PUNG                  BAILIFF: DEPUTY SHERIFF
NATURE OF PROCEEDINGS:
    FORMAL REVOCATION HEARING.

---

CHARGES: 14. PC 646.9(A)>FEL PN859

---

**** MATTER HANDLED WITHOUT THE PHYSICAL CASE FILE ***

DEPUTY DISTRICT ATTORNEY CRAIG SMITH APPEARED.

PROBATION OFFICER LUIS JUAREZ APPEARED.

DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER NICHOLAS
    J ROTH.

DEFENDANT APPEARS AND IS IN CUSTODY.

DEFENDANT ANSWERS TO TRUE NAME AS CHARGED.

THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
    THE PROSECUTION: PROBATION OFFICER LUIS JUAREZ.

CONFERENCE HELD IN THE COURT'S CHAMBERS.

THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:

PROBATION IS REINSTATED.

REVOCATION PROCEEDINGS DROPPED AT REQUEST OF PROBATION
    DEPARTMENT.

DEFENDANT TO REPORT TO THE PROBATION OFFICER NO LATER
    THAN MONDAY 11/12/2018 AT 12:00 P.M..

ALL PREVIOUSLY ORDERED TERMS AND CONDITIONS OF PROBATION
    TO REMAIN IN EFFECT.

MINUTE ORDER                              PAGE    1

CASE NO. BF171164 A        DATE: 11/06/18        TIME: 01:30 PM        DEPT.: RC
PEOPLE VS. CHAVEZ, NESTOR

PREVIOUS TERMS OF PROTECTIVE ORDER ISSUED 04/25/2018 TO
     REMAIN IN EFFECT.

ENTERED ON CJIS BY BETSY CARDONA - SCMET. ON 11/06/2018.

ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.

---

CUSTODY STATUS:
DEFENDANT IS RELEASED FROM CUSTODY.

# G



## LA NUEVA COMUNIDAD DOMESTIC VIOLENCE PROGRAM

June 1, 2011                          Reporting period month of April and May/2011.

Kitsap County District Court
614 Division Street, MS-25
Port Orchard, WA 98366

Re: Cos-Garcia, Eliseo          Case# : 19603002          DOB: 12/14/7?

Program: Domestic Violence Program for perpetrator.

Client is in phase I and he is attending weekly group treatment sessions.

Program start date: April/2011.

Proj. discharge date: April, 2012.

Dates attended current month: 4/15, 4/22, 4/29, 5/6, 5/13, 5/20 and 5/27.

So far he has attended 7 sessions of 36 sessions minimum required.

Comment/Recommendations:  Mr. Cos attended his first session on April 15, 2011.

If you have any questions, please call me at ▇▇▇▇▇▇▇▇▇

Sincerely,

*Rolando Vasquez*
Rolando E. Vasquez
Domestic Violence Counselor

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Tacoma, Washington 98418   ▇▇▇▇▇▇▇▇



# LA NUEVA COMUNIDAD DOMESTIC VIOLENCE PROGRAM

October 1, 2011                    Reporting period month of September/2011.

Kitsap County District Court
614 Division Street, MS-25
Port Orchard, WA 98366

Re: Cos-Garcia, Eliseo          Case# : 19603002          DOB: 12/14/73

Program: Domestic Violence Program for perpetrator.

Client is in phase I and he is attending weekly group treatment sessions.

Program start date: April/2011.

Proj. discharge date: April, 2012.

Dates attended current month: 9/2, 9/9, 9/16, 23 and 9/30.

So far he has attended 20 sessions of 36 sessions minimum required.

Comment/Recommendations:  Mr. Cos is in compliance with his Domestic Violence
program.

If you have any questions, please call me at ████████████

Sincerely,

Rolando E. Vasquez
Domestic Violence Counselor

███████████████████████ Tacoma, Washington 98418   ████████████

# H

12:07:21 Monday, September 19, 2011

**D0031I End of Docket**                                                    **DD1000PU**
                                                              09/19/11 12:06:58

DD1000MU Case Docket Update (CDK)        KITSAP DISTRICT      SMP
_____  Case:  19603002 KTC CN  Csh:    Pty: ____  StID: _____ __
         Name:  COS GARCIA, ELISEO_____  NmCd: IN 294 75520
  Name:  COS GARCIA, ELISEO                Cln Sts:
          PROTECTION ORDER VIOLATION
  Note:  ARCHIVES_____  ***SPANISH INTERPRETER**_____
  Case:  19603002 KTC CN Criminal Non-Traffic              Print: N (Y/N)


S 04 25 2011  First Pymt Date: 07/05/2011 Amt:      950.00 Freq: L Num: 1   KSB
_ 06 02 2011  TREATMENT ENROLLMENT REPORT FILED                            BAS
S 06 03 2011  Review set for RCO on 06/01/2011 canceled                    BAS
S 06 20 2011  11171100507 Time Payment Received               950.00 SDM
S __ __ ____  Case Paid in Full and Removed from Time Pay                   SDM
S 06 28 2011  RCO Review Set for 08/01/2011                                DGB
S 07 15 2011  REV YN Rescheduled to 10/14/2011 02:00 PM in Room 106        SMP
              DV TREATMENT REPORT FILED - DEFT IS IN COMPLIANCE            SMP
_ 07 18 2011  Notice Issued for REV YN on 10/14/2011 02:00 PM              BXM
S 08 23 2011  RCO : Imposed on 04/22/2011 canceled                         DGB
S __ __ ____  Review set for RCO on 08/01/2011 canceled                    DGB
- __ __ ____  _____
- __ __ ____  _____
- __ __ ____  _____