UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 15** <br><br> Re: Dkt. No. 203 |

The bail requests from the following detainees are denied without prejudice:

- Jose Fernando Mendoza Valdovinos
- Miguel Angel Ayala Mendoza
- Mohammad Khan

The bail requests from the following detainees are deferred:

- Bernard Oretekor
- Nelson Coche Salazar

The bail requests from the following detainees are granted:

- Francisco Javier Jimenez Garcia
- Gustavo Raudales Banegas
- Jose Pacheco Mendez
- Leonel Garcia Martinez
- Yebio Kifle

Bail is subject to the standard conditions of release stated at Dkt. 108. Mr. Jimenez Garcia's bail

is subject to the further conditions that he is prohibited from consuming alcohol or driving, and must to submit to alcohol monitoring. Mr. Pacheco Mendez's bail is subject to the further condition that he is prohibited from consuming alcohol. Mr. Raudales may be released to either of the proposed custodians.

**IT IS SO ORDERED.**

Dated: May 22, 2020

VINCE CHHABRIA
United States District Judge