UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>DAVID JENNINGS, et al.,<br><br>                Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER NO. 2 REQUESTING FURTHER INFORMATION RE DEFERRED BAIL APPLICATIONS** |

To aid the Court in adjudicating bail applications the Court has previously deferred, the parties should submit additional information as described below. This information can be provided on the same schedule as bail applications and responses:

**1. Myke Jonathan Cux-Jocop.**  The parties should provide further information regarding the 2017 charge under California Penal Code section 261.5, and the disposition of that charge.

**2. Hoan Van Tran.** The parties should address the facts underlying the attempted murder conviction. The government should also provide a more detailed explanation of whether, how, and when Mr. Tran will be removed.

**3. Adolfo Godinez-Garcia.** The parties should provide further information about the timeline and process by which Mr. Godinez-Garcia is expected to return to Guatemala.

**IT IS SO ORDERED.**

Dated: May 23, 2020

_____
VINCE CHHABRIA
United States District Judge