UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 16** |

The bail requests from the following detainees are denied without prejudice:

- Lawrence Kuria Mwaura
- Guillermo de Jesus Hernandez
- Jose Eduardo Guerra

The bail requests from the following detainees are granted:

- Maximo Martinez-Juan
- Hung Tien Nguyen
- Alex Rivera-Giorges

Bail is subject to the standard conditions of release stated at Dkt. 108. Mr. Martinez-Juan's bail is subject to further conditions: he is prohibited from consuming alcohol or driving, he must submit to alcohol monitoring and attend AA meetings, and there must be no alcohol in

his home. Mr. Nguyen and Mr. Rivera-Giorges's bail are subject to the condition that class counsel must certify to ICE that space is available for Nguyen and Rivera-Giorges at the transitional facility.

       **IT IS SO ORDERED.**

Dated: May 23, 2020

_____

VINCE CHHABRIA
United States District Judge