## CARLOS RUBEN FRANCO PAZ SHORT-FORM BAIL APPLICATION

**SUMMARY:**

Carlos Ruben Franco Paz is a detainee with no criminal convictions who fled Guatemala to come to the United States in 2015. Both his father and mother were killed in the Guatemala. Mr. Franco Paz has a pending application for asylum, withholding of removal and protection under the convention against torture.

Mr. Franco Paz has family in the United States including two siblings and his partner and child. He has been living with a co-worker while on a work assignment in San Jose prior to his detention by ICE and would return to his co-worker's home if released. Mr. Franco Paz was denied bond by the immigration court based on flight risk but he understands the importance of complying with the immigration court process and is very amenable to alternatives to detention.

1. **Name:** Carlos Ruben Franco Paz (AKA Jorge Mendez Alvarez)

2. **Age**: 25

3. **Sex:** Male

4. **Primary Language:** Spanish

5. **If Hearing, is an interpreter needed?** Yes

6. **Detention:** Mesa Verde Detention Facility

7. **Dorm Unit:**

8. **Date of Bond Hearing:** December 18, 2019

9. **Outcome of Bond Hearing**: Mr. Franco Paz was denied release on bond based on flight risk. The Judge did not find him to be a danger.

10. **Length of Time in Detention:** 7 months

11. **Medical Condition(s) That Put Detainee at Risk:**

    None reported. However, counsel does not have access to his medical records.

12. **Attorney Name and Contact Information:**

    Malvina De La Canal, Esq.
    Law Offices of Vivian N. Szawarc
    (510) 447-7700
    1624 Franklin Street, Ste 402

CARLOS RUBEN FRANCO PAZ

Oakland, CA 94104
malvina@vivianesq.net

13. **Felony or Misdemeanor Convictions, including Date and Offense:**

Mr. Franco Paz has no criminal convictions in the United States or any country.

14. **Pending Criminal Charges and Outstanding Warrants, including Jurisdiction and Offense:**

According to the RAP sheet Mr. Franco Paz has one arrest for which there may be charges pending:

Arrested October 1, 2018 - Fort Scott Kansas – Kansas Statute 8-235 (driving without a license) and Kansas Statute 8-1599 (transportation of alcohol in an open container) both misdemeanors, case #18TR832. According to the RAP sheet, he may have a warrant from 1/2/2019 for failure to appear.

Mr. Franco Paz also is subject to an INTERPOL "Blue Notice"[1] asking to question Mr. Franco Paz relating to allegations that he was involved in the homicide of two individuals and attempted homicide of another individual in the municipality of San Isidro Esquipulas Chiquimula, Guatemala on May 20, 2016. A Blue Notice is a request to collect information regarding a person's identity, location and activities in relation to a crime – unlike a Red Notice, it does NOT seek an individual's arrest or indicate that the individual is wanted for prosecution or to serve a sentence.[2] Mr. Franco Paz denies the allegations and reports that he has been in the United States continuously since April 2015- he denies returning to Guatemala since that time.[3] *See* Dkt. 122, Sec. IV (explaining abuse of Interpol notice system by countries with weak rule-of-law institutions).

15. **Scheduled Removal Date:**

None. Mr. Franco Paz has an Individual Hearing scheduled for June 1, 2020 with the San Francisco Immigration Court. If he is denied relief, he will be reserving appeal.

16. **Family**:

---

[1] The ICE spreadsheet indicates that Mr. Franco Paz has an Interpol Red Notice. This is incorrect. Counsel has reviewed the document; it is a Blue Notice.
[2] See https://www.interpol.int/en/How-we-work/Notices/About-Notices
[3] The I-213 alleges that he returned to Guatemala for his mother's funeral and later re-entered with his family. Mr. Franco Paz reports to his attorney that this is inaccurate and that he did pay money to help his partner and child enter the United States but that he did not enter with them as he was already in the United States and had not left. The Immigration Court has ordered ICE to submit proof that he left the country as alleged in the I-213.

CARLOS RUBEN FRANCO PAZ

Mr. Franco Paz has two sisters in the United States: Claudia Franco in Tulsa, Oklahoma, and Tania Franco in Kansas City, Kansas. Mr. Franco's partner, Karen Maldonado, and their U.S. citizen child C.R.F.M. live in Baltimore, Maryland.

17. **Proposed Custodian and Description of Proposed Release**

- If released, Mr. Franco Paz would live with a friend and co-worker:

    Juan I. Soto Cruz

    ▅▅▅▅▅▅▅▅▅▅

    San Jose, CA 95136

    ▅▅▅▅▅▅▅▅▅▅

- Mr. Soto Cruz will pick Mr. Franco Paz up from Mesa Verde Detention Facility and will provide housing and financial support for Mr. Franco Paz.

- Mr. Soto Cruz's home is sufficient to allow Mr. Franco Paz to quarantine for 14 days, maintain social distancing, and abide by any conditions the Court may impose. Mr. Soto Cruz will take all the steps he can to ensure Mr. Soto Cruz complies with the Court or ICE's conditions of release.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.**

    Mr. Franco Paz worked for Smart Communications Network, Inc. Mr. Franco Paz has been working on this contract in San Jose, CA and was living with his co-worker Mr. Soto Cruz.

    Mr. Franco Paz has an attorney based in Oakland California representing him in an application for asylum, withholding of removal and protection under the convention against torture. He understands the importance of appearing at any future immigration proceedings and commits to doing so. Mr. Franco Paz hopes to eventually reunite with his wife and child but will not leave the jurisdiction until his case is complete. He is amenable to alternatives to detention including GPS monitoring.

19. **Employment History**:

    Mr. Franco Paz has worked as a contractor for Smart Communications Networks Inc. from January 2016 until detained by ICE near his worksite in October 2019.

20. **Other Information Relevant to Bail Determination:**

- Mr. Franco Paz fled Guatemala after threats to his life. Mr. Franco Paz's father and mother were both killed in Guatemala and Mr. Franco Paz fears returning based on credible threats to his own life. Mr. Franco Paz is seeking asylum, withholding of removal and protection under the convention against torture and has a personal interest

CARLOS RUBEN FRANCO PAZ

    in appearing for his immigration court proceedings because he knows this is the only way to remain lawfully in the United States, and he genuinely fears returning to Guatemala.

- Mr. Franco Paz remains in custody after the Immigration Judge denied release on bond on December 18, 2019 because he found Mr. Franco Paz to be a flight risk.[4] The Immigration Judge did not find Mr. Franco Paz to be a danger to the community, despite the Blue Notice. Mr. Franco Paz has a fixed address and an attorney representing him in his removal proceedings before the San Francisco Immigration Court. He understands the importance of complying with Court orders and is amenable to GPS tracking or other alternatives to detention.

21. **Attached are the following documents:** Not applicable

This application was drafted by Mr. Franco Paz's immigration attorney Malvina De La Canal based on information she obtained from her client, Mr. Franco Paz as well as from the sponsor. It was reviewed by San Francisco Public Defender attorney Hayley Upshaw for accuracy, comparing the descriptions to information from the RAP sheet and I-213.

In preparing this application, class counsel reviewed the I-213 and RAP sheet. Class counsel did not have access to medical records or immigration documentation and any statements are based on information and belief.

Respectfully submitted,

s/Genna Ellis Beier
Genna Ellis Beier

---

[4] Immigration Judges do not reach the question of flight risk if they find an individual to be a danger to the community so the fact that he was denied on flight risk corroborates that the Immigration Judge did not find him to be a danger. *See Matter of Urena*, 25 I&N Dec. 140 (BIA 2009)

CARLOS RUBEN FRANCO PAZ