UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 17** |

The bail requests from the following detainees are denied without prejudice:

- Eleazar Porcayo Garcia
- Nestor Chavez
- Juan Jose Erazo Herrera

The bail requests from the following detainees are granted:

- Ajaypal Singh
- Livia Pinheiro

Bail is subject to the standard conditions of release listed in Dkt. No. 108. Livia Pinheiro's bail is subject to additional conditions: she is prohibited from consuming alcohol, there must be no alcohol in the home, and she must participate in group sobriety meetings. Ajaypal Singh's bail is subject to the additional condition that he participate in group sobriety meetings.

**IT IS SO ORDERED.**

Dated: May 25, 2020

VINCE CHHABRIA
United States District Judge