UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>DAVID JENNINGS, et al.,<br><br>           Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 18**<br><br>Re: Dkt. No. 79, 215 |

The bail requests from the following detainees are denied without prejudice:

- Gustavo Adolfo Peralta Iglesias
- Gustavo Archundia Garcia
- Selvin Rolando Hernandez Sumoza

The bail requests from the following detainees are granted:

- Pravindar Singh
- Juan Carlos Soto Trejo
- Nelson Zelaya Alas AKA Nelson Arias

Bail is subject to the standard conditions of release stated at Dkt. 108. Mr. Singh's bail is subject to the condition that he is required to stay at home at all times except to receive medical or mental health treatment. Mr. Soto's bail is subject to the conditions that he is prohibited from driving and prohibited from consuming alcohol, and there must also be no alcoholic beverages anywhere in the residence where he will stay.

**IT IS SO ORDERED.**

Dated: May 25, 2020

VINCE CHHABRIA
United States District Judge