UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RELATING *DUONG V. JENNINGS***<br><br>Re: Dkt. No. 126 |

The Court has determined that *Duong, et al. v. Jennings, et al.*, No. 20-cv-02864-RMI (N.D. Cal. filed Apr. 24, 2020) is related to this case. The request for a TRO is denied; the Court will rule on Duong and Keo's pending bail applications. If Duong and Keo wish to pursue claims for relief unrelated to the pandemic, they must file a separate action.

**IT IS SO ORDERED.**

Dated: May 25, 2020

VINCE CHHABRIA
United States District Judge