UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) | CASE NO. 3:20-cv-02731-VC |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF ASSISTANT FIELD** |
| | ) | **OFFICE DIRECTOR ALEXANDER PHAM IN** |
| v. | ) | **SUPPORT OF FEDERAL DEFENDANTS'** |
| | ) | **MOTION TO DISSOLVE TEMPORARY** |
| DAVID JENNINGS, *et al.*, | ) | **RESTRAINING ORDER, MOTION TO STAY,** |
| | ) | **AND OPPOSITION TO PLAINTIFFS' MOTION** |
| Defendants. | ) | **FOR PRELIMINARY INJUNCTION** |
| | ) | |

I, Alexander Pham, make the following statements under oath and subject to penalty of perjury:

1.       I am an Assistant Field Office Director ("AFOD") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the San Francisco Field Office ("ERO San Francisco"). I have held this position since April 2019. I am currently assigned to the Bakersfield Sub-Office within ERO San Francisco, which is responsible for oversight of Mesa Verde Detention Facility ("Mesa Verde") in Bakersfield, California. I have worked in various other positions within ICE since 2005.

2.       This declaration is based upon my personal and professional knowledge and information, belief, reasonable inquiry, and review of information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3.       ICE is charged with removing aliens who lack lawful immigration status in the United States. Detention is an important and necessary part of immigration enforcement. The Immigration and Nationality Act ("INA") authorizes detention of aliens pending removal under sections 235, 236, and 241 of the INA, 8 U.S.C. §§ 1225, 1226, 1231. ICE is required by Congressional statute under section 236(c) of the INA, 8 U.S.C. § 1226(c), to mandatorily detain aliens convicted of certain crimes, and these aliens are ineligible for release from ICE custody pending completion of removal proceedings. ICE is similarly required by Congressional statute under section 235(b) of the INA, 8 U.S.C. § 1225(b),

to detain certain aliens seeking entry into the United States or who entered the United States without inspection and who are believed to be subject to removal. ICE similarly is required by Congressional statute under 241(a)(2) of the INA, 8 U.S.C. § 1231(a)(2), to generally mandatorily detained and remove aliens who have final administrative removal orders during the first 90 days of the removal period. In other cases, aliens may be detained by ICE pending removal as a matter of discretion under sections 235 and 236(a) of the INA, 8 U.S.C. §§ 1225, 1226(a), because they present a danger to the community or pose a flight risk, or under section 241(a)(6) of the INA, 8 U.S.C. § 1231(a)(6), once the removal period has expired and where release on supervision may be appropriate if there is no significant likelihood of removal in the foreseeable future.

4.      Mesa Verde is a private detention center owned and managed by The GEO Group, Inc. ("GEO"). GEO is an independent contractor that provides the facility, management, personnel and services for 24-hour supervision of aliens in ICE custody at Mesa Verde. Besides GEO's own private internal oversight and inspection processes, the federal government also mandates oversight through various inspection processes by ICE and other entities.

5.      At Mesa Verde, ERO is responsible for managing the immigration cases of detained individuals. In addition, ERO is responsible for observing, identifying, and notifying GEO of any perceived deficiencies in its adherence to the Performance-Based National Detention Standards ("PBNDS") 2011, and any other mandated requirements, such as those associated with COVID-19 protections, in its management and operation of Mesa Verde.

6.      As an AFOD, I manage the docket for individuals detained at Mesa Verde, including supervising Supervisory Detention and Deportation Officers and other detention and deportation staff who are responsible for the review and tracking of aliens' removal proceedings and detention placements. My primary responsibilities include immigration case management for those detained at Mesa Verde and general oversight at Mesa Verde, including monitoring of adherence to the PBNDS 2011, and any other mandated requirements, such as those associated with COVID-19, in its management and operation of Mesa Verde.

7.      Mesa Verde has the capacity to house 400 detainees. Mesa Verde has the capability to identify, isolate, and segregate detainees from each other.

8.      On March 11, 2020, the World Health Organization ("WHO") declared Coronavirus Disease 2019 ("COVID-19") a global pandemic. At the time, the population of Mesa Verde was 355 detainees. Since that time, the ERO Bakersfield sub-office has taken affirmative steps to reduce the number of detainees at Mesa Verde by reviewing its detained population and by reconsidering custody determinations, parole requests, and issuing orders of supervision on release for those aliens who are not subject to mandatory custody, pose a danger to the community or flight risk; and/or for whom there is no significant likelihood of removal in the foreseeable future.

9.      Consequently, by March 30, 2020, ICE had reduced the Mesa Verde population from 355 to 312, approximately 12%.

10.     As of May 26, 2020, ICE has reduced the Mesa Verde detainee population from 355 to 168, approximately 53%.

11.     The net reduction in population from 355 to 168 understates the number of detainees who have been released from Mesa Verde, as these numbers reflect net releases, not gross releases.[1] Between April 27, 2020 and May 27, 2020, Mesa Verde has admitted 117 new arrivals, of which almost 93% are subject to some form of statutorily authorized mandatory detention. Many of these new detainees are aliens with criminal histories released from county jail or state or federal prison. At the same time, ICE has worked to reduce the population at Mesa Verde. The daily updates that ICE has been providing the Court state that a total of 194 detainees have been released in the past month, even without counting releases before April 27, 2020.

12.     Since no later than May 8, 2020, Mesa Verde has been running at or below 50% of total capacity.

13.     As of May 26, 2020, Mesa Verde is currently running at 42% of total capacity.

14.     There have never been any confirmed or suspected COVID-19 cases at Mesa Verde among either detainees or staff at any point.

15.     Mesa Verde medical staff have not encountered any detainee experiencing symptoms consistent with COVID-19.

---

[1] Release from a detention facility includes release into the community, release for removal from the United States, and release for transfer to another facility for removal from the United States.

16.     No Mesa Verde staff member has reported any symptoms consistent with COVID-19.

## CDC AND ICE GUIDANCE

17.     Since the onset of reports of COVID-19, ICE epidemiologists have been tracking the outbreak, regularly updating infection prevent and control protocols, and issuing guidance to field staff on screening and management of potential exposure among detainees.

18.     The Centers for Disease Control and Prevention ("CDC") issued Interim Guidance on Management of Coronavirus 2019 (COVID-19) in Correctional and Detention Facilities (https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html), and its general public guidance (https://www.cdc.gov/coronavirus/2019-ncov/index.html). As noted by the CDC, "[t]he guidance may need to be adapted based on individual facilities' physical space, staffing, population, operations, and other resources and conditions." ICE endeavors to closely follow the CDC Guidance where possible, and as recommended, makes adaptations according to each facility's spacing, population and resources.

19.     On April 10, 2020, ICE released its ERO COVID-19 Pandemic Response Requirements (https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf), a guidance document that builds upon previously issued guidance and sets forth specific mandatory requirements expected to be adopted by all detention facilities housing ICE detainees, as well as best practices for such facilities, to ensure that detainees are appropriately housed and that available mitigation measures are implemented with respect to COVID-19.

## SCREENING NEW ARRIVING DETAINEES

20.     At Mesa Verde, medical care, including screening of new detainees, is provided by the GEO medical staff on-site and is overseen by the ICE Health Services Corps ("IHSC"), which provides medical services through a combination of U.S. Public Health Service Commission Corps officers, federal civil servants, and contract health professionals. Each ICE facility is assigned an IHSC Field Medical Coordinator ("FMC"), who serves as a medical consultant to the ICE field offices and oversees clinical services at facilities like Mesa Verde that house ICE detainees. IHSC's FMCs ensure that the provision of medical care by contractors to the ICE detainees within the facilities meets detention standards, as required by the contract. The FMCs do not provide hands-on care or direct the care within

the contract facilities but monitor the medical care and services provided by the facilities. Medical staff at the contract facilities are directly responsible for medical care at the facilities.

21.     Upon arrival at Mesa Verde, each detainee is screened by nurses, who wear personal protective equipment, per protocol. During intake screening, new arrivals are given a number of handouts, including the Centers for Disease Control and Prevention ("CDC") educational handout on COVID-19.[2] During intake medical screenings, detainees are assessed for fever and respiratory illness and are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days and whether they have traveled from or through area(s) with sustained community transmission in the past two weeks. The detainee's responses and the results of these assessments will dictate whether to monitor or isolate the detainee.

22.     Mesa Verde has the capability to identify, isolate, and segregate detainees from each other. Those detainees who are asymptomatic but who may be at risk due to their travel history or confirmed exposure to COVID-19 patient(s) will be placed in isolation for precautionary monitoring. All new arrivals transferred from another facility where there are any reported cases of COVID-19 infection will be placed in isolation for 14 days prior to being released into the general population. In cases involving suspected, but not confirmed, exposure to COVID-19 patient(s), Mesa Verde will decide, on a case-by-case basis, whether to isolate these individuals as a prophylactic measure. In such cases, asymptomatic detainees are, space permitting, individually isolated, or in the alternative, placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after the most recent exposure to an ill detainee) and are monitored daily for fever and symptoms of respiratory illness. The latter procedure is known as cohorting, which is an infection-prevention strategy that involves housing detainees together who were exposed to a person with an infectious organism but are asymptomatic.[3] Those detainees that show an onset of fever and/or respiratory illness are referred to a medical provider for evaluation. Cohorting is discontinued when the 14-day incubation period completes with no new cases.

---

[2] This information is also sent out via tablet messages and reinforced through posters and town hall meetings with the detainees.

[3] See the CDC's Fundamental Elements Needed to Prevent Transmission of Infectious Agents in Healthcare Settings at https://www.cdc.gov/infectioncontrol/guidelines/isolation/prevention.html.

23.     Detainees who present symptoms consistent with COVID-19 will be placed in isolation, where they will be tested for COVID-19 and influenza to rule out any other source of symptoms. Per the Health Service Administrator at Mesa Verde, the facility currently has more than 100 COVID test kits in stock and has the capacity  collect specimens onsite and send the specimens to offsite laboratory for analysis which takes four days to return a result. In testing for COVID-19, Mesa Verde is following guidance issued by the CDC to safeguard those in its custody and care. If COVID-19 testing is positive, these individuals will remain isolated and treated. In case of any clinical deterioration, detainees will be referred to a local hospital.

## ONGOING MEDICAL CARE

24.     Mesa Verde provides daily access to sick calls in a clinical setting and has access to specialty care services and hospital care. Medical nursing staff is onsite 24 hours a day, seven days a week, in addition to fulltime mental health and medical (physician/mid-level) providers. Sick calls are triaged from most urgent to least urgent based on their medical opinions, and detainees are seen in the order as determined by medical staff. Patients with an urgent need are seen by a provider or registered nurse the following day. Routine sick calls are scheduled with a provider or nurse and seen within 48–72 hours. Emergency needs will be sent to the local hospital. All requests for off-site medical care are sent to the medical provider for review. Urgent off-site requests are scheduled with an outside provider as appointments are available. Due to COVID-19, all outside providers are limiting medical appointments for urgent or emergent care only.

25.     Mesa Verde medical staff will continue to examine any detainee who submits a request to see medical due to symptoms consistent with COVID-19. As discussed in the previous paragraph, detainees who present symptoms consistent with COVID-19 will be placed in isolation, where they will be tested for COVID-19 and influenza to rule out any other source of symptoms. If COVID-19 testing is positive, these individuals will remain isolated and treated. In case of any clinical deterioration, detainees will be referred to a local hospital

26.     Per ICE policy, if detainees are diagnosed with any communicable disease, including COVID-19, the Health Services Administrator at the facility, the site and regional medical directors, and the ICE FMC are notified through their chain of command. Local public health and CDC will be notified

with the completion of proper forms for reporting.

27.     While Mesa Verde has not had any confirmed or suspected cases of COVID-19, were one to arise, Mesa Verde will house cases with signs and symptoms consistent with COVID-19 in a negative isolation room with enhanced respiratory droplet nuclei precaution for the staff.

## EDUCATION ABOUT COVID-19

28.     Mesa Verde is providing education regarding COVID-19 to staff and detainees, including the importance of handwashing and hand hygiene, covering coughs with the elbow instead of with hands, sanitizing common surfaces, and other health and wellness information.

29.     Mesa Verde is holding in person town halls for staff and detainees, posting CDC information throughout the facility regarding COVID-19, the importance of handwashing, social distancing, and instructions on how to wear properly wear face masks. *See* Attachments. This information is continuously provided by electronic informational messages to detainees through tablets that are located in every dorm room. *See id*. The dormitory's representative is also responsible for conveying the information and reminders to all detainees in his/her respective dormitory.

30.     The following photographs accurately depict examples of the COVID-19 posters and information addressing handwashing, mask wearing, and social distancing in the dorms and dining halls, methods of preventing germ spread, and general COVID-19 facts, that are posted in numerous languages including English, Spanish, French, Korean, Mandarin and Cantonese, German, Russian, Ukrainian, Vietnamese, Farsi, Arabic, and Dari. Detainees also receive reminders and updates via tablet. *See* Attachments. Additional examples of the posters and information that Mesa Verde has posted are attached to the end of this declaration. *See id*.











31.     Mesa Verde is requesting detainees to seek immediate medical care if they feel ill.

**CLEANING AND SANITIZATION**

32.     Mesa Verde is ensuring frequent cleaning and sanitation of all common area high contact surfaces, such as door handles, telephones, dining halls, and medical areas, which is being conducted throughout the day.

33.     Per the PBNDS, detainees are required to perform housekeeping duties around their respective areas. Dorms are required to be cleaned daily. Detainees who participate in the detainee work program are responsible for cleaning the bathroom areas at least once per day in the morning, and periodically throughout the rest of the day as needed. Detainees who fail to meet the sanitation requirements as outlined in PBNDS are subject to rule violations for being untidy/unsanitary.

34.     Each dormitory has its own cleaning cart which is stocked with sanitation supplies, including, but not limited to, soap, all-purpose cleaner, disinfectant, and a bathroom-specific cleaning solution, mops, buckets, brooms, brushes, rags, etc. Detainees have regular access to two types of all-purpose cleaner (Tri-Base and Clean By Proxy), disinfectant (GS Disinfectant), and glass cleaner, which they are encouraged to use. Cleaning chemicals for spray bottles and mop buckets are refilled by GEO

staff when needed throughout the day. Towels are also distributed to detainees for cleaning purposes and are laundered on a daily basis.



35.    Liquid hand soap and paper towel dispensers are installed at the front of each dormitory near the sink. In addition, each dormitory has two bathroom areas, and several soap dispensers have been installed in each bathroom area. In total, each of the four dormitories have the following: A-Dorm has eight soap dispensers and five towel dispensers; B-Dorm has six soap dispensers and five towel dispensers; and C-Dorm and D-Dorm each have seven soap dispensers and seven towel dispensers. The

recreational area bathroom also has one soap dispenser and one towel dispenser. Mesa Verde staff check the soap dispensers daily to ensure they are promptly refilled as needed.

36.     Mesa Verde has informed the IHSC FMC that hand sanitizer is not available to detainees because it is alcohol-based and can be abused by detainees. However, Mesa Verde stated that mounted hand sanitizer is available at the medical station and the lab station. And detainees have access to liquid soap and water for hand hygiene, which, per the CDC, are more effective than hand sanitizers at removing certain kinds of germs. Mesa Verde staff have access to soap and hand sanitizer.

37.     Upon arrival at Mesa Verde, all detainees are provided free of charge with bar soap, shampoo, toothpaste and a toothbrush. Reasonable requests for additional supplies of these items are furnished free of charge. Brand names of these items are also available for purchase if detainees prefer specific brands.

## HOUSING UNITS

38.     Mesa Verde has four housing units: A-Dorm, B-Dorm, C-Dorm, and D-Dorm. Each dorm has a maximum capacity of 100 detainees, for a total of 400 detainees for the entire facility.

39.     ICE has reduced the population at Mesa Verde such that each housing unit is running below 50 percent capacity. As of May 26, 2020, there were 32 detainees in A-Dorm, 41 detainees in B-Dorm, 43 detainees in C-Dorm, and 44 detainees in D-Dorm. As of the same date, there is one detainee in the medical unit and three detainees in the RHU.

40.     The housing units range from 59.6 feet to 60.5 feet wide, 88.4 feet to 96.1 feet long, and 5,330 total square feet to 5,814 total square feet. Each housing unit contains 100 beds (50 bunk beds). The bunk beds are affixed to the floor. They are set out in two rows of 25 bunk beds each against two different walls opposite each other with a walkway in the middle that measures at least eight feet wide in every dorm. The bunk beds are spaced on average a little over three feet apart. (The exact distances between bunk beds, which vary slightly from bunk bed to bunk bed, are set out in ICE's interrogatory responses.) The vertical distance between the bottom and top bed platforms is 49".

41.     Mesa Verde is ensuring that detainees are or will be sleeping at least several feet apart from each other, positioned so that their faces are at least six feet away from each other. In order to accomplish this, Mesa Verde has staggered sleeping arrangements in all of its housing units so that no

two adjacent beds are occupied. No two detainees are sharing a bunk bed, and no detainee has another detainee in the bed to right of him, the left of him, above him, or below him. Detainees are sleeping one to each double bunk, alternating between top and bottom bunks, and are instructed to sleep positioned head-to-feet in the alternating top and bottom bunks. The average distance between the head of a top bunk and the head of the next alternating bottom bunk is approximately 90 inches.

42. The following photographs accurately depicts the current conditions in the housing units.

 



43.     Each housing unit contains two identical common-use bathrooms. The bathrooms range from 7.2 feet to 8.2 feet wide, 45.8 feet to 50.8 feet long, and 330 total square feet to 417 total square feet. Each bathroom has seven sinks, five toilets, and five showers. (A-Dorm and B-Dorm additionally have two Americans with Disabilities Act-compliant single-occupancy toilet/sink/shower stall combinations.) Detainees may shower at any time except during detainee count times.

44.     Mesa Verde has taped off and shut down sinks, toilets, and showers in the restrooms to allow at least six feet of distance between detainees who are using the facilities. The open sinks, toilets, and showers are more than six feet apart from each other. The number of individuals allowed in the bathroom at any given time is limited to allow for greater social distancing.

45.     There are seven sinks per bathroom. To encourage social distancing, only sinks one, four and seven are operational, and marked with yellow and black tape as demonstrated below. Each sink is

two feet apart from the adjacent sink. Thus, measuring from the faucet of sink one to sink four, there is at least six feet distance between the operational sinks as demonstrated by the measuring tape in the photographs below.







46.     There are five toilets in each bathroom. In A-Dorm and B-Dorm, the distance between each of the toilets is 36 inches or three feet. In C-Dorm and D-Dorm, the distance between each of the toilets is 29 inches. To encourage social distancing, toilets two and four are turned off and cannot be used. The working toilets are denoted with yellow and black tape as shown below. In A-Dorm and B-Dorm, there is six feet of distance between the operational toilets as seen in the photograph below. In C-Dorm and D-Dorm, there is approximately five feet of distance between the operational toilets.





47.    There are five showers in every bathroom. In A-Dorm and B-Dorm, the distance between each of the showers is 36 inches or three feet. In C-Dorm and D-Dorm, the distance between each of the showers is 31 inches. To encourage social distancing, showers two and four are turned off and cannot be used. The working shower heads are denoted with yellow and black tape as shown below. In A-Dorm and B-Dorm, there is six feet of distance between the operational shower heads as seen in the photographs below. In C-Dorm and D-Dorm, there is approximately five feet of distance between the operational shower heads.







48.    Each dormitory at Mesa Verde has areas that contain telephone or telephone booths, a law library, a kitchen, televisions and tables for recreational use.



49.    Each dormitory has both pay phones and phone booths which were installed to comply with the *Lyon v. U.S. Immigration and Customs Enforcement* Settlement Agreement. As demonstrated by the photographs below, the phone booths are fully enclosed.





50.     Per the PBNDS, all detainees must have access to a law library. Each dorm has four law library kiosks that are situated on tables next to one another due to required network and power wiring.

51.     Each dormitory also has tablets that are available for conducting legal research or virtual visits with family. The tablets can be removed from the mounts and transported throughout the dorm but have to remain on the mount for the video program to work.



52.     Each dormitory has four 55" televisions with sound that is transmitted over a FM signal. The televisions are mounted on the wall at the end of each dorm and can be seen and heard from most parts of the dormitory.





53.     Tables for recreational use at various locations within the dorm and are placed per space limitations. These tables provide spaces for up to four people. The tables are bolted to the floor and the detainees use their provided chair. All excess chairs have been removed from the dormitories, but per the American Correctional Association ("ACA") standards, a chair must be provided to each detainee so that s/he can sit in an upright position to do certain activities. Using the tables is at the detainees' discretion.

54.     As noted above, there are cleaning carts with spray bottles filled with cleaning chemicals and rags in each dorm and are available for the detainees to use to sanitize wipe down all the telephones, the computers, the tablets, the recreational tables, the microwave and the hot water dispenser at their discretion.

## DINING HALLS

55.     Mesa Verde has two dining halls. The dining halls are each 29 feet wide, 57 feet long, and 1,653 total square feet. Each dining hall has a maximum capacity of 80 detainees.



56.     Previously, each dormitory had different meal times. In order to encourage social distancing, Mesa Verde now staggers meal times within dormitories to limit the number of detainees in a dining hall to a maximum of 25 at any given time. Movement has been limited to no more than 25 detainees per meal period.

57.    The dining halls contain 25 tables, so each detainee is able to sit at his own table during meals. For each table, one chair has been marked with yellow and black tape to designate the chair where the detainee should sit in order to allow for social distancing. Mesa Verde staff have been advised to inform the detainees to sit only one detainee to a table at the specified mark.



58.    If the detainees sit on the chair marked by the yellow and black tape at each of the 25 tables, detainees will be seated at more than six feet from one another as demonstrated by the photographs below.





59.    Each dorm has detainee "porters" that assist staff in serving the trays to the detainees from their dorm; they do not serve other dorms. The porters enter the chow hall before the other detainees in order to prepare to serve the meals. Porters wear gloves, a hairnet/beard guards and are encouraged to wear the face mask they are provided. The CDC along with various other information sources have concurred that food/drink transmission of COVID-19 has not been found to be an issue.

60.     At Mesa Verde, no detainee is required to attend meal time and may purchase their own food at the commissary if they prefer. There are some detainees that never consume any of the Mesa Verde provided meals and only eat food from the commissary. Detainees may walk to the dining hall at their leisure to consume their meal as long as it is during their scheduled meal time. Upon entry into the dining hall, detainees pick up their tray and meal when they walk past the hot box before they reach the seating area. The distance from the respective dorm exits to the chow hall entrance is about 30'. Mesa Verde staff regularly reminds the detainees that they should socially distance themselves en route and upon their return from the dining hall and when lining up to get their tray and food.

## RECREATIONAL AREAS

61.     Mesa Verde has two outdoor recreation areas. The distance to the large recreation yards is 8' from A-Dorm, 10' from B-Dorm, 58' from C-Dorm, and 56' from D-Dorm. Mesa Verde staff have been instructed that they should remind all detainees to maintain social distancing en route to the recreational areas, during their time in the recreational areas and on their way back from the recreational areas. There are signs that are posted by the seating and exercise equipment areas reminding detainees that they should socially distance.

62.     The main yard is an irregular quadrilateral with sides of 159 feet, 73.5 feet, 260.2 feet, and 255.11 feet, that is 27,493 total square feet and has basketball courts, a place to play squash, open areas to play soccer and two shaded weight-lifting areas.







63.     Postings have also been placed in the recreation area reminding detainees to wipe down the machines before and after each use. There is a spray bottle with disinfectant and rags the detainees can use to wipe down surfaces and equipment before and after use.

64.     No detainee is required to go out to the recreation areas. All detainees are free to stay in their housing units.

## MASKS

65.     Since April 17, 2020, all detainees at Mesa Verde are provided free of charge with surgical masks. When the masks were initially distributed, detainees were educated on proper wear in order to prevent infection and spread. Mesa Verde offers to replace masks every Monday, Wednesday, and Friday. As of May 25, 2020, of the 3,882 masks offered, detainees have only accepted 1,507 masks. While Mesa Verde staff continuously remind detainees to wear masks, the number of detainees observed wearing surgical masks is low to non-existent in all dorms based on spot checks by Mesa Verde and ICE. Detainees cannot be forced to wear their masks and there is no penalty for not doing so.

66.     At intake, new arrivals are also given surgical masks and instructed on how to properly wear them. In addition, instructional postings on how to wear face masks are posted in all the dorms in

both English and Spanish.  *See* Attachments.

67.    All Mesa Verde staff wear protective masks any time that they are within a six-foot range of any detainee. As of May 27, 2020, GEO policy states that employees are required to wear masks in all common areas and when other individuals are present within proximity.

68.    All Mesa Verde medical staff are required to wear surgical masks at all times, and since April 16, 2020 are required to wear a N95 mask during all patient encounters, including pill call.

## MINIMIZING AND SCREENING OUTSIDE CONTACTS

69.    Mesa Verde has suspended all social visitations and has encouraged non-contact visits with attorneys, while continuing to provide access to attorneys through various telephonic means as established under the *Lyon v. U.S. Immigration and Customs Enforcement* settlement agreement. In cases where in-contact legal visits are requested, Mesa Verde staff schedules such visits but notifies attorneys in advance that they must wear appropriate personal protective equipment and submit to medical screening prior to entering the facility.

70.    Mesa Verde is screening all staff and vendors when they enter the facilities for any symptoms, including body temperatures. This screening includes all medical staff, who have their temperature screened at ingress daily, and every 12 hours while on-site.

## CONTINUED MONITORING

71.    ICE and ERO management staff, including the Deputy Field Office Director and myself, hold several meetings every week and are in constant communication twenty-four hours a day, seven days a week regarding Mesa Verde and issues stemming from COVID-19. Additionally, ICE staff is in daily contact with the Facility Administrator and his staff, including medical, at Mesa Verde over the health and safety of detainees. Given the ICE protocols, Mesa Verde staff and ICE officers are taking appropriate measures to ensure the health and safety of detainees and will continue to do so. ICE is on-site daily and can address any issues, as presented or directed, to ensure the ICE protocols are in place and to report back any issues they may observe that need to be addressed.

72.    ICE will continue to review its detained population of people who are "at higher risk for severe illness," as identified by the CDC, to determine if detention remains appropriate, considering the detainee's health, public safety and mandatory detention requirements, and adjusted custody conditions,

when appropriate, to protect health, safety and well-being of its detainees. Mesa Verde medical staff will examine any detainee promptly who submits a medical request due to symptoms consistent with COVID-19. ICE staff is on-site daily and is able to address issues as presented and report back any issues they may observe that need to be addressed.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed at Bakersfield, California.

DATED: May 27, 2020

_____
Alexander Pham



# COVID 19
CORONAVIRUS DISEASE

# STOP THE SPREAD OF GERMS

## Help prevent the spread of respiratory diseases like COVID-19.



Avoid close contact with people who are sick.

Cover your cough or sneeze with a tissue, then throw the tissue in the trash.



Avoid touching your eyes, nose, and mouth.

Clean and disinfect frequently touched objects and surfaces.



Stay home when you are sick, except to get medical care.

Wash your hands often with soap and water for at least 20 seconds.

For more information: www.cdc.gov/COVID19

CS314915-A

# أقفوا انتشار الجراثيم

ساعد في منع انتشار أمراض الجهاز التنفسي مثل فيروس كورونا COVID-19.

غط فمك بمنديل ورقي عند السعال أو العطس، وتخلص من المنديل المستعمل في سلة القمامة.



تجنب الاحتكاك بالمرضى.

احرص على تنظيف وتطهير الأشياء والأسطح التي تلمسها باستمرار.



تجنب لمس عينيك وأنفك وفمك.



الزم البقاء في المنزل ولا تخرج إلا لتلقي الرعاية الطبية.



اغسل يديك بالماء والصابون بشكل متكرر لمدة 20 ثانية على الأقل.

**cdc.gov/COVID19**

CS314915-L March 16, 2020 1:02 PM



# 阻止细菌传播

帮助预防呼吸道病毒如 COVID-19 的传播。



避免与患病的人近距离接触。



咳嗽或打喷嚏时用纸巾遮住，然后将纸巾丢进垃圾桶。



避免触碰自己的眼睛、鼻子和嘴巴。



对频繁接触的物体和表面进行清洁和除菌。



生病时请留在家中，除非要接受诊疗护理。



经常用肥皂和水洗手，每次至少 20 秒钟。

详细信息请参见：www.cdc.gov/COVID19-ch

CS314915-C

# مانع شیوع میکروب ها شوید

به پیشگیری از انتقال بیماری های تنفسی مانند کووید ۱۹- کمک کنید.



در هنگام سرفه و عطسه کردن دهان خود را با دستمال کاغذی بپوشانید و سپس دستمال را در سطل زباله بیندازید.

از نزدیک شدن به افراد بیمار بپرهیزید.



سطوح و اشیایی که مرتباً لمس می شوند را تمیز و ضدعفونی کنید.



از دست زدن به چشم ها، بینی و دهان خود خودداری کنید.



در صورت بیماری به غیر از مواقعی که نیاز به مراقبت پزشکی دارید در خانه بمانید.

دستهای خود را مرتباً با آب و صابون حداقل به مدت ۲۰ ثانیه بشویید.



**cdc.gov/COVID19**

CDC

CS314915-Q March 16, 2020 1:02 PM

# از انتقـال میکـروب ها جلوگیـری کنید.

به پیشگیری از انتقال بیماری های تنفسی مانند کووید ۱۹- کمک کنید.

در هنگام سرفه و عطسه کردن دهان خود را با دستمال کاغذی بپوشانید و سپس دستمال را در سطل زباله بیندازید.



از نزدیک شدن به افراد بیمار بپرهیزید.

سطوح و اشیایی که مرتباً لمس می شوند را تمیز و ضدعفونی کنید.

از دست زدن به چشم ها، بینی و دهان خود خودداری کنید.



در صورت بیماری به غیر از مواقعی که نیاز به مراقبت پزشکی دارید در خانه بمانید.

دستهای خود را مرتباً با آب و صابون حداقل به مدت ۲۰ ثانیه بشویید.

**cdc.gov/COVID19**

CDC

CS314915-M March 16, 2020 1:02 PM

# EMPÊCHER LA PROPAGATION DES GERMES

## Aidez à éviter la propagation des maladies respiratoire comme le COVID-19.



Évitez les contacts rapprochés avec des malades.

Quand vous toussez ou reniflez, couvrez-vous la bouche et le nez avec un mouchoir, puis jetez le mouchoir à la poubelle.



Nettoyez et désinfectez fréquemment les surfaces et les objets touchés.

Évitez de vous toucher les yeux, le nez ou la bouche.



Quand vous êtes malade, restez chez vous et ne sortez que pour obtenir des soins médicaux.



Lavez-vous les mains à l'eau savonneuse pendant au moins 20 secondes.



**cdc.gov/COVID19**

CS314915-N  March 16, 2020 1:02 PM

# 병원균 확산 방지

코로나19와 같은 호흡기 질환이 전파되지 않도록 협조해 주세요.



환자와의 밀접한 접촉을 피하세요.

기침이나 재채기를 할 때는 휴지로 막고, 휴지는 쓰레기통에 버리세요.



눈, 코, 입을 손으로 만지지 마세요.

자주 만지는 물건과 표면을 청소하고 소독하세요.



몸이 아프면 진료를 위한 외출 외에는 집에 머무르세요.

손을 비누와 물로 20초 이상 자주 씻으세요.

자세한 정보는 다음 사이트를 참고하세요.
www.cdc.gov/COVID19

CS314915-A

# ОСТАНОВИТЕ РАСПРОСТРАНЕНИЕ МИКРОБОВ

**Помогите предотвратить распространение респираторных заболеваний, таких как COVID-19.**



Избегайте близкого контакта с больными людьми.

Во время кашля или чихания прикрывайте нос и рот салфеткой, использованную салфетку выбрасывайте в мусор.



Старайтесь не прикасаться к глазам, носу или рту.

Мойте и дезинфицируйте предметы и поверхности, до которых часто дотрагиваетесь.



Если вы больны, выходите из дома только для получения медицинской помощи.



Часто мойте руки водой с мылом в течение не менее 20 секунд.

CDC

**cdc.gov/COVID19**

CS314915-J March 16, 2020 1:02 PM

# COVID 19
ENFERMEDAD DEL CORONAVIRUS

# DETENGA LA PROPAGACIÓN DE LOS MICROBIOS

Ayude a prevenir la propagación de virus respiratorios como el nuevo COVID-19.


Evite el contacto cercano con las personas enfermas.


Cúbrase la nariz y la boca con un pañuelo desechable al toser o estornudar y luego bótelo a la basura.


Evite tocarse los ojos, la nariz y la boca.


Limpie y desinfecte los objetos y las superficies que se tocan frecuentemente.


Quédese en casa si está enfermo, excepto para buscar atención médica.

Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos.



Para obtener más información: www.cdc.gov/COVID19-es

CS314915-B

# ЗУПИНИТИ ПОШИРЕННЯ ЗБУДНИКА

## Допомагайте у попередженні поширення респіраторних захворювань, як COVID-19.



Уникайте контактів з людьми, що захворіли.



Коли кашляєте або чхаєте, прикривайте рот хусткою, після чого викидайте хустку у смітник.



Уникайте торкання очей, носа та рота.



Проводьте очистку та дезінфекцію речей та поверхонь, котрих часто торкаєтеся.



Якщо захворієте, залишайтеся вдома, окрім випадків, коли необхідно звернутися по медичну допомогу.



Мийте частіше руки водою з милом протягом щонайменше 20 секунд.

**cdc.gov/COVID19**

CS314915-K CS314915-O March 16, 2020 1:02 PM

# NGĂN CHẶN SỰ LÂY LAN CỦA VI KHUẨN

## Giúp ngăn ngừa sự lây lan của các bệnh về đường hô hấp như COVID-19



Tránh tiếp xúc gần với người bị bệnh

Che miệng khi ho hoặc hắt hơi bằng khăn giấy, sau đó cho khăn giấy vào thùng rác.



Tránh chạm vào mắt, mũi, hay miệng của bạn.

Vệ sinh và khử trùng các vật và bề mặt thường xuyên chạm vào.



Nghỉ ở nhà khi bị ốm, trừ khi cần phải tìm đến chăm sóc y tế.

Rửa tay thường xuyên bằng nước và xà phòng trong ít nhất 20 giây.

CDC

**cdc.gov/COVID19**

CS314915-H

# SHARE FACTS ABOUT COVID-19

**Know the facts about coronavirus disease 2019 (COVID-19) and help stop the spread of rumors.**

**FACT 1**

**Diseases can make anyone sick regardless of their race or ethnicity.**

Fear and anxiety about COVID-19 can cause people to avoid or reject others even though they are not at risk for spreading the virus.

**FACT 2**

**For most people, the immediate risk of becoming seriously ill from the virus that causes COVID-19 is thought to be low.**

Older adults and people of any age who have serious underlying medical conditions may be at higher risk for more serious complications from COVID-19.

**FACT 3**

**Someone who has completed quarantine or has been released from isolation does not pose a risk of infection to other people.**

For up-to-date information, visit CDC's coronavirus disease 2019 web page.

**FACT 4**

**There are simple things you can do to help keep yourself and others healthy.**

- Wash your hands often with soap and water for at least 20 seconds, especially after blowing your nose, coughing, or sneezing; going to the bathroom; and before eating or preparing food.

- Avoid touching your eyes, nose, and mouth with unwashed hands.

- Stay home when you are sick.

- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.

**FACT 5**

**You can help stop COVID-19 by knowing the signs and symptoms:**

- Fever
- Cough
- Shortness of breath

Seek medical advice if you

- Develop symptoms

AND

- Have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.



CS 315446-A  03/16/2020

**cdc.gov/COVID-19**

# Social Distancing

Social distancing means that you should **avoid close contact** with healthy people. If you are sick, you can help stop the spread of disease by social distancing. If you are healthy, you can help prevent yourself from getting sick. Social distancing is recommended if Coronavirus Disease 2019 (COVID-19) is spreading in your community.  Local news media and your public health department will announce when the disease is spreading locally.



**Stay about 6 feet, about two arm lengths, away from other people.**

» Avoid hugging and handshakes during this time.

**Avoid big crowds when you can.**

» Sometimes this won't be possible.

» If you need to be in a line or a group of people, try to keep about 6 feet of distance from them.





**Find ways to maintain important connections with friends and family members even while staying physically apart**



CS316248B  04/07/2020

**cdc.gov/coronavirus**



**①Wet**





Hands that look clean can still have icky germs!

**②Get Soap**



**③Scrub**

# WASH YOUR HANDS!

**④Rinse**





**⑤Dry**



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

This material was developed by CDC. The Life is Better with Clean Hands campaign is made possible by a partnership between the CDC Foundation, GOJO, and Staples. HHS/CDC does not endorse commercial products, services, or companies.



1 Moja





¡Aunque las manos se vean limpias pueden tener microbios asquerosos!

2 Enjabona

# ¡Lávate las manos!



3 Restriega



4 Enjuaga



5 Seca



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

Este material fue elaborado por los CDC. La campaña "La Vida es Mejor con las Manos Limpias" es posible gracias a una asociación entre la Fundación de los CDC, GOJO Industries y Staples. Los CDC y el HHS no respaldan productos, servicios ni empresas comerciales.

## Detainee Face Mask Usage



"The Center for Disease Control recommends wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain (e.g., grocery stores and pharmacies)........"

**Detainee Distribution**

- Each detainee will be issued one protective mask by facility staff.

**Usage**

- Detainees can contact their unit staff officer when masks are needed to be replaced before the next issue.

**Storage**

- Storage of masks for re-use by the user will be possible if the mask is not damaged, soiled or otherwise unusable.

**Protective Mask Donning**

- Secure ties or loop at middle of head and neck
- Fit snug to face and below chin



**Protective Mask Removal and Storage**

- Grasp bottom then top ties or elastics and remove
- When not in use, store the mask In a location that prevents damage or getting wet or soiled.

04/17/20

# Uso de Mascarilla Para Detenidos



"El Centro para el Control de Enfermedades recomienda usar cubiertas de tela para la cara en lugares públicos donde otras medidas de distanciamiento social son difíciles de mantener (por ejemplo, supermercados y farmacias) ......."

**Distribución de detenidos**
- A cada Detenido(a) se le proveerá una máscara protectora por el personal de la instalación. Cada detenido(a) que llegue a un centro de procesamiento de ICE, recibirá una máscara en la entrada.

**Uso**
- Los detenidos (das) pueden contactar al oficial de personal de su unidad cuando se necesiten reemplazar la máscara.

**Almacenamiento**
- El almacenamiento de máscaras para su reutilización por parte del usuario será posible si la máscara no está dañada, sucia ó inutilizable.

**Ponerse la máscara protectora**
- Asegúrese de que los elásticos estén bien colocados detrás de la oreja
- Asegúrese de que la máscara se ajuste a su cara y debajo de su barbilla

**Retiro y almacenamiento de mascarillas protectoras**
- Agarre los lazos inferiores y luego los superiores o elásticos y quitar
- Cuando no esté en uso, guarde la máscara en lugar que prevenga el daño, se moje o ensucie.
- En un lugar que evite daños, se moje o ensucie

## Cómo usar una máscara

 Úselo con el lado con color hacia afuera. El lado blanco va hacia adentro.

 Asegúrese de que cubra completamente la nariz y la boca

 Asegure los elásticos sobre sus orejas

 Use dos dedos para presionar el metal hacia abajo para ajustarlo a la forma de la nariz.

# MEMORANDUM

**GEO** Secure Services ®

| | |
|---|---|
| Date: | April 8, 2020 |
| To: | Detainee Population |
| From: | Facility Administrator Allen |

**GEO Secure Services™**
**Mesa Verde ICE Processing Center**
425 Golden State Ave.
Bakersfield, CA 93301

Tel: 661 859-1028
Fax: 661 859-1108
www.geogroup.com

**RE:      EMPLOYEE PPE**

Due to the COVID-19 virus that has hit the US, we continue to monitor the COVID-19 virus transmission and follow the guidelines distributed by the CDC. The virus is thought to spread mainly from person to person between people who are in close contact with one another (within six feet). This is through respiratory droplets that are produced when a person coughs or sneezes.

As such, we will be providing each staff member an approved surgical mask, protective eyewear and gloves for the next 30 days. This will help protect the spread of the COVID-19 virus within the employee group and the detainee population.

Please continue to practice social distancing as we move forward.

**Social Distancing -** As it is imperative for your safety, social distancing will be strictly enforced. Specifically, you should stay at least 6 feet from others, wash your hands after you touch something and keep your hands away from your nose, mouth and eyes.

Again, we cannot express the importance of your cooperation over this period to help fight this virus.  If you need any additional information, please contact any staff member.

# MEMORANDUM



**Secure Services™**

Date:    8 de abril de 2020

**GEO Secure Services™**
**Mesa Verde ICE Processing Center**
425 Golden State Ave.
Bakersfield, CA 93301

To:    Población detenida

Tel: 661 859-1028
Fax: 661 859-1108
www.geogroup.com

From:    Administrador de Instalaciones Allen

**RE:    EMPLEADA PPE**

Debido al virus COVID-19 que ha afectado a los Estados Unidos seguimos monitoreando la transmisión del virus COVID-19 y seguimos la guía distribuidas por los CDC. Se cree que el virus se propaga principalmente de persona a persona entre personas que están en contacto cercano entre ellos (a menos de seis pies). Esto es a través de gotitas respiratorias que se producen cuando una persona tose o estornuda.

Proporcionaremos a cada miembro del personal una máscara quirúrgica aprobada, gafas protectoras y guantes para los próximos 30 días. Esto ayudará a proteger la propagación del virus COVID-19 dentro del grupo de empleados y la población de detenidos.

Porfavor continúa practicando el distanciamiento social a medida que avanzamos.

**Distancia social**: como es imprescindible para su seguridad, la distancia social se aplicará estrictamente. Específicamente, debe mantenerse al menos a 6 pies de distancia de los demás, lavarse las manos después de tocar algo y mantener las manos alejadas de la nariz, la boca y los ojos.

Nuevamente, no podemos expresar la importancia de su cooperación durante este período para ayudar a combatir este virus. Si necesita información adicional, comuníquese con cualquier miembro del personal.

**Facility:** Mesa Verde ICE Processing Center CA
**Created Date:** 2020-05-08 T 08:00:47 **by:** NALLEN
**Participants:**
Visitor: NALLEN
**Date Range:** 2020-03-01 T 00:00:00 - 2020-03-31 T 23:59:59
**Number of Records:** 1
**Timezone:** America/Los_Angeles

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE SUBJECT | Attachments | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|---|---|---|---|
| Facility Message | 2020-03-11 T 15:44:58 | | Coronavirus Information | | I know there may be concerns within our population regarding the prevention and spread of the coronavirus. I'm also sure you have watched the news or talked to family and friends about what has been going on in different parts of the world, as well as here in the United States. We've posted some general things in the housing units and other areas that you can do to help prevent you from getting sick, and these things are no different than what you would do for a cold or the flu. Frequent handwashing with soap and water for at least 20 seconds, not touching your eyes, nose, and mouth, as well as covering a sneeze or a cough are all important things to do. Making sure your areas are clean is a priority. Things that everybody touches, like the microwaves, phones, tablets, tables, bathrooms, and other surfaces are all things that need to be wiped down with the cleaning chemicals before and after being used. If you need cleaning supplies, please inform the officers immediately. The staff are doing everything they can to ensure you are as safe as possible. There are also postings for visitors and if anyone is coming to visit and they displaying flu-like symptoms, they are being asked to postpone their visit. I know this may be hard to do, but reducing the risk from the public is also very important. You are encouraged to use the phones and tablets to communicate with friends and family. We will continue to operate our programs and services, such as visitation, volunteer services, and other functions as normal as long as we are able to do so. Our goal is prevention and we all have a part to play in it. | | NALLEN | Mesa Verde ICE Processing Center CA Inmates |

**Facility:** Mesa Verde ICE Processing Center CA
**Created Date:** 2020-05-08 T 08:00:45 **by:** NALLEN
**Participants:**
Visitor: NALLEN
**Date Range:** 2020-03-01 T 00:00:00 - 2020-03-31 T 23:59:59
**Number of Records:** 1
**Timezone:** America/Los_Angeles

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE SUBJECT | Attachments | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|---|---|---|---|
| Facility Message | 2020-03-25 T 08:01:14 | | COVID-19 Prevention | View Attachment | Hello everyone, this is Facility Administrator Allen with some follow-up on personal protective measures you all should be doing. SInce the beginning of the social outbreak, we've posted bulletins on hand washing, covering your cough and sneeze, and ensuring you maintain a clean environment. Town hall meetings were conducted by medical staff. One area you have to remain focused on is maintaining a sanitary environment in your dorms. The cleaning chemicals that are provided are more than sufficient to maintain a sanitary environment as long as you use them frequently. As a reminder, bath soap and shampoo are not to be used for cleaning bathrooms. Although they may look like they are cleaning because of the bubbles and foam they produce, they do not disinfect and kill germs. All high touch surfaces like the toilets, sinks, phones, tablets, and microwave handle should be wiped down after use. Do not spray cleaners directly onto the tablet or phones. Spray it on a rag or paper towel first and then wipe down the surface. You are not alone in this. Facility staff have to clean their areas just as you do. Although you are probably in the safest environment there is right now, we are all doing our part to ensure it remains that way until this crisis is over. | | NALLEN | Mesa Verde ICE Processing Center CA Inmates |

**Facility:** Mesa Verde ICE Processing Center CA
**Created Date:** 2020-05-08 T 08:00:24 **by:** NALLEN
**Participants:**
Visitor: NALLEN
**Date Range:** 2020-03-01 T 00:00:00 - 2020-03-31 T 23:59:59
**Number of Records:** 1
**Timezone:** America/Los_Angeles

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE SUBJECT | Attachments | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|---|---|---|---|
| Facility Message | 2020-03-30 T 09:30:02 | | General Information | | Hello everyone, this is Facility Administrator Allen. I hope you are doing well under the circumstances. I just wanted to let you know what we have been doing in regards to screening efforts. All staff are screened with a questionnaire and receive a temperature check before they can enter the facility. All detainees are screened in the sally port before they come in to the facility with the same general questions and get a temperature check. Some of you might have already been through the screening process before coming in and are aware of what is being done. Also, wearing a mask is not recommended by the Center for Disease Control (CDC) if you are not under the COVID-19 protocols. There are still the common illnesses out there like allergies, colds, and flu. Some of you may be experiencing them as do some of the staff. People still cough and sneeze sometimes, but that doesn't mean everyone is walking around with the coronavirus. However, it is still very important to practice good hygiene by washing your hands with soap and water for at least 20 seconds, cover your sneeze or cough with a tissue or your elbow area, and keep your distance from others. Just as important if not more, is to ensure you clean common area surfaces frequently with the disinfectant cleaner that's provided. Phones, tablets, hot water dispensers, and microwaves should be wiped down with the disinfectant after use too. Not cleaning or spreading information that is not true does not help in maintaining a sanitary living area. Having concerns about what is going on in the world is expected, but know that the facility staff are committed to ensuring you have a safe environment while you are undergoing your immigration proceedings. | | NALLEN | Mesa Verde ICE Processing Center CA Inmates |

**Facility:** Mesa Verde ICE Processing Center CA
**Created Date:** 2020-05-08 T 07:59:48 **by:** NALLEN
**Participants:**
Visitor: NALLEN
**Date Range:** 2020-04-08 T 00:00:00 - 2020-05-08 T 23:59:59
**Number of Records:** 1
**Timezone:** America/Los_Angeles

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE SUBJECT | Attachments | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|---|---|---|---|
| Facility Message | 2020-04-16 T 16:06:13 | | Soap and Paper Towel Dispensers | | Hello everyone, we are in the process of installing some liquid soap and paper towel dispensers in the dorms as we get them. They have been hard to come by and so is getting large quantities of the liquid soap. The purpose for the liquid soap and paper towels are to wash and dry your hands. Avoid using the soap and paper towels for other things other than washing your hands. If you waste the items, there may be some delay in getting the dispensers refilled. Thanks for your cooperation, Facility Administrator Allen. | | NALLEN | Mesa Verde ICE Processing Center CA Inmates |

**Facility:** Mesa Verde ICE Processing Center CA
**Created Date:** 2020-05-08 T 07:59:37 **by:** NALLEN
**Participants:**
Visitor: NALLEN
**Date Range:** 2020-04-08 T 00:00:00 - 2020-05-08 T 23:59:59
**Number of Records:** 1
**Timezone:** America/Los_Angeles

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE SUBJECT | Attachments | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|---|---|---|---|
| Facility Message | 2020-05-05 T 13:37:44 | | Facility Update | | Hello everyone. Just some facility updates to pass along. As you know, liquid soap and paper towel dispensers have been installed in all dorms. The soap and paper towels are meant for handwashing activities only. If you need paper towels for something else, please see the dorm officer. Also, hygiene products and the cleaning chemicals can always be retrieved from the dorm officer. The dorms all have postings on on CDC guidelines on covering your cough and sneeze, not sharing items, and the highly important process of wiping down the high touch surfaces like the tablets, phones, microwaves, and tables, etc. There are also instructions on how to wear your mask. We were able to grind the surface for the basketball court and handball areas. Handball play has now been reimplemented. Handballs are not to be taken back to the dorms; give them back to the recreation officer when finished. If you have any questions or concerns, you can relay it to staff or submit a request on the tablet. As a reminder, facility staff do not have any involvement with your immigration proceedings. If you are having difficulty reaching ICE staff, please let us know so we can pass it along. Thanks. | | NALLEN | Mesa Verde ICE Processing Center CA Inmates |