UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 19** <br> Re: Dkt. Nos. 222, 231 |

The bail requests from the following detainees are denied without prejudice:

- Ernesto Uc Encarnacion
- Gerardo Francisco Navas
- Noe Rivera Garcia
- Albert Christian Orellana
- Juvenal Garcia Gonzalez
- Victor Sanchez Brito

The bail requests from the following detainees are deferred:

- Hugo Lucas Pelaez
- Yadwinder Singh Kahlon

The bail requests from the following detainees are granted:

- Donavan Grant
- Felix Daniel Dominguez-Candelaria
- Leobardo Rodriguez Nunez
- Rachana Duong

- Marco Montoya Amaya
- Rene Alejandro Tovar
- Salvador Cabrera Arvizo

Bail is subject to the standard conditions of release stated at Dkt. 108. Mr. Dominguez-Candelaria's and Mr. Rodriguez Nunez's bail are subject to the further conditions that they are prohibited from drinking alcohol, there must be no alcohol in the homes where they reside, they must participate in AA meetings, and they must submit to alcohol monitoring. Mr. Montoya's bail is subject to the further conditions that he is prohibited from drinking alcohol, he must submit to alcohol monitoring, and he must participate in the classes and AA meetings described in his bail application. Mr. Duong's bail is subject to the further condition that he certify to ICE that space is available for him at a reentry facility.

With respect to Mr. Lucas's application, the parties should submit further information about (1) the appropriateness of the proposed custodian; (2) Mr. Lucas's arrests while on probation, and (3) the charges/conviction related to violation of the domestic violence protective order. The plaintiffs may file a supplemental application, to which the government should respond within two business days.

With respect to Mr. Kahlon's application, the plaintiffs should submit a supplemental application (1) addressing the appropriateness of the proposed custodian and (2) proposing additional conditions to protect against further drug use. The government should respond to the supplemental application within two business days.

**IT IS SO ORDERED.**

Dated: May 27, 2020

_____
VINCE CHHABRIA
United States District Judge