UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 20** |

The bail requests from the following detainees are denied without prejudice:

- Deepak Sahota (Dkt. No. 245)
- Efrain Cadena (Dkt. No. 245)
- Hrand Mirzaians (Dkt. No. 245)

The bail requests from the following detainees are granted:

- Armando Nunez Salgado (Dkt. No. 245)
- Carlos Ruben Franco Paz (Dkt. No. 245)
- Juan Domingo Jocop-Pirir (Dkt. No. 245)
- Kethikoun Keo (Dkt. No. 245)
- Senobio Hernandez Lopez (Dkt. No. 245)

Bail is subject to the standard conditions of release listed in Dkt. No. 108. Jocop-Pirir's bail is subject to additional conditions: he must not drink alcohol, there must be no alcohol in his

residence, and he must participate in AA meetings. As with all case, ICE may require any released detainees to submit to location monitoring.

**IT IS SO ORDERED.**

Dated: May 28, 2020

_____
VINCE CHHABRIA
United States District Judge