UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> DAVID JENNINGS, et al., <br><br>　　　　　Defendants. | Case No.  20-cv-02731-VC <br><br> **BAIL ORDER NO. 21** |

The bail requests from the following detainees are denied without prejudice:

- Jose Camarena Navarrette (Dkt. No. 249)
- Walter Aldana-Ocana (Dkt. No. 249)

The bail requests from the following detainees are deferred:

- Donaciano Salvador Resendiz-Chavez (Dkt. No. 249)

The bail requests from the following detainees are granted:

- Ali Kakande (Dkt. No. 249)
- Guillermo Urenda Bustos (Dkt. No. 249)
- Juan Bravo Zambrano (Dkt. No. 249)

　　Bail is subject to the standard conditions of release listed in Dkt. No. 108. The government is ordered to provide more information about Resendiz-Chavez's gang affiliation by 5:00 PM on Friday, May 29. Class counsel may file a response by 5:00 PM on Monday, June 1.

　　**IT IS SO ORDERED.**

Dated: May 28, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge