UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>DAVID JENNINGS, et al.,<br><br>            Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 22**<br><br>Re: Dkt. No. 253 |

The bail requests from the following detainees are granted:

- Abraham Mendez Jimenez
- Akash Sharma

Bail is subject to the standard conditions of release stated at Dkt. 108.

**IT IS SO ORDERED.**

Dated: May 29, 2020

VINCE CHHABRIA
United States District Judge