## **HIEU TRUNG NGUYEN SHORT-FORM BAIL APPLICATION**

**SUMMARY:**

Mr. Hieu Nguyen is a 39-year-old citizen of Vietnam whose chronic asthma places him at high risk for a severe case of COVID-19. Mr. Nguyen entered the U.S. as a refugee at age 14, and his struggles with the trauma he experienced in Vietnam and bullying due to his ethnicity led him to join a gang and commit a second-degree murder during a gang fight on July 20, 2000, for which he was sentenced to 23 years-life in prison. In prison, he committed himself to rehabilitation over the long term and was found to be a model inmate, including by founding a support group at San Quentin for individuals seeking to disassociate from gang involvement. At his Parole Board hearing on December 12, 2019, the Board found that he no longer presents an unreasonable risk to the community, a decision later approved by Governor Newsom. Although Mr. Nguyen has been ordered removed to Vietnam, his removal is unlikely under a bilateral agreement pursuant to which Vietnam does not accept deportees who immigrated before July of 1995. Therefore, his current immigration detention serves no legitimate purpose and places him at an unreasonable risk of serious illness or death.

**1. Name:** Hieu Trung Nguyen

**2. Age:** 39 years old

**3. Sex:** Male

**4. Primary language:** English

**5. If there is a hearing, is an interpreter needed?** No

**6. Detained in Mesa Verde Detention Facility**

**7. Dorm unit:** C

**8. Date of bond hearing, if any:** N/A - Ineligible

**9. Outcome of bond hearing, if any:** N/A

**10. Length of time in detention:** 1 month (since May 1, 2020)

**11. Medical condition(s) that put detainee at risk:**

Mr. Nguyen suffers from chronic Asthma, which is recognized by the CDC as an underlying condition that places individuals at higher risk of severe complications from COVID-19. He is prescribed an inhaler, which he takes daily. Mr. Nguyen has also been diagnosed with major depressive disorder (MDD) for which he received treatment in prison.

**12. Attorney name, phone, address and email:** N/A

**13. Felony or misdemeanor convictions, including date and offense:**

On April 1, 2001, Mr. Nguyen was convicted of the following offenses:

- Second-degree murder (Cal. Pen. Code 187), sentenced to life in prison;
- Assault with a deadly weapon (Cal. Pen. Code 245(a)(1)), sentenced to 4 years in prison.

Mr. Nguyen was born in Vietnam and, according to his parole documents, witnessed extreme violence as a child. He saw people being shot, and was himself beaten with a stick on his head so severely that he bled, but he was unable to seek treatment. His own father was murdered as a suspected sympathizer with South Vietnamese anti-communists. For a time, he was starving and forced to forage for food.

Mr. Nguyen immigrated to the U.S. at age 14, but upon arriving here, he continued to face adversity, including bullying due to his ethnicity. He responded by joining a gang, and on July 20, 2000, he committed a homicide at age 19 against a member of another gang, for which he was sentenced to life in prison.

According to his parole decision, in prison, Mr. Nguyen "distanced himself from negative institutional behavior…He immersed himself in programming, and his programming was extensive…He addressed the causative factors of his conduct." The Board further noted that Mr. Nguyen had gotten involved in Criminal Gangs Anonymous, and founded the CGA program at San Quentin.

On November 30, 2019, the Parole Board found Mr. Nguyen suitable for release after serving almost 20 years of his life sentence upon a finding that he was a "low-risk" for future violence. This assessment was based on his exemplary behavior and leadership, demonstrated remorse for his crime and extraordinary rehabilitative efforts in prison, including pursuing his GED and college degree, completing programs in anger management, substance abuse, violence prevention, restorative justice and conflict resolution, among others. The CDCR also factored in that he was a youthful offender age of 19 at the time of his crime. Finally, CDCR found that Mr. Nguyen's release plan for housing and employment was feasible and that he was motivated to continue to pursue his rehabilitative goals upon release. According to the Presiding Commissioner, Mr. Nguyen "continued the path of rehabilitation in a long-term manner. I would call him a model inmate. I don't see many inmates that have the kind of self-help programs and the commitment to rehabilitation…he's hit all the milestones and he feels remorse [for his crime]…He's ready for parole."

On April 21, 2020, Governor Newsom approved the Board's recommendation that Mr. Nguyen be released on parole. Release on parole on a life sentence for murder is an extreme rarity in California.

**14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:**

Mr. Nguyen has no pending criminal charges or outstanding warrants.

**15. <u>Scheduled removal date:</u>** N/A

Though he was ordered removed by an immigration judge on May 14, 2020, Mr. Nguyen will likely not be returned to Vietnam as he is protected by the 2008 bilateral agreement between Vietnam and the United States which states that Vietnamese citizens are not subject to return to Vietnam if they arrived in the United States before July 12, 1995.

**16. <u>Family:</u>**  Mr. Nguyen's mother and brothers reside in Texas.

**17. <u>Proposed custodian, including address and phone number, and description of proposed release residence:</u>**

Mr. Nguyen will be released on parole to live in transitional housing at ▬▬▬▬▬▬ in San Francisco through GEO Reentry Services. He plans to seek employment at the Alameda County District Attorney Nancy O'Malley's Reentry Training and Job Candidacy Project. In the long-term, Mr. Nguyen is interested in pursuing a career in computer coding, for which he received a certification from Microsoft while he was in prison.

**18. <u>Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.)</u>**

Mr. Nguyen, age 39, has been incarcerated since he was 19 years old. His parole release plan includes living in transitional housing at ▬▬▬▬▬▬ in San Francisco through GEO Reentry Services for 6 months to a year. In prison, he earned his GED and obtained significant college course credits. He has a promised job at the Alameda County District Attorney's Office working in reentry services, and he plans to seek employment in computer coding.

**19. <u>Employment history:</u>** See above.

**20. <u>Other information relevant to bail determination:</u>**

**21. <u>Attached are (check all that are applicable, but this is not a substitute for answering the above questions):</u>** N/A. Medical and Parole Board records available upon request.

This application was prepared using information obtained through numerous telephone conversations that San Francisco Public Defender Sujung Kim had with Mr. Nguyen and attorney Anoop Prasad of the Asian Law Caucus and attorney David Le. San Francisco Public Defender Kelly Engel Wells and undersigned class counsel additionally reviewed Mr. Nguyen's I-213, medical records, and Parole Board documents.

Respectfully submitted:
*/s/ Genna Ellis Beier*
Genna Ellis Beier

3

HIEU TRUNG NGUYEN