**HOAN TRAN SHORT-FORM BAIL SUPPLEMENT**

The Court deferred Mr. Hoan Tran's bail application on May 20, 2020. ECF 213. On May 23, 2020, the Court requested further information regarding the facts underlying his attempted murder conviction from 2009. ECF 241. The instant supplement follows.

Mr. Hoan Tran, a 36 year old Vietnamese national, is in custody based on convictions that occurred when he was 19 years old. At the time, Mr. Tran reports that he was not thinking through the consequences and was influenced by peers. This is consistent with scientific research which has found that critical parts of the brain are not developed until mid-20's and adolescents are thus more susceptible to peer pressure and more likely to engage in risk-taking behavior than adults because they are not as able to consider the long-term consequences of their actions.[1]

Mr. Tran's attempted murder charge is based on an incident that Mr. Tran reports as an unplanned fight based on a personal dispute between a friend of his and the victim. The dispute, which began in a coffee shop in Garden Grove, turned into a brawl outside with friends from both sides joining in and ended when one of Mr. Tran's friends shot the victim. Mr. Tran reports that early on in the fight, he had attempted to break up the dispute but admits participating in the brawl as friends of the victim piled on his friend. He did not commit the shooting. There were no gang allegations and Mr. Tran reports that he has never been classified as a gang member while in custody.

Mr. Tran greatly regrets his actions and states that he has matured and is not the same person he was 17 years ago. He participated in a significant amount of rehabilitative programming while in prison including anger management and an Alternatives to Violence Program (AVP), parenting classes, Alcoholics Anonymous and Narcotics Anonymous and also engaged in educational classes, taking colleges classes in psychology, business and health. He has certificates from these programs in his property.

Mr. Tran has worked as a barber while in custody and plans to continue that work if released. Mt. Tran has a 16-year-old daughter who lives in Miami, Florida and he wants to help her financially to complete her education. If authorized by the California Department of Corrections Parole Office, Mr. Tran plans to transfer his parole to Washington State and live with his cousin, Tiffany, who owns salons will support Mr. Tran and allow him to continue his work as a barber. Mr. Tran will have been in custody for 180 days post-final-removal order on June 13, 2020. His liberty interest is strong. He is not a danger to the community and should be released from custody until ICE is able to effectuate his removal.

---

[1] The United States Supreme Court has recognized that juveniles have a "lack of maturity and an underdeveloped sense of responsibility" and "are more vulnerable or susceptible to negative influences and outside pressures, including peer pressure." *See Graham v. Florida*, 130 S. Ct. 2011, 2026 (2010) (internal quotations omitted). Because of these developmental deficiencies, the Court noted, juvenile offenders have a diminished culpability and increased capacity for rehabilitation that renders unwavering punitive consequences inappropriate. *Id.; See also Miller v. Alabama*, 132 S. Ct. 2455, 2464-65 (2012).

2

This supplement was prepared by Hayley Upshaw, of the San Francisco Public Defender's Office, based on conversations with Mr. Tran, his proposed custodian, and document review. It was reviewed by class counsel, and is accurate based on information and belief.

*/s/ Genna Ellis Beier*
Genna Ellis Beier

2

Hoan Tran