UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE PRELIMINARY INJUNCTION HEARING** |

    It appears that the defendants have not meaningfully rebutted the significant evidence presented by the plaintiffs regarding current health threats at the facilities. This may argue in favor of granting the motion for a preliminary injunction, or it may argue in favor of holding an evidentiary hearing. Whether an evidentiary hearing should take place will be the primary subject of discussion at the hearing on Tuesday. The parties should be prepared to address whether an evidentiary hearing is needed regarding how dangerous the conditions at the facilities are, and regarding what further measures the facilities could take, other than the release of detainees, to reduce those risks. The parties should also be prepared to discuss which witnesses would be most appropriate to call, including especially any persons with decision-making authority over the conditions in the facilities.

    **IT IS SO ORDERED.**

Dated: June 1, 2020

                                                      VINCE CHHABRIA<br>
                                                      United States District Judge