UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 23**<br>Re: Dkt. Nos. 253, 267 |

　　　　The bail requests from the following detainees are denied without prejudice:

- Benito Villalobos Suria
- Jose Eliseo Alfaro Henriquez
- Jose Pilar Flores-Guzman
- Rafael Ramirez Perez
- Eduardo Ezequiel Melendez Villanueva
- Ernesto Rodriguez Magana
- Gursamitar Singh
- Heraclio Hinojosa
- Lam Peter Vi Quan

　　　　The bail requests from the following detainees are granted:

- Carlos Arevalo Barragan
- Mario Nava Gonzalez
- Arnulfo Mendoza Soria
- Jose Oscar Ordaz Gomez

- Marcial Bravo Zambrano
- Pascual Hilario Pankim
- Sebastian Sergio Rodriguez
- Sergio Luis Rodriguez Vasquez.

Bail is subject to the standard conditions of release stated at Dkt. 108. Mr. Nava Gonzalez's bail is subject to the further conditions that he is prohibited from drinking alcohol and there must be no alcohol in the home where he resides. Bail for Mr. Mendoza, Mr. Hilario, Mr. Sergio Rodriguez, and Mr. Rodriguez Vasquez is subject to the further conditions that they are prohibited from drinking alcohol, that there must be no alcohol in the homes where they reside, that they must submit to alcohol monitoring, that they must participate in AA meetings, and that they are prohibited from driving. Mr. Hilario's bail is also subject to the condition that he must reside with his brother.

**IT IS SO ORDERED.**

Dated: June 1, 2020

VINCE CHHABRIA
United States District Judge