**THAT XIONG**
**SHORT-FORM BAIL APPLICATION**

**SUMMARY:** That Xiong is a 31-year-old of the Hmong people, and a Lawful Permanent Resident. He was born in a refugee camp in Thailand after his parents fled violence in Laos. A few months later, his family came to the United States. Mr. Xiong became involved in a gang when he was just 12 years old, following in the footsteps of his four older brothers. In 2008, he was convicted of Attempted Murder and Discharging a Firearm at an Inhabited Vehicle, a gang-related incident for which he was sentenced to 15 years to life.

Mr. Xiong disavowed gang life when he passed through the prison gates, and during his 12 years incarcerated, he turned his life around. The parole board, recognizing Mr. Xiong's progress and that he poses no public safety risk, granted him parole on May 6 of this year. Mr. Xiong, if released, will return to his large and loving family, and to a construction job he has waiting for him. Mr. Xiong was ordered removed on May 21, 2020. Despite his removal order, it appears that no country has produced a travel document because he is neither a citizen of Thailand nor of Laos, and thus his deportation is not reasonably foreseeable. If released, he plans return to his family and remain under ICE supervision.

1. **Name:** That Xiong
2. **Age:** 31
3. **Sex:** Male
4. **Primary Language:** English
5. **If Hearing, Is An Interpreter Needed?** No
6. **Detention Facility:** Mesa Verde Detention Center
7. **Dorm Unit:** Unit D
8. **Date of Bond Hearing, If Any:** None known
9. **Outcome of Bond Hearing, If Any:** None known
10. **Length of Time in Detention:** Since May 6, 2020.
11. **Medical Condition(s) That Put Detainee At Risk:** None known to counsel.
12. **Attorney Name, Phone, Address and Email:** None
13. **Felony or Misdemeanor Convictions, Including Date and Offense:**

Mr. Xiong has juvenile adjudications which cannot be disclosed without a court order under juvenile confidentiality laws, CA. Welfare & Inst. Code §§ 827, 831.

Name: That Xiong

1

- May 12, 2008 – Attempted Murder, Discharging Firearm at Inhabited Vehicle – 15 years to life

Mr. Xiong's encounters with the criminal justice system stem from his gang involvement as a child, which began when he was just 12 years old. His four older brothers were in a gang and he followed in their footsteps. Still, in conversation Mr. Xiong has made clear that he takes ownership of his choices. He regrets his mistakes and is deeply committed to living a positive life, one filled with family and friends, and a good job, when he is released.

The California Parole Board evaluated Mr. Xiong's case and found him suitable for parole on May 6, 2020. The Parole Board process involves a thorough and lengthy evaluation including an interview by one of the Parole Board's forensic clinical psychologists for purposes of producing a comprehensive risk assessment, a review of his institutional behavior and programming, with input solicited from the District Attorney, victim and victim's family, and a review of his criminal history and the circumstances of his crime.[1] The Parole Board, whose mission it is to "protect and preserve public safety" and which includes a panel of independent commissioners, recommended Mr. Xiong's release from custody.[2] The Board's decision was then reviewed by the Governor of California who allowed the decision to stand.[3]

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:** None

15. **Scheduled Removal Date, If Any:** Ordered removed on May 21, 2020. Mr. Xiong reports that he is not a citizen of Thailand, and thus it is unlikely that the country will accept him. Nor is he a citizen of Laos. Without a country of removal, he faces potentially indefinite civil detention.

16. **Marital Status and location of spouse, significant other, children, parents and siblings:**

    Mr. Xiong's entire family—his mother, six brothers, two sisters, nieces and nephews, and numerous aunts, uncles, and cousins—lives in Sacramento.

17. **Proposed Custodian and Description of Proposed Release Residence:**

    If released, Mr. Xiong will live with his mother, Ka Ying Thao, a U.S. Citizen, at  Sacramento, CA 95822. Mr. Xiong's sister also lives in the home with her children, ages 12, 10, and 7. Mr. Xiong's backup sponsor is his sister, Sue Xiong. She and Mr. Xiong's 23-year-old brother live at  Sacramento, CA 95828, and Mr. Xiong would be welcome there, too. At either home he will be able to self-quarantine and abide any shelter-in-place protocols. Mr. Xiong's

---

[1] *See* https://www.cdcr.ca.gov/bph/parole-suitability-hearings-overview/events-before-a-parole-suitability-hearing/
[2] *See* https://www.cdcr.ca.gov/bph/2020/01/09/hearing-results-december-2019/.
[3] *See* https://www.cdcr.ca.gov/bph/parole-suitability-hearings-overview/what-to-expect-after-a-parole-suitability-hearing/

Name: <u>That Xiong</u>

2

family is close, and all are supportive of his release and re-entry. Mr. Xiong will abide by all ICE directives, and appear at all check-in appointments.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**

Mr. Xiong's entire family has lived in Sacramento since fleeing to the United States as refugees just after Mr. Xiong was born.

19. **Employment History:**

Because he became involved in a gang at just 12 years old (following in the footsteps of four older brothers), Mr. Xiong has never had a job. But he has developed carpentry skills in prison, and his brother Leng has lined up a position for him with a company called Clayton Homes, which has hired a number of formerly incarcerated people. Mr. Xiong has expressed a simple desire for his life outside prison walls, his first chance at such a life since he was a child: He wants a job in carpentry, to spend time with family, to marry, and to have children. He wants to be someone who contributes positively to society, which he sees as essential to his making up for his past mistakes.

20. **Other Information Relevant to Bail Determination:** N/A

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):** Not applicable.

All information in this application is accurate based on information and belief. This application was prepared using information ascertained by telephone conversations with Mr. Xiong and his sister Sue Xiong by attorney Peter Calloway at the San Francisco Office of the Public Defender. In preparing this application, class counsel consulted the Form I-213 (DHS arrest report). Class counsel did not have access to the RAP sheet, medical records, or immigration records for Mr. Xiong, who is unrepresented in his immigration proceedings.

Respectfully submitted,

*/s/ Genna Ellis Beier*
Genna Ellis Beier

Name: <u>That Xiong</u>

3