UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>       v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 24**<br><br>Re: Dkt. Nos. 253, 274 |

The bail requests from the following detainees are moot:

- Aylaliya Birru
- Dikshat Dikshat

The bail requests from the following detainees are denied without prejudice:

- German Arnoldo Najera Grejeda
- Juan Aguilar Castaneda
- Primo Domingo
- Ruben Morales Vargas

The bail requests from the following detainees are granted:

- Fredin Navarrete Villeda
- Aaron Ramirez Avila
- Francisco Linares Morales
- Jose de Jesus Olvera Gonzalez
- Nelson Coche Salazar

Bail is subject to the standard conditions of release stated at Dkt. 108. Bail for Mr. Linares

Morales and Mr. Coche Salazar is subject to the further conditions that they are prohibited from consuming alcohol, that there must not be any alcohol in the homes where they reside, that they must submit to alcohol monitoring, that they must attend group sobriety meetings, and that they are prohibited from driving. Mr. Linares Morales's bail is also subject to the condition that he cannot be released except to be transported directly to the treatment facility.  Mr. Olvera Gonzalez's bail is subject to the further condition that class counsel must certify to ICE that there is space available for him at the transitional housing program.

    The plaintiffs should provide a supplemental filing regarding Bernard Oretekor's application. The filing should address how Mr. Oretekor will get to Georgia, where he would stay until he leaves for Georgia, and whether he would be able to quarantine before (for example) getting on an airplane. The government may file a response within two business days of the supplemental filing.

    **IT IS SO ORDERED.**

Dated: June 2, 2020

                                        VINCE CHHABRIA
                                        United States District Judge