**FEDERAL DEFENDANTS' RESPONSE TO SHORT-FORM BAIL APPLICATION**

**Hoan Van Tran**

Defendants do not have any further information regarding Mr. Tran's attempted murder conviction because it is a categorical aggravated felony and per se particularly serious crime under immigration law. The basic conviction documents do not provide further detail of the underlying facts.

As previously stated, Mr. Tran is scheduled to be removed by the end of June 2020. ICE has obtained his travel document and travel arrangements have been made on a commercial airline. Defendants cannot disclose any further details because of operational security concerns. Additionally, Mr. Tran's travel document expires in August 2020, and any delays created by his potential release will hinder ICE's ability to remove him.