IMMIGRATION COURT
300 N. LOS ANGELES ST. RM 4330
LOS ANGELES, CA  90012

In the Matter of

OLVERA, JOSE J
    Respondent

Case No.: A█████-896

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 6-2-20.
This memorandum is solely for the convenience of the parties.  If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[X]  The respondent was ordered removed from the United States to *Mexico* or in the alternative to .

[ ]  Respondent's application for voluntary departure was denied and respondent was ordered removed to  or in the alternative to .

[ ]  Respondent's application for voluntary departure was granted until  upon posting a bond in the amount of $ _____ with an alternate order of removal to .

Respondent's application for:

[ ]  Asylum was ( )granted  ( )denied( )withdrawn.

[ ]  Withholding of removal was ( )granted ( )denied ( )withdrawn.

[ ]  A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.

[ ]  Cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

Respondent's application for:

[ ]  Cancellation under section 240A(b)(1) was ( ) granted ( ) denied ( ) withdrawn.  If granted, it is ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ]  Cancellation under section 240A(b) (2) was ( )granted ( )denied ( )withdrawn.  If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.

[ ]  Adjustment of Status under Section _____ was ( )granted ( )denied ( )withdrawn.  If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.

[ ]  Respondent's application of ( ) withholding of removal ( ) deferral of removal under Article III of the Convention Against Torture was ( ) granted ( ) denied ( ) withdrawn.

[ ]  Respondent's status was rescinded under section 246.

[ ]  Respondent is admitted to the United States as a _____ until _____.

[ ]  As a condition of admission, respondent is to post a $ _____ bond.

[ ]  Respondent knowingly filed a frivolous asylum application after proper notice.

[ ]  Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[ ]  Proceedings were terminated.

[X]  If you are under a final order of removal, and if you willfully fail or refuse to 1) depart when and as required, 2) make timely application in good faith for any documents necessary for departure, or 3) present yourself for removal at the time and place required, or, if you conspire to or take any action designed to prevent or hamper your departure, you shall be subject to civil money penalty of up to $799 for each day under

ALIEN NUMBER: ███-896    NAME: OLVERA, JOSE J

such violation. (INA section 274D(a)). If you are removable pursuant to INA 237(a), then you shall further be fined and/or imprisoned for up to 10 years. (INA section 243(a)(1)).

[ ] Other: _____

Date: 6-2-20

NATHAN N. AINA
Immigration Judge

Appeal: Waived/Reserved    Both    Appeal Due By:

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL [M]  PERSONAL SERVICE [P]  ELECTRONIC SERVICE [E]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] DHS
DATE: 6 2 2020 _____ BY: COURT STAFF Mana Pertz
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [X] Other

Faxed

Q6