UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 25** <br><br> Re: Dkt. Nos. 249, 282, 289 |

The bail requests from the following detainees are denied without prejudice:

- Alejandro Olivera Martinez
- Edgar Flores Deogracias
- Edison Miller Jr.
- Jonathan Gomez Liceo
- Jose Gamez-Gonzalez
- Juan Godinez Domingo
- Maynor Oxlaj-Singuatay
- Neftali Romero Romero
- Nelson Johan Delgadillo Montalvan
- Ravinder Singh Grewal
- Juan Jose Iglesias Iglesias

The bail requests from the following detainees are deferred:

- Abdiwelle Yousuf
- Presentacion Lopez Alvarenga

- Ricardo Cruz-Calmo

The bail requests from the following detainees are granted:

- Donaciano Salvador Resendiz Chavez
- Eliseo Reyes Cota
- Ilisandro Ramirez Mendoza
- Jay Pee Lorenzo
- Luis Charles Mendoza AKA Jesus Lorenza Morelas
- Manuel Mejia Melchor
- Marvin Villatoro Beltran
- Paulino Ambriz Bejar
- Santos Pastor Hernandez
- Sithy Bin
- Trinidad Ramirez Ramirez
- Va Lee
- Yee Vang
- Alberto Moreno Mendoza
- Arthur Petrosyan
- Hieu Nguyen
- Jose Andres Ruis
- Jose Gomez
- Kolya Bagdasaryan
- Pateresio Ravato

Bail is subject to the standard conditions of release stated at Dkt. 108. Bail for Mr. Reyes Cota is subject to the further conditions that he is prohibited from consuming alcohol, that there must be no alcohol in the residence where he will say, that he must submit to alcohol monitoring, that he must attend group sobriety meetings, and that he is prohibited from driving. Bail for Mr. Ambriz Bejar is subject to the further conditions that he is prohibited from consuming alcohol, that he

must attend group sobriety meetings, and that there must not be any alcohol in the house where he resides. Mr. Ramirez Ramirez's bail is subject to the further condition that he must quarantine for 14 days before getting on an airplane; if that cannot be arranged, he cannot be released. Bail for Mr. Lee, Mr. Vang, Mr. Nguyen, and Mr. Jose Gomez is subject to the further condition that they certify to ICE that space is available for them at a transitional housing facility. Mr. Lorenzo's bail is subject to the condition that he must live with the custodian in San Diego.

Regarding Mr. Yousuf, the plaintiffs should submit a supplemental filing addressing his mental health, diagnosis, and treatment, to which the government may respond within two business days. Regarding Mr. Lopez Alvarenga, the plaintiffs should submit a supplemental filing addressing his mental health situation and the plan to manage it upon release, to which the government may respond within two business days. Regarding Mr. Cruz-Calmo, the plaintiffs should submit a supplemental filing providing further information about the incident involving razor blades, to which the government may respond within two business days.

**IT IS SO ORDERED.**

Dated: June 3, 2020

VINCE CHHABRIA
United States District Judge