DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **NOTICE OF ERRATA REGARDING** |
| | **DECLARATION OF ASSISTANT FIELD** |
| v. | **OFFICE DIRECTOR ALEXANDER PHAM** |
| | **(ECF NO. 264-1)** |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

Federal Defendants respectfully submit this notice of an inadvertently inaccurate statement in paragraph 22 of the declaration of Assistant Field Office Director Alexander Pham (ECF No. 264-1). A supplemental declaration from Mr. Pham is attached.

DATED: June 3, 2020                               Respectfully submitted,

                                                  DAVID L. ANDERSON
                                                  United States Attorney

                                                  *s/Shiwon Choe*
                                                  SHIWON CHOE
                                                  Assistant United States Attorney

                                                  Attorneys for Federal Defendants