UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **SUPPLEMENTAL DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR ALEXANDER PHAM IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, MOTION TO STAY, AND OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Alexander Pham, make the following statements under oath and subject to penalty of perjury:

1. I am an Assistant Field Office Director ("AFOD") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the San Francisco Field Office ("ERO San Francisco"). I have held this position since April 2019. I am currently assigned to the Bakersfield Sub-Office within ERO San Francisco, which is responsible for oversight of Mesa Verde Detention Facility ("Mesa Verde") in Bakersfield, California. I have worked in various other positions within ICE since 2005.

2. This declaration is based upon my personal and professional knowledge and information, belief, reasonable inquiry, and review of information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3. My prior declaration of May 27, 2020, paragraph 22, described the screening process of new arrivals at Mesa Verde.  At the time, I stated that all new arrivals transferred from another facility where there are any reported cases of COVID-19 infection will be placed in isolation for 14 days prior to being released into the general population.  This statement was inadvertently inaccurate.  The protocol is for individuals who ERO cannot establish through inquiry from the originating detention facility (including ICE facilities), has not been exposed, quarantined or suspected of being exposed to COVID-19, individuals who are arrested off the street, and for those who are returned to Mesa Verde after being

hospitalized.[1]

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed at Bakersfield, California.

DATED: June 3, 2020

                                                 Alexander Pham

---

[1] On May 4, 2020, ICE issued new guidance on transfers, removals, and releases from ICE detention facilities. The form is also being utilized for new arrivals from all other detention facilities. Prior to any transfer, removal or release from ICE custody, an ERO officer or contracted staff must complete the attached Coronavirus Disease 2019 (COVID-19) checklist ("checklist"). *See* Attachment ("Att.") A. In completing the checklist, the ERO officer or contractor is required to answer three questions: Is the detainee currently: 1) In medical isolation? 2) Experiencing symptoms commonly associated with COVID-19? and 3) Awaiting COVID-19 test results? If the answer to any of the three questions is "Yes," ERO will not remove such an individual from the United States, nor transfer/transport the individual to another facility unless medically necessary. If the answer is "Yes," to any of these questions for new arrivals from non-ICE detention facilities, Mesa Verde will either quarantine the individual for 14-days prior to release into the general population or not accept the individual for admission. Notably, the CDC checklist was in effect at the time Domingo Lucas-Pedro and Arnulfo Ramirez-Ramos, were transferred from La Palma Correctional Center to Mesa Verde. The checklist was completed for those two individuals and showed that neither had been in medical isolation, experiencing any symptoms or awaiting results of COVID-testing. *See* Att. B. As such, they were cleared for transport and transfer back to Mesa Verde.