UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE *MENDEZ-BAROCIO V. BARR***<br><br>Re: Dkt. No. 301 |

　　　　The Court has determined that *Mendez-Barocio v. Barr*, Case No. 20-cv-03558-EJD, is not related to this case and no reassignment shall occur. *See* Order Regarding Related Cases, Dkt. 176.

　　　　**IT IS SO ORDERED.**

Dated: June 4, 2020

VINCE CHHABRIA
United States District Judge