UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 26**<br><br>Re: Dkt. No. 298 |

The bail requests from the following detainees are denied without prejudice:

- Aleksandr Melnichuk
- Angel Ordaz Camacho
- Heriberto Hermosillo
- Jonny Savier Vasquez Rodriguez
- Jose Cruz Ortega Garcia
- Jose Guadalupe Torres Elias
- Jose Luis Robles Flores
- Juan Mendez-Boracio
- Nahmum Rojas Orellana

The bail requests from the following detainees are deferred:

- That Xiong
- Walter Alexander Quijada-Alfaro

The bail requests from the following detainees are granted:

- Caleb Giha

- Cristobal Olivera Hernandez
- Hector Rene Corzo-Chinchilla
- Tith Ton

Bail is subject to the standard conditions of release stated at Dkt. 108. Bail for Mr. Giha and Mr. Olivera Hernandez is subject to the further conditions that they are prohibited from consuming alcohol, that there must be no alcohol in the houses where they reside, and that they must participate in group sobriety meetings. Mr. Ton's bail is subject to the further condition that class counsel certify to ICE that space is available for him at a transitional facility.

With respect to Mr. Xiong, class counsel are ordered to submit under seal a supplemental filing presenting and addressing Mr. Xiong's juvenile criminal history, to which the government is ordered to respond within three business days. With respect to Mr. Quijada-Alfaro, class counsel should submit a supplemental filing addressing why Mr. Quijada-Alfaro is not required to enter transitional housing upon release, to which the government may respond within three business days.

**IT IS SO ORDERED.**

Dated: June 5, 2020

VINCE CHHABRIA
United States District Judge