UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 27** <br><br> Re: Dkt. No. 306 |

The bail requests from the following detainees are moot:

- Rafael Pantoja Mendez
- Alejandro Ramirez Chavez

The bail requests from the following detainees are denied without prejudice:

- Bryan Jesus Apaza Munoz
- Carlos Diaz-Palacio
- Jaime Lopez Solorio
- Mark Griffin
- Mohamed Saladdin Mousa
- Ruperto Robles

The bail requests from the following detainees are granted:

- Herbert Gomez Anival
- Jorge Andara-Ponce
- Yong Joo Chung

Bail is subject to the standard conditions of release stated at Dkt. 18. Bail for Mr. Gomez, Mr.

Andara-Ponce, and Mr. Chung is also subject to the further condition that class counsel certify to ICE that space is available at transitional facilities for these detainees.

**IT IS SO ORDERED.**

Dated: June 5, 2020

VINCE CHHABRIA
United States District Judge