UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER RE TIMING OF PRELIMINARY INJUNCTION RULING** |

At yesterday's hearing, the Court stated that it would hold off on issuing a ruling on the motion for a preliminary injunction and on the government's objections to the bail process until after an evidentiary hearing. On reflection, the Court has concluded that this would put the parties in procedural no-man's-land for too long. Accordingly, the Court will issue a ruling promptly, without waiting for an evidentiary hearing, on the motion for a preliminary injunction and the government's objections to the bail process. If the Court decides to enter a preliminary injunction preserving the current status quo without ordering any further affirmative relief, it will be without prejudice to the plaintiffs seeking additional preliminary injunctive relief following an evidentiary hearing. For now, the parties should continue the meet-and-confer process regarding documents and timing of an evidentiary hearing. The parties can expect a ruling by early next week.

**IT IS SO ORDERED.**

Dated: June 5, 2020

VINCE CHHABRIA
United States District Judge