UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER RE JUVENILE RECORDS** |

The parties are ordered that, if they believe a juvenile criminal record is relevant to a bail determination, they can and should include a redacted discussion of that information.

**IT IS SO ORDERED.**

Dated: June 5, 2020

VINCE CHHABRIA
United States District Judge