UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>            Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 28**<br><br>Re: Dkt. No. 318 |

The bail requests for the following detainees are denied without prejudice:

- Ezequiel Hernandez
- Harkan Waljeet Singh
- Kevin Hernandez-Velasquez
- Lionel Sanchez-Lagunas
- Ondrej Vanicek
- Pedro Ortiz-Cruz

The bail requests for the following detainees are granted:

- Jose Manuel Andres
- Juan Cerritos Munoz

Bail is subject to the standard conditions of release stated at Dkt. 108. Mr. Andres's bail is subject to the further condition that, although he may stay with either proposed custodian, he must be picked up from Mesa Verde and taken directly to the custodian's residence.

**IT IS SO ORDERED.**

Dated: June 10, 2020

_____
VINCE CHHABRIA
United States District Judge