UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER RE BAIL PROCESS** |

    To further lighten the burden on the government in properly investigating and responding to bail applications, effective immediately class counsel is limited to filing five applications per day. Furthermore, class counsel is ordered to prioritize bail applications based on likelihood of success. Insistence on putting forward weak bail applications when strong ones could have been submitted instead would be a violation of counsel's duty to the class as a whole. The Court will be tracking bail applications filed from this day forward with that concern in mind.

    **IT IS SO ORDERED.**

Dated: June 10, 2020

                                                      VINCE CHHABRIA<br>                                                      United States District Judge