UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 29**<br><br>Re: Dkt. Nos. 329, 337 |

The bail requests for the following detainees are moot:

- Ricky Paul Williamson

The bail requests for the following detainees are denied without prejudice:

- Edwin Juarez Alvarez
- Elias Aquino Miranda
- Gabriel Payeras
- Isaias Mosqueda Cisneros
- Jose Rudy Barrera Gomez
- Jose Ruiz-Bolanez
- Juan Lopez Garcia
- Lateef Animawun
- Pedro Javier Gonzalez
- Gerardo Lopez Zamora

The bail requests for the following detainees are granted:

- Abel Jimenez Bonillas

- Alejandro Chocotecto Reyes
- Angel Diaz Mendoza
- Dung Dang
- Enriques Montes Rios
- Rene Jovel

Bail is subject to the standard conditions of release stated at Dkt. 108. Bail for Mr. Jimenez Bonillas, Mr. Chocotecto Reyes, and Mr. Dang is subject to the further conditions that they are prohibited from consuming alcohol, that there must be no alcohol in the places where they reside, that they are prohibited from driving, and that they must attend group sobriety meetings such as AA or NA.

**IT IS SO ORDERED.**

Dated: June 10, 2020

VINCE CHHABRIA
United States District Judge