# EXHIBIT 2

| U.S. Department of Homeland Security | **MEMORANDUM OF INVESTIGATION** | |
|---|---|---|
| **File Number** ▓▓▓▓086 | **Title:** CARLOS RUBEN FRANCO PAZ | **Control Office** SFR/BKI |

**Memorandum of Investigation**
---------------------------

On May 29, 2020, Zepeda-Rivas class member, Carlos Ruben Franco Paz, was released from the Mesa Verde Detention Facility pursuant to the district court's order, granting his bail application arising from the litigation in Zepeda-Rivas.

Upon his release from ICE custody, ERO Bakersfield attached a GPS monitoring bracelet device to his ankle. On 6/8/2020, the ERO officer received multiple tamper alerts from the company alert system about the class member's ankle monitor. The ERO officer then attempted to contact the class member by Sponsor: Juan Soto Cruz, but received no response or reply. It was later discovered through BI Alert systems, the GPS monitoring manufacturer, that the class member removed the battery source from the monitoring device and cut the ankle bracelet, and then discarded the device on CA I-680 near San Jose, CA on 6/8/2020 at approximately 1834, when his position was last recorded. The unit has not been recovered. Following this incident, ERO has tried to contact the sponsor multiple times by using the phone number provided by class member, but there is no answer and there is no voicemail available to leave a message.

The class member is deemed an absconder.

| **Investigator** GILBERT, RIGOBERTO | **Date** 06/09/2020 |
|---|---|
| Form G-166C (08/01/07) | Page 1 of 1 |