UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER REVOKING BAIL AS TO CARLOS RUBEN FRANCO PAZ**<br><br>Re: Dkt. No. 366 |

　　　The government's motion to terminate is granted, and Carlos Ruben Franco Paz's bail is revoked.

　　　**IT IS SO ORDERED.**

Dated: June 11, 2020

_____
VINCE CHHABRIA
United States District Judge