UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE RE-DETENTION** |

    In the future, in circumstances in which ICE has evidence and a good-faith belief that a detainee released on bail has absconded, and ICE has attempted to contact the custodian, ICE may re-detain that person without seeking advance permission of the Court. ICE must still file a notice and explanation of the re-detention as soon as possible.

    The Court will issue a revised Standard Conditions of Release reflecting this change.

**IT IS SO ORDERED.**

Dated: June 11, 2020

                                               VINCE CHHABRIA
                                               United States District Judge