UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>      Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 30** |

The bail requests for the following detainees are denied without prejudice:

- Asif Masoom Qazi
- Hoan Van Tran
- Yadwinder Singh Kahlon
- Juan Fredy Montoya Echeverria
- Willian Matias Rauda

The bail requests for the following detainees are granted:

- Adolfo Godinez-Garcia
- Bernard Oretekor
- Myke Jonathan Cux-Jocop
- Ricardo Cruz-Calmo

Bail is subject to the standard conditions of release stated at Dkt. 369. Bail for Mr. Godinez-Garcia and Mr. Cruz-Calmo is subject to the further conditions that they are prohibited from consuming alcohol, that there must be no alcohol in the home where they reside, that they must participate in group sobriety meetings, and that they are prohibited from driving. Mr. Godinez-

Garcia's bail is subject also to the condition that he must comply with all ICE instructions regarding voluntary removal. Mr. Oretekor's bail is subject to the condition that he must quarantine for 14 days at a hotel as described in his bail application.

**IT IS SO ORDERED.**

Dated: June 15, 2020

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
VINCE CHHABRIA
United States District Judge