## JOSE MEJIA ROSAS SHORT-FORM BAIL APPLICATION

Jose Mejia Rosas presents a strong application for bail. *See* Dkt. 90 (setting forth standard for bail applications); Dkt. 361 (setting forth process for bail applications). *First*, Mr. Mejia Rosas has significant medical vulnerabilities. *Second*, he has been forthcoming about the mistakes he has made. As an adolescent, he sought acceptance from his peers and as a result joined the wrong crowd, resulting in his being "jumped" into a gang when he was thirteen years old and becoming involved in drugs. In 2012, he was sentenced to 88 months incarceration for first degree robbery, possession of a controlled substance for sale, felon in possession of a firearm, and participation in a criminal street gang. *Third*, Mr. Mejia Rosas was released early from prison following extensive rehabilitation, including rehabilitative programming, a GED and college level education, and a commitment to sobriety and extensive reflection. He has demonstrated great remorse for his crimes, and sought to turn his life around. He left the gang in 2012, was involved in extensive self-help programing in prison, and has remained clean and sober for the past eight years. *Finally*, Mr. Mejia Rosas has a strong release plan and the support of a close-knit family; a long history in the United States and deep ties to his community (a community he has lived in since he was five years old with his parents and sister). He also was granted relief by an Immigration Judge and his case is currently at the Ninth Circuit so he has a strong interest in complying with the orders of this court and immigration authorities.[1]

1. **Name:** Jose Mejia Rosas

2. **Age:** 37

3. **Sex:** Male

4. **Primary language:** Fluent in English and Spanish

5. **If there is a hearing, is an interpreter needed?** No

6. **Detained in Mesa Verde Detention Facility ___ or Yuba County Jail  X  **

7. **Dorm unit:** D-16

8. **Date of bond hearing, if any:** None

9. **Outcome of bond hearing, if any:** N/A

10. **Length of time in detention:** Since October 5, 2017 – 2 years and 8 months.

---

[1] Please note that although class counsel believe that Mr. Mejia Rosas meets the criteria for a strong bail application pursuant to the Court's order at Dkt. 361, this position should not be construed as class counsel's position regarding the relative strengths or weaknesses of remaining class members, for many of whom the government has produced no documents and whose applications class counsel continues to actively investigate.

**11. <u>Medical condition(s) that put detainee at risk:</u>**

Mr. Mejia Rosas reports many health problems, including hypertension, high cholesterol, mental health issues (post-traumatic stress disorder, or PTSD; anxiety, and depression), borderline diabetes, a spinal injury (C6 and C7); and rheumatoid arthritis. He is taking medication for arthritis, anxiety, depression, and PTSD. Mr. Mejia Rosas also has a history of smoking and is obese. Hypertension is a CDC-recognized risk factor for COVID-19; and other health conditions he suffers (including a history of smoking, obesity, and mental illness) are related to immunosuppression and are thus also seen as risk factors for severe COVID-19. Federal Defendants have not provided medical records, and his medical history is thus based on Mr. Mejia Rosas' self-reporting.

*Hypertension*
Mr. Mejia Rosas reports that he is diagnosed with hypertension, which is identified as a risk factor for severe COVID-19 by the Center for Disease Control (CDC). CDC, "Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19)" (updated Apr. 6, 2020), https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html (identifying hypertension as a "Risk Factor[] for Severe Illness" and "associated with increased illness severity and adverse outcomes," with a case fatality rate of 6% compared to 0.9% absent comorbidities; and with numerous citations to medical studies).

*High Cholesterol*
Mr. Mejia Rosas is diagnosed with high cholesterol. High cholesterol has not been identified by the CDC as a risk factor for COVID-19, however, New York City public health authorities have identified hyperlipidemia as the third highest COVID-19 comorbidity for those with severe or fatal COVID-19.[2]

*Mental Health Issues*
Mr. Mejia Rosas suffers from mental health issues, including post-traumatic stress disorder (PTSD), anxiety, and depression. Mental health experts have concluded, and courts have found, that mental health conditions, including depression, impact the immune system, and therefore render those affected at increased risk of developing COVID-19 complications. *See, e.g.*, *Fraihat v. ICE*, No. 19-cv-1546-JGB, 2020 WL 1932570, at *16 n. 20 (C.D. Cal. Apr. 20, 2020); *Doe v. Barr*, No. 20-CV-02141-LB, 2020 WL 1820667, at *4 (N.D. Cal. Apr. 12, 2020) (PTSD, depression, and latent tuberculosis). In an expert declaration submitted in a COVID-related habeas petition, Dr. Mira Zein, MD, MPH, provided that these mental illnesses "directly stimulate production of pro-inflammatory cytokines, as well as downregulate cellular

---

[2] "*Asthma Is Absent Among Top Covid-19 Risk Factors, Early Data Shows,*" N.Y. Times, Apr. 16, 2020, at https://www.nytimes.com/2020/04/16/health/coronavirus-asthma-risk.html?referringSource=articleShare, citing figures available at https://covid19tracker.health.ny.gov/views/NYS-COVID19-Tracker/NYSDOHCOVID-19Tracker-Fatalities?%3Aembed=yes&%3Atoolbar=no. See also The Hospitalist, "*Comorbidities the Rule in New York's COVID-19 Deaths,*" Apr. 8, 2020, at https://www.the-hospitalist.org/hospitalist/article/220457/coronavirus-updates/comorbidities-rule-new-yorks-covid-19-deaths.

immunity leading to increased risk of acute and prolonged infection, and delayed wound healing. The pro-inflammatory states found in these mental health disorders leads to a complex feedback in which inflammation changes brain circuits and neurochemical expression, perpetuating a cycle of immune dysfunction and mental health symptoms."[3]

**12. Attorney name, phone, address and email:**

Sergio Valdovinos Ramirez
3729 W 109th St. Inglewood, California 90303
323-632-4050
valdovs@tjsl.edu

**13. Felony or misdemeanor convictions, including date and offense:**

Mr. Mejia Rosas has the following convictions. He admits he was under the influence of drugs and alcohol when he committed these crimes. He is now eight years clean and sober.

- May 24, 2007: Fight/noise or using offensive words (CPC § 415(a)) and sentenced to two years of probation.
- Dec. 4, 2007 (charges dismissed without conviction): misdemeanor battery on a partner (Cal. PC 243(e)(i)). According to Mr. Mejia Rosas, he and his wife had a verbal disagreement for which a neighbor called the police. Upon arriving, the police recommended the two not remain in the same house. Mr. Mejia Rosas remembers leaving the house to avoid the continuation of the dispute or the risk of arrest for either party, and he recalls that neither party was arrested. All charges were dismissed on February 8, 2008.
- Nov. 13, 2008: Obstruct/resist police officer (CPC § 148(a)) and exhibit a deadly weapon not firearm (CPC § 417(a)(1)) and sentenced to 75 days in jail and two years of probation.
  - At the time he was arrested also for CPC § 243.4(e)(1) (sexual battery), but those charges were dismissed in full. The charges resulted from a complaint made by the boyfriend of a woman he had danced with and kissed at a work holiday party. Mr. Mejia Rosas reports that his attorney provided surveillance footage showing Mr. Mejia Rosas was engaged in consensual touching. However, the boyfriend of the woman physically challenged Mr. Mejia Rosas, leading to his being escorted outside of the party. He then was involved in an argument with the woman's boyfriend and took out a work knife in an effort to defend himself. However, he did not harm anyone.
- Nov. 13, 2008: Theft (CPC § 484(a)) and sentenced to one year of probation and a fine.
- Dec. 3, 2010: Manufacture/possession of a dangerous weapon (CPC § 12020(a)(1)) and sentenced to 60 days in jail and a fine.

---

[3] Statement by Dr. Mira Zein, MD, MPH, Clinical Assistant Professor, Consult Liaison Psychiatry, Stanford University School of Medicine, Department of Psychiatry and Behavioral Sciences, April 6, 2020, available upon request.

- April 10, 2012: Participation in a criminal street gang (CPC § 186.22(a)), First degree robbery (CPC § 211), Possess of firearm by a felon (CPC § 12021(d)), Possession of controlled substance for sale (H&S § 11378). 88 months sentence (six months (concurrent) for participation in criminal street gang, eight months on robbery and felon in possession of a firearm (consecutive) and 72 months imprisonment for drug trafficking (consecutive)).
    - Mr. Mejia Rosas explains that at the time of the events which led to his most recent arrest in December 2010, he sought to collect a debt and, after believing he was being denied money owed, stole the victim's laptop. The victim alerted authorities who searched Mr. Mejia Rosas' residence and discovered narcotics and a shotgun. Mr. Mejia Rosas had previously purchased the shotgun for protection after an incident where he was robbed and beaten.

**Abandonment of the gang:** Mr. Mejia Rosas expresses deep remorse for his actions. Immediately upon sentencing, he wished to turn his life around. While incarcerated at San Quentin, he formally dropped out of the gang in which he was once involved. He went through a formal step-down process and was transferred to Avenal State Prison where he was in a sensitive needs yard to protect him from active gang members. He reports that he put a target on himself by dropping out, but it was worth it to him to straighten his life out.

**Rehabilitation:** While incarcerated, Mr. Mejia Rosas has been involved in every self-help program available including Narcotics Anonymous (NA), Alcoholics Anonymous (AA), and Criminals and Gang Members Anonymous (CGA). He earned his high school diploma through a GED program, took college courses through Merced Community College, and completed a 16-month program to earn his paralegal certificate through Blackstone Career Institute. Mr. Mejia Rosas reports that the positive steps he sees from this is that he has the tools to teach at-risk youth about the consequences of drug use and gang involvement. He wishes to pursue a four-year college degree in pre-law or social studies. He strives to have a career in counseling at-risk youth and teens released from the Youth Authority and juvenile hall in Santa Cruz County. He seeks to become a counselor to at-risk teens and be of support to drug treatment centers. He reports that from the consequences he suffered from making bad choices, he has the perspective to prevent kids from getting in trouble and help redirect their lives.

**Sobriety:** Mr. Mejia Rosas has been clean and sober for 8 years. In prison, he was actively involved in rehabilitative program to support his sobriety (Narcotics Anonymous and Alcoholics Anonymous) and intends to continue his involvement in these support groups upon his release. He enjoys going to these support groups to share his story and experiences with others in the same circumstance and inspire others with his progress in sobriety. With the clarity of sobriety, he refuses to return to a life of crime.

**Early release:** On October 5, 2017, Mr. Mejia Rosas was released from prison two years early following his demonstrated rehabilitation. However, rather than being released, he was immediately detained by ICE. He has remained in ICE detention for over two years and eight months.

14. **Pending criminal charges and outstanding warrants, including jurisdiction and offense:**
None.

15. **Scheduled removal date:**

None. The Immigration Judge granted relief under the Convention Against Torture (CAT) on September 18, 2018. The Board of Immigration Appeals (BIA) sustained the government's appeal on March 5, 2019. Mr. Mejia Rosas' petition for review of the BIA decision is currently pending before the Ninth Circuit. His CAT claim is based off his status as a dropout gang member and on his gang-related tattoos.

16. **Marital status and location of spouse, significant other, children, parents and siblings:**

Mr. Mejia Rosas' close-knit family include:
- Sister Angelica Mejia (US citizen)
- Mother Elsie Noemi Mejia (US citizen)
- Father Jose Rivera Mejia (LPR)
- Aunt Ana Dores Gonzalez (LPR)

Mr. Mejia Rosas' mother Elsie Mejia worked for nearly twenty years as a counselor for Encompass Community Services in Santa Cruz County. Mr. Mejia Rosas' parents reside in Freedom, Santa Cruz County, California. His sister Angelica resides in Salinas, California with her US citizen husband Carlos Jacobo.

Mr. Mejia Rosas' maternal aunt Ana Dores Gonzalez is an LPR and resides in Bakersfield, California. He also has a paternal aunt who resides in Baltimore, Maryland.

17. **Proposed custodian, including address and phone number, and description of proposed release residence:**

If released from custody, Mr. Mejia Rosas will reside with his US citizen sister Angelica Mejia and her US citizen husband Carlos Jacobo. Their address is ███████████████████████████████. Ms. Mejia is employed as an administrative assistant for Hartnell College in Salinas, California. She can be reached at ███████. Mr. Jacobo is employed as a diesel mechanic. Ms. Mejia confirmed that she will pick him up from detention and bring him home to Salinas, California. Ms. Mejia confirmed that Mr. Mejia Rosas will be able to have his own room to quarantine for 14 days.

18. **Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.):**

If released, Mr. Mejia Rosas will reside with his sister and her husband at their apartment in Salinas, California. It is about a 30-minute drive from Mr. Mejia Rosas and Ms. Mejia's parents' residence in Freedom, Santa Cruz County, California.

Mr. Mejia Rosas has resided in Santa Cruz County since his arrival to the United States at age 5. He attended Minnie White Elementary School, EA Hall and Lake View middle schools,

and Watsonville High School, Watsonville Community School, and Renaissance School in Watsonville, California. He played pee-wee football for two years on the Watsonville Bobcats team. In high school, he worked as a stocker at a local store and did yard work during the summers.

19. **Employment history:**

Mr. Mejia Rosas is a certified HVAC technician. He was employed at Rogers Refrigeration for about five years fixing air conditioners and freezers. He also worked for Smeenk Construction and its sister company Puro First doing water damage and fire damage restoration. In addition, Mr. Mejia Rosas worked in plumbing, roofing, construction, and painting. He took a vocational course at Wyotech school in Fremont, California.

20. **Other information relevant to bail determination:**

Mr. Mejia Rosas' incarceration weighs heavily on himself and on his family. He reports the grief he suffers in detention as his parents are aging and his sister is busy working. His parents (both over 60 years old) are susceptible to COVID-19. His mother was hospitalized for pneumonia and his father is a diabetic and has lung problems. He hopes to be out of detention in order to care for his family. He expresses that, as his mother's first-born child and her only son, he wishes he could be there for her.

His sister Angie and his mother Elsie report that his absence is painful to them. His mother Elsie Mejia reports that he has demonstrated that he has changed his life. She trusts her son and she is so proud of her son. She expresses the mental anguish his incarceration has caused her and her family. She has witnessed Mr. Mejia Rosas' growth and remorse and she wishes as badly as he that he could have avoided his mistakes. She believes he would make an exceptional counselor, following in her footsteps.

Mr. Mejia Rosas has expressed his deep remorse about the mistakes he has made and the reckless life he lived when he was younger. Now that he is older and sober, he understands how strong his family support system is and he is desperate for an opportunity to return to his family and contribute to his community. He asks for a chance to prove his potential and that he is much more than his criminal history. He has much more to give, as a counselor to youth and to those suffering from addiction.

Additionally, he is an active writer and has sent pieces about his detention to immigrants' rights. His writing has been published by @DetentionDigest on Twitter through Medium. As he wrote, "We all make mistakes, but those mistakes don't define us. I paid for my mistake, I've made the changes to educate and reform myself. Like so many out there I'm asking for a second chance." See https://medium.com/@detentiondigestycj. He hopes to one day publish a book.

21. **Attached are (check all that are applicable, but this is not a substitute for answering the above questions):** Evidence of rehabilitative programming, paralegal diploma, and letter from sponsor.

JOSE MEJIA ROSAS

All information in this application is accurate based on information and belief. This application was prepared using information ascertained by telephone conversations with Mr. Mejia Rosas, his sister, and his family by law student Annalee Davis, under the supervision of attorney Maddie Boyd at the San Francisco Office of the Public Defender. In preparing this application, class counsel reviewed Mr. Mejia Rosas's ICE rap sheet and custodian information. Class counsel did not have access to the Form I-213 for Mr. Mejia Rosas but reviewed the rap sheet and consulted with the attorneys who prepared the application.

*/s/ Emilou MacLean*
Emilou MacLean
Class Counsel

JOSE MEJIA ROSAS