UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 31**<br><br>Re: Dkt. Nos. 378, 381 |

The bail requests from the following detainees are denied without prejudice:

- Alexis Ortiz Herrera
- Romulo Flores Hidalgo

The bail request from Jose Mejia Rosas is deferred. The defendants are ordered to file a supplemental response by Monday, June 29 which substantiates the allegations made in their opposition, including declarations under penalty of perjury and supporting documentation. A response from class counsel is due Wednesday, July 1.

**IT IS SO ORDERED.**

Dated: June 24, 2020

_____

VINCE CHHABRIA
United States District Judge