DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Federal Defendants

SUSAN E. COLEMAN (SBN 171832)
E-mail: scoleman @bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for THE GEO GROUP, INC. (sued
herein as GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) Case No. 20-cv-02731 VC |
| Plaintiffs, | ) |
| v. | ) **DEFENDANTS' UPDATE RE POSITIVE COVID-19 TEST OF MEDICAL CONTRACT EMPLOYEE AT MESA VERDE AND RESPONSE TO ECF 400** |
| DAVID JENNINGS, *et al.*, | ) |
| Defendants. | ) |

      The COVID-19 test results for the eleven detainees remaining in detention have returned as negative, even though such testing was not required by CDC guidelines as a result of a brief interaction with the infected nurse employed by WellPath and working at the Mesa Verde Detention Facility on June 15, 2020. As previously reported, Mesa Verde Detention Facility medical staff determined that the

nurse utilized personal protective equipment, mask, and gloves, when in brief contact with those detainees, which lasted less than 3 minutes. All detainees were also required to wear masks while in the medical unit and during their encounter with that nurse.

The twelfth detainee was not tested because he was released from Mesa Verde Detention Facility on June 16, 2020, prior to the nurse reporting her positive COVID-19 test. He was removed to Honduras on June 17, 2020. At this time, his whereabouts are unknown.

The test results are also now in for the eighteen employees working in the medical unit. All eighteen of those employees tested negative for COVID-19.

Mesa Verde Detention Facility handled the nurse's positive COVID-19 test consistently with CDC guidance, and all of the COVID-19 tests subsequently administered indicate that there has been no transmission. Moreover, defendants have provided this relevant information to both plaintiffs and the Court. Plaintiffs' requests for additional specific information concerning the infected employee should be denied due to the privacy and HIPAA protections that employee is entitled to. As for plaintiffs' requests for additional specific identity information concerning the individual detainees, Mesa Verde Detention Facility believes that it would create a potential security concern for the facility if class counsel were notified and discussed the information with detainees. The class members have all been informed how to contact class counsel, should they wish to discuss anything with them. *See* ECF 70.

DATED: June 25, 2020                                    Respectfully submitted,

                                                        DAVID L. ANDERSON
                                                        United States Attorney

                                                        */s/ Adrienne Zack*
                                                        ADRIENNE ZACK
                                                        Assistant United States Attorney


DATED: June 25, 2020                                    BURKE, WILLIAMS & SORENSEN, LLP

                                                        By: */s/ Susan E. Coleman\**
                                                        SUSAN E. COLEMAN

                                                        Attorneys for THE GEO GROUP,
                                                        INC. and NATHAN ALLEN,
                                                        Warden of Mesa Verde

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*