UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No.  3:20-cv-02731-VC <br><br> **ORDER GRANTING DEFENDANTS THE GEO GROUP, INC. AND ALLEN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS D AND E TO THE DECLARATION OF NATHAN ALLEN IN SUPPORT OF NOTICE OF PLAINTIFFS' NON-COMPLIANCE WITH CDC RECOMMENDED GUIDELINES** <br><br> [*PROPOSED*] |

Having considered Respondents-Defendants The Geo Group, Inc. and

Nathan Allen's administrative motion to file under seal Exhibits D and E to the

Declaration of Nathan Allen in support of Defendants' Notice of Non-compliance

BURKE, WILLIAMS & SORENSEN, LLP ATTORNEYS AT LAW LOS ANGELES

LA #4831-5048-6465 v1

- 1 -

3:20-CV-02731-VC
ORDER TO FILE UNDER SEAL

with CDC recommended guidelines, pursuant to pursuant to Local Rule 79-5, and good cause having been shown,

IT IS HEREBY ORDERED THAT Defendants' administrative motion to file under seal is GRANTED to file under seal Exhibits D and E to the Declaration of Nathan Allen in support of Notice of Plaintiffs' Non-Compliance with CDC Recommended Guidelines.

IT IS SO ORDERED:


Dated:                    , 2020

                                    Honorable Vince Chhabria
                                    United States District Judge

Respectfully Submitted,

Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4831-5048-6465 v1                                       - 3 -                          3:20-CV-02731-VC
ORDER TO FILE UNDER SEAL