EXHIBIT A

# Stop the Spread of Germs

**Help prevent the spread of respiratory diseases like COVID-19.**



**Stay at least 6 feet (about 2 arms' length) from other people.**



**Cover your cough or sneeze with a tissue, then throw the tissue in the trash and wash your hands.**



**When in public, wear a cloth face covering over your nose and mouth.**



**Do not touch your eyes, nose, and mouth.**



**Clean and disinfect frequently touched objects and surfaces.**



**Stay home when you are sick, except to get medical care.**



**Wash your hands often with soap and water for at least 20 seconds.**



**cdc.gov/coronavirus**

316917-A May 13, 2020 11:00 AM

# Detenga la propagación de gérmenes

**Ayude a prevenir la transmisión de enfermedades respiratorias como el COVID-19.**



Mantenga al menos 6 pies (aproximadamente la longitud de 2 brazos) de distancia de otras personas.



Cúbrase con un pañuelo desechable la nariz y la boca al toser o estornudar, luego bótelo en la basura y lávese las manos.



Cuando esté en un lugar público, use una cubierta de tela para la cara sobre su nariz y boca.



Evite tocarse los ojos, la nariz y la boca.



Limpie y desinfecte los objetos y superficies que se tocan con frecuencia.



Quédese en casa cuando esté enfermo, excepto para recibir atención médica.



Lávese las manos frecuentemente con agua y jabón por al menos 20 segundos.



**cdc.gov/coronavirus-es**

MP316917-A 13 de mayo, 2020 11:00 a.m.

# Social Distancing

Social distancing means that you should **avoid close contact** with healthy people. If you are sick, you can help stop the spread of disease by social distancing. If you are healthy, you can help prevent yourself from getting sick. Social distancing is recommended if Coronavirus Disease 2019 (COVID-19) is spreading in your community.  Local news media and your public health department will announce when the disease is spreading locally.



**Stay about 6 feet, about two arm lengths, away from other people.**

&raquo; Avoid hugging and handshakes during this time.

**Avoid big crowds when you can.**

&raquo; Sometimes this won't be possible.

&raquo; If you need to be in a line or a group of people, try to keep about 6 feet of distance from them.





**Find ways to maintain important connections with friends and family members even while staying physically apart**



C3162488   04/07/2020

**cdc.gov/coronavirus**

# EXHIBIT B



## Detainee Face Mask Usage

"The Center for Disease Control recommends wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain (e.g., grocery stores and pharmacies)........."

**Detainee Distribution**

- Each detainee will be issued one protective mask by facility staff.

**Usage**

- Detainees can contact their unit staff officer when masks are needed to be replaced before the next issue.

**Storage**

- Storage of masks for re-use by the user will be possible if the mask is not damaged, soiled or otherwise unusable.

**Protective Mask Donning**

- Secure ties or loop at middle of head and neck
- Fit snug to face and below chin



**Protective Mask Removal and Storage**

- Grasp bottom then top ties or elastics and remove
- When not in use, store the mask In a location that prevents damage or getting wet or soiled.

# Uso de Mascarilla Para Detenidos



"El Centro para el Control de Enfermedades recomienda usar cubiertas de tela para la cara en lugares públicos donde otras medidas de distanciamiento social son difíciles de mantener (por ejemplo, supermercados y farmacias) ......."

**Distribución de detenidos**
- A cada Detenido(a) se le proveerá una máscara protectora por el personal de la instalación.  Cada detenido(a) que llegue a un centro de procesamiento de ICE, recibirá una máscara en la entrada.

**Uso**
- Los detenidos (das) pueden contactar al oficial de personal de su unidad cuando se necesiten reemplazar la máscara.

**Almacenamiento**
- El almacenamiento de máscaras para su reutilización por parte del usuario será posible si la máscara no está dañada, sucia ó inutilizable.

**Ponerse la máscara protectora**
- Asegúrese de que los elásticos estén bien colocados detrás de la oreja
- Asegúrese de que la máscara se ajuste a su cara y debajo de su barbilla

**Retiro y almacenamiento de mascarillas protectoras**
- Agarre los lazos inferiores y luego los superiores o elásticos y quitar
- Cuando no esté en uso, guarde la máscara en lugar que prevenga el daño, se moje o ensucie
- En un lugar que evite daños, se moje o ensucie

## Cómo usar una máscara



Úselo con el lado con color hacia afuera.  El lado blanco va hacia adentro.



Asegúrese de que cubra completamente la nariz y la boca

Asegure los elásticos sobre sus orejas





Use dos dedos para presionar el metal hacia abajo para ajustarlo a la forma de la nariz.

EXHIBIT C





## SYMPTOMS OF CORONAVIRUS DISEASE 2019

Patients with COVID-19 have experienced mild to severe respiratory illness.

Symptoms* can include

FEVER

COUGH

SHORTNESS OF BREATH

*Symptoms may appear 2-14 days after exposure.

Seek medical advice if you develop symptoms, and have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.

cdc.gov/COVID19-symptoms




## SÍNTOMAS DE LA ENFERMEDAD DEL CORONAVIRUS 2019

Los pacientes con COVID-19 han presentado enfermedad respiratoria de leve a grave.

Los síntomas* pueden incluir

FIEBRE

TOS

DIFICULTAD PARA RESPIRAR

*Los síntomas pueden aparecer de 2 a 14 días después de la exposición.

Consulte a un médico si presenta síntomas y ha estado en contacto cercano con una persona que se sepa que tiene COVID-19, o si usted vive o ha estado recientemente en un área en que haya propagación en curso del COVID-19.

cdc.gov/COVID19-es



## COVID-19 STOP THE SPREAD OF GERMS

Help prevent the spread of respiratory diseases like COVID-19.

For more info: www.cdc.gov/COVID19



## COVID-19 DETENGA LA PROPAGACIÓN DE LOS MICROBIOS

Ayude a prevenir la propagación de virus respiratorios como el nuevo COVID-19.

Para obtener más información: www.cdc.gov/COVID19-es



## COVID-19 阻止细菌传播

帮助预防呼吸道病毒如 COVID-19 的传播。

如需获取更多信息，请访问 www.cdc.gov/COVID19-c



# EXHIBIT D

## [LODGED CONDITIONALLY UNDER SEAL]

# EXHIBIT E

## [LODGED CONDITIONALLY UNDER SEAL]