UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 32**<br><br>Re: Dkt. Nos. 399, 406 |

The bail requests from the following detainees are denied without prejudice:

- Pedro Moises Narvaez
- Brandon Cerda Hidalgo

The bail request from Hamilton Garcia Martinez is deferred. Class counsel should submit further information, to which defendants may respond within 3 business days, regarding the facts underlying the arson conviction and any available arrest reports or court records.

The bail requests from the following detainees are granted:

- Cesar Eduardo Miranda
- Pablo Ramirez Benitez
- Sopheap Chhoeung
- Kevin Andrade Menjivar

Bail is subject to the standard conditions of release stated at Dkt. No. 369. Mr. Miranda's bail is subject to the further condition that he must participate in regular group sobriety meetings.

**IT IS SO ORDERED.**

Dated: July 1, 2020

VINCE CHHABRIA
United States District Judge