UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 33** |

　　　　The bail requests from the following detainees are granted:

- Abdiwelle Yousuf
- Presentacion Lopez Alvarenga
- That Xiong
- Walter Alexander Quijada-Alfaro

Bail is subject to the standard conditions of release stated at Dkt. No. 369.

　　**IT IS SO ORDERED.**

Dated: July 9, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge