UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 34**<br><br>Re: Dkt. Nos. 422, 427 |

Obed Mateo Virula's request for bail is denied without prejudice.

Sokha Khan's request for bail is granted. Bail is subject to the standard conditions of release stated at Dkt. No. 369.

**IT IS SO ORDERED.**

Dated: July 21, 2020

_____
VINCE CHHABRIA
United States District Judge