# ALEJANDRO FLORES BAÑUELOS
# SHORT-FORM BAIL APPLICATION

Alejandro Flores Bañuelos is a 39-year old long-term resident of the United States who presents a strong application for bail. *See* Dkt. 50 (setting forth standard for bail applications); Dkt. 361 (setting forth process for bail applications). *First*, Mr. Flores has significant medical vulnerabilities, including diabetes, high blood pressure, and recently-diagnosed heart issues. *Second*, he has been forthcoming about the mistakes he has made, and is committed to change. Mr. Flores has undergone significant rehabilitation and plans to continue to recover from substance use. *Finally*, Mr. Flores has a strong release plan and the support of a close-knit family; a long history in the United States and deep ties to his community (a community he has lived in for nearly two decades). Mr. Flores is seeking asylum, withholding of removal, and protection under the Convention against Torture in the United States due to threats he suffered in Mexico and continued threats and harm against his family members.

**1. Name:** Alejandro Flores Bañuelos

**2. Age:** 39

**3. Sex:** Male

**4. Primary language:** Spanish

**5. If there is a hearing, is an interpreter needed?** Yes

**6. Detained in** Mesa Verde Detention Facility

**7. Dorm unit:** C

**8. Date of bond hearing, if any:** June 5, 2020

**9. Outcome of bond hearing, if any:** Denied

**10. Length of time in detention:** Since May 19, 2020

**11. Medical condition(s) that put detainee at risk:**

Mr. Flores suffers from conditions that are identified by the Centers for Disease Control and Prevention as risk factors for severe COVID-19. As is reflected in his Mesa Verde medical records, he suffers from diabetes and high blood pressure, which he reports he was diagnosed with about five years ago. He is currently taking medication for diabetes.
Mr. Flores reports that he also suffers from heart issues, which he reports was recently diagnosed with at the Mesa Verde Detention Center. He previously had chest pain, however he believed the pain was associated with his diabetes. Since he was detained, he again felt chest pain about a month ago and doctors at Mesa Verde told him he has heart issues but are awaiting additional

testing. Mr. Flores reports that officials at Mesa Verde told him that they would take him to see a cardiologist but he has not yet been taken to see the cardiologist. Finally, he suffers from gout.

**12. Attorney name, phone, address and email:**

Richard Bambl
Bambl & Associates
204 E Oak Ave Ste 3
Visalia, CA 93291
(559) 734-5342
rbambl@yahoo.com

**13. Felony or misdemeanor convictions, including date and offense:**

Mr. Flores has four driving-related convictions and two other convictions:

- 6/17/04: Mr. Flores pled guilty to violations of Vehicle Code 23109(c), exhibition of speed, and Vehicle Code 12500(a), driving without a license. He was ordered to pay a fine and was unable to pay due to financial hardship. He was sentenced to 15 days in custody.

- 6/14/06: Mr. Flores pled nolo contendere to a violation of misdemeanor Penal Code 273.5(a), corporal injury on spouse or cohabitant. He was sentenced to 30 days in custody and 3 years of probation with a sentence suspended. Mr. Flores was later sentenced to additional time on a probation violation. This was due in part on his inability to pay a fine.
  At the time of Mr. Flores' conviction for inflicting injury on a spouse or cohabitant, he was in a volatile relationship. He regrets this incident greatly, and he never returned to his ex-spouse. He and his ex-spouse have a cordial relationship, and share children. Mr. Flores reports that he sees his three children in common regularly. Mr. Flores reports that his ex-wife was unfaithful and they had a lot of problems afterwards. On one occasion, a verbal dispute escalated, and he physically confronted her and then immediately left the house to de-escalate. This incident led to the conviction. The couple separated afterwards. He denies that there were other incidents of domestic violence.

- 7/12/06: Mr. Flores pled nolo contendere to a violation of Vehicle Code 23152, DUI. He was sentenced to 60 days in jail and 5 years of probation. Mr. Flores later sentenced to an additional 30 days on a probation violation.

- 2/1/07: Mr. Flores pled nolo contendere to a violation of Vehicle Code 12500(a), driving without a license. (He was charged with a violation of health and safety code 11377(a), possession of a controlled substance, which was dismissed due to insufficient evidence. According to the minutes, the lab results were returned negative as to a controlled substance.) He was sentenced to 18 days jail. He was also ordered to pay a fine which he was unable to pay. He was sentenced to 5 days in custody for failure to pay the fine.

Alejandro Flores Bañuelos

- 12/2/2013. Mr. Flores was convicted of 23152(b), DUI, and VC 14601.1(a), driving on a suspended license. He was sentenced to 15 days jail and 5 years probation.

- 2/28/2017. Mr. Flores was convicted of Penal code 136.1(b)(1), preventing/dissuading a witness, Penal Code 246.3(a), willful discharge of a firearm with gross negligence, and Penal Code 273A(a), child cruelty. He was sentenced to 440 days in jail and 4 years of probation.
    Mr. Flores was convicted in 2017 for discharging a weapon and child cruelty. The conviction resulted from Mr. Flores discharging a weapon outside his home, away from family members. He reports that about an hour before discharging the weapon, he had an argument with his partner, but he denied that there was any violence between them. He reports that he had no intention to harm anyone. He had acquired the weapon after his home was robbed twice, and despite his reporting to the police, the police were unable to find the perpetrators. No one was harmed during the incident. However, he was charged with child cruelty because his children were inside the house at the time. Mr. Flores regrets his actions and neither owns nor plans to own a firearm since. Following this conviction, Mr. Flores completed a 52-week parenting program at Alba Counseling Center.

**14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:**

- Mr. Flores has a pending misdemeanor charge for a violation of vehicle code Vehicle Code 23152(a), 23152(b), DUI, and vehicle code 12500(a), unlicensed driver. He is fighting this case and his next court date is on August 10, 2020.

- Mr. Flores also has a pending misdemeanor charge for a violation of health and safety code 11350, possession of a narcotic, VC23247(e) operating a vehicle without ID, and VC 14601.1(a), driving on a suspended license. He is also fighting this case and his next court date is on August 10, 2020.

**15. Scheduled removal date:**

N/A. He has an individual merits hearing scheduled for August 3, 2020. Mr. Flores was previously in removal proceedings in non-detained court. His immigration attorney reports that he has never missed an immigration court date and has appeared in San Francisco for each immigration court date.

**16. Family:**

Mr. Flores' immediate family lives in California. He is partnered with Maria de Los Angeles Moreno, who is also an agricultural worker. They have three children together, aged 4, 10 , and 12. Mr. Flores also has three children with his ex-spouse, and they are aged 13, 14, and 21.  He is a committed parent to his six children. Mr. Flores' mother lives nearby, in McFarland California.

Alejandro Flores Bañuelos

**17. Proposed custodian, including address and phone number, and description of proposed release residence:**

Upon release, Mr. Flores will live with his partner Maria de Los Angeles Moreno and children at ▇▇▇▇▇▇▇▇▇▇▇▇▇, Lindsay, California, 93247. Mr. Flores' partner describes him as a loving and committed father and partner. She is committed to help ensure that he obtains treatment for his alcohol use, and also that he complies with all orders of this Court and the immigration court as well as all of his probation obligations or requirements in connection with his pending criminal proceedings. Notably, Maddie Boyd from the San Francisco Public Defenders Office spoke to the Tulare Public Defenders Office, who confirmed that there is no order of protection or anything else that would interfere in Mr. Flores' return to the family home. Previously, he lived there after his 2017 conviction up to May of this year.

If Mr. Flores is released, his cousin Julián Ramirez Bañuelos will pick him up from the Bakersfield ICE office and transport him to his home. The home has sufficient space for him to quarantine for fourteen days. Ms. Moreno can be reached at ▇▇▇▇▇▇▇▇ and Mr. Ramirez Bañuelos can be reached at ▇▇▇▇▇▇▇▇.

As an alternative, Mr. Flores can live with their long-term family friend Maria de la Luz Magaña at ▇▇▇▇▇▇▇▇, Lindsay, California 93247. Ms. Magaña can be reached at ▇▇▇▇▇▇▇▇. If the Court prefers this sponsor and living arrangement, Mr. Flores is committed to complying with that Order.

**18. Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.):**

Mr. Flores has lived in McFarland, California since 2007. He has lived in the United States since 2001. He previously worked in the area as well.

**19. Employment history:**

Prior to his detention, Mr. Flores worked in agriculture since he arrived in the United States in 2001.

**20. Other information relevant to bail determination:**

Mr. Flores is a dedicated father to his six children, including one child from his former relationship who is disabled. His child was born with a split spine, requires a wheelchair, and has difficulty in school. One of his other children suffers from mental health issues and is currently seeing a psychologist.

He has not used drugs or alcohol since he was arrested in May 2020. In the past, Mr. Flores reports that he used alcohol when he was feeling depressed. He has completed 87 hours of substance abuse education and plans on continuing to maintain his sobriety and continue his recovery. If he is released, he plans on attending Alcoholics Anonymous classes and will work with his immigration attorney to find an outpatient program as well. Maddie Boyd established

Alejandro Flores Bañuelos

contact with Visalia Recovery Centers (559-636-4000), who will conduct an intake and assessment with him, and enter him into programming. Mr. Flores will also call the Tulare Substance Use Disorder (SUD) 24/7 Access Line at 1-866-732-4114, which will help refer him to services. Mr. Flores states that he is further motivated to stay sober due to his declining health. He will have the dedicated support of his partner as well as his mother, who are committed to help ensure his sobriety.

**21. Attached are (check all that are applicable, but this is not a substitute for answering the above questions):**

- Declaration from proposed sponsor, and partner and mother of his children, Maria de Los Angeles Moreno

All information in this application is accurate based on information and belief. This application was prepared using information obtained by an attorney at the San Francisco Office of the Public Defender, Maddie Boyd, who spoke with Mr. Flores, Mr. Flores's proposed custodian, the office of the Tulare Country Public Defender, and Mr. Flores' immigration counsel; and who reviewed Mr. Flores' rap sheet, and medical records from Mesa Verde as well as the criminal records. Class counsel also reviewed these records but did not have access to Mr. Flores' ICE arrest report (I-213).

Respectfully submitted,

*s/ Emilou MacLean*
Emilou MacLean

Alejandro Flores Bañuelos

**Declaration of Maria de los Angeles Moreno**

1. My name is Maria de los Angeles Moreno, I am the partner of Alejandro Flores Bañuelos. We have been together for about thirteen years.

2. In 2016, when Alejandro was arrested, we had an argument in the house, but Alejandro never threatened me or hit me at that time. He discharged a gun outside the house away from the family and the police came. I was in the house with the children when Alejandro discharged the gun. However, no one saw the gun, and he did not put the children in danger.

3. When I spoke to the police, I think the officer misinterpreted something Alejandro said as a threat when it was not a threat. I never told the police that Alejandro threatened me. He said, "Voy a terminar contigo," which meant "I am going to end the relationship with you." We were in a difficult period in our relationship and were considering breaking up. The officer interpreted that as him threatening me, but that was wrong.

4. I have never asked for a protection order. The police gave me a protection order that lasted 10 days but I did not ask for that and I have never wanted a protection order because Alejandro is not dangerous.

5. I am not afraid of Alejandro and I do not think he is a violent person. We have been in a relationship for thirteen years and he has been a loving partner and father to our children. Alejandro is a hard worker, and worked in agriculture. He was a manager for about a year a half and his work colleagues often had positive things to say about him and wanted to work with him again.

6. I only called the police one time about Alejandro – more than a decade ago, in 2009. At that time, Alejandro was trying to fix a car and became angry. I called the police because he was not controlling his anger. But that was a very long time ago and I have never felt unsafe in his presence since then. He has improved and knows when he gets upset that he needs to take space and walk away to calm down. We are able to work through our differences, though we have fights like any couple.

7. I know that Alejandro has had a problem with alcohol but he has worked hard to overcome his drinking problem, and I am committed to help make sure that he gets the help that he needs. He has already started by drinking less, and drinking less frequently. I am committed to help by making sure he is able to participate in both Alcoholics Anonymous programs and by following up, as soon as he is released, with the health resources that lawyers found for us, at Visalia Recovery Centers and at the Substance Use Disorder (SUD) 24/7 Access Line.

8. After Alejandro took parenting classes, he dedicated more time to me and our children. Every Sunday, we go out on walks together and we go to the park together. We also like to play games with the children at home. He also saves money to take us to the beach

during the summer and makes sure that our finances are available for all of the essentials for the children and the household.

9. Alejandro is on probation and cannot use alcohol or drugs. I do not drink alcohol or use any drugs and I am committed to helping Alejandro stay sober. I want to help him get treatment and continue to improve. I also want to help him because he has a lot of medical issues and I am worried about his heart problems. I want to help him continue to get medical treatment. I hope he will be released soon and returned to our family.

I declare, under penalty of perjury, that the foregoing is true and current.

/s/ Maria de los Angeles Moreno
Maria de los Angeles Moreno

## CERTIFICATE OF INTERPRETATION AND AFFIRMATION

I, Maddie Boyd, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages.

I further certify that on July 16, 2020, Maria de los Angeles Moreno related the above information to me in Spanish. I transcribed it in English. I further certify that I then read the foregoing to Maria de los Angeles Moreno in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

I further certify that Maria de los Angeles Moreno affirmed that the foregoing is true and correct. At the time I reviewed the foregoing declaration with Maria de los Angeles Moreno, it was not possible to get her signature because it would take too long for me to put it in the mail and await his signature as I live and work in Oakland, California and am currently working from home under Alameda County's shelter in place ordinance.

July 16, 2020                                        */s/ Maddie Boyd*
Oakland, CA                                          Maddie Boyd