UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 36** <br> Re: Dkt. Nos. 451, 453, 457 |

1. Alexander Labastida's bail request is moot.

2. The bail requests from the following detainees are denied without prejudice:

   - Alejandro Flores Bañuelos
   - Fernando Martinez-Ortiz
   - Alan Cabrera-Reyes

3. Zuoling Qiu's bail request is deferred. The plaintiffs should submit additional information regarding the details of Mr. Qiu's criminal course of conduct, and in particular should explain the factual basis for the dissuading a witness conviction and the criminal threats charge. The government may respond within 3 business days.

4. Martin Lopez Curiel's bail request is granted. Bail is subject to the standard conditions of release stated at Dkt. No. 369. Bail is also subject to the further condition that Mr. Lopez may not go to his wife's home.

**IT IS SO ORDERED.**

Dated: July 29, 2020

VINCE CHHABRIA
United States District Judge