UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 37** <br> Re: Dkt. Nos. 462-1 |

Gedber Morales Castillo's bail application is granted. Bail is subject to the standard conditions of release stated at Dkt. No. 369. Bail is also subject to the further condition that Mr. Morales Castillo must attend regular group sobriety meetings.

**IT IS SO ORDERED.**

Dated: July 31, 2020

VINCE CHHABRIA
United States District Judge