# JESUS ALBERTO AVILES URTIS
# SHORT-FORM BAIL APPLICATION

**SUMMARY:**

Jesus Alberto Aviles Urtis presents a strong application for bail. *See* Dkt. 90 (setting forth standard for bail applications); Dkt. 361 (setting forth process for bail applications). Mr. Aviles Urtis has strong family ties and a U.S. citizen child. He first entered the United States with his family fifteen years ago with a tourist visa. He entered as a child and was previously a DACA recipient. Mr. Aviles Urtis and his wife, Evelin De Santiago, were married in 2014 and their U.S. citizen daughter was born shortly after. Mr. Aviles Urtis and his wife spoke about the possibility of applying for his green card but had not taken the steps to file before tragedy struck. In an instance of extraordinarily bad judgment in 2017, Mr. Aviles Urtis drove after drinking and sought to flee from the police when they sought to pull him over. As a result, he got into a car accident which resulted in his wife being paralyzed. He was sentenced to five years in prison and served 24 months before his transfer to ICE custody. This is Mr. Aviles Urtis' only criminal conviction and one he greatly regrets for its devastating consequences. He has engaged in substantial rehabilitation and was released early from prison following extensive participation in Fire Camp for 18 months at the Sierra Conservation Center. He has demonstrated remorse for his crime and has engaged in deep reflection while incarcerated. He understands profoundly the harm he has caused and intends to do everything he can to make amends. Mr. Aviles Urtis has a strong release plan and the support of a close-knit family. He has a long history in the United States and seeks release so that he may support his loved ones. As a father of a six-year-old, and with strong family ties in the Los Angeles area, Mr. Aviles Urtis is not a flight risk.

1. **Name:** Jesus Alberto Aviles Urtis

2. **Age:** 29

3. **Sex:** Male

4. **Primary Language:** English

5. **If Hearing, Is An Interpreter Needed?** No

6. **Detained in Mesa Verde Detention Facility** _X__ **or Yuba County Jail** ___

7. **Dorm Unit:** A

8. **Date of Bond Hearing, If Any:** July 23, 2020

9. **Outcome of Bond Hearing, If Any:** Denied

10. **Length of Time in Detention:** June 18, 2020 (about 6 weeks).

11. **Medical Condition(s) That Put Detainee At Risk:** Mr. Aviles Urtis suffers from Stage 1 hypertension. The American Heart Association (AHA) and American College of Cardiology

Name: Jesus Alberto Aviles Urtis

1

(ACC) define Stage 1 hypertension as systolic readings of 130-139 mm Hg or diastolic mm Hg of 80-89. Mr. Aviles Urtis had blood pressure readings of 130/62 on June 19, 2020, according to Mesa Verde medical records.

12. **Attorney Name, Phone, Address and Email:**

Unrepresented in his immigration proceedings.

13. **Felony or Misdemeanor Convictions, Including Date and Offense:**

5/31/2017 - Cal. Veh. Code § 2800.3 (A) fleeing a pursuing peace officer's motor vehicle causing serious bodily injury and Cal. Veh. Code 23153 (A) DUI of an acholic beverage causing injury (five-year sentence for which he was released after two years).

Mr. Aviles Urtis was with his wife attending a car show, which was disbanded after a police officer arrived. Mr. Aviles Urtis was under the influence of alcohol at the time and acted impulsively when he tried to flee a police officer which resulted in a terrible car accident, leaving his wife paralyzed. Mr. Aviles Urtis has little memory of the car accident and spent a week in the Intensive Care Unit (ICU) because he suffered a head and neck injury.

Mr. Aviles Urtis reports that drinking negatively affected his judgment and deeply regrets the decision to drink, an action that is atypical of his behavior. He thinks about his decision every day and expects that will be true for the remainder of his life. He knows he is responsible for what happened to his wife.

Mr. Aviles Urtis was sentenced to five years in prison. While in prison, he worked for 18 months at the Sierra Conservation Center fighting fires. While working on the fire crew he was first stationed at Holton Conservation Camp #16, where he was quickly promoted to the front of the clearing group after three months because of his skills and precision at clearing brush in the line of fires, and worked this position until he ultimately became the first in line leading the group. He was then transferred to Villacito Conservation Camp #1, where a couple weeks after being transferred, the Captain saw that he was experienced and moved him to first in line. During his time at Fire Camp, Mr. Aviles Urtis was able to see his daughter each weekend, as his parents would bring her to visit him. Mr. Aviles Urtis also completed courses in parenting and criminal thinking. He was released from prison on parole after 24 months and transferred to immigration detention on June 18, 2020.

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:** None.

15. **Scheduled Removal Date, If Any:** None.

16. **Family:**

Mr. Aviles Urtis first entered the United States as a child with his family on June 10, 2005 with a B1/B2 tourist visa. Mr. Aviles Urtis and his wife, Evelin de Santiago, were married on April 5, 2014 and their U.S. citizen daughter was born shortly after on October 10, 2014. Mr. Aviles Urtis and his wife were residing together in Palmdale before the accident. Most of Mr. Aviles

Name: Jesus Alberto Aviles Urtis

2

Urtis's family reside near Los Angeles. His parents, sister, and brother all reside in Lancaster, CA. One brother lives in San Fernando and his other brother lives in Fillmore.

### 17. Proposed Custodian and Description of Proposed Release Residence:

If released, Mr. Aviles Urtis will reside with his parents Jesus and Lucero Aviles. Their address is ████████████████████████████, CA 93535. Mr. Aviles can be reached at ██████████. Mr. Mora-Fraga is prepared and willing to abide by all conditions of release ordered by this Court or ICE. Mr. Aviles Urtis will reside in his parents' home and have the support of his sister, brother and sister in-law, who all reside in the home if he is released on bail. The home has six bedrooms, one of which is specifically dedicated to Mr. Aviles Urtis where he will be able to quarantine safely and stay for an indefinite amount of time.

If released, Martiza Aviles Urtis, Mr. Aviles Urtis's sister will travel to Bakersfield to transport Mr. Aviles Urtis to his parent's home. She can be reached at ██████████.

### 18. Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):

Mr. Aviles Urtis' family moved to Lancaster, CA in 2019 as they could no longer afford the rent in Fillmore, CA due to Mr. Aviles Urtis' incarceration. As he was no longer working, he could not continue to contribute to their expenses. He will have the support of his parents, sister, brother and sister in-law who all reside in the same home. Lancaster is located about 15 minutes away from Palmdale, which will enable Mr. Aviles Urtis to see his daughter frequently.

### 19. Employment History:

Mr. Aviles Urtis has worked at Graciana's Tortilla Factory for the past 8 years before he was convicted in 2018. He is experienced in many different departments of the factory like shipping and packaging, but also in the main office supporting the administrative staff and working in accounts receivable.

### 20. Other Information Relevant to Bail Determination:

Jesus is a former DACA recipient, granted DACA status on July 16, 2013 after having entered the United States at the age of 12. After high school, Jesus simultaneously took college courses and completed training at the Angeles National Forest Explorer Academy in March of 2013. He sought to work as a firefighter but was unable to at the time because he was not a U.S. citizen.

Jesus and his wife were married on April 5, 2014 and their U.S. citizen daughter was born shortly after on October 10, 2014. Jesus and his wife spoke about the possibility of Jesus applying for his green card, and because of this Mr. Aviles Urtis did not renew his DACA in 2015.

Mr. Aviles Urtis acknowledges that his alcohol led him to make poor decisions that he gravely regrets. He respectfully requests the Court allow him to stay with his family in in Lancaster, California. Due to his detention in ICE custody, he has been separated from his daughter, leaving

Name: <u>Jesus Alberto Aviles Urtis</u>

his parents and wife to care for her since he has been detained. Mr. Aviles Urtis deeply regrets that his actions affected his family. He seeks release so that he may support his daughter. He is a dedicated father and speaks with his U.S. citizen daughter almost every day. When Mr. Aviles Urtis was stationed at fire camp near Los Angeles, he was able to see his daughter twice a week one the weekends where they spent time in the park, drawing, and playing games. Since being transferred to Mesa Verde in June, it has been incredibly difficult for him as he has not been able to see his daughter or communicate as frequently. To limit the trauma to his daughter, his mother has communicated to his daughter that Mr. Aviles Urtis is away working as a firefighter; she does not know he is in immigration detention. Mr. Aviles Urtis' parents have been sharing the responsibility of taking care of their granddaughter and picking her up from his wife's home so that his daughter can spend time with them while he is detained.

Mr. Aviles Urtis is committed to not drinking and will remain sober. Between 2017-2018, while he was out on bail and waiting for his court, he passed every drug and alcohol test that was administered as part of his bail conditions. He is willing to enroll in group treatment program so that he can receive support in his commitment to abstain from alcohol.

Mr. Aviles Urtis hopes that he can stay in the United States and continue to work as a firefighter for the state of California, which at the state level does not require him to be citizen. He is passionate about protecting California from forest fire damage and wants to become a paramedic as well so that he can help people by responding to other emergencies.

Mr. Aviles Urtis is concerned about the risk of COVID in detention, given the growing number of staff and detainees who have been infected in recent weeks.

21. **Attached are (check all that are applicable, but that is not a substitute for answering the above questions):**
- Declaration from wife
- Supporting letter from Fire Camp supervisor
- Supporting letter from in-law
- Rehabilitation certificates

All information in this application is accurate based on information and belief. This application was prepared using information obtained by Michaela Sanchez, an intern at the San Francisco Office of the Public Defender, under the supervision of attorney and class counsel Emilou MacLean. Ms. Sanchez who spoke with Mr. Aviles Urtis, as well as his wife, family and proposed custodian. Class counsel also reviewed Aviles Urtis' records and spoke with Mr. Aviles Urtis and his wife.

Respectfully submitted,

*/s/ Emilou MacLean*
Emilou MacLean

Name: <u>Jesus Alberto Aviles Urtis</u>

4

DECLARATION OF EVELIN DE SANTIAGO

I, Evelin De Santiago, do hereby declare:

1. My name is Evelin De Santiago. My address is ▮▮▮▮▮▮▮▮ Palmdale, CA 93552. Jesus and I have been married for six years and have known each other for nine years. Together we have one U.S. citizen child, A.N.A., who is 5 years old.

2. I am writing this declaration to give the court more information about Jesus and about our relationship.

3. Jesus and I met in 2011 and we were together for four years before we got married on April 5, 2014. Our daughter was born on October 10, 2014. Jesus and I had been married for three years before a car accident changed my life forever. Jesus and I were in a car leaving a car show. He had been drinking and we got into a horrible car accident which left me paralyzed.

4. Despite what happened, I believe that Jesus deserves to be released to have a second opportunity to be with his daughter. I am not in any way afraid that Jesus would hurt me or anyone else if he is released. I know that what happened was an accident and that his actions were not intentional. I also know that they were not representative of the person he is.

5. Jesus is ambitious and a hard worker. He is a good person and a really great dad. I know how much he loves our daughter, and how much she loves him. It has been particularly hard now that Jesus is in immigration detention, and the COVID pandemic has prevented any visitation, as she has not seen her father in a long time. When he is able to be with her, Jesus always makes sure that our daughter is cared for and spends a lot of time with her. I also know Jesus wants to make sure to do anything possible to support me and our daughter given the challenges I have now because of the accident.

6. I know that the car accident was not intentional. We all make mistakes, even if this was a particularly bad one. Had Jesus not been drinking that evening, I know he would not have made the decision to try and flee from the police officer. I know he regrets everything about that night and would give anything to have done things differently.

7. I know that it has been incredibly difficult for Jesus to be detained. It has also been very difficult for our daughter. Jesus deserves to be released because he has a clear mindset and he wants to make things better.

8. I forgive Jesus. I am also supporting him in his immigration case because I want him to remain in the United States and continue to have a strong role in our daughter's life. I ask the Court for his release.

I, Evelin De Santiago, declare under penalty of perjury that the foregoing is true and correct to the best of my recollection. I sign this from Palmdale, California.

Date: July 30, 2020                                      //s// *Evelin De Santiago*
                                                         Evelin De Santiago


CERTIFICATE OF AFFIRMATION

I, Michaela Sanchez, certify that I have read the foregoing to Evelin De Santiago and that she affirmed that the foregoing is true and correct. I have not been able to obtain a signature from Evelin De Santiago to comply with the shelter-in-place restrictions.

Date: July 30, 2020                                      //s// *Emilou MacLean*
                                                         Emilou MacLean

JUNE 12th, 2020

PHONE:    (818) 897-3740

FROM:    FIREFIGHTER SPECIALIST (FFS) RAND SIU
FIRE CREW SUPERVISOR
KARL HOLTON FIRE CAMP #16

The purpose of this letter is to introduce Mr. Urtis Aviles as a potential employee.

Mr. Aviles became a crewmember under my supervision in December 2019. He began his crew assignment as an Inmate Crew Fire Fighter and worked up to a 1st Saw Crew 16-4. His duties and responsibilities included the following: general wildland fire fighting, maintenance of fire tool apparatuses, maintaining fire call readiness, response to emergency calls, miscellaneous construction and concrete assignments.

As 1st Saw, Mr. Aviles was required to have knowledge of fire fighting tactics, fire fighting tools, and fire fighting safety equipment. Mr. Aviles was also required to maintain an acceptable level of physical fitness necessary for wildland fire fighting. Mr. Aviles worked all of the tool positions and became a proficient worker. He was a vital member of the crew assisting this Crew Supervisor on all brushfires daily grade projects.

Mr. Aviles accomplished all of his duties proficiently with diligence and enthusiasm. His motivation and professionalism shined during many major campaign fires and in every day work projects. In addition, he demonstrated initiative and teamwork while getting along exceptionally well with other crewmembers.

Mr. Aviles developed a positive working relationship with the Fire Dept. staff. He was always friendly and displayed a positive outlook. I believe he would be an asset to any working environment. If there should be a need for further information, please feel free to contact me at the above listed phone numbers.

Sincerely,

FFS R. Siu
Fire Crew Supervisor
L.A.Co. Fire Dept., Fire Camp #16

Escaneado con CamScanner

To whom it may concern:

My name is Jennifer Aviles, I am writing this letter of good moral character for Jesus Alberto Aviles. Whom, I have had the pleasure of knowing for over 7 years, since meeting my spouse and becoming part of their family.

In this time, I have found Jesus to be a kind, earnest, trustworthy, and hardworking man. Without a doubt, he is a person of very good moral character. I've witnessed him become a father. He adores his little girl as she adores him. He has always gone above and beyond to make sure his family was well taken care of. He worked from sunup to sun down ,sometimes 6-7 days a week, to make sure they had everything they needed. I've seen him at his lowest and I've seen him pick himself up back again. He's an optimist, he never gives up. He is a family man, and I can tell you that his family is suffering without him. His daughter is unaware of his fate but waits for him anxiously to come home. He was raised with the utmost values and morals. He is human and made a mistake. I can reassure you that he is remorseful for the mistake he made. He is a pillar to this family.

It's indisputable that his permanent removal will have serious negative repercussions on his daughter, his parents and on his siblings.

It is my sincere hope that you take this letter into consideration. I implore you to allow him to stay in the country, his family depends on him.

Sincerely,

Jennifer Aviles



*This Certificate is Awarded to*

JESUS A AVILES URTIS

*For the Successful Completion of*

S-190 Introduction to Fire Weather
COURSE NUMBER – COURSE NAME

CLASS # 5294

11/14/2018     11/29/2018
COURSE START and END DATES

Sierra Center Foresty Training
Host Unit

Jamestown, CA
Location   (City, State)

G. RIGGS, FIRE CAPTAIN
Lead Instructor Name (printed)

G. Riggs
Lead Instructor Signature

NFES 1272 PMS 921-1 (06/07)



Escaneado con CamScanner

# Certificate of Completion

## State of California
### Sierra Conservation Center

This Certificate is awarded to

**JESUS A AVILES URTIS**

upon successful completion of the prescribed course in the Forest Fire Training Program.

L. Patton  _____  11/29/2018  _____  G. RIGGS, FIRE CAPTAIN
Director of Forestry Training                    Date                                   Instructor of FFTP

Escaneado con CamScanner

# This Certificate is Awarded to

# Jesus Aviles

## For the Successful Completion of

**S-133, Look Up, Look Down, Look Around, Risk Management**

COURSE NUMBER – COURSE NAME

January 30, 2013

COURSE START and END DATES



Oscar Vargas

Lead Instructor Name (printed)

_____

Lead Instructor Signature

Angeles National Forest

Host Unit

**Little Tujunga Station**
**San Fernando, CA**

Location   (City, State)

# This Certificate is Awarded to

# Jesus Aviles

## For the Successful Completion of

**Angeles National Forest Explorer Academy # 19 (120 Hours)**

I-100, S-110, S-130, S-133, S-134, S-190, L-180, FEMA IS-700, Hazmat Awareness

COURSE NUMBER - COURSE NAME

March 08- March 31, 2013

COURSE START and END DATES

Host Unit: **Angeles National Forest**

Location: **Little Tujunga Station, San Fernando, CA** (City, State)



Lead Instructor Name (printed): **Oscar Vargas**

Lead Instructor Signature: *(signed)*

# Charles Maclay Middle School



This Diploma is awarded to

## Jesus Alberto H. Aviles

who has been found worthy in Character and Citizenship and has satisfactorily completed the Course of Study for grades Six-Seven-Eight as prescribed by the Los Angeles Unified School District

## Diploma

Given at Los Angeles, California, this thirtieth day of June, two thousand and five.

*José Huizar*
President, Board of Education

*Roy Romer*
Superintendent

*Karen O'Riley*
Principal

# San Fernando High School



This certifies that

## Jesus Alberto Aviles

has been found worthy in Character and Citizenship and has satisfactorily completed the Course of Study in accordance with the requirements for graduation of the Los Angeles Unified School District and is therefore awarded this

## Diploma

Given at Los Angeles, California, this thirtieth day of June, two thousand and nine.

*President, Board of Education*

*Superintendent*

*Principal*

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

## Office of Offender Services



**GEO Reentry Services**

**JESUS AVILES URTIS**

CDCR# BG4102

For completing

*CRIMINAL THINKING (OTHER)*

North Kern State Prison

*Wednesday, August 08, 2018*

A. Pacillas, CCIII

D. Gonzales, Program Director

Supervising Counselor

Counselor/Facilitator



# Parent Education

This is to certify that

__Jesus Aviles__

Has successfully completed the 16 week program on

__March 19, 2018__

_Therapist_

_Executive Director_