WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANGEL DE JESUS ZEPEDA RIVAS,
BRENDA RUBI RUIZ TOVAR,
LAWRENCE KURIA MWAURA, LUCIANO
GONZALO MENDOZA JERONIMO,
CORAIMA YARITZA SANCHEZ NUÑEZ,
JAVIER ALFARO, DUNG TUAN DANG,

               Petitioners-Plaintiffs,

      v.

DAVID JENNINGS, Acting Director of the
San Francisco Field Office of U.S.
Immigration and Customs Enforcement;
MATTHEW T. ALBENCE, Deputy Director
and Senior Official Performing the Duties of
the Director of the U.S. Immigration and
Customs Enforcement; U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT; GEO
GROUP, INC.; NATHAN ALLEN, Warden of
Mesa Verde Detention Facility,

               Respondents-Defendants.

Case No. 3:20-CV-02731-VC

**[PROPOSED] ORDER REGARDING
PETITIONERS-PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS RELATED TO MOTION FOR
TEMPORARY RESTRAINING ORDER**

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

THIS MATTER, having come before the Court on Plaintiffs' Administrative Motion to seal certain documents filed with their Motion for Temporary Restraining Order Regarding Testing and Cohorting Class Members ("TRO Motion"):

The Court finds that Plaintiffs have shown good cause and compelling reasons to support the filing under seal of the documents and portions of documents described herein.  Accordingly, it is ordered that the following documents shall be filed under seal and sealed from the public record:

1.  Plaintiffs' TRO Motion, with the redacted version lodged with the Court by Plaintiffs on August 4, 2020, filed in the public record;

2.  Exhibits A-G of the Declaration of Francisco Unger, filed in support of the TRO Motion ("Unger Declaration");

3.  Certain Exhibits of the Declaration of Emilou MacLean, filed in support of the TRO Motion ("MacLean Declaration"), as designated below.

| Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|
| Plaintiffs' TRO Motion | Highlighted portions referencing:<br>•  Portions of the TRO Motion that quote Exhibits A-G of the Unger Declaration.<br>•  Portions of the TRO motion that quote Exhibits A-M of the MacLean Declaration.<br>•  Portions of the TRO that identify class members who have tested positive or otherwise reveal sensitive health information. | Defendants have designated documents as confidential under the protective order.  Under Civil Local Rule 79-5(e), Defendants, as the designating parties, have four days to file an administrative motion explaining that the Produced Documents contain information that is sealable.<br><br>Private, sensitive health information, including positive COVID-19 test results. |
| Exhibits A-G of the Unger Declaration | Entire documents | Defendants have designated documents as confidential under the protective order.  Under Civil Local Rule 79-5(e), Defendants, as the designating parties, have four days to file an administrative motion explaining that the |

| | | Produced Documents contain information that is sealable. |
|---|---|---|
| Exhibit B of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit C of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit D of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit E of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit F of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit G of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit H of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit K of the MacLean Declaration | Portion of Document | Private, sensitive health information, including positive COVID-19 test results. |
| Exhibit L of the MacLean Declaration | Entire Document | Defendants have designated documents as confidential under the protective order.  Under Civil Local Rule 79-5(e), Defendants, as the designating parties, have four days to file an administrative motion explaining that the Produced Documents contain information that is sealable. |
| Exhibit M of the MacLean Declaration | Entire Document | Defendants have designated documents as confidential under the protective order.  Under Civil Local Rule 79-5(e), Defendants, as the designating parties, have four days to file an administrative motion explaining that the Produced Documents contain information that is sealable. |

IT IS SO ORDERED.


Dated this __ day of August 2020

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE