WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-CV-02731-VC <br><br><br> **DECLARATION OF SUSAN BEATY IN SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF SUSAN BEATY**
**ISO OF PLAINTIFFS' MOTION FOR TRO**
**CASE NO. 3:20-CV-02731-VC**

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

**DECLARATION OF SUSAN BEATY**

I, Susan Beaty, hereby declare and state as follows:

1. My name is Susan Beaty. I am employed by Centro Legal de la Raza ("Centro Legal") as an attorney in the Immigrants' Rights Project. Centro Legal represents a number of individuals detained at the Mesa Verde Detention Facility ("MVDF"), including Yao Xeng Saeturn ("Mr. Saeturn").

2. The facts stated in this declaration are true and of my own personal knowledge, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

3. Centro Legal has represented Mr. Saeturn in federal habeas proceedings and before ICE since April, 2020. Mr. Saeturn is 65 years-old, and suffers from a number of medical conditions which render him vulnerable to severe outcomes if he contracts COVID-19, including hypertension, cerebrovascular disease with significant functional limitations as a result of a prior stroke, and gout.

4. On Saturday, August 1, 2020, between 11am and 1pm, I spoke on the phone with the following individuals detained in Dorm C at MVDF: Gabriel Yucate-Camey ("Mr. Yucate-Camey"), Walter Cruz Zavala ("Mr. Cruz Zavala"), and Asif Qazi ("Mr. Qazi"). Later that same day, at 6pm, I had a follow up phone conversation with Mr. Qazi.

5. They each informed me that during the late evening on Friday, July 31, 2020, our client Mr. Saeturn was removed from the dormitory by medical staff. They informed me that after Mr. Saeturn was removed, a GEO official came into the dorm and announced that Mr. Saeturn had tested positive for COVID-19, and that the entire dorm is now under quarantine. They stated that, at the time of our calls, no one else in the dorm had been

1

tested for COVID-19, and GEO staff had not cleaned or sanitized the dorm.

6. Mr. Qazi reported that Mr. Saeturn had been showing symptoms consistent with COVID-19 for at least two days – including body ache, coughing, and extreme fatigue. Mr. Qazi said that he and other men in the dorm had informed GEO officers in the dorm about Mr. Saeturn's condition at least four times. Mr. Qazi said that facility staff told him multiple times that Mr. Saeturn "looked fine" and refused to give Mr. Saeturn treatment. Mr. Qazi said that Mr. Saeturn's symptoms became increasingly severe over the course of the day on Friday, July 31, until he was removed from the dorm.

7. Mr. Qazi also reported that dorm C has received several new transfers from criminal custody in the past week, and that none of the new transfers was quarantined prior to being placed in the dorm.

8. All three of the men I spoke with reported that the dorm is particularly unsanitary currently, because facility staff have not cleaned the bathrooms or other shared surfaces in over a week, since the majority of the men in the dorm began a labor strike to protest their conditions during the COVID-19 pandemic. All three of the men also reported that, due to the labor strike, facility staff had revoked access to the commissary this week, meaning that they will not be able to purchase additional hygiene supplies.

9. In the early afternoon on Saturday, August 1, our office called the front desk at Mesa Verde to inquire about Mr. Saeturn. My colleague Lisa Knox spoke with Lieutenant Vasquez, who confirmed that Mr. Saeturn was removed from the facility and taken to a nearby hospital. Lieutenant Vasquez would not disclose the name of the hospital or additional details about Mr. Saeturn's condition. My colleague Ms. Knox asked Lieutenant Vasquez for a call with Mr. Saeturn as soon as possible.

10. In an effort to locate our client, our office called at least six different hospitals in Bakersfield over the course of three hours. Shortly before 5pm, front desk staff at Mercy Hospital Downtown were able to confirm that an elderly man with Mr. Saeturn's date of birth was brought to the hospital by ICE officials from the Mesa Verde Detention Facility. A doctor who refused to disclose her name said that Mr. Saeturn was being admitted into the Emergency Room and that he was stable. Our office requested to speak with Mr. Saeturn directly. Hospital staff connected Ms. Knox to someone who identified himself as Mr. Saeturn's "guard". He told us that ICE was processing Mr. Saeturn for release, but that ICE would not allow anyone to speak with Mr. Saeturn until he was released from their custody.

11. On Sunday, August 2, Ms. Knox called Mercy Hospital. A nurse who did not name herself informed Ms. Knox that Mr. Saeturn had been moved to a different floor of the hospital, and that he was no longer in the emergency department. She permitted Ms. Knox to place a call to Mr. Saeturn's room. There was no answer. No further information regarding his condition was provided, other than the fact that he was "stable."

12. Later on August 2, Ms. Knox spoke with another nurse, who stated that Mr. Saeturn was ready to be discharged, but had been ordered discharged to ICE. Ms. Knox explained that Mr. Saeturn had been released from ICE custody. The nurse was able to locate and review Mr. Saeturn's release paperwork, and indicated he would be discharged from the hospital to his family on August 3.

13. On Monday, August 3, 2020, Ms. Knox spoke with ERO Deportation Officer Tamara Maldonado. She stated that she had been "called in" to process Mr. Saeturn's release on August 1, but stated she did not know the reasons for his release. At approximately 1pm

3

on August 3, 2020, Ms. Knox received a call from Mr. Saeturn who confirmed he had been discharged from the hospital.

14. At around 1pm on August 3, I received a phone call from an individual detained in Dorm B, Israel Parra ("Mr. Parra"). He reported that his friend had come back from the medical unit, where he was told that several of the coronavirus tests had come back with positive results, but that there were not enough medical segregation cells available to quarantine people.

15. Several hours later, around 5pm, I received another call from Mr. Parra. He informed me that he and four other people in Dorm B were told by Mesa Verde staff that they tested positive for COVID-19. He said that two of the five were moved into solitary confinement cells, and the other three were moved to the intake cells near the entrance of the facility. He said he was in one of the intake cells, which had just a bench and a toilet, but no bed. He reported that he had a headache and was having trouble breathing, and that he was worried for his health because he has diabetes. He said that he had not spoken with any medical staff or received any medical treatment since he was removed from the dorm. He said he believed that none of the other four people with confirmed COVID-19 cases had received treatment, either.

16. Also on August 3, between 2pm and 4pm, I received calls from Mr. Yacute Camey, Mr. Cruz Zavala, and Mr. Qazi from Dorm C. All three men confirmed that they had not received any updates or information from GEO or ICE personnel regarding COVID-19 at Mesa Verde. They confirmed that despite numerous requests to GEO staff, no one in dorm C had been tested for COVID-19 as of the time of our calls. They confirmed that GEO staff had still not cleaned or sanitized any part of their dormitory, nor provided

4

them any additional cleaning supplies, leaving detained people to clean bathrooms and shared surfaces with soap and shampoo purchased from the commissary. Mr. Yacute Camey and Mr. Cruz Zavala reported that around a dozen men in Dorm C are currently sick, with symptoms like headaches, chills, and sore throats.

17. Just after 7pm on August 3, Mr. Parra called me again and shared that about 20 minutes before his call, guards came through and covered up the tiny window in his cell door (and did the same in the other solitary cells). He said he then heard sirens, and saw firefighters enter the building, and then leave with a man on a stretcher. The man had an oxygen mask on his face. Mr. Parra believes the man had been in Dorm B and was brought down from a medical isolation cell.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of August, 2020 in Berkeley, California.

s/ Susan Beaty
Susan Beaty

Declarant

5