## ANTONIO GONZALEZ AGATON SHORT-FORM BAIL APPLICATION

**SUMMARY:**

Antonio Gonzalez Agaton presents a strong application for bail. *See* Dkt. 50 (setting forth standard for bail applications); Dkt. 361 (setting forth process for bail applications).

*First*, "the risk posed to [Mr. Gonzalez Agaton] by current conditions at the facilities," *see* Dkt. 361, is extraordinarily high. Mr. Gonzalez Agaton is 68 years old and suffers from hypertension. His advanced age, hypertension and other chronic medical conditions put him at high risk of severe illness or death if he contracts COVID-19. *See, i.e.*, Dkt. 122 at 2 (listing hypertension as risk factor for serious cases of COVID-19). Mr. Gonzalez Agaton's dorm was placed on lockdown after an individual was hospitalized following a positive COVID-19 test. He is currently suffering from a headache and body aches, symptoms consistent with COVID-19. To counsel's knowledge, he has not yet received a test for COVID-19. Nor has anyone else from Dorm C been offered a test, to class counsel's knowledge, despite Defendants asserting that they had recommended one be offered in light of the exposure of class members to COVID-19.

*Second*, Mr. Gonzalez Agaton does not present a danger to the community. Although he was convicted of domestic violence against his former (now deceased) partner, his daughter and current partner attest that he is a peaceful person who has reformed his behavior since his unhealthy relationship with his ex-partner ended.

*Third*, Mr. Gonzalez Agaton has accrued substantial equities in the United States in his two-plus decades of working in the fields of California's Central Valley. He enjoys the love and support of his partner and U.S. citizen daughter, and he has every incentive to appear for any proceedings in the future.[1]

1. **Name:** Antonio Gonzalez Agaton

2. **Age:**   68

3. **Sex:**   Male

4. **Primary Language:**  Spanish

5. **If Hearing, Is An Interpreter Needed?**  Yes

6. **Detained:**  Mesa Verde Detention Facility

7. **Dorm Unit:** C

---

[1] Please note that although class counsel believe that Mr. Gonzalez Agaton meets the criteria for a strong bail application pursuant to the Court's order at Dkt. 361, this position should not be construed as class counsel's position regarding the relative strengths or weaknesses of remaining class members, for many of whom the government has produced no documents and whose applications class counsel continues to actively investigate.

**8. Date of Bond Hearing, If Any:** 3/17/2020

**9. Outcome of Bond Hearing, If Any:**

On March 17, 2020, an Immigration Judge denied Mr. Gonzalez Agaton release on bond.

**10. Length of Time in Detention:** 6 months

**11. Medical Condition(s) That Put Detainee At Risk:**

Mr. Gonzalez Agaton is a 68 year-old man. His age alone puts him at high risk of severe illness from COVID-19, according to the CDC. The CDC states that the most significant risk of harm is for those 65 years old or older. CDC, *Laboratory-Confirmed COVID-19-Associated Hospitalizations* (last Updated July 25, 2020), at: https://gis.cdc.gov/grasp/COVIDNet/COVID19_3.html (last visited Aug. 4, 2020) (hospitalization risks increased from 85.5 per 100,000 for 18-49 year-olds to 196.3 per 100,000 for 50-64 year-olds to per 100,000 for those over 65); CDC, *Provisional COVID-19 Death Counts by Sex, Age, and State*, https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Sex-Age-and-S/9bhg-hcku (last visited Aug. 4 2020).

In addition, he suffers from osteoarthritis other chronic medical conditions that compound his existing level of risk. Mr. Gonzalez Agaton has been diagnosed with hypertension. Hypertension is recognized by the Centers for Disease Control and Prevention (CDC) and in various studies as a comorbidity which increases the risk of severe COVID-19. The CDC's "Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease"[2] identified hypertension as among the "risk factors for severe illness," [3] identifying that case fatality was seven times higher for individuals with hypertension than for those with no underlying medical conditions.[4] Aside from recognizing increased case fatality, the CDC notes that hypertension has been associated with increased illness severity and adverse outcomes: less than 0.9% case fatality for those without underlying medical conditions and 6% case fatality for hypertension (the same rate as for chronic respiratory disease and cancer).

Mr. Gonzalez Agaton also reports suffering from kidney disease and respiratory issues including shortness of breath and chest pain, which are corroborated in the Defendants' disclosures.

---

[2] *See e.g.*, Lei Fang et al., "Are Patients with Hypertension and Diabetes Mellitus at Increased Risk for COVID-19 Infection?" The Lancet, Mar. 11, 2020 at https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30116-8/fulltext; Fei Zhou et al., "Clinical Course and Risk Factors for Mortality of Adult Inpatients with COVID-19 in Wuhan, China: A Retrospective Cohort Study," The Lancet, Vol. 395, Issue 10229, Mar. 28-Apr. 3, 2020, at https://www.sciencedirect.com/science/article/pii/S0140673620305663 ("Comorbidities were present in nearly half of patients [hospitalized with a severe form of COVID-19], with hypertension being the most common comorbidity").

[3] https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html.

[4] *Id.* (citing Novel Coronavirus Pneumonia Emergency Response Epidemiology T. [The epidemiological characteristics of an outbreak of 2019 novel coronavirus diseases (COVID-19) in China]. Zhonghua Liu Xing Bing Xue Za Zhi. 2020;41(2):145-151.).

According to his Mesa Verde medical records, Mr. Gonzalez Agaton previously presented to medical staff with a headache and fever (100.5). He has never been tested for COVID-19.

On August 3, 2020, Plaintiffs' counsel was informed by Defendants that an individual in Mr. Gonzalez Agaton's dorm (Dorm C) had tested positive for COVID-19. The individual was hospitalized due to the severity of his symptoms. The dorm was placed on lockdown. Mr. Gonzalez Agaton reports that he is currently experiencing body aches and a headache. It is unknown whether testing has been or will be provided to individuals in his dorm but had not been provided at least by the evening of August 3, 2020, by Mr. Gonzalez Agaton's account.

### 12. <u>Attorney Name, Phone, Address and Email:</u>

For purposes of parole and bail only, Mr. Gonzalez Agaton is represented by:

>Lisa Knox
>Centro Legal de la Raza
>3400 E. 12th Street, Oakland, CA 94103
>lknox@centrolegal.org
>████████████

### 13. <u>Felony or Misdemeanor Convictions, Including Date and Offense:</u>

The following is based on counsel's review of the rap sheet provided by Defendants.

Mr. Gonzalez Agaton has two DUI convictions:

- 07/01/2004 – Misdemeanor VC 12500 (A) Drive w/o License, VC 20002(A) Hit and Run w/ Property Damage, and VC 23152 (B) DUI (Case No. FF091340). 15 days' jail.
- 08/19/2007 –VC 23153(b), DUI causing bodily injury and VC 20001(a)/(b)(1), hit and run resulting in injury or death. (Case No. FF722004). 16 months' confinement. 3 years' parole.

Mr. Gonzalez Agaton also has one conviction for driving without a license and another for an unknown misdemeanor which class counsel has not been able to identify.

- 04/06/2001 – Unknown misdemeanor conviction. (Case No. FF194572). Probation violation on 12/14/2006.
- 09/01/2016 - VC 12500(a) Driving without a license. (Case No. F1554278). 2 years' probation. 6 days' jail.

Mr. Gonzalez Agaton has one drug-related conviction for which he was granted probation and served no jail time:

- 01/03/2007 – Misdemeanor HS 11377 (A) Possession of Controlled Substance. (Case No. FF618550). 2 years' probation.

Name: Antonio Gonzalez Agaton

Mr. Gonzalez Agaton has various convictions related to an unhealthy relationship with his former wife, in which, by various accounts, the two had frequent verbal arguments which at times turned physical.

- 07/14/2005 – Misdemeanor PC 242-243(E) battery. (Case No. 05036863). 3 years' probation. Imposition of sentence suspended. 10 days' jail.

- 12/14/2006 – Misdemeanor PC 273.5 (A) Inflict Corporal Injury on Spouse/Cohabitant. (Case No. FF616393). 3 years' probation; 60 days' jail.

- 06/20/2012 – Felony PC 273.5, Inflict corporal injury on spouse/cohabitant. (Case No. F1241883). Sentence unknown.

- 6/28/2012 - Misdemeanor PC 273.5 (A) - Inflict Corporal Injury on Spouse/Cohabitant. (Case No. FF090118). 3 years' probation. Imposition of sentence suspended. 1 year jail, work program.

- 02/11/2013 – Felony PC 236/237 False Imprisonment & Misdemeanor PC 273.6 (B) Violation of Protective Order. (Case No. F1243982). 3 years' prison.

Mr. Gonzalez Agaton has one 11/21/2017 misdemeanor conviction for PC 273.6 (A), violation of a protective order. (Case No. F1765624). Court records indicate that the underlying factual predicate for this offense was an attempt to contact his sons (not his ex-partner).

*Rehabilitation from Alcohol Abuse*
Mr. Gonzalez Agaton has taken responsibility for his past issues with alcohol, which led him to drink and drive. In 2007, Mr. Gonzalez Agaton realized that he was putting himself and others in danger because of his alcohol use. He stopped using alcohol completely and has maintained his sobriety for over 13 years.

*Troubled Relationship with Former Partner, T.G.*
Mr. Gonzalez Agaton admits that he had a troubled relationship with his former partner, T.G.. They argued often, and at times their verbal fights became physical. When their daughter was little, Mr. Gonzalez Agaton and T.G. separated. He remained living close by to economically support and maintain a relationship with his children. Unfortunately, their relationship did not improve. Notably, these issues have not surfaced in any other romantic relationship, and Mr. Gonzalez Agaton has successfully completed courses on family violence prevention.

In 2017, Mr. Gonzalez Agaton learned that T.G. had passed away. After her passing, the family court awarded him sole custody of their young daughter. After his wife's death, Mr. Gonzalez Agaton learned that his former wife physically abused his daughter when he was not present. She felt scared of her mother, and confused at her unexpected outbursts. Y.G. describes that her life improved significantly when she moved in with her dad. He has worked hard as a single parent to provide for her.

*Healthy and Lasting Relationship with Current Partner, Ms. Sanchez*
Before his relationship with T.G., Mr. Gonzalez Agaton had a loving and peaceful relationship with Ms. Victorina Sanchez. They had two sons together, born in 1981 and 1983. After 14 years together, they separated amicably. He paid child support and maintained a positive relationship with his sons (one of whom has unfortunately passed away; the other of whom lives in Mexico).

Name: Antonio Gonzalez Agaton

*See* attached Letter of Support. After the death of T.G., Mr. Gonzalez Agaton rekindled his relationship with Ms. Sanchez, and she offered to help him raise his daughter. Mr. Gonzalez Agaton and Ms. Sanchez have a healthy and mutually caring relationship. Neither she, nor his daughter, have ever seen him be violent with anyone. She describes him as a "very loving and calm" man who has provided a good life for their family.

14. **Pending Criminal Charges and Outstanding Warrants, Including Jurisdiction and Offense:** None

15. **Scheduled Removal Date, If Any:** None. Mr. Gonzalez Agaton was ordered removed by the Immigration Judge on April 16, 2020. He has an appeal pending with the Board of Immigration Appeals (BIA).

16. **Family:**
    - Y.G. – 13 year old U.S. citizen daughter
    - Victorina Sanchez (Partner)
    - Anthony and Christian Agaton – adult U.S. Citizen sons

17. **Proposed Custodian and Description of Proposed Release Residence:**

    - Upon release, Mr. Gonzalez Agaton will return to the home where he previously resided with his partner Victorina Sanchez and his daughter Y.G. at ████ ████████████, San Martin, CA 95046. Ms. Sanchez can be reached at 408-722-████.
    - Ms. Sanchez and the family will provide housing and financial support for Mr. Gonzalez Agaton. The family's home is sufficient to allow Mr. Gonzalez Agaton to quarantine for 14 days, maintain social distancing, and abide by any conditions the Court may impose. Ms. Sanchez will take all steps she can to ensure Mr. Gonzalez Agaton complies with the Court or ICE's conditions of release.
    - Mr. Gonzalez Agaton successfully completed his last term of probation in 2019, and does not have any court-ordered restrictions on his place of residence.

18. **Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.):**

    - Mr. Gonzalez Agaton has lived in Santa Clara County for almost 20 years. He has been employed as an agricultural field laborer his entire work life in the U.S.
    - Currently, his daughter Y.G. lives at the proposed residence with his partner, Victorina, who cares for Y.G. Y.G. has no other relatives who would care for her, as her mother is deceased, and Mr. Gonzalez Agaton was her sole source of financial support prior to his detention.

19. **Employment History:**
    1999-2019:    Agricultural laborer

**20. <u>Other Information Relevant to Bail Determination:</u>**

- Since T.G.'s death in 2017, Y.G. has resided with Mr. Gonzalez Agaton and his partner. Mr. Gonzalez Agaton always provided financially for Y.G., but since 2017 has been the sole financial provider for his daughter and supported her psychologically, emotionally, academically and morally. Since Mr. Gonzalez Agaton's detention, his daughter and his partner have struggled without any source of income. Their financial picture has compounded the stress experienced by his daughter, which is reflected in concern expressed by staff at her school.
- Mr. Gonzalez Agaton also reports that Y.G. has experienced depression, which he believes his current detention has exacerbated. Y.G. relocated from Florida to California after Ms. Garcia's death, and so has no support system apart from Mr. Gonzalez Agaton and his partner.
- Mr. Gonzalez Agaton fears he will be harmed or killed in his home country of Mexico by a criminal gang that murdered several of his family members. Pro se, Mr. Gonzalez Agaton applied for asylum, withholding of removal and relief under the Convention Against Torture. On April 16, 2020, an Immigration Judge denied his application for relief. Mr. Gonzalez Agaton has submitted a Notice of Appeal and intends to appeal that decision with the assistance of counsel.

**21. <u>Attached are (check all that are applicable, but that is not a substitute for answering the above questions):</u>**
- County of Santa Clara, Department of Family & Children's Services Certificates of Completion for Parenting Classes
- County of Santa Clara, Probation Department Letter, dated May 27, 2020, indicating his successful completion of probation in compliance with all terms and conditions
- Morgan Hill Unified School District, Letter from Education Specialist Cortney Brooks
- Sentencing Alternatives Program Attendance Log
- Letter of Support from Victorina Sanchez
- Photos of Mr. Gonzalez Agaton with Y.G. and his partner, Victorina

This application was prepared with information provided by counsel Lisa Knox, who represents Mr. Gonzalez Agaton for purposes of this bail application. In preparing this application, class counsel also reviewed the Mesa Verde medical records, the rap sheet, a limited set of criminal court documents, and the Form I-213 (DHS arrest report). Class counsel did not have access to complete police reports or immigration court documents for Mr. Gonzalez Agaton, who proceeded in immigration courts on a pro se basis. The foregoing is accurate based on information and belief.

Respectfully submitted,

*/s/ Genna Ellis Beier*
Genna Ellis Beier

Name: Antonio Gonzalez Agaton









# Parenting Without Violence Program

A Sixteen Week Program for Individuals Who Wish to Better Understand the Art of
Parenting With a Commitment to Accountability, Respect and Empowerment

## CERTIFICATE OF ATTENDANCE

*Antonio Agaton*

This certificate verifies that recipient has successfully met the requirements of this program.

*Participant Completed 15 out of 16 classes*

Santa Clara County
Social Services Agency
Department of Family and Children's Services

Baltimore Tamayo, LCSW          06-16-17

Facilitator                     Date

Baltimore Tamayo, LCSW

     

## County of Santa Clara

**Probation Department**
Adult Division - So. County
17275 Butterfield Blvd
Morgan Hill, CA 95037
(408) 201-0600



05/27/2020

Antonio Agaton Gonzalez
12510 Foothill Ave
San Martin, CA 95046

RE: Docket F1765624
PFN: DQL410    D.O.B.: █████

This letter of verification is being written and provided to you at your request. Our records show:

[X]     You were placed on probation on 11/21/2017. Probation was terminated on 04/09/2019.
         Count 1: PC273.6(A) - violation of protective order [M]

[]      You were incarcerated from   to .

[X]     You successfully completed   on 4/9/19.

[]      Your release date was .

[]      You have been tested   times during the past   with (results) .

[X]     Other: The defendant successfully completed his Probation and was in compliance with all terms and conditions.

Should you need any further assistance please feel free to contact this office.

Respectfully,

 J. Campos P705

Jessica Campos
Deputy Probation Officer

cc: file

San Martin Environmental Science Academy Middle School



Cortney Brooks

█████████████
San Martin, CA 95046
RE: ANTONIO AGATON

To Whom It May Concern:

**This letter is written with the permission of Antonio Agaton, father of Yesenia Agaton Garcia.**

Yesenia Agaton Garcia is currently an 8th grader at San Martin Gwinn K-8 school in San Martin, California. I am Yesenia's case manager, who coordinates and supports her Individualized Education Plan (IEP). Yesenia receives Special Education Services for a Specific Learning Disability in Auditory Processing, Visual Processing, and deficits in Cognitive Processes, including association and memory. It is of utmost importance that Yesenia's legal guardian, her father, continue to be involved and present to support Yesenia's critical academic plan and progress in her education. An IEP is a legal document, a document regulated by not only law, but also the Department of Education and only Yesenia's legal guardian, her father, may approve and authorize any elements contained within it.

In the last two years, as a student in the San Martin Gwinn Middle School Resource Specialist Program, Yesenia has made tremendous growth in the essential academic areas of mathematics, reading comprehension, and written expression. These successes were built upon a collaboration of both school and home, reliant upon the support given by Yesenia's father as her sole caregiver and upon the specialized academic instruction provided at school. With Yesenia's father hundreds of miles away, unobtainable, her crucial home support has disappeared. And now, In this unprecedented time of school closures, Yesenia has had her educational support disrupted, as well.

Yesenia Agaton Garcia is a shy, kind, soft hearted young adolescent. She is dedicated and resilient, but she is not meant to be alone in this world. Yesenia's mother was critically ill for Yesenia's entire childhood and passed away when Yesenia was only nine years old. Since 2016, for the last 4 years, Antonio Agaton, her father, has been Yesenia's entire family support. He is all the family Yesenia has left to care for her.

I implore you, on behalf of Antonio Agaton, as a father supporting a child with a disability, to allow him to continue providing support to his daughter. I beseech you, on behalf of Yesenia Agaton Garcia, to allow the only adult family member she has left, her father, to return to his crucial role as sole caregiver. Yesenia Agaton Garcia, a thirteen year old who has already had to endure behemoth obstacles in her young life, is praying each and every night that there is a chance her family of two may be reunited. As Yesenia's case manager and teacher, I appeal to any and all that have the power to answer those prayers. Please consider for Antonio Agaton an opportunity of grace. Please allow Yesenia to have her foundation again, to have her father come home. Her entire life depends upon it.

Cortney Brooks
Education Specialist
Resource Program Case Manager
Morgan Hill Unified School District
559.630.2442
brooksc@mhusd.org

     



## Sentencing Alternatives Program, Inc.

1755 N. First St., Suite 101 • San Jose, Ca 95112
(408) 944-9046 • Fax (408) 944-0652
www.sapsj.com

DATE 7/17/2018    LOG NO. 19A 20209

CLIENT Gonzalez, Antonio Agaton

HOURS REQ. 20   COMPLETION DATE 8/24/2018

TYPE OF WORK Aide    PLC. NO. 1

CASEWORKER Grisel Orozco

AGENCY Goodwill Of Silicon Valley

ADDRESS 17630 Monterey Road

CITY, ST., ZIP Morgan Hill, Ca 95037-3612

SUPERVISOR Jossan Torales

PHONE (408) 778-3253

### Community Service Time Sheet

- Credit for any hours worked cannot be given to the client if the signed time sheet is not returned.

- We suggest that a work schedule and job duties be well defined and agreed upon.

- If the client does not contact you within 30 days, please return all three copies.

| Date | Time In | Time Out | Hours Worked | Supv's Initials | Date | Time In | Time Out | Hours Worked | Supv's Initials |
|------|---------|----------|--------------|-----------------|------|---------|----------|--------------|-----------------|
| 7/25 | 4:00 | 6:00 | 2:00 | JT | 8/28/18 | 4:45 | 7:00pm | 2:15 | |
| 7/28 | 4:00 | 7:00 | 3:00 | T | | | | | |
| 8/3 | 3:50 | 7:00 | 3:10 | TS | | | | | |
| 8/15 | 3:00 | 7:00 | 4:00 | TS | | | | | |
| 8/17 | 4:00 | 7:00 | 3:00 | TJ | | | | | |
| 8/18 | 4:00 | 7:00 | 3:00 | TS | | | | | |
| 10/22 | 1:30 | 3:30 | 2 hrs | WB | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | Total | 18.10 20.10 WS | | | | Total | 2'15pm | | |

**Upon completion of hours** – Please sign, have client sign and return the white copy of the time sheet to SAP. Give client the yellow copy and keep the pink copy for your records. It is important that you keep the pink copy. If client does not finish his assignment, please sign time sheet, keep the pink copy and return the white and yellow copies to SAP. Thank you.

Total hours completed 18.10   Date 8/28/18

Type of work CLEAN & ORGANIZE

Comments regarding this client N/A

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Client's Signature antonio A gons

Executed on _____ In _____
     Date          City, State

Supervisor's Signature

# Sentencing Alternatives Program, Inc.
### 1755 N. First St., Suite 101 • San Jose, Ca 95112
### (408) 944-9046 • Fax (408) 944-0652
### www.sapsj.com

DATE _7/17/2018_ LOG NO _19A 20209_

CLIENT _Gonzalez, Antonio Agaton_

HOURS REQ. _20_ COMPLETION DATE _8/24/2018_

TYPE OF WORK _Aide_ PLC. NO. _1_

CASEWORKER · Grisel Orozco

AGENCY _Goodwill Of Silicon Valley_

ADDRESS _17630 Monterey Road_

CITY, ST., ZIP _Morgan Hill, Ca 95037-3612_

SUPERVISOR _Jossan Torales_

PHONE _(408) 778-3253_

## Community Service Time Sheet

- Credit for any hours worked cannot be given to the client if the signed time sheet is not returned.
- We suggest that a work schedule and job duties be well defined and agreed upon.
- If the client does not contact you within 30 days, please return all three copies.

| Date | Time In | Time Out | Hours Worked | Supv's Initials | Date | Time In | Time Out | Hours Worked | Supv's Initials |
|------|---------|----------|--------------|-----------------|------|---------|----------|--------------|-----------------|
| 7/25 | 4:00 | 6:00 | 2:00 | JT | 8/29/18 | 4:45 | 7:00pm | 2.15 | |
| 7/28 | 4:00 | 7:00 | 3:00 | 8 | | | | | |
| 8/3 | 3:50 | 7:00 | 3:10 | TS | | | | | |
| 8/15 | 3:00 | 7:00 | 4:00 | TS | | | | | |
| 8/17 | 4:00 | 7:00 | 3:00 | TJ | | | | | |
| 8/18 | 4:00 | 7:00 | 3:00 | TS | | | | | |
| 10/22 | 1:30 | 3:30 | 2 hrs | WB | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | Total 18.10 20.10 WS | | | | Total 2:15pm | | |

**Upon completion of hours** – Please sign, have client sign and return the white copy of the time sheet to SAP. Give client the yellow copy and keep the pink copy for your records. It is important that you keep the pink copy. If client does not finish his assignment, please sign time sheet, keep the pink copy and return the white and yellow copies to SAP.   Thank you.

Total hours completed _18.10_ Date _8/28/18_

Type of work _CLEAN & ORGANIZE_

Comments regarding this client _N/A_

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Client's Signature _antonio A gens_

Executed on _____ In _____
Date              City, State

Supervisor's Signature _____

February 24, 2020

Honorable Judge,

My name is Victorina Sanchez. I was born on ███████████████. I live at ████████████████, San Martin, CA 95046.

Through this letter I am extending my support to Antonio Agaton Gonzalez, my partner, who is currently detained at the Mesa Verde Detention Facility in Bakersfield, CA.

I met Antonio when I was about 24 years old. He was a very friendly and loving person. We fell in love and had two sons together: Antonio Agaton Sanchez, born on ███████████, and Francisco Agaton Sanchez, born on ████████████. Antonio always worked very hard to provide a good life for us. He was always a wonderful partner and father and he never mistreated me or his children. After about 14 years together, Antonio and I separated. We had grown apart and were no longer in love. We were not angry at each other and it was a peaceful separation.

Antonio Jr. was about 11 years old and Francisco was about 9 years old when Antonio and I broke up. Antonio continued to work hard and sent me money to support our sons. He maintained a good relationship with our children and came to visit them and spend time with them often. My sons loved their father and had a good relationship with him.

When Francisco was about 16 years old, there was an accident at his school and he passed away. Antonio was extremely sad and heartbroken when I told him what happened. We had been separated for some time, and he had already started a new life with someone else, but he was still close with our children. The loss of our son was tragic and continues to affect me every day.

My older son, Antonio Jr., currently lives in Mexico. We do not see each other often but I know that he has made a life for himself in Mexico and is happy. Antonio and Antonio Jr. talk frequently and have a very good relationship.

Antonio and I were separated for many many years. I heard about his relationship with ██████ but I did not know her personally. I have learned about ██████ from my step daughter ██████. ██████ shows me pictures of her mom and tells me stories about her. ██████ has told me that her mom had a lot of problems, drank a lot, and was a very angry person. ██████ has also told me that ██████ was a very hurtful and often yelled at and hit ██████ when she was mad. It seems that life with ██████ was very unhealthy and ██████ appears to be much happier now she lives with her father.

When ██████ passed away, Antonio's sisters called me and told me that Antonio needed help caring for his daughter. I was living in Florida at the time and had not seen Antonio in years but I felt bad for him and I knew how hard it could be as a single parent. I contacted Antonio and asked him if he wanted me to come help him with ██████. He said yes and I moved from Florida to California to live with him and ██████. After a short time of living together, we remembered what it was like being together and why we loved each other. We began to understand each other again and began a new relationship.

Antonio and I have been together for about three years now. He goes to work to pay our bills while I stay home to take care of ███████ and maintain our household. Antonio is the only income we have. He earns about $1000-$1500 each month doing field work. We pay about $450 in rent, about $200 for food, about $200 for gas and car expenses, and about $150 for utilities every month. Antonio also pays about $100 a month for cellphones for him and ███████

Since Antonio has been detained, we have been having an extremely hard time making ends meet. I cannot drive and cannot do the heavy field work that Antonio does. Where we live, in San Martin, CA, the only available work is field work. It has been hard for me to keep up with our bills and expenses.

Please release Antonio so he can return home to his family. If Antonio was released, we want him to return home to ████████████████ San Martin, CA 95046.

Antonio has never been a violent person and I have never been mistreated by him. I have never known him to have problems with drugs or alcohol. He is very loving and calm. He works hard to provide a good life for me and his daughter and has only ever wanted the best for his child. He always helps me make food or takes us out to eat and he takes us to the store to get clothes. When I am sick he takes care of everything and makes sure that ███████ has everything she needs.

Without her father, ███████ has been sad and depressed. ███████ and Antonio used to draw and watch movies together all the time. Now, ███████ only wants to sleep. ███████ tells me how she misses her father and I do my best to console her but we are lost without Antonio.


Thank you for your consideration,

[Signature]

Victorina Sanchez

## CERTIFICATE OF TRANSLATION

I, Karina Morales, am competent to translate from Spanish to English, and certify that the translation of **Letter of Support from Respondent's Partner, Victorina Sanchez,** is true and accurate to the best of my abilities.

_____

Signature

Karina Morales
_____

Name


238 18th Street, Suite 10, Bakersfield, CA 93301
_____

Address


(661) 324-2500 ext 300
_____

Telephone Number

February 24, 2020

Honorable juez,

Me llamo Victorina Sanchez. Nací en el ███████████████████. Vivo en ███████████████., San Martin, CA 95046.

A través de esta carta, extiendo mi apoyo a Antonio Agatón González, mi pareja, que actualmente está detenido en el Centro de Detención de Mesa Verde en Bakersfield, California.

Conocí a Antonio cuando tenía unos 24 años. Era una persona muy amigable y amorosa. Nos enamoramos y tuvimos dos hijos juntos: Antonio Agaton Sanchez, nació el ███████████████, y Francisco Agaton Sanchez, nació en ███████████████. Antonio siempre trabajó muy duro para danos una buena vida. Siempre fue un maravilloso pareja y padre y nunca me maltrató a mí ni a sus hijos. Después de unos 14 años juntos, Antonio y yo nos separamos. Nos habíamos distanciado y ya no estábamos enamorados. No estábamos enojados el uno con el otro y fue una separación pacífica.

Antonio Jr. tenía unos 11 años y Francisco tenía unos 9 años cuando Antonio y yo nos separamos. Antonio continuó trabajando duro y me envió dinero para mantener a nuestros hijos. Mantuvo una buena relación con nuestros hijos y vino a visitarlos y pasar tiempo con ellos a menudo. Mis hijos amaban a su padre y tenían una buena relación con él.

Cuando Francisco tenía unos 16 años, hubo un accidente en su escuela y falleció. Antonio estaba extremadamente triste y desconsolado cuando le conté lo que sucedió. Habíamos estado separados por algún tiempo, y él ya había comenzado una nueva vida con alguien más, pero todavía estaba cerca de nuestros hijos. La pérdida de nuestro hijo fue trágica y continúa afectándome todos los días.

Mi hijo mayor, Antonio Jr., actualmente vive en México. No nos vemos con frecuencia, pero sé que se ha hecho una vida en México y que es feliz. Antonio y Antonio Jr. hablan con frecuencia y tienen una muy buena relación.

Antonio y yo estuvimos separados por muchos muchos años. Escuché sobre su relación con ████████ pero no la conocía personalmente. He aprendido sobre ████ de mi hijastra ████████████████ me muestra fotos de su madre y me cuenta historias sobre ella. ████ me ha dicho que su madre tenía muchos problemas, bebía mucho y era una persona muy enojada. ████████ también me dijo que ████ era muy hiriente y que a menudo le gritaba y golpeaba a ████████ cuando estaba enojada. Parece que la vida con ████████ era muy poco saludable y ████████ parece ser mucho más feliz ahora que vive con su padre.

Cuando ████ falleció, las hermanas de Antonio me llamaron y me dijeron que Antonio necesitaba ayuda para cuidar a su hija. Vivía en Florida en ese momento y no había visto a Antonio en años, pero me sentía mal por él y sabía lo difícil que era ser un padre soltero. Lo contacté Antonio y le pregunté si quería que fuera a ayudarlo con ████████. Él dijo que sí y me mudé de Florida a California para vivir con él y ████████. Después de un corto tiempo de convivencia, recordamos cómo era estar juntos y por qué nos amábamos. Comenzamos a entendernos nuevamente y comenzamos una nueva relación.

Antonio y yo hemos estado juntos por cerca de tres años. Él va a trabajar para pagar nuestras facturas mientras yo me quedo en casa para cuidar de ███████ y mantener nuestro hogar. Antonio es el único ingreso que tenemos. Gana alrededor de $ 1000 - $ 1500 cada mes haciendo trabajo de campo. Pagamos alrededor de $ 450 en alquiler, alrededor de $ 200 por comida, alrededor de $ 200 por gastos de gasolina y automóvil, y alrededor de $ 150 por servicios públicos cada mes. Antonio también paga alrededor de $ 100 al mes por teléfonos celulares para él y ███████.

Desde que Antonio fue detenido, nos ha resultado extremadamente difícil llegar a fin de mes. No puedo conducir y no puedo hacer el trabajo de campo pesado que hace Antonio. Donde vivimos, en San Martín, CA, el único trabajo disponible es el trabajo de campo. Me ha costado seguir el ritmo de nuestras facturas y gastos.

Pro favor libere a Antonio para que pueda regresar a su familia. Si Antonio fue liberado, queremos que regrese a su hogar en ███████████████ San Martin, CA 95046.

Antonio nunca ha sido una persona violenta y nunca he sido maltratado por él. Nunca he sabido que él tenga problemas con las drogas o el alcohol. Él es muy cariñoso y tranquilo. Él trabaja duro para proporcionar una buena vida para mí y su hija y solo ha querido lo mejor para su hijo. Siempre me ayuda a hacer comida o nos lleva a comer y nos lleva a la tienda a comprar ropa. Cuando estoy enfermo, él se encarga de todo y se asegura de que ███████ tenga todo lo que necesita.

Sin su padre, ███████ ha estado triste y deprimida. ███████ y Antonio solían dibujar y ver películas juntos todo el tiempo. Ahora, ███████ solo quiere dormir. ███████ me cuenta cómo extraña a su padre y yo hago todo lo posible para consolarla, pero estamos perdidos sin Antonio.

Gracias por su consideración,

*Victorina Sánchez*

Victorina Sanchez





