| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
| wfreeman@aclunc.org | Public Defender |
| SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
| sriordan@aclunc.org | Chief Attorney |
| ANGÉLICA SALCEDA (SBN 296152) | GENNA ELLIS BEIER (CA SBN 300505) |
| asalceda@aclunc.org | genna.beier@sfgov.org |
| AMERICAN CIVIL LIBERTIES UNION | EMILOU H. MACLEAN (CA SBN 319071) |
| FOUNDATION OF NORTHERN | emilou.maclean@sfgov.org |
| CALIFORNIA | FRANCISCO UGARTE (CA SBN 241710) |
| 39 Drumm Street | francisco.ugarte@sfgov.org |
| San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER |
| Telephone: (415) 621-2493 | SAN FRANCISCO |
| Facsimile: (415) 255-8437 | 555 Seventh Street |
| | San Francisco, CA 94103 |
| *Attorneys for Petitioners-Plaintiffs* | Direct: (415) 553-9319 |
| Additional Counsel Listed on Following Page | Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-CV-02731-VC<br><br>**DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

| | |
|---|---|
| BREE BERNWANGER* (NY SBN 5036397) | MARTIN S. SCHENKER (SBN 109828) |
| bbernwanger@lccrsf.org | mschenker@cooley.com |
| HAYDEN RODARTE (SBN 329432) | COOLEY LLP |
| hrodarte@lccrsf.org | 101 California Street, 5th Floor |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA | San Francisco, CA 94111 |
| | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| 131 Steuart St #400 | |
| San Francisco, CA 94105 | TIMOTHY W. COOK* (Mass. BBO# 688688) |
| Telephone: (415) 814-7631 | tcook@cooley.com |
| | FRANCISCO M. UNGER* (Mass. BBO# 698807) |
| JUDAH LAKIN (SBN 307740) | |
| judah@lakinwille.com | funger@cooley.com |
| AMALIA WILLE (SBN 293342) | COOLEY LLP |
| amalia@lakinwille.com | 500 Boylston Street |
| LAKIN & WILLE LLP | Boston, MA 02116 |
| 1939 Harrison Street, Suite 420 | Telephone: (617) 937-2300 |
| Oakland, CA 94612 | Facsimile: (617) 937-2400 |
| Telephone: (510) 379-9216 | |
| Facsimile: (510) 379-9219 | |

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

**DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Emilou MacLean, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice in California. I am a deputy public defender in the immigration unit of the San Francisco Office of the Public Defender and counsel for Petitioners-Plaintiffs in this action. I submit this declaration in support of Petitioners-Plaintiffs' Motion for a Temporary Restraining Order and to transmit true and correct copies of the following documents. I have personal knowledge of the facts stated in this declaration.

2. Attached as Exhibit A is a true and correct copy of an email I sent to Defendants on June 23, 2020, immediately following Defendants' Status Report to the Court concerning the first positive test of a Wellpath staff at Mesa Verde. The Exhibit includes Plaintiffs' initial email to Defendants expressing concern about Defendants' failure to provide sufficient information or take adequate measures to mitigate the risk of further COVID-19 transmission in the facility. The Exhibit also includes the complete response of Defendant GEO. Federal Defendants did not respond to this communication from Plaintiffs.

3. Attached as Exhibit B is a true and correct copy of two emails sent by counsel for Federal Defendants on July 2 and July 6, 2020, respectively, concerning the tests of detainees who had contact with the first Wellpath staff member who tested positive for COVID-19 at Mesa Verde.

4. Attached as Exhibit C is a true and correct copy of a July 6, 2020 email exchange between William Freeman, counsel for Plaintiffs, and Adrienne Zack, counsel for Federal Defendants, concerning the transfer of six individuals to Adelanto Detention Center following the positive COVID-19 test of an individual detainee who was admitted into Mesa Verde on July 1, 2020.

5. Attached as Exhibit D is a true and correct copy of a July 12, 2020 email communication from Adrienne Zack, counsel for Federal Defendants, concerning a positive COVID-19 test for a

second GEO officer. The officer tested positive on July 5, 2020. (is the third staff member to have tested positive as the second was identified in Dkt. 407.)

6. Attached as Exhibit E is a true and correct copy of a series of emails from Adrienne Zack, counsel for Federal Defendants, dated July 15, July 16, and July 17, 2020 concerning additional positive COVID-19 tests of Mesa Verde staff. The July 15 email confirms that three additional staff members who received positive test results for COVID-19 on July 12. Staff Member 4 is a medical records clerk; Staff Member 5 is a licensed vocational nurse (LVN); and Staff Member 6 is a GEO Officer. The July 16 email confirms that one additional staff member, a GEO Officer (also identified as Staff Member 7), tested positive for COVID-19 on July 14. The July 17 email confirms two additional staff members, a GEO Officer and a Registered Nurse (also identified as Staff Members 8 and 9), tested positive for COVID-19 with positive results received on July 15 and 16, respectively.

7. Attached as Exhibit F is a true and correct copy of a pair of emails from Adrienne Zack, counsel for Federal Defendants, dated July 22 and 23, 2020, confirming that three additional staff members tested positive for COVID-19. Two GEO Officers, identified as Staff Members 10 and 11, received a positive test for COVID-19 on July 20. A Registered Nurse, identified as Staff Member 12, received a positive test on July 22 (from a test taken on July 13).

8. Attached as Exhibit G is a true and correct copy of a pair of emails from Adrienne Zack, counsel for Federal Defendants, dated July 28 and July 29, 2020, and confirming that a 13th staff member at Mesa Verde, a GEO Officer, received a positive test for COVID-19 on July 28.

9. Attached as Exhibit H is a true and correct copy of a pair of emails from Adrienne Zack, counsel for Federal Defendants, dated July 30 and July 31, 2020, concerning a second individual detainee who tested positive for COVID-19 at intake after showing symptoms. The individual with whom he had contact during transport was placed in Dorm B. A third individual detainee,

who had been in Dorm B, also tested positive for COVID-19 on July 29, 2020, and was placed into medical isolation. The remaining detainees in Dorm B were placed "on cohort for 14-day monitoring" and, subsequently, offered testing.

10. Attached as Exhibit I is a true and correct copy of an email exchange between counsel for Plaintiffs and counsel for Defendants concerning a proposal from Plaintiffs for periodic and universal testing, contact tracing, and segregating detainees based on whether and how they test for COVID-19. Sean Riordan, counsel for Plaintiffs, sent a proposal on July 24. Following a meet and confer on July 27, Mr. Riordan sent a follow-up to the proposal on July 28, answering questions identified by counsel for Defendants. Counsel for Defendants provided no further substantive response.

11. Attached as Exhibit J is a true and correct copy of an email exchange initiated on August 1, 2020 concerning reports of an individual detainee who tested positive for COVID-19 and was subsequently hospitalized. This email exchange includes all directly responsive communications. On August 1, 2020, Genna Beier, counsel for Plaintiffs, notified Defendants that Plaintiffs heard reports that a medically vulnerable and elderly individual tested positive for COVID-19 inside Mesa Verde. Ms. Beier asked for additional information and for Defendants to take affirmative steps to mitigate the risks of further transmission of COVID-19 among the detainee population in Mesa Verde. On August 2, 2020, Susan Coleman, counsel for Defendant GEO responded that the individual detainee of concern "was released to his family and is no longer in custody," but did not provide further responses to Plaintiffs' questions. On August 3, 2020, Shiwon Choe, counsel for Federal Defendants, did not answer the questions posed but provided that "ICE has requested that GEO offer COVID-19 testing to all detainees in Dorm C" and that "Mesa Verde does not have enough rapid testing available to test all detainees." At 1:56 PM, I wrote to Defendants with additional reports received by counsel for Plaintiffs of further positive COVID-19 tests of

individual detainees at Mesa Verde. In response, at 3:48 PM, Mr. Choe wrote that counsel for Defendants "have received word that five detainees in Dorm B who were tested on July 30 had results come back that were positive for COVID-19" and "Dorms B and C currently remain cohorted."

12. Attached as Exhibit K is a true and correct copy of an email from Adrienne Zack, counsel for Federal Defendants, dated August 3, 2020, confirming the positive test of an individual detainee in Dormitory C following his admission to the emergency room for COVID-19 testing on July 31, 2020, and his subsequent release on an order of supervision on August 2, 2020. This individual is the individual referenced by Ms. Beier in the August 1, 2020 email included herein as Exhibit J.

13. Attached as Exhibit L is a true and correct copy of an email from ERO Assistant Directors to Field Office Directors and Deputy Field Office Directors, dated May 27, 2020; and a response from ICE San Francisco Field Office Director David Jennings, produced as ICE 682.

14. Attached as Exhibit M is a true and correct copy of an email from Assistant Field Office Director Alexander Pham to Field Office Director David Jennings, dated June 4, 2020, produced as ICE 637.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2020 in Berkeley, California.

/s/ Emilou MacLean
Emilou MacLean

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2020, a true and correct copy of this Declaration was served via electronic mail on (1) Shiwon Choe, counsel for Federal Defendants and (2) Susan Coleman, counsel for GEO Defendants.

/s/ Martin S. Schenker
Martin S. Schenker
Cooley LLP

*Attorney for Petitioners-Plaintiffs*