# Exhibit B

# Bree Bernwanger

| | |
|---|---|
| **From:** | Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov> |
| **Sent:** | Monday, July 6, 2020 9:55 AM |
| **To:** | Sean Riordan; Angelica Salceda; Beier, Genna (PDR); Francisco Ugarte; Bree Bernwanger; Timothy Cook; Marty Schenker; Judah Lakin; Amalia Wille; Emilou Maclean; Bill Freeman |
| **Cc:** | Choe, Shiwon (USACAN); Garbers, Wendy (USACAN); Coleman, Susan E. |
| **Subject:** | RE: Zepeda Rivas - Detainees tested |

Counsel,

The information in this message is designated CONFIDENTIAL pursuant to the protective orders. The detainee that was tested due to his minimal contact with the GEO officer was Edmondson, ▇▇▇▇▇▇▇. As previously stated, his test returned negative.

Regards,
Adrienne

**From:** Zack, Adrienne (USACAN)
**Sent:** Thursday, July 2, 2020 6:32 PM
**To:** Sean Riordan <SRiordan@aclunc.org>; Angelica Salceda <asalceda@aclunc.org>; Genna Beier <genna.beier@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Timothy Cook <tcook@cooley.com>; Marty Schenker <mschenker@cooley.com>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Emilou Maclean <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** Zepeda Rivas - Detainees tested

Counsel,

The information in this message is designated CONFIDENTIAL pursuant to the protective orders. Below are the names of the detainees tested as a result of their minimal contacts with the nurse who tested positive for COVID-19 at Mesa Verde. I am awaiting the name of the detainee tested due to his minimal contact with the GEO officer and will provide when I have it. As previously stated, all tests have returned as negative. The CDC contact tracing guidelines recommend identifying those with close contact "starting from 2 days before illness onset (or, for asymptomatic patients, 2 days prior to specimen collection) until the time the patient is isolated." *See* https://www.cdc.gov/coronavirus/2019-ncov/php/contact-tracing/contact-tracing-plan/investigating-covid-19-case.html. This guidance was followed and exceeded here, where none of the detainees had "close contact" as defined by the CDC.

Contact with Nurse on 6/15/2020:
FLORES-HIDALGO
MANZANILLA
LABASTIDA
ARCHUNDIA
VIGIL
OROZCO
GARCIA-MARTINEZ
CHHOEUNG



LOPEZ-GARCIA
LOPEZ-SOLARIO
AQUINO-MIRANDA
REYES CRUZ (removed)

Contact with Nurse on 6/12/2020:
ORELLANA
MATIAS RAUDA

Regards,

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov