# Exhibit C

| | |
|---|---|
| **From:** | Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov> |
| **Sent:** | Monday, July 6, 2020 11:11 AM |
| **To:** | Bill Freeman; Choe, Shiwon (USACAN); Garbers, Wendy (USACAN); Winslow, Sara (USACAN) |
| **Cc:** | Bree Bernwanger; Sean Riordan; Angelica Salceda; Emilou Maclean; Francisco Ugarte; Beier, Genna (PDR); Judah Lakin; Marty Schenker; Timothy Cook; ▬ (USACAN); Stephanie Padilla |
| **Subject:** | RE: Zepeda Rivas: July 2 releases and July 1 arrivals |

Bill,

As the Federal Defendants stated in their interrogatory responses, on Monday June 29, 2020, Mesa Verde began offering COVID-19 testing to detainees upon intake to Mesa Verde. On July 1, 2020, a detainee, who was asymptomatic, agreed to be tested, and his intake same-day-test results were positive. That individual was then housed in a single cell medical isolation unit at Mesa Verde. The same day, Mesa Verde identified six other new arrivals that had potentially been exposed to the detainee during transport and/or while in the holding cell. Those detainees refused testing. They remained in the holding cell (and were not introduced into the general population at Mesa Verde) and were then transferred to Adelanto on July 2, 2020, for cohorting/quarantining because there is not space available at Mesa Verde for those six individuals to be cohorted/quarantined. The individual who tested positive has been re-tested via nasopharyngeal collection and those results are pending.

Regards,

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov

---

**From:** Bill Freeman <wfreeman@aclunc.org>
**Sent:** Monday, July 6, 2020 10:02 AM
**To:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>
**Cc:** Bree Bernwanger <bbernwanger@lccrsf.org>; Sean Riordan <SRiordan@aclunc.org>; Angelica Salceda <asalceda@aclunc.org>; Emilou Maclean <emilou.maclean@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Genna Beier <genna.beier@sfgov.org>; Judah Lakin <judah@lakinwille.com>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; ▬ >; Stephanie Padilla <SPadilla@aclusocal.org>
**Subject:** RE: Zepeda Rivas: July 2 releases and July 1 arrivals

Counsel,

We note from the below message that 6 persons were booked into Mesa Verde on July 1 and transferred to Adelanto on July 2. It is of great concern to us that individuals are being sent from Mesa Verde to a facility with a known, significant COVID-19 outbreak, and where it is not apparent that measures to enable social distancing have been implemented. It is also a concern to us as to how these individuals are housed during the time they are present at Mesa Verde.

Please let us know, prior to today's Case Management Conference, where each of these six individuals were housed during the night of July 1; what measures, if any, were taken to cohort or segregate any of them; and why the government believes it was appropriate to send them to Adelanto. Thank you.

Best regards,

Bill



William S. Freeman
*Senior Counsel*
*Pronouns: he/him*

ACLU Foundation of Northern California

39 Drumm Street, San Francisco, CA 94111

415-293-6335

---

**From:** ███████████████████████████████████
**Sent:** Thursday, July 2, 2020 4:54 PM
**To:** 'Jonathan Rosenthal' <Jonathan_Rosenthal@cand.uscourts.gov>
**Cc:** Bree Bernwanger <bbernwanger@lccrsf.org>; Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>; Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Sean Riordan <SRiordan@aclunc.org>; Angelica Salceda <asalceda@aclunc.org>; Emilou Maclean <emilou.maclean@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Genna Beier <genna.beier@sfgov.org>; Jordan Wells <JWells@aclusocal.org>; Judah Lakin <judah@lakinwille.com>; Marty Schenker <mschenker@cooley.com>; Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>; Timothy Cook <tcook@cooley.com>; Bill Freeman <wfreeman@aclunc.org>; 'Patrick Fuster' <Patrick_Fuster@cand.uscourts.gov>; 'Catherine Padhi' <Catherine_Padhi@cand.uscourts.gov>; Rollins, Lucy (USACAN) <Lucy.Rollins@usdoj.gov>; Stephanie Padilla <SPadilla@aclusocal.org>
**Subject:** Zepeda Rivas: July 2 releases and July 1 arrivals

Please find below the names and A-numbers of the individuals who were released today, and new arrivals. Yuba County Jail had no releases or arrivals.

As tomorrow is a federal holiday, releases and arrivals will next be reported on Monday.

Mesa Verde releases:

| A-Number | Last Name | First Name | Reason for Release |
|---|---|---|---|
| | RAMIREZ-BENITEZ | PABLO | Released on own recognizance |
| | ANDRADE-MENJIVAR | KEVIN | Released on own recognizance |
| | MIRANDA | CESAR EDUARDO | Released on own recognizance |
| | CHHOEUNG | SOPHEAP | Released on own recognizance |
| | DOMINGUEZ-DOMINGUEZ | GUSTAVO | Transfer to Adelanto due to unavailable housing |
| | HERNANDEZ-PALMA | MARTIN | Transfer to Adelanto due to unavailable housing |

|  | VASQUEZ-AMARO | JUAN | Transfer to Adelanto due to unavailable housing |
|  | HURTADO-ROCHA | GILBERTO | Transfer to Adelanto due to unavailable housing |
|  | ESCOBAR-RIVERA | GUSTAVO | Transfer to Adelanto due to unavailable housing |
|  | FOLASA | AFA | Transfer to Adelanto due to unavailable housing |

Mesa Verde arrivals:

| A-Number | Last Name | First Name | Age | Sex | Book-In Date |
|---|---|---|---|---|---|
|  | DOMINGUEZ-DOMINGUEZ | GUSTAVO | 58 | M | 07/01/2020 |
|  | HERNANDEZ-PALMA | MARTIN | 47 | M | 07/01/2020 |
|  | VASQUEZ-AMARO | JUAN | 34 | M | 07/01/2020 |
|  | HURTADO-ROCHA | GILBERTO | 50 | M | 07/01/2020 |
|  | ESCOBAR-RIVAS | GUSTAVO | 39 | M | 07/01/2020 |
|  | FOLASA | AFA | 51 | M | 07/01/2020 |
|  | BONILLA-SOLANO | OSCAR | 58 | M | 07/01/2020 |
|  | OLIVARES-PINEDA | LUIS | 38 | M | 07/01/2020 |
|  | LEDESMA AGUAYO | EDUARDO | 67 | M | 07/01/2020 |

Paralegal Specialist
U.S. Attorney's Office, NDCA
450 Golden Gate Ave
San Francisco, CA 94102