# Exhibit D

# Bree Bernwanger

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Sent:** Sunday, July 12, 2020 8:54 PM
**To:** Schenker, Marty; Bill Freeman; Sean Riordan; Emilou Maclean; Angelica Salceda; Unger, Francisco L.M.; Bree Bernwanger; Judah Lakin; Beier, Genna (PDR); Timothy Cook
**Cc:** Coleman, Susan E.; Garbers, Wendy (USACAN); Choe, Shiwon (USACAN)
**Subject:** Zepeda Rivas - COVID+ tests

Counsel,

A second GEO officer has tested positive for COVID-19 (referred to herein as Officer #2). He sought testing on July 2, 2020, as a precaution, in part because he had some exposure to the detainee who tested positive on July 1 during intake (that detainee remains in medical isolation and is asymptomatic). On July 5, Officer #2 received the positive test result. Officer #2 last worked at Mesa Verde on July 2 and July 3, 2020, doing intake. He was asymptomatic at the time. During his shift on each day, he wore his facemask during his entire shift. Contact tracing revealed that he had no close contact with detainees during either shift. (Mesa Verde had no new intakes on these days.) He did have some contact with three other GEO employees, who were also wearing masks (one on July 2 and two on July 3). GEO was not able to determine that this contact was not "close contact" as defined by the CDC and provided notice to the three officers. One of the officers with whom Officer #2 had contact on July 3 was tested for COVID-19, and the results returned on July 10 as negative. If more information becomes available, we will provide an update.

Further, ICE was informed that Mr. Paulino Ambriz-Bejar was unable to report to ERO as required on July 1, 2020, because he contracted COVID-19 after being released by Judge Chhabria in early June. Federal Defendants request that Plaintiffs and/or class counsel provide notification to Defendants and Defendants' counsel if a class member contracts COVID-19 after being released on bail. If any other individuals apart from Mr. Ambriz-Bejar have been diagnosed with COVID-19 after being released to date, we request that Plaintiffs provide that information by Friday, July 17, at 3pm.

Thank you,

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov