# Exhibit E

| | |
|---|---|
| **From:** | Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov> |
| **Sent:** | Friday, July 17, 2020 5:12 PM |
| **To:** | Sean Riordan; Angelica Salceda; Beier, Genna (PDR); Francisco Ugarte; Bree Bernwanger; Timothy Cook; Marty Schenker; Judah Lakin; Amalia Wille; Emilou Maclean; Bill Freeman |
| **Cc:** | Choe, Shiwon (USACAN); Garbers, Wendy (USACAN); Coleman, Susan E. |
| **Subject:** | RE: Zepeda Rivas - COVID testing |

Counsel,

Since our last update, two further Mesa Verde staff members have tested positive.

Staff Member #8 is a GEO Officer, and their last day at the facility was on July 13, 2020. On July 13, the officer had an onset of symptoms (coughing and congestion). On July 14, 2020, the officer took a COVID-19 test, and the results returned positive on July 15. The officer's last shifts were on July 11, 12, and 13, and contact tracing shows that they did not have close contact with any detainees on those days.

Staff Member #9 is an RN, and their last day at the facility was July 16, 2020. The RN, who has no symptoms, took a COVID-19 test on July 8, 2020, and the results returned positive on July 16. The RN's last shifts were on July 14, 15, and 16, and contact tracing shows that they did not have close contact with any detainees on those days.

Regarding Staff Member #4 – As previously stated, this medical records clerk's last two days at the facility were July 8 and 9. They also worked on July 7. Contact tracing shows they did not have close contact with any detainees during any of the three days.

Regarding Staff Member #6 – As previously stated, this GEO officer's last two days of work were July 6 and 7, 2020. Contract tracing shows that they did not have close contact with any detainees on those days.

Regarding Staff Member #7 – The GEO Officer's last two days at the facility were July 13 and 14, 2020. During their shifts, they wore a facemask the entire shift. Contract tracing shows that they had no close contact with any detainees on those days.

Thank you,
Adrienne

**From:** Zack, Adrienne (USACAN)
**Sent:** Thursday, July 16, 2020 9:40 AM
**To:** Sean Riordan <SRiordan@aclunc.org>; Angelica Salceda <asalceda@aclunc.org>; Genna Beier <genna.beier@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Timothy Cook <tcook@cooley.com>; Marty Schenker <mschenker@cooley.com>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Emilou Maclean <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** RE: Zepeda Rivas - COVID testing

Counsel,

On July 14, 2020, Mesa Verde Staff Member #7 received a positive test for COVID-19. Staff Member #7 is a GEO officer, and his last day at the facility was on July 14, 2020. The officer was tested on July 11, 2020. He was and is asymptomatic. We will provide further updates regarding contact tracing as available.

Regarding Staff Member #4 – The medical records clerk's last two days at the facility were July 8 and 9, 2020. During their shifts, they wore personal protective equipment, including a facemask and gloves. They remain asymptomatic. Based on the contact tracing done to date, Staff Member #4 did not have any contact with any detainees on their last two days at the facility. Any medical staff who had any contact with Staff Member #4 have been informed and are being offered COVID-19 testing. Further contact tracing is ongoing.

Regarding Staff Member #5 – The LVN's last two days at the facility were July 8 and 9, 2020. During their shifts, they wore personal protective equipment, including facemask and gloves. Based on the contact tracing done to date, Staff Member #5 did not have any close contact with any detainees. Any medical staff who had any contact with Staff Member #5 have been informed and are being offered COVID-19 testing. Further contact tracing is ongoing.

Regarding Staff Member #6 – The GEO officer's last two days of work at the were on July 6 and 7, 2020, on the security shift. During his shifts, he wore his personal protective equipment, including facemask and gloves. Contact tracing is ongoing.

Thank you,
Adrienne

---

**From:** Zack, Adrienne (USACAN)
**Sent:** Wednesday, July 15, 2020 8:58 AM
**To:** Sean Riordan <SRiordan@aclunc.org>; Angelica Salceda <asalceda@aclunc.org>; Genna Beier <genna.beier@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Timothy Cook <tcook@cooley.com>; Marty Schenker <mschenker@cooley.com>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Emilou Maclean <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** Zepeda Rivas - COVID testing

Counsel,

Since our last correspondence, three additional Mesa Verde staff members have tested positive for COVID-19. To date, we've referred to the staff members by their titles and a number (i.e., Officer #2), but moving forward, we will identify all as staff members for easier tracking (although we will still provide their titles where available). The names and information of the detainees in this message is designated CONFIDENTIAL pursuant to the protective orders.

Staff Member #4 is a medical records clerk, and their last day at the facility was July 9, 2020. The clerk tested offsite for COVID-19 on July 10, 2020 and received a positive test result on July 12, 2020. The clerk reported being asymptomatic prior to testing and still has no symptoms. We will provide further updates regarding contact tracing as available.

Staff Member #5 is an LVN, and their last day at the facility was July 9, 2020. The LVN tested offsite for COVID-19 on July 10, 2020 and received a positive test result on July 12, 2020. The LVN reported being asymptomatic prior to testing, but, as of July 12, 2020, reported experiencing a loss of taste and smell. We will provide further updates regarding contact tracing as available.

Staff Member #6 is a GEO officer, and their last day at the facility was July 7, 2020. The GEO officer, on July 8, 2020, began experiencing fever, chills, headache, and cough. The GEO officer tested offsite for COVID-19 on July 9, 2020 and received a positive test result on July 12, 2020. We will provide further updates regarding contact tracing as available.

We also have additional information regarding Officer #2 (aka Staff Member #3). The officer also worked on June 30 and July 1, 2020, doing intake. During each shift, he wore his personal protective equipment, including his facemask, the entire time. On June 30, Officer #2 had close contact with detainee Gedber Morales-Castillo, ███████ during intake. Officer #2 was wearing his facemask and gloves and otherwise maintained social distancing while searching and inventorying Mr. Morales-Castillo's property. On July 13, 2020, Mr. Morales-Castillo was informed of the exposure and offered COVID-19 testing. He refused and denied any symptoms. On June 30, Officer #2 also had close contact with detainee Ruben Seguido-Velazquez, ███████, who was returning from offsite. Officer #2 pat-searched Mr. Seguido-Velazquez and escorted him to his housing unit. Officer #2 was wearing his facemask and gloves during the encounter. On July 13, 2020, Mr. Seguido-Velazquez was informed of the exposure and offered COVID-19 testing. He refused and denied any symptoms.

On July 1, Officer #2 had close contact with detainee Oscar Gustavo Bonilla-Solano, ███████, who was a new intake. This is the detainee who tested positive at intake, as previously disclosed. During the intake, Officer #2 was wearing his facemask and gloves. With respect to Mr. Bonilla-Solano, there was a technical/lab error with the follow up specimen collection that was taken on July 1, 2020. Medical staff sought to collect another specimen when this became known, but Mr. Bonilla-Solano refused. However, on July 11, 2020, he changed his mind, consented, and a new specimen was collected. The results of that new sample are pending. Mr. Bonilla-Solano is still asymptomatic and in medical isolation.

Regards,
Adrienne

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov