# Exhibit F

**From:** "Zack, Adrienne (USACAN)" <Adrienne.Zack@usdoj.gov>
**Date:** Thursday, July 23, 2020 at 6:48 PM
**To:** Sean Riordan <SRiordan@aclunc.org>, Angelica Salceda <asalceda@aclunc.org>, "Beier, Genna (PDR)" <genna.beier@sfgov.org>, "Ugarte, Francisco (PDR)" <francisco.ugarte@sfgov.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Timothy Cook <tcook@cooley.com>, Marty Schenker <mschenker@cooley.com>, Judah Lakin <judah@lakinwille.com>, Amalia Wille <amalia@lakinwille.com>, "Maclean, Emilou (PDR)" <emilou.maclean@sfgov.org>, Bill Freeman <wfreeman@aclunc.org>
**Cc:** "Choe, Shiwon (USACAN)" <Shiwon.Choe@usdoj.gov>, "Garbers, Wendy (USACAN)" <Wendy.Garbers@usdoj.gov>, "Coleman, Susan E." <SColeman@bwslaw.com>
**Subject:** RE: Zepeda Rivas - COVID Testing Update

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Counsel,

Regarding Mr. Bonilla-Solano – Medical staff will follow a "test-based" protocol to determine when he can be released from medical isolation. This process was explained to Mr. Bonilla-Solano, who is agreeable. The protocol requires that all of the following conditions be met before release from medical isolation: No fever present on examination, the individual has not been using fever reducing medication, the individual has not developed symptoms, a minimum of 14 days has passed since the first specimen collection resulting in a positive test, and negative results on two separate COVID-19 FDA approved molecular assays obtained at least 24 hours apart. Another specimen was collected on July 22, 2020, and sent for testing.

Regarding Staff Member #10 – This GEO Officer's last two days of work at the facility were July 14 and 15, 2020. Contact tracing shows that they had no close contact with any detainees on those days.

On July 20, 2020, Mesa Verde Staff Member #11 received a positive test for COVID-19. Staff Member #11 is a GEO officer, and their last day at the facility was July 5, 2020. The officer was tested on July 7, 2020. Contact tracing shows that during their shift on July 5, 2020, the officer did not have any close contact with any detainees.

On July 22, 2020, Mesa Verde Staff Member #12 received a positive test for COVID-19. Staff Member #12 is a nurse practitioner. They were tested on July 13, 2020. We will provide further updates regarding contact tracing as available.

Regards,
Adrienne

**From:** Zack, Adrienne (USACAN)
**Sent:** Wednesday, July 22, 2020 10:20 AM
**To:** Sean Riordan <SRiordan@aclunc.org>; Angelica Salceda <asalceda@aclunc.org>; Genna Beier <genna.beier@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Bree Bernwanger

<bbernwanger@lccrsf.org>; Timothy Cook <tcook@cooley.com>; Marty Schenker <mschenker@cooley.com>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Emilou Maclean <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** Zepeda Rivas - COVID Testing Update

Counsel,

On July 18 and July 19, follow-up COVID-19 test results for Oscar Bonilla-Solano, ███████, returned as positive. These results were from samples collected on July 14 and July 1, respectively. (The July 14 specimen was collected because there was concern that the lab to which the July 11 specimen previously reported was sent might be delayed. Also, it appears that despite earlier reported trouble with the July 1 specimen, the lab was able to complete the test.) Mr. Bonilla-Solano has been in medical isolation since the Abbot test at his intake on July 1 returned a positive result, and he has had and continues to have no symptoms. The medical providers at Mesa Verde are discussing a plan of care and intend to provide an update soon.

On July 20, 2020, Mesa Verde Staff Member #10 received a positive test for COVID-19. Staff Member #10 is a GEO officer, and their last day at the facility was July 15, 2020. The officer was tested on July 17, 2020. We will provide further updates regarding contact tracing as available.

ICE also learned on July 21, 2020, that one Yuba County Jail staff member has had a positive COVID-19 test result. Contact tracing showed no detainee contact with the positive staff member.

Regards,
Adrienne

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov