# Exhibit G

**From:** "Zack, Adrienne (USACAN)" <Adrienne.Zack@usdoj.gov>
**Date:** Wednesday, July 29, 2020 at 7:21 PM
**To:** Sean Riordan <SRiordan@aclunc.org>, Angelica Salceda <asalceda@aclunc.org>, "Beier, Genna (PDR)" <genna.beier@sfgov.org>, "Ugarte, Francisco (PDR)" <francisco.ugarte@sfgov.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Timothy Cook <tcook@cooley.com>, Marty Schenker <mschenker@cooley.com>, Judah Lakin <judah@lakinwille.com>, Amalia Wille <amalia@lakinwille.com>, "Maclean, Emilou (PDR)" <emilou.maclean@sfgov.org>, Bill Freeman <wfreeman@aclunc.org>
**Cc:** "Choe, Shiwon (USACAN)" <Shiwon.Choe@usdoj.gov>, "Garbers, Wendy (USACAN)" <Wendy.Garbers@usdoj.gov>, "Coleman, Susan E." <SColeman@bwslaw.com>
**Subject:** RE: Zepeda Rivas - COVID Testing Update

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Counsel,

On July 28, 2020, Mesa Verde Staff Member #13 received a positive test for COVID-19. Staff Member #13 is a GEO officer, and their last day at the facility was July 24, 2020. The officer is asymptomatic. Their last shifts at the facility were on July 22, 23, and 24, and contact tracing shows that during those shifts the officer did not have any close contact with any detainees.

Regards,
Adrienne

**From:** Zack, Adrienne (USACAN)
**Sent:** Tuesday, July 28, 2020 1:21 PM
**To:** Sean Riordan <SRiordan@aclunc.org>; Angelica Salceda <asalceda@aclunc.org>; Genna Beier <genna.beier@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Timothy Cook <tcook@cooley.com>; Marty Schenker <mschenker@cooley.com>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Emilou Maclean <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Coleman, Susan E. <SColeman@bwslaw.com>
**Subject:** Zepeda Rivas - COVID Testing Update

Counsel,

On or about July 24, 2020, Yuba County Jail informed ICE that a second staff member has tested positive for COVID-19. The facility conducted contact tracing, and it reported that there was no close contact between Yuba Staff Member #2 and any detainees.

Regarding Mesa Verde Staff Member #12 – this nurse practitioner's last day of work at the facility was July 13, 2020.  Staff Member #12 did not work on July 11 and 12, 2020.  Contract tracing shows that they had no close contact with detainees on July 13, 2020.

Regarding Mr. Bonilla-Solano – the COVID-19 specimen collected on July 22, 2020, resulted positive on July 25, 2020.  He remains in medical isolation and asymptomatic.

Regards,
Adrienne

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov