# Exhibit J

**From:** "Choe, Shiwon (USACAN)" <Shiwon.Choe@usdoj.gov>
**Date:** Monday, August 3, 2020 at 3:48 PM
**To:** "Maclean, Emilou (PDR)" <emilou.maclean@sfgov.org>, "Coleman, Susan E." <SColeman@bwslaw.com>, "Beier, Genna (PDR)" <genna.beier@sfgov.org>, "Zack, Adrienne (USACAN)" <Adrienne.Zack@usdoj.gov>, "Garbers, Wendy (USACAN)" <Wendy.Garbers@usdoj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>, "Schenker, Marty" <mschenker@cooley.com>, Angelica Salceda <asalceda@aclunc.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Judah Lakin <judah@lakinwille.com>, Amalia Wille <amalia@lakinwille.com>, Sean Riordan <SRiordan@aclunc.org>
**Subject:** RE: [Zepeda Rivas] Urgent update re: COVID-19 at Mesa Verde

Dear Emi:

As of now, we have received word that five detainees in Dorm B who were tested on July 30 had results come back that were positive for COVID-19. If we receive more test results today, we will let you know. Dorms B and C currently remain cohorted.

Best regards,
Shiwon


**From:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Sent:** Monday, August 03, 2020 1:56 PM
**To:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Coleman, Susan E. <SColeman@bwslaw.com>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Schenker, Marty <mschenker@cooley.com>; Angelica Salceda <asalceda@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Sean Riordan <SRiordan@aclunc.org>
**Subject:** Re: [Zepeda Rivas] Urgent update re: COVID-19 at Mesa Verde

Dear Counsel:

We have received information from class members that there are additional COVID-19 positive results at Mesa Verde but insufficient space to segregate any further individuals who test positive.

Please notify us by 4 pm today if (a) you have received results from the recent COVID tests, and if so, the results of those tests; and (b) the plans for segregating anyone who tests positive given the acknowledged shortage of space.

Thank you,

Emi

**From:** "Choe, Shiwon (USACAN)" <Shiwon.Choe@usdoj.gov>
**Date:** Monday, August 3, 2020 at 10:08 AM
**To:** "Coleman, Susan E." <SColeman@bwslaw.com>, "Beier, Genna (PDR)" <genna.beier@sfgov.org>, "Zack, Adrienne (USACAN)" <Adrienne.Zack@usdoj.gov>, "Garbers, Wendy (USACAN)" <Wendy.Garbers@usdoj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>, "Schenker, Marty" <mschenker@cooley.com>, "Maclean, Emilou (PDR)" <emilou.maclean@sfgov.org>, Angelica Salceda <asalceda@aclunc.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Judah Lakin <judah@lakinwille.com>, Amalia Wille <amalia@lakinwille.com>, Sean Riordan <SRiordan@aclunc.org>
**Subject:** RE: [Zepeda Rivas] Urgent update re: COVID-19 at Mesa Verde

Dear counsel,

We understand that ICE has requested that GEO offer COVID-19 testing to all detainees in Dorm C.  Regarding your question about rapid testing, our understanding is that Mesa Verde does not have enough rapid testing available to test all detainees.  We are working to get further information.

Best regards,
Shiwon


**From:** Coleman, Susan E. <SColeman@bwslaw.com>
**Sent:** Sunday, August 02, 2020 4:37 PM
**To:** Beier, Genna (PDR) <genna.beier@sfgov.org>; Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Schenker, Marty <mschenker@cooley.com>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>; Angelica Salceda <asalceda@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Sean Riordan <SRiordan@aclunc.org>
**Subject:** RE: [Zepeda Rivas] Urgent update re: COVID-19 at Mesa Verde

I don't have any of the other information you requested.

As for information given to detainees, as Warden Allen testified, they are not informed about who tested positive, but only that they may have been exposed.  Why would they be entitled to know the names of people who have tested positive, which is protected by HIPPAA?

**Susan E. Coleman | Partner**
444 South Flower Street, Suite 2400 | Los Angeles, CA  90071-2953
d - 213.236.2831 | t - 213.236.0600 | f - 213.236.2700
scoleman@bwslaw.com | vCard | bwslaw.com

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Beier, Genna (PDR) [mailto:genna.beier@sfgov.org]
**Sent:** Sunday, August 2, 2020 4:22 PM
**To:** Coleman, Susan E.; Zack, Adrienne (USACAN); Garbers, Wendy (USACAN); Choe, Shiwon (USACAN)
**Cc:** Bill Freeman; Schenker, Marty; Maclean, Emilou (PDR); Angelica Salceda; Bree Bernwanger; Judah Lakin; Amalia Wille; Sean Riordan
**Subject:** Re: [Zepeda Rivas] Urgent update re: COVID-19 at Mesa Verde

[EXTERNAL]

Thank you for the information. However, this does not obviate the need for Defendants to answer our questions and take the actions we identified, which relate to the safety of *all* class members and staff at Mesa Verde. We ask that you respond in full by tomorrow at 10 am.

**From:** "Coleman, Susan E." <SColeman@bwslaw.com>
**Date:** Sunday, August 2, 2020 at 1:37 PM
**To:** "Beier, Genna (PDR)" <genna.beier@sfgov.org>, "Zack, Adrienne (USACAN)" <Adrienne.Zack@usdoj.gov>, "Garbers, Wendy (USACAN)" <Wendy.Garbers@usdoj.gov>, "Choe, Shiwon (USACAN)" <Shiwon.Choe@usdoj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>, "Schenker, Marty" <mschenker@cooley.com>, "Maclean, Emilou (PDR)" <emilou.maclean@sfgov.org>, Angelica Salceda <asalceda@aclunc.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Judah Lakin <judah@lakinwille.com>, Amalia Wille <amalia@lakinwille.com>, Sean Riordan <SRiordan@aclunc.org>
**Subject:** RE: [Zepeda Rivas] Urgent update re: COVID-19 at Mesa Verde

> This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Mr. Yao Saeturn was released to his family and is no longer in custody.

**Susan E. Coleman | Partner**
444 South Flower Street, Suite 2400 | Los Angeles, CA  90071-2953
d - 213.236.2831 | t - 213.236.0600 | f - 213.236.2700
scoleman@bwslaw.com | vCard | bwslaw.com

The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Beier, Genna (PDR) [mailto:genna.beier@sfgov.org]
**Sent:** Saturday, August 1, 2020 5:06 PM
**To:** Zack, Adrienne (USACAN); Garbers, Wendy (USACAN); Choe, Shiwon (USACAN); Coleman, Susan E.
**Cc:** Bill Freeman; Schenker, Marty; Maclean, Emilou (PDR); Angelica Salceda; Bree Bernwanger; Judah Lakin; Amalia Wille; Sean Riordan
**Subject:** [Zepeda Rivas] Urgent update re: COVID-19 at Mesa Verde

[EXTERNAL]

Dear Counsel,

We learned this morning that a medically vulnerable, 65 year-old class member detained in Dorm C, Mr. Yao Saeturn, tested positive for COVID-19, and has now been hospitalized. Mr. Saeturn is 65 years old, suffers from hypertension, high cholesterol, and ulcers, and has mobility impairments. *See* Dkt. 128-2. We understand that Mr. Saeturn had been exhibiting symptoms of COVID-19 for an extended period of time before he was taken to the medical unit. Despite requests for medical attention, we understand he was not taken to the medical unit until yesterday. We understand that he and other class members in Dorm C were informed of the positive test last night. If these accounts are correct, Mr. Saeturn is the fourth class member who has tested positive for the virus.

We write to ask for further information regarding Mr. Saeturn's status, and about the risks to other class members. As Defendants may be aware, Kern County has recently experienced a critical shortage of hospital beds for COVID-19 patients; avoiding further transmission is not only imperative to the health and well-being of class members in Defendants' custody, but to the community at large. As of Thursday, local news reports noted there were only two ICU beds open in Kern County.

We further call on Defendants to take immediate action to protect all class members from what could be the beginning of a COVID-19 outbreak at Mesa Verde. Plaintiffs hope that Defendants will act with the urgency this life-or-death scenario demands.

Requests for information

- Can you confirm that Mr. Saeturn tested positive for coronavirus? What symptoms is he experiencing? Where is he currently being held? What medical treatment is being provided to him? Can you facilitate communication between Mr. Saeturn and his attorneys, Lisa Knox and Susan Beaty?

- Warden Allen confirmed that detainees had been transferred from Dorm B to Dorms C and D. We understand that at least one individual was transferred from Dorm B to Dorm A. Can you confirm that transfers have also taken place from Dorm B to Dorm A? Please name all individuals transferred between dorms in the past 14 days.
- Class members have reported having no or little information about positive tests of either staff or detainees. What information have class members been provided regarding the positive tests of both detainees and staff at Mesa Verde?
- Plaintiffs have thus far been provided no information about contact tracing of staff. Please provide details about whether infected staff have had contact or close contact with other staff, and whether those staff contacts have been tested.
- Have the individuals in Dorms B and C been offered rapid testing? Have any staff?
- What is the capacity of local Kern County hospitals to absorb Mesa Verde detainees suffering from complications of COVID-19?

Actions to Protect Class Members (as well as staff and the surrounding community)
- Plaintiffs ask that Defendants promptly offer rapid testing to all detainees AND GEO/WellPath staff to gauge the scope of any outbreak. While confirmatory tests sent to a laboratory are welcome, 4-7 days for results is an unacceptable delay in light of the risks of transmission in congregate settings.
- Provide immediate access to class counsel if any class member expresses reluctance to be tested, prior to classifying an individual as a refuser.
- Plaintiffs further ask that Defendants release class members, such as Mr. Saeturn, who have medical vulnerabilities that place them at high risk of suffering severe outcomes or death if they contract COVID-19. Concerns regarding flight risk can be ameliorated with alternatives to detention or home-arrest like conditions.
- Plaintiffs request that Defendants cease any new intakes into the facility until universal periodic testing has been implemented and there is available space for COVID-infected class members.

In light of the seriousness of this situation, we believe that Defendants should take the necessary actions immediately, and we request that Defendants respond to us no later than 10:00 a.m. Monday, August 3, providing the information requested and informing us of what actions have been taken. We intend to file a supplemental CMC statement on Monday afternoon outlining the information we have learned and Defendants' response to this communication. We hope that the parties can agree in principle that Defendants must do everything within their capacity to respond to this - the looming threat of an outbreak.

Thank you,

Genna
She/Her/Ella
Deputy Public Defender
San Francisco Office of the Public Defender