# Exhibit L

| | |
|---|---|
| **Message** | |
| From: | Pham, Alexander [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B0CFA9BCD2549128980F8A3D94D8F74-PHAM, ALEXA] |
| Sent: | 5/27/2020 9:11:24 PM |
| To: | Bonnar, Erik S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=abddfac231ce4bf7a76952a374f0421e-Bonnar, Eri] |
| Subject: | RE: COVID-19 Testing Operational Plan [CMD] |

10-4.

Alexander Pham
Assistant Field Office Director
DHS/ICE/ERO
800 Truxtun Ave.
Bakersfield, CA 93301
▮▮▮▮▮▮▮ Office
▮▮▮▮▮▮▮ Fax

CONFIDENTIALITY NOTICE: This document may contain confidential and sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by the Department of Homeland Security, U.S. Immigration and Customs Enforcement.

**From:** Bonnar, Erik S <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Wednesday, May 27, 2020 2:10 PM
**To:** Pham, Alexander <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** FW: COVID-19 Testing Operational Plan [CMD]


Looks like we have been moved to the bench for now.


**From:** Jennings, David W <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Date:** Wednesday, May 27, 2020, 1:59 PM
**To:** Hott, Russell <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>, Bonnar, Erik S <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: COVID-19 Testing Operational Plan [CMD]

Good to go  thanks!



_____
Field Office Director
San Francisco, CA

Sent with BlackBerry Work
(www.blackberry.com)


**From:** Hott, Russell <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Date:** Wednesday, May 27, 2020, 13:42
**To:** Jennings, David W <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

**Subject:** RE: COVID-19 Testing Operational Plan [CMD]

Hey DJ,

Henry backed away from the full testing, but he still wants to move forward with testing all new intake throughout the phases. The focus will be on IHSC-staffed sites first before retooling.

You're not off the radar just yet, but it won't be the same plan from the initial discussions.

Thanks,
Russ

**From:** Jennings, David W <
**Sent:** Wednesday, May 27, 2020 4:36 PM
**To:** Hott, Russell 
**Subject:** FW: COVID-19 Testing Operational Plan [CMD]

Hi - we submitted some concerns about being a test place - in short we have no place to cohort anyone who refuses, is positive, etc - were we
Removed from the list?

_____
Field Office Director
San Francisco, CA

Sent with BlackBerry Work
(www.blackberry.com)

**From:** ERO Assistant Directors
**Date:** Wednesday, May 27, 2020, 13:19
**Subject:** COVID-19 Testing Operational Plan [CMD]



To: Field Office Directors and Deputy Field Office Directors

Effective May 26, 2020, ERO is exploring options to expand COVID-19 testing at detention facilities utilizing molecular testing methodologies to detect SARS-CoV-2 recognized by the Centers for Disease Control and Prevention (CDC) and technology that has been approved by and granted Emergency Use Authorization (EUA) by the U.S. Food and Drug Administration (FDA), including a combination of the Abbott ID NOW instruments for Rapid RNA testing as well as

existing laboratory testing capabilities from commercial laboratories. Only molecular tests to detect SARS-CoV-2 with a current FDA EUA should be used.

Because asymptomatic or pre-symptomatic detainees can be positive for COVID-19 and can transmit the virus to other detainees, ERO will expand the testing of detainees to aid in slowing transmission by identifying those asymptomatic or pre-symptomatic individuals who test positive and isolating them quickly and then quarantining contacts.

All facilities must have written plans to address: 1) additional personal protective equipment (PPE) requirements to ensure safety of staff performing testing, 2) testing operations including detainee movement, 3) continuity of operations for routine health services, and 4) housing considerations during testing and following receipt of results, to include a) housing and care of detainees that test positive if medical housing capacity is exceeded, b) cohorting and housing and monitoring of detainees that test negative but were exposed to detainees that test positive [asymptomatic, positive detainees are considered contagious beginning 48 hours before specimen collected], c) housing detainees that test negative and were not exposed to detainees that test positive, and 4) housing detainees that refuse testing and are not tested.

ERO will execute a phased approach across its network to ensure the safety and security of staff and detainees within its care during the pandemic. Testing will begin with all existing detainees and continue with new intake. New intake cases should be cohorted for 14 days before being tested and introduced to classification and general population.

**Phase 1:** ERO has identified four facilities which will serve as pilot locations for 100% testing. The pilot will continue for 30 days. Within these facilities, the medical contractor and IHSC (when staffed) will proceed with the testing of all new intake detainees and voluntary staff.

**Phase 2:** Within 30 days of the pilot completion, ERO will focus additional testing at IHSC-staffed facilities. Within these facilities, IHSC will proceed with the testing of all new intake detainees.

**Phase 3:** Within 45 days of the pilot completion, ERO will focus additional testing at dedicated facilities. Within these facilities, the medical contractor will proceed with the testing of all new intake detainees.

**Phase 4:** Within 60 days of the pilot completion, ERO will focus additional testing at detention facilities with an ERO population of 100 or greater and facilities experiencing widespread transmission (25 positive cases or more). Within these facilities, the medical contractor will proceed with the testing of all new intake detainees.

**Phase 5:** Within 120 days of the pilot completion, ERO will focus additional testing at detention facilities with an ERO population of 50 or greater. Within these facilities, the medical contractor will proceed with the testing of all new intake detainees.

**Phase 6:** Within 240 days of the pilot completion, ERO will focus additional testing at detention facilities with an ERO population of 10 or greater. Within these facilities, the medical contractor will proceed with the testing of all new intake detainees.

ERO will continue to provide testing for COVID-19, symptomatic detainees, as recommended by the Centers for Disease Control and Prevention (CDC), regardless of the phase of the facility.

The additional testing of asymptomatic detainees will assist in slowing transmissions within a detention setting. ERO recognizes it may also increase the number of COVID-19 positive tests reflected on the agency's public website. However, ERO will be able to better utilize this information for the management of an outbreak at the affected facility.

For additional questions, please contact ICE_ERO_CMD@ice.dhs.gov.

*Russell Hott*
*Acting ERO Assistant Director, Custody Management*

This message was sent in concurrence with AD Field Operations.

This message expires one year from the date it was sent, pursuant to ERO policy.



NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

ICE - 0000685