# Exhibit M

Message

| | |
|---|---|
| **From:** | Pham, Alexander [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0B0CFA9BCD2549128980F8A3D94D8F74-PHAM, ALEXA] |
| **Sent:** | 6/4/2020 11:20:56 PM |
| **To:** | Gonzalez, Nancy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=61f88186aba3498dbe11ba4368cf67a9-Gonzalez, N] |
| **Subject:** | FW: MV Expanded COVID-19 Testing |
| **Attachments:** | Plan |

FYI

Alexander Pham
Assistant Field Office Director
DHS/ICE/ERO
800 Truxtun Ave.
Bakersfield, CA 93301
■■■■■■ Office
■■■■■■ Fax

CONFIDENTIALITY NOTICE: This document may contain confidential and sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by the Department of Homeland Security, U.S. Immigration and Customs Enforcement.

---

**From:** Pham, Alexander
**Sent:** Thursday, June 4, 2020 4:06 PM
**To:** Chang, Richard F <■■■■■■■■■■■■■■■■■■>
**Subject:** FW: MV Expanded COVID-19 Testing

FYI

Alexander Pham
Assistant Field Office Director
DHS/ICE/ERO
800 Truxtun Ave.
Bakersfield, CA 93301
■■■■■■ Office
■■■■■■ Fax

CONFIDENTIALITY NOTICE: This document may contain confidential and sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by the Department of Homeland Security, U.S. Immigration and Customs Enforcement.

---

**From:** Pham, Alexander
**Sent:** Thursday, June 4, 2020 4:06 PM
**To:** Jennings, David W <■■■■■■■■■■■■■■■■■■>
**Subject:** MV Expanded COVID-19 Testing

Sir,

Per our discussion, below are some key points regarding implementation of COVID-19 testing and the potential outcomes at our facility. I have also attached the email received from Facility Administrator Nathan Allen with the expanded testing plan from GEO's end for your reference.

- MV has 2 medical isolation cells and 3 restrictive housing unit cells. All are currently occupied as is generally always the case
- If/when the first positive case is identified, that subject will need to be placed in medical isolation which will potentially lead to immediate logistical issues
- The corresponding housing unit would also have to be locked down/placed in cohort which means no detainees in or out
- If/when a second positive case is identified, there will likely be no logistical way to cohort/isolate which would then require the clearance of an entire housing unit/dorm in order to accommodate the positive case cohorts
- At present, the thought is to identify the least egregious cases for release if necessary so as to be able to free up a dorm for positive case cohorts.  This would present a problem in that if dorm A (with all of the medium-low classification cases) is the unit found to yield the positive case, that entire unit would be placed in quarantine/cohort status which would restrict our movement and/or release of those detainees.
- The resulting decision would then have to be to release cases from the other three units which is where all the more egregious cases are currently housed (likely 25-40 detainees) in order to allow for reorganization and creation of a cohort unit for positive cases only

Please let me know if there is anything I may have missed. If there is anything else that I think of after the fact, I will send a follow-up.

Alexander Pham
Assistant Field Office Director
DHS/ICE/ERO
800 Truxtun Ave.
Bakersfield, CA 93301
    Office
                        Fax

CONFIDENTIALITY NOTICE: This document may contain confidential and sensitive U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies of the original. Any disclosure of this document must be approved by the Department of Homeland Security, U.S. Immigration and Customs Enforcement.