WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
**Admitted Pro Hac Vice*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-CV-02731-VC <br><br><br> **DECLARATION OF FRANCISCO M. UNGER IN SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

I, Francisco M. Unger, declare as follows:

1. I am an associate with the law firm of Cooley LLP, co-counsel of record in the above-captioned matter for named Plaintiffs and the provisional Class. I have knowledge of the following, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto are the following true and correct copies of the following documents produced by defendant GEO Group, Inc. in response to a request for production of documents served by Plaintiffs:

| **Exhibit** | **Document Description** |
|---|---|
| A | Email from Nathan Allen to Cheryl Nelson and Paul Laird, dated June 4, 2020. (GEO_07064). |
| B | Email from Nathan Allen to Cheryl Nelson, dated July 1, 2020. (GEO_07202). |
| C | Department of Homeland Security survey, dated April 10, 2020. (GEO_00003). |
| D | Email from Nathan Allen to Alexander Pham, dated June 4, 2020. (GEO_01052). |
| E | Email from Nathan Allen to Paul Laird and Cheryl Nelson, dated July 2, 2020. (GEO_06391). |
| F | Email from Paul Laird to Nathan Allen, dated June 25, 2020. (GEO_08822). |
| G | Email from Brooke Sanchez-Othon to Janese Mull and Nathan Allen, dated July 6, 2020. (GEO_06238). |
| H | Email from Nathan Allen to Cheryl Nelson, dated May 26, 2020. (GEO_06450). |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3, 2020 in Cambridge, Massachusetts.

*/s/ Francisco M. Unger*
Francisco M. Unger