# Exhibit A

Message

| | |
|---|---|
| **From:** | Cheryl Nelson |
| **Sent:** | 6/5/2020 7:32:45 AM |
| **To:** | Nathan Allen |
| **CC:** | Paul Laird |
| **Subject:** | Re: Plan |

Got it, please keep us posted on growing developments.

**Cheryl Nelson**
DIRECTOR OF OPERATIONS, GEO SECURE SERVICES

**The GEO Group, Inc. ®**
**Western Region Office**
6100 Center Drive, Suite 825
Los Angeles, CA 90045

Tel:              Fax:
Mobile:



www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

---

**From:** Nathan Allen
**Sent:** Thursday, June 4, 2020 1:48 PM
**To:** Cheryl Nelson
**Cc:** Paul Laird
**Subject:** Plan

Just got off the phone with Alex.  He said he's going to engage his chain again due to what happens if a positive test(s) comes up.  During the conversation he was under the impression if a detainee tested positive (even with no symptoms) we could leave him in the dorm during the 14 day cohort.  Told him we wouldn't be able to do that with all the protocols (IHSC/Public Health) in place, the continued exposure to the other detainees, and the need to do follow up tests before a positive can be cleared to return to GP.  I'll follow up if I hear anything else.

**Nathan (Nate) Allen**
Facility Administrator, GEO Secure Services

**The GEO Group, Inc. ®**
Mesa Verde ICE Processing Center
425 Golden State Ave
Bakersfield, CA 93301

Tel:              Mobile:
Fax:



www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient,

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                      GEO 07065