# Exhibit B

Message

**From:** Nathan Allen
**Sent:** 7/1/2020 10:32:06 PM
**To:** Cheryl Nelson
**CC:** Paul Laird
**Subject:** Re: MVIPC POSITIVE COVID CASE ON INTAKE

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Nathan Allen
**Sent:** Wednesday, July 1, 2020 10:21:40 PM
**To:** Cheryl Nelson
**Cc:** Paul Laird
**Subject:** Re: MVIPC POSITIVE COVID CASE ON INTAKE

The AFOD said they are going to try and move the 4 that came with the positive detainee someplace in the morning, they'll have to stay in intake for the night. The positive will stay in med ISO. The two that came in a different vehicle but were allegedly with the 5 at the ICE office are stagers and might leave in the morning.  We have two female stagers coming in tonight that will go into the medical hold room until the morning when they leave.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Nathan Allen
**Sent:** Wednesday, July 1, 2020 9:27:39 PM
**To:** Cheryl Nelson
**Cc:** Paul Laird
**Subject:** Re: MVIPC POSITIVE COVID CASE ON INTAKE

Will do.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Cheryl Nelson
**Sent:** Wednesday, July 1, 2020 9:21:09 PM
**To:** Nathan Allen
**Cc:** Paul Laird
**Subject:** Re: MVIPC POSITIVE COVID CASE ON INTAKE

Copy. Please keep us posted on the disposition of the remaining detainees who rode in the same vehicle with the positive case, as well as those who allegedly had close contact with the positive case when they were together at the ICE office.

Sent from my Verizon, Samsung Galaxy smartphone

Get Outlook for Android

**From:** Nathan Allen
**Sent:** Wednesday, July 1, 2020 8:37:41 PM
**To:** Cheryl Nelson
**Cc:** Paul Laird
**Subject:** Fwd: MVIPC POSITIVE COVID CASE ON INTAKE

Hi Cheryl, as discussed. I'll let you know what ICE does with the other potential exposures as I cannot put them in the dorms (with the risk of spreading an infection) and I do not have space for 6 in cohort. Alex and Janese are fully aware.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Wendy M. Baca
**Sent:** Wednesday, July 1, 2020, 8:26 PM
**To:** Pham, Alexander; Mull, Janese N; Nathan Allen;                                    ; Nowell, James A
**Cc:** Obasi, Uruaku A; Brooke Sanchez-Othon; Richard M. Medrano; Kenneth Lassiter; Tiffany Thompson
**Subject:** [EXTERNAL] MVIPC POSITIVE COVID CASE ON INTAKE

ALL FYSA-
The following detainees arrived at MVIPC 7/1/20 at approximately 1700. Detainee            was the only detainee who did not to decline testing and tested positive on the Abbott ID NOW test. Detainee            was placed into medical isolation/negative pressure and a nasopharyngeal swab specimen has been collected to be sent for more sensitive testing. The other 4 detainees are being held in intake and will need to be cohorted for 14 days and monitored.



Two other detainees (stagers listed below) arrived at approximately 1800 and reported being in the same holding cell at the ICE/ERO office. They too are being held in intake pending information on how they were held at the ERO Office.

More to come.

Thank you,
Wendy

Wendy Baca, Acting HSA
Mesa Verde ICE Processing Center
Private Prisons Division
wellpath

425 Golden State Avenue
Bakersfield, California 93301

███████████████

The information contained in this email should be considered sensitive but unclassified and/or legally privileged information. It may be distributed within the Federal Government (& its contractors), law enforcement, public safety or individuals with a need to know. This information may not be released to any media outlet, the general public or posted on the internet. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access.

Do not forward without the express written permission of the above-named author of this message. The information in this E-mail message is confidential and intended only for the use of its intended recipient. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and destroy the message. Thank you.