# Exhibit C

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

 # Department of Homeland Security
# Office of Inspector General

The Department of Homeland Security Office of Inspector General is conducting a review of ICE's ability to manage the COVID-19 pandemic at its facilities. The purpose of these questions is to collect information about challenges and needs of facilities in responding to the coronavirus 2019 (COVID-19) pandemic, among facility staff and the detained population. Your responses to the questions below should reflect the numbers of staff and detainees, as well as the status and operations of the facility, on the day that you respond to the survey. You have been identified as the best resource at the facility to respond to the survey. To better understand the scope and possible growth of the pandemic, we may follow-up with a similar survey at a later date to collect updated information on the facility's status.

We request that you respond no later than **Wednesday, April 15th**. If we do not receive a response, we will contact you by phone to follow up. Completion of this survey is required, and we appreciate your assistance and willingness to provide the information, especially during this very busy time. In addition, if you have any questions about the survey, please e-mail **OIGCOVID19.ICESurvey@oig.dhs.gov**. Thank you.

Name of facility

Mesa Verde ICE Processing Center

Your full name

Nathan Allen

Your title

Facility Administrator

Your e-mail address

████████████

Your phone number

████████████

## QUESTIONS ABOUT FACILITY STAFF

1. Total number of staff who **have been tested** for COVID-19:  `3`

2. Total number of staff who **have tested positive** for COVID-19:  `0`

3. Total number of staff who **are in precautionary self-quarantine**:  `1`

4. Total number of staff who **are unavailable to work** due to community mitigation measure (considered non-essential; absent for child care due to school closures, weather and safety leave, etc.):  `1`

## QUESTIONS ABOUT STAFF RESOURCES, SUPPLIES, AND GUIDANCE

5. Do you believe the facility has enough of the following protective equipment and supplies on hand for **all facility staff (including non-medical and medical)** to use if a COVID-19 outbreak occurs in the facility?

a. Nitrile or latex gloves    ● Yes    ○ No

b. Standard surgical masks    ● Yes    ○ No

c. N95 respirators    ● Yes    ○ No

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

d. Hand sanitizer ◯ Yes ◉ No

e. Face shields or goggles ◉ Yes ◯ No

f. Disinfectant cleaning agents ◉ Yes ◯ No

6. Have **all facility staff (including non-medical and medical staff)** been trained in the proper fitting, use, and disposal of the above protective equipment? ◉ Yes ◯ No

7. Has the facility received guidance from the following offices that addresses how to prevent, control and mitigate an outbreak of COVID-19 in the facility?

a. ICE Headquarters ◉ Yes ◯ No

b. ICE Health Service Corps (IHSC) ◉ Yes ◯ No

8. What are the facility's contingency staffing plans in the event the facility is not capable of providing adequate services and care to detainees during the COVID-19 pandemic?

> Health Services: The contract medical provider has schedules and plans in place to meet detainee health care needs 24/7. Detainees who present issues beyond facility care or staffing compliment will be sent to local hospitals.
> Food Service: Additional staff members will be assigned to the food service department to ensure meals are delivered.
> Operations: Security rosters will be adjusted to cover all essential posts. Non-essential programs and services will be ⊞

## QUESTIONS ABOUT ICE DETAINEES AT FACILITY

9. Total number of ICE detainees at facility: `308`

10. Total number of ICE detainees who **have been tested** for COVID-19: `0`

11. Total number of ICE detainees who **have tested positive** for COVID-19: `0`

12. Total number of ICE detainees who **are in isolation** for suspected COVID-19 symptoms or exposure: `0`

13. Total number of ICE detainees who **are being monitored** for suspected COVID-19 symptoms or exposure: `0`

14. Total number of ICE detainees **released from the facility** for reasons (i.e., detainee is in a high risk group) related to COVID-19 pandemic: `N/A`

15. Do you believe the facility has enough of the following resources to maintain proper hygiene and protection **among ICE detainees**?

a. Masks for detainees who exhibit COVID-19 symptoms or test positive for COVID-19: ◉ Yes ◯ No

b. Liquid soap for detainee use: ◯ Yes ◉ No

c. Hand sanitizer for detainee use: ◯ Yes ◉ No

16. How many ICE detainees can the facility hold in quarantine or isolation if a detainee **exhibits suspected COVID-19 symptoms**? `Varies bas`⊞

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**      GEO 00004

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

17. How many ICE detainees can the facility hold in quarantine or isolation if a detainee **tests positive for COVID 19**?   `2`

18. How many negative pressure rooms does the facility have?   `2`

---

**QUESTIONS ABOUT FACILITY'S MEDICAL PRACTICES**

19. Does the facility conduct risk assessments on ICE detainees to determine potential COVID-19 exposure?    ⦿ Yes    ○ No

20. What is the protocol, if any, to determine whether an ICE detainee should be tested for COVID-19?

> Providers follow protocols set forth by the CDC, IHSC, and GEO. If a detainee with a history of exposure to a laboratory-confirmed case of COVID19 presents with or complains of fever and/or respiratory illness, the detainee is placed in isolation and a test will be administered.  If the detainee has not had close contact, providers use judgment to determine if a patient has signs/symptoms of COVID19 and whether the patient should be isolated and tested.

   a. If the facility has testing protocols in place, how many ICE detainees have met the testing protocols but have **not** been tested?   `0`

21. Does the facility have the capacity to test  ICE detainees for COVID-19 on-site?    ⦿ Yes    ○ No

   a. If yes, how many on-site COVID-19 testing kits does the facility have ?   `20 collection`

---

**OVERALL QUESTIONS**

22. Do you believe the facility is prepared to handle the COVID19 pandemic?    ⦿ Yes    ○ No

23. What are the major challenges, if any, facing the facility regarding the COVID-19 pandemic?

> Additional hand sanitizer dispensers and refills are backordered; staff have been authorized to use personal-sized alcohol based hand sanitizer in the interim.

24. What other measures other than the ones described above has the facility taken to prepare for, prevent, control, and mitigate an outbreak of COVID-19 in the facility?

> CDC guidelines "Stop the Spread" are posted in all detainee areas.  All staff and visitors are screened with a signs and symptoms questionnaire and are temperature checked.  All new detainees undergo a questionnaire and temperature check. Enhanced cleaning is being completed throughout the day.  Social distancing is being conducted to the maximum extent

25. Is there anything else you would like to tell us about the facility's handling of the COVID-19 pandemic?

> The detainees have unfettered access to bar soap for personal use at all times. In addition, the facility has been under constant guidance from the GEO Groups' corporate and health services offices since the onset of the virus, as well as being in constant communication with the local ICE ERO and IHSC components in regards to oversight of COVID-19 updates and monitoring.

26. Date survey was completed

`April 10, 2020`

**After saving the completed survey, please attach it to an e-mail to
OIGCOVID19.ICESurvey@oig.dhs.gov**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**      **GEO 00005**