# Exhibit D

Message
---

| | |
|---|---|
| **From:** | Nathan Allen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=95372494BFF540869C456E468F370223-NATHAN ALLE] |
| **Sent:** | 6/4/2020 1:21:42 PM |
| **To:** | Pham, Alexander |
| **Subject:** | Plan |
| **Attachments:** | Mesa Verde COVID Testing 6.4.20 FA.docx |

Hi Alex, just an FYI.  I had to submit another plan based off of what you sent the other day; this is what was submitted.  Seems like a lot, but it covers what your directives were, and some stuff regarding possible positive tests.  The issue is going to be the same as last time regarding housing for multiple positives. Don't want you to get something coming down from your side about the plan without you knowing.

**Nathan (Nate) Allen**
Facility Administrator, GEO Secure Services

**The GEO Group, Inc. ®**
Mesa Verde ICE Processing Center
425 Golden State Ave
Bakersfield, CA 93301

Tel:            Mobile:
Fax:

www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.