# Exhibit E

**Message**

**From:** Paul Laird
**Sent:** 7/2/2020 10:30:49 AM
**To:** Nathan Allen ; Cheryl Nelson
**Subject:** Re: Assistance with Cohorting Exposed Detainees

I assume they are going to Adelanto? Have you discussed it with James?

---

**From:** Nathan Allen
**Sent:** Thursday, July 2, 2020 10:23 AM
**To:** Cheryl Nelson
**Cc:** Paul Laird <
**Subject:** Fw: Assistance with Cohorting Exposed Detainees

Looks like we're dodging a bullet. Waiting on paperwork to come so we can get them ready. The only requirement per IHSC is notifying the receiving facility how many more days of the 14-day cohort they have remaining. We are also doing a paperwork drill to possibly move the detainees out of B dorm back into C & D while still trying to maintain the upper/lower bunk scheme (50 per dorm). This at the request of Alex and Janese.

---

**From:** Mull, Janese N
**Sent:** Thursday, July 2, 2020 10:08 AM
**To:** Valdez, Gabriel A
**Cc:** Pham, Alexander ; Lowes, Diane R ; Gonzalez, Nancy ; Nathan Allen
**Subject:** [EXTERNAL] Assistance with Cohorting Exposed Detainees

AFOD Valdez,

Thank you very much for assisting ERO Bakersfield with housing and cohorting the following six (6) detainees exposed to another detainee who tested positive for COVID-19:



1
2
3
4
5
6

If there are any questions or concerns, please feel free to contact me.

Again, THANK YOU!

Janese Mull
Assistant Field Office Director
U.S. Department of Homeland Security (DHS) | Immigration and Customs Enforcement (ICE)
Enforcement and Removal Operations (ERO) | Bakersfield Sub Office
800 Truxtun Avenue | Bakersfield, CA  93301
Mobile: ███████████

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.  This email may contain Personally -Identifiable Information (PII) which must be protected in accordance with applicable privacy and security policies.  If you are not the intended recipient of this information, disclosure, reproduction, distribution or use of this information is prohibited.

To report suspicious activity, visit www.ice.gov/tips<http://www.ice.gov/tips/> or call (866) 347 2423.