# Exhibit F

Message

**From:** Nathan Allen
**Sent:** 6/25/2020 9:57:46 AM
**To:** Paul Laird                    Cheryl Nelson
**Subject:** Re: Detainee Testing - New Intakes

Copy, will do.

---

**From:** Paul Laird
**Sent:** Thursday, June 25, 2020 9:56 AM
**To:** Nathan Allen                   ; Cheryl Nelson
**Subject:** Re: Detainee Testing - New Intakes

Nate: I think the plan is sufficient for your testing protocols moving forward. However, the plans falls short of identifying mitigating procedures you could put in place for detainees who do not consent to testing and are placed directly into a unit. We cannot just throw up our hands and say there isn't anything we can do. We should at a minimum identify specific areas within the unit for new arrivals. Maybe it is in a row of bunks in the fron, maybe in the back etc, but we can't just scatter them throughout the unit without any controls. Whether it be tape on the floor, privacy curtains, or any other strategy you can identify, it would be better than just saying we are unable to do anything. I know we have discussed this multiple times before, and it appears there has been no creative effort to come up with some mitigating strategies.

Please work with Cheryl and let's discuss your ideas tomorrow.

---

**From:** Nathan Allen
**Sent:** Thursday, June 25, 2020 9:37 AM
**To:** Cheryl Nelson
**Cc:** Paul Laird
**Subject:** Detainee Testing - New Intakes

Hi Cheryl, IHSC was onsite conducted training with the HSA yesterday afternoon on the Abbott machine. The HSA needs to conduct some additional training with the nurses today. Currently, our new AFOD (Janese Mull) has indicated they will are looking to begin testing new intakes beginning Friday or Monday. This attached plan is the one we went over last week when we knew the machine was supposed to come. Alex reviewed it last week and was okay with it and I sent it over this morning to AFOD Mull for her review.

Nathan (Nate) Allen
Facility Administrator, GEO Secure Services

The GEO Group, Inc. ®
Mesa Verde ICE Processing Center
425 Golden State Ave
Bakersfield, CA 93301

Tel:            Mobile:
Fax:

www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                              GEO 08823