# Exhibit G

Message

| | |
|---|---|
| From: | Brooke Sanchez-Othon |
| Sent: | 7/6/2020 9:22:05 AM |
| To: | Nathan Allen; Mull, Janese N |
| CC: | Wendy M. Baca |
| Subject: | [EXTERNAL] Re: COVID-19 Testing of all Inmates Inquiry |

We would use the oropharyngeal swabs and they would be sent for processing to cardiotropic labs.

Brooke Sanchez Othon, RN BSN CCHP
Clinical Operations Specialist
wellpath

PH
WellpathCare.com

---

**From:** Nathan Allen < >
**Sent:** Monday, July 6, 2020 9:17:06 AM
**To:** Mull, Janese N; Brooke Sanchez-Othon
**Cc:** Wendy M. Baca
**Subject:** [EXT] Re: COVID-19 Testing of all Inmates Inquiry

> **CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

The testing would be by using the normal swap kits or with the Abbott?

---

**From:** Mull, Janese N < >
**Sent:** Monday, July 6, 2020 8:55 AM
**To:** Brooke Sanchez-Othon < >; Nathan Allen < >
**Cc:** Wendy M. Baca < >
**Subject:** [EXTERNAL] RE: COVID-19 Testing of all Inmates Inquiry

10-4!

Thank you!

*Janese Mull*
**Assistant Field Office Director**
U.S. Department of Homeland Security | Immigration and Customs Enforcement
Enforcement and Removal Operations (ERO) | Bakersfield Sub Office
800 Truxtun Avenue | Bakersfield, CA  93301
Office:
Mobile

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

No portion of this report should be furnished to the media, either in written or verbal form. This email may contain Personally-Identifiable Information (PII) which must be protected in accordance with applicable privacy and security policies. If you are not the intended recipient of this information, disclosure, reproduction, distribution or use of this information is prohibited.

To report suspicious activity, visit www.ice.gov/tips or call (866) 347 2423.

**From:** Brooke Sanchez-Othon <​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Monday, July 6, 2020 8:51 AM
**To:** Mull, Janese N <​​​​​​​​​​​​​​​​​​​​​​>; Nathan Allen <​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Wendy M. Baca <​​​​​​​​​​​​​​​​​​>
**Subject:** Re: COVID-19 Testing of all Inmates Inquiry

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

AFOD Mull,

Please see attached testing plan for all detainees. Please note this has already been sent up to ICE by AFOD Pham and denied due to the housing restrictions we face. Testing all detainees will potentially cause the same housing issue we had last week but on a larger scale. Completing the testing is not the issue it is just what we will need to do with the results once they are received. Please let us know if you need anything else.

Thank you!

Brooke Sanchez Othon, RN BSN CCHP
Clinical Operations Specialist



PH
WellpathCare.com

---

**From:** Mull, Janese N <​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Monday, July 6, 2020 8:26 AM
**To:** Nathan Allen
**Cc:** Wendy M. Baca; Brooke Sanchez-Othon
**Subject:** [EXT] COVID-19 Testing of all Inmates Inquiry

CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Nathan,

We have been advised (by counsel) that it would be in our best interest to evaluate how long it would take (and why) to conduct COVID-19 testing for all detainees and detail how it would be done and what testing would be used.

If possible, can I please obtain this information by 12pm today. If that is not possible, please advise.

Thanking you in advance!



**Janese Mull**
**Assistant Field Office Director**
U.S. Department of Homeland Security | Immigration and Customs Enforcement
Enforcement and Removal Operations (ERO) | Bakersfield Sub Office
800 Truxtun Avenue | Bakersfield, CA 93301
Office:
Mobile

**Warning:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form. This email may contain Personally -Identifiable Information (PII) which must be protected in accordance with applicable privacy and security policies. If you are not the intended recipient of this information, disclosure, reproduction, distribution or use of this information is prohibited.

To report suspicious activity, visit www.ice.gov/tips [ice.gov] or call (866) 347 2423.

---

Do not forward without the express written permission of the above-named author of this message. The information in this E-mail message is confidential and intended only for the use of its intended recipient. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and destroy the message. Thank you.