# Exhibit H

Message

**Sent**: 5/26/2020 9:15:15 AM
**To**: Cheryl Nelson [ ]
**Subject**: Staff testing

The AFOD mentioned during he would rather not have staff testing as that may also impact ERO functions, i.e., an asymptomatic person testing positive would require possible dorm cohorts and detainee testing protocols.

Nathan (Nate) Allen
Facility Administrator, GEO Secure Services

The GEO Group, Inc. ®
Mesa Verde ICE Processing Center
425 Golden State Ave
Bakersfield, CA 93301

Tel:            Mobile:
Fax:

www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.