WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax: 415-553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANGEL DE JESUS ZEPEDA RIVAS,
BRENDA RUIZ TOVAR, LAWRENCE
MWAURA, LUCIANO GONZALO
MENDOZA JERONIMO, CORAIMA
YARITZA SANCHEZ NUÑEZ, JAVIER
ALFARO, DUNG TUAN DANG,

        Petitioners-Plaintiffs,

    v.

DAVID JENNINGS, Acting Director of the
San Francisco Field Office of U.S. Immigration
and Customs Enforcement; MATTHEW T.
ALBENCE, Deputy Director and Senior
Official Performing the Duties of the Director
of the U.S. Immigration and Customs
Enforcement; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; GEO GROUP,
INC.; NATHAN ALLEN, Warden of Mesa
Verde Detention Facility,

        Respondents-Defendants.

Case No. 3:20-cv-02731-CV

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

[PROPOSED] TEMPORARY
RESTRAINING ORDER
(CASE NO. 3:20-CV-02731-VC)

1    BREE BERNWANGER* (NY SBN 5036397)       MARTIN S. SCHENKER (SBN 109828)
     bbernwanger@lccrsf.org                   mschenker@cooley.com
2    TIFANEI RESSL-MOYER (SBN 319721)         COOLEY LLP
     tresslmoyer@lccrsf.org                   101 California Street, 5th Floor
3    HAYDEN RODARTE (SBN 329432)              San Francisco, CA 94111
     hrodarte@lccrsf.org                      Telephone: (415) 693-2000
4    LAWYERS' COMMITTEE FOR                   Facsimile: (415) 693-2222
     CIVIL RIGHTS OF
5    SAN FRANCISCO BAY AREA                   TIMOTHY W. COOK (Mass. BBO# 688688)*
     131 Steuart St #400                      tcook@cooley.com
6    San Francisco, CA 94105                  FRANCISCO M. UNGER (Mass. BBO#
     Telephone: (415) 814-7631                698807)*
7                                             funger@cooley.com
     JUDAH LAKIN (SBN 307740)                 COOLEY LLP
8    judah@lakinwille.com                     500 Boylston Street
     AMALIA WILLE (SBN 293342)                Boston, MA 02116
9    amalia@lakinwille.com                    Telephone: (617) 937-2300
     LAKIN & WILLE LLP                        Facsimile: (617) 937-2400
10   1939 Harrison Street, Suite 420
     Oakland, CA 94612
11   Telephone: (510) 379-9216
     Facsimile: (510) 379-9219
12
     JORDAN WELLS (SBN 326491)
13   jwells@aclusocal.org
     STEPHANIE PADILLA (SBN 321568)
14   spadilla@aclusocal.org
     AMERICAN CIVIL LIBERTIES UNION
15   FOUNDATION OF SOUTHERN
     CALIFORNIA
16   1313 West Eighth Street
     Los Angeles, CA 90017
17   Telephone: (213) 977-9500
     Facsimile: (213) 977-5297
18
19                          *Attorneys for Petitioners-Plaintiffs*

20

21

22

23

24

25

26

27

28

**[PROPOSED] TEMPORARY
RESTRAINING ORDER
(CASE NO. 3:20-CV-02731-VC)**

### [PROPOSED] TEMPORARY RESTRAINING ORDER

Plaintiffs-Petitioners filed a sealed administrative motion containing a Motion for Temporary Restraining Order on August 4, 2020, refiled their Motion for Temporary Restraining Order on the public docket on August 5, and filed an amended proposed order on August 5. On August 4, the federal government defendants filed an opposition and defendant GEO, Inc., filed a declaration in opposition. The Court heard the parties' positions on Plaintiffs-Petitioners' Motion on August 5. Having considered the parties' filings and the arguments presented, Plaintiffs' Motion for Temporary Restraining Order is GRANTED.

The Court concludes that Plaintiffs-Petitioners have met their burden of showing: (1) a likelihood of success on the merits that Defendants' current practices as to COVID-19 testing and the cohorting of class members in Dorm C at the Mesa Verde Detention Facility (MVDF) violate the Due Process Clause of the Fifth Amendment because such practices exhibit deliberate indifference; (2) that those practices are causing and will cause irreparable harm to MVDF class members absent a temporary restraining order; (3) that the balance of equities weighs in Plaintiffs-Petitioners' favor; and (4) that the public interest favors granting the motion.

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Civil L. R. 65-1, and the Court's equitable powers, the Court orders Defendants as follows:

1. within 24 hours, administer a point-of-care COVID-19 test (i.e., a test that returns rapid results) to all class members at MVDF, and administer such a test to all class members at MVDF on a weekly basis thereafter;

2. maintain the current practice of not admitting new class members to MVDF;

3. maintain the population levels at each dormitory within MVDF in in a manner consistent with the Court's preliminary injunction order (ECF No. 357), specifically including a maximum of 35 class members in each dormitory[1];

4. maintain a dormitory to segregate detainees who test positive for COVID-19; and

---

[1] Defendants have represented that there were 138 class members detained at MVDF on June 9, 2020, the date the preliminary injunction issued (ECF No. 484-1). Across the facility's four dorms, the average population on June 9 was accordingly approximately 35.

5.  on a daily basis, provide Plaintiffs-Petitioners' counsel with (1) a roster indicating the name and location within the facility of each class member at MVDF and (2) updates of any tests offered or given to detainees, and the results of those tests.

## ORDER TO SHOW CAUSE

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue requiring Defendants to perform as set forth herein on an ongoing basis. The hearing on the order to show cause will be held on _____ at _____.

IT IS SO ORDERED.

Dated this ___ day of August 2020

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**[PROPOSED] TEMPORARY
RESTRAINING ORDER**
(CASE NO. 3:20-CV-02731-VC)