UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 38**<br>Re: Dkt. No. 472 |

The bail request for Jose Isidro Carballo (aka Isidro Benavides Carballo) is granted. Bail is subject to standard conditions of release stated at Dkt. No. 369. Bail is also subject to the further condition that the plaintiffs certify to ICE that space is available for Mr. Carballo at a transitional housing facility.

**IT IS SO ORDERED.**

Dated: August 5, 2020

_____
VINCE CHHABRIA
United States District Judge