| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
| wfreeman@aclunc.org | Public Defender |
| SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
| sriordan@aclunc.org | Chief Attorney |
| ANGÉLICA SALCEDA (SBN 296152) | GENNA ELLIS BEIER (CA SBN 300505) |
| asalceda@aclunc.org | genna.beier@sfgov.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA | EMILOU H. MACLEAN (CA SBN 319071) |
| | emilou.maclean@sfgov.org |
| | FRANCISCO UGARTE (CA SBN 241710) |
| 39 Drumm Street | francisco.ugarte@sfgov.org |
| San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER |
| Telephone: (415) 621-2493 | SAN FRANCISCO |
| Facsimile: (415) 255-8437 | 555 Seventh Street |
| | San Francisco, CA 94103 |
| *Attorneys for Petitioners-Plaintiffs* | Direct: (415) 553-9319 |
| Additional Counsel Listed on Following Page | Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-CV-02731-VC <br><br><br> **DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

| | |
|---|---|
| BREE BERNWANGER* (NY SBN 5036397)<br>bbernwanger@lccrsf.org<br>HAYDEN RODARTE (SBN 329432)<br>hrodarte@lccrsf.org<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS OF<br>SAN FRANCISCO BAY AREA<br>131 Steuart St #400<br>San Francisco, CA 94105<br>Telephone: (415) 814-7631<br><br>JUDAH LAKIN (SBN 307740)<br>judah@lakinwille.com<br>AMALIA WILLE (SBN 293342)<br>amalia@lakinwille.com<br>LAKIN & WILLE LLP<br>1939 Harrison Street, Suite 420<br>Oakland, CA 94612<br>Telephone: (510) 379-9216<br>Facsimile: (510) 379-9219<br><br>JORDAN WELLS (SBN 326491)<br>jwells@aclusocal.org<br>STEPHANIE PADILLA (SBN 321568)<br>spadilla@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297 | MARTIN S. SCHENKER (SBN 109828)<br>mschenker@cooley.com<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>TIMOTHY W. COOK* (Mass. BBO# 688688)<br>tcook@cooley.com<br>FRANCISCO M. UNGER* (Mass. BBO# 698807)<br>funger@cooley.com<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 |

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

# DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

I, Emilou MacLean, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice in California. I am a deputy public defender in the immigration unit of the San Francisco Office of the Public Defender and counsel for Petitioners-Plaintiffs in this action. I submit this declaration in support of Plaintiffs-Petitioners' Reply in support of a Temporary Restraining Order and to transmit true and correct copies of the following documents. I have knowledge of the following and if called as a witness I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of an August 5, 2020 email from Adrienne Zack, counsel for Federal Defendants, concerning the fourteenth GEO employee to test positive for COVID-19 at Mesa Verde.

3. Attached hereto are the following true and correct copies of the following documents produced by Defendants Immigration and Customs Enforcement and GEO Group, Inc. in response to a request for production of documents served by Plaintiffs.

| Exhibit | Document Description |
|---|---|
| B | May 21, 2020 Email from ICE Assistant Field Office Director Alexander Pham to himself regarding "Management Conference Call Notes" (ICE 691) |
| C | May 18, 2020 GEO Memorandum from Paul Laird, Western Region Vice President to Nathan Allen, Mesa Verde Facilities Administrator, Re: "COVID-19 Testing Operational Plan" (draft) (GEO 134) |
| D | May 21, 2020 Email exchange between Wendy Baca, Acting Health Services Administrator, Mesa Verde ICE Processing Center, Wellpath, and Nathan Allan, Mesa Verde Facilities Administrator, GEO (copying Wellpath staff Richard Medrano, Regional Medical Director, Brooke Sanchez Othon, Registered Nurse and Tiffany Thompson, Registered Nurse regarding "COVID-19 testing of asymptomatic intakes (STREET ARRESTS ONLY)"; forwarded to ICE Assistant Field Office Director Alexander Pham; and subsequently to ICE Deputy Field Office Director Erik Bonnar; and subsequently to ICE Field Office Director David Jennings (ICE 1944) |

| | | |
|---|---|---|
| | E | May 27, 2020 Email communication to ICE Assistant Field Office Director Alexander Pham Re: "COVID-19 Testing Operational Plan" (ICE 1854) |

4.   Attached as Exhibit F is a true and correct copy of excerpts (pages 103-106) of the deposition transcript of ICE Assistant Field Office Director Alexander Pham, from a deposition taken on July 29, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2020 in Berkeley, California.

                                          /s/ Emilou MacLean
                                          Emilou MacLean

CASE NO. 3:20-CV-02731-VC
DECLARATION OF EMILOU MACLEAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF A TRO

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2020, a true and correct copy of this Declaration was served via electronic mail on (1) Shiwon Choe, counsel for Federal Defendants and (2) Susan Coleman, counsel for GEO Defendants.

/s/ Emilou MacLean
Emilou MacLean
San Francisco Office of the Public Defender

*Attorney for Petitioners-Plaintiffs*
