# Exhibit F

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                       ---oOo---
 4   ANGEL DE JESUS RIVAS, BRENDA
     RUBI RUIZ TOVAR, LAWRENCE
 5   KURIA MWAURA, LUCIANO GONZALO
     MENDOZA HERONIMO, CORAIMA
 6   YARITZA SANCHEZ NUÑEZ, JAVIER
     ALFARO, DUNG TUAN DANG,
 7
          Petitioner-Plaintiffs,
 8
                    vs.            No. 3:20-CV-02731-VC
 9
     DAVID JENNINGS, Acting
10   Director of the San Francisco
     Field Office of U.S.
11   Immigration and Customs
     Enforcement; MATTHEW T.
12   ALBENCE, Deputy Director and
     Senior Official Performing
13   the Duties of the Director of
     the U.S. Immigration and
14   Customs Enforcement; U.S.
     IMMIGRATION AND CUSTOMS
15   ENFORCEMENT; GEO GROUP, INC.;
     NATHAN ALLEN, Warden of Mesa
16   Verde Detention Facility,
17       Respondents-Defendants.
     _____/
18
19       REMOTE VIDEOTAPED DEPOSITION VIA ZOOM OF
20                   ALEXANDER PHAM
21       _____
22            WEDNESDAY, JULY 29, 2020
23               ***CONFIDENTIAL***
24   REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR
25                                        (4190658)
```

Page 1

```
 1                        --o0o--
 2        Remote videotaped deposition of ALEXANDER PHAM,
 3   taken by the Petitioner-Plaintiffs, with the witness
 4   located in Bakersfield, California, commencing at 10:10
 5   A.M. Pacific Time, on WEDNESDAY, JULY 29, 2020, before
 6   me, HOLLY THUMAN, CSR, RMR, CRR.
 7                       APPEARANCES
 8                 (ALL APPEARANCES REMOTE)
 9   FOR THE PETITIONER-PLAINTIFFS:
10        COOLEY LLP
          101 California Street, 5th Floor
11        San Francisco, California 94111-5800
          By:  MARTIN S. SCHENKER, Attorney at Law
12             mschenker@cooley.com
13        COOLEY LLP
          500 Boylston Street
14        Boston, Massachusetts 02116
          By:  FRANCISCO M. UNGER, Attorney at Law
15             funger@cooley.com
               ELIZABETH RICE, Attorney at Law
16             erice@cooley.com
17        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
          NORTHERN CALIFORNIA
18        39 Drumm Street
          San Francisco, Califoarnia 94111
19        By:  WILLIAM S. FREEMAN, Attorney at Law
               wfreeman@aclunc.org
20             ANGELICA SALCEDA, Attorney at Law
               asalceda@aclunc.org
21
22        OFFICE OF THE PUBLIC DEFENDER SAN FRANCISCO
          555 Seventh Street
23        San Francisco, California 94103
          By:  EMILOU H. MacLEAN, Deputy Public Defender
24             emilou.maclean@sfgov.org
               GENNA ELLIS BEIER, Deputy Public Defender
25             genna.geier@sfgov.org
```

```
 1   (Appearances, cont'd)
 2       LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
         SAN FRANCISCO BAY AREA
 3       131 Steuart Street, Suite 400
         San Francisco, California 94105
 4       By:  BREE BERNWANGER, Attorney at Law
                  bbernwanger@lccrsf.org
 5            HAYDEN RODARTE, Attorney at Law
                  hrodarte@lccrsf.org
 6
 7   FOR THE WITNESS AND FEDERAL DEFENDANTS:
 8       UNITED STATES ATTORNEY'S OFFICE
         CALIFORNIA NORTHERN DISTRICT
 9       450 Golden Gate Avenue, 11th Floor
         San Francisco, California 94102
10       By:  SHIWON CHOE, Assistant United States Attorney
                  shiwon.choe@usdoj.gov
11            ADRIENNE ZACK, Assistant United States
              Attorney
12                adrienne.zack@usdoj.gov
13       DEPARTMENT OF HOMELAND SECURITY IMMIGRATION &
         CUSTOMS ENFORCEMENT (ICE)
14       630 Sansome Street, Room 890
         San Francisco, California 94111
15       By:  PATRICIA SPALETTA
              Acting Deputy Chief Counsel
16                patricia.spaletta@ice.dhs.gov
              VINCENT PELLEGRINI, Attorney
17                vincent.d.pellegrini@ice.dhs.gov
18
19   FOR DEFENDANTS THE GEO GROUP, INC. and WARDEN NATHAN
     ALLEN:
20
         BURKE WILLIAMS & SORENSEN LLP
21       444 S. Flower Street, Suite 2400
         Los Angeles, California 90071-2953
22       By:  SUSAN E. COLEMAN, Attorney at Law
                  scoleman@bwslaw.com
23
24
25   (Cont'd)
```

CONFIDENTIAL

```
 1   (Appearances, cont'd)
 2   ALSO PRESENT/APPEARING:
 3        SCOTT SLATER, Videographer
 4        MICHAELA SANCHEZ
 5        MADDIE BOYD
 6        TEEGAN LEE
 7        KATE MATHER
 8        TAYLOR CHAMBERS
 9        KELLY HERNANDEZ
10        TARA COUGHLIN
11        NATHAN ALLEN
12        DANIELA BERNSTEIN
13        ARDALAN RAGHIAN
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | BY MS. MacLEAN: | 12:48:58 |
| 2 | Q.  Do you recall that there was a number that | 12:48:59 |
| 3 | ICE and GEO had reached about how many people could | 12:49:04 |
| 4 | be safely in a particular dorm? | 12:49:07 |
| 5 | A.  I don't recall that. | 12:49:10 |
| 6 | MR. CHOE:  Object to the characterization. | 12:49:11 |
| 7 | (The reporter requested that people not | 12:49:14 |
| 8 | speak at once.) | 12:49:14 |
| 9 | THE WITNESS:  I don't recall. | 12:49:17 |
| 10 | MR. CHOE:  Objection. | 12:49:18 |
| 11 | Sorry.  We were talking over each other. | 12:49:23 |
| 12 | Objection. | 12:49:25 |
| 13 | BY MS. MacLEAN: | 12:49:26 |
| 14 | Q.  Do you recall any discussions about | 12:49:26 |
| 15 | whether testing everyone would require more | 12:49:32 |
| 16 | releases of detainees? | 12:49:37 |
| 17 | A.  Could you please repeat that question? | 12:49:41 |
| 18 | Q.  Do you recall any conversations about | 12:49:43 |
| 19 | whether universal testing of all detainees or | 12:49:46 |
| 20 | offering universal testing to all detainees would | 12:49:50 |
| 21 | require more detainees to be released? | 12:49:53 |
| 22 | A.  I recall having conversations on that | 12:49:56 |
| 23 | topic, but I don't remember the specifics of those | 12:49:57 |
| 24 | conversations. | 12:50:00 |
| 25 | Q.  What do you recall generally about those | 12:50:03 |

| | | |
|---|---|---|
| 1 | conversations? | 12:50:05 |
| 2 |     A.  Exactly what you stated. | 12:50:11 |
| 3 |     Q.  What is that? | 12:50:16 |
| 4 |     A.  That in order for us to expand testing to | 12:50:21 |
| 5 | offering it to the entire detainee population, that | 12:50:26 |
| 6 | it would likely involve having to make operational | 12:50:31 |
| 7 | decisions to allow for the cohort groups to exist. | 12:50:38 |
| 8 |     Q.  When you say "operational decisions to | 12:50:46 |
| 9 | allow for the cohort groups to exist," do you mean | 12:50:48 |
| 10 | that there would have to be decisions to release | 12:50:51 |
| 11 | people? | 12:50:54 |
| 12 |     A.  Potentially. | 12:50:56 |
| 13 |     Q.  And were you involved from some of those | 12:50:59 |
| 14 | conversations? | 12:51:01 |
| 15 |     A.  I'm sorry.  Could you be more specific? | 12:51:04 |
| 16 |     Q.  Do you recall concluding that for a -- for | 12:51:06 |
| 17 | a universal testing plan to be implemented, some | 12:51:12 |
| 18 | detainees would have to be released? | 12:51:15 |
| 19 |     MR. CHOE:  Objection. | 12:51:17 |
| 20 |     THE WITNESS:  I don't recall specifically | 12:51:26 |
| 21 | what was going through my mind at the time that | 12:51:27 |
| 22 | you're referring to. | 12:51:29 |
| 23 |     I just know that in consideration of | 12:51:30 |
| 24 | expanded testing, one of the factors that would | 12:51:37 |
| 25 | need to be considered would be releasing some | 12:51:42 |

Page 104

| | | |
|---|---|---|
| 1 | detainees in order to make it logistically | 12:51:49 |
| 2 | possible.  That was -- | 12:51:53 |
| 3 | BY MS. MacLEAN: | 12:51:58 |
| 4 |     Q.  Do you recall who was involved -- sorry. | 12:51:58 |
| 5 |         Continue. | 12:52:00 |
| 6 |     A.  I don't recall the specific conversations, | 12:52:00 |
| 7 | but again, these are conversations that would have | 12:52:02 |
| 8 | involved my management chain. | 12:52:06 |
| 9 |     Q.  So when you say your "management chain," | 12:52:09 |
| 10 | do you mean yourself, DFOD Bonnar, and Field Office | 12:52:11 |
| 11 | Director Jennings? | 12:52:14 |
| 12 |     A.  Yes. | 12:52:17 |
| 13 |     Q.  Do you recall whether there had ever been | 12:52:18 |
| 14 | progress that was made in identifying detainees who | 12:52:21 |
| 15 | could be released if there were the implementation | 12:52:25 |
| 16 | of a plan to expand testing? | 12:52:31 |
| 17 |         MR. CHOE:  Objection.  Vague and objection | 12:52:34 |
| 18 | to "could be released." | 12:52:35 |
| 19 |         THE WITNESS:  I'm not sure how to answer | 12:52:39 |
| 20 | that. | 12:52:40 |
| 21 |         Could you please be more specific? | 12:52:41 |
| 22 | BY MS. MacLEAN: | 12:52:42 |
| 23 |     Q.  Do you recall identifying detainees who | 12:52:42 |
| 24 | could be released if there were a plan in place for | 12:52:45 |
| 25 | universal testing? | 12:52:51 |

Page 105

|     |                                                              |              |
| --- | ------------------------------------------------------------ | ------------ |
| 1   |         MR. CHOE:  Objection.                                | 12:52:54     |
| 2   |         THE WITNESS:  I don't remember as I sit              | 12:52:57     |
| 3   | here the timelines for when those actions occurred,          | 12:52:59     |
| 4   | but I do know that at some point, we did go through          | 12:53:03     |
| 5   | and identify detainees that could potentially be             | 12:53:09     |
| 6   | released.                                                    | 12:53:20     |
| 7   | BY MS. MacLEAN:                                              | 12:53:21     |
| 8   |     Q.  Do you recall approximately how many                 | 12:53:21     |
| 9   | people were on that list?                                    | 12:53:22     |
| 10  |     A.  I don't recall that.                                 | 12:53:25     |
| 11  |     Q.  Do you recall whether those people were              | 12:53:27     |
| 12  | released?                                                    | 12:53:29     |
| 13  |     A.  I don't recall that either.                          | 12:53:31     |
| 14  |     Q.  Do you think that those people were                  | 12:53:33     |
| 15  | released?                                                    | 12:53:34     |
| 16  |         MR. CHOE:  Objection.  Speculation.                  | 12:53:35     |
| 17  |         THE WITNESS:  I don't know how to answer             | 12:53:41     |
| 18  | that.                                                        | 12:53:42     |
| 19  | BY MS. MacLEAN:                                              | 12:53:42     |
| 20  |     Q.  Do you recall making the decision to                 | 12:53:45     |
| 21  | release those people?                                        | 12:53:47     |
| 22  |         MR. CHOE:  Objection.                                | 12:53:50     |
| 23  |         THE WITNESS:  Could you please repeat that           | 12:53:59     |
| 24  | question?                                                    | 12:54:00     |
| 25  |     //                                                       |              |

```
 1                CERTIFICATE OF REPORTER
 2       I, HOLLY THUMAN, a Certified Shorthand Reporter,
 3  hereby certify that the witness in the foregoing
 4  deposition was by me duly sworn to tell the truth, the
 5  whole truth, and nothing but the truth in the
 6  within-entitled cause; that said deposition was taken
 7  down in shorthand by me, a disinterested person, at the
 8  time and place therein stated; and that the testimony
 9  of said witness was thereafter reduced to typewriting,
10  by computer, under my direction and supervision;
11       That before completion of the deposition review of
12  the transcript [X] was [] was not requested/offered.
13  If requested, any changes made by the deponent (and
14  provided to the reporter) during the period allowed are
15  appended hereto.
16       I further certify that I am not of counsel or
17  attorney for either or any of the parties to the said
18  deposition, nor in any way interested in the event of
19  this cause, and that I am not related to any of the
20  parties thereto.
21  DATED: this 3rd day of August, 2020.
22
23
24                    [signature: Holly Thuman]
25                HOLLY THUMAN, CSR
```

Page 204

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.