UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>   Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER RE RELEASED CLASS MEMBERS** |

    Going forward, all class members released by order of this Court are required to notify class counsel if they test positive for Covid-19 at any time after their release. This requirement applies retroactively to all class members previously released. The Court will issue a revised version of the standard conditions of release reflecting this requirement.

    Class counsel are ordered to inform all previously released detainees of this new requirement within 14 days of this order. Class counsel are also ordered to notify ICE upon learning that any class member either (1) tested positive for Covid-19 or (2) has been taken into criminal custody.

    **IT IS SO ORDERED.**

Dated: August 6, 2020

_____
VINCE CHHABRIA
United States District Judge