DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>DAVID JENNINGS, *et al.*, <br><br>    Defendants. | CASE NO. 3:20-cv-02731-VC <br><br>**NOTICE OF ERRATA REGARDING FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 484)** |

Federal Defendants respectfully submit this notice of errata regarding an inadvertently incorrect statement in their opposition to Plaintiffs' motion for temporary restraining order (ECF No. 484).

In the Opposition, Federal Defendants stated that the Mesa Verde Detention Facility has not accepted any new intakes since July 29, 2020. *Id.* at 1. This statement was inadvertently incorrect. Mesa Verde accepted one detainee who was scheduled to arrive on July 29 and arrived shortly after midnight (i.e., on July 30). Due to an oversight, the detainee originally was omitted on the list of July 30 arrivals in Federal Defendants' daily updates to Plaintiffs and the Court. The omission was detected and the detainee was identified in Federal Defendants' daily update of August 5, 2020. Federal Defendants apologize to Plaintiffs and the Court for the error.

DATED: August 6, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Federal Defendants