DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' AUGUST 10, 2020 DAILY REPORT** |

    In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit: (a) a roster indicating the name and location within the facility of each detainee at Mesa Verde; (b) any available updates on any tests offered or given to detainees, and the results of those tests. As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, many do not take advantage of the opportunity to stay six feet apart, and some have refused testing. At this time, there are no updates on steps defendants are taking to manage the COVID situation, aside from the testing and

quarantining reflected in (a) and (b).  Defendant The GEO Group, Inc., is in possession of the information regarding tests of employees and the results of those tests and will separately submit that report.

DATED:  August 10, 2020                           Respectfully submitted,

                                                           DAVID L. ANDERSON
                                                           United States Attorney

                                                           */s/ Wendy M. Garbers*
                                                           WENDY M. GARBERS
                                                           Assistant United States Attorney

                                                           Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | | | | | |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | | | | | |
| 166 | AVILES URTIS | JESUS | A | | | 8/4/2020 | | | | | |
| 291 | BOAR | DAN | A | 7/17/2020 | Negative | 8/4/2020 | | | | | |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | | | | | |
| 180 | CABRERA-REYES | ALAN | A | | | 8/4/2020 | | | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | A | | | 8/4/2020 | | | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | | | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | | | | | |
| 986 | HAMEED | NAVEED | A | 7/13/2020 | Refused | 8/4/2020 | | | | | |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | | | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | | | | | |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | A | | | 8/4/2020 | | | | | |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | | | | | |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | | | | | |
| 500 | QIU | ZUOLING | A | | | 8/4/2020 | | | | | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | | | | | |
| 182 | ROSAS-CANCHOLA | ARTEMIO | A | 7/23/2020 | Negative | 8/4/2020 | | | | | |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | | | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | | | | | |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | | | | | |
| 155 | MARIN-PARRA | ISRRAEL | B | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | | | |
| 834 | NAJERA SANDOVAL | MARCOS | B | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | |
| 946 | ORELLANA | CHRISTIAN | B | | | 7/29/2020 | 7/29/2020 | Positive | | | |
| 669 | PINEDA | SANTIAGO | B | 7/29/2020 | Positive | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | B | | | 7/30/2020 | 8/3/2020 | Positive | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | | | |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | | | |
| 888 | AGUILAR CARRION | JOSE | C | 7/15/2020 | Negative | 8/4/2020 | | | | | |
| 848 | ALAS-ALFARO | EDWIN | C | 7/13/2020 | Negative | 8/4/2020 | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | C | 7/27/2020 | Negative | 8/4/2020 | | | | | |
| 366 | ARIAS ROMERO | KEVIN | C | | | 8/4/2020 | | | | | |
| 388 | CAMARENA NAVARRETE | JOSE | C | | | 8/4/2020 | | | | | |
| 992 | CARILLO TORRES | WALTER | C | 7/30/2020 | Refused | 8/4/2020 | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | 8/4/2020 | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | | | |
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | C | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | | | |
| 229 | FIGUERAS | RALEIGH | C | | | 8/4/2020 | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | 8/3/2020 | | | | | |
| 163 | GALLARDO LOPEZ | ADRIAN | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | | | |
| 265 | GONZALEZ-AGATON | ANTONIO | C | | | 8/4/2020 | | | | | |
| 878 | GUERRA | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | 7/27/2020 | Refused | 8/4/2020 | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | C | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | | | | | |
| 029 | MEJIA-LOPEZ | JOSE DINO | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | | | |
| 889 | MELGOZA | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 242 | MENDOZA | ANTONI | C | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 067 | MORALES | JACINTO | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 544 | MORALES-SANCHEZ | HENRY | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 954 | NARVAEZ | PEDRO | C | | | 8/4/2020 | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | | | | | |
| 929 | PEREZ | OSCAR | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 010 | QAZI | ASIF | C | | | 8/4/2020 | | | | | |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | | | | | |
| 361 | SINGH | DILBAGH | C | | | 8/4/2020 | | | | | |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | | | |
| 264 | VIGIL | OSCAR | C | | | 8/4/2020 | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 855 | VILLANUEVA | JOSE | C | 7/29/2020 | Refused | 8/4/2020 | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | | | | | |
| 678 | ANIMAWUN | LATEEF | D | | | 8/4/2020 | n/a | Refused | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | | | | | |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | | | | | |
| 032 | GARCIA-MARTINEZ | HALMILTON | D | | | 8/4/2020 | | | | | |
| 196 | GOMEZ-NICOLAS | GOMEZ-NICOLAS | D | 7/27/2020 | Negative | 8/4/2020 | | | | | |
| 728 | GONZALEZ-ROMERO | JOSE | D | | | 8/4/2020 | | | | | |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | | | | | |
| 555 | HENRIQUEZ | JOSE | D | | | 8/4/2020 | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | | | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | | | |
| 919 | LIN | WEI | D | | | 8/4/2020 | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | | | | | |
| 164 | MELNICHUK | ALEKSANDR | D | | | 8/4/2020 | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | | | | | |
| 100 | MOUSA SALADDIN | MOHAMED | D | | | 8/4/2020 | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | | | | | |
| 642 | PORTILLO-NAVAS | KENNETH | D | | | 8/4/2020 | n/a | Refused | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | | | | | |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | | | | | |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | | | | | |
| 807 | EDMONDSON | ALTON | Intake | | | 7/30/2020 | 8/3/2020 | Negative | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | |
| 456 | ORDAZ CAMACHO | ANGEL | Medical | | | 8/4/2020 | | | 8/5/2020 | 8/5/2020 | Positive |
| 634 | LOPEZ SOLORIO | JAIME | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | |
| 738 | PORCAYO-GARCIA | ELEAZAR | RHU | | | 8/5/2020 | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | |