Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> **STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE** <br><br> Judge:   Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19.

There are no Wellpath medical staff persons who are out with COVID. There are currently six (6) GEO staff persons that are off work with positive COVID-19 tests, as follows:

1) M.G., a Lieutenant (male).  Reported symptoms (fever/chills) on 8/04.  Last day in office was 8/04, has been quarantined at home since.  Tested 8/05, positive results received 8/07.  Will be out through 8/15.  While at work on 8/04, M.G. had close contact with two other Lieutenants in their office and they have been advised of their exposure.  There were no other close contacts per CDC definition in the 48 hours prior to his last day worked.

2) R.D., an Officer (male). Tested on 8/05, received positive results on 8/06.  Has body aches, runny nose, fever.  Last in office 8/02/20, started quarantine at home 8/03/20.  Will be out through 8/15.  [Contact tracing info pending.]

3) K.T., an Officer (female). Tested 8/03, received positive results on 8/06.  Last date at work 8/02.  Declined to report symptoms but has had symptoms since 8/02.  Has been quarantined at home since 8/02.  Will be out through 8/17.  While at work on 7/31/20, K.T. had close contact with 2 staff members in Central Control, who have been advised.  One of those close contacts (Lt. J.T.) has also tested positive. There were no other close contacts per CDC definition in the 48 hours prior to her last day worked.

4) J.T., a Lieutenant (male).  Tested 8/05, received positive results the same day.  Last worked 8/01.  Has cold sweats, body aches – symptoms since 8/04.  Quarantined at home since 8/02.  Will be out through 8/14.  While at work on 7/30 and 7/31, J.T. had close contact with 2 officers in central control, one of whom (K.T.) has tested positive.  On 7/31, J.T. had close contact with one detainee – Jose Gonzalez-Rodridguez, who was tested last week.  On 8/01 and 8/02, J.T. had close contact with two Lieutenants in the Lieutenant's office, and one officer in Central Control.  All have been

advised of their exposure. There were no other close contacts per CDC definition in the 48 hours prior to his last day worked.

5) J.T., an Officer (female). Last worked on 7/24/20. Tested 7/27, received positive results the same day. No symptoms. Out through 8/11. While at work on 7/22 – 7/24, J.T. had no close contacts with anyone per CDC definition.

6) G.R., an Officer (male). He tested on 8/7/20, and received positive results on 8/8/20. [Contact tracing info pending.]

Dated: August 10, 2020           BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Susan E. Coleman*
  Susan E. Coleman

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN