UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No.  20-cv-02731-VC |
| Plaintiffs, | **QUESTIONS FOR STATUS CONFERENCE** |
| v. | |
| DAVID JENNINGS, et al., | |
| Defendants. | |

At the status conference tomorrow, the parties should be prepared to discuss the following questions:

- Are ICE and GEO's current policies and procedures for testing staff at Mesa Verde adequate?

- Do ICE and GEO have the legal authority to require detainees to submit to testing? Does this Court have the authority to require a detainee to submit to testing as a condition of release?

**IT IS SO ORDERED.**

Dated: August 10, 2020

VINCE CHHABRIA
United States District Judge