UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 39**<br>Re: Dkt. Nos. 476, 481 |

　　　　The request for release from Juan Manuel Alvarez Gonzalez is denied without prejudice.

　　　　The requests for release from Antonio Gonzalez Agaton and Lateef Animawun are deferred. With respect to Mr. Gonzalez Agaton, the plaintiffs should submit a more complete and detailed description of the conduct underlying his criminal offenses, including but not limited to the 2017 violation of a protective order. ICE may respond within 3 business days. With respect to Mr. Animawun, the plaintiffs should update the Court when his custodian is approved by the Probation Office, and with an explanation or update about his refusal to be tested for Covid-19.

　　　　The request for release from Jesus Alberto Aviles Urtis is granted. Bail is subject to the standard conditions of release stated at Dkt. No. 502. Bail is also subject to the further conditions that Mr. Aviles Urtis is prohibited from consuming alcohol and that he participate in AA meetings.

　　　　**IT IS SO ORDERED.**

Dated: August 10, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge