Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No.  3:20-cv-02731-VC<br><br>**DECLARATION OF BROOKE SANCHEZ OTHON, R.N., REGARDING TIMING AND LOGISTICS OF COVID-19 TESTING**<br><br>Judge:   Hon. Vince Chhabria |

I, BROOKE SANCHEZ OTHON, R.N., declare as follows:

1. I am a Registered Nurse employed by Wellpath, assigned to Mesa Verde Detention Facility.  My position is Clinical Operations Specialist.  I have

1  personal knowledge of the statements herein, except those expressed upon
2  information and belief, and if called upon to do so, I could and would testify
3  competently thereto.

4      2.    I have experience with administering COVID-19 tests using
5  oropharyngeal swabs.  I am familiar with the Abbott ID NOW rapid testing
6  machine.

7      3.    I have been informed that the Court has ordered that Mesa Verde
8  "[a]dminister a COVID-19 test that provides rapid results to all detainees at the
9  facility for each week at a minimum, beginning next week."

10      4.    The most rapid test that medical staff at Mesa Verde is feasibly able to
11  administer to all detainees on a weekly basis are the oropharyngeal tests sent to an
12  outside laboratory, which medical staff offered to all detainees at Mesa Verde over
13  the past week.  For the tests we mailed out on a Friday, we received results on
14  Monday (3 days later), so obtaining the results is fairly rapid although not instant.

15      5.    Mesa Verde has an Abbott ID NOW rapid testing machine, but there
16  are significant timing and logistical hurdles make it impracticable to test all
17  detainees with the Abbott ID NOW machine on a weekly basis.

18      6.    The Abbott ID NOW machine can process only one swab at a time,
19  and each swab takes approximately 15 to 20 minutes to process, assuming no errors
20  or complications.  If there is a positive result, the machine must be cleaned before
21  running another test, which takes approximately 5 minutes.  At this rate, medical
22  staff could complete at most 3 to 4 tests per hour, so it would take between
23  approximately 30 - 40 hours to complete tests for the 121 detainees currently at
24  Mesa Verde.

25      7.    Additionally, it is unlikely that the Abbott ID NOW machine actually
26  would be able to run that many continuous tests within 30-40 hours in practice.
27  The Abbott ID NOW machine often has errors that require staff to retest samples,
28  as results do not always appear after the first cycle through.  This would cause

delays.  Additionally, the Abbott ID NOW machine could overheat if it runs many tests continually back to back.

8. There are additional timing and logistical hurdles with using the Abbott ID NOW machine.  First, unless samples are frozen, Abbott ID NOW tests must be completed within two hours of collecting the sample.  If samples are frozen, they must be thawed again before being tested, and even with freezing, tests must be completed within 24 hours of collecting the sample.  Due to the limited time viability of samples, medical staff would have to continually collect samples from detainees throughout the day over multiple days, which would take medical staff time away from their other duties.[1]  Second, the Abbott ID NOW machine requires staff to sit with it for the entire 15-20 minute process, as staff must follow specific prompts and the test can time out and require a restart if the prompts are missed.  Providing someone to operate the Abbott ID NOW machine would place additional demands on medical staff time and take time away from their other duties and responsibilities, including seeing patients, pill call, insulin, noting orders, cohort rounds, and positive case rounds.  Mesa Verde does not have available additional medical staff to run Abbott ID NOW tests for an additional 30- 40 hours per week (or longer if the Abbott ID NOW machine has errors or complications).  Third, in addition to collecting samples and the running of the Abbott ID NOW machine itself, medical staff also would have to prepare paperwork and chart test results.  This paperwork and charting of results would likely take 4-6 additional hours of medical staff time to prep, test and chart the detainees in a single housing unit, taking medical staff time away from their other duties.

9. For these reasons, it would be impracticable for us to test the entire detainee population at Mesa Verde with the Abbott ID NOW machine on a weekly

---

[1] By contrast, samples for the oropharyngeal lab tests that Mesa Verde uses remain viable for up to 6 days at temperatures between 2-30º Celcius.  This longer viability allows medical staff to take samples of an entire housing unit at one time.

basis. Attempting to do so would take away significant amounts of medical staff time away from other medical care for detainees, which may be detrimental to detainees' health.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of August 2020, at Bakersfield, California.

_____
BROOKE SANCHEZ OTHON