WILLIAM S. FREEMAN (SBN 82002
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER SAN
FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax:    415-553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANGEL DE JESUS ZEPEDA RIVAS,
BRENDA RUIZ TOVAR, LAWRENCE
MWAURA, LUCIANO GONZALO
MENDOZA JERONIMO, CORAIMA
YARITZA SANCHEZ NUÑEZ, JAVIER
ALFARO, DUNG TUAN DANG,
                    Petitioners-Plaintiffs,
        v.
DAVID JENNINGS, Acting Director of the
San Francisco Field Office of U.S.
Immigration and Customs Enforcement;
MATTHEW T. ALBENCE, Deputy Director
and Senior Official Performing the Duties of
the Director of the U.S. Immigration and
Customs Enforcement; U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT; GEO
GROUP, INC.; NATHAN ALLEN, Warden of
Mesa Verde Detention Facility,
                    Respondents-Defendants.

Case No. 3:20-cv-02731-VC

**[PETITIONERS-PLAINTIFFS'
PROPOSED] ORDER REGARDING
PETITIONERS-PLAINTIFFS'
MOTION TO COMPEL DEPOSITION
OF FED. R. CIV. P. 30(B)(6) DESIGNEE**

CASE NO. 3:20-CV-02731-VC
PETITIONERS-PLAINTIFFS' [PROPOSED] ORDER REGARDING PETITIONERS-
PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FED. R. CIV. P. 30(B)(6)
DESIGNEE

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
TIMOTHY W. COOK (Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

CASE NO. 3:20-CV-02731-VC
PETITIONERS-PLAINTIFFS' [PROPOSED] ORDER REGARDING PETITIONERS-
PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FED. R. CIV. P. 30(B)(6)
DESIGNEE

**[PROPOSED] ORDER**

Upon review of Petitioners-Plaintiffs' and Federal Defendants' joint letter regarding Plaintiffs' motion to compel the deposition of the Federal Defendants' Fed. R. Civ. P. 30(b)(6) designee, Erik Bonnar, Plaintiffs' motion to compel is GRANTED.

[Alternative 1] The Court orders Federal Defendants to produce Mr. Bonnar for deposition during the week of August 10, 2020.

[Alternative 2] The Court orders Federal Defendants to produce AFOD Janese Mull for deposition no later than August 17, 2020 and to produce Mr. Bonnar for deposition on August 25, 26, or 27, 2020.

IT IS SO ORDERED.

Dated this ___ day of August 2020

_____
Honorable Vince Chhabria
United States District Judge

CASE NO. 3:20-CV-02731-VC
PETITIONERS-PLAINTIFFS' [PROPOSED] ORDER REGARDING PETITIONERS-
PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FED. R. CIV. P. 30(B)(6)
DESIGNEE