DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6967
      Facsimile: (415) 436-6748
      wendy.garbers@usdoj.gov
      adrienne.zack@usdoj.gov
      shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, ) | CASE NO. 3:20-cv-02731-VC |
| ) | |
|     Plaintiffs, ) | **[FEDERAL DEFENDANTS' PROPOSED]** |
| ) | **ORDER REGARDING PLAINTIFFS' MOTION** |
|     v. ) | **TO COMPEL DEPOSITION OF FED. R. CIV. P.** |
| ) | **30(B)(6) DESIGNEE** |
| DAVID JENNINGS, *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

# [PROPOSED] ORDER

Upon review of Plaintiffs' and Federal Defendants' joint letter regarding Plaintiffs' motion to compel the deposition of the Federal Defendants' Fed. R. Civ. P. 30(b)(6) designee Erik Bonnar, Plaintiffs' motion to compel is DENIED.

IT IS SO ORDERED.


DATED: August ___, 2020


_____
HON. VINCE CHHABRIA
United States District Judge