UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br>  Defendants. | Case No. 20-cv-02731 VC <br><br> **DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR MOISES BECERRA** |

I, Moises Becerra, declare as follows:

1.  I am currently the acting Deputy Field Office Director (DFOD) for Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE) for ERO San Francisco. I have occupied this position since July 26, 2020. Before becoming the acting DFOD, I served as an Assistant Field Office Director since August 2016 in San Francisco and Fresno, CA. I previously served as a Supervisory Detention and Deportation Officer for approximately 7 years.

2.  In my capacity as acting Deputy Field Office Director, I am responsible for direction and oversight of ICE immigration enforcement operations within the California counties of Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Mono and Tulare, the state of Hawaii and the U.S. territories of Guam and the Northern Mariana Islands. My office is responsible for the identification, apprehension, detention and removal of illegal aliens from the United States. This responsibility includes the immigration case docket management and oversight of aliens detained at the Mesa Verde Detention Facility (MVDF) pending removal.

3.  The facts in this declaration are based on my personal knowledge, consultation with other ICE personnel, and review of official documents and records maintained by the agency and Department and other relevant sources obtained during the regular course of business. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case.

4. On June 9, 2020, I understand this Court issued a Preliminary Injunction in this case requiring that ICE maintain "the status quo" at MVDF and Yuba County Jail. A review of the ERO Field Office Director's detention report circulated to all managers shows the MVDF detainee population on June 9, 2020 was at 138, approximately 34 percent of its total capacity (400). As of today, MVDF's detainee population is at 113, approximately 28 percent of its total capacity.

5. On July 29, 2020, two ICE detainees at MVDF tested positive for COVID-19. Based on emails, phone calls and my recollection of conversations with multiple stakeholders, the following was communicated to me. On that day, during the in-take process a new arrival tested positive for COVID-19 via the Abbott ID Now Instrument. As a result, he was isolated from other detainees. That same day, a detainee, housed in Dorm B, was experiencing symptoms consistent with COVID-19 so he was examined by MVDF medical staff and consented to testing for COVID-19. It was done by using the Abbott ID Now Instrument. After receiving a positive test, medical staff placed the detainee in medical isolation and MVDF implemented the appropriate Center for Disease (CDC) and ICE protocols to cohort ("quarantine") all remaining 33 detainees in Dorm B.

6. After MVDF staff notified ERO Bakersfield management of the two detainees who tested positive for COVID-19, ICE ERO took immediate steps beyond that which is required under the Center for Disease Control (CDC) guidelines. First, on July 29, 2020, the Chief of Staff for the ERO San Francisco Field Office notified ERO managers within its jurisdiction that MVDF will temporarily cease accepting new intakes. Second, ERO Bakersfield management requested that MVDF implement a plan to offer testing to all cohorted detainees housed in Dorm B. Consequently, on July 30, 2020, MVDF medical staff offered COVID-19 testing to all 33 detainees housed in Dorm B, 32 of which consented. This was efficiently and safely accomplished by MVDF staff going into Dorm B and conducting the testing by taking oropharyngeal swab specimens on July 31, 2020.[1] Within four days, on August 3, 2020, all test results were received by MVDF: 27 detainees tested negative and 5 detainees tested

---

[1] In my declaration of August 4, 2020, I identified the testing method used by MVDF staff in Dorms B and C as being the "nasopharyngeal" swab method. However, this information was mistaken, despite my previous understanding based on my request for this type of testing. Rather, information made available to me on August 10, 2020 reflects that MVDF staff used the "oropharyngeal" swab method. These two methods require the taking of swab samples and sending them to the lab for analysis.

DECL. OF ACTING DEPUTY FIELD OFFICE DIRECTOR MOISES BECERRA
Case No. 20-cv-02731 VC                              2

positive.

7. On July 31, 2020, a detainee housed in Dorm C was experiencing symptoms consistent with COVID-19. He was transferred to the hospital where he was tested for COVID-19, resulting in a positive test. Upon notification that day, MVDF staff cohorted Dorm C in accordance with ICE and CDC protocols.

8. On August 1, 2020, ERO Bakersfield management requested that MVDF implement the same procedure it did for Dorm B and offer to test all detainees in Dorm C. The GEO Warden of MVDF advised ERO Bakersfield management that GEO needed to first draft a plan for review and approval by his HQ. The plan contemplated offering to test all detainees in Dorm C, and thereafter combine and cohort all detainees in Dorms B and C, and to provide another single dorm to cohort all positive COVID-19 detainees if there is no existing medical isolation/RHU cells available.

9. In light of the positive COVID-19 cases in Dorms B and C, ERO Bakersfield management emphasized the urgency relating to testing detainees and requested that the Warden implement a plan to offer testing for all detainees at MVDF as soon as possible by using the readily available test kits.

10. On August 4, 2020, the GEO Warden of MVDF notified ERO Bakersfield management that GEO implemented its plan for COVID-19 testing to all detainees housed in cohorted Dorm C. As of August 4, 2020, MVDF medical offered and completed testing of all 31 detainees in cohorted Dorm C by taking oropharyngeal swab specimens.[2] On August 4, 2020, MVDF medical offered and completed testing of 23 of 24 detainees in Dorm A and 24 of 30 detainees in Dorm D.[3] Although the lab results were expected within 4 to 7 days of August 4, 2020, the ICE Health Services Corps (IHSC) Field Medical Coordinator (FMC) was notified on August 10, 2020 that due to a recent increase of sample submissions to the lab the results may take up to 7 to 10 days. Therefore, the results remain pending. Per the FMC, MVDF's medical contractor is attempting to secure a special contract with another lab to expedite processing.

---

[2] *See* fn.1 *supra*.

[3] One detainee declined to consent to testing in Dorm A and six detainees declined to consent to testing in Dorm D. Pursuant to the Performance Based National Detention Standards 2011 (revised 2016), ICE may not compel a detainee to submit to a medical procedure absent a court order.

11.     Based on conversations with stakeholders at ICE and the MVDF, MVDF has ample test kits to take swab specimens. According to the FMC, MVDF reported that it has over 350 swab tests kits.

12.     On August 5, 2020, MVDF only had approximately 25 available Abbott ID Now Instruments. According to the FMC, ICE ERO HQ was only provided a limited number of Abbott ID NOW for the purposes of testing new arrivals during in-take processing and emergent situations at MVDF. On August 5, 2020, ICE San Francisco submitted an expedited request to IHSC HQ to provide additional Abbott ID Now Instrument tests to conduct saturation testing of ICE detainees at MVDF, in the event that the district court should order the defendants to conduct this nonpreferred test. On August 7, 2020, the ICE ERO Bakersfield office received 144 Abbott tests.[4] It is my understanding that DHS's total supply of Abbott ID Now Instrument is capped at approximately 5,000 tests per month by Health and Human Services (HHS) for nationwide distribution, which are primarily used at facilities for in-take of new arrivals and to facilitate and effectuate removals.[5] According to information received from ICE IHSC HQ, if the district court orders ICE to use the Abbott ID Now test method weekly for *all* MVDF detainees – as opposed to the swab method – this will negatively impact ICE's operations by reducing its overall stock and ability to distribute this type of test to other facilities throughout the country to be used during the in-take and removal processes. However, ICE ERO Bakersfield will continue to approve the use of the Abbott ID Now test for urgent situations and other nonpositive cases where detainees are experiencing symptoms consistent with COVID-19 and have not been tested and/or their results remain pending at the lab.

13.     Based on information received from IHSC HQ, CDC guidance does not recommend regularly retesting detainees who had tested positive within 3 months and are currently cohorted and/or quarantined. The underlying purpose of saturation testing is to identify those detainees who may be positive for COVID-19 and transfer them to medical isolation/RHU and/or a cohorted unit with other detainees who tested positive for monitoring and appropriate treatment. The GEO and ICE plan for

---

[4] As of August 10, 2020, the FMC reports that there are 162 Abbott tests available at MVDF.

[5] The Abbott ID Now tests are not preferred for weekly saturation testing due to the finite number of tests available and the significant logistical challenges outlined in the declaration of Nurse Brooke Sanchez Othon, a Wellpath Clinical Operations Specialist who works at MVDF. Moreover, according to IHSC HQ, HHS will not provide ICE with additional test kits.

saturation testing does not include weekly saturation testing of detainees housed in the cohorted B Dorm, since they are already identified as having tested positive and quarantined accordingly.  Instead, the MVDF medical staff should determine, on a case by case basis, whether it is appropriate to conduct additional COVID-19 testing of any detainee who previously tested positive.

14. On August 11, 2020, MVDF's COVID-19 Weekly Saturation Testing Plan was approved by GEO and ICE.  Attached is a true and correct copy of the Saturation Plan.  Saturation testing will begin August 11, 2020, with MVDF medical staff collecting swab specimens from detainees housed in Dorms A, C and D.  All specimens are expected to be sent out today to an offsite laboratory for processing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2020, at Bakersfield, California.

_____
MOISES BECERRA

Mesa Verde ICE Processing Center
Detainee COVID-19 Saturation Testing Plan - Weekly

OVERVIEW:
Acting Deputy Field Office Director Moises Becerra has directed MVIPC to conduct weekly Covid-19 testing of all non-positive detainees per a court order issued by the US District Court, Northern District of California.

TESTING:
- All non-COVID positive detainees will be offered a COVID-19 test upon the approval of the testing plan by Wellpath, ICE, and GEO.
- Test specimens will be collected by using oral or nasal pharyngeal collection kits and processed by an off-site laboratory, LabCorp, or by using the Abbott ID NOW point of care test. The type of test collection may be subject to change based on the recommendations from GEO, Wellpath, ERO/IHSC, or by court order.
- Testing methods are subject to change depending on how quickly lab tests are returned.
- The swab specimens will be collected on Tuesday mornings for lab send out on Tuesday afternoon.
- Lab results are expected to be available beginning on Thursday's.
- Detainee testing:
    - Specimen swabs will be conducted using the GEO provided testing kits.
    - Swabbing will take place at the game table in each housing unit.
    - The testing collection area and game table will be cleaned pre- and post-collection using appropriate cleaning materials.
    - Medical staff will take caution to handle any biohazardous material/microbial waste appropriately.
    - Preparation and documentation will require 2 nurses and 2 assistants.
    - Specimen collection will require 2 nurses and an assistant.
    - Samples will be placed in the freezer for preservation until they are mailed out.
    - Results will be reported accordingly.
- Refusals – detainee consents and refusals will be documented and placed in the detainee's medical file. Detainee's who refuse to sign the document will be witnessed by a second staff member.
- Medical Staffing- adequate medical staffing for specimen collection and the continuity of clinic operations will be maintained.

SUPPLIES
- GEO will ensure they maintain and monitors a sufficient quantity of specimen collection supplies and personal protective equipment (PPE).

DETAINEE HOUSING:
- Positive Test Results – Detainees who test positive will be isolated in B-dorm, which has been designated for positive detainees.
- Detainees who test negative or refuse will remain in their respective dorm. At the present time, due to extreme space limitations and the halting of intakes, the facility has a positive case dorm only. The other dorms are isolated from each other and movement of detainees between the dorms has been curtailed. Medical observation of all dorms will continue and suspected positive cases will be removed immediately.

8/11/2020

- Upon notification of a positive result, the detainee's dorm will start the 14-day cohort from that point, regardless if already on cohort status.
- The medical observation rooms (2) or RHU cells (3) if available, or as a last resort, an intake cell (3), may be used depending on detainee isolation needs.

OPERATIONS
- Additional officers may be posted in all dorms should there be security concerns within the dorm's population.  Dorm officers may:
    - Control movement to phones, bathrooms, and other dorm amenities.
    - Restrict movement between the two sides of the dorm.
    - Designated officers will be assigned to assist medical by maintaining order and control in the housing units while the samples are collected.
- In the event the facility requires more isolation beds for detainees, ICE will be promptly notified so that transfers to other facilities, transfers to hospitals, or releases can be coordinated immediately.

8/11/2020