DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 11, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached at Exhibit A is a roster that contains this information, along with testing information for detainees.

(ii) **Updates on any tests offered or given to detainees, and the results of those tests**. Five detainees were tested yesterday (August 10, 2020) and the results came back positive. Detainees Lam Quan, John Victorio, Raleigh Figueras and Walter Cruz-Zavala, who were part of the cohorted group in Dormitory C, were tested using the Abbott ID Now test after

presenting to medical with symptoms. Margarito Zamora-Guzman was tested in the emergency room after a syncopal episode. All five are now housed in Dormitory B.

Today, August 11, 2020, samples were taken from all detainees in Dormitories A, C, and D who have not previously tested positive, and who did not refuse testing. Mesa Verde Detention Facility plans to quarantine all positive results in Dorm B. 99 tests were offered, 70 detainees consented, and 29 refused.

As background, the Federal Defendants provide this additional information regarding previous testing, based on the August 11, 2020 Declaration of Moises Becerra (ECF 527). On July 29, 2020, two ICE detainees at Mesa Verde Detention Facility (MVDF) tested positive for COVID-19. On that day, during the in-take process, a new arrival tested positive for COVID-19 via the Abbott ID Now Instrument. As a result, he was isolated from other detainees. That same day, a detainee, housed in Dorm B, was experiencing symptoms consistent with COVID-19, so he was examined by MVDF medical staff and consented to testing for COVID-19. It was done by using the Abbott ID Now Instrument. After receiving a positive test, medical staff placed the detainee in medical isolation and MVDF implemented the appropriate Center for Disease (CDC) and ICE protocols to cohort ("quarantine") all remaining 33 detainees in Dorm B.

After MVDF staff notified ICE management of the two detainees who tested positive for COVID-19, ICE notified managers within its jurisdiction that MVDF will temporarily cease accepting new intakes. Second, ICE requested that MVDF implement a plan to offer testing to all cohorted detainees housed in Dorm B. Consequently, on July 30, 2020, MVDF medical staff offered COVID-19 testing to all 33 detainees housed in Dorm B, 32 of whom consented. This was accomplished by MVDF staff going into Dorm B and conducting the testing by taking oropharyngeal swab specimens on July 31, 2020. Within four days, on August 3, 2020, all test results were received by MVDF: 27 detainees tested negative and 5 detainees tested positive.

On July 31, 2020, a detainee housed in Dorm C was experiencing symptoms consistent with COVID-19. He was transferred to the hospital where he was tested for COVID-19, resulting in a positive test. Upon notification that day, MVDF staff cohorted Dorm C in accordance with ICE and CDC protocols. On August 1, 2020, ICE requested that MVDF implement the same procedure it did for

Dorm B and offer to test all detainees in Dorm C. The GEO Warden of MVDF advised ICE that GEO needed to first draft a plan for review and approval by his headquarters. The plan contemplated offering to test all detainees in Dorm C, and thereafter combine and cohort all detainees in Dorms B and C, and to provide another single dorm to cohort all positive COVID-19 detainees if there is no existing medical isolation/RHU cells available.

In light of the positive COVID-19 cases in Dorms B and C, ICE emphasized the urgency relating to testing detainees and requested that the Warden implement a plan to offer testing for all detainees at MVDF as soon as possible by using the readily available test kits. On August 4, 2020, the GEO Warden of MVDF notified ICE that GEO implemented its plan for COVID-19 testing to all detainees housed in cohorted Dorm C. As of August 4, 2020, MVDF medical offered and completed testing of all 31 detainees in cohorted Dorm C by taking oropharyngeal swab specimens. On August 4, 2020, MVDF medical offered and completed testing of 23 of 24 detainees in Dorm A and 24 of 30 detainees in Dorm D. The remaining detainees refused testing. Although the lab results were expected within 4 to 7 days of August 4, 2020, ICE was notified on August 10, 2020 that due to a recent increase of sample submissions to the lab, the results may take up to 7 to 10 days. Therefore, the results remain pending. ICE understands that MVDF's medical contractor is attempting to secure a special contract with another lab to expedite processing.

On August 11, 2020, MVDF's COVID-19 Weekly Saturation Testing Plan was approved by GEO and ICE. Attached at Exhibit B is a true and correct copy of the Saturation Plan.

(iii) **Updates on tests of employees and the results of those tests.** Defendant The GEO Group, Inc., is in possession of the information regarding tests of employees and the results of those tests and will separately submit that report.

(iv) **Updates on what the defendants are doing to manage the crisis.** As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, many do not take advantage of the opportunity to stay six feet apart, and some have refused testing. Additional steps that Defendants have

taken are outlined above.

DATED: August 11, 2020                          Respectfully submitted,

                                                                         DAVID L. ANDERSON
                                                                         United States Attorney

                                                                         */s/ Wendy M. Garbers*
                                                                         WENDY M. GARBERS
                                                                         Assistant United States Attorney

                                                                         Attorneys for Federal Defendants