# EXHIBIT B

Mesa Verde ICE Processing Center
Detainee COVID-19 Saturation Testing Plan - Weekly

OVERVIEW:
Acting Deputy Field Office Director Moises Becerra has directed MVIPC to conduct weekly Covid-19 testing of all non-positive detainees per a court order issued by the US District Court, Northern District of California.

TESTING:
- All non-COVID positive detainees will be offered a COVID-19 test upon the approval of the testing plan by Wellpath, ICE, and GEO.
- Test specimens will be collected by using oral or nasal pharyngeal collection kits and processed by an off-site laboratory, LabCorp, or by using the Abbott ID NOW point of care test.  The type of test collection may be subject to change based on the recommendations from GEO, Wellpath, ERO/IHSC, or by court order.
- Testing methods are subject to change depending on how quickly lab tests are returned.
- The swab specimens will be collected on Tuesday mornings for lab send out on Tuesday afternoon.
- Lab results are expected to be available beginning on Thursday's.
- Detainee testing:
    - Specimen swabs will be conducted using the GEO provided testing kits.
    - Swabbing will take place at the game table in each housing unit.
    - The testing collection area and game table will be cleaned pre- and post-collection using appropriate cleaning materials.
    - Medical staff will take caution to handle any biohazardous material/microbial waste appropriately.
    - Preparation and documentation will require 2 nurses and 2 assistants.
    - Specimen collection will require 2 nurses and an assistant.
    - Samples will be placed in the freezer for preservation until they are mailed out.
    - Results will be reported accordingly.
- Refusals – detainee consents and refusals will be documented and placed in the detainee's medical file.  Detainee's who refuse to sign the document will be witnessed by a second staff member.
- Medical Staffing- adequate medical staffing for specimen collection and the continuity of clinic operations will be maintained.

SUPPLIES
- GEO will ensure they maintain and monitors a sufficient quantity of specimen collection supplies and personal protective equipment (PPE).

DETAINEE HOUSING:
- Positive Test Results – Detainees who test positive will be isolated in B-dorm, which has been designated for positive detainees.
- Detainees who test negative or refuse will remain in their respective dorm. At the present time, due to extreme space limitations and the halting of intakes, the facility has a positive case dorm only.  The other dorms are isolated from each other and movement of detainees between the dorms has been curtailed.  Medical observation of all dorms will continue and suspected positive cases will be removed immediately.

8/11/2020

- Upon notification of a positive result, the detainee's dorm will start the 14-day cohort from that point, regardless if already on cohort status.
- The medical observation rooms (2) or RHU cells (3) if available, or as a last resort, an intake cell (3), may be used depending on detainee isolation needs.

OPERATIONS
- Additional officers may be posted in all dorms should there be security concerns within the dorm's population. Dorm officers may:
    - Control movement to phones, bathrooms, and other dorm amenities.
    - Restrict movement between the two sides of the dorm.
    - Designated officers will be assigned to assist medical by maintaining order and control in the housing units while the samples are collected.
- In the event the facility requires more isolation beds for detainees, ICE will be promptly notified so that transfers to other facilities, transfers to hospitals, or releases can be coordinated immediately.

8/11/2020