Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge: Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19.

There are no Wellpath medical staff persons who are out with COVID. There are currently seven (7) GEO staff persons that are off work with positive COVID-19 tests, pending an appropriate quarantine period and compliance with return to work guidelines. Since yesterday's report, there is one additional GEO staff who has tested positive:

1) C.M., male officer. He was last in the office on August 9, 2020, when he began experiencing symptoms including a headache, no appetite, fever, sweats, coughing, and loss of taste. He was tested on August 10, 2020, and received a positive result on August 11, 2020. He is quarantining at home. Contact tracing results are pending.

For R.D., a male officer who was reported as positive on yesterday's list, contact tracing was completed. He had no close contact per definition on August 1 or 2, 2020. He was off duty on July 31, 2020, and last worked on August 2, 2020.

Dated: August 11, 2020              BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Susan E. Coleman*
        Susan E. Coleman

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN