### REPLY TO FEDERAL DEFENDANTS' "FURTHER REPONSE" TO BAIL APPLICATION RESUBMISSION

### JOSE RUIZ BOLANEZ

Mr. Ruiz was hospitalized tonight shortly after Defendants filed their second opposition to his plea for release.

As Defendants filed their second opposition tonight, Jose Ruiz was in Mesa Verde, vomiting and dry heaving in a bathroom and again informing officials that he could not breathe.[1] Mr. Ruiz's fellow Dorm B class members informed his counsel that throughout the day, they implored Mesa Verde staff that Mr. Ruiz be hospitalized: they pleaded with the officials in their dorm, and they pleaded with the nurses who came into the dorm. Instead of hospitalizing Mr. Ruiz, Mesa Verde officials left him in the dorm until he was so ill that he could not even walk. From the accounts of others in Dorm B, Mr. Ruiz had to be taken out of the dorm by wheelchair earlier this evening. Despite multiple calls and emails this evening to Mesa Verde and to ICE, Mr. Ruiz's immigration counsel still has no information on his current state, where he has been hospitalized, or the reason for his hospitalization.

Class counsel reported to Defendants over the weekend that Mr. Ruiz, who has underlying medical vulnerabilities, had difficulty breathing. In response, Defendants reported that he was "stable" and "exhibiting no apparent distress." In the opposition to the bail application Federal Defendants filed yesterday, Defendants asserted that he is "receiving medical attention" and he was "feeling better" after he was advised about how to use his inhaler. Class counsel communicated with him this morning and he was in obvious continued distress, with difficulty breathing, and affirmed that he made clear it was not just an issue of him not understanding how to use his inhaler. Over the course of the day today, he repeatedly asked to be hospitalized, as did other class members in Dorm B and his immigration counsel.

Instead of responding to the by now repeated requests for information and medical attention to Mr. Ruiz, *see* Reply to Opposition, Dkt. 525, Defendants tonight chose to file a largely redacted Salvadoran arrest warrant dated July 17, 2012, seeking Mr. Ruiz's arrest for failure to attend court due to an extortion charge, and lacking detail or indicia of credibility.

The supplemental opposition filed by Defendants should be given no weight.[2] The arrest warrant, as submitted, is eight years old and includes only an asserted crime (extortion) and no details about any alleged criminal activity. Moreover, Salvadoran authorities, including judicial authorities, have been recognized to use a pattern of corrupt and extrajudicial tactics to target current, suspected, and former gang members. *See*, e.g., Dkt. 525 (citing U.S. State Department Human Rights Report). As recognized by the Immigration Judge, Mr. Ruiz has already repeatedly been a victim of these abusive tactics, rising to the level of torture—including in

---

[1] Defendants filed their second opposition at approximately 6:50 pm. Mr. Ruiz's counsel received this information via his dorm mates around 7:30PM.
[2] Because Mr. Ruiz is suffering a medical emergency, Mr. Ruiz's immigration counsel was not able to reach Mr. Ruiz to ask specifically about this allegation.

1997, 2007, and 2011. *Id.* A vague arrest warrant lacking any detail issued from a judicial authority one year after its target was waterboarded by state officials is not credible.

      Mr. Ruiz's release does not pose a danger—the state of California already determined that when they released him from prison after he served only two months of his original 18-month sentence for illegal reentry. On the contrary, Defendants' continued use of resources towards fighting his release, instead of providing him the urgent and necessary medical care that he, his fellow class members, and his lawyers have been advocating for him, endangers his life. Mr. Ruiz should be released.

This reply is submitted on information and belief. This reply includes information about Mr. Ruiz provided by attorney Priya Patel, who represents Mr. Ruiz for purposes of his release requests.

Respectfully submitted,

*/s/ Emilou MacLean*
Emilou MacLean