Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>   Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>   Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**DECLARATION OF NATHAN ALLEN RE COVID-19 TESTING AT MESA VERDE**[1]<br><br>Judge:  Hon. Vince Chhabria |

---

[1] Plaintiffs were contacted and indicated they did not object to filing this declaration on 8/12/20, before noon, given the difficulty obtaining information last night after the status conference and then meet and confer calls ended at 5:00 p.m.

I, NATHAN ALLEN, declare as follows:

1. I am the Facility Administrator of the Mesa Verde Detention Facility in Bakersfield. I have worked for GEO for 20 years. I have personal knowledge of the statements herein, except those expressed upon information and belief, and if called upon to do so, I could and would testify competently thereto.

2. I am informed and believe that due in part to delays in receiving results back from last week's COVID-19 tests sent to Cardiotropic Labs, Wellpath has reached an agreement with LabCorp to handle the processing of Mesa Verde's COVID-19 test samples with results estimated for return in as few as 48-72 hours. While there are no absolute guarantees on the timing of results given the crisis engendered by the current pandemic, it is my understanding that LabCorp understands the results need to be expedited.

3. The GEO Group, Inc. still has a contract with Cardiotropic Labs and LabCorp for nationwide testing of COVID-19 swabs. The first batch of testing to Cardiotropic (for Mesa Verde detainees in B dorm) was sent out on July 31, 2020, and received back on August 3, 2020, and we had hoped that would be the regular turnaround time. However, results for the next batch of tests (82 tests – for A, C and D dorms) sent to Cardiotropic have unfortunately been delayed.

4. I am informed and believe that GEO has also entered into a third contract (through our Health Services branch) with Greenleaves Diagnostics, LLC to conduct lab processing of tests as needed. I am not aware of the timing discussed for results but it is my understanding expediency is of the essence.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 12, 2020, at Bakersfield, California.

NATHAN ALLEN