DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 12, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached is a roster that contains this information, along with testing information for each detainee.

(ii) **Updates on any tests offered or given to detainees, and the results of those tests**. Today, there was one additional positive COVID test at Mesa Verde. Henry Morales Sanchez,

formerly housed in Dorm C, presented with symptoms and tested positive via the Abbott ID Now machine. He has since been quarantined in Dorm B.

Ninety-nine detainees were offered testing yesterday (Dorms A, C, and D), with 70 consents and 29 refusals. Defendants understand that class counsel is having telephone calls today to encourage the refusals to test. Mesa Verde will then test any refusal who decides to consent.

Two of the tests administered yesterday were administered via the Abbott ID Now machine, as the two individuals presented with medical symptoms. Both of those tests were negative. 68 were conducted with oropharyngeal swab specimens taken and sent to LabCorp for processing. The Declaration of Facility Administrator Nathan Allen indicates that these results are expected back in 48-72 hours. (ECF 535 at ¶ 2.)

Defendants today received unwelcome news regarding the 82 pending COVID tests from August 4. These tests were sent to Cardiotropic Labs and results were expected before now. Today, Defendants were informed that Cardiotropic has not yet processed the 82 specimens, due to a loss of California-licensed staff. Cardiotropic advises that it has sent the August 4 test samples to a registry service located in Florida. They advise that they expect results in 7-10 days. This means that Defendants will likely receive the results from the August 11 tests prior to receiving the results from the August 4 tests.

Defendants plan to quarantine any positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive and are quarantined) next Tuesday, August 18, 2020. (*Id.*)

(iii) **Updates on tests of employees and the results of those tests.** Per The GEO Group, Inc., there is no additional employee test or contact tracing information to report today.

(iv) **Updates on what the defendants are doing to manage the crisis.** As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, many do not take advantage of the opportunity to stay six feet apart, and some have refused testing. Defendants have also cleared a dorm to isolate positive cases. Additional steps that Defendants have taken are outlined above.

Plaintiffs have inquired re the status of Jose Ruiz Bolanez (A######328), who tested positive for COVID on August 3, 2020, and is quarantined in Dorm B. Mr. Ruiz was seen last night at Mercy Hospital Truxtun and cleared for return back to Mesa Verde on August 12, 2020, at 12:40 a.m. Mr. Ruiz was re-housed in Dorm B and is scheduled to see Dr. Baruiz tomorrow morning. Further details regarding Mr. Ruiz's care have been previously conveyed to class counsel, and are not included here for privacy reasons.

DATED: August 12, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 166 | AVILES URTIS | JESUS | A | | | 8/4/2020 | | | | | | | | |
| 291 | BOAR | DAN | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 180 | CABRERA-REYES | ALAN | A | | | 8/4/2020 | | | | | | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 986 | HAMEED | NAVEED | A | 7/13/2020 | Refused | 8/4/2020 | | | 8/11/2020 | | | | | |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 500 | QIU | ZUOLING | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 182 | ROSAS-CANCHOLA | ARTEMIO | A | 7/23/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | |
| 155 | MARIN-PARRA | ISRRAEL | B | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | Pending | | 8/12/2020 | Abbott test | Positive |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | B | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 946 | ORELLANA | CHRISTIAN | B | | | 7/29/2020 | 7/29/2020 | Positive | | | | | | |
| 669 | PINEDA | SANTIAGO | B | 7/29/2020 | Positive | | | | | | | | | |
| 580 | QUAN | LAM | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |
| 328 | RUIZ-BOLANEZ | JOSE | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | Pending | | 8/10/2020 | 8/10/2020 | Positive |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 888 | AGUILAR CARRION | JOSE | C | 7/15/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 848 | ALAS-ALFARO | EDWIN | C | 7/13/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | C | 7/27/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 366 | ARIAS ROMERO | KEVIN | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 388 | CAMARENA NAVARRETE | JOSE | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 992 | CARILLO TORRES | WALTER | C | 7/30/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | 8/3/2020 | | | 8/11/2020 | | | | | |
| 163 | GALLARDO LOPEZ | ADRIAN | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 265 | GONZALEZ-AGATON | ANTONIO | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 878 | GUERRA | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | 7/27/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | C | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 029 | MEJIA-LOPEZ | JOSE DINO | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 889 | MELGOZA | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 242 | MENDOZA | ANTONI | C | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 067 | MORALES | JACINTO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 929 | PEREZ | OSCAR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 010 | QAZI | ASIF | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | | | 8/11/2020 | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 361 | SINGH | DILBAGH | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 264 | VIGIL | OSCAR | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 855 | VILLANUEVA | JOSE | C | 7/29/2020 | Refused | 8/4/2020 | | | 8/11/2020 | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative |
| 678 | ANIMAWUN | LATEEF | D | | | 8/4/2020 | n/a | Refused | | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 032 | GARCIA-MARTINEZ | HAMILTON | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 196 | GOMEZ-NICOLAS | JOSE | D | 7/27/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 555 | HENRIQUEZ | JOSE | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 919 | LIN | WEI | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | | | 8/11/2020 | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 164 | MELNICHUK | ALEKSANDR | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 100 | MOUSA SALADDIN | MOHAMED | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 642 | PORTILLO-NAVAS | KENNETH | D | | | 8/4/2020 | n/a | Refused | | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | Medical | | | 8/4/2020 | | | 8/5/2020 | 8/5/2020 | Positive | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 807 | EDMONDSON | ALTON | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 738 | PORCAYO-GARCIA | ELEAZAR | RHU | | | 8/5/2020 | | | 8/11/2020 | | | | | |