UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DAVID JENNINGS, et al.,<br><br>          Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 40**<br><br>Re: Dkt. Nos. 481-2, 494-2, 494-3, 493-3, 512-1 |

The bail requests from the following detainees are moot:

- Kenneth Portillo-Navas
- Lateef Animawun

The bail requests from the following detainees are granted:

- Eleazar Porcayo Garcia
- Alexandr Melnichuk
- Naveed Hameed

Bail is subject to the standard conditions of release stated at Dkt. 502.

**IT IS SO ORDERED.**

Dated: August 12, 2020

VINCE CHHABRIA
United States District Judge