UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE MESA VERDE TESTING** |

　　In light of the new arrangement with Labcorp, the plaintiffs' request to require point-of-care testing is denied.

　　**IT IS SO ORDERED.**

Dated: August 12, 2020

_____
VINCE CHHABRIA
United States District Judge