UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **QUESTION FOR STATUS CONFERENCE** |

At the next status conference, the parties should be prepared to discuss (1) whether any detainees at Mesa Verde, such as detainees with significant medical vulnerabilities, can or should be transferred to other detention facilities (at least during the pendency of the Covid-19 outbreak at Mesa Verde); and (2) whether ICE and/or GEO have policies regarding when a person is sick enough to be taken to the hospital.

**IT IS SO ORDERED.**

Dated: August 13, 2020

_____
VINCE CHHABRIA
United States District Judge