DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102-3495
 Telephone: (415) 436-7031
 Facsimile: (415) 436-6748
 wendy.garbers@usdoj.gov
 adrienne.zack@usdoj.gov
 shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) CASE NO. 3:20-cv-02731-VC |
|    Plaintiffs, | ) **FEDERAL DEFENDANTS' AUGUST 13, 2020** |
|    v. | ) **DAILY REPORT** |
| DAVID JENNINGS, *et al.*, | ) |
|    Defendants. | ) |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

 (i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached is a roster that contains this information, along with testing information for each detainee.

 (ii) **Updates on any tests offered or given to detainees, and the results of those tests**.

Defendants understand that yesterday class counsel had telephone conversations with 15 of the 29 class members who had declined to be tested earlier this week. Class counsel reported that these 15 now agreed to be tested. Mesa Verde tested 14 of the 15 today; the 15th was released for removal. The specimens are being sent to LabCorp for processing. Class counsel is attempting to speak with the remaining 14 class members who declined testing (although reportedly 4 of these detainees refused to take the lawyers' *Lyons* numbers).

Defendants plan to quarantine any positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive and are quarantined) next Tuesday, August 18, 2020. (*Id*.)

(iii) **Updates on tests of employees and the results of those tests.** Defendant The GEO Group, Inc., is in possession of the information regarding tests of employees and the results of those tests and will separately submit that report.

(iv) **Updates on what the defendants are doing to manage the crisis.** The Mesa Verde population is down to 106 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, many do not take advantage of the opportunity to stay six feet apart, and some have refused testing. Defendants have also cleared a dorm to isolate positive cases. Additional steps that Defendants have taken are outlined above.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants

also submit the arrival and release information for Mesa Verde and Yuba County Jail. Yuba County Jail had no releases, and neither facility had any arrivals.

Mesa Verde releases:

| A-Number | Last Name | First Name | Reason for Release |
|---|---|---|---|
| 986 | HAMEED | NAVEED | District Court ordered release. |
| 164 | MELNICHUK | ALEKSANDR | District Court ordered release. |
| 738 | PORCAYO-GARCIA | ELEAZAR | District Court ordered release. |
| 182 | ROSAS-CANCHOLA | ARTEMIO | Released for removal. |
| 196 | GOMEZ-NICOLAS | JOSE | Released for removal. |
|  |  |  |  |
| PENDING |  |  |  |
| NONE |  |  |  |

DATED: August 13, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 291 | BOAR | DAN | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 500 | QIU | ZUOLING | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | |
| 155 | MARIN-PARRA | ISRAEL | B | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | Pending | | 8/12/2020 | Abbott test | Positive |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | B | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | B | | | 7/29/2020 | 7/29/2020 | Positive | | | | | | |
| 669 | PINEDA | SANTIAGO | B | 7/29/2020 | Positive | | | | | | | | | |
| 580 | QUAN | LAM | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |
| 328 | RUIZ-BOLANEZ | JOSE | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | Pending | | 8/10/2020 | 8/10/2020 | Positive |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 888 | AGUILAR CARRION | JOSE | C | 7/15/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 848 | ALAS-ALFARO | EDWIN | C | 7/13/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | C | 7/27/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 366 | ARIAS ROMERO | KEVIN | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 388 | CAMARENA NAVARRETE | JOSE | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 992 | CARILLO TORRES | WALTER | C | 7/30/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | 8/3/2020 | | | 8/11/2020 | | | | | |
| 163 | GALLARDO LOPEZ | ADRIAN | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 265 | GONZALEZ-AGATON | ANTONIO | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | 7/27/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | C | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 029 | MEJIA-LOPEZ | JOSE DINO | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 889 | MELGOZA | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 242 | MENDOZA | ANTONI | C | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 067 | MORALES | JACINTO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | | | 8/11/2020 | | | | | |
| 929 | PEREZ | OSCAR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 010 | QAZI | ASIF | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | | | 8/11/2020 | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 361 | SINGH | DILBAGH | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |
| 264 | VIGIL | OSCAR | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 855 | VILLANUEVA | JOSE | C | 7/29/2020 | Refused | 8/4/2020 | | | 8/11/2020 | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 032 | GARCIA-MARTINEZ | HAMILTON | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 555 | HENRIQUEZ | JOSE | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 919 | LIN | WEI | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | | | 8/11/2020 | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 100 | MOUSA SALADDIN | MOHAMED | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | | | 8/11/2020 | | | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | Medical | | | 8/4/2020 | | | 8/5/2020 | 8/5/2020 | Positive | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 807 | EDMONDSON | ALTON | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | | | |