Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**DECLARATION OF BROOKE SANCHEZ OTHON, R.N., REGARDING GEO STAFF COVID-19 PROTOCOL**<br><br>Judge: Hon. Vince Chhabria |

I, BROOKE SANCHEZ OTHON, R.N., declare as follows:

1. I am a Registered Nurse employed by Wellpath, assigned to Mesa Verde Detention Facility. My position is Clinical Operations Specialist. I have

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

3:20-CV-02731-VC
OTHON DECL. RE COVID PROTOCOL
FOR GEO STAFF

personal knowledge of the statements herein, and if called upon to do so, I could and would testify competently thereto.

2.    I am familiar with the CDC guidelines regarding COVID-19 symptoms, ways to minimize infection, and recommended protocol for detention facilities.

3.    The list of potential COVID-19 symptoms (according to the most recent CDC guidelines) is very long and includes symptoms that are often (and more likely) attributable to other causes. For example, just to name a few, sneezing may be the result of seasonal allergies, coughing may be due to a cold or bronchitis, and a fever can be caused by many different infections or the flu.

4.    Due to the possibility of symptom mis-attribution, it is important for staff who believe they may have a symptom consistent with COVID-19 to undergo a medical evaluation and to be assessed by their primary care physician, who can better determine whether testing is warranted in light of their symptomatology. This is particularly important given that COVID-19 testing resources are at a premium and testing volumes and turnaround times statewide are stretched thin.

5.    I am aware of a backlog in laboratories that conduct COVID-19 testing, particularly in Kern County and Southern California, which causes delays in receipt of test results.

6.    There are 18 medical staff employed by Wellpath working at Mesa Verde, who have all been voluntarily tested for COVID-19 following the positive test of a R.N. on June 17, 2020.  All medical staff is required to wear PPE when interacting with detainees and/or in close contact with other staff.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2020, at Bakersfield, California.

                                       s/ SIGNATURE TO FOLLOW
                                       BROOKE SANCHEZ OTHON