DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' SUPPLEMENTAL STATUS REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

    This morning, The GEO Group, Inc., received the COVID-19 test results for the 70 individuals who consented to COVID-19 testing on August 11, 2020.  32 of these individuals tested positive.  (One of these 32 positives was previously known through an Abbott test; 31 are new results.)  Positive detainees are being isolated in Dorm B.  The following are the 32 detainees whose August 11 specimens were positive:

    (1)    Fernando Isaac Martinez-Ortiz, A######576
    (2)    Jose Mauricio Henriquez, A######555
    (3)    Wei Lin, A######919
    (4)    Hector Estevan Abadin, A######419
    (5)    Jose Luis Aguilar Carrion, A######888
    (6)    Ruben Alcala Almanza, A######159
    (7)    Jose Camarena Navarrete, A######388
    (8)    Nestor Chavez, A######2531

    (9)      Levi Cruz Menjivar, A######053
   (10)     Alberto Diaz-Solano, A2######230
   (11)     Alejandro Flores-Banuelos, A######252
   (12)     Ivan Omar Hernandez Pelayo, A######411
   (13)     Oswaldo Hernandez Reyes, A######015
   (14)     Juan Lopez-Garcia, A######639
   (15)     Jose Arturo Melgoza-Enriquez, A######889
   (16)     Francisco Antonio Mendoza-Canales, A######823
   (17)     Jacinto Morales, A0######9067
   (18)     Henry Arcenio Morales-Sanchez, A######544 (already reported per his 8/12/20 Abbott test)
   (19)     Pedro Narvaez, A######954
   (20)     William David Nickel, A######124
   (21)     Pedro Nunez, A######714
   (22)     Julio Daniel Palma Aguilar, A######797
   (23)     Roberto Antonio Ramirez-Pineda, A######089
   (24)     Samuel Rios-Alvarado, A######611
   (25)     Jose Robles Flores, A######847
   (26)     Edgar Rodriguez-Rojas, A0######260
   (27)     Dilbagh Singh, A######361
   (28)     Jaswant Singh, A######018
   (29)     Gurmail Toor, A######659
   (30)     Oscar Vigil, A######264
   (31)     Jose David Villanueva, A0######855
   (32)     Gabriel Yucute-Camey, A######837

Of these 31 new positive test results: 1 was from Dorm A; 2 were from Dorm D. Dorms A, C, and D are on cohort (quarantined).

Defendants will supply additional details as they become available in connection with filing their standard daily report, but are submitting this supplemental report in light of the positive tests.

DATED: August 14, 2020                      Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              */s/ Wendy M. Garbers*
                                              WENDY M. GARBERS
                                              Assistant United States Attorney

                                              Attorneys for Federal Defendants