UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER RE EMERGENCY HEARING** |

An emergency hearing will take place at 2:15 p.m. today to discuss the worsening outbreak at Mesa Verde. At the conference, the parties should be prepared to discuss issues relating to staff testing, bail applications, the policies for getting sick detainees proper treatment in a rapid fashion, and the potential need to use all available point-of-care tests this afternoon on detainees who have not received results from tests taken earlier this week. On the issue of employee staff testing, counsel for the defendants should be prepared to answer the following question: when employees are put on leave because they are experiencing symptoms, is the leave paid or unpaid? Counsel should be familiar with the details of the leave policy.

Information on how to enter the virtual courtroom can be found here:

https://apps.cand.uscourts.gov/CEO/cfd.aspx?7150#Notes

**IT IS SO ORDERED.**

Dated: August 14, 2020

VINCE CHHABRIA
United States District Judge