DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 14, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached is a roster that contains this information, along with testing information for each detainee.

(ii) **Updates on any tests offered or given to detainees, and the results of those tests.**

FEDERAL DEFENDANTS' AUGUST 14, 2020 DAILY REPORT
No. 3:20-cv-02731-VC

As Defendants noted in our supplemental report of this morning, 32 of the individuals tested on August 11, 2020 returned positive results, and have been isolated in Dorm B. (One of these individuals was previously identified as positive via an Abbott test and isolated in Dorm B.)

At the status conference this afternoon, the Court ordered Defendants to Abbott test all consenting detainees who have not previously tested positive, approximately 63 detainees, starting immediately. This is in process.

Defendants plan to quarantine any positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive and are quarantined) next Tuesday, August 18, 2020. (*Id.*)

(iii) **Updates on tests of employees and the results of those tests.** Defendant The GEO Group, Inc., is in possession of the information regarding tests of employees and the results of those tests and will separately submit that report.

(iv) **Updates on what the defendants are doing to manage the crisis.** The Mesa Verde population is down to 106 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, many do not take advantage of the opportunity to stay six feet apart, and some have refused testing. Defendants have also cleared a dorm to isolate positive cases. Additional steps that Defendants have taken are outlined above.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants also submit the arrival and release information for Mesa Verde and Yuba County Jail. Neither facility had any releases or arrivals.

DATED: August 14, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 291 | BOAR | DAN | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 500 | QIU | ZUOLING | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 419 | ABADIN | HECTOR | B | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 888 | AGUILAR CARRION | JOSE | B | 7/15/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 159 | ALCALA-ALMANZA | RUBEN | B | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 053 | CRUZ MENJIVAR | LEVI | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 011 | CRUZ-ZAVALA | WALTER | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | |
| 230 | DIAZ-SOLANO | ALBERTO | B | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | B | | | 8/3/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 555 | HENRIQUEZ | JOSE | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 411 | HERNANDEZ PELAYO | IVAN | B | 7/29/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | B | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 919 | LIN | WEI | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 639 | LOPEZ-GARCIA | JUAN | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 155 | MARIN-PARRA | ISRAEL | B | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 889 | MELGOZA | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 067 | MORALES | JACINTO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | Pending | | 8/12/2020 | Abbott test | Positive |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | B | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 124 | NICKEL | WILLIAM | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 714 | NUNEZ | PEDRO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | B | | | 7/29/2020 | 7/29/2020 | Positive | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | B | 7/22/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 669 | PINEDA | SANTIAGO | B | 7/29/2020 | Positive | | | | | | | | | |
| 580 | QUAN | LAM | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | | | 8/3/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 611 | RIOS ALVARADO | SAMUEL | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 328 | RUIZ-BOLANEZ | JOSE | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 361 | SINGH | DILBAGH | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 018 | SINGH | JASWANT | B | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 659 | TOOR | GURMAIL | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | |
| 855 | VILLANUEVA | JOSE | B | 7/29/2020 | Refused | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | Pending | 8/10/2020 | 8/10/2020 | Positive |
| 848 | ALAS-ALFARO | EDWIN | C | 7/13/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | C | 7/27/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 366 | ARIAS ROMERO | KEVIN | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 992 | CARILLO TORRES | WALTER | C | 7/30/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 163 | GALLARDO LOPEZ | ADRIAN | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | | | |
| 265 | GONZALEZ-AGATON | ANTONIO | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | 7/27/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 634 | LOPEZ SOLORIO | JAIME | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative |
| 029 | MEJIA-LOPEZ | JOSE DINO | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | | | |
| 242 | MENDOZA | ANTONI | C | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | | | |
| 929 | PEREZ | OSCAR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 010 | QAZI | ASIF | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | | | |
| 032 | GARCIA-MARTINEZ | HAMILTON | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 100 | MOUSA SALADDIN | MOHAMED | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | | | 8/11/2020 | | n/a Refused | | | |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | | n/a Refused | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | Medical | | | 8/4/2020 | | | 8/5/2020 | 8/5/2020 | Positive | | | |
| 807 | EDMONDSON | ALTON | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | n/a Refused | | | |