Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No.  3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge:    Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19.

1  There are no Wellpath medical staff persons who are out with COVID.
2  There are currently seven (8) GEO staff persons that are off work with positive
3  COVID-19 tests, pending an appropriate quarantine period and compliance with
4  return to work guidelines.  Since yesterday's report, there is one additional GEO
5  staff person who has tested positive.  The positive test is as follows:

6  1) M.D., female officer.  She was last in the office on August 10, 2020.  On
7  August 11, 2020, she began experiencing symptoms including fever, chills
8  headache, and body aches.  She was tested on August 11, 2020, and received
9  a positive result on August 13, 2020.  She is quarantining at home.  Contact
10 tracing results are pending.

12 Dated: August 14, 2020              BURKE, WILLIAMS & SORENSEN, LLP

14                                     By: /s/ *Susan E. Coleman*
15                                         Susan E. Coleman

16                                     Attorneys for Defendants
                                       THE GEO GROUP, INC. and NATHAN ALLEN