UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 41**<br>Re: Dkt. Nos. 494-1, 507-1, 507-2, 512-2, 512-3 |

The bail requests from the following detainees are denied:

- Alejandro Flores Banuelos
- Elodio Valencia-Chavez
- Albert Christian Orellana

The bail requests from the following detainee is granted:

- Asif Masoom Qazi

The bail request from Alton Edmondson is deferred for more information on the factual basis of his conviction and the factual basis of the 2018 arrest on charges of false imprisonment. When providing this information, Plaintiffs should provide an updated report on his health status and quarantine plan.

Bail is subject to the standard conditions of release stated at Dkt. 543.

**IT IS SO ORDERED.**

Dated: August 14, 2020

VINCE CHHABRIA
United States District Judge