UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER TO MEET AND CONFER** |

The parties are ordered to meet and confer about whether staff (including medical staff) should be shared across dorms. The parties should report to the Court at the next status conference on the results of those discussions.

**IT IS SO ORDERED.**

Dated: August 14, 2020

VINCE CHHABRIA
United States District Judge