DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' AUGUST 17, 2020 DAILY REPORT** |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached is a roster that contains this information, along with testing information for each detainee.

(ii) **Updates on any tests offered or given to detainees, and the results of those tests.**

At the status conference on Friday afternoon, the Court ordered Defendants to Abbott test all consenting detainees at Mesa Verde who have not previously tested positive, approximately 63 detainees, starting immediately. This process has been completed. All detainees in Dorm D tested negative for COVID. One detainee from Dorm A tested positive, and was moved to Dorm B. Ten detainees from Dorm C tested positive, and were moved to Dorm B. One detainee refused to consent to testing (Eder Said Erazo Diaz, A######042), and he continues to be isolated in the restrictive housing unit (RHU).

The eleven detainees who tested positive as a result of this Abbott testing are:

1. A######595 Catalan-Ramirez, Ervin
2. A######634 Lopez Solorio, Jamie
3. A######884 Dungo, Reynaldo
4. A######788 Sahota, Deepak
5. A######081 Hernandez Garcia, Benjamin
6. A######321 Aquino Camiro, Narciso
7. A######996 Carillo Torres, Walter
8. A######988 Rodriguez Galicia, Hermelindo
9. A######650 Alfaro Henriquez, Jose
10. A######242 Mendoza, Antoni
11. A######929 Perez, Oscar

Defendants plan to quarantine any positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive and are quarantined) Tuesday, August 18, 2020. (*Id.*)

Defendants have a correction to their daily reports submitted on August 14, 2020: One of the 32 positive test results that LabCorp returned on August 14, 2020 was mis-identified. Wei Lin (A######919) did <u>not</u> receive a positive test result on August 14, 2020. His result was negative, and he remains in Dorm D. However, Jose Mendoza-Valdovinos's (A######091) test was positive, and he has been moved to Dorm B.

(iii) **Updates on tests of employees and the results of those tests.** Defendant The GEO Group,

Inc., reports that 62 staff have been tested so far, with swabs sent to LabCorp for processing. GEO also reports that there are otherwise no changes since Friday's report. I.e., there are no additional known positive tests for staff, and the same number of staff (8) are currently out. There are 3 GEO staff who have pending clearances to return to work. There are no changes to Wellpath—currently no known positive staff cases.

(iv) **Updates on what the defendants are doing to manage the crisis.** The Mesa Verde population is down to 106 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing. Margarito Zamora Guzman (A######347) was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia. He is currently stable. Additional details have been provided to class counsel.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants also submit the arrival and release information for Mesa Verde and Yuba County Jail. There are no updates since Friday's 5:00 p.m. report.

DATED: August 17, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 291 | BOAR | DAN | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 500 | QIU | ZUOLING | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 419 | ABADIN | HECTOR | B | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 888 | AGUILAR CARRION | JOSE | B | 7/15/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | B | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | B | 7/27/2020 | Negative | 8/3/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Positive |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Positive |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | 7/30/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Positive |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | B | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 884 | DUNGO | REYNALDO | B | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | Pending | | 8/10/2020 | Abbott test | Positive | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | B | | | 8/3/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 555 | HENRIQUEZ | JOSE | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | 7/27/2020 | Refused | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | |
| 411 | HERNANDEZ PELAYO | IVAN | B | 7/29/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | B | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | Abbott test | Negative | 8/14/2020 | Abbott test | Positive |
| 639 | LOPEZ-GARCIA | JUAN | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 155 | MARIN-PARRA | ISRAEL | B | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 889 | MELGOZA | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 242 | MENDOZA | ANTONI | B | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 067 | MORALES | JACINTO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | Pending | | 8/12/2020 | Abbott test | Positive | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | B | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 124 | NICKEL | WILLIAM | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 714 | NUNEZ | PEDRO | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | B | 7/22/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 929 | PEREZ | OSCAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | |
| 669 | PINEDA | SANTIAGO | B | 7/29/2020 | Positive | | | | | | | | | | | | |
| 580 | QUAN | LAM | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | | | 8/3/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Positive | | | |
| 361 | SINGH | DILBAGH | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 018 | SINGH | JASWANT | B | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 659 | TOOR | GURMAIL | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | |
| 855 | VILLANUEVA | JOSE | B | 7/29/2020 | Refused | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | B | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 848 | ALAS-ALFARO | EDWIN | C | 7/13/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | C | 7/27/2020 | Negative | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 366 | ARIAS ROMERO | KEVIN | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 163 | GALLARDO LOPEZ | ADRIAN | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 265 | GONZALEZ-AGATON | ANTONIO | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 029 | MEJIA-LOPEZ | JOSE DINO | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 010 | QAZI | ASIF | C | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | | | |
| 032 | GARCIA-MARTINEZ | HAMILTON | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 100 | MOUSA SALADDIN | MOHAMED | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | | | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | | | |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | | | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | Intake | | | 7/29/2020 | 7/29/2020 | Positive | | | | | | | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative | 8/14/2020 | Abbott test | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | Medical | | | 8/4/2020 | | | 8/5/2020 | 8/5/2020 | Positive | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | Pending | | 8/10/2020 | 8/10/2020 | Positive | | | |
| 807 | EDMONDSON | ALTON | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | n/a | Refused | | | |