UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>            Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER TO FILE BRIEFS REGARDING MEDICAL CONDITIONS FOR COVID POSITIVE DETAINEES** |

The parties are ordered to file briefs and accompanying declarations by Wednesday, August 19, 2020 discussing the appropriate level of care and monitoring necessary for a dorm full of people who have tested positive for Covid-19. The parties should address the measures that can be taken to reduce the risk of detainees' health deteriorating after being housed in the Covid-positive dorm, and the level of monitoring necessary to ensure that detainees are hospitalized promptly when needed. The parties should also address the assertion made by class counsel at Friday's hearing that people with Covid-19 are at a greater risk of complications or death in the facility than if released. Finally, the parties should discuss who pays for hospitalization and whether there are any financial disincentives to hospitalizing detainees.

Defendants need not file a separate submission by end of day today, Monday, August 17, on the question of how it can be medically sufficient to check on people known to be infected with Covid-19 only two times per day. Defendants are instead ordered to include this information in the Wednesday brief.

**IT IS SO ORDERED.**

Dated: August 17, 2020

VINCE CHHABRIA
United States District Judge