UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 42**<br><br>Re: Dkt. Nos. 405-3, 452-1, 523-1, 528-1, 528-2 |

The bail request from the following detainee is granted:

- Zuoling Qiu

The bail request from Hamilton Garcia Martinez is granted with the condition that he may only be released once he has been admitted to a residential drug treatment facility.

Bail is also subject to the standard conditions of release as stated at Dkt. 543.

The bail requests from the following detainees are denied:

- Marcos Najera Sandoval
- German Arnoldo Najera Grajeda
- Benito Villalobos Suria

**IT IS SO ORDERED.**

Dated: August 17, 2020

VINCE CHHABRIA
United States District Judge