Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> **STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE** <br><br> Judge: Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19.

SD #4815-2270-8168 v1                        - 1 -                        3:20-CV-02731-VC
                                                                          81820 STATUS RE STAFF

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  There are no Wellpath medical staff persons who are out with COVID.
2  There are currently ten (10) GEO staff persons that are off work with positive
3  COVID-19 tests, pending an appropriate quarantine period and compliance with
4  return to work guidelines.  Since Monday's report, there are 3 additional GEO staff
5  persons who have tested positive and 2 who have been cleared to return to work.
6  The positive tests are as follows:

7  1) K.I. a female officer.  She was last in the office on August 16, 2020.  She has
8  no reported symptoms.  She was tested on August 15, 2020, and received a
9  positive result on August 17, 2020.  She is quarantining at home.  Contact
10  tracing results are pending.

11  2) L.J., female officer.  She was last in the office on August 6, 2020.  On
12  August 6, 2020, she began experiencing symptoms including a dry cough,
13  stomach ache, vomiting, fatigue and body aches.  She was tested on August
14  15, 2020, and received a positive result on August 17, 2020.  She has been
15  quarantining at home since August 7, 2020.  Contact tracing results are
16  pending.

17  3) R.H., female officer.  She was last in the office on August 15, 2020.  On
18  August 16, 2020, she began experiencing symptoms including body aches
19  and congested.  She was tested on August 15, 2020, and received a positive
20  result on August 17, 2020.  She is quarantining at home.  Contact tracing
21  results are pending.

22

23  Cumulative Totals:
24  GEO now has 22 cumulative positive results, with a total roster of 105 staff.
25  Wellpath has 5 cumulative positive results with a total roster of 21 staff.
26  ///
27  ///
28  ///

Staff Testing Update:

Currently, all 15 Wellpath staff persons have been tested and 86 of 115 GEO staff have been tested. 23 results were received from testing on August 15, 2020 (21 negative and 2 positive as listed above in #1 and 3). Testing is continuing on a rolling basis which is conducted as staff report to work for their shifts.

Dated: August 18, 2020               BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Susan E. Coleman*
       Susan E. Coleman

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN