DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 18, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached is a roster that contains this information, along with testing information for each detainee.

(ii) **Updates on any tests offered or given to detainees, and the results of those tests.**

This morning, Defendants tested the entire facility with oropharyngeal swabs (except for individuals who have already tested positive and are quarantined), as previously planned. (*See, e.g.*, ECF 527 at p. 6.) Wellpath advises that LabCorp. is scheduled to pick up the specimens at approximately 6 p.m. tonight. As indicated by Facility Administrator Nathan Allen, results are expected back in approximately three days. (*See* ECF 535.) One detainee continued to refuse to consent to testing (Eder Said Erazo Diaz, A######042), and he continues to be isolated in the restrictive housing unit (RHU).

At the status conference this morning, the Court ordered Defendants to also test Dorms A and C with the Abbott machine today. All of the Abbott specimens have been collected from Dorm A (16 specimens) and Dorm C (6 specimens). Wellpath is currently processing the specimens, one at a time, as they must be processed (*see* ECF 522), and Defendants will provide an update to class counsel regarding the results as soon as they are available.

Defendants generally plan to quarantine any positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) However, as instructed by the Court, Defendants plan to hold in isolation any new positive cases from today's Abbott testing, until such positive results are confirmed by the LabCorp tests, which were also administered today. Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive and are quarantined) next Tuesday, August 25, 2020. (*Id.*)

Although now outdated by more recent testing that has returned results, today, the results of the August 4, 2020 swab tests that were sent to Cardiotropic Labs came back. The undersigned counsel is advised that there were no new positives results from this round of testing. Defense counsel did not obtain full details in time to incorporate into today's daily report. The details are being provided to class counsel, and Defendants will include them in tomorrow's daily report.

As of today, there are 103 detainees at Mesa Verde, 56 of whom have tested positive for COVID, and one of whom is hospitalized.

(iii) **Updates on tests of employees and the results of those tests.** Defendant The GEO Group, Inc., is in possession of the information regarding tests of employees and the results of those tests and will separately submit that report.

(iv) **Updates on what the defendants are doing to manage the crisis.** The Mesa Verde population is down to 103 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing. Margarito Zamora Guzman (A######347) was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia. He is currently stable, and the hospital's update today indicates "Possible discharge tomorrow."

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants also submit the arrival and release information for Mesa Verde and Yuba County Jail. Neither facility had any arrivals today or yesterday.

Yuba County Jail releases:

| A-Number | Last Name | First Name | Book-Out Date | Reason |
|---|---|---|---|---|
| 259 | OROPEZA-ESPARZA | JESUS | 8/18/2020 | Proceedings Terminated. |
| | | | | |
| PENDING | | | | |
| None. | | | | |

Mesa Verde releases:

| A-Number | Last Name | First Name | Book-Out Date | Reason for Release |
|---|---|---|---|---|
| 010 | QAZI | ASIF | 8/17/2020 | District Court ordered release |
| 032 | GARCIA-MARTINEZ | HALMILTON | 8/18/2020 | District Court ordered release |
| 500 | QIU | ZUOLING | 8/18/2020 | District Court ordered release |
| | | | | |
| PENDING | | | | |
| NONE | | | | |

DATED: August 18, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 291 | BOAR | DAN | A | 7/17/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 419 | ABADIN | HECTOR | B | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | B | 7/15/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | B | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | B | 7/27/2020 | Negative | 8/3/2020 | | | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Positive | | | |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Positive | | | |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | 7/30/2020 | Refused | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Positive | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | B | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 884 | DUNGO | REYNALDO | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | B | | | 8/3/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | 7/27/2020 | Refused | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | B | 7/29/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | B | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | Abbott test | Negative | 8/14/2020 | Abbott test | Positive | | | |
| 639 | LOPEZ-GARCIA | JUAN | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 155 | MARIN-PARRA | ISRAEL | B | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 889 | MELGOZA | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 242 | MENDOZA | ANTONI | B | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 067 | MORALES | JACINTO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | Pending | | 8/12/2020 | Abbott test | Positive | | | | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | B | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 124 | NICKEL | WILLIAM | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 714 | NUNEZ | PEDRO | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 797 | PALMA-AGUILAR | JULIO | B | 7/22/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 929 | PEREZ | OSCAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | | | | |
| 669 | PINEDA | SANTIAGO | B | 7/29/2020 | Positive | | | | | | | | | | | | | | | |
| 580 | QUAN | LAM | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | | | 8/3/2020 | | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Positive | | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Positive | | | | | | |
| 361 | SINGH | DILBAGH | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 018 | SINGH | JASWANT | B | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 659 | TOOR | GURMAIL | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | | | | | | | | | | | | |
| 855 | VILLANUEVA | JOSE | B | 7/29/2020 | Refused | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | B | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 848 | ALAS-ALFARO | EDWIN | C | 7/13/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | C | 7/27/2020 | Negative | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 366 | ARIAS ROMERO | KEVIN | C | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 163 | GALLARDO LOPEZ | ADRIAN | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 265 | GONZALEZ-AGATON | ANTONIO | C | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | |
| 029 | MEJIA-LOPEZ | JOSE DINO | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test/ LabCorp test | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | | | 8/18/2020 | | |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Pending | | 8/14/2020 | | | 8/18/2020 | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 100 | MOUSA SALADDIN | MOHAMED | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | Intake | | | 7/29/2020 | 7/29/2020 | Positive | | | | | | | 8/18/2020 | | | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | | | 8/11/2020 | Abbott test | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | |
| 456 | ORDAZ CAMACHO | ANGEL | Medical | | | 8/4/2020 | 8/18/2020 | Negative | 8/5/2020 | 8/5/2020 | Positive | | | | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | Pending | | 8/10/2020 | 8/10/2020 | Positive | | | | | | |
| 807 | EDMONDSON | ALTON | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | n/a | Refused | 8/18/2020 | Refused | | | | |