UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 43** <br><br> Re: Dkt. Nos. 537-1, 548-1, 548-2, 548-3 |

The bail request from the following detainee is granted:

- Oscar Armando Amaya

Bail is subject to the standard conditions of release as stated at Dkt. 543.

Bail requests from the following detainees are denied:

- Juan Carlos Minchaca
- Jose Arturo Melgoza
- Isrrael Marin Parra

**IT IS SO ORDERED.**

Dated: August 19, 2020

_____
VINCE CHHABRIA
United States District Judge