DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 19, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached is a roster that contains this information.[1]

---

[1] Defendants had previously included testing history in this spreadsheet. With the flurry of recent testing activity, Defendants discovered some possible discrepancies in the spreadsheet testing history and are in the process of consulting with Wellpath to ensure accuracy. Defendants intend to resume providing testing information for each detainee in tomorrow's spreadsheet. Defendants continue to provide narrative updates regarding testing.

(ii) **Updates on any tests offered or given to detainees, and the results of those tests**.

Yesterday, in addition to the facility-wide oropharyngeal swab testing (LabCorp. testing) that was already ongoing, the Court ordered Defendants to also test Dorms A and C with the Abbott machine. (ECF 577.) Defendants did so, and the results are now back. One of the specimens collected from Dorm A was positive: Dan Boar (A######291). The Abbott results were otherwise negative. Mr. Boar has been temporarily isolated in Intake, pending the results of the confirmatory LabCorp. oropharyngeal swab test, which was also administered yesterday.

Defendants generally plan to quarantine any positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive and are quarantined) next Tuesday, August 25, 2020. (*Id.*)

Yesterday, defense counsel received preliminary information regarding the results of the (now outdated) August 4, 2020 swab tests that were sent to Cardiotropic Labs. Defendants are now in a position to provide additional information. (Underlying documentation from Cardiotropic Labs was provided to class counsel yesterday.) So far, 64 results have been returned from Cardiotropic. Approximately 18 remain outstanding. Of the 64 returned results, one returned as "Invalid" (Gursamitar Singh, A######490). The following 11 were positive:

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Cardiotropic Test | Date of Results | Results |
|---|---|---|---|---|---|---|
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | 8/3/2020 | 8/18/2020 | Positive |
| 634 | LOPEZ SOLORIO | JAIME | B | 8/4/2020 | 8/18/2020 | Positive |
| 650 | ALFARO HENRIQUEZ | JOSE | B | 8/3/2020 | 8/18/2020 | Positive |
| 388 | CAMARENA NAVARRETE | JOSE | B | 8/4/2020 | 8/18/2020 | Positive |
| 884 | DUNGO | REYNALDO | B | 8/4/2020 | 8/18/2020 | Positive |
| 837 | YUCUTE-CAMEY | GABRIEL | B | 8/4/2020 | 8/18/2020 | Positive |

| 252 | FLORES-BANUELOS | ALEJANDRO | B | 8/3/2020 | 8/18/2020 | Positive |
| 265 | GONZALEZ-AGATON | ANTONIO | C | 8/4/2020 | 8/18/2020 | Positive |
| 366 | ARIAS ROMERO | KEVIN | C | 8/4/2020 | 8/18/2020 | Positive |
| 347 | ZAMORA-GUZMAN | MARGARITO | Medical | 8/4/2020 | 8/18/2020 | Positive |
| 589 | BENAVIDES CARBALLO | ISIDRO | Released | 8/4/2020 | 8/18/2020 | Positive |

Regarding the two detainees from Dorm C, Antonio Gonzalez-Agaton (A######265) and Kevin Arias Romero (A######366), Wellpath reports that both have subsequently tested negative twice via Abbott testing, have been in cohort for at least 14 days, and are not displaying symptoms. Per the Regional Medical Director Dr. Medrano they are considered recovered.

As of today, there are 103 detainees at Mesa Verde, 57 of whom have tested positive for COVID, and two of whom are hospitalized.

(iii) **Updates on tests of employees and the results of those tests.** Defendant The GEO Group, Inc., reports that there are no additional updates since yesterday, except that 1 staff person (a Lieutenant) has been cleared to work, reducing the number of staff off work for COVID to 9.

(iv) **Updates on what the defendants are doing to manage the crisis.** The Mesa Verde population is down to 103 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their

daily reports, which Defendants had already been doing. Margarito Zamora Guzman (A######347) was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia. Mr. Zamora Guzman remains stable. There is currently no additional information to report on when he will be discharged.

Albert Orellana (A######946) was admitted to the hospital yesterday. Although he previously tested COVID positive, he was hospitalized for other non-COVID reasons (which have been disclosed to class counsel). His vital signs are stable, and he was described as calm and cooperative, in no apparent distress.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants also submit the arrival and release information for Mesa Verde and Yuba County Jail. Neither facility had any arrivals or departures today.


DATED: August 19, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

| A # last 3 | Last Name | First Name | Dorm |
|---|---|---|---|
| 413 | ALBERTO-RODRIGUEZ | MARIO | A |
| 124 | ARZATE-REYES | IGNACIO | A |
| 084 | BRAVO | ERICK | A |
| 580 | FLORES-HIDALGO | ROMULO | A |
| 253 | GARCIA MONTES DE OCA | JOSE | A |
| 548 | HERNANDEZ | LUIS | A |
| 029 | LUCAS PLEAEZ | HUGO | A |
| 386 | MANZANILLA | SOLIS | A |
| 361 | MATEO-VIRULA | OBED | A |
| 857 | MIRZAIANS | HRAND | A |
| 388 | OLIVERA MARTINEZ | ALEJANDRO | A |
| 411 | SINGH | GURSAMITAR | A |
| 889 | SINGH-KAHLON | YADWINDER | A |
| 229 | TRUJILLO | FERMIN | A |
| 015 | ABADIN | HECTOR | B |
| 807 | AGUILAR CARRION | JOSE | B |
| 210 | ALCALA-ALMANZA | RUBEN | B |
| 100 | ALFARO HENRIQUEZ | JOSE | B |
| 788 | AQUINO-CAMIRO | NARCISO | B |
| 665 | CAMARENA NAVARRETE | JOSE | B |
| 887 | CARILLO TORRES | WALTER | B |
| 081 | CATALAN-RAMIREZ | ERVIN | B |
| 419 | CHAVEZ-COS | NESTOR JOSUE | B |
| 848 | CRUZ MENJIVAR | LEVI | B |
| 855 | CRUZ-ZAVALA | WALTER | B |
| 159 | DIAZ-SOLANO | ALBERTO | B |
| 669 | DUNGO | REYNALDO | B |
| 714 | FIGUERAS | RALEIGH | B |
| 260 | FLORES-BANUELOS | ALEJANDRO | B |
| 929 | HENRIQUEZ | JOSE | B |
| 089 | HERNANDEZ GARCIA | BENJAMIN | B |
| 820 | HERNANDEZ PELAYO | IVAN | B |
| 919 | HERNANDEZ-REYES | OSWALDO | B |
| 042 | LOPEZ SOLORIO | JAIME | B |
| 837 | LOPEZ-GARCIA | JUAN | B |
| 561 | MARIN-PARRA | ISRRAEL | B |
| 884 | MARTINEZ-ORTIZ | FERNANDO | B |
| 265 | MELGOZA | JOSE | B |
| 242 | MENDOZA | ANTONI | B |
| 067 | MENDOZA-CANALES | FRANCISCO | B |
| 913 | MENDOZA-VALDOVINOS | JOSE | B |
| 611 | MORALES | JACINTO | B |
| 834 | MORALES-SANCHEZ | HENRY | B |
| 347 | NAJERA GRAJEDA | GERMAN | B |
| 321 | NAJERA SANDOVAL | MARCOS | B |
| 146 | NARVAEZ | PEDRO | B |
| 287 | NICKEL | WILLIAM | B |
| 326 | NUNEZ | PEDRO | B |
| 589 | PALMA-AGUILAR | JULIO | B |
| 555 | PEREZ | OSCAR | B |
| 264 | PINEDA | SANTIAGO | B |
| 650 | QUAN | LAM | B |
| 819 | RAMIREZ PINEDA | ROBERTO ANTONIO | B |
| 328 | RIOS ALVARADO | SAMUEL | B |
| 778 | ROBLES-FLORES | JOSE LUIS | B |
| 659 | RODRIGUEZ-ROJAS | EDGAR | B |
| 634 | RODRIQUEZ-GALICIA | HERMELINDO | B |
| 252 | RUIZ-BOLANEZ | JOSE | B |
| 313 | SAHOTA | DEEPAK | B |
| 011 | SINGH | DILBAGH | B |
| 988 | SINGH | JASWANT | B |
| 171 | TOOR | GURMAIL | B |
| 155 | VICTORIO | JOHN EMMANUEL | B |
| 245 | VIGIL | OSCAR | B |
| 992 | VILLALOBOS-SURA | BENITO | B |

| | | | |
|---|---|---|---|
| 091 | VILLANUEVA | JOSE | B |
| 291 | YUCUTE-CAMEY | GABRIEL | B |
| 438 | ZAMORA-GUZMAN | MARGARITO | B |
| 739 | ALAS-ALFARO | EDWIN | C |
| 053 | ARGUETA RIVERA | JOSE ALCIDES | C |
| 018 | ARIAS ROMERO | KEVIN | C |
| 230 | GALLARDO LOPEZ | ADRIAN | C |
| 544 | GONZALEZ-AGATON | ANTONIO | C |
| 268 | MEJIA-LOPEZ | JOSE DINO | C |
| 048 | ARDEBILI | DAVID | D |
| 639 | CALMO-MENDOZA | ELEAZAR | D |
| 682 | ESTIGOY | ALANN | D |
| 797 | GONZALEZ-ROMERO | JOSE | D |
| 728 | GRIFFIN | MARK | D |
| 766 | HERNANDEZ GOMEZ | EZEQUIEL | D |
| 163 | HERNANDEZ-VELASQUEZ | KEVIN | D |
| 823 | IGLESIAS-IGLESIAS | JUAN | D |
| 038 | MARTINEZ-MELENDEZ | DENIS | D |
| 490 | MATIAS-RAUDA | WILLIAM | D |
| 847 | MENDEZ-BORACIO | JUAN | D |
| 626 | MONCADA-HERNANDEZ | SALVADOR | D |
| 629 | MOUSA SALADDIN | MOHAMED | D |
| 888 | OROZCO-GARCIA | OSVIN | D |
| 954 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D |
| 073 | RAMIREZ | ARNOLDO | D |
| 961 | ROMERO-ROMERO | NEFTALI | D |
| 366 | SANCHEZ BRITO | VICTOR | D |
| 456 | TOUCH | CHUNY | D |
| 278 | VALENCIA-CHAVEZ | ELODIO | D |
| 297 | XIONG | JIAN | D |
| 559 | BOAR | DAN | Intake |
| 821 | ORELLANA | CHRISTIAN | Intake |
| 531 | REYES VIDAL | MANUEL ANTONIO | Intake |
| 946 | MINCHACA RAMOS | JUAN CARLOS | Medical |
| 576 | ORDAZ CAMACHO | ANGEL | Medical |
| 595 | EDMONDSON | ALTON | RHU |
| 623 | ERAZO DIAZ | EDER SAID | RHU |
| 126 | LIN | WEI | RHU |