Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>        Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>        Respondents-Defendants. | Case No.  3:20-cv-02731-VC<br><br>**DECLARATION OF RICHARD MEDRANO, M.D., REGARDING MEDICAL CARE FOR COVID+ PATIENTS AT MESA VERDE**<br><br>Judge:    Hon. Vince Chhabria |

I, RICHARD MEDRANO, M.D. declare as follows:

1. I am the Regional Medical Director for Wellpath, overseeing facilities in the area including Mesa Verde and Adelanto ICE Detention Facilities.  My role

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

is to oversee the clinical care provided within the region and to provide guidance. I am often on-call and/or serve as a backup Physician for the facility when needed.

2. I previously worked for Correct Care Solutions beginning in 2015, before it combined with CMGC to form Wellpath. I went to medical school at the University of Southern California, Keck School of Medicine, and graduated in 2006. Thereafter, I did a 3 year combined internship/residency in Family Medicine at Kaiser Los Angeles Medical Center. I am a licensed Physician in the State of California. I have personal knowledge of the statements herein, and if called upon to do so, I could and would testify competently thereto.

3. I am familiar with the CDC guidelines regarding COVID-19 symptoms, ways to minimize infection, and recommended protocol for detention facilities. I am also familiar with IHSC guidelines, which govern ICE facilities. At Mesa Verde, the medical staff is required to follow both CDC and IHSC guidelines, and we often exceed these guidelines. All medical staff is required to wear PPE when interacting with detainees and/or in close contact with other staff.

4. Based on my supervision, observations, and experience working for CCS and now Wellpath at Mesa Verde Detention Facility, it is my informed professional opinion that the current standard of care at Mesa Verde for COVID-19 positive patients exceeds the standard of community care in the United States. Testing, care, and monitoring are also more readily available and accessible at Mesa Verde than in the community. My opinion about the quality and expediency of care takes into account the fact that there are currently 56 COVID+ detainees at Mesa Verde, and would apply even if the number rises.

5. Even with COVID-19 infections on the rise in many communities, and mortality rates for this novel virus, it has been my experience and observation that it still takes time to obtain appointments for a COVID test (sometimes 1-2 weeks unless symptoms are severe) and the results can take as long as 7-10 days. Same day appointments are rare outside the correctional environment, and same day

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

results for COVID-19 tests are uncommon. People who test positive with COVID-19 are told to stay at home and isolate and <u>not</u> go to the hospital unless they have severe symptoms such as chest pain, shortness of breath, or other concerning symptoms. They are not routinely checked by any medical provider in person unless there is a concern.

6. In my medical opinion, detainees who are COVID+ are at no greater risk for complications than if they were in the community, and if anything they are at less risk. There is an increased level of access to care and monitoring provided in the facility, timely intervention for complications is more likely. Further, a person who tests positive in the community is most likely to be isolated at home without any routine checks on their vital signs and oxygen saturation. Most lay persons are also less likely to recognize warning signs than trained medical professionals.

7. In contrast, detainees have 24/7 access to medical care and even asymptomatic COVID-positive patients are seen and evaluated several times a day. Mesa Verde currently has 1 full time physician, 1 full-time Nurse Practitioner, 1 full time Physician's Assistant[1], 4 full-time Registered Nurses, and 7 full-time Licensed Vocational Nurses. From 7:00 a.m. to 8:00 p.m. Mondays – Fridays, there is always a provider on duty at the facility; on weekends and evenings, one medical provider[2] is always on call. Nurses are staffed on 12-hour shifts. On day shift, there are 2 LVNs on duty and at night there is 1 RN and 1 LVN on duty.

8. Detainees who put in sick call slips are typically seen within 24 hours. The detainees can submit sick call requests on their Tablets or on paper forms that are picked up daily in the units by a nurse. A Registered Nurse triages the sick call slips based on the reported symptoms, with the most severe symptoms resulting in the shortest turnaround time. Most detainees are seen the same day, though routine

---

[1] Currently the P.A. is on FMLA leave (non-COVID related), and a second M.D. is covering full-time hours for the P.A. in their absence.
[2] Medical providers are above the level of R.N.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 3 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

requests (such as refills of Tylenol or fungal powder) may be done within the following day or two.  Sick call slips averaged 600 to 700 per month before the pandemic, and with the reduced population are now approximately 200-250 per month.  Attached as Exhibit A is a true and correct copy of a blank sick call slip.

9. Currently, the population at Mesa Verde is greatly reduced (approximately 105 detainees) but we have not reduced the level of medical staffing, so there is a greater ratio of medical providers to detainees.  Between the reduction in sick call requests, the reduction in detainees, and the same level of medical staffing, detainees are seen very quickly for any medical issues.

10. Detainees are educated about their health care access upon intake and orientation.  Attached as Exhibit B is a true and correct copy of the Orientation to Health Services memo provided to detainees.  (Also available in Spanish.)

11. Custody officers within the housing units often communicate to the medical clinic the need for care for a particular detainee[3], and they can either call the medical unit if it is an emergency ("code blue") or escort/send the detainee to the clinic as appropriate. Staff and detainees are both taught to say something if they are having an emergency or observe one, whether medical or otherwise.

12. Medical staff are expected to use their experience, training, and discretion in determining whether to send a detainee to the hospital, either via custody staff or by ambulance if emergent. I advise medical staff to do what is correct, medically speaking, and to use their medical judgment.  Nurses have discretion to call 911, but they can also reach a provider on-call if they have any questions.  Mercy Hospital is very close to the Facility, on Truxtun Avenue, so they can be transported quickly and ambulances respond quickly if needed.

13. Wellpath medical staff errs on the side of caution in sending detainees out to the hospital.  In fact, of the last 5 detainees sent to the hospital, only detainee

---

[3] This practice is not specific to care during the pandemic or for COVID-19.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

Zamora Guzman ended up being admitted. The other 4 detainees were returned to the Facility without being admitted, and with prescriptions for the same medication they were already prescribed by Mesa Verde medical staff.

14. For example, detainee Ruiz was sent to the hospital by ambulance on August 11, 2020, due to his oxygen saturation level, coughing, and report of chest pain while coughing, but he was returned the facility without being admitted and continued on the same medications with no new interventions recommended by ER.

15. Detainee Najera Grajeda was sent to the hospital by ambulance on August 3, 2020, due to complaints of shortness of breath and chest pain. Grajeda had a physical exam, an EKG, and an X-ray of his lungs, which showed his lungs were clear and his EKG was normal. Grajeda was returned to the Facility with medication recommendations which we continued.

16. Plaintiffs' counsel complained that detainee Villalobos-Suria had serious symptoms of COVID since August 1, 2020, including trouble breathing, and requested that he be brought to a hospital. But Villalobos said he was fine on August 3, 2020, when he was advised he tested positive. He said he had a sore throat a week ago and did some workouts to "sweat it out." Villalobos was seen by medical other times but did not submit a sick call slip until August 5, 2020, noting he had a sore throat. Villalobos was prescribed appropriate medications by the facility provider. Villalobos had a chest X-ray on August 6, 2020, which was within normal limits. On August 7, 2020, he reported he felt better with the inhaler. His oxygen saturation (checked twice per day at minimum) has always been within normal limits. Villalobos has never complained to medical about trouble breathing. On August 10, 2020, Villalobos stated he is doing better. Thus, medical did not feel that emergency services were warranted given that his lungs were clear and his vitals were normal.

17. For the B dorm, which contains detainees who have tested positive for COVID-19, nurses check on each detainee at least twice per day and chart their

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

findings in the person's chart. This involves taking the detainee's temperature, blood pressure, heart rate, respiration rate, and Oxygen saturation level. The person is also asked about symptoms and how they feel, and any significant comments are noted on the patient's chart. Attached as Exhibit C is a true and correct copy of chart notes for one detainee in B dorm from last week.

18. In addition to these twice-daily checks by nurses in B dorm, doctors also do rounds daily in the B dorm and ask patients how they are doing. They routinely select a few patients to do a full assessment on, with the selection based on factors such as if someone is medically vulnerable and of concern to them, or if someone has been putting in sick call slips or complaining to nurses.

19. Nurses are in B dorm approximately 3 times per 12-hour shift (or 6 times per day). In addition to taking vitals and other measurements, nurses also conduct pill call, passing out medications to detainees including giving insulin. Nurses also administer any treatments prescribed to detainees such as nebulizer/breathing treatments. During these times, detainees often speak with nurses about any concerns or questions.

20. When there were fewer detainees in B dorm, nurses spent approximately 2-3 hours per day doing vital checks, pill line, and treatments; however, now that the population has increased, nurses are in B dorm providing care 4-6 hours per day or more, depending on the day and what needs to be done. For the vitals alone, it now takes 4 hours per day with 2 nurses doing them. Medical providers (above the level of RN) spent 1-2 hours per day in B dorm last week, but this week it will be much more. This is in addition to custody staff, on duty 24 hours per day in the dorm.

21. In B dorm, although all of the detainees housed in that dormitory are positive, only a handful of them have active symptoms at any one time. Thus, while medical staff is routinely monitoring the detainees for changes in condition and development and/or changes of symptoms, not every detainee in the unit needs

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

medicine for COVID-19 or other medical intervention. Most will likely recover from COVID via rest and fluids.

22. Given that the dorms have different COVID-19 statuses, medical staff is currently following a protocol to make their rounds in a particular order: D dorm first (where everyone tested negative on the last round), then C and A dorms (where detainees are cohorted after moving out some who tested positive on the last round), then lastly B dorm (all positive detainees).

23. Medical staff has separate equipment to check vitals for the D dorm, the cohort/quarantined detainees in A and C, and the B dorm, so that it is not shared even though it's routinely disinfected after use. Medical staff also wears full PPE – gown gloves, face shield, bouffant plastic cap to cover hair, shoe covers, and a N95 mask with surgical mask over it to all pods. This PPE is changed/replaced between dorms to limit cross-contamination.

24. I am informed and believe that ICE pays for hospital visits and hospitalization of detainees. Regardless of who pays for the hospital bills, I rely on my medical judgment, training, experience and discretion about whether to send someone to the hospital and I instruct and expect all Wellpath medical staff to do the same. Wellpath medical staff do not need or seek ICE or GEO's approval before sending someone to the hospital, and if they feel a detainee needs to go to the hospital, they do it forthwith.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2020, at Adelanto, California.

RICHARD MEDRANO, M.D.

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 7 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

EXHIBIT A



**HEALTHCARE REQUEST**
SOLICITUD DE SERVICIO DE SALUD

**RECEIVED**
Date: _____
Initials: _____
Time: _____

Name (Nombre): _____ DOB (Fecha de nacimiento): _____

ID # (N° de identificación): _____ Living Unit (Unidad): _____

☐ Medical (Medico)   ☐ Behavioral Health (Salud Mental)   ☐ Dental (Dental)   ☐ Other_____

**Nature of problem or Request (be specific)   Naturaleza del problema o solicitud (sea específico)**

_____
_____
_____

I consent to be treated by Health Care Staff for the condition described. I understand that the facility may charge me for some of these services and may deduct it from my account during this current or future stays in the facility. I understand that I will receive health care regardless of my ability to pay.

Doy mi consentimiento para ser tratado por el personal de atención de salud para las condiciones descritas. Entiendo que la instalación me puede cobrar por algunos de estos servicios y pueden descontarlo de mi cuenta durante esta o futuras estancias. Entiendo que voy a recibir atención médica, independientemente de mi capacidad de pago.

**Patient Signature (Firma del Paciente):** _____ **Date (Fecha):** _____

*This is a confidential document and should only be placed in a designated area, medical box or given directly to medical staff.*
*Este es un documento confidencial y sólo debe ser colocado en un área designada, caja médica o entregada directamente al personal médico.*

**DO NOT WRITE BELOW THIS LINE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(TO BE COMPLETED BY TRIAGING STAFF)

| **TRIAGE:** | ☐ Emergent   ☐ Urgent   ☐ Routine | Triage Date: _____ Initials: _____ Time: _____ |

**INITIAL:**   ☐ Sick Call   ☐ Nurse   ☐ HCP   ☐ Dentist   ☐ Behavioral Health   ☐ Eye Doctor   ☐ Other _____

(TO BE COMPLETED BY HEALTHCARE STAFF)

☐ Patient seen (if applicable)            ☐ Patient outside of facility (hospital, court, etc.), reschedule upon return
☐ Response sent to patient (if applicable)   ☐ Patient refused, Refusal Form complete
☐ Patient released from custody         **Fee Charge**   ☐ No   ☐ Yes, Amount $_____

**RESPONSE TO PATIENT / COMMENTS** _____
_____

*NOTE: Treatment information should not be noted above but should be documented on the appropriate treatment form(s)*

_____                                 _____
**Staff Signature**                                                **Date**

SC001UN000ACCBI102413                                              2-Part Form

# EXHIBIT B

## MESA VERDE ICE PROCESSING CENTER
## INMATE ORIENTATION TO HEALTH SERVICES

Our purpose is to provide you with quality health services while you are here at Mesa Verde. In order for us to accommodate your health care needs, your cooperation is required.

### INTAKE:

Upon arrival at Mesa Verde, you will go through a medical assessment that includes being seen by medical staff. You will be asked to give accurate medical history and other pertinent information. You may be scheduled for lab work, a dental exam, a mental health assessment and/or a TB skin test if these have not already been done at a previous facility. If you meet the criteria, you will be scheduled for an eye exam.

### ACCESS TO HEALTH CARE:

You must submit a Sick Call Request to access medical care. You may submit your request via the tablet or via a Sick Call Request form that is located in your housing unit and must be deposited in the assigned sick call box.

Please DO NOT put the Sick Call Request in the mail or attempt to send it to medical by any other means or it may be returned to you <u>unprocessed.</u>

You must follow the instructions on the Sick Call Request.

All Sick Call Requests will be picked up or reviewed electronically daily. You will be placed on the nurse's line appointment within 24 hours. When you arrive for your appointment, give your ID to the officer or a medical staff and have a seat. You will not be charged for Sick Call Requests, medical, dental or mental health appointments.

### MEDICATION TIMES:

*Medication pass is held 3 times a day:*

7:00am – 9:00am 7 days a week

2:00 PM – 4:00PM 7 days a week

7:00pm – 9:00pm 7 days a week

**REFILLS OF MEDICATION:** Bubble pack cards issued by medical can be refilled by returning the barcode label. Bulk medications (inhalers, creams, shampoos, etc.) should be turned in to the medication nurse for refill.

### INJURIES AND EMERGENCIES:

If you hurt or injured at any time, tell an officer at the time of injury. If you are having an emergency (chest pains, difficulty breathing, sever eye or ear pain/injury, profuse bleeding, severe abdominal pain) notify an officer immediately. Medical staff will respond with emergency equipment and provide care.

## MESA VERDE ICE PROCESSING CENTER
## INMATE ORIENTATION TO HEALTH SERVICES

**MENTAL HEALTH SERVICES:**

Mesa Verde has a psychiatrist and mental health professionals on staff. If you are currently on any psychotropic medication, you will be referred to the psychiatrist for evaluation and continued treatment if necessary. You may also request to be seen for mental health issues at any time by submitting a Sick Call Request to address any immediate need.

**DENTAL SERVICES:**

You will be seen annually if you are here for more than 1 year for an exam. We currently have dental services available 2 days a week. You may request to be seen by dental for routine (if you qualify) and emergency care via a Sick Call Request.

**EXPECTATIONS:**

Your medical care is important to us. Your needs will be meet quickly and without problems if the above guidelines are followed. Any game playing, abusive behavior or disruption in the medical unit will result in disciplinary action. Keep a supply of the basic medical needs supplies at your bunk as these will not be handed out at medical without and Sick Call Request and medical evaluation. Example: Tylenol, Band-Aids, antibiotic ointment, hydrocortisone cream.

**GRIEVANCE:**

You can request assistance and the required grievance submission documents from your housing unit officer or assigned case manager should you have any unresolved issues with medical. Please reference your detainee handbook for the full grievance process.

**Provider Schedule:**

Medical Provider: 5 days per week

Dentist: 2 days per week

Psychiatrist – 3 days per week

Mental Health – 6 days per week

Nursing Sick call – 7 days a week

**The above schedules may change at any time due to sickness, vacation and holidays.**

**Please note: You must be in full compliance with ICE grooming standards to enter the medical area. You MUST have your ID with you, clipped on the upper left chest area before medications will be issued.**

# EXHIBIT C

# wellpath℠
## To hope and healing.
## Patient Monitoring for Confirmed or Suspected COVID-19

Name: ▓▓▓▓  DOB: ▓▓▓▓  ID#: ▓▓▓▓  Page ___ of ___

B 26L

**Monitoring of Symptomatic patient with suspected or confirmed COVID-19:**
Monitor vital signs and symptoms twice a day until afebrile without use of antipyretic for 3 days after patient no longer febrile. Maintain isolation for 48 hours. *Contact health care provider if vital signs are outside of parameters

| Date/Time | B/P | Pulse | Resp | Temp | O2 Sat | Symptoms | Comments | Initials |
|---|---|---|---|---|---|---|---|---|
| 8/10/20 0530 | 129/79 | 61 | 18 | 97.9 | 97 | ☐ Fever ☐ Cough ☐ Short of Breath | None | d |
| 8/10/20 1730 | 114/72 | 85 | 18 | 98.4 | 96 | ☐ Fever ☐ Cough ☐ Short of Breath | Chest pain | k |
| 8/11/20 0630 | 99/73 | 74 | 18 | 97.9 | 97 | ☐ Fever ☐ Cough ☐ Short of Breath | "I'm okay" | d |
| 8/11/20 1630 | 111/ | 69 | 15 | 98.4 | 96 | ☐ Fever ☐ Cough ☐ Short of Breath | I'm ok | k |
| 8/12/20 0530 | 107/79 | 66 | 18 | 97.2 | 97 | ☐ Fever ☐ Cough ☐ Short of Breath | No complaint | d |
| 8/12/20 0845 | 110/77 | 65 | 20 | 97.1 | 96 | ☐ Fever ☐ Cough ☐ Short of Breath | I'm ok | d |
| 8/13/20 1300 | 102/68 | 70 | 18 | 97.2 | 98 | ☐ Fever ☐ Cough ☐ Short of Breath | none | WR |
| | | | | 98.2 | 98 | ☐ Fever ☐ Cough ☐ Short of Breath | nvc | k |
| | | | | | | ☐ Fever ☐ Cough ☐ Short of Breath | | |
| | *SBP ≥ 180 or ≤ 90  *DBP ≥ 110 or ≤ 60 | *remains ≥ 110 or ≤ 60 | *persistently ≤ 10 or ≥ 20 | *> 101°F | *< 90% | | | |

| Initials | Printed Name/License | Initials | Printed Name/License | Initials | Printed Name/License |
|---|---|---|---|---|---|
| DM | Dinesh McKinney RN | | | | |
| IF | IFevelen ah ellen | | | | |
| WR | W. Chardin WN | | | | |

| Form Folder and Number: | Form Owner: | Accreditation: | Active / Last Revision Date: |
|---|---|---|---|
| Communicable Disease: CD11.0 | Karina Purcell | N/A | March 18, 2020 |