| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| 2 | E-mail: scoleman@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 3 | 444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953 |
| 4 | Tel: 213.236.0600   Fax: 213.236.2700 |
| 5 | Attorneys for Respondents-Defendants<br>THE GEO GROUP, INC. (Sued herein as |
| 6 | GEO GROUP, INC.) and NATHAN ALLEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>  Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>  Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge: Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19.

There are no Wellpath medical staff persons who are out with COVID. There are currently ten (9) GEO staff persons that are off work with positive COVID-19 tests, pending an appropriate quarantine period and compliance with return to work guidelines. Since yesterday's report, there is one (1) additional GEO staff persons who has tested positive and 1 male officer who has been cleared to return to work. The new positive test is as follows:

1) F.G., a male officer. He was last in the office on August 20, 2020. He has no reported symptoms. He was tested on August 17, 2020, and received a positive result on August 20, 2020. He is quarantining at home. Contact tracing results are pending.

Cumulative Totals:

GEO now has 23 cumulative positive results, with a total roster of 105 staff.

Wellpath has 5 cumulative positive results with a total roster of 21 staff.

Staff Testing Update:[1]

Currently, all 15 Wellpath staff persons have been tested and so far 9 are negative with results still pending on 6 tests.

To date, 89 GEO staff persons have been tested with 83 negative, 3 postive, and 3 pending.

For commissary staff, 2 persons have been tested. 1 tested negative, and the other test result is pending.

///
///
///
///

---

[1] This testing information is from the round of staff testing that began on 8/15/20.

1     Testing is continuing on a rolling basis which is conducted as staff report to
2 work for their shifts, except for any staff already on sick, FMLA or other leave.

3

4

5 Dated:  August 20, 2020                  BURKE, WILLIAMS & SORENSEN, LLP

6

7                                         By: /s/ *Susan E. Coleman*
                                                Susan E. Coleman

8                                    Attorneys for Defendants
                                   THE GEO GROUP, INC. and NATHAN
9                                    ALLEN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

3:20-CV-02731-VC
82020 STATUS RE STAFF