DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 20, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.** Attached is a roster that contains this information.[1]

---

[1] The roster filed on August 19, 2020 contained incorrect information in the "A-Number Last 3" field due to a sorting error. Please refer to prior rosters and today's rosters for correct A-Number Last 3 information.

Defendants had previously included testing history in this spreadsheet. With the flurry of recent testing activity, Defendants discovered some possible discrepancies in the spreadsheet testing history and continue to be in the process of consulting with Wellpath to ensure accuracy. Defendants intend to

(ii) **Updates on any tests offered or given to detainees, and the results of those tests**.

The results of the facility-wide oropharyngeal swab testing (LabCorp. testing) collected on August 18, 2020, mostly have been received. Results remain pending for Juan Carlos Minchaca Ramos (A######245) and Mario Alberto Rodriguez (A######171). All but two results were negative.

Dan Boar (A######291), previously housed in Dorm A, who tested positive via the Abbott test on August 18, 2020, had been temporarily isolated in Intake. Mr. Boar also tested positive in the LabCorp testing, and he will be moved to Dorm B.

Antonio Gonzalez Agaton (A######265) also tested positive in the LabCorp testing. However, he is considered to be recovered but persistently positive under CDC guidelines. His first positive test was from a specimen collected on August 4, 2020. Additionally, two Abbott tests for Mr. Gonzalez Agaton were negative on August 15, 2020, and August 18, 2020. He is not symptomatic.

Defendants generally plan to quarantine any positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive and are quarantined) next Tuesday, August 25, 2020. (*Id.*)

As of today, there are 103 detainees at Mesa Verde, 57 of whom have tested positive for COVID, and one of whom is hospitalized.

---

resume providing testing information for each detainee as soon as possible. Defendants continue to provide narrative updates regarding testing.

(iii) **Updates on tests of employees and the results of those tests.** Defendant The GEO Group, Inc., is concurrently filing a separate status update regarding staff.

(iv) **Updates on what the defendants are doing to manage the crisis.** The Mesa Verde population is down to 103 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing. Margarito Zamora Guzman (A######347) was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia. Mr. Zamora Guzman remains stable. There is currently no additional information to report on when he will be discharged.

Albert Orellana (A######946) was admitted to the hospital on Wednesday, August 18, 2020, for non-COVID-19 related reasons. He was discharged today and returned to Mesa Verde.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants also submit the arrival and release information for Mesa Verde and Yuba County Jail. There was one release from Yuba County Jail:

| A-Number | Last Name | First Name | Book-Out Date | Reason |
|---|---|---|---|---|
| 014 | AMAYA | OSCAR | 8/20/2020 | District Court ordered release. |

| A# Last 3 | Last Name | First Name | Age | Sex | Dorm |
|---|---|---|---|---|---|
| 171 | ALBERTO-RODRIGUEZ | MARIO | 32 | M | A |
| 287 | ARZATE-REYES | IGNACIO | 47 | M | A |
| 629 | BRAVO | ERICK | 54 | M | A |
| 589 | FLORES-HIDALGO | ROMULO | 56 | M | A |
| 038 | GARCIA MONTES DE OCA | JOSE | 22 | M | A |
| 626 | HERNANDEZ | LUIS | 39 | M | A |
| 073 | LUCAS PLEAEZ | HUGO | 36 | M | A |
| 413 | MANZANILLA | SOLIS | 58 | M | A |
| 268 | MATEO-VIRULA | OBED | 40 | M | A |
| 821 | MIRZAIANS | HRAND | 55 | M | A |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | 25 | M | A |
| 490 | SINGH | GURSAMITAR | 30 | M | A |
| 438 | SINGH-KAHLON | YADWINDER | 30 | M | A |
| 326 | TRUJILLO | FERMIN | 57 | M | A |
| 419 | ABADIN | HECTOR | 55 | M | B |
| 888 | AGUILAR CARRION | JOSE | 33 | M | B |
| 159 | ALCALA-ALMANZA | RUBEN | 43 | M | B |
| 650 | ALFARO HENRIQUEZ | JOSE | 35 | M | B |
| 321 | AQUINO-CAMIRO | NARCISO | 50 | M | B |
| 388 | CAMARENA NAVARRETE | JOSE | 38 | M | B |
| 992 | CARILLO TORRES | WALTER | 27 | M | B |
| 595 | CATALAN-RAMIREZ | ERVIN | 34 | M | B |
| 531 | CHAVEZ-COS | NESTOR JOSUE | 32 | M | B |
| 053 | CRUZ MENJIVAR | LEVI | 25 | M | B |
| 011 | CRUZ-ZAVALA | WALTER | 30 | M | B |
| 230 | DIAZ-SOLANO | ALBERTO | 39 | M | B |
| 884 | DUNGO | REYNALDO | 48 | M | B |
| 229 | FIGUERAS | RALEIGH | 38 | M | B |
| 252 | FLORES-BANUELOS | ALEJANDRO | 33 | M | B |
| 555 | HENRIQUEZ | JOSE | 52 | M | B |
| 081 | HERNANDEZ GARCIA | BENJAMIN | 49 | M | B |
| 411 | HERNANDEZ PELAYO | IVAN | 29 | M | B |
| 015 | HERNANDEZ-REYES | OSWALDO | 32 | M | B |
| 634 | LOPEZ SOLORIO | JAIME | 49 | M | B |
| 639 | LOPEZ-GARCIA | JUAN | 27 | M | B |
| 155 | MARIN-PARRA | ISRRAEL | 35 | M | B |
| 576 | MARTINEZ-ORTIZ | FERNANDO | 36 | M | B |
| 889 | MELGOZA | JOSE | 34 | M | B |
| 242 | MENDOZA | ANTONI | 29 | M | B |
| 823 | MENDOZA-CANALES | FRANCISCO | 20 | M | B |
| 091 | MENDOZA-VALDOVINOS | JOSE | 28 | M | B |
| 067 | MORALES | JACINTO | 43 | M | B |
| 544 | MORALES-SANCHEZ | HENRY | 43 | M | B |
| 048 | NAJERA GRAJEDA | GERMAN | 32 | M | B |
| 834 | NAJERA SANDOVAL | MARCOS | 44 | M | B |
| 954 | NARVAEZ | PEDRO | 25 | M | B |
| 124 | NICKEL | WILLIAM | 43 | M | B |
| 714 | NUNEZ | PEDRO | 35 | M | B |
| 797 | PALMA-AGUILAR | JULIO | 23 | M | B |
| 929 | PEREZ | OSCAR | 38 | M | B |
| 669 | PINEDA | SANTIAGO | 40 | M | B |
| 580 | QUAN | LAM | 45 | M | B |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | 40 | M | B |
| 611 | RIOS ALVARADO | SAMUEL | 58 | M | B |
| 847 | ROBLES-FLORES | JOSE LUIS | 37 | M | B |
| 260 | RODRIGUEZ-ROJAS | EDGAR | 50 | M | B |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | 32 | M | B |
| 328 | RUIZ-BOLANEZ | JOSE | 41 | M | B |
| 788 | SAHOTA | DEEPAK | 31 | M | B |
| 361 | SINGH | DILBAGH | 42 | M | B |
| 018 | SINGH | JASWANT | 32 | M | B |
| 659 | TOOR | GURMAIL | 45 | M | B |
| 857 | VICTORIO | JOHN EMMANUEL | 41 | M | B |
| 264 | VIGIL | OSCAR | 41 | M | B |
| 559 | VILLALOBOS-SURA | BENITO | 25 | M | B |

| | | | | | |
|---|---|---|---|---|---|
| 855 | VILLANUEVA | JOSE | 32 | M | B |
| 837 | YUCUTE-CAMEY | GABRIEL | 38 | M | B |
| 347 | ZAMORA-GUZMAN | MARGARITO | 54 | M | B |
| 848 | ALAS-ALFARO | EDWIN | 30 | M | C |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | 35 | M | C |
| 366 | ARIAS ROMERO | KEVIN | 23 | M | C |
| 163 | GALLARDO LOPEZ | ADRIAN | 25 | M | C |
| 265 | GONZALEZ-AGATON | ANTONIO | 67 | M | C |
| 029 | MEJIA-LOPEZ | JOSE DINO | 62 | M | C |
| 084 | ARDEBILI | DAVID | 41 | M | D |
| 778 | CALMO-MENDOZA | ELEAZAR | 37 | M | D |
| 819 | ESTIGOY | ALANN | 38 | M | D |
| 728 | GONZALEZ-ROMERO | JOSE | 24 | M | D |
| 548 | GRIFFIN | MARK | 54 | M | D |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | 50 | M | D |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | 27 | M | D |
| 297 | IGLESIAS-IGLESIAS | JUAN | 34 | M | D |
| 919 | LIN | WEI | 38 | M | D |
| 961 | MARTINEZ-MELENDEZ | DENIS | 20 | M | D |
| 278 | MATIAS-RAUDA | WILLIAM | 23 | M | D |
| 913 | MENDEZ-BORACIO | JUAN | 45 | M | D |
| 386 | MONCADA-HERNANDEZ | SALVADOR | 41 | M | D |
| 100 | MOUSA SALADDIN | MOHAMED | 39 | M | D |
| 561 | OROZCO-GARCIA | OSVIN | 35 | M | D |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | 45 | M | D |
| 887 | RAMIREZ | ARNOLDO | 62 | M | D |
| 146 | ROMERO-ROMERO | NEFTALI | 40 | M | D |
| 766 | SANCHEZ BRITO | VICTOR | 30 | M | D |
| 253 | TOUCH | CHUNY | 47 | M | D |
| 820 | VALENCIA-CHAVEZ | ELODIO | 44 | M | D |
| 210 | XIONG | JIAN | 31 | M | D |
| 291 | BOAR | DAN | 40 | M | Intake |
| 946 | ORELLANA | CHRISTIAN | 22 | M | Intake |
| 126 | REYES VIDAL | MANUEL ANTONIO | 29 | M | Intake |
| 245 | MINCHACA RAMOS | JUAN CARLOS | 45 | M | Medical |
| 456 | ORDAZ CAMACHO | ANGEL | 67 | M | Medical |
| 807 | EDMONDSON | ALTON | 39 | M | RHU |
| 042 | ERAZO DIAZ | EDER SAID | 28 | M | RHU |

DATED: August 20, 2020                    Respectfully submitted,
                                          DAVID L. ANDERSON
                                          United States Attorney

                                          */s/ Adrienne Zack*
                                          ADRIENNE ZACK
                                          Assistant United States Attorney

                                          Attorneys for Federal Defendants