DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; [PROPOSED] ORDER** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

After Federal Defendants filed their responses to the bail applications filed on August 13, 2020, ECF No. 566, in the above-captioned case today, and after notification from Plaintiffs' counsel, counsel for Federal Defendants realized that information Plaintiffs' counsel had requested to be kept under seal for the safety of a class member was inadvertently included in the filing at ECF No. 566-2. Federal Defendants are e-filing a corrected version that is in all respects identical to ECF 566-2, except that the information requested to be kept confidential is redacted.  An unredacted version will be filed under seal.  Federal Defendants hereby request that the Court remove the incorrectly filed document (ECF 566-2) from the docket.  Counsel for Federal Defendants sincerely apologizes for the mistake.

DATED: August 17, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

<strong>[PROPOSED] ORDER</strong>

Having considered Federal Defendants' Motion to Remove Incorrectly Filed Document, the Court HEREBY ORDERS that ECF No. 566-2 be removed from the docket, as it contains information Plaintiffs' counsel has requested to be kept under seal for a class member's safety and has been replaced with a corrected, redacted version.

IT IS SO ORDERED.

Dated: August 20, 2020

HON. _____
UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Vince Chhabria]