# DAN JENO BOAR
# SHORT-FORM BAIL APPLICATION

**SUMMARY:**

Dan Jeno Boar is a 40 years old, a native of Romania, and citizen of Hungary, and presents a strong application for bail. *See* Dkt. 90 (setting forth standard for bail applications); Dkt. 361 (setting forth process for bail applications). *First*, Mr. Boar needs access to healthcare and nutrition, as he is COVID positive. Mr. Boar has significant medical vulnerabilities, including high cholesterol, hypertension, as well as respiratory and bronchial problems. Mesa Verde has is not able to adequately care for people in its custody, nor prevent the spread of COVID. He will have access to the health care he needs if he is released from custody. *Second*, Mr. Boar is not a danger to the community. He was convicted of federal crimes related to his involvement in a non-violent fraud scheme. He has suffered serious consequences as a result, including spending over two years in detention and months during a pandemic. He is truly committed to never again engaging in illegal activity in the United States. *Third*, Mr. Boar has a strong release plan. Frank Sanfiorenzo, his close friend and unionized sheet metal worker, has offered to be his custodian. He has offered to transport him (with open windows) from Bakersfield to a hotel close to his home in Castro Valley, California, where Mr. Boar will be able to quarantine and socially distance. Upon returning a COVID negative test, Mr. Sanfiorenzo has agreed to house Mr. Boar with his own room at his residence. Mr. Sanfiorenzo has also agreed to ensure Mr. Boar has adequate food and transportation, should he require a medical visit.

1. **Name:** Dan Jeno Boar

2. **Age:** 40

3. **Sex:** Male

4. **Primary Language:** Romanian

5. **If Hearing, Is An Interpreter Needed?** Yes

6. **Detained in Mesa Verde Detention Facility_ X_ or Yuba County Jail**

7. **Dorm Unit:** previously was detained in Dorm A, but after his positive COVID test, he is now in the "booking room"

8. **Date of Bond Hearing, If Any:** None.

9. **Outcome of Bond Hearing, If Any:** N/A

10. **Length of Time in Detention:** Since July 16, 2020

11. **Medical Condition(s) That Put Detainee At Risk:**

    Mr. Boar has several medical conditions that make him vulnerable to extreme health complications as a result of his current COVID-19 diagnosis. He reports that he suffers from high cholesterol, high blood pressure, stress, depression, panic attacks, respiratory problems and bronchial problems. He receives Lipitor for his high cholesterol, Lifrinopril and Baby Aspirin for his high blood pressure, Remeron for his depression, BuSpar for his stress and anxiety condition, and Ibuprofen for the chronic pain he suffers.

12. **Attorney Name, Phone, Address and Email:**
    Marc Van Der Hout, Van Der Hout, Brigagliano & Nightingale, 180 Sutter St Fl 5, San Francisco, CA 94104-4010.

13. **Felony or Misdemeanor Convictions, Including Date and Offense:**

    Mr. Boar has a single, non-violent arrest and resulting convictions relating to his involvement in a device fraud scheme, where together with others used a device to steal ATM cards.

    In August 2018 he was arrested in Wyoming, while driving back from San Francisco to Chicago to return his rental car. He was accused and ultimately pled guilty on May 13, 2019 to one count of Conspiracy to Access Device Fraud, 18 U.S.C. § 1029(b)(2), one count of Access Device Fraud, 18 U.S.C. § 1029(a)(1), one count of Access Device Fraud 18 U.S.C. § 1029(a)(2), one count of Access Device Fraud, 18 § 1029(a)(4), and two counts of Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1).

    Mr. Boar deeply regrets his involvement in this scheme. Mr. Boar admitted in his plea agreement that the total amount drawn from the banks was approximately $189,000 , and admitted that he personally stole approximately $46,000. He regrets his involvement in this scheme, and states he has not engaged in such criminal activity either here in the U.S. or Hungary before this.

14. **Pending Criminal Charges and Outstanding Warrants**: None.

15. **Scheduled Removal Date, If Any**: His next removal hearing is set for September 3, 2020.

16. **Family**:

    Mr. Boar is close with his family, and they are available to provide financial support for him, but they do not reside in the United States. Mr. Boar is divorced, but has two children, one son who is 23 and in college for medicine, and one daughter who is 17 and in high school. Mr. Boar's sister is sick with brain cancer, and he wants to help support her during this time. He misses his family very much and is proud of their accomplishments.

**17. <u>Proposed Custodian and Description of Proposed Release Residence</u>**:

Because Mr. Boar's family does not reside in the United States, he plans to reside with his family friend Frank Sanfiorenzo, a U.S. Citizen. His address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and he can be reached at ▮▮▮▮▮▮▮▮. Mr. Sanfiorenzo is a unionized sheet metal worker employed at Foothill Heating and Air Conditioning.

Mr. Sanfiorenzo has offered to provide supervision for Mr. Boar. Mr. Sanfiorenzo understands Mr. Boar is COVID positive. Mr. Sanfiorenzo will transport Mr. Boar from his vehicle, or a rented vehicle, possibly a convertible, to a hotel located close to his home in Castro Valley. Mr. Sanfiorenzo will assist Mr. Boar with providing food and transportation, and take him to medical appointments as needed. Upon testing negative, Mr. Sanfiorenzo will offer Mr. Boar a place to reside in his own home, which contains a separate room where Mr. Boar can socially distance. Mr. Sanfiorenzo will take all steps necessary to ensure Mr. Boar complies with the Court or ICE's conditions of release.

Mr. Board may be safely released to the community with a positive COVID diagnosis. He will be able to effectively isolate in a hotel room (electronic monitoring will ensure his stay at the location), will have far better access to medical care should he become seriously ill, will have access to a personal thermometer and, with the help of his custodian, Mr. Sanfiorenzo, will be able to constantly monitor his health status. He will have access to nutritious foods, which will help boost his immune system. He will be housed in his own room, wear masks, and inform hotel staff that he is COVID positive, to ensure they take proper safety protocols.

**18. <u>Applicant's Ties to the Location of the Proposed Residence (such as length of time, family members, prior employment, etc.)</u>**:

Mr. Sanfiorenzo is a close family friend of Mr. Boar's, and met through a mutual acquaintance. The two have become acquainted during Mr. Boar's detention, and Mr. Sanfiorenzo is eager to welcome Mr. Boar into his home, as it could mean protecting him from contracting Covid-19.

**19. <u>Employment History:</u>**

Mr. Boar ran a car sales business before he was arrested in 2018.

**20. <u>Other Information Relevant to Bail Determination</u>**:

Mr. Boar deeply regrets his involvement in the access device fraud scheme. He knows that it was wrong to defraud those who used the ATM's where he installed machines. He had never committed fraud or any other illegal activity before and will never do so again. He intends on complying with any order of the court, and abiding by any condition the Court deems reasonable and appropriate.

**21. <u>Attached are (check all that are applicable, but that is not a substitute for answering</u>**

**the above questions):**
N/A

All information in this application is accurate based on information and belief. This application was prepared based on conversations between Mr. Boar and Mattie Armstrong, legal intern at the SF Public Defender's Office, under the supervision of Francisco Ugarte, deputy public defender at the Public Defender's Office. The application was reviewed by Francisco Ugarte. This application was prepared using information obtained through interviews, and review of Mr. Boar's ICE arrest reports (I-213).

Respectfully submitted,

*s/Francisco Ugarte*
Francisco Ugarte