# NARCIZO AQUINO CAMIRO
# SHORT-FORM BAIL APPLICATION

**SUMMARY:**

**Narcizo Aquino Camiro,** is a 50 year old national of Mexico. He presents a strong application for bail. *See* Dkt. 90 (setting forth standard for bail applications); Dkt. 361 (setting forth process for bail applications).

*First,* Mr. Aquino Camiro does not represent a danger to the community. He was diagnosed with Schizophrenia-paranoid type, Major Depressive Disorder and Schizoaffective Disorder about 20 years ago. As such, he has been prescribed medication to help control his symptoms. His criminal record results from incidents when he was not taking his medication. He has a strong release plan which will insure that he consistently takes his medications and will therefore not be a danger to the community.

*Second,* Mr. Aquino Camiro has extensive family support, particularly from his sister, Donaji Aquino, his parents and his 5 adult children, all of who reside legally in the U.S. Mr. Aquino Camiro himself has resided lawfully in the United States since 1992. Upon release he will go to live with his sister and parents at their home in Fresno. Because of his many years of lawful residence in the U.S. and his family and community ties to the Fresno area, he does not pose a flight risk.

*Third,* Mr. Aquino Camiro suffers from type 2 diabetes, hypertension, gastric and digestive issues and difficulty sleeping. His diabetes has not been well-controlled during his detention, nor has his hypertension.  While detained, he has not received the proper diet for these conditions, which has also aggravated his gastric and digestive issues.

On August 15, 2020, counsel was informed that he tested positive for COVID -19. He is now quarantined in Dorm B with the other infected individuals. Due to the ongoing Covid-19 crisis, including Mr. Aquino Camiro's mental and physical health conditions, and the aforementioned detention circumstances, he should be temporarily released while he appeals his removal order. Beyond the fact that he does not pose a risk of violence or flight, Mr. Aquino Camiro should be released for humanitarian concerns. [1]

**1. Name:** Narcizo Aquino Camiro

**2. Age:** 50

**3. Sex:** male

**4. Primary language:** Spanish

---

[1] Please note that although class counsel believe that Mr. Aquino Camiro meets the criteria for a strong bail application pursuant to the Court's order at Dkt. 361, this position should not be construed as class counsel's position regarding the relative strengths or weaknesses of remaining class members, for many of whom the government has produced no documents and whose applications class counsel continues to actively investigate.

Narcizo Aquino Camiro

**5. If there is a hearing, is an interpreter needed?** yes

**6. Detained in Mesa Verde Detention Facility**

**7. Dorm unit:** B

**8. Date of bond hearing, if any:** April 29, 2020

**9. Outcome of bond hearing, if any:**

Mr. Aquino Camiro was denied bond by the immigration judge for lack of jurisdiction.

**10. Length of time in detention:** 10 months

**11. Medical condition(s) that put detainee at risk:**

Mr. Aquino Camiro suffers from many health conditions, reflected in the medical records from Mesa Verde, including type 2 diabetes, hypertension, digestive and gastric problems, and mental health issues such as paranoid schizophrenia, depression, schizoaffective disorder and trouble sleeping. He is taking medication for his diabetes, hypertension and mental illness. Specifically, he is prescribed insulin for diabetes and Ripserdal and Depakote for mental health. Type 2 diabetes is CDC-recognized as a condition that puts people at increased risk for severe illness from COVID-19. According to the CDC, people with hypertension might be at increased risk of severe illness from COVID-19.

Mr. Aquino Camiro is also COVID-positive, although he currently claims that he has no symptoms. He says he has his temperature, blood sugar and blood pressure checked regularly. He is also being provided with his medications twice a day. He last saw a doctor on August 18, 2020. Given his existing mental and physical health conditions, if he does develop symptoms, he is likely to be severely effected.

**12. Attorney name, phone, address and email:**

Camille K. Cook
2014 Tulare Street, Suite 702,
Fresno, CA 93721.
(559) 558-5118
Camille@camillecooklaw.com

**13. Felony or misdemeanor convictions, including date and offense:**

Mr. Aquino Camiro has the following convictions:

In 1989, Mr. Aquino Camiro was arrested for H&SC 35121, being under the influence of a controlled substance, and a DUI, VC 23152(a). On 3/19/1991, he was convicted of VC 23152(a) and sentenced to a fine and probation.

In March 1991, he was arrested for giving false information to a peace officer, VC 31, with an unknown disposition.

In June 2004, he was arrested for PC 270, failure to provide, and PC 1209(A), contempt of court. He was convicted and sentenced to probation and 10 days jail. This occurred right after he was diagnosed with mental illness.

In August 2005, he was arrested for domestic-violence related charges. He was convicted of PC 273.5(A), inflicting injury to a spouse, a misdemeanor, and sentenced to 13 days jail and probation. Mr. Aquino Camiro reports that this incident involved him and his ex-girlfriend, the mother of his children. He regretfully recognizes that he made a big mistake, however his mental illness makes it difficult for him to consistently take responsibility for his actions. He and the victim in that case, have been separated for many years so there is no reason to believe that he will be involved in any other incidents of domestic violence, nor has he in the last 15 years. He has never been convicted of any physical violence or abuse against any of his family members. They have all consistently stated that he has never been violent toward any of them, and that he becomes verbally abusive only when he is not on his medications.

In 2005, he was arrested and convicted of possession a dangerous weapon, PC 12020(A), and sentenced to 172 days jail, and probation. The weapon in question was a wood-working tool and he had it because he did carpentry and wood-working.

In 2008, he was arrested and convicted again of possession of a dangerous weapon, PC 12020(a), and sentenced to 75 days jail and 24 months probation. The weapon in question was nun chucks which he used when he practiced martial art

In 2013, he was convicted of Vandalism, PC 594(b)(2)(A), 26 days jail and probation.

In 2013, he was also convicted of PC 415, disorderly conduct, and sentenced to probation.

In April 2013, he was arrested for PC 422, Criminal Threats, and PC 417(A)(1), displaying a weapon. He was convicted of PC 417(a)(1) and sentenced to 52 days jail and 36 months probation. This incident stemmed from a disagreement between Mr. Aquino Camiro and one of his nephews, in which they both lost their tempers and had a verbal disagreement outside their home.  Mr. Aquino Camiro was convicted of threatening his nephew with a machete.

In 2014, Mr. Aquino Camiro was arrested and faced a number of charges, after which there was a finding that he was mentally incompetent to stand trial under PC 1370. In December 2014, he was institutionalized in the Napa State Hospital, a mental health facility. After treatment and medication, in 2015, he was restored to competence and ultimately convicted of PC 422, criminal threats, and sentenced to 16 months prison. This incident took place on a street in Fresno and involved him brandishing a replica of a pistol at several strangers, who were

frightened by what appeared to be a real gun. The incident caused a minor traffic accident. Notably, there is a post-conviction relief motion pending in Fresno Superior Court where it appears that his conviction will be vacated and he will be resentenced to under a year.

In 2016, he was arrested for drinking in public and obstructing a police officer. He was convicted of PC 148(A)(1), obstructing a police officer, and sentenced to 48 days jail and probation.

In April 2018, Mr. Aquino Camiro had another mental health incident stemming from not being medicated. As his daughter Azucena relates in the attached declaration, he was acting erratically and she decided to call the police for his own protection. After he was charged with PC 243(B), battery of a police officer, and PC 422, criminal threats, he was again found incompetent and remanded to a mental health facility. The battery on a police officer involved him spitting in the officer's face. In 2019, he was restored to competence and convicted of PC 422, and sentenced to 32 months prison.

Mr. Aquino Camiro's criminal history is a direct result of his mental health problems and troubles maintaining his medication. If released, Mr. Aquino Camiro and his family are committed to maintaining continuity of his mental health care and medication and will do so by working together to provide him the support that he needs.

**14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:**
   none

**15. Scheduled removal date:** none

**16. Family:**

Mr. Aquino Camiro is single. His 91-year-old father, Abel, is a U.S. citizen ("USC"). His 85-year-old mother, Hilaria, is a lawful permanent resident. He has 9 siblings who are either USCs or LPRs. He has 5 adult children, all of whom are USCs. His entire immediate and extended family live in the Fresno area, with the exception of his daughter, Natalie Aquino, who resides in Bay Point, California and is a Staff Sergeant in the California Army National Guard.

**17. Proposed custodian, including address and phone number, and description of proposed release residence:**

Upon release he will reside with his parents, Abel and Hilaria; his sister Donaji Aquino, and his niece Ivette at ███████████████████, CA 93706. Donaji will be his custodian. She is employed at IHSS as a full time Caregiver for her parents. She can be reached at ███████████. Her daughter, Elizabeth, is employed by California Teaching Fellows Foundation and has also agreed to take on the responsibility of ensuring that Narciso receives treatment and medication. Mr. Aquino Camiro lived in this same home prior to his detention. The house is sufficiently large for him to have his old room back where he can quarantine for 14 days upon his release with no contact with the rest of the family. The extended family is prepared to make sure that his basic

4

NARCIZO AQUINO CAMIRO

necessities are met, including access to all of his medications as well as mental and physical health services.

Donaji is committed to supporting Mr. Aquino Camiro during his release from custody, providing food and shelter, and making sure he complies with any and all ICE and court-ordered requirements.

There any no existing orders of protection that would prohibit him from living with any of the people in the home.

Donaji is willing and able to drive to Bakersfield to pick him up and drive him back to Fresno. Given that he has tested positive for COVID-19, she understands the necessity of using protective equipment such as gloves and masks and taking precautions such as driving with open windows. In the event that Donaji is not able to drive to Bakersfield, their brother Cristobal would also be available to pick up Mr. Aquino Camiro and would also take all necessary steps to protect himself and others from the getting infecting by the virus.

**18. Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.)**

If released, Mr. Aquino Camiro will reside with his sister and his parents in Fresno, California. Donaji and her parents have lived at the same home for about 30 years. Mr. Aquino Camiro lived there from 2001 until his detention in early 2019. Due to his mental health disability, Mr. Aquino Camiro has not worked since about 2005 but receives social security benefits which are sufficient to pay for his basic necessities. The family of Mr. Aquino Camiro is ready to care and support him. The County of Fresno Behavioral Health Department recently assessed him and found Mr. Aquino Camiro's eligible for mental health services. He was a patient of the Department for many years prior to his detention. Hence, the Department is familiar with Mr. Aquino Camiro's case.

Mr. Aquino Camiro's father, Abel Aquino, wrote a declaration in support of his deportation case stating he will suffer extreme and unusual medical, psychological and emotional hardship if his son is deported. (Declaration available upon request). He recalls how his son was diagnosed with schizophrenia after the 911 attack in New York. His father affirms that his son "is not a danger to our community and that he deserves a second chance. Our family has agreed that when or if he gets released we would all watch after Narcizo and we'll make sure he takes him medication daily. We are a big family and we all support him. As long as he takes his medication he is very calm and not a danger to anybody." Id.

Mr. Aquino Camiro's adult daughter, Natalie Aquino, a Staff Sergeant in the California Army National Guard, Military Police Platoon Sergeant who has served two tours oversees, also wrote a letter of support for her father's removal case (available upon request). She requests her father's release and permission to remain in this country: "I love my father and I know he needs help learning how to give and receive love." She notes that his trauma "spiraled into a deep depression (schizophrenia). Like many people of color, we were prescribed with deferred hope.

5

NARCIZO AQUINO CAMIRO

He tried his best to overcome it and treat his pain on his own, but it just kept coming back stronger each time…He was on a journey to transform his trauma but he didn't know how or have access to the tools to cope with his pain. My father is finally asking for help." Id.

**19. Employment history:**
Mr. Aquino Camiro began working in the fields when he first arrived to the United States. He then worked installing fire places for several years as well as installing carpets. Mr. Aquino's last job was in the construction industry, remodeling homes but has not been able to work since about 2005 when his schizophrenic episodes became more frequent.

**20. Other information relevant to bail determination:**

Two doctors have recently assessed Mr. Aquino Camiro's mental health. Both confirmed his diagnosis of Schizophrenia-Paranoid type, Major Depressive Disorder and Schizoaffective Disorder. Both also concluded that, because of being detained in Mesa Verde, Mr. Aquino Camiro has deteriorated to the point that he is experiencing the equivalent of torture. *Evaluations available upon request.*

Mr. Aquino Camiro has tested positive for COVID-19. Although, as of this writing Mr. Aquino Camiro appears to be asymptomatic, this could change and his health could deteriorate rapidly. Should that occur, he is unlikely to receive adequate medical attention in Mesa Verde. Both doctors who recently evaluated his mental health indicated that he will deteriorate if he is not released and that he was experiencing a feeling of torture even before he was diagnosed as being positive for the COVID-19 virus.

Dr Israel, a psychiatrist with the Fresno County Department of Behavioral Health who previously treated Mr. Aquino Camiro and recently assessed him, stated that he seemingly qualifies for mental health resources, including medication and therapy, through that agency. Various members of his family have indicated a willingness to drive him to all appointments and make sure that he obtains and takes his medications.

The last time that he was arrested he had been off his medication for about 1 month. At that time, his daughter Ivette was in charge of his care, but she was young and did not fully understand the responsibility. His Medi-Cal benefits got cut off, which lead to him not having access to his required medication. Donaji was working three jobs so she was very busy. Since Donaji now works full time in the home caring for her parents, she feels confident that, with the help of the extended family, she will be able to guarantee that Mr. Aquino Camiro is properly cared for and medicated and that no further criminal incidents will occur. All of his children are now older and more mature and they have all unified behind their family's plan to care for their father and do everything possible to make sure he does not engage in any criminal activity.

**21. Attached are (check all that are applicable, but this is not a substitute for answering the above questions):**
- Letter for Mr. Aquino Camiro's daughter, Azucena, regarding 2018 arrest
- Letter from Dr. Israel

6

NARCIZO AQUINO CAMIRO

All information in this application is accurate based on information and belief. This application was prepared with information provided by attorney Camille K. Cook, who has been representing Mr. Aquino Camiro since 2012. The information provided herein was primarily derived from information contained in Ms. Cook's file on Mr. Aquino Camiro, as well as from telephone conversations with Mr. Aquino Camiro and both in person and telephone conversations with various family members.  In preparing this application, class counsel reviewed Mr. Aquino Camiro's Rap Sheet and medical records.

*/s/ Jennifer T. Friedman*_____
Jennifer T. Friedman
Class Counsel

NARCIZO AQUINO CAMIRO

Asuzena Aquino

Fresno, CA, 93706

@gmail.com

July 07, 2020

To whom it may concern,

I am a witness for the incident that happened April 11, 2018 involving Narciso Aquino. When he was arrested for Criminal Threat. I was the one who called 911 as well. Before going any further I want to make it very clear that the only reason I called the cops this day was to get help for my dad. Not for any other reason he has never made me feel scared, I have never feared him. I know he would never hurt me. In fact my dad has always made me feel protected. I called 911 because he had been on a really bad spiral. He was off his medication due to not having health insurance at the moment and he was having an episode of one that I had never seen before. I knew that my dad needed serious help and unfortunately the only way I knew he could get that was in jail. His behavior this day was completely, not like him. I knew that everything he was saying and doing was due to his mental illness. He had been on a good path for a couple years before this happened he was staying home out of trouble. Being off his medication really took a toll on him, we were in the process of fixing his health insurance and were getting it taken care of as quickly as possible. It was too late. I know that had my dad not gotten the help he needed it would have been a real danger to him. This day my dad came home upset and he was talking about things that he had thought up and he was angry and he was making irrational statements that were not true at all. He had believed these to be true in his mind though. It was an extremely difficult decision to make but I had to make it because I was in fear of my fathers life. Even though it put us in this current situation where my dad faces deportation and if he were to be deported I would be fearing for his life again. My dad was able to get the help he needed and we are praying that he can make it home to continue his recovery and lead a healthy life with his family who awaits him. We think about him everyday, and are more than ready and prepared to be responsible for him. We did not press charges this day. The criminal threat charge came from the arresting officers.

I, _____ declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on  7/7/2020 , 2020, in Fresno, California

26

**Department of Behavioral Health**
Dawan Utecht, Mental Health Director/Public Guardian

*Providing Quality Mental Health and Substance Abuse Services for the People of Fresno County*

1) My name is Fortuna Israel and I am a psychiatrist working for the Department of Behavioral Health in Fresno, California. I received my doctorate degree in 1972 from the National University of Mexico and in 1975 I finished my residency in psychiatry at the Menninger Foundation in Topeka, Kansas. I have been practicing for 45 years.

2) I used the data I collected from my psychiatric assessment of Mr. Aquino on April 2020 and medical health records that the Department of Behavioral Health in Fresno County have in order to write this letter.

3) I have diagnosed Mr. Narciso Aquino with Schizoaffective Disorder. The cause for Schizophrenic Spectrum Disorders is not yet known and we only have medications to control the symptoms of these diseases.

4) The symptoms that Mr. Narciso Aquino in specific is suffering from as a result of his being schizophrenic include but are not limited to: a total distortion of reality, severe paranoia, fear of people, fear of objects, auditory hallucinations from multiple voices at different times of the day, severe depression, helplessness and hopelessness, inability to experience pleasure, manic grandiose delusions, trouble sleeping.

5) Mr. Aquino's confinement in immigration detention aggravates his mental health state to the point that Mr. Aquino is experiencing the feeling of torture while being detained in immigration detention. His mental health will continue to deteriorate if he is not released. Because of this, I do recommend Mr. Narcizo Aquino's release to his family. If allowed to leave the detention center then I would be able to medicate Mr. Aquino and better monitor his improvement. He has been assessed by the County of Fresno and seemingly qualifies for mental health resources like medication and/or therapy.

6) In addition to his Mental Health Problems, Mr. Aquino has Diabetes type 2 and Hypertension which increase the risk of serious health complications and even death if he contracts COVID-19. The possibility of an early death due to COVID-19 further aggravate the already suffering mental health of Mr. Aquino. The anguish that he must be going through is unbearable and beyond any civil punishment.

1

324

7) He can be treated with Clozaril medication if released and if his body tolerates it.

8) If released to his family, he has a follow appointment scheduled with me on May 11, 2020 at 3:45pm.

7) If you have any questions/comments about this letter please do not hesitate to contact me at (559)600-9171.

Sincerely,

*[signature]*

Dr. Fortuna Israel, M.D.

Fortuna Israel MD
Staff Psychiatrist
4441 E Kings Canyon Rd
Fresno, CA 93702

2

325