DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7031
 Facsimile: (415) 436-6748
 wendy.garbers@usdoj.gov
 adrienne.zack@usdoj.gov
 shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 24, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

 In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

 Attached is a roster that contains this information.[1]

---

[1] Defendants had previously included testing history in this spreadsheet. With the flurry of recent testing activity, Defendants discovered some possible discrepancies in the spreadsheet testing history and continue to be in the process of consulting with Wellpath to ensure accuracy. Defendants intend to resume providing testing information for each detainee as soon as possible. Defendants continue to provide narrative updates regarding testing.

(ii)     **Updates on any tests offered or given to detainees, and the results of those tests**.

There were no new COVID-19 tests administered since the last report on Friday, August 21,

2020.

Defendants generally plan to quarantine any positive cases in Dorm B, which has been cleared

for this purpose.  (*See* ECF 527 ¶ 14, Ex. B.)  Additionally, Defendants plan to retest the facility (except

for individuals who have already tested positive and are quarantined) on Tuesday, August 25, 2020.

(*Id.*)

As of today, there are 103 detainees at Mesa Verde.  57 of the detainees have tested positive for

COVID (not including Antonio Gonzalez-Agaton (A######265) and

Kevin Arias Romero (A######366), who are considered recovered).  One detainee remains

hospitalized.

(iii)    **Updates on tests of employees and the results of those tests.**

Defendant The GEO Group, Inc. reports that there are no updates to staff testing since Friday's

report.

(iv)    **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 103 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the

COVID situation, including providing masks to all detainees, providing detainees the ability to socially

distance in most areas throughout the facility, and testing all detainees for COVID.  However, many of

the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet

apart.  Defendants have also cleared a dorm to isolate positive cases.  Additional steps that Defendants

have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their

daily reports, which Defendants had already been doing.  Margarito Zamora Guzman (A######347)

was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia.

Mr. Zamora Guzman remains stable.  He is being held in the hospital because he is on continuous

oxygen and Mesa Verde does not house detainees who need this treatment.  He will be discharged when

he no longer requires continuous oxygen.

In accordance with the Court's emailed instructions on August 12, 2020, and instructions at the August 18, 2020 Status Conference, the Federal Defendants will submit the arrival and release information typically submitted on Mondays for Mesa Verde and Yuba County Jail with tomorrow's report.  On Friday, there was one release from Yuba County Jail:

| A-Number | Last Name | First Name | Book-Out Date | Reason |
|----------|-----------|------------|---------------|--------|
| 284 | PAREDES-NOVELO | WILLY | 8/22/2020 | Released proceedings terminated. |

DATED:  August 24, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

| A Number | Last Name | First Name | Dorm |
|---|---|---|---|
| 413 | MANZANILLA | SOLIS | A |
| 124 | MEJIA-LOPEZ | JOSE DINO | A |
| 084 | MOUSA SALADDIN | MOHAMED | A |
| 580 | ALAS-ALFARO | EDWIN | A |
| 253 | GONZALEZ-AGATON | ANTONIO | A |
| 548 | ARZATE-REYES | IGNACIO | A |
| 029 | TRUJILLO | FERMIN | A |
| 386 | FLORES-HIDALGO | ROMULO | A |
| 361 | ALBERTO-RODRIGUEZ | MARIO | A |
| 857 | SINGH-KAHLON | YADWINDER | A |
| 388 | OLIVERA MARTINEZ | ALEJANDRO | A |
| 411 | MATEO-VIRULA | OBED | A |
| 889 | GALLARDO LOPEZ | ADRIAN | A |
| 229 | GARCIA MONTES DE OCA | JOSE | A |
| 015 | SINGH | GURSAMITAR | A |
| 807 | HERNANDEZ | LUIS | A |
| 210 | BRAVO | ERICK | A |
| 100 | LUCAS PLEAEZ | HUGO | A |
| 788 | ARIAS ROMERO | KEVIN | A |
| 665 | MIRZAIANS | HRAND | A |
| 887 | ARGUETA RIVERA | JOSE ALCIDES | A |
| 081 | NICKEL | WILLIAM | B |
| 419 | QUAN | LAM | B |
| 848 | SINGH | DILBAGH | B |
| 855 | VICTORIO | JOHN EMMANUEL | B |
| 159 | CAMARENA NAVARRETE | JOSE | B |
| 669 | HERNANDEZ PELAYO | IVAN | B |
| 714 | MELGOZA | JOSE | B |
| 260 | FIGUERAS | RALEIGH | B |
| 929 | HERNANDEZ-REYES | OSWALDO | B |
| 089 | SAHOTA | DEEPAK | B |
| 820 | HERNANDEZ GARCIA | BENJAMIN | B |
| 919 | ABADIN | HECTOR | B |
| 042 | VILLANUEVA | JOSE | B |
| 837 | ALCALA-ALMANZA | RUBEN | B |
| 561 | PINEDA | SANTIAGO | B |
| 884 | NUNEZ | PEDRO | B |
| 265 | RODRIGUEZ-ROJAS | EDGAR | B |
| 242 | PEREZ | OSCAR | B |
| 067 | RAMIREZ PINEDA | ROBERTO ANTONIO | B |
| 913 | YUCUTE-CAMEY | GABRIEL | B |
| 611 | DUNGO | REYNALDO | B |
| 834 | MENDOZA | ANTONI | B |
| 347 | MORALES | JACINTO | B |
| 321 | RIOS ALVARADO | SAMUEL | B |
| 146 | NAJERA SANDOVAL | MARCOS | B |
| 287 | ZAMORA-GUZMAN | MARGARITO | B |
| 326 | AQUINO-CAMIRO | NARCISO | B |
| 589 | HENRIQUEZ | JOSE | B |
| 555 | VIGIL | OSCAR | B |
| 264 | ALFARO HENRIQUEZ | JOSE | B |
| 650 | RUIZ-BOLANEZ | JOSE | B |
| 819 | TOOR | GURMAIL | B |
| 328 | LOPEZ SOLORIO | JAIME | B |
| 778 | FLORES-BANUELOS | ALEJANDRO | B |
| 659 | CRUZ-ZAVALA | WALTER | B |
| 634 | RODRIQUEZ-GALICIA | HERMELINDO | B |
| 252 | MARIN-PARRA | ISRRAEL | B |
| 313 | CARILLO TORRES | WALTER | B |
| 011 | MENDOZA-VALDOVINOS | JOSE | B |
| 988 | BOAR | DAN | B |
| 171 | CRUZ MENJIVAR | LEVI | B |
| 155 | SINGH | JASWANT | B |
| 245 | DIAZ-SOLANO | ALBERTO | B |
| 992 | MORALES-SANCHEZ | HENRY | B |

| 091 | NAJERA GRAJEDA | GERMAN | B |
|-----|----------------|--------|---|
| 291 | LOPEZ-GARCIA | JUAN | B |
| 438 | PALMA-AGUILAR | JULIO | B |
| 739 | MENDOZA-CANALES | FRANCISCO | B |
| 053 | ROBLES-FLORES | JOSE LUIS | B |
| 018 | AGUILAR CARRION | JOSE | B |
| 230 | NARVAEZ | PEDRO | B |
| 544 | VILLALOBOS-SURA | BENITO | B |
| 268 | CHAVEZ-COS | NESTOR JOSUE | B |
| 048 | MARTINEZ-ORTIZ | FERNANDO | B |
| 639 | CATALAN-RAMIREZ | ERVIN | B |
| 682 | ARDEBILI | DAVID | D |
| 797 | TOUCH | CHUNY | D |
| 728 | GRIFFIN | MARK | D |
| 766 | MONCADA-HERNANDEZ | SALVADOR | D |
| 163 | XIONG | JIAN | D |
| 823 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D |
| 038 | RAMIREZ | ARNOLDO | D |
| 490 | VALENCIA-CHAVEZ | ELODIO | D |
| 847 | LIN | WEI | D |
| 626 | OROZCO-GARCIA | OSVIN | D |
| 629 | MENDEZ-BORACIO | JUAN | D |
| 888 | ROMERO-ROMERO | NEFTALI | D |
| 954 | ESTIGOY | ALANN | D |
| 073 | CALMO-MENDOZA | ELEAZAR | D |
| 961 | HERNANDEZ GOMEZ | EZEQUIEL | D |
| 366 | HERNANDEZ-VELASQUEZ | KEVIN | D |
| 456 | GONZALEZ-ROMERO | JOSE | D |
| 278 | SANCHEZ BRITO | VICTOR | D |
| 297 | MARTINEZ-MELENDEZ | DENIS | D |
| 559 | MATIAS-RAUDA | WILLIAM | D |
| 821 | IGLESIAS-IGLESIAS | JUAN | D |
| 531 | REYES VIDAL | MANUEL ANTONIO | Intake |
| 946 | MINCHACA RAMOS | JUAN CARLOS | Medical |
| 576 | ORDAZ CAMACHO | ANGEL | Medical |
| 595 | EDMONDSON | ALTON | RHU |
| 623 | ERAZO DIAZ | EDER SAID | RHU |
| 126 | ORELLANA | CHRISTIAN | RHU |