WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>   Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>   Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC**<br><br>**STIPULATION AND [PROPOSED] ORDER RE MOTION FOR CLASS CERTIFICATION** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

## **STIPULATION**

The Parties hereby agree that, subject to the Court's approval, Plaintiffs' motion for class certification shall be presented on the following schedule:

Plaintiffs' Opening Brief:  Feb 23, 2021

Defendants' Opposition Brief:  March 23, 2021

Plaintiffs' Reply Brief:  April 13, 2021

Hearing: To be set at the Court's convenience

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: August 19, 2020 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |

*/s/ William S. Freeman*
Counsel for Petitioners-Plaintiffs

DAVID L. ANDERSON
United States Attorney

*/s/ Sara Winslow*
Chief, Civil Division
Counsel for Federal Defendants

*/s/ Susan E. Coleman*
Counsel for Defendants the GEO Group, Inc. and Nathan Allen

The undersigned attests that concurrence in the filing of this letter has been obtained from all signatories. Executed this 19th day of August 2020, at Hillsborough, California.

*/s/ William S. Freeman*

1
CASE NO. 3:20-CV-02731-VC
STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION MOTION

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED:

Plaintiffs' motion for class certification shall be presented on the following schedule:

Plaintiffs' Opening Brief: Feb 23, 2021

Defendants' Opposition Brief: March 23, 2021

Plaintiffs' Reply Brief: April 13, 2021

Hearing Date: __April 29__, 2021 at __10 a.m.__.

IT IS SO ORDERED.

Dated: __August 24, 2020__

GRANTED
Judge Vince Chhabria

Vince Chhabria
UNITED STATES DISTRICT JUDGE