DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' AUGUST 25, 2020 DAILY REPORT** |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

Attached is a roster that contains this information, along with testing information for each detainee.

As stated in the update of Friday, August 21, 2020, Dorm C has been thoroughly cleaned and is designated as the housing unit to house recovered detainees. Whether a detainee has recovered will be

determined by medical staff.  On August 24 and August 25, seven detainees were determined to be recovered based on a time-based strategy for recovery and were moved to Dorm C:

      Santiago Pineda, A######669

      Israel Marin-Parra, A######155

      Marcos Najera-Sandoval, A###### 834

      Jose Ruiz, A######328

      Angel Ordaz-Camaco, A######456

      Reynaldo Dungo, A######884

      Albert Orellana A######946

The other two recovered detainees, Antonio Gonzalez-Agaton (A######265) and Kevin Arias Romero (A######366), are housed in Dorm A because they were determined to be recovered prior to the designation of Dorm C as the recovery housing unit.

The roster also reflects additional housing moves that were the result of an altercation in Dorm B on August 24, 2020.  Two detainees were moved to medical isolation units for disciplinary reasons (Oswaldo Hernandez-Reyes, A######015, and Jose Melgoza-Enriquez, A######889), one was moved to intake (Jose Aguilar-Carrion, A######888), and one was moved to an RHU (Walter Cruz-Zavala, A######011).  The detainees that had previously been in medical units, RHUs, or intake that could be moved to accommodate this requirement for additional housing were moved as shown on the roster.

(ii)    **Updates on any tests offered or given to detainees, and the results of those tests**.

This morning, Wellpath staff lab tested Dorms A and D for COVID-19 (this constitutes the entire detainee population except for individuals who have already tested positive and are quarantined or who are in the recovered housing unit), as planned.  The specimens will be sent to LabCorp.  One detainee continued to refuse to consent to testing (Eder Said Erazo Diaz, A######042), and he remains isolated in the restrictive housing unit (RHU).

This afternoon, Abbott ID Now testing will also be done for all detainees in Dorm A.

Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose.  (*See* ECF 527 ¶ 14, Ex. B.)  All areas of Dorm B were thoroughly cleaned by GEO staff over the weekend.

As of today, there are 103 detainees at Mesa Verde. In total, 59 of the current detainees have tested positive for COVID at some point. Nine detainees have recovered. One detainee remains hospitalize but is stable.

(iii)   **Updates on tests of employees and the results of those tests.**

Defendant The GEO Group, Inc. reports that one staff member was cleared to return to work, bringing the number of currently positive staff out on leave to seven. The previously outstanding lab results were all returned as negative, except for one test which the Lab states is missing.

Weekly staff testing is being conducted from August 24 to August 26, with 58 test swabs having already been collected this week.

To date, there are cumulatively 23 GEO staff [total roster 105] and 5 Wellpath staff [total roster 105] who have tested positive since June 2020. 2 of 2 commissary staff have tested negative.

(iv)   **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 103 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered detainees. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing. Margarito Zamora Guzman (A######347) was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia. Mr. Zamora Guzman remains stable. He is being held in the hospital because he is on continuous oxygen and Mesa Verde does not house detainees who need this treatment. He will be discharged when he no longer requires continuous oxygen.

In accordance with the Court's emailed instructions on August 12, 2020, and instructions at the August 18, 2020 Status Conference, the Federal Defendants submit arrival and release information for

Mesa Verde and Yuba County Jail for Monday, August 24 and today, August 25, 2020. Mesa Verde had no releases, and neither facility had any arrivals.

Yuba County Jail releases:

| A-Number | Last Name | First Name | Book-Out Date | Reason |
|---|---|---|---|---|
| 317 | DIEGO RODAS | MATEO | 8/25/2020 | Transferred for removal |
| 854 | GONZELEZ-VINCENTE | GERARDO | 8/25/2020 | Transferred for removal |
| 291 | JUAREZ ALVAREZ | EDWIN | 8/25/2020 | Transferred for removal |

Federal Defendants also make a correction to the release from Yuba County Jail reported yesterday: Mr. Paredes-Novelo was released on August 21, not on August 22, 2020.

DATED:  August 25, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 848 | ALAS-ALFARO | EDWIN | A | 7/13/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 7/27/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 |
| 163 | GALLARDO LOPEZ | ADRIAN | A | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 |
| 265 | GONZALEZ-AGATON | ANTONIO | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 |
| 029 | MEJIA-LOPEZ | JOSE DINO | A | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | Abbott test | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 419 | ABADIN | HECTOR | B | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | B | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | B | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | |
| 291 | BOAR | DAN | B | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Positive | 8/18/2020 |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | 7/30/2020 | Refused | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Positive | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | B | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | B | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 555 | HENRIQUEZ | JOSE | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | 7/27/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | B | 7/29/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | |
| 639 | LOPEZ-GARCIA | JUAN | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 242 | MENDOZA | ANTONI | B | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 067 | MORALES | JACINTO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 8/12/2020 | Abbott test | Positive | | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 124 | NICKEL | WILLIAM | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 714 | NUNEZ | PEDRO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | B | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 848 | ALAS-ALFARO | EDWIN | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | | |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 366 | ARIAS ROMERO | KEVIN | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 287 | ARZATE-REYES | IGNACIO | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 629 | BRAVO | ERICK | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | | |
| 163 | GALLARDO LOPEZ | ADRIAN | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | | |
| 265 | GONZALEZ-AGATON | ANTONIO | A | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Positive | 8/25/2020 | | |
| 626 | HERNANDEZ | LUIS | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | | |
| 413 | MANZANILLA | SOLIS | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 268 | MATEO-VIRULA | OBED | A | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | | |
| 029 | MEJIA-LOPEZ | JOSE DINO | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 821 | MIRZAIANS | HRAND | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | | | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 490 | SINGH | GURSAMITAR | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 326 | TRUJILLO | FERMIN | A | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 419 | ABADIN | HECTOR | B | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | B | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | B | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | | | | | | |
| 291 | BOAR | DAN | B | 8/20/2020 | Positive | | | | | | |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | | | | | | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | B | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | B | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | B | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | B | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | B | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | B | | | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | B | | | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | | | | | | |
| 242 | MENDOZA | ANTONI | B | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | B | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | | | | | | |
| 067 | MORALES | JACINTO | B | | | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | | | | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | | | | | | |
| 124 | NICKEL | WILLIAM | B | | | | | | | | |
| 714 | NUNEZ | PEDRO | B | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | B | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 929 | PEREZ | OSCAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Positive | |
| 580 | QUAN | LAM | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | | | 8/3/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Positive | 8/15/2020 | Abbott test | Positive | |
| 788 | SAHOTA | DEEPAK | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | | |
| 361 | SINGH | DILBAGH | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 018 | SINGH | JASWANT | B | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 659 | TOOR | GURMAIL | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | | |
| 855 | VILLANUEVA | JOSE | B | 7/29/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | B | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Positive | 8/10/2020 | 8/10/2020 | Positive | | | | |
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Positive | 8/15/2020 | Abbott test | Positive | |
| 155 | MARIN-PARRA | ISRAEL | C | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/1/2020 | Negative | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | | | | | | | |
| 669 | PINEDA | SANTIAGO | C | 7/29/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 807 | EDMONDSON | ALTON | D | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 888 | AGUILAR CARRION | JOSE | Intake | 7/15/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | Medical | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 889 | MELGOZA | JOSE | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | n/a | Refused | 8/18/2020 | n/a | Refused | 8/25/2020 |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 929 | PEREZ | OSCAR | B | | | | | | | | |
| 580 | QUAN | LAM | B | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | B | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | B | | | | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | B | | | | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | | | | | | |
| 788 | SAHOTA | DEEPAK | B | | | | | | | | |
| 361 | SINGH | DILBAGH | B | | | | | | | | |
| 018 | SINGH | JASWANT | B | | | | | | | | |
| 659 | TOOR | GURMAIL | B | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | | | | | | |
| 855 | VILLANUEVA | JOSE | B | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | B | | | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | | | | | | |
| 884 | DUNGO | REYNALDO | C | | | | | | | | |
| 155 | MARIN-PARRA | ISRAEL | C | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | |
| 669 | PINEDA | SANTIAGO | C | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | | | | | | |
| 807 | EDMONDSON | ALTON | D | | | | | | | | |
| 819 | ESTIGOY | ALANN | D | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 548 | GRIFFIN | MARK | D | | | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | | | | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | | | | | | |
| 919 | LIN | WEI | D | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | | | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 253 | TOUCH | CHUNY | D | 8/20/2020 | Negative | 8/25/2020 | | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | | | | | | |
| 210 | XIONG | JIAN | D | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | Intake | | | | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | Medical | | | | | | | | |
| 889 | MELGOZA | JOSE | Medical | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | n/a | Refused | | | | | | |