UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No.  20-cv-02731-VC |
| Plaintiffs, | **BAIL ORDER NO. 44** |
| v. | Re: Dkt. No. 511-2, 548-4 |
| DAVID JENNINGS, et al., | |
| Defendants. | |

The bail requests from the following detainees are denied:

- Francisco Antonio Mendoza Canales

- Jose Ruiz Bolanez

**IT IS SO ORDERED.**

Dated: August 25, 2020

_____

VINCE CHHABRIA
United States District Judge