Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600          Fax:  213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>　　　　　Respondents-Defendants. | Case No. 3:20-cv-02731-SK<br><br>**THIRD JOINT STIPULATION TO EXTEND TIME FOR GEO GROUP AND NATHAN ALLEN TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:　May 28, 2020<br>Response Due:　　 Aug. 19, 2020<br>New Response Due:　Sep. 21, 2020<br><br>Judge:　Hon. Vince Chhabria |

Pursuant to Local Rule 6-1(a), Petitioners-Plaintiffs ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA

1  SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, and Respondents-
2  Defendants THE GEO GROUP, INC. (Sued herein as GEO GROUP, INC.) and
3  NATHAN ALLEN, collectively "the Parties," by and through their respective
4  attorneys, hereby stipulate and agree as follows:

5      WHEREAS, Plaintiffs filed a Complaint in the above-captioned case on
6  April 20, 2020;

7      WHEREAS, Defendants The GEO Group, Inc. and Warden Nathan Allen
8  entered an appearance on June 11, 2020;

9      WHEREAS, the Parties previously twice agreed to extend Respondents-
10  Defendants THE GEO GROUP, INC. and NATHAN ALLEN's time to respond to
11  the Complaint by 30 days, first to July 20, 2020, and then to August 19, 2020;

12      WHEREAS, the Parties have agreed to an additional extension for
13  Respondents-Defendants THE GEO GROUP, INC. and NATHAN ALLEN to
14  respond to the Complaint by an additional 32 days, to September 21, 2020;

15      WHEREAS, the stipulated extension will not alter the date of any event or
16  any deadline already fixed by Court order;

17      IT IS HEREBY STIPULATED AND AGREED that Respondents-
18  Defendants THE GEO GROUP, INC. and NATHAN ALLEN's response to the
19  Complaint shall be due on September 21, 2020.

20      IT IS SO STIPULATED.

21  Dated: August 26, 2020    BURKE, WILLIAMS & SORENSEN, LLP

23      By: */s/ Susan E. Coleman*[1]
    Susan E. Coleman

24      Attorneys for Respondents-Defendants,
25      THE GEO GROUP, INC. and NATHAN ALLEN, Warden of Mesa Verde

---

[1] Pursuant to Local Rule 5-1(i)(3), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4848-6875-2585 v1     - 2 -     3:20-CV-02731-SK
THIRD JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO INITIAL

| | |
|---|---|
| Dated: August 26, 2020 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | By: *William S. Freeman* |
| | William S. Freeman |
| | Attorneys for Petitioners-Plaintiffs, ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4848-6875-2585 v1

- 3 -

3:20-CV-02731-SK
THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL