Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Angel de Jesus Zepeda Rivas, etal )
) Case No: 3:20-CV-02731-
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
David Jennings, etal ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, David S. Weinstein , an active member in good standing of the bar of the State of Florida , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GEO Group, Inc. in the above-entitled action. My local co-counsel in this case is Royal F. Oakes , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2525 Ponce de Leon Blvd, 4th Floor Coral Gables, FL 33134 | 350 South Grand Ave, 36th Floor Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: (305) 428-5038 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 614-7307 |
| MY EMAIL ADDRESS OF RECORD: Dweinstein@hinshawlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: roakes@hinshawlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 749214 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                       David S. Weinstein
                                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David S. Weinstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 26, 2020

                                                                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*