# DECLARATION OF DR. SHARON HOWARD

1. My name is Dr. Sharon P. Howard, Ph.D. I submit this declaration in support of Rajnish Rajnish's bail application and to outline his plan for mental health care if released from immigration custody.

2. I am licensed clinical psychologist in California. I reside in Roseville, CA and I am employed as a clinical and forensic psychologist in the Sacramento region. I earned my Ph.D. in Clinical Psychology from University of Kansas and received additional training in clinical and forensic psychology in Arkansas and California.

3. I performed a pro bono evaluation of Mr. Rajnish in Yuba County Prison on March 10, 2020 where I diagnosed him with a schizophrenia spectrum disorder. I testified pro bono at his bond hearing on April 2, 2020. I was also retained to testify at his asylum hearing on July 23, 2020. I understand from his counsel that he remains detained at Yuba County Prison despite being granted Withholding of Removal while at least one of his fellow detainees has tested positive for COVID-19. I understand that if he is released, he will reside in Sacramento, CA with initial short-term housing as arranged by local immigrants' rights nonprofit NorCal Resist and long-term housing with a family friend in Merced County.

4. If Mr. Rajnish is released from ICE custody, he will need to connect with a local health care provider who can commit to providing ongoing care. As a board member at large with the Sacramento Valley Psychological Association's Forensic Division, I have a large professional network and have had success with connecting immigrants with referrals for mental health care.

5. I understand from his counsel that Mr. Rajnish has already made arrangements to stay at a motel in Sacramento, CA and will self-quarantine and get tested for COVID-19 after his release.

6. In my professional opinion, Mr. Rajnish will decompensate psychologically if he continues to be detained at Yuba County Jail. I have provided similar referrals to other individuals who were released from ICE custody and if Mr. Rajnish were released, I can coordinate with his counsel to help him find referrals in Merced County for counseling and mental health care.

I, Sharon Howard, declare under penalty of perjury that the foregoing is true and correct to the best of my recollection. I sign this from Roseville, California.

*Sharon P Howard, PhD*

Dated: August 26, 2020      /s/Sharon P. Howard
                             Sharon P. Howard, Ph.D.