

District Judge Vincent Chabria
San Francisco Courthouse, Courtroom 4 – 17th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

August 24, 2020

Dear Judge Chabria,

I am the co-founder of NorCal Resist, a Sacramento-based grass-roots movement that organizes community members and focuses on fighting oppression and empowering our communities through shared resources and support. We are a 501(c)(3) registered nonprofit. Our services include assisting asylum seekers in detention find sponsors, housing and accompaniment once released.

We were recently contacted by the attorney for 19-year old Rajnish Rajnish, who indicated that he was an Unaccompanied Minor in detention in need of our services. Currently, we are able to provide Rajnish with short-term housing in the form of a motel room (extended stay with a kitchenette) for several weeks. NorCal Resist volunteers are also able to help Rajnish with purchasing food and other necessities he may not have on release. We are also in the process of working with his attorney to seek more long-term housing and accompaniment.

Additionally, we are in the process of securing a health check and a plan for follow-up medical care in coordination with Rajnish's attorney and Dr. Ian Kim, a board-certified Family Medicine physician in in Sacramento, CA who is employed as a primary care physician at CommuniCare Health Centers in Yolo County, CA.

If you have any questions, you may contact me at ███████

Thank you,

*Autumn Gonzalez*
Autumn Gonzalez
Co-Founder
NorCal Resist

PO Box 188331 Sacramento, CA 95818-8331 ~ norcalresist@gmail.com
(916) 382-0256
www.norcalresist.org