## DECLARATION OF ATTORNEY

I, Kishwer Vikaas, declare the following:

1. I am the immigration attorney for Rajnish Rajnish. My CA Bar number is 296576. I represent Rajnish on behalf of McGeorge Immigration Clinic, 3200 Fifth Avenue, Sacramento, CA. I was retained to represent Rajnish as of February 12, 2020. I have worked with Rajnish's family in India and his family friends in California to facilitate Rajnish's asylum application and bail application. Rajnish was granted Withholding of Removal by an Immigration Judge in San Francisco on July 30, 2020.

2. Rajnish has a tight-knit Indian community of mixed-immigration status in Sacramento able and ready to support him after his release from Yuba County Prison. With the help of NorCal Resist, a local nonprofit that assists immigration detainees post-release with housing and accompaniment, Rajnish plans to register for probation, secure medical care and find long-term housing. Prior to his detention, Rajnish worked at a convenience store. After his release, he plans to apply for employment authorization and continue working. He also plans to enroll in adult school and take English as a Second Language (ESL) classes.

3. After being detained at Yuba County Prison, Rajnish was diagnosed with schizophrenia spectrum disorder. He has remained medically compliant and plans to connect with medical care immediately upon release. I am currently collaborating with NorCal Resist and Dr. Ian Kim, a local physician to set-up a medical care plan for Rajnish.

4. Two weeks ago, Rajnish told me that an individual in Yuba County Prison in a dorm next to him, Pod E, was diagnosed with COVID-19. He and his fellow detainees continue to protest the conditions at Yuba in the form of a hunger strike.

5. Together with NorCal Resist volunteers, our plan is to pick up Rajnish at Yuba County Prison and take him to a motel pre-arranged by NorCal Resist. We will work together to schedule COVID-19 testing through the Community-Based Testing site at California Exposition Center in Sacramento California. They take several days to get the results of the test. In the meantime, Rajnish will stay self-quarantined at the motel until his test results are clear. NorCal Resist volunteers will supply him with food and necessities in the meantime. Afterwards, he will be picked up by a family friend and live with him in Merced County.

6. I spoke with the Sacramento County Probation Office today and they stated that Rajnish needs to report to their office headquarters located at 8745 Folsom Blvd, Sacramento, CA 95826 within 48 business-hours of his release. He was sentenced to informal probation. I informed Rajnish of this requirement and he is ready and able to comply with this with transportation assistance coordinated between myself and NorCal Resist. After he moves to Merced, he will immediately register with the Merced County Probation Office.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge.

_Kishwer Vikaas_                                _Aug. 25, 2020_

Kishwer Vikaas                                 August 25, 2020