## DECLARATION OF MUKESH KUMAR

I, Mukesh Kumar, declare the following:

1. I was born August 21, ▮ in Haryana, India and I am 31 years old. I live in Merced, California and have been a proud U.S. citizen almost 2 years. I am married with two children—a daughter age 6 and a son age 4. However, my wife and I are separated and live at separate residences. I currently work at a gas station in Merced. I have gotten to know Rajnish's family because my classmate is his maternal cousin. When Rajnish was detained at Yuba in January, his family immediately contacted me for help.

2. I have since become close to Rajnish's family. I talk with them often about his case and even offered to pay the bond for Rajnish's release. Since Rajnish has been in jail, I consider myself to be like an older brother to him. Myself and other people in our Indian community, are ready to guide him on the right path.

3. In the past year since Rajnish has been in America, I have helped him work with his immigration lawyer to help him apply for asylum and helped him financially so he can continue his case. Now I am ready to help him with housing, food and other necessities if he is released from Yuba County Prison.

4. I have been working with Rajnish's immigration attorney for the past seven months to help him get out of Yuba County Prison. When the pandemic started, his family and me became afraid that he might get COVID-19 in prison. After the Judge gave him Withholding of Removal on July 30, 2020 at his hearing, we thought he would be released immediately.

5. Last week, Rajnish told his attorney that someone in Yuba County Prison in a dorm next to him, Pod E, was diagnosed with COVID-19. We want him released immediately. He is very anxious and depressed and we are very afraid he will get sick. I currently rent a room in a 3-bedroom house at ▮▮▮▮▮▮▮▮▮▮▮, Merced, CA 95341. I live with four of my coworkers. We are all Indian men from the same region of India as Rajnish. We are all happy to have Rajnish live with us at that residence after he is finished quarantining in Sacrament. It is far from any schools or parks.

6. My plan is to pick up Rajnish from the motel in Sacramento where he plans to stay initially to quarantine after his release. His attorney told me an organization called NorCal Resist will help him with food and housing for the first few weeks after he is released. They will help him get to a COVID-19 test center in Sacramento. He will quarantine in Sacramento for a few weeks until his test results are clear. They will also help him with a health check and with registering with Sacramento County Probation Office within 48 hours of his release.

7. After Rajnish moves with me to Merced, I will help him immediately register with Merced County Probation Department. In addition, I can help Rajnish enroll for Medi-Cal so he can be under the care of a doctor and continue taking the medication he needs.

8. Rajnish is only 19 years old. He has a lot of time to grow up and become a good member of society. Myself and his other family friends in the Indian community are happy to help him get an employment card through his immigration attorney and find a job. We know he wants to go back to school and learn English, so we plan to help him enroll in an adult school in Merced. We respectfully request that you release Rajnish to my care so he can live in a safe environment with me. He is very excited that he won his case and we know he will not get into any more trouble again.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge.

*Mukesh Kumar* (signature)

**Mukesh Kumar**

Date: August 26, 2020