1   Susan E. Coleman (SBN 171832)
    E-mail:  scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
    444 South Flower Street, Suite 2400
3   Los Angeles, CA  90071-2953
    Tel:  213.236.0600        Fax:  213.236.2700
4
    Attorneys for Respondents-Defendants
5   THE GEO GROUP, INC. (Sued herein as
    GEO GROUP, INC.) and NATHAN ALLEN
6

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12   ANGEL DE JESUS ZEPEDA RIVAS,          Case No.  3:20-cv-02731-VC
     BRENDA RUIZ TOVAR, LAWRENCE
13   MWAURA, LUCIANO GONZALO              **STATUS UPDATE BY THE GEO
     MENDOZA JERONIMO, CORAIMA            GROUP, INC. AND NATHAN
14   YARITZA SANCHEZ NUÑEZ,               ALLEN RE COVID-19 POSITIVE
     JAVIER ALFARO, DUNG TUAN             STAFF AT MESA VERDE**
15   DANG,
                                          Judge:    Hon. Vince Chhabria
16              Petitioners-Plaintiffs,

17   v.

18   DAVID JENNINGS, Acting Director of
     the San Francisco Field Office of U.S.
19   Immigration and Customs Enforcement;
     MATTHEW T. ALBENCE, Deputy
20   Director and Senior Official Performing
     the Duties of the Director of the U.S.
21   Immigration and Customs Enforcement;
     U.S. IMMIGRATION AND CUSTOMS
22   ENFORCEMENT; GEO GROUP, INC.;
     NATHAN ALLEN, Warden of Mesa
23   Verde Detention Facility,

24              Respondents-Defendants.

25

26         Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby

27   provide the following status report regarding staff at Mesa Verde who have recently

28   tested positive with COVID-19 and ongoing testing of staff.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4852-3223-5465 v1                    - 1 -                    3:20-CV-02731-VC
                                                                 82620 STATUS RE STAFF

1    There are no Wellpath medical staff persons who are out with COVID.

2  There are currently six (6) GEO staff persons that are off work with positive

3  COVID-19 tests, pending an appropriate quarantine period and compliance with

4  return to work guidelines.

5    Since yesterday's report, there is one (1) additional GEO staff person who

6  has tested positive and 1 male officer who has been cleared to return to work.  The

7  new positive test is as follows:

8    1) J.L., a male officer.  He was last in the office on August 23, 2020,  and he

9       reported symptoms of coughing, sweating, and feeling weak on the same day.

10      He was tested on August 24, 2020 (off site), and received a positive result on

11      August 26, 2020.  He is quarantining at home.  Contact tracing results are

12      pending.

13

14  Cumulative Totals:

15    GEO now has 24 cumulative positive results, with a total roster of 105 staff.

16    Wellpath has 5 cumulative positive results with a total roster of 21 staff.

17

18  Staff Testing Update:

19    From the staff testing which began on August 15, 2020, all 15 Wellpath staff

20  persons were tested and all were negative.  All GEO staff currently working (not on

21  leave of some type) were tested and 3 were positive with the remainder negative.

22    From the round of staff testing which began on August 24, 2020, most of the

23  staff have been tested and results are pending.

24  ///

25  ///

26  ///

27  ///

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4852-3223-5465 v1                                    - 2 -                          3:20-CV-02731-VC
82620 STATUS RE STAFF

1    Testing is continuing weekly on a rolling basis which is conducted as staff

2    report to work for their shifts, except for any staff already on sick, FMLA or other

3    leave.

4

5    Dated:  August 26, 2020

BURKE, WILLIAMS & SORENSEN, LLP

6

7    By: /s/ *Susan E. Coleman*
         Susan E. Coleman

8    Attorneys for Defendants
     THE GEO GROUP, INC. and NATHAN
9    ALLEN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4852-3223-5465 v1

- 3 -

3:20-CV-02731-VC
82620 STATUS RE STAFF