DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' AUGUST 26, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

      In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i)     **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

      Attached is a roster that contains this information, along with testing information for each detainee. Federal Defendants note two corrections on today's spreadsheet: 1) Mr. Roberto Antonio Ramirez Pineda's test collected on August 3, 2020, was positive (rather than negative as indicated on yesterday's roster); 2) Mr. Gursamitar Singh's test collected on August 4, 2020, was invalid (rather than

negative as indicated on yesterday's roster).

As stated in the update of Friday, August 21, 2020, Dorm C is designated as the housing unit to house recovered detainees. Since yesterdays' report, two detainees were determined to be recovered based on a time-based strategy for recovery and were moved or will be moved to Dorm C: Alejandro Flores-Banuelos, A######252 and Ivan Hernandez-Pelayo, A######411.

(ii)  **Updates on any tests offered or given to detainees, and the results of those tests**.

The Abbott ID Now testing administered for all 23 detainees in Dorm A yesterday returned with all negative results.

Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.)

As of today, there are 103 detainees at Mesa Verde. In total, 59 of the current detainees have tested positive for COVID at some point. Eleven detainees have recovered. One detainee remains hospitalized but is stable.

(iii)  **Updates on tests of employees and the results of those tests.**

Defendant The GEO Group, Inc., is concurrently filing a separate status update regarding staff.

(iv)  **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 103 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered detainees. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing. Margarito Zamora Guzman (A######347) was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia. Mr. Zamora Guzman remains stable. He is being held in the hospital because he is on continuous oxygen and Mesa Verde does not house detainees who need this treatment. He is being weaned off

oxygen and will be discharged when he no longer requires continuous oxygen.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants submit arrival and release information for Mesa Verde and Yuba County Jail. Mesa Verde had no releases or arrivals. Yuba County Jail had one arrival who was reported as transferred for removal yesterday. He was inadvertently not provided enough medication upon his release, and he was returned to Yuba County Jail later that day. He will be scheduled for removal at a later date.

Yuba County Jail releases:

| A-Number | Last Name | First Name | Book-Out Date | Reason |
|---|---|---|---|---|
| 309 | Rosas Paloblanco | Carlos | 8/26/2020 | Released for removal |

Yuba County Jail arrivals:

| A-Number | Last Name | First Name | Book-In Date |
|---|---|---|---|
| 854 | Gonzelez-Vincente | Gerardo | 8/25/2020 |

DATED:  August 26, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 848 | ALAS-ALFARO | EDWIN | A | 7/13/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 7/27/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 163 | GALLARDO LOPEZ | ADRIAN | A | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 029 | MEJIA-LOPEZ | JOSE DINO | A | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | Abbott test | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | 8/16/2020 | Invalid | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 419 | ABADIN | HECTOR | B | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | B | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | B | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 291 | BOAR | DAN | B | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Positive | 8/18/2020 | 8/20/2020 | Positive |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | 7/30/2020 | Refused | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | B | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | 7/27/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | B | 7/29/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | |
| 639 | LOPEZ-GARCIA | JUAN | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 242 | MENDOZA | ANTONI | B | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 067 | MORALES | JACINTO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 8/12/2020 | Abbott test | Positive | | | | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 124 | NICKEL | WILLIAM | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 714 | NUNEZ | PEDRO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | B | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 929 | PEREZ | OSCAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | |
| 580 | QUAN | LAM | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 788 | SAHOTA | DEEPAK | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | | | | |
| 361 | SINGH | DILBAGH | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 018 | SINGH | JASWANT | B | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 659 | TOOR | GURMAIL | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 848 | ALAS-ALFARO | EDWIN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 366 | ARIAS ROMERO | KEVIN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 287 | ARZATE-REYES | IGNACIO | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 629 | BRAVO | ERICK | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending |
| 163 | GALLARDO LOPEZ | ADRIAN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending |
| 265 | GONZALEZ-AGATON | ANTONIO | A | 8/18/2020 | 8/20/2020 | Positive | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending |
| 626 | HERNANDEZ | LUIS | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | | | |
| 413 | MANZANILLA | SOLIS | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 268 | MATEO-VIRULA | OBED | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | | | |
| 029 | MEJIA-LOPEZ | JOSE DINO | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 821 | MIRZAIANS | HRAND | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | 8/25/2020 | Pending | Pending | | | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 490 | SINGH | GURSAMITAR | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 326 | TRUJILLO | FERMIN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | Pending | Pending | | | |
| 419 | ABADIN | HECTOR | B | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | B | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | B | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | | | | | | | |
| 291 | BOAR | DAN | B | | | | | | | | | |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | | | | | | | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | B | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | B | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | B | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | B | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | B | | | | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | B | | | | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | | | | | | | |
| 242 | MENDOZA | ANTONI | B | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | B | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | | | | | | | |
| 067 | MORALES | JACINTO | B | | | | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | B | | | | | | | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | | | | | | | |
| 124 | NICKEL | WILLIAM | B | | | | | | | | | |
| 714 | NUNEZ | PEDRO | B | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | B | | | | | | | | | |
| 929 | PEREZ | OSCAR | B | | | | | | | | | |
| 580 | QUAN | LAM | B | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | B | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | B | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | B | | | | | | | | | |
| 260 | RODRIGUEZ-ROJAS | EDGAR | B | | | | | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | B | | | | | | | | | |
| 361 | SINGH | DILBAGH | B | | | | | | | | | |
| 018 | SINGH | JASWANT | B | | | | | | | | | |
| 659 | TOOR | GURMAIL | B | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | | | | |
| 855 | VILLANUEVA | JOSE | B | 7/29/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | B | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Positive | 8/10/2020 | 8/10/2020 | Positive | | | | | | |
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 155 | MARIN-PARRA | ISRAEL | C | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/1/2020 | Negative | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | | | | | | | | | |
| 669 | PINEDA | SANTIAGO | C | 7/29/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 807 | EDMONDSON | ALTON | D | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Pending | Pending |
| 015 | HERNANDEZ-REYES | OSWALDO | Medical | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 889 | MELGOZA | JOSE | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | 7/15/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | n/a | Refused | 8/18/2020 | n/a | Refused | 8/25/2020 | n/a | Refused |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 559 | VILLALOBOS-SURA | BENITO | B | | | | | | | | | |
| 855 | VILLANUEVA | JOSE | B | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | B | | | | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | | | | | | | |
| 884 | DUNGO | REYNALDO | C | | | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | | | | | | | |
| 155 | MARIN-PARRA | ISRAEL | C | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | |
| 669 | PINEDA | SANTIAGO | C | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | | | | | | | |
| 807 | EDMONDSON | ALTON | D | | | | | | | | | |
| 819 | ESTIGOY | ALANN | D | 8/25/2020 | Pending | Pending | | | | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | 8/25/2020 | Pending | Pending | | | | | | |
| 548 | GRIFFIN | MARK | D | | | | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | | | | | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | | | | | | | |
| 919 | LIN | WEI | D | 8/25/2020 | Pending | Pending | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | | | | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | 8/25/2020 | Pending | Pending | | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | | | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | 8/25/2020 | Pending | Pending | | | | | | |
| 253 | TOUCH | CHUNY | D | 8/25/2020 | Pending | Pending | | | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | | | | | | | |
| 210 | XIONG | JIAN | D | | | | | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | Medical | | | | | | | | | |
| 889 | MELGOZA | JOSE | Medical | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | | | | | | | | | |