UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER RE CONDITIONS OF RELEASE FOR PRAVINDAR SINGH**<br><br>Re: Dkt. No. 250 |

　　　　The conditions of release for Mr. Pravindar Singh, currently stated at Dkt. 250, are amended. In addition to the standard conditions of release, Mr. Singh's bail is now subject to the condition that he is required to stay at home at all times except to (1) receive medical care, mental health treatment, or dental care; (2) attend ICE check ins, (3) attend court hearings; (4) meet with his lawyers; or (5) go to government offices for the purpose of obtaining identification cards, benefits, or other services.

　　　　**IT IS SO ORDERED.**

Dated: August 26, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge