UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 45**<br>Re: Dkt. Nos. 582-1, 589-1, 589-2, 593-1 |

　　　　The bail requests from the following detainees are denied:

- Narcizo Aquino Camiro
- Dan Jeno Boar

　　　　The bail request from Conrado Octavio Cruz Rivera is granted. Bail is subject to the standard conditions of release as stated at Dkt. 543, and to the additional conditions that Mr. Cruz comply with any terms of release imposed by the State of California, not consume alcohol, and participate in regular AA meetings.

　　　　The bail request from Luis Hernandez is granted. Bail is subject to the standard conditions of release as stated at Dkt. 543, and to the additional conditions that Mr. Hernandez not consume alcohol, and participate in regular AA meetings.

　　　　**IT IS SO ORDERED.**

Dated: August 27, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge