DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>DAVID JENNINGS, *et al.*, <br><br>    Defendants. | CASE NO. 3:20-cv-02731-VC <br><br>**FEDERAL DEFENDANTS' AUGUST 27, 2020 DAILY REPORT** |

    In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i)     **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

    Attached is a roster that contains this information, along with testing information for each detainee.

    As stated previously, Dorm C is designated as the housing unit to house recovered detainees. Since yesterday's report, 28 additional detainees were determined to be recovered based on a time-based

strategy for recovery, and 22 were moved to Dorm C.  One of those individuals was subsequently removed.  The changes are reflected on the roster.  Three detainees did not wish to be transferred from Dorm B to Dorm C, and they will remain in Dorm B for the time being (Oscar Vigil, A######264; Fernando Martinez Ortiz, A######576, and Pedro Narvaez, A######954).  Three detainees that were recently transferred from Dorm B and isolated for disciplinary reasons were also determined to be recovered but will remain in those locations (Oswaldo Hernandez-Reyes, A######015, Jose Aguilar-Carrion, A######888, and Walter Cruz-Zavala, A######011).

(ii)    **Updates on any tests offered or given to detainees, and the results of those tests**.

The results of the facility-wide lab tests collected on August 25, 2020, and sent to LabCorp were returned today.  All but one were negative; Kevin Arias Romero, A######366 tested positive.  As previously disclosed, Mr. Arias Romero is considered recovered.  His first positive test was from a specimen collected on August 4, 2020.  Three Abbott tests for Mr. Arias Romero were negative on August 15, 18, and 25, 2020, and the August 18, 2020, LabCorp test was negative.  He is not symptomatic.

Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose.  (*See* ECF 527 ¶ 14, Ex. B.)

As of today, there are 102 detainees at Mesa Verde.  In total, 58 of the current detainees have tested positive for COVID at some point. To date, 38 of the current detainees have recovered.  One detainee remains hospitalized but is stable.

(iii)   **Updates on tests of employees and the results of those tests.**

Defendant the GEO Group, Inc., reports that the only update from yesterday's report filed by GEO dated August 26, 2020 [Doc. #620], is that one additional officer returned to work and two more were cleared to return to work tomorrow.  There are currently five (5) GEO staff out with COVID.

(iv)    **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 102 detainees, or at approximately 25% of capacity.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID.  However, many of

the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart.  Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered detainees.  Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing.  Margarito Zamora Guzman (A######347) was admitted to Mercy Hospital in Bakersfield on Friday, August 14, 2020, with COVID pneumonia.  Mr. Zamora Guzman remains stable.  He is being held in the hospital because he is on continuous oxygen and Mesa Verde does not house detainees who need this treatment.  He is being weaned off oxygen and will be discharged when he no longer requires continuous oxygen.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants submit arrival and release information for Mesa Verde and Yuba County Jail.  There were no arrivals at either facility.  There were no releases from Yuba County Jail and there was one release from Mesa Verde:

| A-Number | Last Name | First Name | Book-Out Date | Reason for Release |
|---|---|---|---|---|
| ######260 | RODRIGUEZ-ROJAS | EDGAR | 8/27/2020 | Released for removal. |

DATED:  August 27, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 848 | ALAS-ALFARO | EDWIN | A | 7/13/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 7/20/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 7/27/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 163 | GALLARDO LOPEZ | ADRIAN | A | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 626 | HERNANDEZ | LUIS | A | 7/20/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 029 | MEJIA-LOPEZ | JOSE DINO | A | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | Abbott test | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | 8/16/2020 | Invalid | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 650 | ALFARO HENRIQUEZ | JOSE | B | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | | | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 291 | BOAR | DAN | B | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Positive | 8/18/2020 | 8/20/2020 | Positive |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | 7/30/2020 | Refused | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | 7/27/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 242 | MENDOZA | ANTONI | B | 7/14/2020 | Refused | 7/30/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 929 | PEREZ | OSCAR | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 788 | SAHOTA | DEEPAK | B | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | | | | |
| 018 | SINGH | JASWANT | B | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | 8/10/2020 | Positive | | | | | | |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 155 | MARIN-PARRA | ISRAEL | C | 7/15/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/1/2020 | Negative | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 067 | MORALES | JACINTO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 8/12/2020 | Abbott test | Positive | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 848 | ALAS-ALFARO | EDWIN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 171 | ALBERTO-RODRIGUEZ | MARIO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 366 | ARIAS ROMERO | KEVIN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Positive | | | |
| 287 | ARZATE-REYES | IGNACIO | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 629 | BRAVO | ERICK | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 163 | GALLARDO LOPEZ | ADRIAN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | 8/18/2020 | 8/20/2020 | Positive | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 626 | HERNANDEZ | LUIS | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 073 | LUCAS PLEAEZ | HUGO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 268 | MATEO-VIRULA | OBED | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 029 | MEJIA-LOPEZ | JOSE DINO | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | | | |
| 821 | MIRZAIANS | HRAND | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | 8/25/2020 | 8/27/2020 | Negative | | | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 490 | SINGH | GURSAMITAR | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 326 | TRUJILLO | FERMIN | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | B | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | B | | | | | | | | | |
| 291 | BOAR | DAN | B | | | | | | | | | |
| 388 | CAMARENA NAVARRETE | JOSE | B | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | | | | | | | | | |
| 595 | CATALAN-RAMIREZ | ERVIN | B | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | B | | | | | | | | | |
| 634 | LOPEZ SOLORIO | JAIME | B | | | | | | | | | |
| 576 | MARTINEZ-ORTIZ | FERNANDO | B | | | | | | | | | |
| 242 | MENDOZA | ANTONI | B | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | B | | | | | | | | | |
| 048 | NAJERA GRAJEDA | GERMAN | B | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | | | | | | | |
| 929 | PEREZ | OSCAR | B | | | | | | | | | |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | B | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | B | | | | | | | | | |
| 018 | SINGH | JASWANT | B | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | B | | | | | | | | | |
| 347 | ZAMORA-GUZMAN | MARGARITO | B | | | | | | | | | |
| 419 | ABADIN | HECTOR | C | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | | | | |
| 884 | DUNGO | REYNALDO | C | | | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | | | | |
| 155 | MARIN-PARRA | ISRAEL | C | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | |
| 067 | MORALES | JACINTO | C | | | | | | | | | |
| 544 | MORALES-SANCHEZ | HENRY | C | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 669 | PINEDA | SANTIAGO | C | 7/29/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | |
| 361 | SINGH | DILBAGH | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 855 | VILLANUEVA | JOSE | C | 7/29/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 807 | EDMONDSON | ALTON | D | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 253 | TOUCH | CHUNY | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 015 | HERNANDEZ-REYES | OSWALDO | Medical | 7/29/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 889 | MELGOZA | JOSE | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | 7/15/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | 7/16/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | n/a | Refused | 8/18/2020 | n/a | Refused | 8/25/2020 | n/a | Refused |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | |
| 669 | PINEDA | SANTIAGO | C | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | |
| 361 | SINGH | DILBAGH | C | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | |
| 855 | VILLANUEVA | JOSE | C | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | | | | | | | |
| 807 | EDMONDSON | ALTON | D | | | | | | | | | |
| 819 | ESTIGOY | ALANN | D | 8/25/2020 | 8/27/2020 | Negative | | | | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | 8/25/2020 | 8/27/2020 | Negative | | | | | | |
| 548 | GRIFFIN | MARK | D | | | | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | | | | | | | |
| 682 | HERNANDEZ-VELASQUEZ | KEVIN | D | | | | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | | | | | | | |
| 919 | LIN | WEI | D | 8/25/2020 | 8/27/2020 | Negative | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | | | | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | 8/25/2020 | 8/27/2020 | Negative | | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | | | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | 8/25/2020 | 8/27/2020 | Negative | | | | | | |
| 253 | TOUCH | CHUNY | D | 8/25/2020 | 8/27/2020 | Negative | | | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | | | | | | | |
| 210 | XIONG | JIAN | D | | | | | | | | | |
| 015 | HERNANDEZ-REYES | OSWALDO | Medical | | | | | | | | | |
| 889 | MELGOZA | JOSE | Medical | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | | |
| 042 | ERAZO DIAZ | EDER SAID | RHU | | | | | | | | | |