UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 46** <br> Re: Dkt. Nos. 589-3, 593-2, 605-1 |

The bail applications from the following detainees are denied:

- Kevin Hernandez Velasquez
- Kevin Arias Romero
- Antonio Gonzalez Agaton

**IT IS SO ORDERED.**

Dated: August 28, 2020

VINCE CHHABRIA
United States District Judge