DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-7031
>Facsimile: (415) 436-6748
>wendy.garbers@usdoj.gov
>adrienne.zack@usdoj.gov
>shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' RESPONSE TO BAIL APPLICATIONS, ECF NO. 619** |

**FEDERAL DEFENDANTS' RESPONSE TO BAIL APPLICATIONS, ECF NO. 619**

Federal Defendants hereby provide the Court with additional information to assist the Court in making its determination of which civil immigration detainees at the Mesa Verde Detention Facility and Yuba County Jail may be safely released pursuant to the conditions set out by the Court on May 6, 2020, and as amended on August 13, 2020.  *See* ECF No. 543.  It is Federal Defendants' position, for the record, that release of none of the listed individuals is required by law.  The information provided herein is provided upon information and belief on the basis of the records available to counsel at this time.

**The Individuals In ECF Nos. 619 Are A Significant Risk to the Public or Flight Risk**

As stated, Federal Defendants do not believe any additional detainees need to be released under the applicable law.[1]

Nonetheless, per the Court's order, attached hereto is Defendants' response to the bail applications submitted for the detained individuals in ECF No. 619. The applicants have significant criminal records and/or are significant flight risks. Their individual COVID-19 risk cannot outweigh the danger to the community or flight risk.[2]

The signature of the undersigned applies to all responses submitted herewith.

DATED: August 31, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

---

[1] Through these bail applications, class members are not making claims for release on the basis of prolonged detention. Therefore, any arguments or suggestions for release based on length of detention are inapposite.

[2] If the Court were to order any bail applicant released, Defendants request that all of the Uniform Conditions for Release, ECF No. 543, be imposed on any applicant released.