# MEDICAL COVID-19 RESPONSE PLAN – MESA VERDE

Providing excellent health care services to our detainees is of paramount importance to our company. Our ability to properly and effectively identify patients who are at highest risk for developing serious complications due to coronavirus remains a top priority in our patients well-being.

To accomplish this, this we implement the following actions based on the guidance offered by the CDC:

 At intake into the facility, all detainees go through a thorough and complete evaluation of their medical history as well as a review of any ongoing signs and symptoms of an illness and medications they have been prescribed.

Once a high risk detainee is identified, such as those with diabetes, cancer, asthma, heart disease, chronic kidney disease, HIV, obesity, liver disease, COPD, they undergo a complete physical examination and are placed in the appropriate chronic care clinic for timely follow-up appointments.

Treatments for their conditions are initiated and /or continued such as dialysis for those with kidney failure, chemotherapy or radiation therapy for cancer, lab analysis for diabetics and those with liver disease, HIV medications and pulmonary hygiene for those with asthma or chronic obstructive lung disease (COPD).

The detainees are also educated, in their language, for better understanding their underlying illnesses.

Or pharmaceutical vendor makes sure that there are adequate supplies of medication in case of the occurrence of an emergent situation, such as a natural disaster.

Additional details are provided below.

**Before Infection**

**High Risk Non-Positive Patients:**

- Adhere to CDC guidelines (https://www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/shared-housing/index.html) for high risk patients based on CDC's recommendations for high risk patients in congregate housing to prevent COVID-19.
- Decrease in population has occurred to allow for appropriate social distancing to continue.
- Social distance when possible
- Masks have been issued to all detainees to prevent the spread when other social distancing measures are difficult to maintain.
- Enhanced cleaning throughout the facility (refer to Operations).
- Keep up-to-date lists of medical conditions and medications.
- Ensure adequate stock of necessary medications on hand.
- Educate detainees regarding serious and concerning symptoms and how to seek immediate help if needed.
- Non-essential visitors/volunteers will be limited or avoided.
- Staff will limit entry into living quarters unless it is necessary.
- Isolate sick or positive cases of COVID-19 away from those not infected.
- In addition to access to the sick call request process noted below, a nurse will make rounds on a daily basis to high risk patients who have CDC listed preexisting conditions monitoring for elevated temperature and symptoms.
- Any concerning clinical findings will be immediately addressed by an on-site or on-call provider 24/7.

**Before Infection**

**Access to Care and Sick Call Process:**

- All detainees are provided a copy of the access to care memo at intake and it is posted in all the housing units in English and Spanish. The access to care memo includes information on how to submit a sick call, sick call triage, sick call scheduling process, provider schedules, pill call schedules, insulin schedule, medication re-fill process, emergency care "code blue", mental health care, dental care and the medical grievance process.

    - Sick call policy:
        - Sick calls are collected at midnight every night and triaged.
        - Sick calls are scheduled to be seen within 24 hours for urgent matters. Emergent matters are seen immediately.
        - Providers are advised of any positive symptom screens and see detainees accordingly.
        - Nursing protocols are in place and can be utilized to address any positive symptom screens as well.

- CDC posters are posted throughout the facility and in each housing unit in both English and Spanish regarding COVID-19, hand hygiene. CDC hand hygiene and "Cover Your Cough" are in the intake education packet routinely, even prior to COVID.

- A detainee will be referred to a provider any time there are concerns regarding a detainee's health status. A provider evaluation consists of a typical office visit in which the underlying issue is addressed and treated if necessary.

- Treatment for moderate illness is very vast and depends on the presenting issue. This would be at provider discretion based on the presentation of the patient.

## Post Infection

Detainees who have tested positive for COVID-19 will be provided written or verbal communication in their respective language via use of a medical translator or the language line translation service regarding the monitoring and management of COVID-19 symptoms as well as how to request care should symptoms arise or worsen. Wellpath response goes above and beyond CDC criteria.

| CDC treatment guidelines for COVID-19 | Wellpath Medical response/treatment |
|---|---|
| **Asymptomatic or Presymptomatic Infection**<br>• People who test positive for SARS-CoV-2 by molecular diagnostic or antigen testing (see Testing for SARS-CoV-2) and who are asymptomatic should self- isolate at home and "take care of yourself" with rest and hydration.<br>• If they remain asymptomatic, they can discontinue isolation 10 days after the date of their first positive SARS-CoV-2 test.<br>• Individuals who become symptomatic should contact their health care provider for further guidance.<br>• Current CDC recommendations for individuals who develop symptoms are to self- isolate for at least 10 days from the onset of their symptoms and until they have no fever and improvement in respiratory symptoms for at least 24 hours. | • Twice daily vital signs monitoring<br>  ○ Blood Pressure<br>  ○ Pulse<br>  ○ Oxygen Saturation<br>  ○ Respirations<br>  ○ Temperature<br>• Twice daily symptom and Mental health screening.<br>• M-F medical provider review of vitals/symptoms screening forms to screen for detainees requiring an urgent same day visit.<br>• M-F medical provider walk through.<br>• M-F medical provider sick call appointments/routine appointments/ follow up on those with symptoms.<br>• 24/7 nursing on-site<br>• 24/7 on-call providers<br>• Sick call<br>• Emergency response- "code blue"<br>  ○ All staff are trained in CPR/AED<br>  ○ 4-minute response |

**Post Infection**

| CDC treatment guidelines for COVID-19 | Wellpath Medical response/treatment |
|---|---|
| **Mild Illness**<br>• Patients may have mild illness defined by a variety of signs and symptoms (e.g., fever, cough, sore throat, malaise, headache, muscle pain) without shortness of breath, dyspnea on exertion, or abnormal imaging. Most mildly ill patients can manage themselves with OTC medication or at home through telemedicine or remote visits.<br>• All patients with symptomatic COVID-19 and risk factors for severe disease should be closely monitored. In some patients, the clinical course may rapidly progress.<br>• No specific laboratory evaluations are indicated in otherwise healthy patients with mild COVID-19 disease. | • Twice daily vital signs monitoring<br>   o Blood Pressure<br>   o Pulse<br>   o Oxygen Saturation<br>   o Respirations<br>   o Temperature<br>• Twice daily symptom and Mental health screening.<br>• M-F medical provider review of vitals/symptoms screening forms to screen for detainees requiring an urgent same day visit.<br>• M-F medical provider walk through.<br>• M-F medical provider sick call appointments/routine appointments/ follow up on those with symptoms.<br>• 24/7 nursing on-site<br>• 24/7 on-call providers<br>• Sick call<br>• Emergency response- "code blue"<br>   o All staff are trained in CPR/AED<br>   o 4-minute response |

**Post Infection**

| CDC treatment guidelines for COVID-19 | Wellpath Medical response/treatment |
|---|---|
| **Moderate Illness**<br><br>• Moderate COVID-19 illness is defined as evidence of lower respiratory disease by clinical assessment or imaging with $SpO_2 \geq 94\%$ on room air at sea level. Given that pulmonary disease can rapidly progress in patients with COVID-19, close monitoring of patients with moderate disease is recommended.<br><br>• If bacterial pneumonia or sepsis is strongly suspected, administer empiric antibiotic treatment for community-acquired pneumonia, re-evaluate daily, and if there is no evidence of bacterial infection, de-escalate or stop antibiotics. | • Prepare detainee for emergent evaluation by a nurse or provider.<br>• Follow nursing practice protocols or provider orders and implement immediate interventions as indicated.<br>• Refer detainee to Emergency room for further evaluation and treatment if on-site interventions are not successful. |

**Criteria for hospital send-out**

- Severe dyspnea (dyspnea at rest, and interfering with the ability to speak in complete sentences).
- Oxygen saturation on room air of ≤90 percent, regardless of severity of dyspnea.
- Concerning alterations in mentation (eg, confusion, change in behavior, difficulty in rousing) or other signs and symptoms of hypoperfusion or hypoxia (eg, falls, hypotension, cyanosis, anuria, chest pain suggestive of acute coronary syndrome)

This list is not all-inclusive and a patient may be sent out emergently basely solely upon provider discretion.

**Recovery**

Patient shall be deemed recovered with the meet IHSC and CDC criteria per below (note that a negative test is NOT required unless severely immunocompromised).

**Symptomatic Patients:**
I. At least 10 days have passed since symptom onset and;
II. At least 24 hours have passed since resolution of fever without the use of fever-reducing medications and;
III. Other symptoms have improved.

**Asymptomatic Patients:**
Detainees infected with SARS-CoV-2 (positive test result) who never develop COVID-19 symptoms may discontinue isolation and other precautions 10 days after the date of their first positive RT-PCR test for SARS-CoV-2 RNA (so long as they remain afebrile and asymptomatic). Again, a negative test is NOT required unless severely immunocompromised.

**Ongoing Care:**
Detainees will continue to have the same access to care and sick call process outlined above should any unexpected complications occur. High risk patients will continue to be monitored by a medical provider at an appropriate interval deemed appropriate by the medical provider.