Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600      Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> **DECLARATION OF RICHARD MEDRANO, M.D., REGARDING MEDICAL CARE FOR COVID+ PATIENTS AT MESA VERDE** <br><br> Judge: Hon. Vince Chhabria |

I, RICHARD MEDRANO, M.D. declare as follows:

1. I am the Regional Medical Director for Wellpath, overseeing facilities in the area including Mesa Verde and Adelanto ICE Detention Facilities. My role

is to oversee the clinical care provided within the region and to provide guidance.  I am often on-call and/or serve as a backup Physician for Mesa Verde when needed.  I visit Mesa Verde in person at least every two months and more if needed.  I am in contact with the medical leadership there multiple times per week and always available to them.  In 2016, I briefly filled in at Mesa Verde in the capacity of a Physician when they were between physicians, and I am cleared and available to fill in again when and if I am needed.

2.      I previously worked for Correct Care Solutions beginning in 2015, before it combined with CMGC to form Wellpath.  I went to medical school at the University of Southern California, Keck School of Medicine, and graduated in 2006.  Thereafter, I did a 3 year combined internship/residency in Family Medicine at Kaiser Los Angeles Medical Center.  I am a licensed Physician in the State of California.  I have personal knowledge of the statements herein, and if called upon to do so, I could and would testify competently thereto.

3.      I am familiar with the CDC guidelines regarding COVID-19 symptoms, ways to minimize infection, and recommended protocol for detention facilities.  I am also familiar with IHSC guidelines, which govern ICE facilities. We continue to implement IHSC guidelines as they evolve for care of COVID patients and prevention of the spread of infection, including the August 2020 IHCS recommendations[1]. The medical staff is required to follow both CDC and IHSC guidelines, and we often exceed these guidelines.  All medical staff is required to wear PPE when interacting with detainees and/or in close contact with other staff.

4.      Based on my supervision, observations, and experience working for CCS and now Wellpath at Mesa Verde Detention Facility, it is my informed professional opinion that the current standard of care at Mesa Verde for COVID-19 positive patients exceeds the standard of community care in the United States.

---

[1] Attached as Exhibit A is a true and correct copy of the August 2020 IHSC recommendations (v. 12), which we follow at Mesa Verde.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

Testing, care, and monitoring are also more readily available and accessible at Mesa Verde than in the community.

5.     Even with COVID-19 infections on the rise in many communities, and mortality rates for this novel virus, it has been my experience and observation that it still takes time to obtain appointments for a COVID test (sometimes 1-2 weeks unless symptoms are severe) and the results can take as long as 7-10 days.  Same day appointments are rare outside the correctional environment, and same day results for COVID-19 tests are uncommon.  People who test positive with COVID-19 are told to stay at home and isolate and <u>not</u> go to the hospital unless they have severe symptoms such as chest pain, shortness of breath, or other concerning symptoms. They are not routinely checked by any medical provider in person unless there is a concern.

6.     In my medical opinion, detainees who are COVID+ are at no greater risk for complications than if they were in the community, and if anything they are at less risk.  There is an increased level of access to care and monitoring provided in the facility, timely intervention for complications is more likely.  Further, a person who tests positive in the community is most likely to be isolated at home without any routine checks on their vital signs and oxygen saturation. Most lay persons are also less likely to recognize warning signs than trained medical professionals.

7.     In contrast, detainees have 24/7 access to medical care and even asymptomatic COVID-positive patients are seen and evaluated several times a day. Mesa Verde currently has 1 full time physician, 1 full-time Nurse Practitioner, 1 full time Physician's Assistant[2], 4 full-time Registered Nurses, and 7 full-time Licensed Vocational Nurses.  From 7:00 a.m. to 8:00 p.m. Mondays – Fridays, there is always a provider on duty at the facility; on weekends and evenings, one medical provider (above the level of R.N.) is always on call.  Nurses are staffed on

---

[2] Currently the P.A. is on FMLA leave (non-COVID related), and a second M.D. is covering full-time hours for the P.A. in their absence.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

12-hour shifts.  On day shift, there are 2 LVNs on duty and at night there is 1 RN and 1 LVN on duty.

8.     Detainees can submit sick call requests on their Tablets or on paper forms that are picked up daily in the units by a nurse.  A Registered Nurse triages the sick call slips based on the reported symptoms, with the most severe symptoms resulting in the shortest turnaround time. Most detainees are seen the same day, though routine requests (such as refills of Tylenol or fungal powder) may be done within the following day or two.  Sick call slips averaged 600 to 700 per month before the pandemic, and with the reduced population are now approximately 200-250 or less per month.

9.     Currently, the population at Mesa Verde is greatly reduced (approximately 101 detainees) but we have not reduced the level of medical staffing, so there is a greater ratio of medical providers to detainees.  Between the reduction in sick call requests, the reduction in detainees, and the same level of medical staffing, detainees are seen very quickly for any medical issues.

10.    Detainees are educated about their health care access upon intake and orientation, in both English and Spanish.

11.    Bilingual staff are usually available for Spanish translation if needed. If a translator is needed in another language to communicate with a detainee, they are escorted to medical and the translation line is called to assist.

12.    Custody officers within the housing units often communicate to the medical clinic the need for care for a particular detainee, and they can either call the medical unit if it is an emergency ("code blue") or escort/send the detainee to the clinic as appropriate. Staff and detainees are both taught to say something if they are having an emergency or observe one, whether medical or otherwise.

13.    Medical staff are expected to use their experience, training, and discretion in determining whether to send a detainee to the hospital, either via custody staff or by ambulance if emergent. I advise medical staff to do what is

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

correct, medically speaking, and to use their medical judgment.  Nurses have discretion to call 911, but they can also reach a provider on-call if they have any questions.  Mercy Hospital is very close to the Facility, on Truxtun Avenue, so they can be transported quickly and ambulances respond quickly if needed.  I do not feel it is appropriate to set specific criteria or list the symptoms to trigger specific care or a certain diagnosis, as it is preferred to use medical judgement in diagnosing and treating patients.  Similarly, it is not appropriate to dictate that detainees should be sent to the hospital if they have certain symptoms or complaints, as this decision must be left within the medical providers' judgment and discretion.

14.     Wellpath medical staff errs on the side of caution in sending detainees out to the hospital.  In fact, of the last 5 detainees sent to the hospital, only detainee Zamora Guzman ended up being admitted.  He was retained at the hospital longer than he would have been simply to wean him off oxygen.  We do not administer continuous oxygen at Mesa Verde, though we have supplies and the training and capability to provide oxygen in the short term if needed.  The other 4 detainees were returned to the Facility without being admitted, and with prescriptions for the same medication they were already prescribed by Mesa Verde medical staff.

15.     For the B dorm, which contains detainees who have tested positive for COVID-19, nurses check on each detainee at least twice per day and chart their findings in the person's chart.  This involves taking the detainee's temperature, blood pressure, heart rate, respiration rate, and Oxygen saturation level.  The person is also asked about symptoms and how they feel, and any significant comments are noted on the patient's chart.

16.     In addition to these twice-daily checks by nurses in B dorm, doctors also do rounds daily in the B dorm and ask patients how they are doing.  They routinely select a few patients to do a full assessment on, with the selection based on factors such as if someone is medically vulnerable and of concern to them, or if someone has been putting in sick call slips or complaining to nurses.  A full

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

1   assessment might include an interview, review of systems and symptoms, review of

2   medications and adjustment as needed, heart and lung examination, etc.

3       17.   The medical plan also adds a rover, which is a nurse who will patrol

4   the dorms to check on high-risk patients with pre-existing conditions to monitor

5   them for elevated temperature and other COVID symptoms.  Any detainee who

6   exhibits signs and symptoms of COVID is tested with the Abbott ID Now.

7       18.   Detainees at Mesa Verde have now been provided hard copies of their

8   individual laboratory results for all of their August 2020 COVID tests.  I am

9   informed and believe that enhanced cleaning protocols have been instituted, with

10   cleaning done by staff three times per week of B Dorm.

11       19.   Nurses are in B dorm approximately 3 times per 12-hour shift (or 6

12   times per day).  In addition to taking vitals and other measurements, nurses also

13   conduct pill call, passing out medications to detainees including giving insulin.

14   Nurses also administer any treatments prescribed to detainees such as

15   nebulizer/breathing treatments.  During these times, detainees often speak with

16   nurses about any concerns or questions.

17       20.   Now that the population has recently dropped in B dorm, Nurses are in

18   the dorm providing care approximately 3 hours per day, depending on the day and

19   what needs to be done, as well as the population in the unit. For the vitals, it takes

20   about 1-2 hours per day with 2 nurses doing them.  Medical providers (above the

21   level of RN) currently spend 1-3 hours per day in B dorm.  This is in addition to

22   custody staff, on duty 24 hours per day in the dorm.

23       21.   In B dorm, although all of the detainees housed in that dormitory are

24   positive, only 6-8 persons on average have active symptoms at any one time (such

25   as headache, malaise or diarrhea).  Thus, while medical staff is routinely monitoring

26   the detainees for changes in condition and development and/or changes of

27   symptoms, not every detainee in the unit needs medicine for COVID-19 or other

28   medical intervention.  Most will likely recover from COVID via rest and fluids.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

22.     Given that the dorms have different COVID-19 statuses, medical staff is currently following a protocol to make their rounds in a particular order: D and A dorms first (where everyone tested negative on the last round), then C dorm (with persons considered recovered from COVID), then lastly B dorm (mostly positive detainees plus a few detainees who have refused to move).  The positive detainees who are not considered recovered yet per CDC guidelines are all housed in B dorm, plus 1 person in medical isolation.

23.     Medical staff has separate equipment to check vitals for the D and A dorms, C dorm, and the B dorm, so that it is not shared even though it's routinely disinfected after use.  Medical staff also wears full PPE – gown gloves, face shield, bouffant plastic cap to cover hair, shoe covers, and a N95 mask with surgical mask over it to all pods.  This PPE is changed/replaced between dorms to limit cross-contamination.

24.     There currently are 101 detainees at Mesa Verde.  41 of these detainees have tested negative on each of their repeated tests.  One detainee tested negative on July 30, 2020 and subsequently refused all additional offers of testing.  Of the remaining 59 detainees, 44 detainees are considered recovered from COVID. Apart from detainee Boar (who tested positive on 8/18/20), all detainees in A and D dorms have tested negative twice in a row now, suggesting the population is stable. There have been no fatalities at Mesa Verde from COVID-19, and no one has been intubated (even at the hospital).  While 5 detainees were sent to the hospital with COVID symptoms, only 1 person was admitted, and he has now been discharged.

25.     The criteria to be considered recovered for COVID-19, according to IHSC and CDC criteria, is as follows:  For symptomatic patients: i. At least 10 days have passed since symptom onset; ii. At least 24 hours have passed since resolution of fever without the use of fever-reducing medications and; iii. Other symptoms have improved.  For asymptomatic patients:   Detainees infected with SARS-CoV-2 (positive test result) who never develop COVID-19 symptoms may discontinue

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 7 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

isolation and other precautions 10 days after the date of their first positive RT-PCR test for SARS-CoV-2 RNA (so long as they remain afebrile and asymptomatic). Again, a negative test is NOT required unless severely immunocompromised.

26.     I rely on my medical judgment, training, experience and discretion about whether to send someone to the hospital and I instruct and expect all Wellpath medical staff at Mesa Verde to do the same.  Wellpath medical staff do not need or seek ICE or GEO's approval before sending someone to the hospital, and if they feel a detainee needs to go to the hospital, they do it forthwith.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2020, at Carlsbad, California.

RICHARD MEDRANO, M.D.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

- 8 -

3:20-CV-02731-VC
DR. MEDRANO DECL. RE
MEDICAL CARE AT MESA VERDE

# EXHIBIT A



**Immigration and Customs Enforcement**
Washington, DC 20536

**ICE**
**ICE Health Service Corps**

**Interim Reference Sheet on 2019-Novel Coronavirus (COVID-19):  Detainee Care**
*Version 12.0, August 7, 2020*

---

*Key changes*

**Version 12.0**
- Added more detailed information on testing.
- Added information on retesting and isolating people who tested positive within the last 3 months.
- Revised the intake process to include testing and routine cohorting for all new intakes.
- Changed the isolation time period to 10 days to be in line with revised CDC guidance.
- Detainee face coverings must not contain metal pieces.

---

**Situation Summary**

The CDC is closely monitoring a pandemic caused by a novel (new) coronavirus (COVID-19). The situation is evolving and expanding with community transmission occurring in multiple countries including the United States. For the most current information, check the CDC information pages at https://www.cdc.gov/coronavirus/2019-ncov/index.html frequently for updates. CDC interim guidance for health care professionals, including clinical criteria, is available at https://www.cdc.gov/coronavirus/2019-nCoV/hcp/index.html

**ICE Health Service Corps Recommendations**

*Note: recommendations will be updated if and as necessary to address the evolving public health situation. Always review current CDC guidance in addition to IHSC documents. See also 2019 Novel Coronavirus Resource Page and CDC Guidance for Dental Settings.*

1. *During intake medical screening:*

- Perform pre-intake screening on all new arrivals which includes asking verbal screening questions for COVID-19 symptoms, contact with known cases, and obtain a safe temperature check.
- Detainees should be provided cloth face coverings (unless contraindicated)
- This screening should take place before staff and new intakes enter the facility or just inside the facility, where practicable in order to identify and immediately isolate any detainee with symptoms of COVID-19.
- Verbal screening for symptoms of COVID-19 and contact with COVID-19 cases should include the following questions:
    i. Today or in the past 24 hours, have you had any of the following symptoms:
        - Fever, felt feverish, or had chills
        - Cough
        - Shortness of breath or difficulty breathing
        - Fatigue
        - Muscle or body aches
        - Headache
        - Sore throat
        - Congestion or runny nose
        - New loss of taste or smell
        - Nausea or vomiting
        - Diarrhea
    ii. In the past 14 days, have you had close contact with a person known to be infected with (COVID-19) where you were not wearing the recommended PPE?
    iii. If the detainee has a fever and/or symptoms consistent with COVID-19, require the individual to wear a facemask, ensure that staff interacting with the symptomatic individual wears recommended PPE and isolate the individual; refer to ISOLATION below.

**2.  *COVID-19 testing during the intake screening process:***
- All new arrivals require COVID-19 testing within 12 hours of arrival and quarantine for 14 days upon intake screening. Collection timeframe may extend to 24 hours if facility collection logistics require additional time.

Some exceptions to COVID-19 testing and quarantine requirements may include:

Detainees who arrive at a facility to stage for movement to another detention facility and are held at the site for less than 72 hours, do not require this COVID-19 testing.

Asymptomatic detainees with a documented positive COVID-19 test in the last 3 months who have been appropriately cleared with either a test-based, symptom-based, or time-

based strategy, at another detention facility do not require testing or cohorting for 14 days upon intake.

Detainees who test positive within 3 months of their original positive COVID-19 test, cleared isolation precautions, and who remain asymptomatic do not need to be isolated or quarantined due to recurrent or persistent positive results.

Detainees who test positive greater than 3 months after their original positive test result or develop new or worsening symptoms that are consistent with COVID-19 infection should be isolated and evaluated in conjunction with infectious disease experts and the health department for possible re-infection.

- Housing and exposure based cohorting: Cohort all new arrivals, preferably in a cell by themselves, for 14 days after their arrival. An alternate housing option may include housing detainees arriving within 48 hours of each other together for the 14-day cohorting period, as their security level permits. If new arrivals are added to a cohort group, the 14 day cohort period is restarted.
- Cohort detainees who refuse testing for 14 days and monitor for symptoms consistent with COVID-19. Document the refusal. Staff may offer the COVID-19 test again during their cohort period in the event the detainee reconsiders testing. If the detainee is asymptomatic after 14 days, staff may release the detainee to general population.
- A field office may choose to house new arrival detainees in a specific detention facility to best manage available bed space for single cell housing during the cohort period. In such a situation, a detainee who has been cleared to be released from cohort may be transferred from the cohorting/testing facility to another nearby facility for longer term housing and is not required to undergo cohorting and testing again upon arrival at the new facility as long as the detainee was never placed in general population at the cohorting/testing facility.
- Isolate COVID-19 positive symptomatic detainees with other positive symptomatic detainees, and isolate COVID-19 negative symptomatic individuals with other COVID-19 negative symptomatic individuals.
- Avoid mixing individuals quarantined due to exposure to someone with COVID-19 with individuals undergoing routine intake quarantine.
- Utilize all appropriate administrative, engineering, or PPE controls as needed to minimize potential person-to-person spread.
- Healthcare staff should evaluate persons with COVID-19 symptoms and those who are close contacts of someone with COVID-19 in a separate room, with the door closed if possible, while earing recommended PPE and ensuring that the individual being evaluated is wearing a cloth face covering.
- Testing should not be used to release detainees from exposure based cohorting before completion of the most recent incubation period.
- Educate all detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting sick call if they

feel ill.  Illness Prevention and Patient Education resources in multiple languages are available on the 2019 Novel Coronavirus Resource Page.

3. **ENCOUNTER. During sick call, intake, health assessment, or other clinical encounter in which a detainee presents with or complains of fever and/or symptoms of COVID-19 infection, or is observed with signs of fever and/or symptoms of COVID-19 infection:**

   a. Require the individual to wear a cloth face covering (as much as possible, use cloth face coverings in order to reserve surgical masks for situations requiring PPE). Anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance should not wear a cloth face covering.

   b. Face coverings for detainees must not have metal pieces built into the mask (for example, the nose bridge). Detainees should either be issued a cloth face mask or any metal pieces must be removed before distribution.

   c. Ensure that staff who have direct contact with the symptomatic individual wear recommended PPE.

   d. Place the individual under medical isolation and refer to healthcare staff for further evaluation.

   - Medical isolation is private medical housing room, ideally in an airborne infection isolation room if available. If no single occupancy medical housing unit room is available, placement in other areas of the facility may be utilized to house the ill detainee separately from the general detention population

   e. During medical evaluation the provider:

      i. Should assess whether the detainee is at increased risk for severe illness from COVID-19

      ii. Will determine the appropriate monitoring care plan based on the detainee's signs and symptoms.

      iii. Is strongly encouraged to test for other causes of respiratory illness, including infections such as influenza. However, presence of another illness such as influenza does not rule out COVID-19.

      iv. Staff evaluating and providing care for individuals with confirmed or suspected COVID-19 should follow the CDC Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19) and monitor the guidance website regularly for updates to these recommendations.

      v. Healthcare staff should evaluate persons with COVID-19 symptoms and those who are close contacts of someone with COVID-19 in a separate room, with the door closed if possible, while wearing recommended PPE and ensuring that the individual being evaluated is wearing a cloth face covering.

      vi.    Perform COVID-19 LabCorp RT-PCR testing (see specimen collection and testing information below)

     vii.    Educate detainees on symptoms of COVID-19 and to report any new or worsening symptoms to medical staff at sick call or to the custody officer

        i.    Educate detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting sick call if they feel ill.

        ii.    Illness Prevention and Patient Education resources in multiple languages are available on the 2019 Novel Coronavirus Resource Page

f.    The detainee will receive at minimum daily sick call, daily vital signs to include pulse oximetry for the duration of isolation/quarantine. (refer to the Clinical Services Reference Sheet for more details on clinical management)

       i.    Consider more frequent vital sign collection if the patient is medically vulnerable (age or comorbidities) and/or is complaining of lower tract symptoms (cough, shortness of breath or chest pain). If oxygen saturation is below 95% on room air, consult with your CD or designee for emergency department referral.

       ii.    Patients with COVID-19 may have symptoms and even complications after the acute illness, including thromboembolic phenomena; evaluate patients with a history of recent COVID-19 infection (the past 30 days) with close attention to their distal extremities, heart and lung examination. Promptly seek consultation with your CD, RCD and/or Infectious Disease Program as necessary.

       iii.    Use the eCW templates (ACUTE: COVID-19 Medical Provider Template or ACUTE: Nurse COVID-19 Template) to help guide and optimally document clinical observations and care

g.    If the detainee has underlying illness or is acutely ill, or symptoms do not resolve, consult with the Regional Clinical Director, and/or Infectious Disease program.

h.    If the detainee is referred to a local hospital, call the hospital in advance to notify of the recent relevant travel history and respiratory symptoms and to coordinate how manage the detainee safely.

i.    Promptly notify the facility's staff responsible for infection prevention and control (e.g., in IHSC facilities, notify the Infection Prevention Officer, or the Facility Healthcare Program Manager (if the facility does not have an Infection Prevention Officer position); if the Infection Prevention Officer or Facility Healthcare Program Manager is not available, IHSC staff should notify the Infection Prevention Group at #IHSC_PHSP_IPO@ice.dhs.gov.

j.    Facilities without IHSC medical staffing should notify their assigned Field Medical Coordinator.

k.    IHSC Infection Prevention Officers, Facility Healthcare Program Managers, Field Medical Coordinators, or designees should notify the Regional Infection Prevention Supervisory Nurse immediately.

l.  Detainees isolated for respiratory illness and who have epidemiologic risk for COVID-19 exposure should wear a cloth face covering when outside of the isolation room.

m.  The duration of the contagious period for COVID-19 is still uncertain.

n.  A person with COVID-19 is thought to be contagious starting 48 hours before symptom onset

o.  If the detainee tests negative for COVID-19 and fever and/or symptoms persist, consult with the Regional Clinical Director and/or Infectious Disease Program

p.  Educate detainees to include the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, requesting sick call if they feel ill, and social distancing to maintain 6 feet (2 meters) between individuals when possible.

q.  Illness Prevention and Patient Education resources in multiple languages are available on the 2019 Novel Coronavirus Resource Page.

## 4. CRITERIA FOR DISCONTINUING ISOLATION

- Detainees with COVID-19 (positive test result) who reported symptoms consistent with COVID-19 may discontinue isolation under the following conditions:

    i.  At least 10 days have passed since symptom onset and;

    ii.  At least 24 hours have passed since resolution of fever without the use of fever-reducing medications and;

    iii.  Other symptoms have improved.

- A limited number of persons with severe illness may produce replication-competent virus beyond 10 days, that may warrant extending duration of isolation for up to 20 days after symptom onset. Consider consultation with infection control experts. See Discontinuation of Transmission-Based Precautions and Disposition of Patients with COVID-19 in Healthcare Settings (CDC Interim Guidance). Such patients are generally considered to have required hospitalization.

- Detainees infected with SARS-CoV-2 (positive test result) who never develop COVID-19 symptoms may discontinue isolation and other precautions 10 days after the date of their first positive RT-PCR test for SARS-CoV-2 RNA.

- RT-PCR testing for detection of SARS-CoV-2 RNA for discontinuing isolation could be considered for detainees who are severely immunocompromised, in consultation with infectious disease experts. For all others, a test-based strategy is no longer recommended except to discontinue isolation or other precautions earlier than would occur under the symptom-based strategy outlined above.

- The test-based strategy for severely compromised detainees requires negative results using RT-PCR for detection of SARS-CoV-2 RNA under an FDA Emergency Use Authorization (EUA) for COVID-19 from at least two consecutive respiratory specimens collected $\geq 24$ hours apart (total of two negative specimens) (see CDC

Interim Guidelines for Collecting, Handling, and Testing Clinical Specimens from Persons for Coronavirus Disease 2019).
- All test results should be final before isolation is ended.
- In the event detainees are being considered for transfer or release during a period of medical isolation or medical hold, see #7 below for requirements.

5. **SPECIMEN COLLECTION AND TESTING for COVID-19**
- Only molecular assays for detection of SARS-CoV-2 with an FDA EUA should be used for diagnosis and clinical decisions (laboratory-based, and point-of-care molecular tests are acceptable).
- Laboratory testing for COVID-19 is available through commercial laboratories including LabCorp and through local and/or state health departments.
- Point-of-care testing using the Abbott ID NOW is currently used for removal testing
- Testing is recommended for all detainees with signs or symptoms of COVID-19
- Testing is recommended for all close contacts of a detainee or staff member who tested positive for COVID-19
- It is recommended that the facility work with their local health department to determine if broad based testing is indicated for the facility if a staff member or detainee tests positive for COVID-19
- All new intakes will receive testing prior to release to general population
- For laboratory-based tests the following samples are acceptable:
    i. Nasopharyngeal
    ii. Oropharyngeal
    iii. Nasal mid-turbinate (supervised self-collected or collected by a healthcare professional)
    iv. Anterior nares specimen (self-collected or collected by a healthcare professional
    v. Nasopharyngeal wash/aspirate
    vi. Nasal wash or aspirate
    vii. Sputum sample (non-induced)
- Laboratory-based samples should be in viral transport medium (VTM)/saline and stored frozen at -20° C (preferred). Refrigerated specimens acceptable (if received for testing within 72 hours of collection). Room temperature swabs are acceptable (if received within 24 hours of collection).
- LabCorp testing for removals is required by certain countries. LabCorp test results are good for 10 days after testing
- LabCorp ordering codes are 2019 Novel Coronavirus (COVID-19), NAA; TEST: 139900.
- Abbott ID NOW testing (FDA instructions for use)
- Acceptable specimens include:

   i.  Throat swab (for optimal test performance use the swabs provided in the test kit)
- Collect patient specimen by swabbing the posterior pharynx, tonsils and other inflamed areas. Avoid touching the tongue, cheeks and teeth with the swab.

  ii.  Nasal swab (for optimal test performance use the swabs provided in the test kit)
- To collect a nasal swab sample, carefully insert the swab into the nostril exhibiting the most visible drainage, or the nostril that is most congested if drainage is not visible. Using gentle rotation, push the swab until resistance is met at the level of the turbinate (less than one inch into the nostril). Rotate the swab several times against the nasal wall then slowly remove from the nostril. Using the same swab, repeat sample collection in the other nostril.

 iii.  Nasopharyngeal swab (use sterile rayon, foam, polyester or flocked flexible-shaft NP swabs)
- To collect a nasopharyngeal swab sample, carefully insert the swab into the nostril exhibiting the most visible drainage, or the nostril that is most congested if drainage is not visible. Pass the swab directly backwards without tipping the swab head up or down. The nasal passage runs parallel to the floor, not parallel to the bridge of the nose. Using gentle rotation, insert the swab into the anterior nares parallel to the palate advancing the swab into the nasopharynx, leave in place for a few seconds, and then slowly rotate the swab as it is being withdrawn.

 iv.  Used for removal to countries requesting testing and not requiring LabCorp tests prior to removal

  v.  Abbott ID NOW samples should NOT be stored in VTM or saline after collection

 vi.  The specimen can be stored in the original package or in a tightly capped conical tube at room temperature for less than 2 hours prior to testing

 vii.  The specimen can be stored in the original package or in a tightly capped conical tube in the refrigerator (2-8° C) for less than 24 hours prior to testing.

viii.  Result must be documented on the transfer summary

 ix.  Detainees with inconclusive results can be tested an additional 1 time with the Abbott ID NOW machine; repeat inconclusive results require the detainee be tested with a laboratory-based RT-PCR test

    x.  Detainees who previously tested positive and cleared isolation precautions using the symptom-based criteria, within the last 3 months DO NOT need to be tested with Abbott ID NOW prior to deportation

- See **Specimen Collection instructions on the [2019 Novel Coronavirus Resource Page](#).**

6. *Recommendations to the Field Office Director or Designee and the Facility Administrator or Warden for routine intake cohorting*

   a. Cohort all new arrivals, preferably in a cell by themselves, for 14 days after arrival. An alternate housing option may include housing detainees who arrive within 48 hours of each other together for the 14-day cohorting period, as their security level permits. (SEPARATELY from other individuals who are cohorted due to contact with a COVID-19 case).

   b. Cohort detainees who refuse testing for 14 days and monitor for symptoms consistent with COVID-19. Document the refusal. Staff may offer the COVID-19 test again during their cohort period in the event the detainee reconsiders testing. If the detainee is asymptomatic after 14 days, staff may release the detainee to general population.

   c. If any person in the routine intake cohort does develop fever or symptoms, the cohort status would be changed to an *exposure-based cohort*

   d. Routine intake cohorts do not require tracking or reporting

7. *Recommendations to the Field Office Director or Designee Regarding Detainee Release and Special Circumstance Movement*

   - All requirements on the [ERO Checklist for Removals, Releases or Transfers](#) should be met before a detainee is released unless the movement is to facilitate a medically- or behaviorally necessary placement

   - Recommend all detainees being released be given the fact sheets *[Steps to help prevent the spread of COVID-19 if you are sick](#)* and *[Stop the spread of germs](#)*.

   - **Recommend the following considerations if decisions are made to release in the U.S. detainees with confirmed or suspected COVID-19 and detainees exposed to a person with confirmed or suspected COVID-19:**

     i. **For all detainees that have tested positive for COVID-19 (including detainees that have completed the isolation period) and for afebrile and asymptomatic detainees that must be released before the recommended cohorting period is complete, discuss release of the individual with state or local health department with as much advance notice as possible, preferably at least 24 hours advance notice**

        - **Provide the health department with the detainee's name, intended address, email address, all available telephone numbers, and planned mode of transportation to their intended destination**

        - **Coordinate with the health department to facilitate any needed public health actions; examples of public health actions include but are not**

> **limited to delivering health officer orders and making the detainee available for transportation if arranged by the health department.**
>
> ii.   Facilitate safe transport, continued shelter, and medical care, as part of release planning.
>
> - Make direct linkages to community resources to ensure proper medical isolation and access to medical care if needed.
> - Coordinate with the detainee for a family member or friend to provide transportation
> - Advise the detainee to avoid public transportation, commercial ride sharing (e.g., Uber, Lyft), and taxis
>
>    iii.   Give the detainee the CDC's *What To Do if You Are Sick* fact sheet (see https://icegov.sharepoint.com/sites/ihsc/phspunit/2019-nCoV/PHSPMostCurrentGuidance/patient%20education)

- Detainees under isolation or cohort should be permitted to attend other medically necessary appointments with advance coordination with the receiving facility
- Detainees under isolation or cohort should not be restricted from movement to facilitate a medically- or behaviorally necessary placement
- If a detainee under isolation or cohort must be moved to another facility; the receiving facility must be notified of the isolation or cohort end dates

  i.   **Recommend to Field Office Director or designee that detainees that are in isolation, are febrile, symptomatic, have pending test results or that were exposed to a person with confirmed or suspected COVID-19 in the past 14 days NOT BE TRANSFERRED OR TRANSPORTED UNLESS MEDICALLY NECESSARY.**

  ii.   See IHSC Interim COVID-19 Risk Assessment on the 2019 Novel Coronavirus Resource Page.

- **If a detainee is inadvertently removed that is febrile and/or symptomatic, that tests positive for COVID-19, that has a pending test result for COVID-19, or that was exposed to a person with confirmed or suspected COVID-19 in the past 14 days, recommend that the Field Office Director or designee notify the respective consulate so notifications and public health actions can occur.**

## 8.   *REPORTING*

- Document any detainee who tests positive for COVID-19 on the Lower Respiratory Illness Tracking Tool.

  i.   Only document tests and results performed using molecular assays for detection of SARS-CoV-2 with an FDA EUA; do not document antibody tests or results that are not approved for diagnosis.

- Document exposure-based cohorting through routine IHSC cohort reporting protocols using the Cohort Tracker.
- Any employee known to have a positive test result for COVID-19 must be promptly reported to the local or state health department in accordance with local or state

public health laws and permissible exemptions under the Health Insurance Portability and Accountability Act (HIPAA) requiring notifications to public health departments for conducting investigations and interventions and to avert a serious threat to public health and safety. Reported must include the employee's name, date of birth, address, phone number, and testing location.

[1]**Close contact** is defined as:

a) being within approximately 6 feet (2 meters) of a COVID-19 case for a prolonged period of time; close contact can occur while caring for, living with, visiting, or sharing a healthcare waiting area or room with a COVID-19 case
– *or* –
b) having direct contact with infectious secretions of a COVID-19 case (e.g., being coughed on)

If such contact occurs while not wearing recommended personal protective equipment or PPE (e.g., gowns, gloves, NIOSH-certified disposable N95 respirator, eye protection), criteria for PUI consideration are met.

**Resources and references**
- 2019 Novel Coronavirus Resource Page on SharePoint
- ERO Pandemic Response Requirements (PRR)
- Illness Prevention and Patient Education resources in multiple languages are available on SharePoint.

**IHSC Official Guidance**

| Guidance number | Guidance name | Type |
|---|---|---|
| 05-02 | Occupational Health Directive | Policy |
| 05-02 G-04 | Occupational Health Guide: Workforce Health | Guide |
| 05-02 G-1 | Occupational Health Guide: Bloodborne Pathogens and Other Potentially Infectious Materials | Guide |
| 05-02 G-2 | Occupational Health Guide: Personal Protective Equipment Program | Guide |
| 05-02-G-03 | Occupational Health Guide: Respiratory Protection Program | Guide |
| 05-04 | Environmental Health Directive | Policy |
| 05-04 G-01 | IHSC Environmental Health Guide | Guide |
| 05-06 | Infectious Disease Public Health Actions Directive | Policy |

| Guidance number | Guidance name | Type |
|---|---|---|
| 05-06 G-01 | Infectious Disease Public Health Actions Guide: Contact and Outbreak Investigation Guide | Guide |
| 05-06 G-02 | Infectious Disease Public Health Actions Guide: Isolation and Management of Detainees Exposed to Infectious Organisms | Guide |
| 05-06 G-03 | Infectious Disease Public Health Actions Guide: Surveillance and Reporting | Guide |

- **Infection Control: Novel Coronavirus 2019 (COVID-19) | CDC**
- **Information for Healthcare Professionals about Coronavirus (COVID-19)|CDC**
- **Resources for Correctional and Detention Facilities | CDC**
- Overview of COVID-19 Testing | CDC
- CDC COVID-19 What's New?
- People who are at increased risk for COVID-19 | CDC
- Clinical Questions about COVID-19: Questions and Answers| CDC
- Duration of Isolation and Precautions for Adults with COVID-19|CDC

**Points of contact for questions**
- IHSC Staff: Regional Infection Prevention Supervisory Nurses, PHSP Unit Senior Public Health Analyst, PHSP Unit Chief

- Facilities without IHSC Medical Staffing: Assigned Field Medical Coordinators

- Public health agencies: IHSC_InfectionPrevention@ice.dhs.gov

**Appendix A: Intake Screening Questions**

**Updated August XX, 2020**

1. **Have you had fever and/or symptoms consistent with COVID-19 in the past 14 days?**
   - Signs and symptoms include fever, feeling feverish, chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body ache, headache, sore throat, new loss of taste or smell, congestion or runny nose, nausea or vomiting, and diarrhea
   - **If yes, what date did you first notice symptoms?: mm/dd/yyyy**
   - **If yes,** isolate in a single room (preferred) if available, implement daily vital signs including oxygen saturation, and refer to a medical provider, add Medical Hold, notify FHPM, IPO, or designee.
   - See Reducing the Risk of COVID-19 Transmission
   - Proceed with intake COVID-19 testing
   - **If no, implement intake quarantine;** house in single room (preferred) if available, implement daily checks for 14 days after initial intake, add Medical Hold, notify FHPM, IPO, or designee, and proceed with intake COVID-19 testing
2. Does the detainee have any of the High-Risk Conditions?
   - Yes: Schedule an appointment with a provider within the next 5 days
   - No: Routine PE-S/PE-C process