DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that defendants David Jennings, Matthew T. Albence, and U.S. Immigration and Customs Enforcement hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's following orders:

1. Bail Order #32, dated July 1, 2020 (ECF No. 415);
2. Bail Order #33, dated July 9, 2020 (ECF No. 425);
3. Bail Order #34, dated July 21, 2020 (ECF No. 448);
4. Bail Order #35, dated July 27, 2020 (ECF No. 459);
5. Bail Order #36, dated July 29, 2020 (ECF No. 465);
6. Bail Order #37, dated July 31, 2020 (ECF No. 471);
7. Bail Order #38, dated August 5, 2020 (ECF No. 492);
8. Bail Order #39, dated August 10, 2020 (ECF No. 518);
9. Bail Order #40, dated August 12, 2020 (ECF No. 539);
10. Bail Order #41, dated August 14, 2020 (ECF No. 556);
11. Bail Order #42, dated August 17, 2020 (ECF No. 564);
12. Bail Order #43, dated August 19, 2020 (ECF No. 579); and
13. Bail Order #45, dated August 27, 2020 (ECF No. 625).

DATED: August 31, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Federal Defendants