UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 47**<br><br>Re: Dkt. Nos. 582-2, 611-1, 611-2, 611-3 |

Bail applications from the following detainees are granted:

- Chuny Touch
- Moises Adrian Gallardo Lopez

Bail is subject to the standard conditions of release as stated at Dkt. 543. Mr. Gallardo's bail is subject to the additional condition that he not drive.

Bail applications from the following detainees are denied:

- Margarito Zamora Guzman
- Nectali Romero Romero

**IT IS SO ORDERED.**

Dated: September 1, 2020

_____
VINCE CHHABRIA
United States District Judge