WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.orga
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax:    415-553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**DECLARATION OF BREE BERNWANGER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WRITTEN PLAN TO IMPROVE MEDICAL ASSISTANCE FOR COVID-POSITIVE DETAINEES AT MESA VERDE** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*

*Admitted Pro Hac Vice*

CASE NO. 3:20-CV-02731-VC
BERNWANGER DEC. I/S/O PLAINTIFFS' OBJECTIONS TO DEFENDANTS' WRITTEN PLAN TO IMPROVE MEDICAL ASSISTANCE FOR COVID-POSITIVE DETAINEES AT MESA VERDE

I, Bree Bernwanger declare:

1. I am a member of the bars of the States of California and New York. I am one of the attorneys representing Plaintiffs in this action. The following facts are set forth based on personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email chain including a message from counsel for GEO, dated August 18, 2020 recognizing that despite having considered and discarded draft plans, Defendants had "[n]o written policies formalized for COVID care."

3. In response to the Court's order that Defendants produce a written plan concerning medical care at Mesa Verde, *see* Dkt. 595, on Wednesday, August 26, 2020, Defendants emailed class counsel three documents and stated in a cover email that the documents comprised "a draft of the medical plan." Defendants stated that they were "still awaiting input from IHSC, so this draft is not final." Defendants told Plaintiffs that their input and suggestions were welcome. The "draft of the medical plan" consisted of three documents: 1) GEO February 28, 2020 guidance concerning COVID-19 management, a true and correct copy of which is attached hereto as **Exhibit B**; 2) a one-page "Brief Summary of CDC's Recommendations for High-Risk Patients Living in Congregate Housing to Prevent COVID-19," a true and correct copy of which is attached hereto as **Exhibit C**; and 3) a three-page comparison document listing "CDC treatment guidelines for COVID-19" alongside "Wellpath Medical response/treatment," a true and correct copy of which is attached hereto as **Exhibit D**. A true and correct copy of the email correspondence attaching the plan, which continued through August 31, 2020 as described below, is attached hereto as **Exhibit E.**

4. On Wednesday, August 26, 2020, at 5:14 PM, I responded to Defendants noting that we had shared the draft plans with expert witnesses and reiterating the concerns with the draft plan that Plaintiffs voiced during the case management conference that day: that it did not appear responsive to the Court's order even at a general level, because it did not include any provisions specific to Mesa Verde and it did not include any provisions that improved care. Defendants responded requesting that Plaintiffs "make some constructive suggestions." I let Defendants know that we would provide a number of concrete suggestions the following day. I asked Defendants what additional input they were seeking internally and what additional steps they expected to take before reaching a final draft, aside from seeking Plaintiffs' input. Defendants did not respond to this question, but reiterated their request that Plaintiffs provide concrete suggestions that could be shared with Defendants' clients. A true and correct copy of this correspondence is included in the email chain attached hereto at **Exhibit E.**

5. On Thursday, August 27, 2020, Plaintiffs emailed Defendants a list of deficiencies in Defendants' plan, as identified in consultation with expert witnesses who have provided testimony in this case. The list was described as an "Initial Response to COVID 'Medical Plan,'" as Plaintiffs had the "expectation that Defendants will produce a revised draft plan that will allow for [Plaintiffs' counsel] to provide more concrete and detailed recommendations" prior to the presentation of the plan to the Court as "Defendants stated that this is a preliminary draft that does not yet reflect complete input from ICE." A true and correct copy of this correspondence, including Plaintiffs' attached responses to Defendants' plan is attached hereto as **Exhibit F.** At 5:00 PM that day, Emilou MacLean and I met and conferred with counsel for Federal Defendants Sara Winslow and Shiwon Choe, along with counsel for Defendant GEO Susan Coleman and Royal Oakes. During this meet and confer, Attorney MacLean asked Defendants what the process for

continued review and editing of the plan would be. Defendants informed us that Dr. Medrano and Wellpath were working on the plan. Plaintiffs asked if a more developed draft would be circulated for Plaintiffs' input. Defendants' counsel told us that they would let us know when they could. Aside from a limited discussion about medical supplies, Defendants did not respond to or discuss Plaintiffs' feedback in writing or orally. Attorney MacLean told Defendants we were available to continue meeting and conferring, including over the weekend, as they continued to develop their plan.

6. After Thursday evening's meet and confer call, Defendants did not reach out to Plaintiffs regarding the medical plan. Defendants sought no further discussion of Plaintiffs' concerns or proposals, did not share further drafts, and did not otherwise engage Plaintiffs in the plan's conception or drafting.

7. On the morning of Monday, August 31, 2020, I emailed Defendants to reiterate our concern about their existing draft and to state that Plaintiffs continued to be available to meet and confer, although the short turnaround time before Defendants' deadline would make any meaningful collaboration quite difficult. Counsel for Federal Defendants promptly responded that Plaintiffs' comments had been "passed … on to the medical professionals at ICE and GEO who are working to finalize the draft that will be filed in court today." A true and correct copy of this correspondence is included in the email chain attached hereto as **Exhibit E.** Plaintiffs received the final draft of the medical plan when it was filed on the public docket.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email from Defendants' counsel, stating that on August 8, 2020, according to LVN Guzman from Wellpath Medical, COVID-positive class member Jose Ruiz "began to feel better and ceased coughing" after being "provided additional education on using his inhaler." Medical

records for Mr. Ruiz later indicated that he had been diagnosed with pneumonia in both lungs before this interaction.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the contract between Defendant GEO and Wellpath Medical, as produced to Plaintiffs by GEO.

I declare under penalty perjury that the foregoing is true and correct.

Executed on September 2, 2020 in Berkeley, California.

*/s/ Bree Bernwanger*
Bree Bernwanger
