# EXHIBIT A

FW: Topics for today's call

Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
Wed 9/2/2020 1:27 AM

To: Bree Bernwanger <bbernwanger@lccrsf.org>

4 attachments (644 KB)
COVID Report20200816115547 (2).pdf; IHSC Interim Reference Sheet COVID-19.pdf; Hospitals and Specialty Care.pdf; IHSC COVID-19 ASSESSMENT algorithm.pdf;


**From:** "Coleman, Susan E." <SColeman@bwslaw.com>
**Date:** Tuesday, August 18, 2020 at 4:25 PM
**To:** Bill Freeman <wfreeman@aclunc.org>, "Winslow, Sara (USACAN)" <Sara.Winslow@usdoj.gov>
**Cc:** "Maclean, Emilou (PDR)" <emilou.maclean@sfgov.org>
**Subject:** RE: Topics for today's call

Telling detainees in B dorm:

They have been advised verbally that they are positive for COVID. The provider has now seen all detainees as of 8/17/20 and shared this information with them. Copies of medical records cannot be issued directly to detainees.

Cardiotropic results – attached

Zamora – stable and is anticipated to be discharged tomorrow.  Info provided already.

Lin – currently in RHU on suicide watch.

Medical care policies –here is some additional info received from Wellpath regarding their policies and IHSC policies relied upon.

**Susan E. Coleman | Partner**
444 South Flower Street, Suite 2400 | Los Angeles, CA  90071-2953
d - 213.236.2831 | t - 213.236.0600 | f - 213.236.2700
scoleman@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.


**From:** Bill Freeman [mailto:wfreeman@aclunc.org]
**Sent:** Tuesday, August 18, 2020 3:50 PM
**To:** Winslow, Sara (USACAN); Coleman, Susan E.

**Cc:** Emilou Maclean
**Subject:** RE: Topics for today's call

**[EXTERNAL]**

Sara and Susan,

In connection with one of the questions that the Court has asked the parties to address concerning health care re possible "financial disincentives to hospitalizing detainees" (see ECF 563), Plaintiffs request that Federal Defendants and/or GEO promptly provide us with copies of ICE's (or GEO's) contract(s) with Wellpath that control the provision of medical services at Mesa Verde. Thank you.

Bill

**From:** Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>
**Sent:** Tuesday, August 18, 2020 3:43 PM
**To:** Emilou Maclean <emilou.maclean@sfgov.org>; Coleman, Susan E. <SColeman@bwslaw.com>; Bill Freeman <wfreeman@aclunc.org>
**Subject:** RE: Topics for today's call

Emi,

Regarding your 3rd bullet point below, we are gathering these citations and anticipate including them in our filing tomorrow.

Best,
Sara

**From:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Sent:** Tuesday, August 18, 2020 2:02 PM
**To:** Coleman, Susan E. <SColeman@bwslaw.com>; Bill Freeman <wfreeman@aclunc.org>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>
**Subject:** Re: Topics for today's call

Thank you, Susan.

If you have no policies regarding COVID-specific health care, can you please send:
- Any policies regarding emergency care,
- Any policies regarding general access to care, and
- Whatever specific CDC and IHSC guidance the Facility follows.

Best,
Emi

**From:** "Coleman, Susan E." <SColeman@bwslaw.com>
**Date:** Tuesday, August 18, 2020 at 1:57 PM
**To:** Bill Freeman <wfreeman@aclunc.org>, "Winslow, Sara (USACAN)" <Sara.Winslow@usdoj.gov>
**Cc:** "Maclean, Emilou (PDR)" <emilou.maclean@sfgov.org>
**Subject:** RE: Topics for today's call

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

I am checking on some of this. Zamora is still at hospital and stable. Will see if I can get more info. Not sure about what B dorm people and they've been told – checking. Will ask what healthcare providers are telling them but again, this is a third party entity.

No staff hospitalizations.

I don't believe we have results yet from the initial round of tests sent to Cardiotropic. Will let you know upon receipt even though these are superseded by more recent tests.

- Medical records – requests are being routed from ICE to Wellpath
- Policies – we follow CDC and IHSC recommendations. No written policies formalized for COVID care – you've seen drafts in the email production but none were implemented.
- Here is a GEO policy re calling 911, – one given to detainees and one for custody. Medical staff relies on training/experience/knowledge/discretion for when to send to hospital.
- Checking on oxygen info.

**Susan E. Coleman | Partner**
444 South Flower Street, Suite 2400 | Los Angeles, CA 90071-2953
d - 213.236.2831 | t - 213.236.0600 | f - 213.236.2700
scoleman@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Bill Freeman [mailto:wfreeman@aclunc.org]
**Sent:** Tuesday, August 18, 2020 12:12 PM
**To:** Winslow, Sara (USACAN); Coleman, Susan E.
**Cc:** Emilou Maclean
**Subject:** Topics for today's call

[EXTERNAL]

Dear counsel,

Here are today's topics. We can start at 4:45 pm with a hard stop at 5:30. Thanks.

- <u>Information about medical status of Dorm B class members:</u> Class members who are in Dorm B have expressed concern that they have not been told that they have tested positive for COVID, or have not been shown evidence that they have tested positive, or not been provided information about their medical status. Can you please confirm that Defendants have shared the COVID-positive status, and confirmation of that, with each of the class members in Dorm B? Can you please also confirm that the healthcare providers

- are instructed to answer class members' questions about their medical status, test, results, medical care, etc.?
- August 3/4/5 tests: Can you please inform us of the status of the August 3/4/5 tests? Plaintiffs would like those tests whenever they are available.
- Staff COVID hospitalizations: Please inform us whether any staff have been hospitalized due to COVID (since the beginning of the pandemic) and inform us if any staff become positive moving forward.
- Mr. Zamora: Please provide an update on the status of Mr. Margarito Zamora, the individual class member who is currently hospitalized.
- Mr. Lin: Please provide an update on what happened with Mr. Wei Lin, who was transferred from D to B and then apparently back to D. We also noticed on the report yesterday that he does not appear anywhere in the list of detainees at the facility. Please confirm where he is presently in addition to providing further details about what happened on the day that he was transferred into B temporarily.
- Information concerning medical treatment: Please provide, as instructed by the Court, information we need in order to address issues related to medical care for those who are COVID-positive in Dorm B:
    - Medical records (both from Mesa Verde and from any hospital visits) for the four individuals (identified in the prior email) who were sent to the hospital as COVID-positive (whether or not Defendants identified them as "hospitalized").
    - Written policies for treating Covid-positive detainees
    - Written policies for requesting medical care
    - Written policies for hospitalization of detainees
    - The number of oxygen monitors available at Mesa Verde
    - The number of oxygen tanks and nasal cannula set ups available at Mesa Verde.
- Transfers for removal: We request that opposing counsel share with class counsel the plan for removing class members who are "transferred for removal" or "released for removal," including:
    - What detention facility the person is being transferred to;
    - As of the time of transfer, the date of the planned removal;
    - A copy of the travel documents;
    - Confirmation that the transfer complies with the transfer checklist ICE produced at Dkt. 324-1; and
    - With 24 hours after the removal, confirmation after the removal has occurred.
- We also request that Defendants' counsel provide this information now with regard to Lateef Animawun (A 207046678), who was "transferred for removal" on August 10, 2020 but who class counsel understands has not been removed, and for whom class counsel has not received confirmation that travel documents exist.
- Outstanding issues: We also have as outstanding issues:
    - Whether we have a revised proposal for bail applications and oppositions that would work for both parties;
    - Whether Defendants are ready to discuss and resolve any issues concerning Dr. Greifinger's site visit

Bill



William S. Freeman
*Senior Counsel*
*Pronouns: he/him*

ACLU Foundation of Northern California

39 Drumm Street, San Francisco, CA 94111

415-293-6335