# EXHIBIT E

# Bree Bernwanger

| | |
|---|---|
| **From:** | Bree Bernwanger |
| **Sent:** | Monday, August 31, 2020 12:41 PM |
| **To:** | 'Winslow, Sara (USACAN)'; 'Coleman, Susan E.'; Maclean, Emilou (PDR) |
| **Cc:** | Bill Freeman; Garbers, Wendy (USACAN); Zack, Adrienne (USACAN); Choe, Shiwon (USACAN); Marty Schenker; Sean Riordan; Judah Lakin; Newman, Michael A.S.; Oakes, Royal F.; Weinstein, David S. |
| **Subject:** | RE: Zepeda Rivas - draft medical plan |

Understood. Thank you, Sara.

**From:** Winslow, Sara (USACAN) [mailto:Sara.Winslow@usdoj.gov]
**Sent:** Monday, August 31, 2020 10:04 AM
**To:** Bree Bernwanger <bbernwanger@lccrsf.org>; 'Coleman, Susan E.' <SColeman@bwslaw.com>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>; Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Marty Schenker <mschenker@cooley.com>; Sean Riordan <SRiordan@aclunc.org>; Judah Lakin <judah@lakinwille.com>; Newman, Michael A.S. <mnewman@hinshawlaw.com>; Oakes, Royal F. <roakes@hinshawlaw.com>; Weinstein, David S. <DWeinstein@hinshawlaw.com>
**Subject:** RE: Zepeda Rivas - draft medical plan

Bree,

We received your comments in writing and orally on Thursday, and we have passed those on to the medical professionals at ICE and GEO who are working to finalize the draft that will be filed in court today.

Best,
Sara

**From:** Bree Bernwanger <bbernwanger@lccrsf.org>
**Sent:** Monday, August 31, 2020 9:34 AM
**To:** 'Coleman, Susan E.' <SColeman@bwslaw.com>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Marty Schenker <mschenker@cooley.com>; Sean Riordan <SRiordan@aclunc.org>; Judah Lakin <judah@lakinwille.com>; Newman, Michael A.S. <mnewman@hinshawlaw.com>; Oakes, Royal F. <roakes@hinshawlaw.com>; Weinstein, David S. <DWeinstein@hinshawlaw.com>
**Subject:** RE: Zepeda Rivas - draft medical plan

Dear Counsel:

You asserted during the Wednesday case management conference that the medical plan you produced to us was a draft that was still in the process of internal review. On Thursday, we sent recommended requirements for a medical plan, supported by our experts. We also expressed in a call on Thursday afternoon a willingness to

1

review subsequent drafts, and to further meet and confer (including over the weekend) after you had the opportunity to discuss further internally with your clients. Despite that, you are due to produce the medical plan to the Court today, and we have heard nothing further from you about your medical plan since our Thursday afternoon call.

We remain willing to meet and confer regarding the Mesa Verde medical plan, as compelled both by the Court and the current health crisis at Mesa Verde. However, we regret that any meet and confer at this stage is unlikely to be productive given the short time that remains and our need to consult with our experts about any proposal. We remain deeply concerned about the fact that months into the pandemic, and at least one month into the outbreak at Mesa Verde, Defendants lack any meaningful plan to respond to the health needs of class members.

Please let us know how you propose to move forward.

Best,
Bree



**Bree Bernwanger** (she/her)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.209
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** Coleman, Susan E. [mailto:SColeman@bwslaw.com]
**Sent:** Thursday, August 27, 2020 10:18 AM
**To:** Bree Bernwanger <bbernwanger@lccrsf.org>; Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>; Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Marty Schenker <mschenker@cooley.com>; Sean Riordan <SRiordan@aclunc.org>; Judah Lakin <judah@lakinwille.com>; Newman, Michael A.S. <mnewman@hinshawlaw.com>; Oakes, Royal F. <roakes@hinshawlaw.com>; Weinstein, David S. <DWeinstein@hinshawlaw.com>
**Subject:** RE: Zepeda Rivas - draft medical plan

Any written suggestions before/outside of the conference are appreciated.  As you know, we need to include our clients in any decisions so there is a process to go through.

Susan E. Coleman | Partner
444 South Flower Street, Suite 2400 | Los Angeles, CA  90071-2953
d - 213.236.2831 | t - 213.236.0600 | f - 213.236.2700

scoleman@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Bree Bernwanger [mailto:bbernwanger@lccrsf.org]
**Sent:** Wednesday, August 26, 2020 5:42 PM
**To:** Coleman, Susan E.; Winslow, Sara (USACAN); Maclean, Emilou (PDR)
**Cc:** Bill Freeman; Garbers, Wendy (USACAN); Zack, Adrienne (USACAN); Choe, Shiwon (USACAN); Marty Schenker; Sean Riordan; Judah Lakin; Newman, Michael A.S.; Oakes, Royal F.; Weinstein, David S.
**Subject:** RE: Zepeda Rivas - draft medical plan

[EXTERNAL]

Dear Susan,

We are working with our experts and plan to be prepared with a number of concrete and specific suggestions tomorrow, assuming we are all able to speak at our standing 5:00 PM time.

At this point, as laid out in my prior email, it is difficult to provide concrete feedback, as the proposed plan does not depart in any discernable way from what was happening in Mesa Verde prior to the Court's order on Friday and does not include any provisions specific to the conditions and outbreak at Mesa Verde.

We also understand that this is not a final draft and that ICE is continuing to provide input to GEO. On our end, it would be helpful to know from you all what additional steps Defendants expect to take before reaching a draft that reflects both GEO and ICE's input—which is the point where it seems input from us would be most productive. Which individuals and entities have already reviewed the plan and provided input, and which individuals and entities are you still awaiting input from?

Best,
Bree



**Bree Bernwanger** (she/her)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.209
Fax: (415) 543-0296
www.lccrsf.org

**From:** Coleman, Susan E. [mailto:SColeman@bwslaw.com]
**Sent:** Wednesday, August 26, 2020 5:15 PM
**To:** Bree Bernwanger <bbernwanger@lccrsf.org>; Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>; Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Marty Schenker <mschenker@cooley.com>; Sean Riordan <SRiordan@aclunc.org>; Judah Lakin <judah@lakinwille.com>; Newman, Michael A.S. <mnewman@hinshawlaw.com>; Oakes, Royal F. <roakes@hinshawlaw.com>; Weinstein, David S. <DWeinstein@hinshawlaw.com>
**Subject:** RE: Zepeda Rivas - draft medical plan

Please make some constructive suggestions for us to consider.

Thanks,

Susan

**Susan E. Coleman | Partner**
444 South Flower Street, Suite 2400 | Los Angeles, CA  90071-2953
d - 213.236.2831 | t - 213.236.0600 | f - 213.236.2700
scoleman@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

---

**From:** Bree Bernwanger [mailto:bbernwanger@lccrsf.org]
**Sent:** Wednesday, August 26, 2020 5:14 PM
**To:** Coleman, Susan E.; Winslow, Sara (USACAN); Maclean, Emilou (PDR)
**Cc:** Bill Freeman; Garbers, Wendy (USACAN); Zack, Adrienne (USACAN); Choe, Shiwon (USACAN); Marty Schenker; Sean Riordan; Judah Lakin; Oakes, Royal F.; Weinstein, David S.
**Subject:** RE: Zepeda Rivas - draft medical plan

[EXTERNAL]

Dear Counsel:

As discussed in today's case management conference, we have reviewed the proposed medical plan and have serious concerns. We are still consulting with our experts regarding details, but have two major areas of global concern. First, we see no meaningful difference between the proposal and the level of care prior to the court's order. Second, we see nothing in the proposal specific to the outbreak or to Mesa Verde at all. It appears that this proposal is thus not responsive to the Court's order requiring Defendants to *improve* their system of care and to do so with the particular crisis situation in Mesa Verde in mind. *See* Dkt. 595.

We welcome the opportunity to meet and confer but do not expect that doing so would be fruitful until significant changes are made to bring the plan in line with the broad contours of the Court's order. We will nonetheless continue to engage with our experts, and would like to reserve tomorrow afternoon's 5:00 PM standing call to discuss the medical plan.

Sincerely,
Bree



**Bree Bernwanger** (she/her)
Senior Staff Attorney
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Tel: (415) 543-9444 x.209
Fax: (415) 543-0296
www.lccrsf.org

---

**From:** Coleman, Susan E. [mailto:SColeman@bwslaw.com]
**Sent:** Wednesday, August 26, 2020 11:37 AM
**To:** Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>; Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Marty Schenker <mschenker@cooley.com>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Oakes, Royal F. <roakes@hinshawlaw.com>; Weinstein, David S. <DWeinstein@hinshawlaw.com>
**Subject:** RE: Zepeda Rivas - draft medical plan

Counsel – attached is a draft of the medical plan. We are still awaiting additional input from IHSC, so this is not yet final; however, we welcome your input and suggestions.

Best,

Susan

**Susan E. Coleman | Partner**
444 South Flower Street, Suite 2400 | Los Angeles, CA  90071-2953
d - 213.236.2831 | t - 213.236.0600 | f - 213.236.2700
scoleman@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error

and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.