# EXHIBIT H TO
# Declaration of Bree Bernwanger

# [Document Submitted Under Seal]