UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE MOTION FOR RECONSIDERATION FILED BY JUAN BAROCIO-MENDEZ**<br><br>Re: Dkt. No. 660 |

The Court construes Dkt. No. 660, filed by detainee Juan Barocio-Mendez, as a renewed bail application. That application is denied.

**IT IS SO ORDERED.**

Dated: September 4, 2020

VINCE CHHABRIA
United States District Judge