DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' SEPTEMBER 4, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

      In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i)     **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

      Attached is a roster that contains this information, along with testing information for each detainee.

(ii)     **Updates on any tests offered or given to detainees, and the results of those tests**.

      The majority of the results of the facility-wide lab tests collected on September 1, 2020, and sent

to LabCorp were returned and reported yesterday. As noted, the test for Mr. Victor Sanchez-Brito, A######766, was invalid because the specimen leaked. A new specimen was collected and sent out to LabCorp on September 3, 2020, and remains pending. The results of Mr. Juan Carlos Minchaca Ramos's test, A######245, have now been returned and are negative.

Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.) Additionally, Defendants plan to retest the facility (except for individuals who have already tested positive) on Tuesday, September 8, 2020.

As of today, there are 82 detainees at Mesa Verde. In total, 47 of the current detainees have tested positive for COVID at some point, and as of today, all 47 have been determined to be recovered.

(iii)   **Updates on tests of employees and the results of those tests.**

Defendant the GEO Group, Inc., reports that staff testing resumed on August 31, 2020, and has continued on a rolling basis. So far, 80 GEO staff tests have yielded 50 negatives and 30 are pending. Wellpath had 17 tests with 15 negatives and 2 pending. As reported yesterday, there are currently two (2) GEO officers out with COVID.

(iv)   **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 82 detainees, or less than 25% of capacity. There are currently zero detainees with active COVID status; all are negative or recovered.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered detainees. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing. No detainees have been hospitalized since the last report.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants submit arrival and release information for Mesa Verde and Yuba County Jail. Neither facility had any arrivals, and Yuba County Jail had no releases.

Mesa Verde releases are as follows:

| A-Number | Last Name | First Name | Book-Out Date | Reason for Release |
|---|---|---|---|---|
| 848 | ALAS-ALFARO | EDWIN | 9/4/2020 | Transferred for removal. |
| 595 | CATALAN-RAMIREZ | ERVIN | 9/4/2020 | Transferred for removal. |
| 576 | MARTINEZ-ORTIZ | FERNANDO | 9/4/2020 | Transferred for removal. |
| 029 | MEJIA-LOPEZ | JOSE DINO | 9/4/2020 | Transferred for removal. |
| 242 | MENDOZA | ANTONI | 9/4/2020 | Transferred for removal. |
| 544 | MORALES-SANCHEZ | HENRY | 9/4/2020 | Transferred for removal. |
| 048 | NAJERA GRAJEDA | GERMAN | 9/4/2020 | Transferred for removal. |
| 669 | PINEDA | SANTIAGO | 9/4/2020 | Transferred for removal. |
| 988 | RODRIQUEZ-GALICIA | HERMELINDO | 9/4/2020 | Transferred for removal. |
| 855 | VILLANUEVA | JOSE | 9/4/2020 | Transferred for removal. |

DATED: September 4, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 265 | GONZALEZ-AGATON | ANTONIO | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/18/2020 | Positive | 8/11/2020 | Abbott test | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 992 | CARILLO TORRES | WALTER | B | 7/30/2020 | Refused | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 419 | ABADIN | HECTOR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | | |
| 291 | BOAR | DAN | C | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Positive | 8/18/2020 | 8/20/2020 | Positive | |
| 388 | CAMARENA NAVARRETE | JOSE | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 884 | DUNGO | REYNALDO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Positive | 8/15/2020 | Abbott test | Positive | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | 7/27/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 067 | MORALES | JACINTO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 929 | PEREZ | OSCAR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | | |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | | | | | |
| 361 | SINGH | DILBAGH | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 807 | EDMONDSON | ALTON | D | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 210 | XIONG | JIAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 |
| 889 | MELGOZA | JOSE | Medical | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | 7/15/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Positive | 9/1/2020 | 9/3/2020 | Negative | | | |
| 265 | GONZALEZ-AGATON | ANTONIO | A | 8/20/2020 | Positive | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | 9/1/2020 | 9/4/2020 | Negative | | | |
| 992 | CARILLO TORRES | WALTER | B | | | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | | | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | | | | | | | | | |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | | | |
| 291 | BOAR | DAN | C | | | | | | | | | | | |
| 388 | CAMARENA NAVARRETE | JOSE | C | | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | | | | | | |
| 884 | DUNGO | REYNALDO | C | | | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | | | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | | | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | | | | | | | | | |
| 067 | MORALES | JACINTO | C | | | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | | | |
| 929 | PEREZ | OSCAR | C | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | | | | | | | | | |
| 361 | SINGH | DILBAGH | C | | | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | 9/3/2020 | Negative | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 9/3/2020 | Negative | | | | | | | | | |
| 807 | EDMONDSON | ALTON | D | 9/3/2020 | Negative | | | | | | | | | |
| 819 | ESTIGOY | ALANN | D | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | | | | | | |
| 728 | GONZALEZ-RODRIGUEZ | JOSE | D | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | | | | | | |
| 548 | GRIFFIN | MARK | D | 9/3/2020 | Negative | | | | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 9/3/2020 | Negative | | | | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 9/3/2020 | Negative | | | | | | | | | |
| 919 | LIN | WEI | D | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 9/3/2020 | Negative | | | | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | 9/3/2020 | Negative | | | | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 9/3/2020 | Negative | | | | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | 9/3/2020 | Negative | | | | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 9/3/2020 | Negative | | | | | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | 9/3/2020 | Negative | | | | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | 9/3/2020 | Negative | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Invalid | 9/3/2020 | Pending | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 9/3/2020 | Negative | | | | | | | | | |
| 210 | XIONG | JIAN | D | 9/3/2020 | Negative | | | | | | | | | |
| 889 | MELGOZA | JOSE | Medical | | | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | | | | |