UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 48**<br><br>Re: Dkt. Nos. 619-1, 619-2, 619-4, 628-1, 646-1 |

The bail application from the following detainee is granted:

- Jose Daniel Gonzalez Rodriguez

Bail is subject to the standard conditions of release as stated at Dkt. 543.

The bail applications from the following detainees are denied:

- Samuel Rios Alvarado
- Rajnish Rajnish
- John Emmanuel Carvajal Victorio
- Walter Ivan Carrillo Torres

**IT IS SO ORDERED.**

Dated: September 8, 2020

VINCE CHHABRIA
United States District Judge