DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' SEPTEMBER 8, 2020 DAILY REPORT** |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

Attached is a roster that contains this information, along with testing information for each detainee.

On September 2, 3, and 4, 2020, Federal Defendants reported that Jose Camarena Navarrete, A######388, Raleigh Figueras, A######229, and Dan Boar, A######291, had been moved to Dorm C.

This was in error. Although these three detainees were determined to be recovered, they remained in Dorm B based on their refusal(s) to move. Mr. Figueras and Mr. Boar continue to be in Dorm B. Mr. Camarena Navarrete was transferred for removal today. The correction is reflected on today's roster.

(ii)   **Updates on any tests offered or given to detainees, and the results of those tests.**

The outstanding lab test for Mr. Victor Sanchez-Brito, A######766, which was redone on September 3, returned with negative results over the weekend. Thus, all tested detainees were negative in last weeks' testing.

Today, Wellpath staff lab-tested Dorms A and D for COVID-19 (this constitutes the entire detainee population except for individuals who have already tested positive and are quarantined or who are in the recovered housing unit/isolation), as planned. The specimens will be sent to LabCorp. Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.)

As of today, there are 78 detainees at Mesa Verde. In total, 45 of the current detainees have tested positive for COVID at some point, and all 45 have been determined to be recovered.

(iii)   **Updates on tests of employees and the results of those tests.**

Defendant the GEO Group, Inc., reports that staff testing resumed on September 7, 2020, and has continued on a rolling basis.

For last week, 80 GEO staff tests yielded 80 negative results. For Wellpath staff, 17 tests yielded 17 negative results. As previously reported, there are currently two (2) GEO officers out on extended leave with COVID.

(iv)   **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 78 detainees, or less than 20 percent of capacity. There are currently zero detainees with active COVID status; all are negative or recovered.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered

detainees.  Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing.  No detainees have been hospitalized since the last report.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants submit arrival and release information for Mesa Verde and Yuba County Jail.  Neither facility had any arrivals since the last report, and Yuba County Jail had no releases.

Mesa Verde releases are as follows:

| A-Number | Last Name | First Name | Book-Out Date | Reason for Release |
|---|---|---|---|---|
| ######210 | XIONG | JIAN | 9/8/2020 | Released on order of supervision. |
| ######728 | GONZALEZ-ROMERO | JOSE | 9/8/2020 | District Court ordered release. |
| ######884 | DUNGO | REYNALDO | 9/8/2020 | Released for removal. |
| ######388 | CAMARENA NAVARRETE | JOSE | 9/8/2020 | Released for removal. |

DATED:  September 8, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 7/27/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 265 | GONZALEZ-AGATON | ANTONIO | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/18/2020 | Positive | 8/11/2020 | Abbott test | Negative | 8/15/2020 | Abbott test | | | |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 7/28/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test |
| 490 | SINGH | GURSAMITAR | A | | | 8/4/2020 | 8/16/2020 | Invalid | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 438 | SINGH-KAHLON | YADWINDER | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 291 | BOAR | DAN | B | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 992 | CARILLO TORRES | WALTER | B | 7/30/2020 | Refused | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 229 | FIGUERAS | RALEIGH | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 264 | VIGIL | OSCAR | B | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | 7/27/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Positive | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 067 | MORALES | JACINTO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | 7/22/2020 | Negative | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 929 | PEREZ | OSCAR | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | |
| 361 | SINGH | DILBAGH | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 366 | ARIAS ROMERO | KEVIN | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Positive | 9/1/2020 | 9/3/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 629 | BRAVO | ERICK | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Positive | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 268 | MATEO-VIRULA | OBED | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | 9/1/2020 | 9/4/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 490 | SINGH | GURSAMITAR | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 438 | SINGH-KAHLON | YADWINDER | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 291 | BOAR | DAN | B | Positive | 8/18/2020 | 8/20/2020 | Positive | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | Positive | | | | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | | | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | | | | | | | | | | | | | |
| 264 | VIGIL | OSCAR | B | | | | | | | | | | | | | |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | | | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | Positive | | | | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | Positive | | | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | | | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | | | | | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | | | | | | | | | | | |
| 067 | MORALES | JACINTO | C | | | | | | | | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | | | | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | | | | | |
| 929 | PEREZ | OSCAR | C | Positive | | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | | | | | | | | | | | |
| 361 | SINGH | DILBAGH | C | | | | | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 |
|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 9/8/2020 | Pending | | | | |
| 366 | ARIAS ROMERO | KEVIN | A | 9/8/2020 | Pending | | | | |
| 287 | ARZATE-REYES | IGNACIO | A | 9/8/2020 | Pending | | | | |
| 629 | BRAVO | ERICK | A | 9/8/2020 | Pending | | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 265 | GONZALEZ-AGATON | ANTONIO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 073 | LUCAS PLEAEZ | HUGO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 413 | MANZANILLA | SOLIS | A | 9/8/2020 | Pending | | | | |
| 268 | MATEO-VIRULA | OBED | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 9/8/2020 | Pending | | | | |
| 821 | MIRZAIANS | HRAND | A | 9/8/2020 | Pending | | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 126 | REYES VIDAL | MANUEL ANTONIO | A | 9/8/2020 | Pending | | | | |
| 490 | SINGH | GURSAMITAR | A | 9/8/2020 | Pending | | | | |
| 438 | SINGH-KAHLON | YADWINDER | A | 9/8/2020 | Pending | | | | |
| 326 | TRUJILLO | FERMIN | A | 9/8/2020 | Pending | | | | |
| 291 | BOAR | DAN | B | | | | | | |
| 992 | CARILLO TORRES | WALTER | B | | | | | | |
| 229 | FIGUERAS | RALEIGH | B | | | | | | |
| 954 | NARVAEZ | PEDRO | B | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | B | | | | | | |
| 264 | VIGIL | OSCAR | B | | | | | | |
| 419 | ABADIN | HECTOR | C | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | |
| 252 | FLORES-BANUELOS | ALEJANDRO | C | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | |
| 081 | HERNANDEZ GARCIA | BENJAMIN | C | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | | | | |
| 067 | MORALES | JACINTO | C | | | | | | |
| 834 | NAJERA SANDOVAL | MARCOS | C | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | |
| 929 | PEREZ | OSCAR | C | | | | | | |
| 580 | QUAN | LAM | C | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | | | | |
| 361 | SINGH | DILBAGH | C | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 807 | EDMONDSON | ALTON | D | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 888 | AGUILAR CARRION | JOSE | RHU | 7/15/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 018 | SINGH | JASWANT | C | | | | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 807 | EDMONDSON | ALTON | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 819 | ESTIGOY | ALANN | D | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 548 | GRIFFIN | MARK | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 919 | LIN | WEI | D | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 887 | RAMIREZ | ARNOLDO | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Invalid | 9/3/2020 | 9/5/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | Pending | 9/8/2020 | Pending | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | | | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 |
|---|---|---|---|---|---|---|---|---|---|
| 018 | SINGH | JASWANT | C | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | |
| 084 | ARDEBILI | DAVID | D | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | | | | |
| 807 | EDMONDSON | ALTON | D | | | | | | |
| 819 | ESTIGOY | ALANN | D | | | | | | |
| 548 | GRIFFIN | MARK | D | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | | | | |
| 919 | LIN | WEI | D | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | 9/8/2020 | Pending | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | | | | |