UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER FOR BRIEFING ON POSSIBILITY OF REINFECTION** |

　　　The parties are ordered to each file a letter brief (along with any key supporting materials) on the most recent information regarding the risk of reinfection from Covid-19. The letter briefs are due no later than 5 p.m. on Thursday, September 17.

　　**IT IS SO ORDERED.**

Dated: September 11, 2020

VINCE CHHABRIA
United States District Judge