DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' SEPTEMBER 11, 2020 DAILY REPORT** |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

Attached is a roster that contains this information, along with testing information for each detainee.

(ii)     **Updates on any tests offered or given to detainees, and the results of those tests**.

All results from Tuesday's lab testing of detainees in Dorms A and D have returned. They are all negative and are reported in the attached roster.

Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.)

As of today, there are 69 detainees at Mesa Verde. In total, 39 of the current detainees have tested positive for COVID at some point, and all 39 have been determined to be recovered.

(iii)    **Updates on tests of employees and the results of those tests.**

Defendant the GEO Group, Inc., reports that staff testing resumed on September 7, 2020, and has continued on a rolling basis. So far, 79 GEO staff tests have been collected; 52 are negative and 27 are pending. There have been 14 Wellpath staff tests collected; 11 are negative and 3 are pending.

Only one GEO officer remains out on extended leave with COVID.

(iv)    **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 69 detainees, or less than 20 percent of capacity. There are currently zero detainees with active COVID status; all are negative or recovered.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, many of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered detainees. Additional steps that Defendants have taken are outlined above.

Plaintiffs have asked that Defendants include information about any hospitalizations in their daily reports, which Defendants had already been doing. No detainees have been hospitalized since the last report.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants submit arrival and release information for Mesa Verde and Yuba County Jail. Neither facility had any arrivals since the last report, and Yuba County Jail had no releases

Mesa Verde releases are as follows:

| A-Number | Last Name | First Name | Book-Out Date | Reason for Release |
|---|---|---|---|---|
| ######067 | MORALES | JACINTO | 9/10/2020 | Released for removal |

DATED: September 11, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 7/27/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 629 | BRAVO | ERICK | A | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 265 | GONZALEZ-AGATON | ANTONIO | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 268 | MATEO-VIRULA | OBED | A | | | 8/4/2020 | Pending | | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/18/2020 | Positive | 8/11/2020 | Abbott test | Negative | 8/15/2020 | Abbott test |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | 7/24/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 291 | BOAR | DAN | C | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 992 | CARILLO TORRES | WALTER | C | 7/30/2020 | Refused | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 264 | VIGIL | OSCAR | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 807 | EDMONDSON | ALTON | D | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 366 | ARIAS ROMERO | KEVIN | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Positive | 9/1/2020 | 9/3/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 629 | BRAVO | ERICK | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Positive | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 268 | MATEO-VIRULA | OBED | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | 9/1/2020 | 9/4/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | | | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | Positive | | | | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | Positive | | | | | | | | | | | | |
| 291 | BOAR | DAN | C | Positive | 8/18/2020 | 8/20/2020 | Positive | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | C | Positive | | | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | | | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | | | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | | | | | | | | | | | |
| 264 | VIGIL | OSCAR | C | | | | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 807 | EDMONDSON | ALTON | D | | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 819 | ESTIGOY | ALANN | D | | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 548 | GRIFFIN | MARK | D | | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 |
|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 9/8/2020 | 9/11/2020 | Negative | | | |
| 366 | ARIAS ROMERO | KEVIN | A | 9/8/2020 | 9/11/2020 | Negative | | | |
| 287 | ARZATE-REYES | IGNACIO | A | 9/8/2020 | 9/11/2020 | Negative | | | |
| 629 | BRAVO | ERICK | A | 9/8/2020 | 9/11/2020 | Negative | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 9/8/2020 | 9/10/2020 | Negative | | | |
| 268 | MATEO-VIRULA | OBED | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 9/8/2020 | 9/11/2020 | Negative | | | |
| 821 | MIRZAIANS | HRAND | A | 9/8/2020 | 9/11/2020 | Negative | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 9/8/2020 | 9/10/2020 | Negative | | | |
| 419 | ABADIN | HECTOR | C | | | | | | |
| 159 | ALCALA-ALMANZA | RUBEN | C | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | |
| 291 | BOAR | DAN | C | | | | | | |
| 992 | CARILLO TORRES | WALTER | C | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | |
| 580 | QUAN | LAM | C | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | | | | |
| 264 | VIGIL | OSCAR | C | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | |
| 084 | ARDEBILI | DAVID | D | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | | | | |
| 807 | EDMONDSON | ALTON | D | | | | | | |
| 819 | ESTIGOY | ALANN | D | | | | | | |
| 548 | GRIFFIN | MARK | D | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 887 | RAMIREZ | ARNOLDO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 |
| 888 | AGUILAR CARRION | JOSE | RHU | 7/15/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | | | |
| 919 | LIN | WEI | D | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 887 | RAMIREZ | ARNOLDO | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Invalid | 9/3/2020 | 9/5/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | | | | | | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 |
|---|---|---|---|---|---|---|---|---|---|
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | | | | |
| 919 | LIN | WEI | D | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | | | | |
| 887 | RAMIREZ | ARNOLDO | D | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | 9/8/2020 | 9/10/2020 | Negative | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | | | | |