WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.orga
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax:    415-553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**PLAINTIFFS' BRIEF REGARDING RISK OF REINFECTION** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*

*Admitted Pro Hac Vice*

On September 11, 2020, this Court ordered parties to "file a letter brief (along with any key supporting materials) on the most recent information regarding the risk of reinfection from Covid-19." Dkt. 686. Plaintiffs submit the attached Supplemental Declaration of Dr. Akiko Iwasaki, Ph.D., Regarding Risk of COVID-19 Reinfection ("Iwasaki Supp. Dec.") which includes citations to the most relevant recent medical and scientific research and recommendations concerning the question posed by the Court.[1] "Reinfection," as referred to in Dr. Iwasaki's declaration and herein, means a subsequent COVID-19 infection different from the initial infection. Although this is a rapidly-evolving area of medical research, the current scientific consensus is that reinfection is possible, can cause severe illness, and can lead to transmission of the virus to others. For those reasons, the Centers for Disease Control and Prevention (CDC) and other public health experts instruct that COVID-19 survivors undertake the same risk mitigation efforts as people who have not yet been infected.

## I. Reinfection Is Possible

There is a "growing scientific consensus that reinfection is possible." Iwasaki Supp. Dec. at ¶¶ 7, 19, 29. While there may be some natural immunity that results from an initial infection, that is both uncertain and, if it exists at all, short-lived (*i.e.*, two or three months). *Id.* at ¶¶ 7, 16-17, 29. Indeed, in response to erroneous reporting suggesting even a short-term immunity from reinfection, the CDC recently clarified that the "science does not imply a person is immune to reinfection with SARS-CoV-2, the virus that causes COVID-19, in the 3 months following infection." CDC, "Updated Isolation Guidance Does Not Imply Immunity to COVID-19," Aug.

---

[1] Dr. Iwasaki is a Professor of Immunobiology and Molecular, Cellular and Developmental Biology at Yale University School of Medicine and an Investigator at the Howard Hughes Medical Institute, one of the world's most renowned medical research organizations. There she supervises a lab dedicated to immunological research which is currently researching the immune response to SARS-CoV-2. *See* Iwasaki Supp. Dec. at ¶ 1; Dkt. 229-16 (Iwasaki Dec.) ¶¶ 1-5.

14, 2020, at https://www.cdc.gov/media/releases/2020/s0814-updated-isolation-guidance.html (hereinafter "CDC August Clarification"). *See also* Iwasaki Supp. Dec. ¶ 13.

## II. Reinfection May Cause Severe Illness or Death

As with an initial infection, reinfection with COVID-19 carries a risk of serious illness or death. *Id.* at ¶¶ 7, 14-15, 29. An individual may suffer more or less serious health outcomes upon reinfection as compared to the initial infection. *Id.* at ¶¶ 7, 14-15, 29. This is evident by confirmed reinfections (where genetic testing shows different strains of virus with each infection), including with a young and otherwise healthy individual, with no pre-existing conditions suggestive of immunosuppression, whose reinfection 48 days after an initial infection led to his hospitalization. *See id.* at ¶ 14, *citing* Tillett R, et al., "Genomic evidence for a case of reinfection with SARS-CoV-2," SSRN, Aug. 25, 2020, at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3680955.

Severe health outcomes from COVID-19 may be immediately evident or may appear—or continue—weeks or months after an initial infection. Importantly, "recovery" from COVID-19 – as defined based on the passage of time and the diminution of COVID-19 symptoms – connotes the cessation of infectiousness from the initial infection, but does *not* guarantee that a person is no longer at risk of severe health outcomes as a result of their initial infection. *Id.* at ¶¶ 20, 22, 26 ("Continuing symptoms can be quite severe and long-lasting in some people, who are sometimes self-described as COVID-19 "long haulers." . . . Thus, an initial reduction of symptoms or decline in infectiousness should not always be equated with a full recovery.").

## III. Reinfections Permit COVID-19 Transmission

People reinfected with COVID-19—whether they are asymptomatic or suffering from severe COVID-19—also may transmit the virus to others as they could with the initial infection.

*Id.* at ¶¶ 7, 18, 29. For this reason, the World Health Organization (WHO) has cautioned against relying on evidence of prior infection to justify discounting public health precautions to avoid transmission. WHO, "Scientific Brief: 'Immunity passports' in the context of COVID-19," Apr. 24, 2020, at https://www.who.int/news-room/commentaries/detail/immunity-passports-in-the-context-of-covid-19 (*hereinafter* "WHO, COVID-19 'Immunity Passports'") ("People who assume that they are immune to a second infection because they have received a positive test result may ignore public health advice. The use of such [immunity] certificates [confirming a prior infection] may therefore increase the risks of continued transmission."). As the WHO warned, presuming immunity following an initial infection endangers public health and may be a cause of further spread of the disease.

The transmission period during an initial infection with the virus depends on viral load while infected, but "is still believed to be limited to no more than 20 days" for individuals with severe symptoms, and for a shorter time period for those with more mild disease. *Id*. at ¶ 11. After this initial period the virus may still be present in an individual's body, but it is generally understood that individuals cannot infect others. *Id*. ¶ 12. Reinfection, though, involves a new infection that is capable of transmission. *Id*. ¶¶ 14, 18.

**IV.     Mitigation Strategies for Reinfection Are Identical to Mitigation Strategies for Initial Infection**

Acknowledging the risk of reinfection, the CDC and the World Health Organization (WHO) have urged people to continue to take precautions—such as social distancing and avoiding unnecessary gatherings—to avoid infection regardless of whether or not they have previously been infected. *Id.* at ¶ 8 ("These precautions, including especially social distancing, are necessary in order to protect both individual and public health."), *Id.* at ¶ 23, *citing* CDC August Clarification, *supra* ("CDC recommends that all people, whether or not they have had

COVID-19, take steps to prevent getting and spreading COVID-19."); WHO, COVID-19 "Immunity Passports," *supra*.

Dr. Iwasaki, informed by the latest medical literature and the recommendations of the CDC and the WHO, recommends:

- Individuals previously-infected with COVID-19 should be removed from isolation after either a negative test or a time- and symptom-based analysis, as outlined in *id.* at ¶ 21. Relying on this analysis confirms a person is no longer infectious (from an initial infection) but does *not* confirm that they no longer have COVID-related medical needs or no longer have a risk of infectiousness from a subsequent reinfection. *Id.* at ¶¶ 21-22 ("An individual should continue to have close health monitoring and observation even if symptoms and passage of time indicate that they are no longer infectious.").

- All individuals, whether never infected or deemed "recovered" from infection, should take equal precautions to avoid infection or reinfection, including social distancing. *Id.* at ¶¶ 23-24, 28, 29.

- Individuals deemed "recovered" from COVID-19 should continue to be monitored for deteriorating health from an initial infection, as well as symptoms which might suggest re-infection. *Id.* at ¶¶ 22, 26.

- Recognizing the continued need to efficiently identify and respond to any infections or outbreaks in a congregate facility such as Mesa Verde and Yuba County Jail, detained individuals deemed "recovered" from COVID-19 should continue to be tested frequently and with rapid results, beginning two to three months after an initial infection (at which time there are no longer risks of false positives from residue of the

virus from the initial infection). *Id.* at ¶¶ 9, 12-13, 25-27. Individuals deemed "recovered" from COVID-19 should also be tested if they demonstrate symptoms of COVID-19 which might suggest reinfection. *Id.* at ¶¶ 9, 26.

As Dr. Iwasaki makes clear: "It is not safe to assume that individuals who have been infected previously are not at risk of reinfection, or are not at risk of a more serious infection, or are not at risk of transmission of the virus to others. Given the high risks of transmission of COVID-19 in a congregate setting such as the facilities at issue in this litigation, and the risk of severe illness or death which can result from infection, precautions should be taken to avoid reinfection and the risk of further outbreaks." *Id.* at ¶ 29.

Dated: September 17, 2020                                    Respectfully submitted,

Bree Bernwanger                                              /s/ Emilou MacLean
Hayden Rodarte                                               Manohar Raju
LAWYERS' COMMITTEE FOR                                       Public Defender
CIVIL RIGHTS OF                                              Matt Gonzalez
SAN FRANCISCO BAY AREA                                       Chief Attorney
                                                             Francisco Ugarte
Martin S. Schenker                                           Genna Ellis Beier
Timothy W. Cook                                              Emilou H. MacLean
Francisco M. Unger                                           OFFICE OF THE PUBLIC DEFENDER
COOLEY LLP                                                   SAN FRANCISCO

Judah Lakin                                                  William S. Freeman
Amalia Wille                                                 Sean Riordan
LAKIN & WILLE LLP                                            Angélica Salceda
                                                             AMERICAN CIVIL LIBERTIES UNION
Jordan Wells                                                 FOUNDATION OF NORTHERN
Stephanie Padilla                                            CALIFORNIA
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN                                       *Attorneys for Petitioners-Plaintiffs*
CALIFORNIA