WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.orga
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
OFFICE OF THE PUBLIC DEFENDER SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax: 415-553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,

Petitioners-Plaintiffs,

v.

DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,

Respondents-Defendants.

CASE NO. 3:20-CV-02731-VC

**SUPPLEMENTAL DECLARATION OF AKIKO IWASAKI, PH.D. REGARDING RISK OF COVID-19 REINFECTION**

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*

*Admitted *Pro Hac Vice*

**SUPPLEMENTAL DECLARATION OF AKIKO IWASAKI, PH.D.
REGARDING RISK OF COVID-19 REINFECTION**

I, Akiko Iwasaki, declare as follows:

1. I am the Waldemar Von Zedtwitz Professor of Immunobiology and Molecular, Cellular and Developmental Biology at Yale University School of Medicine, where I have been a professor for the past twenty years. I am also an Investigator at the Howard Hughes Medical Institute, one of the world's most renowned medical research organizations. I supervise a lab dedicated to immunological research and currently researching immune response to SARS-CoV-2.

2. On May 22, 2020, I submitted a declaration in this case. *See* Dkt. 229-16. My relevant expertise is further detailed in this initial declaration. I am providing my expertise in this case pro bono.

3. I previously expressed my opinion about conditions in the two facilities at issue in this litigation in the context of the COVID-19 pandemic. *See id.* at ¶ 34. I understand that, despite significant depopulation of both facilities, there has been a COVID-19 outbreak at Mesa Verde Detention Facility (MVDF). I have been informed that a total of approximately 60 percent of detainees and 25 percent of staff at MVDF have tested positive for COVID-19, and that as of today's date, GEO Group has determined that all current detainees and on-duty staff who had COVID-19 at MVDF have been deemed "recovered" from COVID-19. (I understand that the ICE website nonetheless lists two current COVID-19 cases among the detained population at Mesa Verde. www.ice.gov/coronavirus.) Defendants have also reported that one GEO officer is "on extended leave with COVID." Dkt. 688.

4. I also understand that there is at least one staff member who has recently tested positive for COVID-19 at Yuba County Jail, the other facility at issue in this litigation, and five staff are known to have tested positive at YCJ cumulatively. I have been informed that only three detainees have ever been tested for COVID-19 at YCJ since the start of the pandemic, none of whom tested positive.

5. I understand that GEO Group has represented to the Court its position that "recovered" individuals can safely be exposed to detainees with active COVID-19, for example, through work assignments in a MVDF dorm holding detainees with active COVID-19. I also understand that Dormitory C, which holds "recovered" individuals, is currently the most densely populated of all of the dorms at MVDF, at approximately 40 percent capacity. *See* Dkt. 680-1.

6. I have now been asked to provide input concerning the risk of reinfection for individuals previously infected with COVID-19. *See* Dkt. 686.

7. The growing scientific consensus is that reinfection is possible, that it is possible for reinfection to cause serious illness, and that a reinfected person can spread the virus to

others. It appears that reinfection risk increases after an initial period in which a previously-infected person may experience some limited protection arising out of the initial infection. In some confirmed or suspected cases of reinfection, the subsequent infections have resulted in more severe outcomes than the first; and in other cases, the subsequent infections have been less serious. The best evidence now is that an individual can spread the virus during a subsequent infection, as they could with the first.

8. In light of the evolving science concerning reinfection, medical experts—including the Centers for Disease Control and Prevention (CDC) and the World Health Organization (WHO)—recommend that individuals who have been previously infected, and deemed recovered, take the same precautions as those who have never been infected. These precautions, including especially social distancing, are necessary in order to protect both individual and public health.

9. If an individual has previously been infected with COVID-19, the current medical consensus is that the individual should be re-tested for COVID-19 if s/he develops COVID-19 symptoms. However, for the first two to three months after an initial infection, an individual need not be continually retested absent symptoms because there is a risk that such testing would yield false positives for reinfection, given the lingering virus that may remain in the body for weeks after an initial infection for some people. After this initial period, individuals should be subject to the same testing regime as others similarly situated.

**Evolving Science Concerning Reinfection Risks of COVID-19**

10. Scientists are currently studying whether COVID-19 reinfection is possible, and if so how long after the initial infection, and with what risk of reinfection to others. I expect this to evolve further in the coming weeks and months given the novelty of this virus and the significant ongoing research in this area. This is understandably an area of delayed research as evidence of reinfection is only possible following sustained high rates of infection and where reinfected individuals have received both medical care and viral sequencing at each infection.

11. An individual is most likely to be infectious in the days immediately following infection before symptom onset, and virus load declines after a maximum period of about three weeks. This is because the amount of virus present in an individual's respiratory tract increases in the days immediately following COVID-19 infection and then declines. A person who is asymptomatic or has mild or moderate COVID-19 will typically no longer be capable of transmitting COVID-19 to others ten days after the onset of symptoms. A person with severe COVID-19 may be capable of transmitting COVID-19 for a longer period, but this is still believed to be limited to no more than 20 days.[1] However, certain conditions that compromise the immune system can lead to extended shedding of infectious virus. Because of the high degree of infectiousness of the virus, and the

[1] *See, e.g.*, van Kampen J et al. Shedding of infectious virus in hospitalized patients with coronavirus disease-2019 (COVID- 19): duration and key determinants, *medRxiv* (preprint), June 9, 2020, at https://www.medrxiv.org/content/10.1101/2020.06.08.20125310v1.full.pdf.

extended period in which an individual is infectious, the rapid identification of individuals with COVID-19 is very important in reducing transmission.

12. After this initial period, an individual may continue to have virus in their respiratory tract, but without any risk of infectiousness, for up to three months. Some people who continue to show virus in their body for this extended period have been identified as "persistently positive."[2] Given this, positive COVID-19 tests soon after an initial infection may not be representative of reinfection, and may rather show the continued presence of virus from the initial infection.

13. In early August 2020, the CDC updated their guidance to acknowledge that individuals may continue to test positive for up to an estimated three months after diagnosis without being infectious, because of remaining virus left over from the initial infection. This led to some erroneous reporting which misrepresented the significance of this updated guidance. In response, the CDC clarified that there is *no* evidence that individuals are immune from reinfection either during this time period or afterwards.[3] Instead, the CDC advised that retesting immediately after an initial infection "is not necessary unless that person is exhibiting the symptoms of COVID-19 and the symptoms cannot be associated with anther illness." This recommendation is due to the risk of false positives during this period.

14. Some evidence has already emerged of confirmed or suspected COVID-19 reinfections, including relatively soon after the initial infection. Among these known cases of individuals who appear to have tested positive for COVID-19, fully recovered, and then subsequently tested positive for a genetically different strain of the virus are:

- A 33-year-old immunocompromised man in Hong Kong who was infected approximately four months after an initial infection; he had a mild infection the first time and was asymptomatic the second time; genetic testing confirmed that the virus was a genuine reinfection and not lingering residue from the initial infection.[4]
- Two people in Europe who were reportedly confirmed reinfected by genetic testing (the results have not yet been published)—one was an older immunocompromised person in the Netherlands and the other was a Belgian woman reinfected about three months after the initial infection.[5]

---

[2] *See, e.g.*, Lu J, *et al.*, Clinical, immunological and virological characterization of COVID-19 patients that test re-positive for SARS-CoV-2 by RT-PCR, *medRxiv* (preprint), June 17, 2020, at https://www.medrxiv.org/content/10.1101/2020.06.15.20131748v1.

[3] CDC, Updated Isolation Guidance Does Not Imply Immunity to COVID-19, Aug. 14, 2020 (*hereinafter* "CDC August Clarification"), at https://www.cdc.gov/media/releases/2020/s0814-updated-isolation-guidance.html ("Contrary to media reporting today, this science does not imply a person is immune to reinfection with SARS-CoV-2, the virus that causes COVID-19, in the 3 months following infection.").

[4] To KKW, *et al.*, COVID-19 re-infection by a phylogenetically distinct SARS-coronavirus-2 strain confirmed by whole genome sequencing, *Clinical Infectious Diseases*, Aug. 25, 2020, at https://academic.oup.com/cid/advance-article/doi/10.1093/cid/ciaa1275/5897019.

[5] *See* Samuel Lovett, "Coronavirus: Two more cases of reinfection reported in Europe," INDEPENDENT (UK), Aug. 25, 2020, at https://www.independent.co.uk/news/health/coronavirus-reinfection-netherlands-belgium-hong-kong-covid-19-update-a9687301.html.

- A 25-year-old man in Reno, Nevada who had a reinfection confirmed through genetic sequencing, and had a far more serious infection the second time (requiring hospitalization), less than two months (48 days) after his initial infection, despite not having any immunosuppressive conditions.[6]

Other cases have been identified as *suspected* reinfection but where there has not been genetic sequencing to *confirm* reinfection.[7]

15. Reinfection cases are showing us that there are a range of outcomes. Some confirmed or suspected reinfection cases have mild or asymptomatic infection with the second infection. Others actually show more severe symptoms upon reinfection. There is no certainty about the likely degree of severity of the virus in any subsequent infection, and research on this is ongoing.

16. There is some limited evidence that the risk of reinfection may increase two to three months after the initial infection, when natural immunity resulting from the initial infection wanes. The evidence in support of this comes from analyses of the behavior of other similar viruses (for instance, endemic human betacoronavirus) for which there is some immune protection immediately after infection which dissipates within three months.[8]

17. Further, preliminary studies have also shown that survivors of COVID-19 usually have antibodies in their bloodstream for up to two or three months.[9] More severe symptoms typically produce a stronger immune response, and thus more antibodies.[10] In related infections, antibodies typically develop soon after infection and confer some protection from future infection while they are present. It is not yet clear whether in the context of COVID-19 these antibodies confer protection against future infection and, if so, for how long.[11] Evidence already suggests that any period of immunity resulting from an initial COVID-19 infection, and the body's immune response, is likely far less for COVID-19

---

[6] Tillett R, et al., Genomic evidence for a case of reinfection with SARS-CoV-2, SSRN, Aug. 25, 2020, at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3680955.

[7] *See, e.g.*, Jordan Chavez, "Colorado Woman Tests Positive for COVID-19 Twice," 9NEWS, Jun. 18, 2020, at https://www.9news.com/article/news/health/coronavirus/woman-tests-positive-twice-covid-19-coronavirus-colorado/73-772b5764-a15b-46b7-8946-c88f30397955; Meredith Yeomans, "Dallas Woman Battling Coronavirus, Again," NBC DFW, June 15, 2020, at https://www.nbcdfw.com/news/coronavirus/dallas-woman-battling-coronavirus-again/2389265/.

[8] Kiyuka PK, *et al.*, Human Coronavirus NL63 Molecular Epidemiology and Evolutionary Patterns in Rural Coastal Kenya, *J Infect Dis* 2018 May 5;217(11):1728-1739, at https://pubmed.ncbi.nlm.nih.gov/29741740/ ("An unexpected pattern of repeat infections was observed with some individuals showing higher viral titers during their second infection. Similar patterns for 2 other endemic coronaviruses, HCoV-229E and HCoV-OC43, were observed.").

[9] *See, e.g.*, Lei Q *et al.*, Antibody dynamics to SARS-CoV-2 in asymptomatic COVID-19 infections, *medRxiv* (preprint), Aug. 4, 2020, at https://www.medrxiv.org/content/10.1101/2020.07.09.20149633v2?%253fcollection=.

[10] Long QX, *et al.*, Clinical and immunological assessment of asymptomatic SARS-CoV-2 infections, *Nature Medicine*, June 18, 2020, at https://www.nature.com/articles/s41591-020-0965-6.

[11] *See, e.g.*, Lu J, *et al.*, *supra*, n.2.

than for other related infections, such as SARS or MERS.[12] Other facets of an individual's immune response (memory T cells and B cells) may also provide some temporary protection against reinfection immediately after an initial infection.[13]

18. Those who are reinfected are believed to still have infectious virus, and are thus capable of spreading the virus. For instance, in the case of reinfected person from Hong Kong (see para. 14, *supra*), the oropharyngeal saliva viral load was quite high (Ct value of 26.69), which is well within the range of infectious virus load, suggesting that even without any symptoms, this person could have transmitted virus to others.

19. Given recent developments, any confidence that previously-infected individuals have immunity to reinfection is misplaced. However, it is not yet clear how likely reinfection is, and there remain many open questions about whether and how reinfection differs from an initial infection. At this point, the science is not conclusive as to whether having survived COVID-19 confers any immunity to future infection, and if so, for how long. It also is not clear whether, on the contrary, past infection with COVID-19 may debilitate some patients and render them *more* vulnerable to a more severe response if reinfected. There is also currently no scientific evidence that contracting COVID-19 eliminates the risk of serious illness from reinfection.

20. Also notable is the continuing risk of symptoms weeks or months after an infection (even if an individual is not reinfected). In one early CDC study, one-third of people reported not returning to their normal state of health two to three weeks after a positive test, including one in five people aged 18-34 without chronic health conditions.[14] Continuing symptoms can be quite severe and long-lasting in some people, who are sometimes self-described as COVID-19 "long haulers."[15] The long-term effects may include effects on cardiovascular, respiratory, neurological or other systems. Thus, an initial reduction of symptoms or decline in infectiousness should not always be equated with a full recovery.

**Recommendations In Light of Current Scientific Knowledge Concerning Reinfection Risk**

21. An infected person should not be isolated beyond the period of infectiousness. Because test results in the period immediately after infection do not always accurately depict whether an individual continues to be infectious (because of the potential for false positives during this period), the determination of when to end isolation and other

---

[12] *See* Long QX, *et al.*, *supra*, n.10 ("Together, these data might indicate the risks of using COVID-19 'immunity passports' and support the prolongation of public health interventions, including social distancing, hygiene, isolation of high-risk groups and widespread testing.").

[13] *See, e.g.*, Sekine T. *et al.*, Robust T cell immunity in convalescent individuals with asymptomatic or mild COVID-19, *bioRxiv* (preprint), June 29, 2020, at https://www.biorxiv.org/content/10.1101/2020.06.29.174888v1; Weiskopf D. *et al.*, Phenotype of SARS-CoV-2-specific T-cells in COVID-19 patients with acute respiratory distress syndrome, *medRxiv* (preprint), May 29, 2020, at https://www.medrxiv.org/content/10.1101/2020.04.11.20062349v2?%253fcollection=.

[14] CDC Morbidity and Mortality Weekly Report, "Symptom Duration and Risk Factors for Delayed Return to Usual Health Among Outpatients with COVID-19 in a Multistate Health Care Systems Network — United States, March–June 2020," July 31, 2020, at https://www.cdc.gov/mmwr/volumes/69/wr/mm6930e1.htm.

[15] *See* Michael Marshall, The lasting misery of coronavirus long-haulers, *Nature*, Sept. 14, 2020, at https://www.nature.com/articles/d41586-020-02598-6.

infection control measures need *not* be based on a negative test. However, a negative test continues to be a good and accurate measure that a person is no longer infectious. The CDC recommends that, in order to limit unnecessary isolation, individuals should generally be relieved from infection control measures based on an evaluation of the passage of time and decrease of symptoms. This means that infection control precautions 1) can be lifted following a negative test; but 2) may separately be lifted when evidence suggests a person is very unlikely to continue to be infectious, i.e.,:

a. ten days after symptom onset (or after the date of the first positive test for those who never develop symptoms), and at least 24 hours after the resolution of any fever and improvement of other symptoms, for individuals who were *asymptomatic* or had only *mild or moderate* symptoms;
b. up to 20 days after symptom onset, and at least 24 hours after the resolution of any fever and improvement of other symptoms, for individuals who have had *severe* COVID-19, given the longer period of potential infectiousness;
c. potentially for a more extended period (or after a negative test) for *severely immunocompromised* people, who may have a longer period of infectiousness.

22. Lifting isolation precautions should *not* necessarily be equated with a full recovery from COVID-19. This is because there is a growing body of evidence concerning continuing, and sometimes severe, symptoms that outlast this initial period of infectiousness for a substantial number of people. An individual should continue to have close health monitoring and observation even if symptoms and passage of time indicate that they are no longer infectious.

23. The current guidance from the CDC and the WHO acknowledges the risk that individuals may become reinfected with COVID-19, and thus recommends that individuals who have recovered from COVID-19 take the same precautions to avoid infection with the virus as those who have never been infected.[16] This includes avoiding large indoor gatherings, practicing social distancing, wearing masks, and practicing frequent hand-washing.

24. I concur with this current CDC and WHO guidance as applied to the context of the ICE detention facilities at issue in this litigation. Particularly in congregate settings such as ICE detention centers, individuals should take the same precautions with regard to social distancing and other measures whether or not they have previously been infected. This is important to prevent any detained individual or staff member from becoming seriously ill as a result of reinfection. In light of the likely continued infectiousness of COVID-19 upon reinfection, such precautions are also recommended to avoid further transmission.

25. Frequent and rapid testing is extraordinarily important in limiting the transmission of the virus in congregate settings, such as the facilities at issue in this litigation. However,

---

[16] *See, e.g.*, CDC August Clarification, *supra*, n.3 ("CDC recommends that all people, whether or not they have had COVID-19, take steps to prevent getting and spreading COVID-19."); WHO, Scientific Brief: "Immunity passports" in the context of COVI-19, Apr. 24, 2020, at https://www.who.int/news-room/commentaries/detail/immunity-passports-in-the-context-of-covid-19 ("People who assume that they are immune to a second infection because they have received a positive test result may ignore public health advice. The use of such certificates may therefore increase the risks of continued transmission.").

despite the possibility of reinfection, frequent testing in the two to three months after an initial infection has some limitations, even in congregate settings. A negative test during this period *would* provide evidence that a person is no longer infectious, but a positive test during this period would not be determinative that a person *is* infectious.[17] This is because a person may continue to have virus remaining from the prior infection. A positive test in this period thus may not accurately depict whether an individual has become reinfected or is capable of transmitting COVID to others.[18] Because of the risk of false positives, the CDC typically does not recommend retesting in the three months after an initial infection.[19]

26. However, where an individual displays symptoms inexplicable by another cause—at any time after an initial infection—testing *is* recommended under the guidance of an infectious disease expert. If COVID-19 is suspected, the person should be isolated while results are pending (and, of course, with infection control measures continuing if the results are positive). Testing should also be analyzed by an infectious disease specialist, if possible, to help identify whether an individual who tests positive during this period has been reinfected or, instead, has lingering symptoms and virus from the initial infection.

27. After a period of about two to three months, "recovered" individuals should be subject to the same testing regime as others who are similarly situated. Because of the high risks of infection in a congregate setting – such as a jail or detention center – this means that people should be subject to frequent and rapid testing after this initial period, when the tests no longer have a significant risk of "false positives."

28. Regardless, even if there is a period of two to three months after an infection where individuals are *not* subject to frequent testing, all individuals should maintain social distancing and other precautions at all times to avoid the risk of further infection and disease transmission.

29. In sum, while research is ongoing, there is a growing scientific consensus that the risk of reinfection is real and increases after a short initial period where there may be some natural immunity. It is not safe to assume that individuals who have been infected previously are not at risk of reinfection, or are not at risk of a more serious infection, or are not at risk of transmission of the virus to others. Given the high risks of transmission of COVID-19 in a congregate setting such as the facilities at issue in this litigation, and the risk of severe illness or death which can result from infection, precautions should be taken to avoid reinfection and the risk of further outbreaks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

---

[17] *See* CDC, "Duration of Isolation and Precautions for Adults with COVID-19," Sept. 10, 2020, at https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html.
[18] *Id.* ("if the person who has recovered from COVID-19 is retested within 3 months of initial infection, they may continue to have a positive test result, even if they are not spreading COVID-19").
[19] *Id.*

Executed this 17th day of September, 2020 in New Haven, Connecticut.

Akiko Iwasaki, Ph.D.
Waldemar Von Zedtwitz Professor of Immunobiology; of Molecular, Cellular and Developmental Biology
Yale School of Medicine
The Anlyan Center
300 Cedar Street, Suite S630
New Haven, CT 06519