Susan E. Coleman (SBN CA 171832)
scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Telephone: (305) 428-5038
Facsimile: (305) 577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS | Case No. 3:20-cv-02731-VC<br><br>(Honorable Vince Chhabria)<br><br>**DECLARATION OF SEAN O. HENDERSON, M.D., REGARDING RISK OF REINFECTION FROM COVID-19** |

1

ENFORCEMENT; GEO GROUP, INC.;
NATHAN ALLEN, Warden of Mesa Verde
Detention Facility,

        Respondents-Defendants.

I, SEAN O. HENDERSON, M.D., declare as follows:

1. I am the Chief Medical Officer/Medical Director of the Correctional Health Services, a division of the Los Angeles Department of Health Services. I oversee all of the health care provided in the Los Angeles County Jail, from dentistry and podiatry to primary care and infection control. I began working for the Los Angeles Department of Health Services in 2016. I attended medical school at the University of Southern California, Los Angeles School of Medicine, graduating in 1989. I served in an internship at the LAC+USC Medical Center, Department of Emergency Medicine, from June 1989 through July 1990. I did my residency at the same facility from July 1990 through June 1993. I am a licensed physician in the State of California. I have personal knowledge of the statements herein, and if called upon to do so, I could and would testify competently thereto.

2. According to the Centers for Disease Control ("CDC"), for persons who have recovered from COVID-19 caused by a Severe Acute Respiratory Syndrome Coronavirus 2, or SARS-CoV-2 infection, a positive polymerase chain reaction ("PCR") test during the 90 days after illness onset more likely represents persistent shedding of viral RNA rather than reinfection.

3. The CDC does not recommend testing a recovered patient for 90 days from the date of a positive swab.

4. If during those 90 days, a "recovered" individual experiences any signs or symptoms of COVID-19, you would consider them positive and isolate them.

5. On day 91, the "recovered" individual loses their "recovered" status and should be considered naïve to the virus. Any symptoms would be followed by a test and appropriate isolation/quarantine.

HINSHAW & CULBERTSON LLP
50 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1034174\306614592.v1

6.     To date there is little to no evidence in the scientific literature that reinfection occurs after the 90 day period after illness onset.  A recent Meta-Analysis from the Journal of Medical Virology (J Med Virol. 2020 Sep 8. doi: 10.1002/jmv.26496) looked at 15 articles specifically dealing with the subject of COVID-19 reinfections.  The patients that experienced a clinical relapse did so at approximately 34 days after full recovery.  There were no reports of any clinical reinfections after a 70-day period following initial infection.  Their conclusion was that reports of COVID-19 reinfections appear to be protracted initial infections. In this summary of the available reports, patients continued to test positive up to 80 days after their initial positive test.

7.     There are reports of reinfection by different strains of the virus but these are extremely rare with two examples being cited in the literature after more than 26 million total cases of COVD reported worldwide. (Nature 585, 168-169 (2020)).  Overall, there is just no data available to make any conclusions about the rate of reinfection, its timing or its severity.  To make policy decisions based on the handful of case reports would be premature at best.

8.     As stated previously, Recovered patients should not be tested until after 90 days have elapsed.  Any symptoms after initial clinical recovery should be treated.  Because we do not know if this represents a new infection or a reactivation of the previous infection, the individual should be isolated.

9.     At all times, a Recovered patient should take all the precautions of a naïve patient – hand hygiene, mask wearing, cleaning surfaces and as much social distancing as is possible.

10.    Detainees should actively protect themselves from reinfection with masks, social distancing, and hygiene, even after a detainee has recovered from an acute infection.

11.    Overall, it is my expert opinion that, pursuant to the standards set by the CDC and public health agencies, for persons previously diagnosed with

HINSHAW & CULBERTSON LLP
50 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1034174\306614592.v1

symptomatic COVID-19 who remain asymptomatic after recovery, retesting is not recommended within 90 days after the date of symptom onset for the initial COVID-19 infection. At that point, retesting should only occur if the person is symptomatic, or has been directly exposed to someone who is positive for COVID-19.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 16, 2020, at Los Angeles, California.

SEAN O. HENDERSON, M.D.