DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' SEPTEMBER 18, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i) **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

Attached is a roster that contains this information, along with testing information for each detainee.

(ii)     **Updates on any tests offered or given to detainees, and the results of those tests**.

The remaining results from Tuesday's lab testing of detainees in Dorms A and D have returned. They are all negative and are reported in the attached roster for current detainees.

Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose. (*See* ECF 527 ¶ 14, Ex. B.)

As of today, there are 65 detainees at Mesa Verde. In total, 38 of the current detainees have tested positive for COVID at some point, and all 38 have been determined to be recovered.

(iii)    **Updates on tests of employees and the results of those tests.**

Defendant the GEO Group, Inc., reports that staff testing from last week has yielded all negative results.

This week to date, 80 GEO staff tests have been collected; 70 have returned negative results and 10 are pending. Wellpath has tested 15 staff; 14 have returned negative results and one is pending.

Only one GEO officer remains out on extended leave with COVID.

(iv)    **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 65 detainees, or less than 20 percent of capacity. There are currently zero detainees with active COVID status; all are negative or recovered.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID. However, most of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart. Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered detainees. Additional steps that Defendants have taken are outlined above.

No detainees have been hospitalized since the last report.

In accordance with the Court's emailed instructions on August 12, 2020, the Federal Defendants submit arrival and release information for Mesa Verde and Yuba County Jail. Neither facility had any arrivals or releases since the last report.

//

//

| | |
|---|---|
| DATED:  September 18, 2020 | Respectfully submitted,<br>DAVID L. ANDERSON<br>United States Attorney<br><br>*/s/ Adrienne Zack*<br>ADRIENNE ZACK<br>Assistant United States Attorney<br><br>Attorneys for Federal Defendants |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 7/27/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | | | 7/30/2020 | 8/3/2020 | Negative | 8/4/2020 | 8/18/2020 | Positive | 8/11/2020 | Abbott test | Negative | 8/15/2020 | Abbott test | Negative |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive |
| 291 | BOAR | DAN | C | 7/17/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Positive |
| 992 | CARILLO TORRES | WALTER | C | 7/30/2020 | Refused | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive | 8/15/2020 | Abbott test | Positive |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | 7/28/2020 | Refused | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | 7/29/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | 8/4/2020 | 8/15/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 328 | RUIZ-BOLANOS | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Positive | | | |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | |
| 264 | VIGIL | OSCAR | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 084 | ARDEBILI | DAVID | D | 7/28/2020 | Refused | 8/4/2020 | n/a | Refused | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 807 | EDMONDSON | ALTON | D | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative | 8/15/2020 | Abbott test | Negative |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 366 | ARIAS ROMERO | KEVIN | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Positive | 9/1/2020 | 9/3/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Positive | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | 9/1/2020 | 9/4/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | | | | |
| 291 | BOAR | DAN | C | 8/18/2020 | 8/20/2020 | Positive | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | C | | | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | | | | | | | | | | |
| 264 | VIGIL | OSCAR | C | | | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 807 | EDMONDSON | ALTON | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 919 | LIN | WEI | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 | Date of Offered COVID Test 11 | Date of Results of COVID Test 11 | Results of COVID Test 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | ARGUETA RIVERA | JOSE ALCIDES | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 366 | ARIAS ROMERO | KEVIN | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 287 | ARZATE-REYES | IGNACIO | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 265 | GONZALEZ-AGATON | ANTONIO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 073 | LUCAS PLEAEZ | HUGO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 245 | MINCHACA RAMOS | JUAN CARLOS | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 821 | MIRZAIANS | HRAND | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | 9/15/2020 | 9/17/2020 | Negative | | | | | | |
| 739 | OLIVERA MARTINEZ | ALEJANDRO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 419 | ABADIN | HECTOR | C | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | |
| 291 | BOAR | DAN | C | | | | | | | | | |
| 992 | CARILLO TORRES | WALTER | C | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | |
| 230 | DIAZ-SOLANO | ALBERTO | C | | | | | | | | | |
| 229 | FIGUERAS | RALEIGH | C | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | |
| 411 | HERNANDEZ PELAYO | IVAN | C | | | | | | | | | |
| 639 | LOPEZ-GARCIA | JUAN | C | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | |
| 091 | MENDOZA-VALDOVINOS | JOSE | C | | | | | | | | | |
| 954 | NARVAEZ | PEDRO | C | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | |
| 847 | ROBLES-FLORES | JOSE LUIS | C | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | |
| 788 | SAHOTA | DEEPAK | C | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | | | | | | | |
| 264 | VIGIL | OSCAR | C | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | |
| 084 | ARDEBILI | DAVID | D | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | | | | | | | |
| 807 | EDMONDSON | ALTON | D | | | | | | | | | |
| 819 | ESTIGOY | ALANN | D | 9/15/2020 | 9/17/2020 | Negative | | | | | | |
| 548 | GRIFFIN | MARK | D | | | | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | | | | | | | |
| 919 | LIN | WEI | D | 9/15/2020 | 9/17/2020 | Negative | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | D | | | | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | 9/15/2020 | 9/17/2020 | Negative | | | | | | |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 888 | AGUILAR CARRION | JOSE | RHU | 7/15/2020 | Negative | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Invalid | 9/3/2020 | 9/5/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 | Date of Offered COVID Test 11 | Date of Results of COVID Test 11 | Results of COVID Test 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | D | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | | | | | | | |
| 888 | AGUILAR CARRION | JOSE | RHU | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | RHU | | | | | | | | | |
| 889 | MELGOZA | JOSE | RHU | | | | | | | | | |