UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
100 MONTGOMERY ST., SUITE 800
SAN FRANCISCO, CA  94104


SANCHEZ, ALDO FABIAN
CUSTODY OFFICER
630 SANSOME ST., 6TH FLOOR
SAN FRANCISCO, CA  94111

In the matter of              File A ███████-991         DATE: Sep 21, 2020
SANCHEZ, ALDO FABIAN


___ Unable to forward - No address provided.
X Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:    Board of Immigration Appeals
                      Office of the Clerk
                      5107 Leesburg Pike, Suite 2000
                      Falls Church, VA 22041

___ Attached is a copy of the decision of the immigration judge as the result
of your Failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your
motion must be filed with this court:
                      IMMIGRATION COURT
                      100 MONTGOMERY ST., SUITE 800
                      SAN FRANCISCO, CA  94104

___ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

___ Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

___ Other: _____

                                    _____
                                    COURT CLERK
                                    IMMIGRATION COURT                  FF

cc: KALE, ALOK A.
    100 MONTGOMERY ST., STE 200
    SAN FRANCISCO, CA,  94104

**IMMIGRATION COURT**
**630 SANSOME ST., ROOM 475**
**SAN FRANCISCO, CA  94111**

In the Matter of:   **SANCHEZ, ALDO FABIAN**

Case No.: A███████991

Respondent                                             IN REMOVAL PROCEEDINGS

**ORDER OF THE IMMIGRATION JUDGE**

This is a summary of the oral decision entered on ____09/21/2020_____ .
This memorandum is solely for the convenience of the parties.  If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ X ]   The respondent was ordered removed from the United States to _____**MEXICO**_____ or in the alternative to _____ .

[ ]   Respondent's application for voluntary departure was denied and respondent was ordered removed to _____ or in the alternative to _____ .

[ ]   Respondent's application for voluntary departure was granted until _____ upon posting a bond in the amount of $_____ with an alternative order of removal to _____ .

**Respondent's application for:**

[ ]   Asylum was ( ) granted ( ) denied ( ) withdrawn  ( ) other.

[ ]   Withholding of removal was ( ) granted ( ) denied  ( ) withdrawn ( ) other.

[ ]   Respondent's application for [ ] withholding of removal  [ ] deferral of removal under Article III of the Convention Against Torture was ( )granted ( ) denied ( ) withdrawn ( ) other.

[ ]   A Waiver under section _____ was ( ) granted ( ) denied ( ) withdrawn ( ) other.

[ ]   Cancellation of removal under section 240A(a)was ( ) granted ( ) denied ( ) withdrawn ( ) other.

**Respondent's application for:**

[X]   Cancellation under section 240A(b)(1) was ( ) granted ( ) denied (X) withdrawn ( ) other.  If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ]   Cancellation under section 240A(b)(2) was ( ) granted ( ) denied  ( ) withdrawn ( ) other.  If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ]   Adjustment of Status under section _____ was ( ) granted ( ) denied  ( ) withdrawn ( ) other. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.

[ ]   Respondent's status was rescinded under section 246.

[ ]   Respondent is admitted to the United States as a _____ until _____ .

[ ]   As a condition of admission, respondent is to post a $_____ bond.

[ ]   Respondent knowingly filed a frivolous asylum application after proper notice.

[ ]   Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[ ]   Proceedings were terminated.

[ ]   Re-Entry Warnings

[ ]   Other: _____

Date: ___09/21/2020____

FORD, NICHOLAS R
Immigration Judge

Appeal: WAIVED / RESERVED ( A / I / B )  BOTH
Appeal due by:

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:     MAIL (M)     PERSONAL SERVICE (P) FAX (X)
TO:  [ ] ALIEN   [X] ALIEN c/o Custodial Officer   [ ] ALIEN's ATT/REP     [P] DHS
DATE: ____9/21/2020_____     BY: COURT STAFF _____
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Post-Order Instructions  [ ] Other  Q6