Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel: 213-680-2800; Fax: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: (305) 577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and  NATHAN ALLEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>(Honorable Vince Chhabria)<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS THE GEO GROUP, INC. AND NATHAN ALLEN TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: October 29, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4<br><br>Complaint Filed:  April 20, 2020 |

1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

The motion of Defendants The GEO Group, Inc. ("GEO") and Nathan Allen ("Allen") (collectively, "GEO Defendants")  for an order dismissing the Complaint of Plaintiffs pursuant to Fed. R. Civ. Proc., Rule 12(b)(6) came on regularly for hearing before this Court on October 29, 2020 at 10 a.m., the Honorable Vince Chhabria presiding.  Appearances of counsel were noted on the record.

After full consideration of the moving, opposition and reply papers, arguments of counsel, and all other matters presented to the Court, and for good cause appearing, this Court hereby orders:

The motion of GEO Defendants is hereby GRANTED, and this matter is dismissed for the following reasons:

Plaintiff's second cause of action for violation of the First Amendment fails to state a claim upon which relief can be granted.  Fed. R. Civ. Proc., Rules 12(b)(6);

Because amendment would be futile, the instant motion is hereby granted without leave to amend.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED:     October 29, 2020

By: _____
Honorable Vince Chhabria
Judge, United States District Court, Northern
District of California

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT
Case No. 3:20-cv-02731-VC