UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAVID JENNINGS, *et al.*,<br><br>　　　　Defendants. | CASE NO. 3:20-cv-02731-VC<br><br>**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO ENFORCE BAIL ORDER: ABDIWELLE YOUSUF** |

The Court, after full consideration of the points, authorities, and arguments of the parties,

IT IS HEREBY ORDERED that Federal Defendant's Motion to Enforce Bail Order: Abdiwelle Yousuf be GRANTED. Mr. Yousuf is ordered to attend an inpatient rehabilitation program. If Mr. Yousuf is unwilling or unable to attend such a program, ICE may detain Mr. Yousuf. The Court reminds Class Counsel of their obligation to advise class members released on bail of the conditions set by the Court and to ensure that class members understand the conditions.

SO ORDERED.

DATED this _____ day of _____, 20\_\_\_.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States Distrct Judge