UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 49**<br>Re: Dkt. Nos. 634-1, 664-1, 694-1, 694-2, 694-6, 699-1, 702-1 |

Bail applications from the following detainees are denied:

- Raleigh Rana Figueras
- Oscar Vigil
- Jaswant Singh
- Alberto Diaz Solano
- David Eduardo Villareal

Bail applications from the following detainees are granted:

- Jose Alcides Argueta Rivera
- Alton Edmondson

Bail is subject to the standard conditions of release as stated at Dkt. 543. Mr. Edmondson's bail is subject to the additional condition that he quarantine in a hotel for 14 days in Bakersfield before traveling to Auburn, California and then on to Georgia.

**IT IS SO ORDERED.**

Dated: September 23, 2020

_____
VINCE CHHABRIA
United States District Judge