UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER RE BAIL APPLICATIONS FOR DETAINEES WHO HAVE TESTED POSITIVE** |

　　　　The purpose of this order is to explain the Court's approach to bail applications from detainees who have tested positive for COVID-19 but are now considered "recovered." The medical briefs and evidence submitted by the parties suggest that reinfection is possible but not common, and generally does not occur within 2-3 months of initial infection. All of the bail applications from recovered detainees received so far are well within this window, such that risk of reinfection is low. These applications have thus far been denied, and they will continue to be denied in the near future absent truly extraordinary circumstances. However, a minority of these applications would have presented close questions had the detainee not already tested positive, and the calculus for those applications could change in the coming months depending on how the medical community's understanding of the risk of reinfection develops.

　　　　**IT IS SO ORDERED.**

Dated: September 24, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge