UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER GRANTING MOTION TO ENFORCE BAIL ORDER AND MODIFYING CONDITIONS OF BAIL FOR ABDIWELLE YOUSUF** <br><br> Re: Dkt. No. 713 |

Abdiwelle Yousuf is ordered, as a condition of his continued release, to attend inpatient rehabilitation. Class counsel must file an update within 14 days of this order certifying that Yousuf is complying with this condition.

**IT IS SO ORDERED.**

Dated: October 6, 2020

VINCE CHHABRIA
United States District Judge