| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) <br> wfreeman@aclunc.org <br> SEAN RIORDAN (SBN 255752) <br> sriordan@aclunc.org <br> ANGÉLICA SALCEDA (SBN 296152) <br> asalceda@aclunc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN <br> CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> Facsimile: (415) 255-8437 <br><br> *Attorneys for Petitioners-Plaintiffs* <br> Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771) <br> Public Defender <br> MATT GONZALEZ (SBN 153486) <br> Chief Attorney <br> GENNA ELLIS BEIER (CA SBN 300505) <br> genna.beier@sfgov.org <br> JENNIFER T. FRIEDMAN (SBN 314270) <br> jennifer.friedman@sfgov.org <br> EMILOU H. MACLEAN (CA SBN 319071) <br> emilou.maclean@sfgov.org <br> FRANCISCO UGARTE (CA SBN 241710) <br> francisco.ugarte@sfgov.org <br> OFFICE OF THE PUBLIC DEFENDER <br> SAN FRANCISCO <br> 555 Seventh Street <br> San Francisco, CA 94103 <br> Direct: (415) 553-9319 <br> Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC** <br><br><br> **NOTICE OF REQUEST FOR RELEASE** <br><br> **JUDGE VINCE CHHABRIA** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

On information and belief, I, Hayden Rodarte, submit a renewed application for release on behalf of the following individual: Lawrence Kuria Mwaura.

Dated: October 8, 2020

Respectfully submitted,

/s/ *Hayden Rodarte*
Hayden Rodarte (SBN 329432)
hrodarte@lccrsf.org

**CERTIFICATE OF SERVICE**

I, Hayden Rodarte, hereby certify that true and correct copies of the foregoing documents were served on counsel of record via ECF on this 8th day of October, 2020.

/s/ *Hayden Rodarte*
Hayden Rodarte