Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Telephone: (305) 428-5038
Facsimile: (305) 577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,

Petitioners-Plaintiffs,

vs.

DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS

Case No. 3:20-cv-02731-VC

(Honorable Vince Chhabria)

**STIPULATION BY ALL PARTIES REGARDING THE FILING OF AN AMENDED COMPLAINT AND RESPONSES THERETO**

ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,

Respondents-Defendants.



HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

1. On September 21, 2020 Defendants GEO Group, Inc. and Nathan Allen, Warden of Mesa Verde Detention Facility (collectively "GEO Defendants") filed a motion to dismiss the complaint in the above-entitled matter filed by Plaintiffs ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG ("Plaintiffs"). The current briefing schedule requires Plaintiffs to file opposition papers by October 5, 2020; the GEO Defendants are required to file reply papers by October 13, 2020; and, a hearing on the motion to dismiss is scheduled to be held on October 29, 2020 [Docket No. 709.]

2. In lieu of opposing the GEO Defendants' motion to dismiss, Plaintiffs plan to file an amended complaint and petition for writ of habeas corpus, which they are permitted to do as of right on or before October 13, 2020 pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

3. Plaintiffs, the GEO Defendants and DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (collectively "Federal Defendants") request the Court to Order that Plaintiffs may file an amended complaint and petition for writ of habeas corpus on or before October 30, 2020, and that the GEO Defendants, and the Federal Defendants may file their responses to the amended



HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

complaint and petition for writ of habeas corpus not later than 60 days following the date Plaintiffs file their amended complaint and petition for writ of habeas corpus.

DATED: October 14, 2020

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

DATED: October 14, 2020

HINSHAW & CULBERTSON LLP

By: */s/ David S. Weinstein*
Royal F. Oakes
Michael A.S. Newman
David S. Weinstein
Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

DATED: October 14, 2020

DAVID L. ANDERSON
UNITED STATES ATTORNEY

By: */s/ Sara Winslow*
Sara Winslow
Assistant United States Attorney
Attorneys for Respondents-Defendants
DAVID JENNINGS, MATTHEW T.
ALBENCE, U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT

DATED: October 14, 2020

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA

By: */s/ William S. Freeman*
William S. Freeman
Sean Riordan
Angelica Salceda
Attorneys for Petitioners-Plaintiffs
ANGEL DE JESUS ZEPEDA RIVAS,
BRENDA RUIZ TOVAR,
LAWRENCE MWAURA, LUCIANO
GONZALO MENDOZA JERONIMO,
CORAIMA YARITZA SANCHEZ
NUÑEZ, JAVIER ALFARO, DUNG
TUAN DANG



HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800