Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel: 213-680-2800; Fax: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: (305) 577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>(Honorable Vince Chhabria)<br><br>[~~PROPOSED~~] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND RESPONSES THERETO<br><br>Complaint Filed:  April 20, 2020 |

1

[~~PROPOSED~~] ORDER REGARDING AMENDED COMPLAINT
Case No. 3:20-cv-02731-VC
1034174\306797348.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

**GOOD CAUSE APPEARING THEREFOR, THE COURT ORDERS AS FOLLOWS**:

In light of the request by Plaintiffs ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG ("Plaintiffs") for an extension of time to file an amended complaint and petition for writ of habeas corpus as a matter of course pursuant to Rule 15(a)(1)(B) in lieu of opposing the motion of Defendants The GEO Group, Inc. and Nathan Allen (collectively, "GEO Defendants") for an order dismissing the complaint, the Court orders as follows:

Plaintiffs may file an amended complaint on or before October 30, 2020. The GEO Defendants and DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT may file responses to the amended complaint not later than 60 days following the date Plaintiffs file their amended complaint.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

DATED: October 16, 2020



Honorable Vince Chhabria
United States District Judge, Northern District of California

APPROVED
Judge Vince Chhabria

2
[PROPOSED] ORDER REGARDING AMENDED COMPLAINT
Case No. 3:20-cv-02731-VC
1034174\306797348.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800