Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel: 213-680-2800; Fax: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: (305) 577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and  NATHAN ALLEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> (Honorable Vince Chhabria) <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL A REASONABLE INQUIRY AND RESPONSIVE DOCUMENTS TO RFPS SET 2 AND SET 3.** |

1

[PROPOSED] ORDER REGARDING COMPELLED PRODUCTION
Case No. 3:20-cv-02731-VC

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1034174\306833879.v1

**[PROPOSED] ORDER**

Upon review of Petitioners-Plaintiffs' and GEO Group, Inc.'s ("GEO") joint letter regarding Plaintiffs' motion to compel GEO to perform a reasonable inquiry and produce responsive documents to RFP Set 2 and Set 3, Plaintiffs' request for relief is DENIED.

The Court finds that GEO has made a reasonable inquiry, that its search terms were proportional to the needs of the case, that GEO's search was adequately conducted and produced responsive documents to RFP Set 2 and Set 3.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

DATED: _____          _____
                                   Honorable Vince Chhabria
                                   United States District, Northern District of California

2

[PROPOSED] ORDER REGARDING COMPELLED PRODUCTION
Case No. 3:20-cv-02731-VC
1034174\306833879.v1