DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' [PROPOSED] ORDER REGARDING JOINT DISCOVERY LETTER ABOUT DOCUMENTS REGARDING FINANCIAL CONSIDERATION PAID TO GEO GROUP, INC.** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

[Assuming the Court finds that the documents should be produced] The Federal Defendants must produce documents responsive to Plaintiffs' August 26, 2020 request for "[a]ny and all DOCUMENTS and COMMUNICATIONS sufficient to show all financial consideration paid to the GEO Group, Inc. for services RELATED TO Mesa Verde Detention Facility," within three business days of the date of this order. Such production may be made be subject to the protective order already in place in this case.

DATED: _____

_____
HONORABLE VINCE CHHABRIA
United States District Judge