Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel: 213-680-2800; Fax: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: (305) 577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>(Honorable Vince Chhabria)<br><br>**GEO GROUP, INC.'S [PROPOSED] ORDER REGARDING JOINT DISCOVERY LETTER ABOUT DOCUMENTS REGARDING FINANCIAL CONSIDERATION PAID TO GEO GROUP, INC.** |

1

GEO GROUP INC.'S [PROPOSED] ORDER RE JOINT DISCOVERY LETTER ABOUT
DOCUMENTS RE FINANCIAL CONSIDERATION PAID TO GEO GROUP, INC.
Case No. 3:20-cv-02731-VC

## [PROPOSED] ORDER

Upon review of Petitioners-Plaintiffs,' Federal Respondents-Defendants' and GEO Group, Inc.'s ("GEO") joint letter regarding Federal Respondents-Defendants' refusal to produce documents and witnesses regarding financial consideration paid to GEO for services related to Mesa Verde, Plaintiffs' request for relief is DENIED.

The Court finds that the documents are not relevant in this proceeding and are proprietary privileged information not subject to disclosure.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

DATED: _____          _____
                                     Honorable Vince Chhabria
                                     United States District, Northern District of California

GEO GROUP INC.'S [PROPOSED] ORDER RE JOINT DISCOVERY LETTER ABOUT DOCUMENTS RE FINANCIAL CONSIDERATION PAID TO GEO GROUP, INC.
Case No. 3:20-cv-02731-VC

**HINSHAW & CULBERTSON** LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800