| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
| wfreeman@aclunc.org | Public Defender |
| SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
| sriordan@aclunc.org | Chief Attorney |
| ANGÉLICA SALCEDA (SBN 296152) | GENNA ELLIS BEIER (CA SBN 300505) |
| asalceda@aclunc.org | genna.beier@sfgov.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA | EMILOU H. MACLEAN (CA SBN 319071) |
| | emilou.maclean@sfgov.org |
| | FRANCISCO UGARTE (CA SBN 241710) |
| 39 Drumm Street | francisco.ugarte@sfgov.org |
| San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER SAN FRANCISCO |
| Telephone: (415) 621-2493 | |
| Facsimile: (415) 255-8437 | 555 Seventh Street |
| | San Francisco, CA 94103 |
| *Attorneys for Petitioners-Plaintiffs* | Direct: 415-553-9319 |
| Additional Counsel Listed on Following Page | Fax:    415-553-9810 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br>Petitioners-Plaintiffs, <br><br>v. <br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br>**[PROPOSED] ORDER REGARDING JOINT DISCOVERY LETTER ABOUT FEDERAL RESPONDENTS-DEFENDANTS' FIRST SET OF INTERROGATORIES** |

| | |
|---|---|
| BREE BERNWANGER* (NY SBN 5036397)<br>bbernwanger@lccrsf.org<br>TIFANEI RESSL-MOYER (SBN 319721)<br>tresslmoyer@lccrsf.org<br>HAYDEN RODARTE (SBN 329432)<br>hrodarte@lccrsf.org<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF<br>SAN FRANCISCO BAY AREA<br>131 Steuart St #400<br>San Francisco, CA 94105<br>Telephone: (415) 814-7631<br><br>JUDAH LAKIN (SBN 307740)<br>judah@lakinwille.com<br>AMALIA WILLE (SBN 293342)<br>amalia@lakinwille.com<br>LAKIN & WILLE LLP<br>1939 Harrison Street, Suite 420<br>Oakland, CA 94612<br>Telephone: (510) 379-9216<br>Facsimile: (510) 379-9219<br><br>JORDAN WELLS (SBN 326491)<br>jwells@aclusocal.org<br>STEPHANIE PADILLA (SBN 321568)<br>spadilla@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297 | MARTIN S. SCHENKER (SBN 109828)<br>mschenker@cooley.com<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>TIMOTHY W. COOK (Mass. BBO# 688688)*<br>tcook@cooley.com<br>FRANCISCO M. UNGER (Mass. BBO# 698807)*<br>funger@cooley.com<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 |

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

**[PROPOSED] ORDER**

Upon review of Petitioners-Plaintiffs' and Federal Respondents-Defendants' joint letter regarding Federal Respondents-Defendants' motion to compel interrogatory responses, Federal Respondents-Defendants' request for relief is DENIED.

IT IS SO ORDERED.

Dated this ___ day of October, 2020

Honorable Vince Chhabria
United States District Judge