DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING JOINT DISCOVERY LETTER ABOUT FEDERAL DEFENDANTS' FIRST SET OF INTERROGATORIES** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon review of Plaintiffs' and Federal Defendants' joint letter regarding Federal Defendants' motion to compel interrogatory responses, Federal Defendants' request for relief is GRANTED.

IT IS SO ORDERED.

Dated this ___ day of October, 2020

HON. VINCE CHHABRIA
United States District Judge