UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO.50**<br>Re: Dkt. Nos. 737-1 |

　　　The bail application from Lawrence Kuria Mwaura is granted. Bail is subject to the standard conditions of release as stated at Dkt. 543. Mr. Mwaura's bail is subject to the additional conditions that he not consume drugs or alcohol, and that he attend regular Narcotics Anonymous/Alcoholics Anonymous meetings.

　　　**IT IS SO ORDERED.**

Dated: October 20, 2020

_____
VINCE CHHABRIA
United States District Judge