| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) <br> wfreeman@aclunc.org <br> SEAN RIORDAN (SBN 255752) <br> sriordan@aclunc.org <br> ANGÉLICA SALCEDA (SBN 296152) <br> asalceda@aclunc.org <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> Facsimile: (415) 255-8437 <br><br> *Attorneys for Petitioners-Plaintiffs* <br> Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771) <br> Public Defender <br> MATT GONZALEZ (SBN 153486) <br> Chief Attorney <br> GENNA ELLIS BEIER (CA SBN 300505) <br> genna.beier@sfgov.org <br> EMILOU H. MACLEAN (CA SBN 319071) <br> emilou.maclean@sfgov.org <br> FRANCISCO UGARTE (CA SBN 241710) <br> francisco.ugarte@sfgov.org <br> OFFICE OF THE PUBLIC DEFENDER SAN FRANCISCO <br> 555 Seventh Street <br> San Francisco, CA 94103 <br> Direct: 415-553-9319 <br> Fax:    415-553-9810 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> [~~PROPOSED~~] **ORDER REGARDING JOINT DISCOVERY LETTER ABOUT FEDERAL RESPONDENTS-DEFENDANTS' REFUSAL TO PRODUCE DOCUMENTS AND WITNESSES REGARDING FINANCIAL CONSIDERATION PAID TO GEO GROUP, INC.** |

| | |
|---|---|
| BREE BERNWANGER* (NY SBN 5036397)<br>bbernwanger@lccrsf.org<br>TIFANEI RESSL-MOYER (SBN 319721)<br>tresslmoyer@lccrsf.org<br>HAYDEN RODARTE (SBN 329432)<br>hrodarte@lccrsf.org<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF<br>SAN FRANCISCO BAY AREA<br>131 Steuart St #400<br>San Francisco, CA 94105<br>Telephone: (415) 814-7631<br><br>JUDAH LAKIN (SBN 307740)<br>judah@lakinwille.com<br>AMALIA WILLE (SBN 293342)<br>amalia@lakinwille.com<br>LAKIN & WILLE LLP<br>1939 Harrison Street, Suite 420<br>Oakland, CA 94612<br>Telephone: (510) 379-9216<br>Facsimile: (510) 379-9219<br><br>JORDAN WELLS (SBN 326491)<br>jwells@aclusocal.org<br>STEPHANIE PADILLA (SBN 321568)<br>spadilla@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297 | MARTIN S. SCHENKER (SBN 109828)<br>mschenker@cooley.com<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>TIMOTHY W. COOK (Mass. BBO# 688688)*<br>tcook@cooley.com<br>FRANCISCO M. UNGER (Mass. BBO# 698807)*<br>funger@cooley.com<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 |

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

# ~~[PROPOSED]~~ ORDER

Upon review of Petitioners-Plaintiffs' and Defendants' joint letter regarding Federal Respondents-Defendants' refusal to produce documents and witnesses regarding financial consideration paid to GEO Group, Inc. ("GEO") for services related to Mesa Verde, Plaintiffs' request for relief is GRANTED.  The Court orders:

- Federal Defendants to produce contracts and other documents and communications that show all financial consideration paid to GEO for services related to Mesa Verde, including all contracts between U.S. Immigration and Customs Enforcement, or any other federal agency, and GEO setting the terms of such payment, ~~within 24 hours of this order.~~  by 5 p.m. on Friday, October 23, 2020.
- ICE to produce a prepared witness to testify regarding financial consideration and incentives paid to GEO and Wellpath for services related to Mesa Verde.
- Plaintiffs are granted leave to recall any 30(b)(6) witnesses to the extent Defendants' delay in production impairs Plaintiffs' counsel's preparation for these forthcoming depositions.

IT IS SO ORDERED.   Costs and fees incurred in connection with this discovery dispute are awarded to the plaintiffs, because the defendants' positions are frivolous. See Fed. R. Civ. P. 37.

Dated this __22__ day of October, 2020

Honorable Vince Chhabria
United States District Judge

