| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
| wfreeman@aclunc.org | Public Defender |
| SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
| sriordan@aclunc.org | Chief Attorney |
| ANGÉLICA SALCEDA (SBN 296152) | GENNA ELLIS BEIER (CA SBN 300505) |
| asalceda@aclunc.org | genna.beier@sfgov.org |
| AMERICAN CIVIL LIBERTIES UNION | EMILOU H. MACLEAN (CA SBN 319071) |
| FOUNDATION OF NORTHERN | emilou.maclean@sfgov.org |
| CALIFORNIA | FRANCISCO UGARTE (CA SBN 241710) |
| 39 Drumm Street | francisco.ugarte@sfgov.org |
| San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER SAN |
| Telephone: (415) 621-2493 | FRANCISCO |
| Facsimile: (415) 255-8437 | 555 Seventh Street |
| | San Francisco, CA 94103 |
| *Attorneys for Petitioners-Plaintiffs* | Direct: 415-553-9319 |
| Additional Counsel Listed on Following Page | Fax:    415-553-9810 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL A REASONABLE INQUIRY AND RESPONSIVE DOCUMENTS TO RFPS SET 2 AND SET 3. |

| | |
|---|---|
| BREE BERNWANGER* (NY SBN 5036397) | MARTIN S. SCHENKER (SBN 109828) |
| bbernwanger@lccrsf.org | mschenker@cooley.com |
| TIFANEI RESSL-MOYER (SBN 319721) | COOLEY LLP |
| tresslmoyer@lccrsf.org | 101 California Street, 5th Floor |
| HAYDEN RODARTE (SBN 329432) | San Francisco, CA 94111 |
| hrodarte@lccrsf.org | Telephone: (415) 693-2000 |
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF SAN FRANCISCO BAY AREA | Facsimile: (415) 693-2222 |
| 131 Steuart St #400 | TIMOTHY W. COOK (Mass. BBO# 688688)* |
| San Francisco, CA 94105 | tcook@cooley.com |
| Telephone: (415) 814-7631 | FRANCISCO M. UNGER (Mass. BBO# 698807)* |
| | funger@cooley.com |
| JUDAH LAKIN (SBN 307740) | COOLEY LLP |
| judah@lakinwille.com | 500 Boylston Street |
| AMALIA WILLE (SBN 293342) | Boston, MA 02116 |
| amalia@lakinwille.com | Telephone: (617) 937-2300 |
| LAKIN & WILLE LLP | Facsimile: (617) 937-2400 |
| 1939 Harrison Street, Suite 420 | |
| Oakland, CA 94612 | |
| Telephone: (510) 379-9216 | |
| Facsimile: (510) 379-9219 | |

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

# [PROPOSED] ORDER

Upon review of Petitioners-Plaintiffs' and Defendant GEO Group, Inc.'s ("GEO") joint letter regarding Plaintiffs' motion to compel GEO to perform a reasonable inquiry and produce responsive documents to RFP Set 2 and Set 3, Plaintiffs' request for relief is GRANTED. The Court orders:

- GEO to search the custodian files of Nathan Allen and John Christakis for the following search terms: CDC, medical, corona*, and isolat* from July 1, 2020 to September 30, 2020; and
- GEO to produce all responsive, non-privileged documents within 7 days of this Court's order.

IT IS SO ORDERED.

Dated this __22__ day of October, 2020    _____
Honorable
United States


APPROVED
Judge Vince Chhabria

Costs and fees incurred in connection with this discovery dispute are awarded to the plaintiffs, because the defendants' position is frivolous. See Fed. R. Civ. P. 37.