UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER DENYING WITHOUT PREJUDICE FEDERAL DEFENDANTS' MOTION TO COMPEL** <br><br> Re: Dkt. No. 760 |

    The motion to compel by the federal defendants is denied. To the extent the defendants wish to create a record about the extent to which detainees are or are not complying with mask guidelines, it should be sufficient to submit declarations. And thus far, the Court has been operating on the assumption that the defendants have accurately asserted that detainees sometimes do not follow mask guidelines. Denial of this motion is without prejudice to renewing it in the event that questions about the extent to which detainees are complying with mask guidelines become important to the adjudication of the case.

    **IT IS SO ORDERED.**

Dated: October 23, 2020

_____
VINCE CHHABRIA
United States District Judge