UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE INDIVIDUAL MEDICAL RECORDS** |

    Individual class members may use medical records disclosed pursuant to the protective order in this case.

    **IT IS SO ORDERED.**

Dated: October 28, 2020

VINCE CHHABRIA
United States District Judge