# DONG KI MIN
## SHORT-FORM BAIL APPLICATION

## SUMMARY:

Dong Ki Min is a 30-year-old national of South Korea. He presents a strong application for bail. *See* Dkt. 90 (setting forth standard for bail applications); Dkt. 361 (setting forth process for bail applications).[1]

*First*, Mr. Min does not pose a danger to the community. Prior to his last incarceration, he had only  drug-related convictions. These were closely tied to substance abuse which started when he was an adolescent due to peer pressure, and which he has worked hard to overcome. He has maintained sobriety for the past five years after undergoing significant substance abuse programming and receiving individualized counseling, which he is committed to continue if released, with acceptance to an inpatient substance abuse program he will attend. He has a single conviction from when he was incarcerated in connection with a fight; he regrets not being able to control his temper in response to an act of aggression from another inmate; has no other violent incidents his record before or since; and is committed to participate in anger management programming if released. Mr. Min's focus remains on his five-year-old son and his continued recovery. In July 2020, CDCR assessed him as a low risk to public safety and found him eligible for expedited release due to COVID-19.

*Second*, Mr. Min has a very strong release plan and is not a flight risk. Mr. Min has the support of his close-knit family, including his sister, who is a substance abuse counselor at a drug detox center who will pick him up and support his continued rehabilitation. Mr. Min has already been admitted to a residential rehabilitation program that will help him through group and individual classes and counseling to continue his sobriety. He has the support of his parents, who have full legal custody of his son, and who are prepared to receive him and house him after completion of his residential treatment programming.

*Third,* Mr. Min has several preexisting conditions that make him medically vulnerable to severe COVID-19. Due to the ongoing COVID-19 crisis and the aforementioned detention circumstances, Mr. Min should be temporarily released to be closer to his child and family.

**1. Name:** Dong Ki Min

**2. Age:** 30

**3. Sex:** Male

**4. Primary language:** English

---

[1] Please note that although class counsel believe that Mr. Min meets the criteria for a strong bail application pursuant to the Court's order at Dkt. 361, this position should not be construed as class counsel's position regarding the relative strengths or weaknesses of remaining class members, for many of whom the government has produced no documents and whose applications class counsel continues to actively investigate.

**5. If there is a hearing, is an interpreter needed?** No

**6. Detained in** Mesa Verde Detention Facility _____ or Yuba County Jail _**X**__

**7. Dorm unit:** D

**8. Date of bond hearing, if any:** None

**9. Outcome of bond hearing, if any:** N/A

**10. Length of time in detention:** 3 months (since July 23, 2020)

**11. Medical condition(s) that put detainee at risk:**

Mr. Min is at high risk for severe COVID-19 due to pre-existing health conditions, including obesity, asthma, hepatitis C, and a history of heavy smoking.

*Asthma:* Mr. Min was diagnosed with asthma, which is identified as a risk factor for severe Covid-19 by the Centers for Disease Control (CDC).[2]

*Obesity:* Mr. Min was diagnosed with obesity (BMI 30.5 as of 07/23/2020 or 35 as of 07/2016 CDC states that having obesity increases the risk of severe illness from Covid-19 and may triple the risk of hospitalization.[3] Further, obesity is linked to impaired immune function and decreased lung capacity.[4]

*Hepatitis C:* Mr. Min was diagnosed with hepatitis C in 2018. According to Mr. Min, he is required to receive a liver bile test every several months to determine whether his liver function is further declining. Currently, CDC has no information about whether people with hepatitis C are at increased risk for getting Covid-19. CDC recognizes, however, that "based on available information and clinical expertise, older adults and people of any age who have serious underlying medical conditions, including people with liver disease, might be at higher risk of severe illness from Covid-19, particularly if the underlying medical conditions are not well controlled."[5] Further, researchers at Yale Liver Center found that Covid-19 patients had a much higher incidence of

---

[2] Centers for Disease Control and Prevention, "People with Certain Medical Conditions," available at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#asthma.

[3] Centers for Disease Control and Prevention, "Obesity Worsens Outcomes from COVID-19," available at https://www.cdc.gov/obesity/data/obesity-and-covid-19.html.

[4] *Id.*

[5] Centers for Disease Control and Prevention, "What to Know About Liver Disease and COVID-19", available at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/liver-disease.html.

MIN, Dong Ki (A046694749)

abnormal liver tests and observed a strong association between abnormal liver tests and the severity of COVID-19 cases.[6]

***Smoking***: Mr. Min has a ten-year history of heavy smoking. CDC identifies current and former smoking as a factor that increases risk of severe illness from Covid-19.[7] Additionally, in a recent study by University of California San Francisco (UCSF), researchers found that patients with Covid-19 who currently smoke or previously smoked experienced nearly double the risk of disease progression than non-smokers.[8] UCSF researchers further found that "when the disease worsens, current or former smokers had more acute or critical conditions or death."[9]

## 12. <u>Attorney name, phone, address and email:</u>

Hector A. Vega
SF Public Defender's Office
555 7th St.
San Francisco, CA 94103
415-763-5588

## 13. <u>Felony or misdemeanor convictions, including date and offense:</u>

Mr. Min struggled with addiction to controlled substances from 2006 to 2015. His drug use began when he was a freshman in high school, as a result of peer pressure as a recently-arrived immigrant with language and cultural barriers to fitting in. The drug use eventually turned into an addiction, which led to the following convictions:

- 04/16/2009: VC 14601.1(a) driving with a suspended license. Sentenced to three years of probation.

- 05/12/2009: HS 11377(a) possession of controlled substance, HS 11364 possession for controlled substance paraphernalia. Sentenced to three years of probation and 126 days jail.

- 08/07/2009: VC 14601.1(a) driving with a suspended license, VC 23222(b) possession of marijuana while driving. Sentenced to three years of probation and 30 days jail.

---

[6] Brita Belli, *Strong link found between abnormal liver tests and poor COVID-19 outcomes*, YaleNews (Aug. 6, 2020), available at https://news.yale.edu/2020/08/06/strong-link-found-between-abnormal-liver-tests-and-poor-covid-19-outcomes.

[7] Centers for Disease Control and Prevention, "People with Certain Medical Conditions," available at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#smoking.

[8] Elizabeth Fernandez, *Smoking Nearly Doubles the Rate of COVID-19 Progression: New Analysis by UCSF Researchers Looked at Smokers, Former Smokers Diagnosed with Coronavirus*, UCSF (May 12, 2020), available at https://www.ucsf.edu/news/2020/05/417411/smoking-nearly-doubles-rate-covid-19-progression.

[9] *Id*.

MIN, Dong Ki (A046694749)

- 12/04/2009: HS 11375(b)(2) possession of controlled substance without prescription, HS 11364 possession for controlled substance paraphernalia. Sentenced to probation.

- 02/19/2016: After three arrests, Mr. Min was charged with multiple drug-related charges. He ultimately was convicted of the charges below. He was sentenced to 6 years and 4 months in prison.
  - HS 11378 – Possession of controlled substance for sale
  - HS 11379(a) – Sale or transport of controlled substance
  - HS 11370.1(a) – Possession of controlled substance while armed
  - PC 29800(a)(1) – Felon/Addict in possession of firearm
  - HS 11378 – Possession of controlled substance for sale
  - HS 11370.1(a) – Possession of controlled substance while armed
  - PC 29800(a)(1) – Felon/Addict in possession of firearm
  - HS 11378 – Possession of controlled substance for sale

    On 01/28/2014, Mr. Min was arrested. Mr. Min explains that he was driving until he was pulled over for a traffic infraction. The police officers said they were going to search his car. Mr. Min did not get out and asked for his ticket infraction. The officers said they smelled marijuana and had probable cause to search him. The officers opened his car and pulled him out to the curve. The officers searched the trunk and found a backpack with marijuana containers. The car was towed and taken to the police station. After a more comprehensive search, officers found a gun and other drugs in the dashboard. Mr. Kim explains he had a gun in the car for personal protection. While aware he was unable to carry a firearm due to his prior drug conviction, he was so deep in his addiction that he did not think about his actions and was worried he needed protection from others, so he carried the gun. He regrets his poor judgment. He plead guilty and served his sentence.

    On 08/20/2014, Mr. Min was arrested. Mr. Min explains that a police officer pulled up next to him while he was standing on the sidewalk. The officer approached Mr. Min, questioned him, and searched him. The officer found a gun and drugs on Mr. Min's possession and arrested him. The officer took Mr. Min's car keys, started ringing the alarm to find it, and then searched the car. The officer found other drugs and a smoking pipe. Mr. Min was taken to the station.

    On 06/26/2015, Mr. Min was arrested. Mr. Min explains that he was with his girlfriend and had driven to a friend's house. He parked across the street. He stepped outside the car while his girlfriend stayed inside. An officer pulled up on him and approached him. The officer told him to sit down and be searched. The officer found drugs on Mr. Min. The officer conducted a search of the car but found no other drugs or firearms. Mr. Min was then taken to the station.

- 08/27/2018: PC 243(d) battery with serious bodily injury. Sentenced three years, served half.

The officers initially identified the conduct as PC 3005(d)(1), battery while in prison. However, the District Attorney charged it as PC 4501(b), assault with force likely to produce great bodily injury while in prison. Ultimately, the case was settled by a plea to PC 243(d), battery with serious bodily injury.

Mr. Min regrets losing his temper to the aggressor. Prior to this incident, he had never had criminal charges for physical violence. If he is released, he plans to attend anger management classes in order to continue to learn how to avoid conflicts.

**Rehabilitation from drug use**: Mr. Min came to the United States when he was seven years old and experienced culture shock and difficulty learning English. When he started elementary school, he remembers being the only child who could not speak English and was consequently bullied well into his middle school years. In high school, he gave into peer pressure and used drugs for the first time to fit in and cope with depression. He described himself as a malleable and selfish teenager who did not have the foresight to think that his decisions to heavily use drugs could lead to addiction and poor decisions.

When Mr. Min realized his substance abuse problem as a teenager, he did not know where to find help or what kind of help he needed. For example, in 2011, Mr. Min tried to seek help at Victory Outreach Program, a Christian-based men's one-year residential program. The religion-based program helped participants stay sober and find employment. The program helped Mr. Min stay sober for several years.

In 2014, Mr. Min became a father and his perspective around responsibilities shifted to revolve around his son. At this time, Mr. Min was still struggling with addiction and was trying to change without knowing how. The pressures of life led him back to his addiction, eventually receiving his lengthy sentence in 2016. Mr. Min was incarcerated when his son was five months old.

In prison, Mr. Min gained access to proper substance abuse programming. He immediately enrolled in Narcotics Anonymous to get his addiction under control for himself and his son. Although the meetings were not mandatory, he attended meetings each week for the five years he was incarcerated. Also while in prison, he completed a six-month substance abuse treatment program, where he was able to receive an individualized treatment plan from a certified substance abuse counselor. Through classes and counseling, he learned about his addiction triggers, how to

find support, and how to engage in prosocial activities. Further, Mr. Min completed a transitions program and passed an exam on life skills in obtaining a job and additional resources. On July 23, 2020, CDCR released Mr. Min early due to Covid-19 based on an assessment that he poses a low risk to public safety.

Mr. Min no longer owns a firearm, understands that he cannot own a firearm, and no longer has any interest in or motivation to own a firearm. Though he never used the weapon (and was never alleged to have used the weapon), he deeply regrets possessing a weapon when he was not authorized to do so. He is committed to avoiding contact with negative influences and beginning his life anew with a dedication to his family and his continued recovery.

Mr. Min is also now proud to be sober for the past five years. Nonetheless, during his programming, he learned addiction is a life-long disease. For the reason, upon release, Mr. Min will not go directly home with his family and child. Instead, he has been admitted to The Roque Center, a residential sober-living home meant to be transition housing for people struggling with addiction, "through education, group process, one-to-one counseling, exposure to alternative coping skills, and positive role models."[10] While at the Roque Center, Mr. Min will attend individual and group counseling sessions to continue his recovery. While at the Roque Center, Mr. Min will be linked with Medi-Cal in order to qualify and be admitted to further inpatient or outpatient programs to continue his recovery.

### 14. Pending criminal charges and outstanding warrants, including jurisdiction and offense:

None

### 15. Scheduled removal date:

None

### 16. Marital status and location of spouse, significant other, children, parents and siblings:

Mr. Min is a single man. His parents are Byong Chol Min and Hye-Ran Min, both legal permanent residents in Garden Grove, CA. He has a five-year-old son, A.M., who resides with Mr. Min's parents. The child's mother has also struggled with drug addiction and now has no legal custody of the child.

Mr. Min has one sister, Hee "Gina" Min, a lawful permanent resident. She has been a substance abuse counselor at a detox center for the past four years, encouraged to work in the field after witnessing Mr. Min's struggle. She has actively worked in finding Mr. Min rehabilitative programs should he be released and is committed to support him actively both while he is in residential programming and afterwards.

Mr. Min also has an aunt, uncle, cousins, and his grandmother in Orange County, CA, all United States citizens.

---

[10] The Roque Center, https://roquecenterinc.org.

MIN, Dong Ki (A046694749)

**17. Proposed custodian, including address and phone number, and description of proposed release residence:**

If released, Mr. Min will initially live at The Roque Center, an inpatient substance abuse residential program. His address will be ████████████ Stanton, CA 90680. He will be supervised by Ronald Perry, Unit Supervisor, who can be reached at ████████████.

If released, Mr. Min's sister, Ms. Min, will drive to Marysville, CA, pick up Mr. Min, and drive him to The Roque Center. Ms. Min resides at ████████████, Garden Grove, CA 92841. She can be reached at ████████████. While at The Roque Center, Ms. Min will work directly with Mr. Min, to link him with Medi-Cal and thus, long-term addiction care.

Mr. Min is subject to parole in Orange County. Upon release, the Orange County Parole Department to ensure compliance with any and all parole requirements.

Between the staff at The Roque Center, his parole officer, his immigration attorney, social worker through the San Francisco Public Defender, and his family, Mr. Min has significant support to continue his path to recovery.

**18. Applicant's ties to the location of the proposed residence (such as length of time, family members, prior employment, etc.)**

Mr. Min and his family have lived in Orange County since 1998 and have lived in Garden Grove for the past 12 years.

**19. Employment history:**

Between 2011 to 2012, during Mr. Min's placement at Victory Outreach Program, he received several job placements in automobile show, convention centers, PGA golf security, U.S. Open security, and construction jobs. Thereafter, he worked in construction in Norco, CA until his detention. If he is released and he has completed his recovery programs, Mr. Min hopes to return to work in construction with his prior employers.

**20. Other information relevant to bail determination:**

Mr. Min's main motivation and commitment to maintaining sobriety is his five-year-old son (A.M.). Mr. Min's parents ultimately took custody of A.M. due to the mother's drug use and Mr. Min's incarceration. Mr. Min's parents now have full legal custody over the child and will work to rebuild the relationship between Mr. Min and his son. Once Mr. Min completes his inpatient recovery programs, he will return to live with his parents and his child at ████████████, Garden Grove, CA 92841.

Mr. Min explains that he grew up with multiple friends who became fathers and went to prison. He made the promise to be a different kind of father—one who is responsible, present, and nurturing. He worst fears revolve around his son and the consequences of a father's absence. During these past years of reflection, he describes feeling immense regret and pain for his inability

to control his addiction sooner, primarily because it came at the expense of being separated from his son.

While incarcerated, Mr. Min worked extensively to achieve and maintain sobriety while building a relationship with his son through any means possible: photos, visits, and nearly daily phone calls. When Mr. Min was transferred to Pleasant Valley State Prison, he was permitted four to five-hour visits with his son, during which Mr. Min was able to connect with and hold his son. He described the times away from A.M. as simply waiting time for the next visit.

In early 2020, Mr. Min's father suffered a work injury. The father broke his leg, leading to multiple surgeries. Mr. Min's father is now in his mid-60s and is in recovery, unable to work. Mr. Min hopes to ultimately return to live with his father and work to support the household's expenses. Mr. Min's mother is also in her 60s and Mr. Min is concerned that both parents are at heightened risk to die if she contracts COVID-19. Mr. Min's sister is undergoing chemotherapy. She was diagnosed with lupus in 2018, thus, she too is at heightened risk. Mr. Min worries for the health of his family who are right now the main caregivers of A.M.

**21. Attached are (check all that are applicable, but this is not a substitute for answering the above questions):**

- o   Letter of acceptance to The Roque Center recovery home
- o   Two certificates of completed recovery programs while in state prison

This application was prepared using information obtained through numerous telephone conversations between Mr. Min and Asian Law Caucus Staff Attorney So Young Lee and SF. Public Defender's Office Deputy Attorney Hector Vega. Ms. Lee and Mr. Vega also reviewed the I-213, RAP sheet, and medical records submitted by ICE and online criminal records from the Orange County Court website. They also communicated and received documents from Mr. Min's family and other agencies in Orange County.

Respectfully submitted,

/s/ Emilou MacLean
Emilou MacLean

MIN, Dong Ki (A046694749)

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

## Office of Offender Services

Presents

*Certificate of Completion*

Given to

# Dong Min

For completing 325 hours of the
Substance Use Disorder Treatment Program

Given at

Pleasant Valley State Prison



_____
Program Director

_____
Program Clinical Supervisor

# CERTIFICATE OF COMPLETION

## AWARDED TO

# Dong Min

Student has met all the state requirements necessary to complete the
Transitions class at Pleasant Valley State Prison, including earning a
70% or higher on the final exam.

Awarded this 12th day of December, 2019

_____
Instructor

_____
Principal

# Roque Center, Inc.

Roque Center

10936 Dale Ave.

Stanton, CA 90680

714.952.4032

October 21, 2020

To: U.S. Immigration and Customs Enforcement

Re: Dong Ki Min; DOB: 07/20/1990

Dong Kim Min has been pre-approved to enter the Roque Center. The Roque Center provides residential social-model non-medical detoxification services for adult men and women. Services are provided in a clean, supportive, and calm environment, monitored by experienced licensed staff. Our staff is knowledgeable and trained in the recognition of symptoms arising from alcohol and drug withdrawal. Our detox program emphasizes meeting the needs of our residents, one-on-one counseling, structured group activities, and group discussions.

Mr. Min will live at the facility for at least seven days, participating in our recovery program. Thereafter, he will be referred and transported to a long-term recovery program. Our 12-step-based approach to recovery focuses on affecting positive change in the residents' lifestyle and behavior through education, group process, one-on-one counseling, exposure to alternative coping skills, and positive role models. With the realization that recovery is a process and not an event, our social model, peer oriented, and home-like recovery program is designed to assist men and women develop a foundation for long-term recovery. Case managers will assist Mr. Min with services and continued substance use disorder care. Mr. Min will be required to attend group and individual classes during his stay at the Roque Center.

If you have any questions, please feel free to call us at 714.952.4032.

Respectfully,

Ronald Perry

Unit Supervisor

The Roque Center