UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>              Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 51**<br><br>Re: Dkt. No. 767 |

    The bail application from Ivan Omar Hernandez Pelayo is denied.

    **IT IS SO ORDERED.**

Dated: November 3, 2020

                                                                VINCE CHHABRIA<br>
                                                                United States District Judge