UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 52**<br>Re: Dkt. Nos. 777-1 |

　　　　The bail application from Dong Ki Min is granted. Bail is subject to the standard conditions of release as stated at Dkt. 543. Mr. Min's bail is subject to the additional conditions that he enter an inpatient substance abuse center, regularly attend outpatient classes/meetings thereafter, and not use drugs or alcohol.

　　　　**IT IS SO ORDERED.**

Dated: November 4, 2020

_____
VINCE CHHABRIA
United States District Judge