DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6967
      Facsimile: (415) 436-6748
      wendy.garbers@usdoj.gov
      adrienne.zack@usdoj.gov
      shiwon.choe@usdoj.gov
      neal.hong@usdoj.gov

Attorneys for Respondents-Defendants
DAVID JENNINGS, MATTHEW T. ALBENCE, and U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

SUSAN E. COLEMAN (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

ROYAL F. OAKES (SBN CA 080480)
roakes@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel: 213-680-2800; Fax: 213-614-7399

DAVID S. WEINSTEIN [Admitted Pro Hac Vice]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: 305-577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) CASE NO. 3:20-cv-02731-VC |
| | ) |
| Plaintiffs, | ) **DEFENDANTS' WITNESS LIST** |
| | ) |
| v. | ) |
| | ) |
| DAVID JENNINGS, *et al.*, | ) |
| Defendants. | ) |
| | ) |

Defendants anticipates calling the following witnesses to testify in its case-in-chief:

| Prospective Witness | Position / Entity (as applicable) |
|---|---|
| Moises Becerra | Acting Deputy Field Office Director/ ICE |
| Erik Bonnar | Deputy Field Office Director/ ICE |
| Nathan Allen | Mesa Verde Warden/ GEO |
| Dr. Richard Medrano | Regional Medical Director/ Wellpath |
| Dr. Sean Henderson | Chief Medical Officer and Medical Director of LA County Correctional Health Services |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Defendants may seek to modify or supplement this witness list upon further review of the evidence, review of Plaintiffs' Reply filing yet to be filed, and as new evidence is discovered.

DATED: November 9, 2020

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney


    /s/
NEAL C. HONG
Assistant United States Attorney