UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER TO REFILE MISSING EXHIBITS**<br><br>Re: Dkt. No. 799 |

　　　　Exhibits 11 and 13-19 filed at Dkt. 799 in support of the plaintiffs' response to the order to show cause are missing the exhibit documents. The plaintiffs are ordered to re-file these exhibits by noon tomorrow, November 12, 2020.

　　　　**IT IS SO ORDERED.**

Dated: November 11, 2020

_____
VINCE CHHABRIA
United States District Judge