UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER RE EVIDENTIARY HEARING** |

To guide the parties in their preparations for next week's hearing, and without limiting their right to present any relevant evidence, the Court is hopeful that the presentation will focus primarily on current conditions at Mesa Verde and precisely what types of preliminary injunctive relief would be appropriate to address those conditions and protect against further constitutional violations. *See Roman v. Wolf*, 977 F.3d 935, 945 (9th Cir. 2020).

**IT IS SO ORDERED.**

Dated: November 13, 2020

_____

VINCE CHHABRIA
United States District Judge