Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge: Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding a staff person at Mesa Verde who has recently tested positive with COVID-19 and ongoing testing of staff.

There are no Wellpath medical staff persons who are out with COVID. There is currently one (1) GEO staff person off work with a positive COVID-19 test, pending an appropriate quarantine period and compliance with return to work guidelines. This is the first staff person who has tested positive since August 2020.

The new positive test is as follows:

1) P.L., a male officer. He was last in the office on November 12, 2020, and the following day he reported symptoms of fever, loss of taste, body aches, chills and coughs. His November 9, 2020 test done at work was negative; however, he tested again on November 13, 2020 at an outside provider, and he received a positive result on November 17, 2020. He is quarantining at home. Contact tracing revealed that Officer P.L had a few seconds contact with multiple detainees in C dorm on November 11th during blanket exchange but he was wearing a mask.

Cumulative Totals:

GEO now has 25 cumulative positive results, with a total roster of 105 staff.
Wellpath has 5 cumulative positive results with a total roster of 23 staff.

Staff Testing Update:

From the staff testing which began on August 9, 2020, all working Wellpath staff persons (23) were tested and all were negative. All GEO staff currently working (100) were tested and all were negative.

///
///
///
///
///
///

1  Staff testing resumed again for this on November 16, 2020; most of the staff
2  have been tested (84 GEO and 21 Wellpath) and results are pending.  Testing is
3  continuing weekly on a rolling basis which is conducted as staff report to work for
4  their shifts, except for any staff already on sick, FMLA or other leave.

Dated:  November 17, 2020           BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
      Susan E. Coleman

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN