UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE REMAINING SCHEDULE FOR EVIDENTIARY HEARING** |

  The parties were right to suggest time limits for the evidentiary hearing. For the remainder of the hearing, the plaintiffs will have 3.5 hours to examine and cross-examine witnesses. The defendants will have 4 hours to examine and cross-examine witnesses, and must coordinate on the use of that time. If the parties use their time efficiently and believe that additional time is needed, the Court will consider granting additional time. If a witness filibusters during cross-examination, the side conducting the cross-examination will get more time.

  Today, the hearing will run from 1:10 pm to 3:00 p.m., will break for one hour, and then run from 4:00 p.m. to roughly 5:00 p.m.

  Tomorrow, the hearing will begin at 1:00 p.m. and run to roughly 5:00 p.m., with a couple short breaks.

  Friday, the hearing will begin at 11:00 a.m. and will end at roughly 2:30 p.m, with a short lunch break.

  If time runs out before 2:30 p.m. on Friday, the parties can use that for oral argument.

  **IT IS SO ORDERED.**

Dated: November 18, 2020

VINCE CHHABRIA
United States District Judge