1   Susan E. Coleman (SBN 171832)
     E-mail:  scoleman@bwslaw.com
2   BURKE, WILLIAMS & SORENSEN, LLP
     444 South Flower Street, Suite 2400
3   Los Angeles, CA  90071-2953
     Tel:  213.236.0600      Fax:  213.236.2700
4
5   Attorneys for Respondents-Defendants
     THE GEO GROUP, INC. (Sued herein as
6   GEO GROUP, INC.) and NATHAN ALLEN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  ANGEL DE JESUS ZEPEDA RIVAS,          Case No.  3:20-cv-02731-VC
     BRENDA RUIZ TOVAR, LAWRENCE
13  MWAURA, LUCIANO GONZALO              **STATUS UPDATE BY THE GEO**
     MENDOZA JERONIMO, CORAIMA           **GROUP, INC. AND NATHAN**
14  YARITZA SANCHEZ NUNEZ,               **ALLEN RE COVID-19 POSITIVE**
     JAVIER ALFARO, DUNG TUAN            **STAFF AT MESA VERDE**
15  DANG,
                                          Judge:    Hon. Vince Chhabria
16              Petitioners-Plaintiffs,

17  v.

18  DAVID JENNINGS, Acting Director of
     the San Francisco Field Office of U.S.
19  Immigration and Customs Enforcement;
     MATTHEW T. ALBENCE, Deputy
20  Director and Senior Official Performing
     the Duties of the Director of the U.S.
21  Immigration and Customs Enforcement;
     U.S. IMMIGRATION AND CUSTOMS
22  ENFORCEMENT; GEO GROUP, INC.;
     NATHAN ALLEN, Warden of Mesa
23  Verde Detention Facility,

24              Respondents-Defendants.

25

26        Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby

27  provide the following status report regarding staff at Mesa Verde who have recently

28  tested positive with COVID-19 and ongoing testing of staff.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

3:20-CV-02731-VC
111920 STATUS RE STAFF

1    There are no Wellpath medical staff persons who are out with COVID.

2  There are currently two (2) GEO staff persons off work with positive COVID-19

3  tests, pending an appropriate quarantine period and compliance with return to work

4  guidelines.  In addition to the positive staff person reported on November 17, 2020,

5  which was from an off-site test, there is one new positive as follows:

6    1) K.I., a female officer. She was last in the office on November 18, 2020, and

7        reports that she is experiencing no symptoms.  She was tested on November

8        17, 2020, and received the positive test results on November 19, 2020.  This

9        same officer previously tested positive on August 15, 2020, and tested

10       negative during last week's testing on November 11, 2020.

11 Cumulative Totals:

12   GEO now has 25 cumulative positive results, with a total roster of 105 staff.

13   Wellpath has 5 cumulative positive results with a total roster of 24 staff.

14 Staff Testing Update:

15   From the staff testing which began on August 17, 2020, all working Wellpath

16 staff persons (24) were tested and so far there are 14 negative and 10 pending.   All

17 GEO staff currently working (100) were tested and there were 91 negatives, 1

18 positive, and 8 pending.  Testing is continuing weekly on a rolling basis which is

19 conducted as staff report to work for their shifts, except for any staff already on

20 sick, FMLA or other leave.

21

22 Dated:  November 19, 2020          BURKE, WILLIAMS & SORENSEN, LLP

23

24                                    By: /s/ *Susan E. Coleman*

25                                        Susan E. Coleman

26                                    Attorneys for Defendants
                                     THE GEO GROUP, INC. and NATHAN
27                                    ALLEN

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

3:20-CV-02731-VC
111920 STATUS RE STAFF