DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6302965)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **NOTICE OF ERRATA REGARDING DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR ALEXANDER PHAM (ECF NO. 264-1)** |

Federal Defendants respectfully submit this notice of errata regarding the May 27, 2020 Declaration of Alexander Pham, ECF No. 264-1.

The May declaration stated that the vertical distance between the bottom and top bed platforms of the bunks at the Mesa Verde Detention Facility (Mesa Verde) is 49 inches. ECF No. 264-1, ¶ 40. As Federal Defendants previously notified Plaintiffs, and notified the Court on the record, this statement was inadvertently incorrect; the vertical distance is approximately 36 inches. Mr. Pham received the 49-inch measurement from GEO and relied on it in his May declaration. *See* Supplemental Declaration of Alexander Pham (attached). Federal Defendants apologize to Plaintiffs and the Court for this error.[1]

DATED: November 19, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Federal Defendants

---

[1] As Federal Defendants previously notified Plaintiffs and the Court, the May declaration contained another inadvertently inaccurate statement. *See* Notice of Errata and attached Declaration, ECF No. 324. This was a mistake made without an intent to mislead Plaintiffs or the Court. *See* Supplemental Declaration of Alexander Pham (attached). Federal Defendants again apologize to Plaintiffs and the Court for this error.