UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **SUPPLEMENTAL DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR ALEXANDER PHAM** |

I, Alexander Pham, make the following statements under oath and subject to penalty of perjury:

1. I am an Assistant Field Office Director ("AFOD") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the San Francisco Field Office ("ERO San Francisco"). I have held this position since April 2019. I am currently assigned to the Bakersfield Sub-Office within ERO San Francisco, which is responsible for oversight of Mesa Verde Detention Facility ("MVDF") in Bakersfield, California. I have worked in various other positions within ICE since 2005.

2. This declaration is based upon my personal and professional knowledge and information, belief, reasonable inquiry, and review of information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3. Plaintiffs' Initial Set of Interrogatories in this case asked, among other things, "Where bunk beds are used, what is the vertical distance between the bunks?" I asked Nathan Allen, Facility Administrator ("FA") of MVDF, to have the bunks at MVDF measured so that ICE could respond to the Interrogatories. I received a response that the distance between the bottom and top bunk platforms was 49 inches. Attached as Exhibit 1 is a true and correct copy of the response I received (with contact information redacted). Based on this response, I verified ICE's response to the Interrogatories that the distance between the bottom and top bed platforms was 49 inches, and subsequently stated in paragraph 40 of my declaration dated May 27, 2020, ECF No. 264-1, that the vertical distance between the bottom

and top bed platforms was 49 inches. I have since been informed that the vertical distance between the bottom and top bed platforms is approximately 36 inches, not 49 inches. Attached as Exhibit 2 is a true and correct copy of an email I received regarding the 36-inches measurement (with contact information redacted). I am verifying supplemental responses to the Interrogatories to amend ICE's earlier response.

4. Paragraph 22 of my May 27 declaration contains an additional inadvertent inaccuracy that I previously brought to the attention of the Court. *See* ECF No. 324-1. At no time did I intend to mislead Plaintiffs or the Court. This was an inadvertent mistake on my part, and I apologize to Plaintiffs and the Court.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on November 19, 2020 at Bakersfield, California.

_____
ALEXANDER PHAM