# EXHIBIT 1

**From:** Nathan Allen
**Sent:** Wednesday, May 06, 2020 5:07 PM
**To:** Pham, Alexander
**Subject:** Documents
**Attachments:** Info for Plaintiffs' Initial Discovery Requests.docx; Dorm Measurments.xlsx

Here you go.  Maintenance will do the diagonal measurements first thing on the morning.  Also, our legal said to not submit the floor plans and if there's any pushback, I'll have to notify them.   As a point of reference, all the dorms begin bunk numbers on the upper right corner or the dorm.

Ex. A dorm

50 thru 37
26 thru 36
25 thru 17
1 thru 16


**Nathan (Nate) Allen**
Facility Administrator, GEO Secure Services

**The GEO Group, Inc. ®**
Mesa Verde ICE Processing Center
425 Golden State Ave
Bakersfield, CA 93301

Tel:                    Mobile:
Fax:

www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify by replying to this email.

**PLAINTIFFS' INITIAL DISCOVERY REQUESTS**

*Zepeda Rivas v. Jennings,* **No. 3:30-cv-02731**

**INTERROGATORIES**

1. Provide descriptions of all housing units housing ICE detainees in Yuba County Jail and Mesa Verde Detention Facility, including the following information for each. In lieu of written response to any subpart, you may provide plans, or drawings that provide all of the information requested (see Document Request No. 1):

    a. Facility: *Mesa Verde ICE Processing Center*

    b. Name of unit: *Dorms A, B, C, & D*

    c. Type of units: *100 bed dorms (50 bunk beds).*

    d. Dimensions (width x length x height in feet):
    A – 59.6 x 95 x 9.9
    B – 60.3 x 88.4 x 9.9
    C – 60.5 x 96.1 x 9.9
    D – 60.3 x 88.9 x 9.9

    e. If the housing unit contains more than one bed, how far apart are the beds, (if the distances vary, all distances should be provided)? *Attached*

    f. Where bunk beds are used, what is the vertical distance between the bunks?

        *Distance between bottom/top platforms is: 49"*

2. Provide information or documents sufficient to show the total number of shower-rooms and bathrooms, and the number of shower-rooms and bathrooms per unit/pod, accessible to ICE detainees in, respectively, Yuba County Jail and Mesa Verde Detention Facility. For each shower-room or bathroom, indicate the dimensions of such room and the distance between (1) showers (2) sinks and (3) toilets.

    *A-Dorm:*
    *Number of bathrooms: 2*
    *Number of sinks: 7*
    *Distance between each sink: 24"*
    *Number of toilets: 5*
    *Distance between each toilet (stalls): 36"*
    *Number of showers: 5*
    *Distance between each shower (stalls): 36"*
    *ADA bathroom dimensions (single toilet/sink/shower): 2*
    *#1 – total dimensions: 85 sq. ft*
    *#2 – totals dimensions: 85 sq. ft*
    *B-Dorm:*
    *Number of bathrooms: 2*

>    *Number of sinks: 7*
>        *Distance between each sink: 24"*
>    *Number of toilets: 5*
>        *Distance between each toilet: 36"*
>    *Number of showers: 5*
>        *Distance between each shower: 36"*
>    *ADA bathroom dimensions (1): 85 sq. ft.*
> *C-Dorm:*
>    *Number of bathrooms: 2*
>    *Number of sinks: 7*
>        *Distance between each sink: 24"*
>    *Number of toilets: 5*
>        *Distance between each toilet: 29"*
>    *Number of showers: 5*
>        *Distance between each shower: 31"*
> *D-Dorm:*
>    *Number of bathrooms: 2*
>    *Number of sinks: 7*
>        *Distance between each sink: 24"*
>    *Number of toilets: 5*
>        *Distance between each toilet: 29"*
>    *Number of showers: 5*
>        *Distance between each shower: 31"*

3. Provide the name (or other identifying information) and dimensions of each recreation area used by ICE detainees:

   > *Small yard: 4176 sq ft*
   > *Main yard: 27,493 sq. ft*

4. State how many dining rooms serving ICE detainees are currently operating in, respectively, Yuba County Jail and Mesa Verde Detention Facility. For each dining room serving ICE detainees, state the number of residents that occupy each room at one time, whether seats are fixed or moveable, and, if fixed, the distance between seats and, if moveable, the number of seats per table and the dimensions of each table.
   > *The facility has two dining halls, one on each floor, and the first floor dining hall is used for meal services for all four dorms (80 detainee occupancy).  Each dorm has their own period.*
   > *18 – Four-stool tables (fixed)*
   >    *Distance between seats edge to edge: 32"*
   >    *Center to center: 38"*
   > *2 – Three-stool tables (two spaces for wheelchair access or removable chairs)*
   >    *Distance between seats edge to edge: 32"*
   >    *Center to center: 38":*

5. Please provide an explanation of whether it is feasible for ICE to stagger meal times for ICE detainees in the two facilities and, if so, how many additional shifts can be accommodated at each facility.  If defendants contend that staggering meal times is not feasible, please explain why not.

   *Dorms attend meals individually.*

**DOCUMENT REQUESTS**

1. Provide a detailed schematic or layout of (a) the Yuba County Jail and (b) Mesa Verde Detention Facility containing the information requested in Interrogatory No. 1.

### A-dorm

| Bunks | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 | 6-7 | 7-8 | 8-9 | 9-10 | 10-11 | 11-12 | 12-13 | 13-14 | 14-15 | 15-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 71 | 35 | 36 | 38 | 37 | 38 | 37 | 37 | 38 | 37 | 38 | 34 | 38 | 36 | 37 |
| Diag (e-e) | | | | | | | | | | | | | | | |

| Bunks | 17-18 | 18-19 | 19-20 | 20-21 | 21-22 | 22-23 | 23-24 | 24-25 |
|---|---|---|---|---|---|---|---|---|
| Edge-edge | 38 | 90 | 94 | 38 | 37 | 50 | 40 | 39 |
| Diag (e-e) | | | | | | | | |

| Bunks | 26-27 | 27-28 | 28-29 | 29-30 | 30-31 | 31-32 | 32-33 | 33-34 | 34-35 | 35-36 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 36 | 36 | 36 | 38 | 64 | 37 | 37 | 160 | 38 | 37 |
| Diag (e-e) | | | | | | | | | | |

| Bunks | 37-38 | 38-39 | 39-40 | 40-41 | 41-42 | 42-43 | 43-44 | 44-45 | 45-46 | 46-47 | 47-48 | 48-49 | 49-50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 68 | 46 | 46 | 41 | 66 | 47 | 61 | 38 | 42 | 43 | 43 | 46 | 44 |
| Diag (e-e) | | | | | | | | | | | | | |

### B-dorm

| Bunks | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 | 6-7 | 7-8 | 8-9 | 9-10 | 10-11 | 11-12 | 12-13 | 13-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 38 | 52 | 38 | 43 | 49 | 38 | 64 | 60 | 40 | 52 | 69 | 38 | 52 |
| Diag (e-e) | | | | | | | | | | | | | |

| Bunks | 15-16 | 16-17 | 17-18 | 18-19 | 19-20 | 20-21 | 21-22 | 22-23 | 23-24 | 24-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 33 | 42 | 202 | 38 | 38 | 38 | 36 | 36 | 36 | 34 |
| Diag (e-e) | | | | | | | | | | |

| Bunks | 26-27 | 27-28 | 28-29 | 29-30 | 30-31 | 31-32 | 32-33 | 33-34 | 34-35 |
|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 37 | 36 | 39 | 79 | 38 | 37 | 90 | 37 | 36 |
| Diag (e-e) | | | | | | | | | |

| Bunks | 36-37 | 37-38 | 38-39 | 39-40 | 40-41 | 41-42 | 42-43 | 43-44 | 44-45 | 45-46 | 46-47 | 47-48 | 48-49 | 49-50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 38 | 37 | 37 | 37 | 37 | 38 | 36 | 35 | 38 | 36 | 38 | 37 | 36 | 36 |
| Diag (e-e) | | | | | | | | | | | | | | |

### C-dorm

| Bunks | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 | 6-7 | 7-8 | 8-9 | 9-10 | 10-11 | 11-12 | 12-13 | 13-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 37 | 38 | 38 | 38 | 39 | 38 | 36 | 37 | 37 | 38 | 38 | 38 | 38 |
| Diag (e-e) | | | | | | | | | | | | | |

| Bunks | 15-16 | 16-17 | 17-18 | 18-19 | 19-20 | 20-21 | 21-22 | 22-23 | 23-24 | 24-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 42 | 61 | 37 | 38 | 37 | 38 | 73 | 41 | 38 | 36 |
| Diag (e-e) | | | | | | | | | | |

| Bunks | 26-27 | 27-28 | 28-29 | 29-30 | 30-31 | 31-32 | 32-33 | 33-34 | 34-35 | 35-36 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 37 | 35 | 52 | 37 | 38 | 53 | 36 | 35 | 36 | 37 |
| Diag (e-e) | | | | | | | | | | |

| Bunks | 37-38 | 38-39 | 39-40 | 40-41 | 41-42 | 42-43 | 43-44 | 44-45 | 45-46 | 46-47 | 47-48 | 48-49 | 49-50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 70 | 38 | 52 | 42 | 57 | 38 | 57 | 40 | 56 | 39 | 56 | 39 | 61 |
| Diag (e-e) | | | | | | | | | | | | | |

D-dorm

| Bunks | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 | 6-7 | 7-8 | 8-9 | 9-10 | 10-11 | 11-12 | 12-13 | 13-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 65 | 38 | 34 | 47 | 56 | 46 | 45 | 38 | 67 | 47 | 46 | 50 | 62 |
| Diag (e-e) | | | | | | | | | | | | | |

| Bunks | 15-16 | 16-17 | 17-18 | 18-19 | 19-20 | 20-21 | 21-22 | 22-23 | 23-24 | 24-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 39 | 35 | 35 | 32 | 74 | 36 | 40 | 30 | 33 | 36 |
| Diag (e-e) | | | | | | | | | | |

| Bunks | 26-27 | 27-28 | 28-29 | 29-30 | 30-31 | 31-32 | 32-33 | 33-34 | 34-35 |
|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 56 | 37 | 41 | 38 | 36 | 36 | 36 | 45 | 37 |
| Diag (e-e) | | | | | | | | | |

| Bunks | 36-37 | 37-38 | 38-39 | 39-40 | 40-41 | 41-42 | 42-43 | 43-44 | 44-45 | 45-46 | 46-47 | 47-48 | 48-49 | 49-50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edge-edge | 37 | 38 | 37 | 38 | 37 | 39 | 37 | 39 | 38 | 35 | 37 | 38 | 38 | 60 |
| Diag (e-e) | | | | | | | | | | | | | | |