DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' NOVEMBER 23, 2020 DAILY REPORT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

      In accordance with the Court's August 6, 2020 Order Granting Motion For Temporary Restraining Order, the Federal Defendants hereby submit:

(i)     **A roster indicating the name and location within the facility of each detainee at Mesa Verde.**

      Attached is a roster that contains this information, along with testing information for each detainee.

(ii)     **Updates on any tests offered or given to detainees, and the results of those tests**.

      All 45 of the saturation tests that were administered on Tuesday have returned and are negative.

Defendants generally plan to quarantine any active positive cases in Dorm B, which has been cleared for this purpose. (See ECF 527 ¶ 14, Ex. B.)  Additionally, Defendants plan to offer testing to entire the facility (including individuals who have previously tested positive) on Tuesday, November 24, 2020.

As of today, there are 46 detainees at Mesa Verde (continuing to count Mr. Figueras, who is currently in U.S. Marshal custody).  In total, 24 of the current detainees have tested positive for COVID at some point, and all 24 have been determined to be recovered.

(iii)   **Updates on tests of employees and the results of those tests.**

Defendant The GEO Group, Inc., reports that last week 124 staff tests were conducted:  100 GEO tests (97 negative, 2 pending, 1 positive) and 24 Wellpath tests (21 negative, 3 pending).

The two officers who have tested positive in recent days remain off work.

(iv)   **Updates on what the defendants are doing to manage the crisis.**

The Mesa Verde population is down to 46 detainees, or less than 15 percent of capacity.  There are currently zero detainees with active COVID status; all are negative or recovered.

As detailed in prior filings in this case, Defendants have taken numerous steps to manage the COVID situation, including providing masks to all detainees, providing detainees the ability to socially distance in most areas throughout the facility, and testing all detainees for COVID.  However, most of the detainees do not wear their masks, and many do not take advantage of the opportunity to stay six feet apart.  Defendants have also cleared a dorm to isolate positive cases and a dorm to house recovered detainees.  Additional steps that Defendants have taken are outlined above.

No detainees have been hospitalized since the last report.

In accordance with the Court's emailed instructions on August 12, 2020, and instructions at the August 18, 2020 Status Conference, the Federal Defendants will submit the arrival and release information typically submitted on Mondays for Mesa Verde and Yuba County Jail with tomorrow's report.

//

//

//

DATED: November 23, 2020	Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 821 | MIRZAIANS | HRAND | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/16/2020 | 11/18/2020 | Negative |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 011 | CRUZ-ZAVALA | WALTER | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 555 | HENRIQUEZ | JOSE | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 124 | NICKEL | WILLIAM | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | 10/29/2020 | 10/31/2020 | Negative |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | 10/29/2020 | 10/31/2020 | Negative |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | 11/11/2020 | n/a | Invalid |
| 559 | VILLALOBOS-SURA | BENITO | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | 10/29/2020 | 10/31/2020 | Negative |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | RHU | 7/24/2020 | Refused | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 766 | SANCHEZ BRITO | VICTOR | RHU | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Positive |
| 287 | ARZATE-REYES | IGNACIO | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 413 | MANZANILLA | SOLIS | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/25/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 8/15/2020 | Abbott test | Positive | 11/4/2020 | 11/6/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |
| 321 | AQUINO-CAMIRO | NARCISO | C | 8/15/2020 | Abbott test | Positive | 11/16/2020 | 11/18/2020 | Negative | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | 11/17/2020 | 11/19/2020 | Negative | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 124 | NICKEL | WILLIAM | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | 11/4/2020 | 11/6/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | |
| 797 | PALMA-AGUILAR | JULIO | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 580 | QUAN | LAM | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | n/a | Refused | | | |
| 018 | SINGH | JASWANT | C | 11/17/2020 | 11/19/2020 | Negative | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | 11/17/2020 | 11/20/2020 | Negative | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | 11/12/2020 | 11/14/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 919 | LIN | WEI | D | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | RHU | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | RHU | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Invalid |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 | Date of Offered COVID Test 11 | Date of Results of COVID Test 11 | Results of COVID Test 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 919 | LIN | WEI | D | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | RHU | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | RHU | 9/3/2020 | 9/5/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 12 | Date of Results of COVID Test 12 | Results of COVID Test 12 | Date of Offered COVID Test 13 | Date of Results of COVID Test 13 | Results of COVID Test 13 | Date of Offered COVID Test 14 | Date of Results of COVID Test 14 | Results of COVID Test 14 | Date of Offered COVID Test 15 | Date of Results of COVID Test 15 | Results of COVID Test 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 919 | LIN | WEI | D | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | RHU | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | RHU | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 16 | Date of Results of COVID Test 16 | Results of COVID Test 16 | Date of Offered COVID Test 17 | Date of Results of COVID Test 17 | Results of COVID Test 17 | Date of Offered COVID Test 18 | Date of Results of COVID Test 18 | Results of COVID Test 18 | Date of Offered COVID Test 19 | Date of Results of COVID Test 19 | Results of COVID Test 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative |
| 821 | MIRZAIANS | HRAND | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | | | |
| 326 | TRUJILLO | FERMIN | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | | | | |
| 124 | NICKEL | WILLIAM | C | | | | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 819 | ESTIGOY | ALANN | D | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | |
| 548 | GRIFFIN | MARK | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | | | | | | |
| 919 | LIN | WEI | D | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | RHU | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | RHU | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 20 | Date of Results of COVID Test 20 | Results of COVID Test 20 |
|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | | | |
| 287 | ARZATE-REYES | IGNACIO | A | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | 11/17/2020 | 11/19/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 11/17/2020 | 11/19/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | | | |
| 821 | MIRZAIANS | HRAND | A | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | |
| 326 | TRUJILLO | FERMIN | A | | | |
| 419 | ABADIN | HECTOR | C | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | |
| 555 | HENRIQUEZ | JOSE | C | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | |
| 124 | NICKEL | WILLIAM | C | | | |
| 714 | NUNEZ | PEDRO | C | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | |
| 580 | QUAN | LAM | C | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | |
| 018 | SINGH | JASWANT | C | | | |
| 659 | TOOR | GURMAIL | C | | | |
| 857 | VICTORIO | JOHN EMMANUEL CARVAJAL | C | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | |
| 819 | ESTIGOY | ALANN | D | | | |
| 548 | GRIFFIN | MARK | D | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | |
| 919 | LIN | WEI | D | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | |
| 229 | FIGUERAS | RALEIGH | Marshals | | | |
| 961 | MARTINEZ-MELENDEZ | DENIS | RHU | | | |
| 766 | SANCHEZ BRITO | VICTOR | RHU | | | |