# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL EVIDENTIARY HEARING MINUTES

| **Date:** November 16, 2020 | **Time:** 4 hours 30 mins. | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 20-cv-02731-VC | **Case Name:** Zepeda Rivas, et al. v. Jennings, et al. | |

**Attorney for Plaintiff:** William Freeman, Martin Schenker, Emi MacLean, Bree Bernwanger, Sean Rirodan, and Timothy Cook
**Attorney for Defendant:** Adrienne Zack, Shiwon Choe, and Neal Hong for Federal defendants; Royal Oakes, David Weinstein, and Susan Coleman for GEO

**Deputy Clerk:** Kristen Melen          **Court Reporter:** Marla Knox

**Hearing Began: November 16, 2020**

**Further Evidentiary Hearing: November 17, 2020**

### PROCEEDINGS:

Evidentiary Hearing Day 1 – hearing held.

### RULINGS AND ORDERS:

**Witnesses called to testify:**
- Video deposition of Alexander Pham
- Submission of transcript of Janese Mulls' deposition
- Moises Becerra

See Exhibit Log for further details from proceedings.

**ADMITTED EXHIBITS:** 4, 5, 10, 12, 53, 55, 59, 60, 61, 63, 64, 65, 66, 91, 113, 256, 261, 291, 317, 323, 330, 333, 335, 339, 444, 523, 526, 529, 533, 535