DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; [PROPOSED] ORDER** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

After Federal Defendants filed the Declaration of Nancy Gonzalez this afternoon, in the above-captioned case, ECF No. 834, counsel for Federal Defendants realized that they had neglected to redact off the address of plaintiff's sponsor.  Federal Defendants e-filed a redacted version, which has the address redacted.  An unredacted version was also filed under seal.  Federal Defendants hereby request that the Court remove the incorrectly filed document (ECF 834) from the docket.  Counsel for Federal Defendants apologize for this error.

DATED: November 20, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Federal Defendants

### [PROPOSED] ORDER

Having considered Federal Defendants' Motion to Remove Incorrectly Filed Document, the Court HEREBY ORDERS that ECF No. 834 be removed from the docket, as it contains the address of plaintiff's sponsor and has been replaced with a corrected, redacted version.

IT IS SO ORDERED.

Dated: November 23, 2020



HON. ____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Vince Chhabria