Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>    Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge:   Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19 and ongoing testing of staff.

There is one (1) Wellpath medical staff person who is out with COVID, although that person is not full-time at Mesa Verde.  There are currently four (3) GEO staff persons off work with positive COVID-19 tests, pending an appropriate quarantine period and compliance with return to work guidelines.  The new positive results are as follows:

1) GEO's fire/safety manager last worked at Mesa Verde on November 13, 2020.  He was tested on November 23, 2020, by an outside provider, and received a positive result on November 24, 2020. He is currently quarantining at home.  He had no staff or detainee contact at Mesa Verde in the last week as he was out of state.

2) GEO Officer C.M. last worked in the office on November 18, 2020, and began experiencing symptoms including body aches and feeling tired on November 19, 2020.  He was tested on November 20, 2020, by an outside provider, and his results returned positive on November 23, 2020.  He is currently quarantined at home.  No close contacts were identified during contact tracing.

Cumulative Totals:

GEO now has 27 cumulative positive results, with a total roster of 105 staff.

Wellpath has 6 cumulative positive results with a total roster of 24 staff.

Staff Testing Update:

From the staff testing which began on November 23, 2020, 103 total staff have been tested so far comprised of 21 Wellpath staff persons and 82 GEO staff, and all are pending results.  The two pending GEO results from last week were open/leaking samples and will not have results. There are still 3 pending results for Wellpath from last week.

///
///
///
///

1   Testing is continuing weekly on a rolling basis which is conducted as staff
2 report to work for their shifts, except for any staff already on sick, FMLA or other
3 leave.

Dated: November 24, 2020          BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Susan E. Coleman*
          Susan E. Coleman

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN