UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 53**<br>Re: Dkt. Nos. 800, 813 |

　　　The bail application from Hrand Mirzaians is granted. Bail is subject to the standard conditions of release as stated at Dkt. 543.

　　　The bail application from Maynor Oxlaj-Siguantay is denied.

　　　**IT IS SO ORDERED.**

Dated: November 25, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　United States District Judge