
Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge:   Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19 and ongoing testing of staff.

There is one (1) Wellpath medical staff person who is out with COVID, although that person is not full-time at Mesa Verde. There are currently eight (8) GEO staff persons off work with positive COVID-19 tests, pending an appropriate quarantine period and compliance with return to work guidelines. The new positive results are as follows:

1) GEO Officer M.E. (male) - tested on November 23, 2020, and received a positive result on November 26, 2020. He is currently quarantining at home and has experienced no symptoms. He last worked on November 25, 2020.

2) GEO Officer M.B. (female) - tested on November 23, 2020, and received a positive result on November 26, 2020. She is currently quarantining at home and has no symptoms.

3) GEO IT Specialist M.K. (male) - tested on November 23, 2020, and received a positive result on November 26, 2020. He is currently quarantining at home. He last worked on November 24, 2020, and called out sick on November 25, 2020, with symptoms of fever, chills, and aches.

4) GEO Armory Sergeant A.V. (female) - tested on November 23, 2020, and received a positive result on November 26, 2020. She is currently quarantining at home and has no symptoms. She last worked on November 25, 2020.

Contract tracing is ongoing for the above staff persons.

<u>Cumulative Totals:</u>

GEO now has 31 cumulative positive results, with a total roster of 105 staff.

Wellpath has 6 cumulative positive results with a total roster of 24 staff.

<u>Staff Testing Update:</u>

From the staff testing which began on November 23, 2020, 119 total staff have been tested so far comprised of 24 Wellpath staff persons and 95 GEO staff. The GEO tests yielded 66 negative results, 4 positive results, 24 which are pending, and 1 insufficient sample for a staff person who will retest on November 28, 2020. The Wellpath tests are currently pending and no results have been received yet.

1  Testing is continuing weekly on a rolling basis which is conducted as staff
2  report to work for their shifts, except for any staff already on sick, FMLA or other
3  leave.

Dated: November 27, 2020          BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
      Susan E. Coleman

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN