UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 54**<br><br>Re: Dkt. No. 865-1 |

　　　　The bail application from Gustavo Edgardo Castro Rivera is granted. Bail is subject to the standard conditions of release as stated at Dkt. No. 543.

　　　　**IT IS SO ORDERED.**

Dated: December 15, 2020

_____
VINCE CHHABRIA
United States District Judge