DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7031
      Facsimile: (415) 436-6748
      wendy.garbers@usdoj.gov
      adrienne.zack@usdoj.gov
      shiwon.choe@usdoj.gov
      neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) | Case No. 3:20-cv-02731 VC |
| | ) | |
| Plaintiffs, | ) | **STIPULATION AND [PROPOSED] ORDER RE** |
| | ) | **PRELIMINARY INJUNCTION REPORTING** |
| v. | ) | **DAY** |
| | ) | |
| DAVID JENNINGS, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

WHEREAS, in the Court's order granting Plaintiffs' Motion for Preliminary Injunction, the

Court ordered Defendants to file a weekly report every Monday by 5:00 p.m. (ECF 867 at 26);

WHEREAS, the parties have conferred and agree that Defendants may file their reports on

Fridays by 5:00 p.m.;

IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record, that:

STIP AND [PROPOSED] ORDER RE PI REPORTING DAY
Case No. 20-cv-02731 VC

1. The parties request that the Court's order be amended to reflect that Defendants are ordered to file their weekly report by Fridays at 5:00 p.m.


DATED: December 16, 2020       Respectfully submitted,

                 DAVID L. ANDERSON
                 United States Attorney

                 */s/ Adrienne Zack*
                 ADRIENNE ZACK
                 Assistant United States Attorney

                 Counsel for Federal Defendants

DATED: December 16, 2020       BURKE,WILLIAMS & SORENSEN, LLP

                 *s/Susan E. Coleman\**
                 SUSAN E. COLEMAN

                 Attorneys for GEO Defendants


DATED:  December 16, 2020      OFFICE OF THE PUBLIC DEFENDER
                 SAN FRANCISCO

                 */s/ Emilou MacLean\**
                 EMILOU MACLEAN

                 Counsel for Plaintiffs


*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

## [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.


DATED: _____

                 _____
                 HONORABLE VINCE CHHABRIA
                 United States District Court Judge