Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> **STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE** <br><br> Judge:    Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19 and ongoing testing of staff.

There is one (1) Wellpath medical staff person out with COVID.  There are currently eleven (11) GEO staff persons off work with positive COVID-19 tests, pending an appropriate quarantine period and compliance with return to work guidelines.

The new positive results are as follows:

1) GEO maintenance staff R.S. (male) – was tested on December 14, 2020, and received a positive test result on December 17, 2020.  He began having symptoms of loss of taste and headaches on December 13, 2020, and has not worked since December 11, 2020.  R.S. works in maintenance wearing a face mask and had no close contact with any detainees. He had close contact with two staff members in his last 2 days of work, and they have been tested.

Cumulative Totals:

GEO now has 46 cumulative individuals who have tested positive.  Wellpath has 8 cumulative positive results.

There are no individuals who have tested positive and then after a period of 90 days recovery tested negative twice in a row before testing positive again (*i.e.* reinfection).

Staff Testing Update:

Staff testing resumed on December 14, 2020, with 74 GEO staff and 18 Wellpath staff tested to date.  There are 68 negative results, 1 positive result, and 5 pending for GEO. There are 12 negative results and 6 pending for Wellpath.

///
///
///
///
///
///

1    Testing is continuing weekly on a rolling basis which is conducted as staff

2  report to work for their shifts, except for any staff already on sick, FMLA or other

3  leave.

4

5  Dated:  December 17, 2020          BURKE, WILLIAMS & SORENSEN, LLP

6

7                                     By:  /s/ *Susan E. Coleman*

8                                           Susan E. Coleman

9                                     Attorneys for Defendants
                                      THE GEO GROUP, INC. and NATHAN
10                                    ALLEN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

3:20-CV-02731-VC
121720 STATUS RE STAFF