UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 55** <br><br> Re: Dkt. No. 879 |

The bail application from Marvin Villagres Fuente is denied.

**IT IS SO ORDERED.**

Dated: December 17, 2020

VINCE CHHABRIA
United States District Judge