DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' STATUS REPORT RE: YUBA COUNTY JAIL** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

    Federal Defendants provide this status report regarding recent developments at Yuba County Jail.

    On December 11, 2020, Federal Defendants were informed that an ICE detainee, Ruperto Robles (A######162) had been administered a COVID-19 laboratory test on December 9, 2020.  Plaintiffs' counsel was notified of this by email the same day.  Mr. Robles had (and has) no symptoms.  On December 12, 2020, his results returned as negative.  Plaintiffs' counsel was notified of this by email the same day.

    Mr. Robles was offered testing because another individual in Mr. Robles's pod (A Pod), a county

inmate, tested positive for COVID-19. Mr. Robles is the only ICE detainee in A Pod. The county inmate who tested positive was administered a test on Monday, December 7, 2020. He was isolated while his test results were pending, and the results returned positive on December 9. He is currently in isolation. As a result of this positive test, all individuals in A Pod were offered testing. A Pod is a pod with individual cells and was placed in to quarantine.

ICE has been informed that Yuba County Jail also conducted whole-facility laboratory testing yesterday and today. Testing was offered to all detainees and all staff. Laboratory testing of all detained individuals (ICE and County) will be conducted every seven days for the next two weeks.

At this time, no ICE detainees have tested positive for COVID-19. All ICE detainees were laboratory tested yesterday, and none had symptoms. Additionally, all ICE detainees will be (or have been) offered Abbott tests today.

ICE has been informed that, as of today, 35 county inmates have tested positive. Federal Defendants do not have information on where county inmates are housed. Federal Defendants have inquired of Yuba County Jail's procedures for housing positive and/or symptomatic county inmates but have not received a response at this time.

ICE has been informed that, as of today, 8 Yuba County Jail staff have tested positive. Plaintiffs' counsel has been informed of each staff positive as Federal Defendants have been made aware.

DATED: December 18, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants