WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA BEIER (SBN 300505)
genna.beier@sfgov.org
Emilou H. MacLean (SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TONY PHAM, Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC** <br><br> **DECLARATION OF HAYDEN RODARTE** <br><br> **JUDGE VINCE CHHABRIA** |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice**

## DECLARATION OF HAYDEN RODARTE

I, Hayden Rodarte, declare as follows:

1.      I am an attorney admitted to practice in California and a member of the bar of this Court. I am a Justice Catalyst fellow and attorney employed at the Lawyers' Committee for Civil Rights of the San Francisco Bay Area and co-counsel for Petitioners-Plaintiffs in this action. I submit this declaration in support of Petitioners-Plaintiffs' Status Report. The facts set forth in this declaration are based on my personal knowledge or based on documents and information I have received from Federal Defendants' counsel in the course of this action.

### The Ongoing COVID-19 Outbreak at Yuba County Jail

2.      There is an escalating COVID-19 outbreak among the detained population at Yuba County Jail ("Yuba") that began on December 8, 2020, at the latest.

3.      Attached hereto as Exhibit A to this declaration is a true and correct copy of an e-mail exchange summarized below between class counsel and Federal Defendants' counsel regarding the ongoing outbreak at Yuba. On Friday, December 11, 2020 at 4:17 PM, Federal Defendants' counsel notified class counsel that one individual in county custody at Yuba tested positive for COVID-19 on December 9, 2020, and potentially exposed the rest of A-Pod where he had been housed up until December 8. At least one individual in Immigration and Customs Enforcement ("ICE") custody was also housed in A-Pod at the time and was tested for COVID-19 on December 9. On December 12, Federal Defendants' counsel informed class counsel that this individual's COVID-19 test returned negative. On December 14 at 3:18 PM, Federal Defendants' counsel further notified class counsel that three additional individuals in county custody housed in A-Pod had tested positive two days prior on December 12, and that the remaining individuals in A-Pod would not be tested again until December 23. On December 16 at 8:57 PM, Federal Defendants' counsel notified class counsel that Yuba "is conducting whole-facility [COVID-19] testing of all county and ICE detainees and all staff, out of an abundance of caution."

4.      In response to multiple independent reports which class counsel received on December 17 that the total number of known COVID-positive detained individuals at Yuba had grown to

sixteen, class counsel emailed Federal Defendants' counsel on December 17 at 8:25 PM requesting additional details and emergency safety measures to prevent the further spread of COVID at Yuba, including testing, isolation, quarantine, and social distancing as well as timely information-sharing with class counsel and the Court. Specifically, class counsel asked Federal Defendants to take the following protective actions:

 a. Immediate rapid tests for all individuals in custody at Yuba; and if there are additional positive tests, rapid tests of anyone in quarantine with newly positive individuals;

 b. Weekly laboratory testing for all individuals in custody at Yuba;

 c. Timely identification to class counsel of any class members who express skepticism of testing prior to their identification as an individual refusing testing, with a subsequent offer to test the class member after communication with class counsel;

 d. Immediate individual isolation and rapid testing of symptomatic people;

 e. Immediate individual or group isolation of individuals testing positive;

 f. Isolation of medically vulnerable class members in single celled housing;

 g. Further population reduction of class members, prioritizing the release of those medically vulnerable;

 h. Weekly testing for all staff who have interaction with class members; and

 i. Timely disclosure of information concerning:

  i. number of positive tests of class members, inmates and staff, including identification of class members who test positive;

  ii. number and identification of symptomatic class members and their location;

  iii. plans and implementation of testing of class members, inmates and staff.

5. In a phone call with class counsel on the morning of December 18, class counsel shared that there were confirmed 16 COVID-positive people in custody at Yuba and class counsel had heard concerns about limited space for quarantine and isolation. In response to class counsel's explicit request, Federal Defendants' counsel stated they would provide a status update to class counsel and the Court, but that they may lack complete information.

6.      On December 18 at 1:09 PM, Federal Defendants' counsel responded to class counsel stating that they were continuing to gather information, that all individuals in ICE custody at Yuba had received lab tests on December 17 and would be given Abbott rapid tests on December 18, and that Federal Defendants would file a status report with the Court to the extent they were able to obtain further information.

7.      Attached hereto as Exhibit B to this declaration is a true and correct copy of emails sent on December 18 at 5:08 PM, 6:34 PM, 8:00 PM, and 9:12 PM[1] in which Federal Defendants' counsel provided additional information in response to inquiries from class counsel: 34 county detainees have tested positive since December 9; 8 staff members have tested positive since the start of the pandemic (including two staff members who tested positive today); and 15 county detainees are now symptomatic. Although no ICE detainees have tested positive thus far, the results of their PCR tests apparently remain outstanding. No positive results returned from the rapid tests conducted today, but two were invalid; no class members refused testing.

8.      Federal Defendants were unable to provide information about where either symptomatic or COVID-positive individuals in custody were housed, and whether they were individually isolated. Federal Defendants' counsel also stated that at present there are no cells available for individual isolation; each of the seven available for that purpose are occupied. Despite this, Federal Defendants' counsel stated that "if an individual becomes symptomatic they will be moved to an isolation unit." Federal Defendants committed to weekly PCR testing but only for two weeks; and to staff testing, but did not provide details about whether staff testing would be mandatory, regular, or continuing.

9.      Attached hereto as Exhibit C to this declaration is a true and correct copy of a December 16, 2020 Media Release by the Yuba County Sheriff's Department accessed from the Sheriff's Department's website, stating that as of that date there were "seven COVID-positive County inmates" in the jail and each was "under 24-hour medical care in isolation."

## The Lack of Available ICU Capacity in Yuba and Sutter Counties

---

[1] To avoid duplication, emails earlier in the chain already included in Exhibit A are not included a second time here.

10.     Attached hereto as Exhibit D to this declaration is a true and correct copy of a CBS

Sacramento news article published on December 16, 2020 at 10:22 PM downloaded from the

CBS website, stating that Adventist-Rideout Medical Hospital—"the only hospital serving both"

Yuba and Sutter Counties—had zero Intensive Care Unit beds available as of December 15,

2020. The article further states that, in the week preceding December 16, "one in four people in

Sutter County or 25.7%" and "[o]ne in five in Yuba County at 20.5%" tested positive for

COVID-19. Yuba County's infection rates "are the worst numbers anywhere in the state."

**Lack of Rapid Testing and Individual Segregation of Symptomatic Class Members**

11.     On at least one prior occasion during the course of this action, detained symptomatic

individuals whom Yuba suspected may have contracted COVID-19 were tested with PCR tests

(and not rapid tests) and were not isolated while the test results were pending. On that occasion,

Federal Defendants stated that Yuba did not isolate these individuals due to insufficient space at

the facility. Attached hereto at Exhibit E to this declaration is a true and correct copy of an e-

mail exchange summarized below between class counsel and Federal Defendants' counsel

regarding two suspected COVID-19 cases among the ICE detainee population at Yuba. On

November 12, 2020, class counsel received multiple reports that two individuals in ICE custody

at Yuba were exhibiting symptoms consistent with COVID-19, had been removed from G-Tank

which they shared with two or three additional individuals, were tested for COVID-19, and were

placed together in quarantine in a single cell in T-Pod while they awaited their COVID-19 PCR

test results. Class counsel then confirmed these details with the two detained individuals directly

and through their immigration counsel. The same day, I emailed counsel for Federal Defendants'

counsel seeking to confirm the above-described situation and requesting all additional details

relating to the individuals' COVID-19 tests, any actions taken in response to these potential

COVID-19 cases, and any other COVID-19 tests administered to detained individuals that had

not been disclosed to class counsel.

12.     On November 13, 2020 at 1:33 PM, Federal Defendants' counsel responded and

confirmed the above-described situation, that the two individuals' COVID-19 tests returned

negative, and that they would remain "in a 10-day quarantine through November 20." In a

subsequent email, on November 17 at 1:19 PM, Federal Defendants' counsel affirmed that the two individuals had been "cohorted together while waiting for their tests results in light of the limited space in the facility."

### ICE Detainees Housed in the "Old Jail" Portion of Yuba

13.     Over the last three months, Yuba has consistently housed ICE detainees in the "old jail" portion (i.e. tanks G through T) of the facility. The following information is based on my review of the Excel spreadsheets titled "YCJ Detainee List with dorms, medical, and crim history" containing data on the current ICE detainee population at Yuba which Federal Defendants' counsel paralegal specialists Jon Birch and Lillian Do have emailed class counsel on the following dates in 2020: December 18, December 11, December 4, November 27, November 20, November 13, November 6, October 30, October 23, October 16, October 9, and October 5 (containing information as of October 2). Since October, Yuba has housed between 18 and 35% of ICE detainees in the "old jail" portion of the facility. In the latest detainee list from Federal Defendants' counsel dated December 18, 2020, 6 out of the 21 total ICE detainees—i.e. over 28%—were housed in Yuba's "old jail."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December 2020 in Alameda, California.

/s/ Hayden Rodarte
Hayden Rodarte

# Exhibit A

## Fwd: Zepeda Rivas - Testing at YCJ

Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>

Fri 12/18/2020 1:11 PM

**To:** Hayden Rodarte <hrodarte@lccrsf.org>


Emi MacLean
Deputy Public Defender
San Francisco Public Defenders Office

---

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Sent:** Friday, December 18, 2020 1:09:43 PM
**To:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>; Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>; Hong, Neal (USACAN) <Neal.Hong@usdoj.gov>
**Subject:** RE: Zepeda Rivas - Testing at YCJ

Emi,

As discussed on our call, we are working to obtain the information you requested below, and some of it has been provided already in this email chain.  I will provide a more comprehensive response as soon as I can, but I cannot guarantee it will by 3pm.  We will also file a status report with the Court with the information you request below, to the extent that we have that information, but I cannot promise that will be filed by 3pm.

In the interim, we can relay:

-that no ICE detainee has tested positive
-that PCR tests were done on 20 ICE detainees yesterday (all but Mr. Robles is my guess) and no one had symptoms
- that ICE detainees will be tested with Abbott tests today


Best,
Adrienne

---

**From:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Sent:** Thursday, December 17, 2020 8:26 PM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>
**Subject:** Re: Zepeda Rivas - Testing at YCJ

Dear Counsel:

Yesterday you provided the latest update regarding Yuba, sharing that four county inmates have tested positive. We understand both from public reporting (a <u>press release</u> on the County website yesterday)

and communications with detainees and others that the number of people who have tested positive at Yuba is significantly higher. We also understand that there are serious concerns about the lack of available housing for social distancing and necessary isolation and quarantine at Yuba.

Pursuant to the requirement in the Court's first preliminary injunction that Defendants promptly respond to requests concerning detainee health and safety, Plaintiffs ask that Defendants provide answers to the following questions before 3pm on Friday:

- COVID-positive tests:
  - How many people have tested positive?
  - Have any ICE detainees tested positive?
  - Where are positive ICE detainees and County inmates being housed?
- Rapid tests:
  - How many rapid tests are available at Yuba?
  - Have rapid tests been used for individuals in custody at Yuba?
  - Is there a plan to use rapid tests to stem the outbreak?
- PCR testing:
  - What PCR testing has been done, and for whom?
  - How long will it take to administer PCR tests for the entire facility?
  - What is the plan for PCR testing moving forward?
- Isolation of symptomatic people:
  - How many symptomatic people have been identified at Yuba? Of these, how any are ICE detainees, and who are they?
  - Are symptomatic people being held in isolation in individual cells? If not, where and how are they being held?
- Staff testing:
  - Have staff at Yuba been tested?
  - How many?
  - Is there a plan to test all staff? If so, what is that plan?
- Available space for social distancing, quarantine and isolation:
  - How many cells are available for individual isolation?
  - How many are currently unoccupied?
  - How many cells currently have more than one person in them? How many ICE detainees are double-, triple-, or quadruple-celled?
  - Has the County asked ICE to relocate any ICE detainees in light of the space constraints at Yuba? If so, how has ICE responded?
  - What is the plan for cohorting and quarantining at Yuba County Jail in light of the growing outbreak?

We also ask ICE to immediately take the following actions at Yuba County Jail in order to protect class members from the unreasonable risk of COVID infection:

1. Immediate rapid tests for all individuals in custody at Yuba; and if there are additional positive tests, rapid tests of anyone in quarantine with newly positive individuals
2. Weekly laboratory testing for all individuals in custody at Yuba
3. Timely identification to class counsel of any class members who express skepticism of testing prior to their identification as an individual refusing testing, with a subsequent offer to test the class member after communication with class counsel
4. Immediate individual isolation and rapid testing of symptomatic people
5. Immediate individual or group isolation of individuals testing positive
6. Isolation of medically vulnerable class members in single celled housing
7. Further population reduction of class members, prioritizing the release of those medically vulnerable
8. Weekly staff testing for all staff who have interaction with class members
9. Timely disclosure of information concerning:
   a. number of positive tests of class members, inmates and staff, including identification of class members who test positive
   b. number and identification of symptomatic class members and their location
   c. plans and implementation of testing of class members, inmates and staff

Lastly, we ask Federal Defendants to provide an update to the Court about the situation at Yuba in Friday's status report, including number of positive tests of class members, County inmates and staff; housing of individuals testing positive; housing of symptomatic individual; and testing of class members, County inmates and staff. Please identify if Federal Defendants are willing to do that. Otherwise, Plaintiffs intend to provide a status report to ensure that the Court is timely apprised of the situation.

All parties are well aware of the risks of delay in light of the experiences at Mesa Verde and elsewhere. We look forward to your feedback and quick action to protect those in ICE custody. We hope to be able to resolve this without further litigation and are available at your convenience tomorrow to meet and confer regarding this pressing matter. We are willing to engage however is most useful to encourage candor and cooperative problem-solving.

Best,
Emi

---

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Date:** Wednesday, December 16, 2020 at 8:57 PM
**To:** Bill Freeman <wfreeman@aclunc.org>, Sean Riordan <SRiordan@aclunc.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>, Wells, Kelly (PDR) <kelly.wells@sfgov.org>, Schenker, Marty <mschenker@cooley.com>, Cook, Timothy <tcook@cooley.com>, Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>, Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>, Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>, Hong, Neal (USACAN) <Neal.Hong@usdoj.gov>
**Subject:** RE: Zepeda Rivas - Testing at YCJ

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Counsel,

We learned this evening that Yuba County Jail is conducting whole-facility testing of all county and ICE detainees and all staff, out of an abundance of caution.

Mr. Robles continues to have no symptoms.

When more information is known, we will provide you updates, as we have been doing.

Adrienne

---

**From:** Zack, Adrienne (USACAN)
**Sent:** Monday, December 14, 2020 3:18 PM
**To:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>
**Subject:** RE: Zepeda Rivas - Testing at YCJ

Counsel,

We learned today that three of the county inmates in A Pod that were tested for COVID last week have returned positive results, also on December 12.  These individuals were moved out of A pod to be isolated.

Those individuals in A Pod whose results were negative will continue to quarantine and be monitored for symptoms.  They will be tested again on December 23, 2020.

Thank you,
Adrienne

---

**From:** Zack, Adrienne (USACAN)
**Sent:** Saturday, December 12, 2020 11:23 AM
**To:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>
**Subject:** Re: Zepeda Rivas - Testing at YCJ

Counsel,

We were informed today that Mr. Robles's test returned as negative.

Adrienne

Sent from my iPhone - apologies for brevity and typos.


On Dec 11, 2020, at 4:16 PM, Zack, Adrienne (USACAN) <AZack1@usa.doj.gov> wrote:


Dear Counsel,

Today we were informed that Yuba County Jail ICE detainee Ruperto Robles, A ███████ █, was administered a COVID-19 laboratory test on December 9, 2020.  Mr. Robles has no symptoms, and the results are expected within three days.

The test was offered because another individual in Mr. Robles's pod, a county inmate, tested positive for COVID-19.  The affected pod is A pod.  Mr. Robles was moved to A pod this week, on December 8, to be closer to medical due to his diabetes.  He is the only ICE detainee in A pod.

The county inmate who tested positive was administered a test on Monday, December 7, 2020.  He was isolated while his test results were pending, and the results returned positive on December 9.  He is currently in isolation.  This is the only positive county inmate or detainee to date.

A pod currently houses 21 individuals, and all 21 were tested.  No individual is showing symptoms at this time.  A pod is a pod with cells (as opposed to a dormitory-style pod).  The pod is currently under isolation/quarantine and being checked for symptoms twice a day.

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov

# Exhibit B

RE: Zepeda Rivas - Testing at YCJ

Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
Fri 12/18/2020 9:12 PM

**To:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>; Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>; Hong, Neal (USACAN) <Neal.Hong@usdoj.gov>; Hayden Rodarte <hrodarte@lccrsf.org>; Jordan Wells <JWells@aclusocal.org>

Counsel,

No positive results were received from the rapid testing of all ICE detainees today.  No ICE detainees refused testing.  However, two individuals had "invalid" responses from two rapid tests – names and circumstances below:

APAZA, Bryan Jesus, A#####859 – Mr. Apaza was laboratory tested yesterday and his result is expected tomorrow.
ROBLES, Ruperto, A#####162 – Mr. Robles was swabbed for laboratory testing after his invalid rapid test.

Neither Mr. Apaza or Mr. Robles have symptoms.

Thank you,
Adrienne

---

**From:** Zack, Adrienne (USACAN)
**Sent:** Friday, December 18, 2020 8:00 PM
**To:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>; Hayden Rodarte <hrodarte@lccrsf.org>; Jordan Wells <JWells@aclusocal.org>
**Subject:** RE: Zepeda Rivas - Testing at YCJ

Counsel,

Yes, as we have consistently done, we will let you know about the results of the Abbott testing of ICE detainees as soon as it is relayed to counsel.

Answers that we have available now:

- Please confirm that the 35 COVID positive detainees is the number of inmates currently positive rather than a cumulative number.
  - There are **34** COVID positive **inmates** since 12/9/2020.
- Please clarify whether the 8 positive staff is a cumulative number. We believe we were previously told only of five positive staff members and today you have reported that there are currently two positive staff. Please clarify this discrepancy.
  - There is no discrepancy that we are aware of.  We have previously notified you of six positive Yuba staff, with the most recent prior to today being on November 23 at 3:20pm.  The total of 8 is cumulative.

Many of your other most recent questions are still outstanding with Yuba County Jail, and we will add any new questions as well.  We will also continue to update you as we have more information.  However, it is our understanding that Yuba County Jail is actively working with the County Health Department and County Officials regarding the situation at the jail and that they have been consulting with the public

health doctor.  It is presumptive to assume that there is a "lack of capacity and plan for isolation" just because Yuba County Jail has not yet conveyed answers to us in response to your questions.  It has been less than 24 hours since you emailed your questions, well after business hours.  We have relayed them and answered where possible, but the individuals who need to answer your questions are also dealing with the situation on the ground at the jail.  We will continue to apprise you of information as we have it, but again, much of this information is not in ICE's possession.

Adrienne

---

**From:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Sent:** Friday, December 18, 2020 6:49 PM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>; Hayden Rodarte <hrodarte@lccrsf.org>; Jordan Wells <JWells@aclusocal.org>
**Subject:** Re: Zepeda Rivas - Testing at YCJ

Counsel—

Please note that despite my comment about the evaluation of the need for a TRO, as discussed earlier today on our call, we seek to avoid further litigation and to respond to the current crisis at Yuba cooperatively. That remains true.

Best,
Emi

---

**From:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Date:** Friday, December 18, 2020 at 6:45 PM
**To:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>, Bill Freeman <wfreeman@aclunc.org>, Sean Riordan <SRiordan@aclunc.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>, Wells, Kelly (PDR) <kelly.wells@sfgov.org>, Schenker, Marty <mschenker@cooley.com>, Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>, Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>, Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>, Hong, Neal (USACAN) <Neal.Hong@usdoj.gov>, Hayden Rodarte <hrodarte@lccrsf.org>, Jordan Wells <JWells@aclusocal.org>
**Subject:** Re: Zepeda Rivas - Testing at YCJ

Counsel:

Apologies for Kelly's earlier truncated email, and please note that I have added colleagues onto this chain so please use this email moving forward.

Would you please provide the results of the rapid tests of ICE detainees and any other tests as soon as they are available, presumably tonight? We have a few other follow-up requests/questions:

- What is the plan for housing any future symptomatic individuals, given that there are currently zero unoccupied isolation cells?
- What is the plan for any ICE detainee who tests positive for COVID, given that there are currently zero unoccupied isolation cells and no clarity about where COVID-positive detainees are being housed?
- Please confirm that the 35 COVID positive detainees is the number of inmates currently positive rather than a cumulative number.
- Please clarify whether the 8 positive staff is a cumulative number. We believe we were previously told only of five positive staff members and today you have reported that there are currently two

positive staff. Please clarify this discrepancy.

- By when will all staff be tested? And will they be tested once or on a regular basis? If on a regular basis, how regular and for how long?
- You stated in your latest email that symptomatic individuals have been tested with rapid tests, and that rapid tests "were used for individuals exhibiting symptoms during "response testing." Please clarify what you mean by "response testing." Please also confirm whether the policy is for symptomatic individuals to *always* be tested with rapid tests, and whether that has been consistently the practice.

We are evaluating whether to move the Court for a TRO in light of the pace of the spread, the apparent lack of capacity and plan for isolation for symptomatic and COVID-testing individuals, and Defendants' unwillingness to commit to release anyone despite that lack of capacity. Thank you for understanding the urgency here.

Best,

Emi

---

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Date:** Friday, December 18, 2020 at 6:34 PM
**To:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>, Bill Freeman <wfreeman@aclunc.org>, Sean Riordan <SRiordan@aclunc.org>, Bree Bernwanger <bbernwanger@lccrsf.org>, Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>, Wells, Kelly (PDR) <kelly.wells@sfgov.org>, Schenker, Marty <mschenker@cooley.com>, Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>, Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>, Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>, Hong, Neal (USACAN) <Neal.Hong@usdoj.gov>
**Subject:** RE: Zepeda Rivas - Testing at YCJ

Counsel,

Please see additional information recently received in blue below.

Regards,
Adrienne

---

**From:** Zack, Adrienne (USACAN)
**Sent:** Friday, December 18, 2020 5:08 PM
**To:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>
**Subject:** RE: Zepeda Rivas - Testing at YCJ

Counsel,

Below please find answers to your inquiries in red, which have been provided to ICE from Yuba County Jail. As the situation is dynamic, these answers reflect the current understanding, but note things are subject to change.

Today, two staff members reported positive tests to Yuba County Jail. The two staff members were not in direct contact with any ICE detainees. One of the staff members last worked on December 13, 2020, and the other on December 15, 2020.

Regards,
Adrienne

**From:** Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>
**Sent:** Thursday, December 17, 2020 8:26 PM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Schenker, Marty <mschenker@cooley.com>; Cook, Timothy <tcook@cooley.com>
**Cc:** Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>
**Subject:** Re: Zepeda Rivas - Testing at YCJ

Dear Counsel:

Yesterday you provided the latest update regarding Yuba, sharing that four county inmates have tested positive. We understand both from public reporting (a press release on the County website yesterday) and communications with detainees and others that the number of people who have tested positive at Yuba is significantly higher. We also understand that there are serious concerns about the lack of available housing for social distancing and necessary isolation and quarantine at Yuba.

Pursuant to the requirement in the Court's first preliminary injunction that Defendants promptly respond to requests concerning detainee health and safety, Plaintiffs ask that Defendants provide answers to the following questions before 3pm on Friday:

- COVID-positive tests:
  - How many people have tested positive? As of 12/18, 34 county inmates. Since March, 8 staff members.
  - Have any ICE detainees tested positive? No
  - Where are positive ICE detainees and County inmates being housed? There are currently no positive ICE detainees. We do not have information regarding County inmates at this time.
- Rapid tests:
  - How many rapid tests are available at Yuba? Approximately 140.
  - Have rapid tests been used for individuals in custody at Yuba? Yes. Rapid tests were used for individuals exhibiting symptoms during "response testing."
  - Is there a plan to use rapid tests to stem the outbreak? All ICE detainees will be/have been rapid tested today, 12/18. Also see above.
- PCR testing:
  - What PCR testing has been done, and for whom? YCJ has tested all detainees and inmates. PCR testing of all staff is planned.
  - How long will it take to administer PCR tests for the entire facility? YCJ informed that half the facility was tested on Thursday and half should be able to be tested today. YCJ now informs that testing began on Wednesday and was completed today.
  - What is the plan for PCR testing moving forward? PCR testing will be conducted every seven days for the next two weeks.
- Isolation of symptomatic people:
  - How many symptomatic people have been identified at Yuba? Of these, how any are ICE detainees, and who are they? No ICE detainees have symptoms. As of 12/18, there are fifteen symptomatic inmates; this number is dynamic.
  - Are symptomatic people being held in isolation in individual cells? If not, where and how are they being held? We do not have information regarding County inmates at this time.

- Staff testing:
  - Have staff at Yuba been tested? As we reported on Wednesday, yes.
  - How many? As of 12/18: 22
  - Is there a plan to test all staff? If so, what is that plan? As we reported on Wednesday, the plan is to test all staff.
- Available space for social distancing, quarantine and isolation:
  - How many cells are available for individual isolation? 7
  - How many are currently unoccupied? 0

- How many cells currently have more than one person in them? We do not have information regarding County inmates at this time.
- How many ICE detainees are double-, triple-, or quadruple-celled? This question is vague. However, the location of each ICE detainee is as follows: there are 14 ICE detainees in C Pod, which is a 50-person dorm that has been rearranged to allow for social distancing and is only ICE detainees; there are 2 ICE detainees in Q4, which is a four-person cell; there are 3 ICE detainees in P tank, each in their own cell; there is 1 ICE detainee in A Pod in his own cell; and one detainee in an ADA cell, which is a one person cell.
- Has the County asked ICE to relocate any ICE detainees in light of the space constraints at Yuba? If so, how has ICE responded? Not at this time.
- What is the plan for cohorting and quarantining at Yuba County Jail in light of the growing outbreak? Per direction/guidance received by Yuba's public health doctor, with the "response" testing being conducted, individuals will be on a quarantine status in their housing units and continue to cohort unless they exhibit symptoms. If an individual becomes symptomatic they will be moved to an isolation unit.

We also ask ICE to immediately take the following actions at Yuba County Jail in order to protect class members from the unreasonable risk of COVID infection:

1. Immediate rapid tests for all individuals in custody at Yuba; and if there are additional positive tests, rapid tests of anyone in quarantine with newly positive individuals All ICE detainees are being/have been rapid tested today.
2. Weekly laboratory testing for all individuals in custody at Yuba. YCJ will conduct PCR testing every seven days for the next two weeks.
3. Timely identification to class counsel of any class members who express skepticism of testing prior to their identification as an individual refusing testing, with a subsequent offer to test the class member after communication with class counsel Any ICE detainee who refuses to be tested will be offered to be tested again.
4. Immediate individual isolation and rapid testing of symptomatic people. We do not have information regarding County inmates at this time. Rapid tests have been used on symptomatic individuals.
5. Immediate individual or group isolation of individuals testing positive It is our understanding this is occurring, but we do not have information regarding County inmates at this time.
6. Isolation of medically vulnerable class members in single celled housing Mr. Robles was identified as needing closer observation and is located in a single cell in A Pod to be closest to medical.
7. Further population reduction of class members, prioritizing the release of those medically vulnerable As of 12/18/2020, there are 21 ICE detainees housed at Yuba. Each case continues to be monitored and reviewed on a case-by-case basis.
8. Weekly staff testing for all staff who have interaction with class members We do not have information regarding further County staff testing at this time.
9. Timely disclosure of information concerning:
   a. number of positive tests of class members, inmates and staff, including identification of class members who test positive
   b. number and identification of symptomatic class members and their location
   c. plans and implementation of testing of class members, inmates and staff

Throughout the litigation, Federal Defendants have provided timely disclosure of information in their possession regarding testing, positive status, and locations of detained individuals at YCJ and Mesa Verde and staff and will continue to do so.

Lastly, we ask Federal Defendants to provide an update to the Court about the situation at Yuba in Friday's status report, including number of positive tests of class members, County inmates and staff; housing of individuals testing positive; housing of symptomatic individual; and testing of class members, County inmates and staff. Please identify if Federal Defendants are willing to do that. Otherwise, Plaintiffs intend to provide a status report to ensure that the Court is timely apprised of the situation.

All parties are well aware of the risks of delay in light of the experiences at Mesa Verde and elsewhere. We look forward to your feedback and quick action to protect those in ICE custody. We hope to be able to resolve this without further litigation and are available at your convenience tomorrow to meet and confer regarding this pressing matter. We are willing to engage however is most useful to encourage candor and cooperative problem-solving.

Best,
Emi

# Exhibit C

# YUBA COUNTY SHERIFF'S DEPARTMENT

720 Yuba St, Marysville, CA  95918
(530) 749-7777; Fax: (530) 741-6445; http://sheriff.co.yuba.ca.us/



# Media Release

Contact: Crime Analyst Leslie Carbah
Phone: (530) 749-7736
Email:  lcarbah@co.yuba.ca.us

FOR IMMEDIATE RELEASE
12/16/2020

## Yuba County Jail Suspending Visitation due to COVID-19 Concerns

Effective December 17, 2020 and due to rising concerns about the increase in COVID-19 cases in the Yuba-Sutter region, the Yuba County Jail will be temporarily suspending in person visitation with inmates. This decision was not made lightly and was made in consultation with our Bi-County Health Officer Dr.Luu and upon her recommendations.

Our jail population is currently at approximately 55% capacity, with 235 inmates housed as of today. We currently have seven COVID-positive County inmates in isolated treatment, with three previous cases since March 2020. All inmates and staff are screened daily for symptoms and testing is widely available and encouraged. Any new incoming inmates are quarantined for 14 days before being housed into the jail population.

The current positive cases in the jail have emerged within the last week. Internal contact tracing is underway for those inmates to determine potential exposure, with additional testing in progress throughout the facility. At this time, the seven COVID-positive inmates are under 24-hour medical care in isolation at our jail, and none have experienced complications nor needed hospitalization.

We continue to follow very strict COVID-19 protocols under consultation from medical professionals, including PPE and strict disinfecting procedures for all staff and inmates at our facility.  Please be assured we will be constantly evaluating our ability to re-implement in person visitation as soon as we can do so. Phone visitations are encouraged and jail staff will coordinate attorney visits as necessary.

# Exhibit D

**◉13 CBS Sacramento**   ☰ MENU   NEWS   WEATHER   SPORTS   BEST OF   CBS13 WATCH NOW   M   🔍

# ICU At Marysville Hospital At Zero Capacity, So Where Do You Go?

By Marissa Perlman   December 16, 2020 at 10:22 pm   Filed Under:   Coronavirus,   Sutter County,   Yuba County



MARYSVILLE (CBS13) — Yuba and Sutter counties make up one of the biggest coronavirus hotspots anywhere in the country.

As many as one in four people are testing positive all while the only hospital serving both counties is seeing a shrinking staff.

"What I want the community to understand is that resources are limited," said Adventist-Rideout Medical Hospital President Rick Rawson while speaking at a Yuba City Council meeting Tuesday.

He said the hospital is in overdrive and they have no ICU beds available. We're learning on Tuesday alone, out of 60 COVID-19 patients who showed up at the hospital, nearly a quarter had to wait to get a hospital bed.

Yuba City held a special meeting on the issue this week.

READ: Stay-At-Home Order Takes Effect In Solano County Thursday Night

One in four people in Sutter County or 25.7% tested positive in the past seven days. One in five in Yuba County at 20.5% which are the worst numbers anywhere in the state. On top of that, 100 staff are either in quarantine or out sick.

## FOLLOW US

## OUR | NEWSLETTER

 Sign up and get our latest headlines delivered right to your inbox!

Email address

Subscribe Now!

## MOST **VIEWED**

Former EDD Employee In Roseville Charged In California's

In Marysville, Fred French said, "It's hard especially if something happens somebody has a heart attack and its already full capacity with people."

Rideout canceled elective surgeries, redirecting staff at the Emergency Room, but hospital leaders say it's still an issue.

So, what happens once ICU beds reach full capacity? Hospital leaders say they're working with Sutter Health to share capacity, meaning if either hospital has open beds, they would share those beds.

They've also launched a program this week that brings acute care to people's homes, combining care with virtual technology to open up beds in the hospital.


We have a new app!
CBS Sacramento
DOWNLOAD NOW!


Unemployment Fraud Investigation


Man Pays Taco Bell Employees $100 Each To Make Anniversary Of Horrifying Experience Special


Man's Missing Ankle Monitor Leads Calaveras County Authorities To Stolen Copper Wire


Softball Coach Buck Maldonado Sentenced To 43 Years In Prison For Sexually Assaulting Several Girls


Motion Filed To Question Gov. Newsom Over COVID-19 Response


Police Arrest Elk Grove Man Accused Of Spray-Painting Hate Speech On Restaurant


Turlock Man Named 'Primary Supplier' In Alleged Drug Ring Among Major North Carolina Colleges


Police: Multiple People Injured In South Sacramento Crash


Homicide Detectives Say 2 Found Dead Inside San Joaquin County Home


Suspect Arrested In Connection To Fatal Shooting Of Angel Cervantes Outside Of Liquor Store

Comments (3)

CCPA Notice

**The 14 Healthiest Vegetables on Earth**

alldelish | Sponsored

**After This Nevada Lake Dried Up, Geologists Found Eerie Carvings**

# Exhibit E

## Re: [Zepeda] 2 Yuba County ICE detainees tested for COVID

Hayden Rodarte <hrodarte@lccrsf.org>
Tue 11/17/2020 7:09 PM

**To:** Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov>
**Cc:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>; Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>; Hong, Neal (USACAN) <Neal.Hong@usdoj.gov>; Anastasia Sullivan <asullivan@co.yuba.ca.us>; Bree Bernwanger <bbernwanger@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Maclean, Emilou (PDR) <emilou.maclean@sfgov.org>; Sean Riordan <SRiordan@aclunc.org>; Marty Schenker <mschenker@cooley.com>; Ugarte, Francisco (PDR) <francisco.ugarte@sfgov.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Isela Bravo <IBravo@aclunc.org>

Received. Thank you, Wendy.

Best,

**Hayden Rodarte** (he/él)
*Justice Catalyst Fellow* – Immigrant Justice
Lawyers' Committee for Civil Rights
   of the San Francisco Bay Area (LCCRSF)

hrodarte@lccrsf.org | Direct: 650-636-7046

> On Nov 17, 2020, at 1:18 PM, Garbers, Wendy (USACAN) <Wendy.Garbers@usdoj.gov> wrote:
>
> Hayden,
>
> I am writing with the additional information Yuba County Jail has provided regarding Mr. Vasquez Rodriguez (A# ▓▓▓▓) and Mr. Rivera Garcia (A# ▓▓▓▓).  As you know, both of their COVID tests returned negative on November 13, 2020.  They are nevertheless being held together in quarantine through November 20, 2020.
>
> As to what prompted the tests, YCJ advises that Mr. Rivera Garcia presented with a cough and nasal congestion on November 10, 2020.  YCJ similarly advises that Mr. Vasquez Rodriguez submitted a sick call on November 8, 2020, stating that he had muscle and bone pain, headache and chills.  He was seen by a physician, who ordered a flu test (which came back negative), in additional to the COVID test.  Neither detainee was suspected to have had contact with a  COVID positive individual.
>
> Messrs. Vasquez Rodriguez and Rivera Garcia were cohorted together while waiting for their test results in light of the limited space in the facility.
>
> Best,
>
> Wendy M. Garbers
> Assistant United States Attorney
> United States Attorney's Office, N.D. Cal.
> 415.436.6475

**From:** Hayden Rodarte <hrodarte@lccrsf.org>
**Sent:** Friday, November 13, 2020 1:50 PM
**To:** Garbers, Wendy (USACAN) <wgarbers@usa.doj.gov>
**Cc:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Choe, Shiwon (USACAN)
<SChoe@usa.doj.gov>; Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>; Hong, Neal
(USACAN) <nhong@usa.doj.gov>; Anastasia Sullivan <asullivan@co.yuba.ca.us>; Bree
Bernwanger <bbernwanger@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>; Judah
Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Maclean, Emilou
(PDR) <emilou.maclean@sfgov.org>; Sean Riordan <SRiordan@aclunc.org>; Marty
Schenker <mschenker@cooley.com>; Ugarte, Francisco (PDR)
<francisco.ugarte@sfgov.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Isela Bravo
<IBravo@aclunc.org>
**Subject:** Re: [Zepeda] 2 Yuba County ICE detainees tested for COVID

Thank you for this initial response, Wendy. We look forward to all further information about
this incident as indicated in our request below.

Best,

**Hayden Rodarte** (he/él)
*Justice Catalyst Fellow* – Immigrant Justice
Lawyers' Committee for Civil Rights
   of the San Francisco Bay Area (LCCRSF)

hrodarte@lccrsf.org | Direct: 650-636-7046

On Nov 13, 2020, at 1:32 PM, Garbers, Wendy (USACAN)
<Wendy.Garbers@usdoj.gov> wrote:

Hayden,

I have some preliminary, but significant information regarding Mr. Rivera Garcia
and Mr. Vasquez Rodriguez:  both their tests have returned and are negative.
They will remain in a 10-day quarantine through November 20.   We are
requesting additional details regarding the circumstances of the tests being
administered from YCJ, and will be back in with what we learn.  ICE was just
informed today that these two individuals were tested on Tuesday.

Wendy M. Garbers
Assistant United States Attorney
United States Attorney's Office, N.D. Cal.
415.436.6475

**From:** Hayden Rodarte <hrodarte@lccrsf.org>
**Sent:** Thursday, November 12, 2020 9:17 PM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Choe, Shiwon
(USACAN) <SChoe@usa.doj.gov>; Garbers, Wendy (USACAN)
<wgarbers@usa.doj.gov>; Winslow, Sara (USACAN)
<SWinslow@usa.doj.gov>; Hong, Neal (USACAN) <nhong@usa.doj.gov>;
Anastasia Sullivan <asullivan@co.yuba.ca.us>

**Cc:** Bree Bernwanger <bbernwanger@lccrsf.org>; Bill Freeman
<wfreeman@aclunc.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille
<amalia@lakinwille.com>; Maclean, Emilou (PDR)
<emilou.maclean@sfgov.org>; Sean Riordan <SRiordan@aclunc.org>; Marty
Schenker <mschenker@cooley.com>; Ugarte, Francisco (PDR)
<francisco.ugarte@sfgov.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>;
Isela Bravo <lBravo@aclunc.org>
**Subject:** [Zepeda] 2 Yuba County ICE detainees tested for COVID

Dear Counsel,

We have just received information from two class members at Yuba County Jail
(Jonny Savier Vasquez Rodriguez, A#███████; Noe Alfredo Rivera Garcia,
A#███████) that they have been exhibiting symptoms consistent with
COVID-19 and were tested for COVID-19 on about Tues., Nov. 10. Mr. Rivera
Garcia was told his COVID-19 test would need to be sent out of the facility for
results, which could take at least a week to return.

Mr. Vasquez Rodriguez reports experiencing symptoms since at least Wed., Nov.
4, while Mr. Rivera Garcia reports feeling symptoms since at least Mon., Nov. 9.
They are now both together in T isolation pod, where they report they were both
taken on about Tues., Nov. 10. Prior to being taken to T-pod, they were in
G pod with about 2-3 other individuals, at the same time as they were
experiencing the following COVID-19-consistent symptoms: body aches and
muscle pain, headaches, chills, fever, sore throat, congestion, and weakness.
Mr. Vasquez Rodriguez suffers from asthma and masses on his lungs. Mr. Rivera
Garcia suffers from hyperlipidemia. Therefore they are both at heightened risk
for health complications if they contract COVID-19.

This information is concerning, given that Yuba does not have universal
COVID-19 testing or a plan in place to address a potential or ongoing COVID-
19 outbreak, and given that it is inconsistent with public health guidelines to
house two symptomatic people together while test results are pending.

**Please immediately provide the following information:**
- Please confirm that Mr. Vasquez Rodriguez and Mr. Rivera Garcia have
  been tested after having shown COVID symptoms.
- Please provide information about the date of these tests, the date of
  expected results, and the results when received.
- Please confirm that Mr. Vasquez Rodriguez and Mr. Rivera Garcia are (or
  have been) housed together in the same unit despite having COVID
  symptoms and results pending.
- Please provide information about any other COVID tests at Yuba that have
  not been disclosed to Plaintiffs.
- Please identify any measures that Defendants have taken at Yuba, if any, in
  response to the identification of these two symptomatic people in custody.
- We have also heard reports that E pod is being used to separate out "high-
  risk" individuals. Please provide clarity on whether, why, and how Yuba is
  moving individuals between dorms based on COVID-19 risk.

**Plaintiffs also request the following <u>urgent</u> interventions:**
- Plaintiffs request that Defendants use a point-of-care test for Mr. Vasquez
  Rodriguez and Mr. Rivera Garcia to ensure rapid results if they have been
  tested and lab results are still unavailable.

- Plaintiffs request that Defendants immediately separate Mr. Vasquez Rodriguez and Mr. Rivera Garcia so they are not in the same room.

Please respond by 5PM tomorrow (Friday, Nov. 13) in response to these questions.

Best,

**Hayden Rodarte** (he/él)
*Justice Catalyst Fellow* – Immigrant Justice
Lawyers' Committee for Civil Rights
   of the San Francisco Bay Area (LCCRSF)

hrodarte@lccrsf.org | Direct: 650-636-7046