WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, | **CASE NO. 3:20-CV-02731-VC** **SUPPLEMENTAL DECLARATION OF KELLY ENGEL WELLS** **JUDGE VINCE CHHABRIA** |
| Petitioners-Plaintiffs, | |
| v. | |
| DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TONY PHAM, Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, | |
| Respondents-Defendants. | |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK
(Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER
(Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

**Supplemental Declaration of Kelly Engel Wells**

1.   I am an attorney licensed to practice in the states of New York and Texas, and since 2014, I have exclusively represented detained and formerly detained immigrants in their removal proceedings. I am currently employed in the Immigration Defense Unit of the San Francisco Public Defender's Office. I am class counsel in this litigation and also directly represent class member Juan Jose Erazo Herrera ("Mr. Erazo") in his immigration and custody proceedings.

2.   In my declaration submitted last night, I erroneously attested that Mr. Erazo was being held in a two-person cell with no shower. ECF 894-3 ¶ 6. As noted earlier in my declaration, as of last night, Mr. Erazo was housed in a cell with one other person. *Id.* at ¶ 4. But Q4 is a four-person cell with two bunk beds. *See* ECF 894-2 (White Dec.) ¶ 16. During my conversation with Sgt. Little, he confirmed that Mr. Erazo was housed in a cell with another detainee, and sharing a shower with county inmates, but he made no representations as to the total number of beds in the cell. Q-cells include cells of between one and four beds. *See* ECF 894-2 ¶ 7. I regret the error.


I declare the foregoing to be to be true, to the best of my knowledge and recollection, on this 19th day of December 2020 in Oakland, California.

*/s/ Kelly Engel Wells*

Kelly Engel Wells

1
CASE NO. 3:20-CV-02731-VC
SUPPLEMENTAL DECLARATION OF KELLY ENGEL WELLS