Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600        Fax:  213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>    Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge:    Hon. Vince Chhabria |

        Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby

provide the following status report regarding staff at Mesa Verde who have recently

tested positive with COVID-19 and ongoing testing of staff.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

SD #4819-9553-3013 v1                     - 1 -                     3:20-CV-02731-VC
122120 STATUS RE STAFF

There are two (2) Wellpath medical staff persons out with COVID.  There are currently nine (9) GEO staff persons off work with positive COVID-19 tests, pending an appropriate quarantine period and compliance with return to work guidelines.  Officers M.R. and L.S. have returned to work after completing the return to work guidelines.

The new positive results are as follows:

1) Wellpath Licensed Clinical Social Worker T.D. – was tested off-site on December 20, 2020, and received a positive test result on December 21, 2020.  T.D. began having symptoms of fatigue, body aches, coughing, and shortness of breath on December 18, 2020, and has not worked since December 17, 2020.  T.D. had close contact with 4 detainees in the last 2 days of work, while wearing a N95 face mask, a face shield, and gloves, and they will be tested on December 22, 2020.  Contact tracing for staff is pending.

Cumulative Totals:

GEO now has 47 cumulative individuals who have tested positive. Wellpath has 9 cumulative positive results.

There are no individuals who have tested positive and then after a period of 90 days recovery tested negative twice in a row before testing positive again (*i.e.* reinfection).

///
///
///
///
///
///
///
///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4819-9553-3013 v1                     - 2 -                     3:20-CV-02731-VC
122120 STATUS RE STAFF

1

<u>Staff Testing Update</u>:

2

Staff testing resumed on December 21, 2020. Testing is continuing weekly

3

on a rolling basis which is conducted as staff report to work for their shifts, except

4

for any staff already on sick, FMLA or other leave.

5

Dated:  December 21, 2020          BURKE, WILLIAMS & SORENSEN, LLP

6

7

By:  /s/ *Susan E. Coleman*

8

Susan E. Coleman

9

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN
ALLEN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

SD #4819-9553-3013 v1                    - 3 -                    3:20-CV-02731-VC
122120 STATUS RE STAFF