WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (CA SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (CA SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (CA SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: 415-553-9319
Fax:    415-553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, | **CASE NO. 3:20-CV-02731-VC** |
| Petitioners-Plaintiffs, | **[PROPOSED] TEMPORARY RESTRAINING ORDER** |
| v. | |
| DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TONY PHAM, Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, | |
| Respondents-Defendants. | |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK (Mass. BBO# 688688)*
tcook@cooley.com
FRANCISCO M. UNGER (Mass. BBO# 698807)*
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Plaintiffs-Petitioners' Motion for Temporary Restraining Order Regarding Yuba County Jail COVID-19 Outbreak is GRANTED. Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Civil L. R. 65-1, the Court orders Federal Defendants as follows:

1. Prevent any new intakes of class members into YCJ for the duration of the outbreak at YCJ;

2. Ensure that rapid antigen tests are administered to any class member who has been identified as experiencing COVID-19 symptoms by YCJ medical personnel or class counsel;

3. Ensure that rapid antigen tests are administered to any class member in close contact with anyone who tests positive for COVID-19, with close contact including by definition any COVID-positive individual housed in the same housing unit, pod or tank at the time of the positive test or at any time in the prior two days;

4. Ensure that no class member is housed in the same housing unit as any individual who has tested positive, is experiencing symptoms of COVID-19, or is a close contact, with close contact including by definition any COVID-positive individual housed in the same housing unit, pod or tank at the time of the positive test or at any time in the prior two days, unless any such individuals are housed in cells with four solid walls;

5. Ensure that all class members are tested at least once per week with a laboratory COVID-19 test until at least two weeks have passed with zero positive tests among the population in custody at YCJ;

6. Ensure that any class member who is identified by medical personnel or class counsel as experiencing symptoms of COVID-19 is housed individually in a cell with solid doors

unless he either tests positive; or satisfies the CDC criteria for release from isolation; or is released from custody;

7. Ensure that any class member who tests positive for COVID-19 is held in individual or group isolation in a cell or dormitory with solid walls and without shared ventilation with any cell or dormitory housing individuals who have not tested positive for COVID-19 until he satisfies the CDC criteria for release from isolation or is released from custody;

8. Ensure that there is professional cleaning and disinfection by staff of any cell or bunk prior to the introduction of a class member into that cell or bunk;

9. Ensure that no class members are held in a cell with any other individual;

10. Ensure that no class members are held in the section of YCJ identified as the "Old Jail";

11. Ensure that all class members are provided with fresh, disposable masks daily until at least such time as two weeks have passed with no new positive COVID tests at YCJ;

12. Provide updates in public filings with this Court by 5 pm daily concerning:

    a. The number of (i) class members, (ii) County prisoners, and (iii) staff members testing positive for COVID-19 since the last report and cumulatively;

    b. The number of (i) class members, (ii) County prisoners, and (iii) staff members experiencing symptoms of COVID-19 since the last report and cumulatively;

    c. The location of all class members;

    d. The location of COVID-positive individuals in custody at YCJ;

    e. The location of symptomatic individuals in custody at YCJ;

    f. Plans for the testing, quarantine and isolation of class members, County prisoners, and staff, and the implementation of those plans;

    g. Plans for the testing of class members, County prisoners, and staff, and the implementation of those plans;

CASE NO. 3:20-cv-02731-VC
[PROPOSED] TEMPORARY RESTRAINING ORDER

13. Provide updates to class counsel as soon as the information is available concerning the names of (a) any class member experiencing COVID symptoms, (b) any class member testing positive, and (c) any class member refusing to be tested;

14. Provide timely responses to questions from class counsel concerning matters affecting the health and safety of class members in custody at Yuba County Jail.

## ORDER TO SHOW CAUSE

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue requiring Defendants to maintain the relief ordered herein. The hearing on the order to show cause will be held on _____ at _____.

IT IS SO ORDERED.

Dated this __ day of December 2020            _____

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE