UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER REQUIRING RESPONSE TO MOTION FOR TRO**<br><br>Re: Dkt. No. 911 |

The defendants are ordered to file a response to the motion for a TRO by 6 p.m. tonight.

**IT IS SO ORDERED.**

Dated: December 23, 2020

_____

VINCE CHHABRIA
United States District Judge