UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., Plaintiffs, v. DAVID JENNINGS, et al., Defendants. | Case No. 20-cv-02731-VC **ORDER REQUESTING INFORMATION ABOUT SOLID WALL CELLS BE INCLUDED IN RESPONSE TO MOTION FOR TRO** |

The defendants should include in their response to the motion for a TRO information about how many cells there are with four solid walls, and how many people each of these cells is designed to hold.

**IT IS SO ORDERED.**

Dated: December 23, 2020

VINCE CHHABRIA
United States District Judge