# FEDERAL DEFENDANTS' RESPONSE TO SHORT-FORM BAIL APPLICATION

## Rajnish Rajnish

## Renewed Bail Application

Federal Defendants respectfully refer the Court to the prior responses to Mr. Rajnish's bail applications, ECF Nos. 194-10 and 641-3, and provide only additional information below.

**8-9. Date and Outcome of bond hearing, if any:**

While Mr. Rajnish's habeas petition premised on a legal challenge to the burden of proof at a bond hearing and prolonged detention has been granted, he has been afforded a bond hearing, not immediate release.