UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 56**<br>Re: Dkt. No. 891 |

　　　The bail application from Denis Martinez Melendez is granted. Bail is subject to the standard conditions of release as stated at Dkt. No. 543, and the additional conditions that he participate in the gang intervention programs as promised and quarantine in a hotel for 14 days before flying back to Virginia.

　　　**IT IS SO ORDERED.**

Dated: December 23, 2020

_____
VINCE CHHABRIA
United States District Judge