Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600       Fax:  213.236.2700

Royal F. Oakes (SBN 080480)
roakes@hinshawlaw.com
Michael A.S. Newman  (SBN 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071
213-680-2800

David S. Weinstein (Admitted *Pro Hac Vice*)
Dweinstein@hinshawlaw.com
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
 (305) 428-5038

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TONY H. PHAM, Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs | Case No.  3:20-cv-02731-VC <br><br> **JOINT STIPULATION TO EXTEND TIME FOR GEO GROUP AND NATHAN ALLEN TO RESPOND TO FIRST AMENDED CLASS PETITION FOR WRIT OF HABEAS CORPUS AND CLASS COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF** <br><br> Amended Complaint Filed:  10/30/20 <br> Response Due:         12/29/20 <br> New Deadline:          1/12/21 <br><br> Judge:    Hon. Vince Chhabria |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-1387-3109 v1                    - 1 -

3:20-CV-02731-VC
STIPULATION TO FILE RESPONSE TO
AMENDED PETITION/COMPLAINT

Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; and NATHAN ALLEN, Warden of Mesa Verde Detention Facility

Respondents-Defendants.

Pursuant to Local Rule 6-1(a), Petitioners-Plaintiffs ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, UCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, and Respondents- Defendants THE GEO GROUP, INC. (Sued herein as GEO GROUP, INC.) and NATHAN ALLEN, collectively "the Parties," by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs-Petitioners filed a First Amended Class Petition for Writ of Habeas Corpus and Class Complaint for Injunctive and Declaratory Relief in the above-captioned case on October 30, 2020;

WHEREAS, the Parties have agreed to extend Respondents-Defendants THE GEO GROUP, INC. and NATHAN ALLEN's time to respond to the Complaint by 14 days, to January 12, 2021;

WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order;

///
///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-1387-3109 v1

- 2 -

3:20-CV-02731-VC
STIPULATION TO FILE RESPONSE TO
AMENDED PETITION/COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that Respondents-Defendants THE GEO GROUP, INC. and NATHAN ALLEN's response to the Complaint shall be due on January 12, 2021.

IT IS SO STIPULATED.

Dated:  December 28, 2020

BURKE, WILLIAMS & SORENSEN, LLP

HINSHAW & CULBERTSON LLP
Royal F. Oakes
Michael A.S. Newman
David S. Weinstein

By: */s/ Susan E. Coleman*[1]
        Susan E. Coleman

Attorneys for Respondents-Defendants THE GEO GROUP, INC. and NATHAN ALLEN

Dated:  December 28, 2020

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ William S. Freeman*
        William S. Freeman

Attorneys for Petitioners-Plaintiffs, ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, UCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA

---

[1] Pursuant to Local Rule 5-1(i)(3), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-1387-3109 v1

- 3 -

3:20-CV-02731-VC
STIPULATION TO FILE RESPONSE TO AMENDED PETITION/COMPLAINT