DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' DECEMBER 28, 2020 DAILY REPORT RE: YUBA COUNTY JAIL** |

    In accordance with the Court's December 23, 2020 Order Granting Motion For TRO, the Federal Defendants hereby submit the following, based on the most updated information received from Yuba County:

**(i)** **The number of (i) class members, (ii) County prisoners, and (iii) staff members testing positive for COVID-19 since the last report and cumulatively.**

    a. ICE detainees: 4 current detainees are positive. Cumulatively, there have been 5 ICE detainees who have tested positive.

      b. County inmates: 43 (infectious positive) current County prisoners are positive. Recovered positive county inmates 39. Cumulatively, there have been 86 County prisoners who have tested positive.[1]

      c. Staff Members:  2 current staff members are positive. Cumulatively, there have been 16, (this number dates to June 2020) staff members who have tested positive.

**(ii)    The number of (i) class members, (ii) County prisoners, and (iii) staff members experiencing symptoms of COVID-19 since the last report and cumulatively.**

      a. ICE detainees: 0 current detainees are experiencing symptoms of COVID-19. Cumulatively, there have been 3 ICE detainees who are experiencing symptoms of COVID-19.

      b. County inmates: 0 current County prisoners are experiencing symptoms of COVID-19. Cumulatively, there have been 20 County prisoners who are experiencing symptoms of COVID-19.

      c. Staff Members:  1 current staff members is experiencing symptoms of COVID-19. Cumulatively, there have been 29 (this number dates to June 2020) staff members who are experiencing symptoms of COVID-19.

**(iii)    The location of all class members.**

Attached is a roster that contains this information.

**(iv)    The location of COVID-positive individuals in custody at YCJ.**

Housing Locations:
- E
- G
- H
- I
- J
- K
- L

---

[1] On December 23, 2020, Yuba County informed ICE that the total number of detainees (ICE detainees and county prisoners) that tested positive for COVID-19 was 78.  On December 24, 2020, the County informed Federal Defendants that the total was 75.  Federal Defendants inquired about the discrepancy, but did not receive an answer until after the December 24 report was filed.  Today, Yuba County informed ICE that the discrepancy was due to three detainees being double counted.  Yuba County indicated that the total of 75 was the correct count.

FEDERAL DEFENDANTS' DAILY REPORT
No. 3:20-cv-02731-VC                                        2

- Med cell – 2
- Med cell – 3
- Med cell – 5
- Med cell - 6
- Q-4
- R
- T

**(v)    The location of symptomatic individuals in custody at YCJ.**

Currently, no individuals are symptomatic.

**(vi)    Plans for the testing, quarantine and isolation of class members, County prisoners, and staff, and the implementation of those plans.**

The County has informed ICE that it is laboratory testing all consenting detainees at YCJ weekly and all consenting staff for COVID twice a week (not including detainees or staff who previously have tested positive). The County will continue this detainee and staff testing until there are no new positive tests among detainees or staff for two consecutive weeks. This is not broken out between detainees and staff, e.g., if there are no new positive tests among staff in a given week but there are new positive tests among detainees that week, or vice versa, both detainee and staff testing will continue for at least two more weeks until there are no new positive tests among either detainees or staff.  The most recent saturation testing of detainees occurred on December 24, 2020, and the results have returned with two additional positives: Rajnish Rajnish and Jose Quintanilla.

The County has informed ICE that it is categorizing detainees into four categories for housing purposes: (1) detainees who have tested negative and are asymptomatic, (2) detainees who have not tested positive but who are symptomatic, (3) detainees who have tested positive, and (4) detainees who have tested positive who have recovered.  The County has informed ICE that it plans to house detainees in category (2) in cells with solid doors.  Such detainees generally will be housed in cells with solid doors individually (except perhaps in circumstances such as two symptomatic detainees being housed in a single cell prior to being isolated, in which case they could be isolated in the same cell as well).  The County has informed ICE that it plans to house symptomatic detainees who have not tested positive in cells with solid doors. The County has informed ICE that it plans to separate detainees in category (1)

from detainees in category (3) and not house them in the same housing units. Housing-placement decisions are being closely directed and overseen by the County Health Officer.

Additionally, ICE has requested that medical staff at Yuba County Jail administer rapid tests (Abbott tests) to any ICE detainee who has not previously tested positive and is identified by medical staff or class counsel as having symptoms consistent with COVID, as well as any ICE detainee who has been in close contact with someone who tests positive for COVID.

The two ICE detainees whose saturation tests returned positive were housed in A-Pod. Today, ICE asked the County to administer Abbot rapid tests for the ICE detainees housed in A-Pod.

**Plans for the testing of class members, County prisoners, and staff, and the implementation of those plans**.

Please see (vi) above.

DATED: December 28, 2020                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ *Neal Hong*

NEAL C. HONG
Assistant United States Attorney

## Yuba County Jail - ICE Detainee Housing

| A-Number Last 3 | Last Name | First Name | Dorm |
|---|---|---|---|
| 011 | ERAZO HERRERA | JUAN | A |
| 762 | VASQUEZ-RODRIGUEZ | JONNY | A |
| 809 | CASTRO RAMOS | LUIS ERASMO | C |
| 474 | GARCIA GONZALEZ | JUVENAL | C |
| 373 | MELENDEZ VILLANUEVA | EDUARDO | C |
| 398 | MONTOYA-ECHEVERRIA | JUAN | C |
| 562 | ORTEGA-GARCIA | JOSE | C |
| 329 | OXLAJ SIGUANTAY | MAYNOR | C |
| 939 | PARRA-ROJAS | ARMANDO | C |
| 117 | ROJAS-ORELLANA | NAHUM | C |
| 925 | SANCHEZ-LAGUNAS | LIONEL | C |
| 146 | VANICEK | ONDREJ | C |
| 120 | VASQUEZ-CRUZ | RICARDO | C |
| 513 | VAZQUEZ | JAVIER | C |
| 900 | VILLAGRES-FUENTE | MARVIN | C |
| 348 | ZELAYA-NUNEZ | MANUEL | C |
| 859 | APAZA | BRYAN | Medical |
| 118 | QUINTANILLA | JOSE | Medical |
| 730 | RAJNISH | RAJNISH | Medical |
| 162 | ROBLES | RUPERTO | Medical |