UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 57** <br> Re: Dkt. Nos. 904-1, 907-1, 907-2, 909-1 |

The bail applications from the following detainees are denied:

- Jose Cruz Ortega Garcia
- Rajnish Rajnish
- Juan Jose Erazo Herrera
- Ricardo Vasquez Cruz

**IT IS SO ORDERED.**

Dated: December 29, 2020

VINCE CHHABRIA  
United States District Judge