UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) | CASE NO. 3:20-cv-02731-VC |
| | ) | |
| Plaintiffs, | ) | **[proposed] ORDER GRANTING JOINT** |
| | ) | **ADMINISTRATIVE MOTION TO FILE** |
| v. | ) | **PORTIONS OF FEDERAL DEFENDANTS'** |
| | ) | **ANSWER TO PLAINTIFFS' FIRST AMENDED** |
| DAVID JENNINGS, *et al.*, | ) | **COMPLAINT UNDER SEAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having considered the parties' Joint Administrative Motion to File Portions of Federal Defendants' Answer Under Seal, and good cause appearing therefore, the Court hereby GRANTS the Motion to File Portions of Federal Defendants' Answer Under Seal. The Court orders that the following portions of Federal Defendants answer be sealed:

Paragraph 17, sentence one.

Paragraph 18, portion of sentence two.

Paragraph 20, portion of sentence two.

Paragraph 22, sentence four.

Paragraph 32, portion of sentence two.

Paragraph 34, portion of sentence one.

**IT IS SO ORDERED.**

DATED:                                    _____

VINCE CHHABRIA
United States District Judge