# **JUVENAL GARCIA GONZALEZ**
# **RENEWED SHORT-FORM BAIL APPLICATION**

**SUMMARY**:

Juvenal Garcia Gonzalez is a 57-year old national of Mexico and the father of six U.S. citizen children and grandfather of twelve U.S. citizen grandchildren. He has lived in the United States for nearly 45 years and had a green card since 1991. His removal has been stayed by the Ninth Circuit and he has a petition for review pending before the United States Court of Appeals for the Ninth Circuit, which has scheduled Oral Argument for March 4, 2021. He has been in immigration custody for three years at Yuba County Jail, the site of an ongoing and escalating COVID-19 outbreak. He has numerous medical vulnerabilities to severe COVID-19.

Mr. Garcia Gonzalez submitted an initial bail application with this Court on May 22, 2020. *See* Dkts. 233-8 (application) & 255-8 (opposition) & 259-6 (reply). The Court denied Mr. Garcia Gonzalez's request for bail without prejudice on May 27, 2020. Dkt. 268.

As previously described, Mr. Garcia Gonzalez has one felony conviction from 2017 stemming from a serious albeit one-time error of judgment.[1] Other than this single offense, Mr. Garcia Gonzalez does not have a history of violence. In this incident, he wielded a gun at a neighbor and briefly pointed it at police before he could fully comply with their commands.[2] While he does not minimize the seriousness of the offense, no one was physically harmed. He understands he caused fear, greatly regrets his actions and has accepted complete responsibility. Forensic psychiatric expert Dr. Elizondo found, based on internationally recognized risk assessment instruments, that Mr. Garcia Gonzalez presents a low risk of recidivism for violent offenses. Dr. Elizondo identified risk factors that would heighten any likely recidivism; none of those risk factors are present for Mr. Garcia Gonzalez.

Mr. Garcia Gonzalez respectfully resubmits his application in light of changed circumstances: (1) the discharge of his parole on December 29, 2020; (2) a stronger release plan now possible in light of the discharge of his parole, which limited where he could live; (3) intensive and ongoing mental health care as well as continuing rehabilitation; (4) additional medical vulnerabilities to severe COVID-19 revealed by medical records obtained after the initial bail application; and (5) the imminent danger he faces in light of his medical vulnerabilities and Federal Defendants' abject mismanagement of the current escalating COVID-19 outbreak at Yuba County Jail.

**10. Length of time in detention:** over 3 years

**11. Medical condition(s) that put detainee at risk:** Mr. Garcia Gonzalez was recently found to have high blood pressure, prediabetes, and latent tuberculosis. He also suffers from adjustment disorder with mixed anxiety and depressed mood. Further, his advanced age puts him at heightened risk of severe COVID-19. While Mr. Garcia Gonzalez was aware of his high blood pressure at the time of his initial bail application, he only learned about the latent tuberculosis

---

[1] As previously acknowledged Mr. Garcia Gonzalez also has a 1997 misdemeanor DUI and a 2003 misdemeanor driving without a license conviction. The 2017 conviction is the only felony and the only conviction with any elements of violence.
[2] The offense is described more fully in his initial bail application.

and prediabetes when he obtained his Yuba medical records on June 12, 2020.

**12. Attorney name, phone, address and email:**
Valerie Zukin, (415) 321-8549, Immigrant Legal Resource Center, 1458 Howard St, San Francisco, CA, 94103, vzukin@ilrc.org

Mr. Garcia Gonzalez has had *pro bono* immigration counsel for over two years. He is also pursuing post-conviction relief with *pro bono* criminal defense counsel.

**17.   Proposed custodian, including address and phone number, and description of proposed release residence:**
Mr. Garcia Gonzalez has a strong release plan and the support of his family, pro bono counsel, and therapist. If released, Mr. Garcia Gonzalez will reside with his U.S. citizen cousin Rutilio Gonzalez, who lives at ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■. Mr. Rutilio Gonzalez is a veteran of the United States Air Force, and worked for eight years as a military police officer. He has adequate space in his home for Mr. Garcia Gonzalez to safely quarantine in his own room. He is aware of the COVID outbreak at Yuba County Jail as well as the risks of COVID-19. He is committed to ensure that Mr. Garcia Gonzalez does not leave the home for two weeks unless required by medical necessity. Rutilio Gonzalez will ensure Mr. Garcia Gonzalez has adequate nutrition and that his other needs are met. Rutilio Gonzalez is also planning to pick Mr. Garcia Gonzalez up from the Yuba County Jail and to drive him to his home.

In opposing Mr. Garcia Gonzalez's release in response to his first bail application, Federal Defendants challenged Mr. Garcia Gonzalez' prior release plan which would have him living alone in San Bernardino; this was a necessity of his parole and is no longer required due to the discharge of his parole. He has extensive family in and around Whittier dedicated to his rehabilitation and committed to ensure that he complies with all orders of this Court and of ICE, and to making sure that he participates fully in his removal proceedings.

**20. Other Information Relevant to Bail Determination:**
A forensic evaluation of Mr. Garcia Gonzalez identified him as having a low risk of recidivism, with the primary risk factors being alcohol relapse, lack of mental health care, and/or access to a weapon. None of these risk factors are present for Mr. Garcia Gonzalez: As confirmed by the forensic psychiatrist, Mr. Garcia Gonzalez has been in "full, sustained remission" from alcohol use for decades, following a single DUI more than twenty years ago. He is actively participating in mental health treatment—currently in a 12-session course of telephonic psychotherapy scheduled to continue through at least February 2021, and has a plan to continue telephonic therapy sessions with the same provider upon his release. Lastly, Mr. Garcia Gonzalez has consistently affirmed his commitment to neither own nor reside in a home with any weapons ever again. His cousin has also committed to ensuring that their home will be free of weapons.[3]

Mr. Garcia Gonzalez has taken advantage of his time in prison and ICE detention to complete rehabilitative classes, attend religious services, and study English. He is committed to not repeat

---

[3] As previously affirmed, and consistently asserted in sworn testimony, Mr. Garcia Gonzalez only ever owned a single weapon—gifted to him from a friend who was moving out of the country.

his past mistakes, and is extraordinarily remorseful. His cousin, who is sponsoring him, has further committed to provide the resources that Mr. Garcia Gonzalez needs in order to access health care, mental health services, and continue his rehabilitation.

Mr. Garcia Gonzalez is also pursuing post-conviction relief with *pro bono* criminal defense counsel, as he is eligible for vacatur of his conviction pursuant to Cal. Penal Code Section 1473.7 as of December 28, 2020, when he completed his three-year term of parole. If he is successful in post-conviction relief, he may terminate his removal proceedings and retain his lawful residence in the United States, the country in which he has lived for nearly 45 years.

Mr. Garcia Gonzalez is at high risk of contracting COVID-19 at Yuba County Jail and is at heightened risk of severe COVID-19 if contracted. There has been an exponential increase of COVID cases at Yuba in light of the mismanagement of the pandemic by Federal Defendants for months, and especially since the first COVID infections among the general population. Approximately 40% of the detained population at Yuba County Jail are infected or have been infected during the current outbreak.

Federal Defendants failed to develop a plan for the segregation and treatment of COVID-positive and symptomatic people, despite express and unambiguous CDC guidance requiring concrete planning. This led to confirmed COVID-positive individuals knowingly being left in mixed housing units. Federal Defendants also failed to be minimally informed about the risks posed to Mr. Garcia Gonzalez and others because of custodial decisions at the Facility. They further failed to promptly implement facility-wide or staff testing; administer systematic rapid testing to symptomatic people and close contacts; and implement proper quarantine protocols. *See* Dkts. 894, 894-1, 894-2, 894-3, 911, and Transcript of Dec. 21, 2020 Case Management Conference. Prior to this Court's grant of a TRO, class members reported that they had not even been provided fresh masks for weeks or months.

Fear of infection at the facility is extraordinarily high and rational in light of the ongoing outbreak and the response of Defendants and the County. Federal Defendants have been unable to answer essential questions concerning the health and safety of those in custody. Class members report ineffective implementation of this Court's emergency order, Dkt. 922—i.e., with class members being transferred to rooms without prior disinfection (and with broken toilets and soiled bedsheets) and masks being provided to detainees in the middle of the night, waking up class members and granting new masks only on the condition that individuals dispose of their prior mask.

**Attached are:** Letter from proposed custodian

This application was prepared with information provided by Mr. Garcia Gonzalez's immigration attorney, Valerie Zukin, and reviewed by class counsel. It is accurate based on information and belief. In preparing this application, class counsel reviewed Mr. Garcia Gonzales's immigration, criminal and medical records as well as equity documents.

*/s/* Emilou MacLean
Emilou MacLean
Class Counsel

December 24, 2020

Dear Honorable Judge,

My name is Rutilio "Rudy" Gonzalez. My address is ███████████████████████ 90604. My phone number is ███████████.

Although I have thought of Juvenal as my uncle my whole life, and I call him "Uncle," I am Juvenal Garcia Gonzalez's first cousin. My father is Juvenal's mother's brother. I am a veteran, having served in the United States Air Force for eight years as a military police officer. Since then, I have gone back to school where I am completing a dual degree. I also work while I study. I am currently working at United Rentals until the Disney Land Resort where I usually work reopens.

My family and I are excited at the prospect of my uncle's possible release after nearly 3 years. Juvenal is a good man, a family man. He understands that he made a mistake and is focused on improving himself for him and his family.

If Juvenal is released, he will stay with me at my home in Whittier. Our family has planned to provide for Juvenal upon his release, including making sure he has food and transportation. Of course, when he first arrives, he would quarantine for 14 days, and then would plan to shelter-in-place as required by state and local authorities.

Our intention is to assist and provide for Juvenal with the support he needs until he is able to support himself. We hope you will grant his release and allow Juvenal the opportunity to show everyone the good man that he truly is.

If you release Juvenal, our family will drive to Marysville or Stockton (wherever he is released) to pick him up and to drive him to Whittier, California, where he will stay with me.

Thank you for your time and consideration.

Sincerely,

Rutilio "Rudy" Gonzalez