DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' DECEMBER 30, 2020 DAILY REPORT RE: YUBA COUNTY JAIL** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's December 23, 2020 Order Granting Motion For TRO, the Federal Defendants hereby submit the following, based on the most updated information received from Yuba County:

**(i)** **The number of (i) class members, (ii) County prisoners, and (iii) staff members testing positive for COVID-19 since the last report and cumulatively.**

    a. ICE detainees: 3 detainees are currently positive. 3 recovered positive detainees (1 of whom was released). Cumulatively, there have been 6 ICE detainees who have tested positive.

      b. County inmates: 23 (infectious positive) current County prisoners are positive. Recovered positive county inmates 65. Cumulatively, there have been 87 County prisoners who have tested positive and 4 of those has been released.

      c. Staff Members: 6 current staff members are positive. Cumulatively, there have been 19, (this number dates to June 2020) staff members who have tested positive.

**(ii) The number of (i) class members, (ii) County prisoners, and (iii) staff members experiencing symptoms of COVID-19 since the last report and cumulatively.**

      a. ICE detainees: 1 detainee is currently experiencing symptoms of COVID-19. Cumulatively, there have been 3 ICE detainees who have experienced symptoms of COVID-19.

      b. County inmates: 6 County prisoners are currently experiencing symptoms of COVID-19. Cumulatively, there have been 33 County prisoners who have experienced symptoms of COVID-19.

      c. Staff Members: 4 staff members are currently experiencing symptoms of COVID-19. Cumulatively, there have been 33 (this number dates to June 2020) staff members who have experienced symptoms of COVID-19.

**(iii) The location of all class members.**

Attached is a roster that contains this information.

**(iv) The location of COVID-positive individuals in custody at YCJ.**

Housing Locations:
- E
- G
- H
- I
- J
- K
- L
- Med cell – 3
- Med cell – 5
- Med cell - 6
- Q-4

- R
- T

**(v)      The location of symptomatic individuals in custody at YCJ.**

ICE detainee – Medical cell
County Inmates – Medical cell

**(vi)     Plans for the testing, quarantine and isolation of class members, County prisoners, and staff, and the implementation of those plans.**

The County has informed ICE that it is laboratory testing all consenting detainees at YCJ weekly and all consenting staff for COVID twice a week (not including detainees or staff who previously have tested positive). The County will continue this detainee and staff testing until there are no new positive tests among detainees or staff for two consecutive weeks. This is not broken out between detainees and staff, e.g., if there are no new positive tests among staff in a given week but there are new positive tests among detainees that week, or vice versa, both detainee and staff testing will continue for at least two more weeks until there are no new positive tests among either detainees or staff.

The County has informed ICE that it is categorizing detainees into four categories for housing purposes: (1) detainees who have tested negative and are asymptomatic, (2) detainees who have not tested positive but who are symptomatic, (3) detainees who have tested positive, and (4) detainees who have tested positive who have recovered.  The County has informed ICE that it plans to house detainees in category (2) in cells with solid doors.  Such detainees generally will be housed in cells with solid doors individually (except perhaps in circumstances such as two symptomatic detainees being housed in a single cell prior to being isolated, in which case they could be isolated in the same cell as well).  The County has informed ICE that it plans to house symptomatic detainees who have not tested positive in cells with solid doors. The County has informed ICE that it plans to separate detainees in category (1) from detainees in category (3) and not house them in the same housing units. Housing-placement decisions are being closely directed and overseen by the County Health Officer.

Additionally, ICE has requested that medical staff at Yuba County Jail administer rapid tests (Abbott tests) to any ICE detainee who has not previously tested positive and is identified by medical staff or class counsel as having symptoms consistent with COVID, as well as any ICE detainee who has

been in close contact with someone who tests positive for COVID.

On December 30, 2020, ICE Detainee Jonny Vasquez Rodriguez tested positive for COVID-19. Vasquez Rodriguez was exhibiting mild symptoms and taken to medical and administered an Abbott test. Vasquez Rodriguez was previously administered an Abbott test and tested negative on December 28, 2020. He has been placed in a single medical cell pending the PCR test, which was administered this afternoon.

**Plans for the testing of class members, County prisoners, and staff, and the implementation of those plans**.

Please see (vi) above.

DATED: December 30, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Neal Hong

NEAL C. HONG
Assistant United States Attorney

## Yuba County Jail - ICE Detainee Housing

| A-Number Last 3 | Last Name | First Name | Dorm |
|---|---|---|---|
| 011 | ERAZO HERRERA | JUAN | A |
| 118 | QUINTANILLA | JOSE | Medical |
| 730 | RAJNISH | RAJNISH | Medical |
| 762 | VASQUEZ-RODRIGUEZ | JONNY | Medical |
| 809 | CASTRO RAMOS | LUIS ERASMO | C |
| 474 | GARCIA GONZALEZ | JUVENAL | C |
| 373 | MELENDEZ VILLANUEVA | EDUARDO | C |
| 398 | MONTOYA-ECHEVERRIA | JUAN | C |
| 562 | ORTEGA-GARCIA | JOSE | C |
| 329 | OXLAJ SIGUANTAY | MAYNOR | C |
| 939 | PARRA-ROJAS | ARMANDO | C |
| 117 | ROJAS-ORELLANA | NAHUM | C |
| 925 | SANCHEZ-LAGUNAS | LIONEL | C |
| 146 | VANICEK | ONDREJ | C |
| 120 | VASQUEZ-CRUZ | RICARDO | C |
| 513 | VAZQUEZ | JAVIER | C |
| 900 | VILLAGRES-FUENTE | MARVIN | C |
| 348 | ZELAYA-NUNEZ | MANUEL | C |
| 859 | APAZA | BRYAN | Medical |
| 162 | ROBLES | RUPERTO | SHU |