UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No.  20-cv-02731-VC <br><br> **BAIL ORDER NO. 58** <br> Re: Dkt. Nos. 919-1, 919-2 |

The bail applications from the following detainees are granted:

- Ondrej Vanicek
- Eduardo Ezequiel Melendez Villanueva

Bail is subject to the standard conditions of release as stated at Dkt. No. 543.

**IT IS SO ORDERED.**

Dated: December 31, 2020

VINCE CHHABRIA
United States District Judge