DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

    Federal Defendants respectfully submit this response to the Order to Show Cause (ECF 922). The Court ordered Federal Defendants "to show cause why a preliminary injunction should not issue requiring them to maintain these measures [set out in ECF 922] for the duration of the outbreak (assuming that the outbreak lasts longer than the temporary restraining order period)." ECF 922 at 3-4.

    Prior to issuance of the Temporary Restraining Order (TRO), Federal Defendants and non-party Yuba County had already voluntarily agreed to implement multiple measures that Plaintiffs sought in their TRO motion. Indeed, most of the substantive measures ordered by the Court in the TRO had

already been agreed to by Federal Defendants and Yuba County. For the reasons set out in their Opposition to Plaintiffs' Motion for Temporary Restraining Order (ECF 921), Federal Defendants maintain that injunctive relief with respect to Yuba County Jail is not necessary or appropriate. Federal Defendants also deny that they have acted with deliberate indifference. However, Federal Defendants do not further object to issuance of a preliminary injunction requiring them to maintain the measures required by the TRO at ECF 922 for the duration of the outbreak.[1]

Federal Defendants are submitting herewith the Supplemental Declaration of Assistant Field Office Director Johnny Bailey regarding an issue that arose after the filing of his original declaration in support of Federal Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order (ECF 921-7).

DATED:  January 3, 2021                                  Respectfully submitted,

                                                         DAVID L. ANDERSON
                                                         United States Attorney

                                                         */s/ Sara Winslow*
                                                         SARA WINSLOW
                                                         Assistant United States Attorney

---

[1] The TRO states that "[t]he outbreak will be considered over when there are no new positive tests among any staff or detainees for two consecutive weeks." ECF 922 at 1.