UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) | CASE NO. 3:20-cv-02731-VC |
| | ) | |
| Plaintiffs, | ) | **SUPPLEMENTAL DECLARATION OF** |
| | ) | **ASSISTANT FIELD OFFICE DIRECTOR** |
| v. | ) | **JOHNNY BAILEY IN SUPPORT OF FEDERAL** |
| | ) | **DEFENDANTS' OPPOSITION TO** |
| DAVID JENNINGS, *et al.*, | ) | **PLAINTIFFS' MOTION FOR TEMPORARY** |
| | ) | **RESTRAINING ORDER** |
| Defendants. | ) | |
| | ) | |

I, Johnny Bailey, make the following statements under oath and subject to penalty of perjury:

1.      I am an Assistant Field Office Director ("AFOD") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the San Francisco Field Office ("ERO San Francisco"). I have held this position since August 2016.  I am currently assigned to the Sacramento Sub-Office within ERO San Francisco, which is responsible for oversight of the ICE detainees held at Yuba County Jail ("YCJ") in Marysville, California. Among my responsibilities as an AFOD, I oversee the management of the detained docket for the aliens who are detained at YCJ. I have worked in various other positions within ICE since 2006.

2.      This declaration is based upon my personal and professional knowledge and information, belief, reasonable inquiry, and review of information obtained from various records, systems, databases, other DHS employees, employees of DHS contract facilities, and information portals maintained and relied upon by DHS in the regular course of business.

3.      My prior declaration of December 23, 2020, paragraph 9, stated that "[b]ased on YCJ information made available to me, there are currently 78 detainees who have tested positive for COVID."  The following day I learned that the YCJ information given to me relating to the total number of detainees who had tested positive for COVID-19 as of December 23, 2020 was inaccurate.  I also learned that the mistake on the part of YCJ was inadvertent, and thus, my statement in my declaration was inadvertent and not intended to mislead the court.  YCJ later corrected the total number of detainees

who tested positive for COVID-19 as of December 23, 2020 to be 75.  That corrected information was confirmed by the ICE Field Office Medical Coordinator.   I have been advised that government counsel notified the court of the discrepancy in a December 24, 2020 filing and corrected the number.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed at El Dorado Hills, California.


DATED: January 3, 2021




_____
Johnny Bailey