DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **FEDERAL DEFENDANTS' JANUARY 4, 2021 WEEKLY REPORT RE: MESA VERDE** |

    In accordance with the Court's December 3, 2020 Order Granting Motion For Second Preliminary Injunction, the Federal Defendants hereby submit:

**(i)** **Staff testing results, including positive tests this testing period and cumulative positive tests since the start of the pandemic**.

    Defendant the GEO Group, Inc., reports that for the testing period beginning December 28, 2020, 84 staff tests were collected: 67 GEO tests (64 negatives, 2 positives, and 1 pending) and 17 Wellpath tests (14 negatives and 3 pending). The positive staff results were previously reported. *See* ECF No. 937, 940.

Staff testing resumed on January 4, 2021.

GEO has 50 cumulative individuals who have tested positive. Wellpath has 9 cumulative individuals who have tested positive. There are no individuals who have tested positive and then after a period of 90-days' recovery tested negative twice in a row before testing positive again.

**(ii)   The number of staff not at work because of Covid-19.**

There are 4 GEO staff members out of work due to COVID.

**(iii)   Intake and detainee testing results, including positive tests this testing period and cumulative positive tests since the start of the pandemic.**

All detainees at the facility were offered testing on December 29, 2020. All the results have returned, and all results are negative.

There are no intake tests to report.

Since March 11, 2020, 63 detainees at Mesa Verde have tested positive for COVID. There have been 63 incidents[1] of positive tests. All detainees have recovered, and the majority of those who previously tested positive are no longer at Mesa Verde.

**(iv)   The housing location of each detainee at Mesa Verde.**

Attached is a roster that contains this information, along with testing information for each detainee.

As of today, there are 43 detainees at Mesa Verde (continuing to count Mr. Figueras, who is currently in U.S. Marshal custody).

**(v)   Descriptive information about any active Covid-19 cases, including information about severe cases and hospitalizations.**

There are no detainees with active COVID.

**(vi)   Arrivals and releases at Mesa Verde and Yuba County Jail.**

Neither facility had any arrivals since the last report.

Yuba County Jail releases are as follows:

---

[1] An "incident" is defined as an initial positive test or a subsequent positive test 90 or more days after the latest preceding positive test and after at least two negative tests.

| A-Number | Last Name | First Name | Book-Out Date | Reason for Release |
|---|---|---|---|---|
| ######146 | VANICEK | ONDREJ | 12/31/2020 | District Court ordered release. |
| ######373 | MELENDEZ VILLANUEVA | EDUARDO | 12/31/2020 | District Court ordered release. |

DATED:  January 4, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered Intake COVID Test | Results of Intake COVID Test | Date of Offered COVID Test 1 | Date of Results of COVID Test 1 | Results of COVID Test 1 | Date of Offered COVID Test 2 | Date of Results of COVID Test 2 | Results of COVID Test 2 | Date of Offered COVID Test 3 | Date of Results of COVID Test 3 | Results of COVID Test 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/15/2020 | Abbott test | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 124 | NICKEL | WILLIAM | A | 7/23/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/14/2020 | Abbott test | Negative |
| 419 | ABADIN | HECTOR | C | 7/28/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/16/2020 | 11/18/2020 | Negative |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 7/27/2020 | Negative | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Positive |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 053 | CRUZ MENJIVAR | LEVI | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 011 | CRUZ-ZAVALA | WALTER | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 555 | HENRIQUEZ | JOSE | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 714 | NUNEZ | PEDRO | C | | | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/5/2020 | 8/5/2020 | Positive | 8/10/2020 | Abbott test | Positive |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | 7/29/2020 | 7/29/2020 | Positive | 8/14/2020 | 8/19/2020 | Negative | 10/29/2020 | 10/31/2020 | Negative |
| 797 | PALMA-AGUILAR | JULIO | C | 7/22/2020 | Negative | 8/4/2020 | Pending | | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 580 | QUAN | LAM | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/10/2020 | Abbott test | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | 8/3/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 611 | RIOS ALVARADO | SAMUEL | C | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Negative | 10/29/2020 | 10/31/2020 | Negative |
| 018 | SINGH | JASWANT | C | 7/29/2020 | Negative | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 659 | TOOR | GURMAIL | C | | | 7/30/2020 | 8/3/2020 | Negative | 8/11/2020 | 8/14/2020 | Positive | 11/11/2020 | 11/13/2020 | Negative |
| 559 | VILLALOBOS-SURA | BENITO | C | | | 7/30/2020 | 8/3/2020 | Positive | 8/13/2020 | 8/19/2020 | Positive | 10/29/2020 | 10/31/2020 | Negative |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | 8/4/2020 | 8/16/2020 | Positive | 8/11/2020 | 8/14/2020 | Positive | 11/4/2020 | 11/6/2020 | Negative |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 819 | ESTIGOY | ALANN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/19/2020 | Negative |
| 548 | GRIFFIN | MARK | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | 8/4/2020 | n/a | Refused | 8/11/2020 | n/a | Refused | 8/14/2020 | Abbott test | Negative |
| 919 | LIN | WEI | D | | | 8/4/2020 | 8/18/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | n/a | Refused | 8/13/2020 | 8/16/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | 8/4/2020 | 8/16/2020 | Negative | 8/11/2020 | 8/14/2020 | Negative | 8/15/2020 | Abbott test | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | 8/4/2020 | 8/16/2020 | Negative | 8/10/2020 | Abbott test | Positive | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 4 | Date of Results of COVID Test 4 | Results of COVID Test 4 | Date of Offered COVID Test 5 | Date of Results of COVID Test 5 | Results of COVID Test 5 | Date of Offered COVID Test 6 | Date of Results of COVID Test 6 | Results of COVID Test 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 8/14/2020 | Abbott test | Negative | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 124 | NICKEL | WILLIAM | A | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | A | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | Abbott test | Negative |
| 419 | ABADIN | HECTOR | C | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 8/15/2020 | Abbott test | Positive | 11/4/2020 | 11/6/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 321 | AQUINO-CAMIRO | NARCISO | C | 8/15/2020 | Abbott test | Positive | 11/16/2020 | 11/18/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 053 | CRUZ MENJIVAR | LEVI | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 011 | CRUZ-ZAVALA | WALTER | C | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 555 | HENRIQUEZ | JOSE | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 823 | MENDOZA-CANALES | FRANCISCO | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 714 | NUNEZ | PEDRO | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | C | 11/4/2020 | 11/6/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |
| 797 | PALMA-AGUILAR | JULIO | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 580 | QUAN | LAM | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 611 | RIOS ALVARADO | SAMUEL | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 328 | RUIZ-BOLANEZ | JOSE | C | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | n/a | Refused |
| 018 | SINGH | JASWANT | C | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 659 | TOOR | GURMAIL | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 559 | VILLALOBOS-SURA | BENITO | C | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |
| 837 | YUCUTE-CAMEY | GABRIEL | C | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 919 | LIN | WEI | D | 8/18/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 8/15/2020 | Abbott test | Negative | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 8/18/2020 | 8/20/2020 | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 7 | Date of Results of COVID Test 7 | Results of COVID Test 7 | Date of Offered COVID Test 8 | Date of Results of COVID Test 8 | Results of COVID Test 8 | Date of Offered COVID Test 9 | Date of Results of COVID Test 9 | Results of COVID Test 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 8/25/2020 | 8/27/2020 | Positive | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 8/25/2020 | Abbott test | Negative | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 124 | NICKEL | WILLIAM | A | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 766 | SANCHEZ BRITO | VICTOR | A | 9/1/2020 | 9/3/2020 | Invalid | 9/3/2020 | 9/5/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 8/25/2020 | 8/27/2020 | Negative | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative |
| 419 | ABADIN | HECTOR | C | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 321 | AQUINO-CAMIRO | NARCISO | C | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 053 | CRUZ MENJIVAR | LEVI | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 011 | CRUZ-ZAVALA | WALTER | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | n/a | Refused |
| 555 | HENRIQUEZ | JOSE | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 823 | MENDOZA-CANALES | FRANCISCO | C | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 714 | NUNEZ | PEDRO | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/25/2020 | Negative |
| 456 | ORDAZ CAMACHO | ANGEL | C | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 797 | PALMA-AGUILAR | JULIO | C | 12/8/2020 | n/a | Refused | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 580 | QUAN | LAM | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 611 | RIOS ALVARADO | SAMUEL | C | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 328 | RUIZ-BOLANEZ | JOSE | C | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 018 | SINGH | JASWANT | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 659 | TOOR | GURMAIL | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 559 | VILLALOBOS-SURA | BENITO | C | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 837 | YUCUTE-CAMEY | GABRIEL | C | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 919 | LIN | WEI | D | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/10/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 9/1/2020 | 9/3/2020 | Negative | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 10 | Date of Results of COVID Test 10 | Results of COVID Test 10 | Date of Offered COVID Test 11 | Date of Results of COVID Test 11 | Results of COVID Test 11 | Date of Offered COVID Test 12 | Date of Results of COVID Test 12 | Results of COVID Test 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 9/8/2020 | 9/11/2020 | Negative | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 124 | NICKEL | WILLIAM | A | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | A | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 9/15/2020 | 9/17/2020 | Negative | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 321 | AQUINO-CAMIRO | NARCISO | C | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 714 | NUNEZ | PEDRO | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | 12/15/2020 | n/a | Refused | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 797 | PALMA-AGUILAR | JULIO | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 580 | QUAN | LAM | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/25/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 018 | SINGH | JASWANT | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 659 | TOOR | GURMAIL | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 837 | YUCUTE-CAMEY | GABRIEL | C | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 919 | LIN | WEI | D | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 9/22/2020 | 9/24/2020 | Negative | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 13 | Date of Results of COVID Test 13 | Results of COVID Test 13 | Date of Offered COVID Test 14 | Date of Results of COVID Test 14 | Results of COVID Test 14 | Date of Offered COVID Test 15 | Date of Results of COVID Test 15 | Results of COVID Test 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 9/29/2020 | 10/1/2020 | Negative | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 124 | NICKEL | WILLIAM | A | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | A | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 10/6/2020 | 10/8/2020 | Negative | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 919 | LIN | WEI | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 10/13/2020 | 10/15/2020 | Negative | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 16 | Date of Results of COVID Test 16 | Results of COVID Test 16 | Date of Offered COVID Test 17 | Date of Results of COVID Test 17 | Results of COVID Test 17 | Date of Offered COVID Test 18 | Date of Results of COVID Test 18 | Results of COVID Test 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 10/20/2020 | 10/22/2020 | Negative | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative |
| 124 | NICKEL | WILLIAM | A | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 10/27/2020 | 10/29/2020 | Negative | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 919 | LIN | WEI | D | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 11/3/2020 | 11/5/2020 | Negative | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 19 | Date of Results of COVID Test 19 | Results of COVID Test 19 | Date of Offered COVID Test 20 | Date of Results of COVID Test 20 | Results of COVID Test 20 | Date of Offered COVID Test 21 | Date of Results of COVID Test 21 | Results of COVID Test 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 11/10/2020 | 11/12/2020 | Negative | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 11/17/2020 | 11/19/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 124 | NICKEL | WILLIAM | A | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | A | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 11/17/2020 | 11/20/2020 | Negative | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 819 | ESTIGOY | ALANN | D | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/14/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 919 | LIN | WEI | D | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 913 | MENDEZ-BORACIO | JUAN | D | 11/24/2020 | 11/28/2020 | Negative | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 561 | OROZCO-GARCIA | OSVIN | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 146 | ROMERO-ROMERO | NEFTALI | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 22 | Date of Results of COVID Test 22 | Results of COVID Test 22 | Date of Offered COVID Test 23 | Date of Results of COVID Test 23 | Results of COVID Test 23 | Date of Offered COVID Test 24 | Date of Results of COVID Test 24 | Results of COVID Test 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 287 | ARZATE-REYES | IGNACIO | A | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 589 | FLORES-HIDALGO | ROMULO | A | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 12/1/2020 | 12/3/2020 | Negative | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 100 | MOUSA SALADDIN | MOHAMED | A | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 124 | NICKEL | WILLIAM | A | | | | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | A | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 326 | TRUJILLO | FERMIN | A | 12/8/2020 | 12/11/2020 | Negative | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative |
| 419 | ABADIN | HECTOR | C | | | | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | | | | |
| 580 | QUAN | LAM | C | | | | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 819 | ESTIGOY | ALANN | D | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 548 | GRIFFIN | MARK | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | 12/29/2020 | 12/31/2020 | Negative | | | | | | |
| 919 | LIN | WEI | D | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 278 | MATIAS-RAUDA | WILLIAM | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | 12/15/2020 | 12/17/2020 | Negative | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative | | | |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | | | | |

Mesa Verde COVID-19 Testing

| A-Number Last 3 | Last Name | First Name | Dorm | Date of Offered COVID Test 25 | Date of Results of COVID Test 25 | Results of COVID Test 25 | Date of Offered COVID Test 26 | Date of Results of COVID Test 26 | Results of COVID Test 26 |
|---|---|---|---|---|---|---|---|---|---|
| 366 | ARIAS ROMERO | KEVIN | A | 12/29/2020 | 12/31/2020 | Negative | | | |
| 287 | ARZATE-REYES | IGNACIO | A | 12/29/2020 | 12/31/2020 | Negative | | | |
| 589 | FLORES-HIDALGO | ROMULO | A | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 038 | GARCIA MONTES DE OCA | JOSE | A | 12/22/2020 | 12/24/2020 | Negative | 12/29/2020 | 12/31/2020 | Negative |
| 413 | MANZANILLA | SOLIS | A | 12/29/2020 | 12/31/2020 | Negative | | | |
| 100 | MOUSA SALADDIN | MOHAMED | A | | | | | | |
| 124 | NICKEL | WILLIAM | A | | | | | | |
| 766 | SANCHEZ BRITO | VICTOR | A | | | | | | |
| 326 | TRUJILLO | FERMIN | A | 12/29/2020 | 12/31/2020 | Negative | | | |
| 419 | ABADIN | HECTOR | C | | | | | | |
| 650 | ALFARO HENRIQUEZ | JOSE | C | | | | | | |
| 321 | AQUINO-CAMIRO | NARCISO | C | | | | | | |
| 531 | CHAVEZ-COS | NESTOR JOSUE | C | | | | | | |
| 053 | CRUZ MENJIVAR | LEVI | C | | | | | | |
| 011 | CRUZ-ZAVALA | WALTER | C | | | | | | |
| 555 | HENRIQUEZ | JOSE | C | | | | | | |
| 823 | MENDOZA-CANALES | FRANCISCO | C | | | | | | |
| 714 | NUNEZ | PEDRO | C | | | | | | |
| 456 | ORDAZ CAMACHO | ANGEL | C | | | | | | |
| 946 | ORELLANA | ALBERT CHRISTIAN | C | | | | | | |
| 797 | PALMA-AGUILAR | JULIO | C | | | | | | |
| 580 | QUAN | LAM | C | | | | | | |
| 089 | RAMIREZ PINEDA | ROBERTO ANTONIO | C | | | | | | |
| 611 | RIOS ALVARADO | SAMUEL | C | | | | | | |
| 328 | RUIZ-BOLANEZ | JOSE | C | | | | | | |
| 018 | SINGH | JASWANT | C | | | | | | |
| 659 | TOOR | GURMAIL | C | | | | | | |
| 559 | VILLALOBOS-SURA | BENITO | C | | | | | | |
| 837 | YUCUTE-CAMEY | GABRIEL | C | | | | | | |
| 778 | CALMO-MENDOZA | ELEAZAR | D | | | | | | |
| 819 | ESTIGOY | ALANN | D | | | | | | |
| 548 | GRIFFIN | MARK | D | | | | | | |
| 313 | HERNANDEZ GOMEZ | EZEQUIEL | D | | | | | | |
| 297 | IGLESIAS-IGLESIAS | JUAN | D | | | | | | |
| 919 | LIN | WEI | D | | | | | | |
| 278 | MATIAS-RAUDA | WILLIAM | D | | | | | | |
| 913 | MENDEZ-BORACIO | JUAN | D | | | | | | |
| 386 | MONCADA-HERNANDEZ | SALVADOR | D | | | | | | |
| 561 | OROZCO-GARCIA | OSVIN | D | | | | | | |
| 665 | PERRUSQUIA-PALOMARES | OSCAR HUMBERTO | D | | | | | | |
| 146 | ROMERO-ROMERO | NEFTALI | D | | | | | | |
| 820 | VALENCIA-CHAVEZ | ELODIO | D | | | | | | |
| 229 | FIGUERAS | RALEIGH | Marshals | | | | | | |