DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | Case No. 3:20-cv-02731 VC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION REPORTING DAY** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendant. | |

## STIPULATION

WHEREAS, in the Court's order granting Plaintiffs' Motion for Preliminary Injunction, the Court ordered Defendants to file a weekly report every Monday by 5:00 p.m. (ECF 867 at 26);

WHEREAS, the parties have conferred and agree that Defendants may file their reports on Fridays by 5:00 p.m.;

IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record, that:

1. The parties request that the Court's order be amended to reflect that Defendants are ordered to file their weekly report by Fridays at 5:00 p.m.

DATED: December 16, 2020                Respectfully submitted,

                                        DAVID L. ANDERSON
                                        United States Attorney

                                        */s/ Adrienne Zack*
                                        ADRIENNE ZACK
                                        Assistant United States Attorney

                                        Counsel for Federal Defendants

DATED: December 16, 2020                BURKE, WILLIAMS & SORENSEN, LLP

                                        *s/Susan E. Coleman*\*
                                        SUSAN E. COLEMAN

                                        Attorneys for GEO Defendants

DATED:  December 16, 2020               OFFICE OF THE PUBLIC DEFENDER
                                        SAN FRANCISCO

                                        */s/ Emilou MacLean*\*
                                        EMILOU MACLEAN

                                        Counsel for Plaintiffs

\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

### [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: January 4, 2021



HONORABLE VINCE CHHABRIA
United States District Judge