UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER DENYING MOTION TO FILE PORTIONS OF FEDERAL DEFENDANTS' ANSWER UNDER SEAL** <br><br> Re: Dkt. No. 934 |

Although there is some ambiguity to the language of 8 C.F.R. § 208.6(c)(2)(ii), the only reasonable way to resolve that ambiguity is to conclude that it does not require concealment of the information the parties seek to file under seal here. Any other construction would raise constitutional questions relating to the public's right of access to court documents. The parties may consider whether particularly sensitive information from underlying immigration proceedings should be sealed on a case-by-case basis, but it is not appropriate to use section 208.6 as a blanket matter to seal any and all information related to an underlying immigration proceeding in a federal court case brought by ICE detainees. Accordingly, the motion to seal is denied.

**IT IS SO ORDERED.**

Dated: January 6, 2021

VINCE CHHABRIA
United States District Judge