UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION RE YUBA COUNTY JAIL**<br><br>Re: Dkt. No. 922 |

      In light of the defendants' response to the order to show cause, the temporary restraining order issued on December 23, 2020 at Dkt. No. 922 is converted to a preliminary injunction. The defendants are ordered to take the measures prescribed in that ruling for the duration of the outbreak.

      **IT IS SO ORDERED.**

Dated: January 6, 2021

_____
VINCE CHHABRIA
United States District Judge