UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>                Plaintiffs,<br><br>          v.<br><br>DAVID JENNINGS, et al.,<br><br>                Defendants. | Case No.  20-cv-02731-VC<br><br>**BAIL ORDER NO. 59**<br>Re: Dkt. No. 935-1 |

The bail application from Juvenal Garcia Gonzalez is deferred. The plaintiffs should submit a supplemental filing addressing the details of the most recent crime within seven days of this order. The defendants can respond within three days of the supplemental submission.

**IT IS SO ORDERED.**

Dated: January 7, 2021

_____
VINCE CHHABRIA
United States District Judge