Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600       Fax:  213.236.2700

Royal F. Oakes (SBN 080480)
roakes@hinshawlaw.com
Michael A.S. Newman  (SBN 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071
213-680-2800

David S. Weinstein (Admitted *Pro Hac Vice*)
Dweinstein@hinshawlaw.com
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
 (305) 428-5038

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TONY H. PHAM, Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs | Case No.  3:20-cv-02731-VC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR GEO GROUP AND NATHAN ALLEN TO RESPOND TO FIRST AMENDED CLASS PETITION FOR WRIT OF HABEAS CORPUS AND CLASS COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**<br><br>Amended Complaint Filed:  10/30/20<br>Response Due:                    1/12/21<br>New Deadline:                     1/19/21<br><br>Judge:    Hon. Vince Chhabria |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-1387-3109 v1                    - 1 -

3:20-CV-02731-VC
STIPULATION TO FILE RESPONSE TO
AMENDED PETITION/COMPLAINT

Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; and NATHAN ALLEN, Warden of Mesa Verde Detention Facility

Respondents-Defendants.

Pursuant to Local Rule 6-1(a), Petitioners-Plaintiffs ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, UCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, and Respondents- Defendants THE GEO GROUP, INC. (Sued herein as GEO GROUP, INC.) and NATHAN ALLEN, collectively "the Parties," by and through their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs-Petitioners filed a First Amended Class Petition for Writ of Habeas Corpus and Class Complaint for Injunctive and Declaratory Relief in the above-captioned case on October 30, 2020;

WHEREAS, the Parties initially agreed to extend Respondents-Defendants THE GEO GROUP, INC. and NATHAN ALLEN's time to respond to the Complaint by 14 days, to January 12, 2021;

WHEREAS, the Parties subsequently agreed to extend Respondents-Defendants THE GEO GROUP, INC. and NATHAN ALLEN's time to respond to the Complaint by another 7 days, to January 19, 2021;

WHEREAS, the stipulated extension will not alter the date of any event or any deadline already fixed by Court order;

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-1387-3109 v1          - 2 -

3:20-CV-02731-VC
STIPULATION TO FILE RESPONSE TO
AMENDED PETITION/COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that Respondents-Defendants THE GEO GROUP, INC. and NATHAN ALLEN's response to the Complaint shall be due on January 19, 2021.

IT IS SO STIPULATED.


Dated:  January 12, 2021                    BURKE, WILLIAMS & SORENSEN, LLP

                                            HINSHAW & CULBERTSON LLP
                                            Royal F. Oakes
                                            Michael A.S. Newman
                                            David S. Weinstein


                                            By:  */s/ Susan E. Coleman*[1]
                                                     Susan E. Coleman

                                            Attorneys for Respondents-Defendants
                                            THE GEO GROUP, INC. and NATHAN
                                            ALLEN


Dated:  January 12, 2021                    AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF NORTHERN
                                            CALIFORNIA


                                            By:  */s/ William S. Freeman*
                                                     William S. Freeman

                                            Attorneys for Petitioners-Plaintiffs,
                                            ANGEL DE JESUS ZEPEDA RIVAS,
                                            BRENDA RUIZ TOVAR, LAWRENCE
                                            MWAURA, UCIANO GONZALO
                                            MENDOZA JERONIMO, CORAIMA
                                            YARITZA SANCHEZ NUÑEZ, JAVIER
                                            ALFARO, DUNG TUAN DANG, JUAN
                                            JOSE ERAZO HERRERA, RAJNISH
                                            RAJNISH, and WILLIAN MATIAS
                                            RAUDA

---

[1] Pursuant to Local Rule 5-1(i)(3), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4824-1387-3109 v1                  - 3 -                  3:20-CV-02731-VC
                                                        STIPULATION TO FILE RESPONSE TO
                                                        AMENDED PETITION/COMPLAINT