**JUVENAL GARCIA GONZALEZ**
**SUPPLEMENT TO RENEWED SHORT-FORM BAIL APPLICATION**

Mr. Garcia Gonzalez hereby supplements his renewed bail application to address the details of his most recent crime. Mr. Garcia Gonzalez submitted an initial bail application with this Court on May 22, 2020. *See* Dkts. 233-8 (application), 255-8 (opposition) & 259-6 (reply). The Court denied Mr. Garcia Gonzalez's request for bail without prejudice on May 27, 2020. Dkt. 268. Mr. Garcia Gonzlaez submitted a renewed bail application on December 29, 2020. Dkts. 936 (application) & 944-1 (opposition).  The Court deferred the bail application on January 7, 2021, requesting a supplemental filing "addressing the details of the most recent crime within seven days." Dkt. 955.

Mr. Garcia Gonzalez's most recent crime is a felony conviction stemming from a significant, but one-time, error of judgment in 2016.[1] Mr. Garcia Gonzalez acknowledges that he made a bad decision when he wielded a gun at a neighbor and briefly pointed it at police before he could fully comply with their commands. He fully admits that he acted poorly when he was struggling with anxiety and fear, and confirms that he has now developed mechanisms to handle anxiety and fear in positive and productive ways. He also understands that he caused fear with his actions, which he deeply regrets, and he has accepted complete responsibility for his mistakes. He recognizes his errors not only in his actions on the day of his arrest, but also in having accepted a gun from his friend in the first place, and in how to respond and react to stressors. *See* attached Declaration of Juvenal Garcia Gonzalez.

Mr. Garcia Gonzalez's eldest daughter, who has been in close contact with him over the years, recognizes how out-of-character Mr. Garcia Gonzalez's offense was: "I … know that it was a one-time mistake, because my father is someone who I have never known to be violent or to use firearms. My father is usually very mild-mannered and law abiding. He was in a bad place at that time and greatly regrets what he did." *See* attached Letter from Faviola Ramirez.

Mr. Garcia Gonzalez has taken crucial steps to ensure that he will never repeat his mistakes from 2016. Critically, he has already completed half of a twelve-session course of therapy with Licensed Clinical Social Worker Jeanette Lopez-Urbina. Ms. Lopez-Urbina explains, "As Mr. Garcia Gonzalez has utilized therapy to build on his awareness and insight to triggers and behaviors, … [he] has been reflective about alternative and positive ways to manage his trauma symptoms that may be triggered in a threatening situation." Ms. Lopez-Urbina, who has two decades of experience providing comprehensive mental health services, concludes: "The coping strategy that he has identified as most helpful is engaging in positive self-talk which represents a high level of motivation and optimism that may support positive behaviors in the future for Mr. Garcia Gonzalez." *See* attached Letter from Jeanette Lopez-Urbina, LCSW.

Mr. Garcia Gonzalez has demonstrated an unwavering commitment to his rehabilitation. In addition to continuing on his current course of therapy, Mr. Garcia Gonzalez has also already made plans to continue therapy sessions with Ms. Lopez-Urbina beyond the initial twelve sessions. He also has plans to work hard to establish a home where he can support his eldest

---

[1] Although Mr. Garcia Gonzalez sustained a conviction in 2017, the violation date was September 12, 2016.

1

grandson through college. Accordingly, not only does Mr. Garcia Gonzalez have family waiting to receive him in a safe environment, but he also has a strong incentive and plans to succeed if he is released.

This reply is submitted on information and belief based on the attached documents.

                              Respectfully submitted,

                              */S/ Kelly Engel Wells*
                              Kelly Engel Wells



**ROOTS IN HEALING PSYCHOTHERAPY
& CONSULTATION SERVICES**
1918 BONITA AVE, 2ND FLOOR BERKELEY, CA 94704
(510) 269-7718 • contact@rootsinhealing.org

January 11, 2021

Valerie Zukin, J.D.
Special Projects Attorney – Fellowship Training Coordinator
Immigrant Legal Resource Center
1458 Howard Street | San Francisco, CA 94103
Email: vzukin@ilrc.org

Dear Ms. Zukin,

As requested, I am writing a letter to discuss my clinical opinion about our client's, Juvenal Garcia Gonzalez, progress in services and in gaining insight towards his past criminal behavior and other challenges. I have met with Juvenal to provide psychotherapy to him for five sessions thus far between 11/10/20 – 12/15/20. Sessions have taken place via telephone appointments as he is currently detained and as there is a pandemic occurring which does not allow for face-to-face contact at this time. Prior to discussing my clinical opinion about Juvenal's progress, I would like to inform you of my credentials as a mental health provider:

### Provider's Credentials

As a Licensed Clinical Social Worker, I have provided comprehensive mental health services to individuals and families since the year 2000 in various settings, such as community based and outpatient clinics. I graduated from the University of Southern California (USC) in May 2007, and therefore, have provided psychotherapy services for over ten years post graduate school. I am also licensed with the state of California's Board of Behavioral Services (BBS) since April 2015 and maintain my Continuation Education requirements by the BBS. Currently, I own a group private practice that provides mental health services, including the immigrant LatinX community. From June 2018 – June 2019, I completed forensic psychosocial assessments for those individuals that were applying for legal status in the United States through the process of the U visa and political asylum.

### My Conclusions

Mr. Garcia Gonzalez was referred to services due to reports of him experiencing some distress as he has been detained for a few years now. As reported by you, the conviction for Mr. Garcia Gonzalez is "PC245(A)(2)-F: Assault with Firearm on Person."

The following are my clinical conclusions related to your posed questions regarding Mr. Garcia Gonzalez' progress in therapy:

### Remorse about Felony Conviction

Mr. Garcia Gonzalez has utilized therapy to reflect upon his past behaviors that may have caused harm towards other, including the behaviors that led to his conviction. Mr. Garcia Gonzalez has built on his



**ROOTS IN HEALING PSYCHOTHERAPY
& CONSULTATION SERVICES**
1918 BONITA AVE, 2ND FLOOR BERKELEY, CA 94704
(510) 269-7718  •  contact@rootsinhealing.org

insight and awareness about triggers that may have led to his behaviors, such as owning a handgun. Mr. Garcia Gonzalez reported in therapy that he has thought often about the triggers and his choices regarding his behaviors and that he regrets his actions. Mr. Garcia Gonzalez has consistently reported a commitment to lead a life where he makes more positive choices, including using positive coping skills when he may feel threatened or experiencing intense emotions. As Mr. Garcia Gonzalez has utilized therapy to build on his awareness and insight to triggers and behaviors, he has been reflective about past trauma and the role it has played in having him experience trauma symptoms, such hyperarousal. Hyperarousal and hypervigilance are common symptoms for those who have experienced trauma which may lead to being reactive in a situation that may be felt as threatening. Often in a hyper-aroused state, individuals may experience a fight/flight/freeze state and this state impacts a person's ability to present with positive decision-making skills and judgment. Mr. Garcia Gonzalez has been reflective about alternative and positive ways to manage his trauma symptoms that may be triggered in a threatening situation.

**Coping Mechanisms**

As discussed above, Mr. Garcia Gonzalez is developing more knowledge and insight into his past behaviors, including his coping skills. Prior to starting therapy with this provider, Mr. Garcia Gonzalez reported that he has been "doing a lot of thinking" and that he has examined his past behaviors to identify alternative ways he could have coped with perceived threats or intense feelings he experienced when he was arrested. At the point of starting therapy, Mr. Garcia Gonzalez reported that he was engaging in more positive thinking and self-talk to cope with being incarcerated. During the course of therapy, Mr. Garcia Gonzalez, he also reported focusing on mindfulness techniques, such as remaining grateful for the positive aspects of his life. He reported wanting to remain with such a focus should he have the opportunity to be released. Mr. Garcia Gonzalez also has expressed a strong desire to continue working and spending time with his family. As Mr. Garcia Gonzalez will continue to receive therapy, building on his coping skills will continue to be one of the focuses of treatment.

**Recidivism**

Mr. Garcia Gonzalez has consistently reported optimistic thoughts about being released and continuing a life that is productive and connected to his children. Mr. Garcia Gonzalez has discussed his relationship with his children and hopes to build on his relationship and connection with them. He has also reported feeling highly motivated to continue working in the field that he was previously working in so that he can continue to experience feeling productive and accomplished. Mr. Garcia Gonzalez has experienced mild depressive and anxious symptoms since he was detained. The coping strategy that he has identified as most helpful is engaging in positive self-talk which represents a high level of motivation and optimism that may support positive behaviors in the future for Mr. Garcia Gonzalez.

I am available for further questions, in needed and can be reached at (510) 269-7718.

Sincerely,



Jeanette Lopez-Urbina, LCSW #66090

January 13,2021

RE: Juvenal Garcia Gonzalez

Dear Honorable Judge,

Juvenal Garcia Gonzalez is my father and the beneficiary of an approved visa petition I filed on his behave in April 2018. I worked hard to try to fight for my father's release from immigration detention and to fight for him to get his green card based on the petition I filed for him. Unfortunatly, the applications were all denied due to my father's 2017 felony conviction.

My husband was the sole breadwinner supporting our family of six for several years. We have four young children. ▉▉▉▉ is 15, ▉▉▉▉ is 13, ▉▉▉▉ is 4, and ▉▉▉▉ is 2. Unfortunatly, in late 2019, my husband badly injured his back and he became unable to continue the work he had been doing at the grain company. After that, we made the difficult decision to relocate to Mexico, were we would have lower living expeses and could afford to try to start a business. We are in the process of working on starting a poltry farm business. If it is succesful, we hope we can make enough money to support our family and get my husband the help he needs to treat his back injury. It has not been an easy transition for our kids to move to another country and the COVID-19 pandemic is delaying them from starting school in Mexico.

If my father is able to get his conviction vacated so that he can solve his immigration case, he wants to return to working in construction to help to support our family. My father has helped support my family in the past. This would be tremendously helpful, especially for our oldest son, ▉▉▉▉, who wants to return to the US to go to college in california in three years when he turns 18. If my father can start working again soon, he could work hard to be ready to have a two-bedroom home in Southern Califronia where my son can live with him while he attends college. It would mean the world to us to give our son that opportunity and to know that he would be able to live there with his grandfather. Otherwise, it would be extremely difficult for juan Andrez to afford to attend college in California.

My father is a good person and a good father, but he has not always been perfect. He has had a couple of hard times in the past. Many years ago he got a DUI conviction and, more recently, from 2016-2017, he served approximately 15 months for one felony conviction for assult with a firearm. And, ever since, he has been in immigration custody at the Yuba County Jail- he has now been there for more than three years. I know that my father really learned from his huge mistake he made in 2016, because I have been in touch with him durng all of these years that he has been incarcerated. He regrets that mistake so much and I know he would never repeat it. I also know that it was a one-time mistake, because my father is someone who I have never Known to be violent or to use firearms. My father isusually very mild-mannered and law abiding. He was in a bad place at the time and greatly regrets what he did. I also know that my father has stopped drinking and would not drive under the influence in the furture.

My father means the world to me. We had been making plans for him to come live with me and

my family in Nebraska in 2018 and 2019 if he had been released from detention. If he had been living with us and able to work to help support us, we might not have made the difficult decision to relocate our family to mexico for economic reasons.

If my father would be able to resolve his case, he could also work hard to save money and visit my siblings, they would benefit tremendously, they would be able to establish a stable relationship and even help them economically. My father would have an opportunity to meet all of his grandchildren and build relationships with them it would mean the world to us to have our family together once again.

I declare under penalty of perjury of the laws of the united states of America that the content of this letter is true and correct to the best of my knowledge and belief. Signed January 13, 2021,

_Faviola Ramirez_
Faviola Ramirez

**Declaration of Juvenal Garcia Gonzalez**

1. My name is Juvenal Garcia Gonzalez. I have been detained at the Yuba County Jail in Marysville, California, since December 28, 2017—I have now been detained for over three years. While the time that I have been in detention has been very difficult for me, at the same time it has been good for me because I have learned a lot and studied the Word of God and the Bible, and I have leaned to be a better person. I have had time to learn from my mistakes.

2. I deeply regret the things that led to my arrest in 2016 and resulted in my conviction for assault. At the time that I was arrested in 2016, I was battling a lot of anxiety around a neighbor who was harassing and threatening me and my relationship with an ex-girlfriend. I no longer have either of those people in my life, and I have completely cut off all ties with them. I realize now that when I was afraid of my neighbor who was harassing and threatening me, the best response from me would have been to simply ignore him and to steer clear of him altogether until I could move. One of the major things I have learned is that I never should have had a gun in my house at all, and I certainly should never have done anything such as showing the gun to my neighbor. I had no bad intentions when I accepted the gun from my old friend who was leaving to Mexico, but I realize now that was a big mistake and in the future I would not accept anything illegal or dangerous from anyone. Doing so could only cause me trouble and nothing good would come of it. Moreover, I have no interest in firearms or having them in my home, because they are so dangerous and can cause harm. I would never want to harm any person or any creature.

3. I appreciate my family more than ever after the huge separation that my detention has caused us. I also feel much closer to God now. All I want is to have time with my children, grandchildren, cousins, and extended family and to be able to work to help support my children and grandchildren if they need financial assistance. I especially want the opportunity to work hard to establish a home in California where I can receive my grandson ▮▮▮▮▮▮▮ to live with me when he attends college in three years. I have discussed the plan with my daughter my grandson, that when he turns 18 he wants to come to live with me in California to attend college. I want to be able to support him during his studies.

4. I have been receiving therapy from a licensed clinical social worker since November 2020, and I feel much better after starting my course of therapy with her. I have never had the opportunity to have therapy in the past, and I am very glad that I have been able to start therapy now. I have now completed six of the twelve planned initial sessions, and I have plans to continue therapy with the same therapist, Jeanette, beyond the initial twelve sessions. Speaking with her helps me to recognize some of the bad decisions I have made in the past and how I can do better in the future. I realize that I have made some bad decisions in the past when I was scared and felt threatened, but I know that there are much better and more positive ways that I can handle such situations in the future. I have learned to think more positively to cope with difficult situations and to appreciate the things I am grateful for. In addition, I know in the future, if I face

       unexpected challenges, I can seek out support from family and even services such as therapy or support groups to help me through it.

I, Juvenal Garcia Gonzalez, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

                                            <u>/s/ Juvenal Garcia Gonzalez</u>

                                            Juvenal Garcia Gonzalez

I, Valerie Anne Zukin, attest that I am fluent in English and Spanish and I fully and accurately read and interpreted the above declaration to Juvenal Garcia Gonzalez in the Spanish language for his approval, by telephone on January 12, 2021. I further obtained authorization from Mr. Garcia Gonzalez to submit this declaration.

Executed this 13th of January, 2021,

                                            <u>/s/Valerie Anne Zukin</u>

                                            Valerie Anne Zukin