WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANGEL DE JESUS ZEPEDA RIVAS,
BRENDA RUBI RUIZ TOVAR,
LAWRENCE KURIA MWAURA,
LUCIANO GONZALO MENDOZA
JERONIMO, CORAIMA YARITZA
SANCHEZ NUÑEZ, JAVIER ALFARO,
DUNG TUAN DANG,

Petitioners-Plaintiffs,

v.

DAVID JENNINGS, Acting Director of the
San Francisco Field Office of U.S. Immigration
and Customs Enforcement; MATTHEW T.
ALBENCE, Deputy Director and Senior
Official Performing the Duties of the Director
of the U.S. Immigration and Customs
Enforcement; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; GEO GROUP,
INC.; NATHAN ALLEN, Warden of Mesa
Verde Detention Facility,

Respondents-Defendants.

CASE NO. 3:20-CV-02731-VC

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES**

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
DEADLINES

**STIPULATION**

The Parties agree that more time is needed to complete discovery in this case and that good cause accordingly exists to extend the case management deadlines as specified in the proposed order below.

Respectfully submitted,

DATED: January 15, 2021

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*/s/ Sean Riordan*
Counsel for Petitioners-Plaintiffs

DAVID L. ANDERSON
United States Attorney

*/s/ Sara Winslow*
Chief, Civil Division
Counsel for Federal Defendants

*/s/ Royal Oakes*
Counsel for Defendants the GEO Group, Inc. and
Nathan Allen

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 15th day of January 2021, at Davis, California.

*/s/ Sean Riordan*

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
DEADLINES

**[PROPOSED] ORDER**

Upon review of Plaintiffs' motion and the Parties' stipulation, the Court finds good cause to modify the pre-trial case management schedule. The Court vacates the existing case management schedule and sets the following schedule:

- Last day to serve written fact discovery: February 15, 2021.
- Close of fact discovery: April 30, 2021.
- Close of expert discovery: June 15, 2021.
- Class certification motion:
  o Opening brief due May 24, 2021.
  o Opposition brief due June 24, 2021.
  o Reply brief due July 13, 2021.
- Hearing on summary judgment motions: August 12, 2021.

IT IS SO ORDERED.

Dated this ___ day of January, 2021

Honorable Vince Chhabria
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
DEADLINES