Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge:  Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19 and ongoing testing of staff.

There are currently three (3) GEO staff persons and no Wellpath medical staff persons out with COVID.

The new positive results are as follows:

1) GEO Food Service Cook/Officer C.G. – was tested off-site on January 24, 2021, and received a positive test result on January 24, 2021. C.G. last worked on January 11, 2021, and began having symptoms of sore throat, headache and cough on January 22, 2021. C.G. has been quarantining at home since January 22, 2021, pending completion of return to work guidelines. C.G. wore a face mask and gloves at work and did not have any close contact with detainees during the last two days of work or within 48 hours of testing/experiencing symptoms.

2) GEO Staff Person D.A. – was tested off site on January 25, 2021, and received a positive test result on January 25, 2021. D.A. last worked on January 22, 2021, and began having a slight cough on January 24, 2021. D.A. has been quarantining at home since January 24, 2021, pending completion of return to work guidelines. D.A. wore a face mask at work and did not have close contact with detainees during the last two days of work or within 48 hours of testing/experiencing symptoms. Contact tracing for staff is pending.

Cumulative Totals:

GEO now has 54 cumulative individuals who have tested positive. Wellpath has 9 cumulative positive results.

There are no individuals who have tested positive and then after a period of 90 days recovery tested negative twice in a row before testing positive again (*i.e.* reinfection).

///

///

Staff Testing Update:

Staff testing resumed on January 25, 2020. Testing is continuing weekly on a rolling basis which is conducted as staff report to work for their shifts, except for any staff already on sick, FMLA or other leave.

Dated: January 25, 2021                    BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Susan E. Coleman*
    Susan E. Coleman

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN