UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE MOTION TO CONTINUE CASE MANAGEMENT DEADLINES**<br><br>Re: Dkt. No. 975 |

　　　　The Court will grant the parties' joint request to extend the litigation deadlines, but a case management conference is scheduled for Wednesday, February 3 at 2 p.m. to discuss the details.

　　**IT IS SO ORDERED.**

Dated: January 26, 2021

_____
VINCE CHHABRIA
United States District Judge