UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 60** <br> Re: Dkt. Nos. 964-1, 974 |

The bail application from Jaswant Singh is denied.

The bail application from Nahum Rojas Orellana is granted. Bail is subject to the standard conditions of release as stated at Dkt. No. 543. Bail is also subject to the additional condition that Mr. Orellana remain in the residential treatment center as promised.

**IT IS SO ORDERED.**

Dated: January 28, 2021

VINCE CHHABRIA
United States District Judge