UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No.  20-cv-02731-VC <br><br> **BAIL ORDER NO. 61** <br><br> Re: Dkt. No. 935 |

The bail application from Juvenal Garcia Gonzalez is denied.

**IT IS SO ORDERED.**

Dated: January 28, 2021

VINCE CHHABRIA
United States District Judge