DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that defendants David Jennings, Tae D. Johnson,[1] and U.S. Immigration and Customs Enforcement hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Motion for Second Preliminary Injunction dated December 3, 2020 (ECF No. 867).

DATED: February 1, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Federal Defendants

---

[1] Tae D. Johnson, Acting Director for U.S. Immigration and Customs Enforcement (ICE), is automatically substituted for Tony H. Pham, formerly the Senior Official Performing the Duties of the Director for ICE, in accordance with Federal Rule of Civil Procedure 25(d).

FED. DEFS.' NOTICE OF APPEAL
No. 3:20-cv-02731-VC                                         1