UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants. | Case No. 20-cv-02731-VC<br><br>**BAIL ORDER NO. 62**<br><br>Re: Dkt. Nos. 997-1 |

    The bail application from Manuel Zelaya Nunez is granted. Bail is subject to the standard conditions of release as stated at Dkt. No. 543, and the additional conditions that he not consume drugs or alcohol and participate in the proposed (or equivalent) substance programming.

    **IT IS SO ORDERED.**

Dated: February 4, 2021

_____
VINCE CHHABRIA
United States District Judge