DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' FEBRUARY 4, 2021 DAILY REPORT RE: YUBA COUNTY JAIL** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's December 23, 2020 Order Granting Motion For TRO, the Federal Defendants hereby submit the following, based on the most updated information received from Yuba County:

**(i)** **The number of (i) class members, (ii) County prisoners, and (iii) staff members testing positive for COVID-19 since the last report and cumulatively.**

    a. ICE detainees: 0 current detainees are positive. There are 9 recovered positive detainees, and 3 of them have been released. Cumulatively, there have been 9 ICE detainees who have tested positive.

    b. County inmates: 1 (infectious positive) current County prisoner is positive.[1] There are 124 recovered positive county inmates. Cumulatively, there have been 125 County prisoners who have tested positive, and 28 of them have been released.

    c. Staff Members: 0 current staff members are positive. Cumulatively, there have been 30, (this number dates to June 2020) staff members who have tested positive.

**(ii) The number of (i) class members, (ii) County prisoners, and (iii) staff members experiencing symptoms of COVID-19 since the last report and cumulatively.**

    a. ICE detainees: 0 current detainees are experiencing symptoms of COVID-19. Cumulatively, there have been 6 ICE detainees who have experienced symptoms of COVID-19.

    b. County inmates: 1 current County prisoner is experiencing symptoms of COVID-19. Cumulatively, there have been 38 County prisoners who have experienced symptoms of COVID-19.

    c. Staff Members: 0 current staff members are experiencing symptoms of COVID-19. Cumulatively, there have been 43 (this number dates to June 2020) staff members who have experienced symptoms of COVID-19.

**(iii) The location of all class members.**

Attached is a roster that contains this information.

**(iv) The location of COVID-positive individuals in custody at YCJ.**

Housing Locations:
- Q3

**(v) The location of symptomatic individuals in custody at YCJ.**

Medical

---

[1] According to the County, the positive County inmate was brought into Yuba County jail from another facility. This inmate had a known positive test from January 24, 2021. According to the County, this individual has never been housed with anyone inside the jail.

**(vi)   Plans for the testing, quarantine and isolation of class members, County prisoners, and staff, and the implementation of those plans.**

The County has informed ICE that it is laboratory testing all consenting detainees at YCJ weekly and all consenting staff for COVID twice a week (not including detainees or staff who previously have tested positive). The County will continue this detainee and staff testing until there are no new positive tests among detainees or staff for two consecutive weeks. This is not broken out between detainees and staff, e.g., if there are no new positive tests among staff in a given week but there are new positive tests among detainees that week, or vice versa, both detainee and staff testing will continue for at least two more weeks until there are no new positive tests among either detainees or staff.

The County has informed ICE that it is categorizing detainees into four categories for housing purposes: (1) detainees who have tested negative and are asymptomatic, (2) detainees who have not tested positive but who are symptomatic, (3) detainees who have tested positive, and (4) detainees who have tested positive who have recovered.  The County has informed ICE that it generally plans to house detainees in category (2) individually (except perhaps in circumstances such as two symptomatic detainees being housed in a single cell prior to being isolated, in which case they could be isolated in the same cell as well).  The County has informed ICE that it plans to separate detainees in category (1) from detainees in category (3) and not house them in the same housing units. Housing-placement decisions are being closely directed and overseen by the County Health Officer.

Additionally, ICE has requested that medical staff at Yuba County Jail administer rapid tests (Abbott tests) to any ICE detainee who has not previously tested positive and is identified by medical staff or class counsel as having symptoms consistent with COVID, as well as any ICE detainee who has been in close contact with someone who tests positive for COVID.

According to the County, the County follows the testing guidelines set out by the CDC for the detainees.  All detainees are tested on a 7-day cycle.   This does not include any detainee that has tested positive within the past 90 days.

If a detainee tests positive, he or she is no longer in the testing cycle for at least 90 days. Accordingly, positive and recovered class members are not included in the 7-day testing cycle. Currently, there are no class members that are at least 90 days out from first testing positive.   The

County is testing class members that remain negative. These individuals continue to be tested every 7 days.  The protocols described above also apply to jail staff.  If a staff member tests positive, he or she is no longer included in the testing cycle for at least 90 days.

**(vii)** **Plans for the testing of class members, County prisoners, and staff, and the implementation of those plans**.

      Please see (vi) above.

DATED:  February 4, 2021                        Respectfully submitted,

                                                    DAVID L. ANDERSON
                                                    United States Attorney

                                                    */s/ Neal Hong*
                                                    NEAL C. HONG
                                                    Assistant United States Attorney

## Yuba County Jail - ICE Detainee Housing

| A-Number Last 3 | Last Name | First Name | Dorm |
|---|---|---|---|
| 011 | ERAZO HERRERA | JUAN | C |
| 118 | QUINTANILLA | JOSE | E |
| 762 | VASQUEZ-RODRIGUEZ | JONNY | E |
| 809 | CASTRO RAMOS | LUIS ERASMO | C |
| 474 | GARCIA GONZALEZ | JUVENAL | C |
| 398 | MONTOYA-ECHEVERRIA | JUAN | C |
| 562 | ORTEGA-GARCIA | JOSE | C |
| 329 | OXLAJ SIGUANTAY | MAYNOR | C |
| 925 | SANCHEZ-LAGUNAS | LIONEL | C |
| 120 | VASQUEZ-CRUZ | RICARDO | C |
| 513 | VAZQUEZ | JAVIER | C |
| 900 | VILLAGRES-FUENTE | MARVIN | C |
| 348 | ZELAYA-NUNEZ | MANUEL | C |
| 859 | APAZA | BRYAN | C |
| 162 | ROBLES | RUPERTO | A |