WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
ANGÉLICA SALCEDA (SBN 296152)
asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
EMILOU H. MACLEAN (SBN 319071)
emilou.maclean@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC <br><br> **[PROPOSED] ORDER REGARDING IMPLEMENTATION OF THE YUBA COUNTY JAIL PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER REGARDING IMPLEMENTATION OF
THE YUBA COUNTY JAIL PRELIMINARY INJUNCTION

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

[PROPOSED] ORDER REGARDING IMPLEMENTATION OF
THE YUBA COUNTY JAIL PRELIMINARY INJUNCTION

**[PROPOSED] ORDER**

On January 6, 2021, the Court entered a preliminary injunction pertaining to Yuba County Jail ("YCJ"). (ECF No. 951.) Having considered the Parties' respective status reports and updates concerning the implementation of the YCJ preliminary injunction and the Parties' discussion of issues related to that preliminary injunction at the February 3, 2021 case management conference, the Court orders as follows:

1.  On or before 5 p.m. on February 12, 2021, Federal Defendants shall disclose to Plaintiffs:

    a.  Testing information of a similar detail and quality to the testing information that Defendants have filed with respect to Mesa Verde (tracking all tests, the dates of those tests, the dates the results of those tests were returned, and the results of those tests), including the housing location on the date the test was administered, for each class member at YCJ, with such information going back to December 11, 2020.

    b.  Copies of any screening tools, guidelines, logs, or other material that YCJ uses to identify COVID-19 symptoms.

    c.  Copies of any screening tools, guidelines, logs, or other material that YCJ uses to assess whether a detainee has recovered from COVID-19.

    d.  Whether the individuals who have cleaned or disinfected the cells at YCJ that class members have been transferred into since December 23, 2020 are other YCJ class members or persons in County custody.

    e.  Any protocols used for cleaning and disinfecting the cells at YCJ that class members have been transferred into since December 23, 2020, and any logs related to cleaning and disinfecting those cells.

[PROPOSED] ORDER REGARDING IMPLEMENTATION OF
THE YUBA COUNTY JAIL PRELIMINARY INJUNCTION

 f. Any other documents or correspondence showing Federal Defendants' efforts to ensure compliance with this Court's orders and ensure the accuracy of all reporting to the Court in light of specific concerns raised by Plaintiffs regarding the above-mentioned subjects (testing, accurate identification of symptomatic individuals, accurate screening of recovered individuals, and cleaning of cells).

2. Federal Defendants shall ensure that YCJ take detailed "before" (before the cell is cleaned) and "after" (after the cell is cleaned) photos of any cells to which class members will be moved from the date of this order through February 28, 2021 and to provide those photos to Plaintiffs no more than two days after a class member is moved.

3. On or before February 12, 2021, Federal Defendants shall file a status report explaining whether they are applying the memorandum concerning "Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities" (January 20, 2021) ("Pekoske Memo") to class members at YCJ; if so, the procedures they are using to apply the Pekoske Memo to class members at YCJ; and if not, an explanation for why they are not applying the Pekoske Memo to class members at YCJ. The Status Update should also state whether the Pekoske Memo changes any positions that Federal Defendants have previously taken as to class members currently detained at YCJ, including with regard to bail applications on behalf of any specific YCJ class members or the appropriateness of continuing to use YCJ for immigration detention during the COVID-19 pandemic.

4. In the event Federal Defendants are unable to disclose the information set out in Paragraph 1, above, by the prescribed time, Federal Defendants shall file, on or before February 17, 2021, a plan to cease housing class members at YCJ; Plaintiffs

[PROPOSED] ORDER REGARDING IMPLEMENTATION OF
THE YUBA COUNTY JAIL PRELIMINARY INJUNCTION

shall file a response to said plan on or before February 23, 2021; and the plan shall be discussed at a status conference on February 24, 2021.

IT IS SO ORDERED.

Dated this ___ day of February, 2021

Honorable Vince Chhabria
United States District Judge

[PROPOSED] ORDER REGARDING IMPLEMENTATION OF
THE YUBA COUNTY JAIL PRELIMINARY INJUNCTION