UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 4 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GEO GROUP, INC.; NATHAN ALLEN, Warden, <br><br> Defendants-Appellants, <br><br> and <br><br> DAVID JENNINGS, Acting Field Officer Director; et al., <br><br> Defendants. | No. 21-15195 <br><br> D.C. No. 3:20-cv-02731-VC <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| ANGEL DE JESUS ZEPEDA RIVAS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DAVID JENNINGS, Acting Field Officer Director; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> GEO GROUP, INC.; NATHAN ALLEN, | No. 21-15197 <br><br> D.C. No. 3:20-cv-02731-VC <br> Northern District of California, <br> San Francisco |

SZ/MOATT

Warden,

Defendants.

Appeal Nos. 21-15195 and 21-15197 are consolidated.

These appeals, filed February 1, 2021, are preliminary injunction appeals. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaires are due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening briefs and excerpts of record are due not later than March 1, 2021; the consolidated answering brief is due March 29, 2021, or 28 days after service of the last-filed opening brief, whichever is earlier; and the optional reply briefs are due within 21 days after service of the consolidated answering brief. *See* 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely an opening brief shall result in the automatic dismissal of that appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie Zeller
Deputy Clerk
Ninth Circuit Rule 27-7