DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **FEDERAL DEFENDANTS' FEBRUARY 8, 2021 DAILY REPORT RE: YUBA COUNTY JAIL** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the Court's December 23, 2020 Order Granting Motion For TRO, the Federal Defendants hereby submit the following, based on the most updated information received from Yuba County:

**(i)** **The number of (i) class members, (ii) County prisoners, and (iii) staff members testing positive for COVID-19 since the last report and cumulatively.**

    a.  ICE detainees: 0 current detainees are positive. There are 9 recovered positive detainees, and 3 of them have been released. Cumulatively, there have been 9 ICE detainees who have tested positive.

      b. County inmates: 0 (infectious positive) current County prisoners are positive. There are 125 recovered positive county inmates. Cumulatively, there have been 125 County prisoners who have tested positive, and 28 of them have been released.

      c. Staff Members: 0 current staff members are positive. Cumulatively, there have been 30, (this number dates to June 2020) staff members who have tested positive.

**(ii)** **The number of (i) class members, (ii) County prisoners, and (iii) staff members experiencing symptoms of COVID-19 since the last report and cumulatively.**

      a. ICE detainees: 0 current detainees are experiencing symptoms of COVID-19. Cumulatively, there have been 6 ICE detainees who have experienced symptoms of COVID-19.

      b. County inmates: 0 current County prisoners are experiencing symptoms of COVID-19. Cumulatively, there have been 38 County prisoners who have experienced symptoms of COVID-19.

      c. Staff Members: 0 current staff members are experiencing symptoms of COVID-19. Cumulatively, there have been 43 (this number dates to June 2020) staff members who have experienced symptoms of COVID-19.

**(iii)** **The location of all class members.**

Attached is a roster that contains this information.

**(iv)** **The location of COVID-positive individuals in custody at YCJ.**

Currently, no individuals in custody at YCJ are COVID-positive.

**(v)** **The location of symptomatic individuals in custody at YCJ.**

Currently, no individuals are symptomatic.

**(vi)** **Plans for the testing, quarantine and isolation of class members, County prisoners, and staff, and the implementation of those plans.**

The County has ended the response-testing program because staff, County prisoners, and detainees had no COVID-positive results for two weeks.

Previously, the County informed ICE that it laboratory tested all consenting detainees at YCJ weekly and all consenting staff for COVID twice a week (not including detainees or staff who previously have tested positive). The County continued this detainee and staff testing until there were no new positive tests among detainees or staff for two consecutive weeks. This was not broken out between detainees and staff, e.g., if there were no new positive tests among staff in a given week but there were new positive tests among detainees that week, or vice versa, both detainee and staff testing would have continued for at least two more weeks until there were no new positive tests among either detainees or staff.

The County has informed ICE that it was categorizing detainees into four categories for housing purposes: (1) detainees who have tested negative and are asymptomatic, (2) detainees who have not tested positive but who are symptomatic, (3) detainees who have tested positive, and (4) detainees who have tested positive who have recovered. The County had informed ICE that it generally planned to house detainees in category (2) individually (except perhaps in circumstances such as two symptomatic detainees being housed in a single cell prior to being isolated, in which case they could be isolated in the same cell as well). The County had informed ICE that it planned to separate detainees in category (1) from detainees in category (3) and not house them in the same housing units. Housing-placement decisions were being closely directed and overseen by the County Health Officer.

Additionally, ICE had requested that medical staff at Yuba County Jail administer rapid tests (Abbott tests) to any ICE detainee who had not previously tested positive and was identified by medical staff or class counsel as having symptoms consistent with COVID, as well as any ICE detainee who had been in close contact with someone who tests positive for COVID.

According to the County, the County followed the testing guidelines set out by the CDC for the detainees. All detainees were tested on a 7-day cycle. This did not include any detainee that has tested positive within the past 90 days.

If a detainee tested positive, he or she would no longer be in the testing cycle for at least 90 days. Accordingly, positive and recovered class members are not included in the 7-day testing cycle. Currently, there are no class members that are at least 90 days out from first testing positive. The County was testing class members that remained negative. These individuals continued to be tested every 7 days. The protocols described above also applied to jail staff. If a staff member tested positive, he or she would no longer be included in the testing cycle for at least 90 days.

**(vii)    Plans for the testing of class members, County prisoners, and staff, and the implementation of those plans**.

Please see (vi) above.

*    *    *    *

The Court ordered that the preliminary injunction regarding YCJ will remain in effect "for the duration of the outbreak," ECF No. 951 at 1, which "will be considered over when there are no new positive tests among any staff or detainees for two consecutive weeks," ECF No. 922 at 1. There have been no new positive tests among any staff or detainees at YCJ since January 22, 2021, i.e., there have been no new positive tests for two consecutive weeks. Thus, Federal Defendants understand that the Court's preliminary injunction has, by its terms, expired.[1]

DATED:  February 8, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Neal Hong*
NEAL C. HONG
Assistant United States Attorney

---

[1] Federal Defendants note that, as they previously have advised Plaintiffs and the Court, *see, e.g.*, ECF No. 995 at 2 n.1, one County inmate was brought to YCJ from another facility with a positive COVID 19 test result. This individual tested positive on January 24, 2021, before being brought to YCJ. This individual has not been housed with anyone else inside YCJ. On January 26, 2021, this individual was retested at YCJ to confirm her positive status. As this was not a new positive test or a new, previously undetected case of COVID 19, Federal Defendants understand that this test does not extend the effective period of the preliminary injunction. Nonetheless, in an abundance of caution, Federal Defendants file this daily status report today regarding ICE detainees and will file another status report tomorrow (i.e., through two weeks following this individual's test reconfirmation on January 26).

## Yuba County Jail - ICE Detainee Housing

| A-Number Last 3 | Last Name | First Name | Dorm |
|---|---|---|---|
| 011 | ERAZO HERRERA | JUAN | C |
| 118 | QUINTANILLA | JOSE | E |
| 762 | VASQUEZ-RODRIGUEZ | JONNY | C |
| 809 | CASTRO RAMOS | LUIS ERASMO | C |
| 474 | GARCIA GONZALEZ | JUVENAL | C |
| 398 | MONTOYA-ECHEVERRIA | JUAN | C |
| 329 | OXLAJ SIGUANTAY | MAYNOR | C |
| 925 | SANCHEZ-LAGUNAS | LIONEL | C |
| 120 | VASQUEZ-CRUZ | RICARDO | C |
| 513 | VAZQUEZ | JAVIER | C |
| 900 | VILLAGRES-FUENTE | MARVIN | C |
| 859 | APAZA | BRYAN | C |
| 162 | ROBLES | RUPERTO | A |