DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      Facsimile: (415) 436-6748
      wendy.garbers@usdoj.gov
      adrienne.zack@usdoj.gov
      shiwon.choe@usdoj.gov
      neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES AND SETTING BRIEFING SCHEDULE FOR MOTIONS FOR CLASS CERTIFICATION AND SUMMARY JUDGMENT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

**STIPULATION**

The parties stipulate to the case management deadlines and briefing schedule set forth in the proposed order below.

DATED: February 12, 2021                    Respectfully submitted,

                                            AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF NORTHERN CALIFORNIA

                                            *s/William S. Freeman**
                                            WILLIAM S. FREEMAN

                                            Attorneys for Plaintiffs


                                            DAVID L. ANDERSON
                                            United States Attorney

                                            *s/Shiwon Choe*
                                            SHIWON CHOE
                                            Assistant United States Attorney

                                            Attorneys for Federal Defendants


                                            HINSHAW & CULBERTSON LLP

                                            *s/David S. Weinstein**
                                            DAVID S. WEINSTEIN

                                            Attorneys for GEO Defendants


\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

STIP. AND [PROPOSED] ORDER CONTINUING CASE MGMT. DEADLINES AND SETTING BRIEFING SCHEDULE
No. 3:20-cv-02731-VC                    1

## [PROPOSED] ORDER

Upon review of Plaintiffs' motion (ECF No. 975) and the Parties' stipulation, the Court finds good cause to modify the pre-trial case management schedule. The Court vacates the prior case management schedule and sets the following schedule:

| | |
|---|---|
| Last day to serve written fact discovery | February 15, 2021 |
| Close of fact discovery | April 30, 2021 |
| Close of expert discovery | June 15, 2021 |
| Plaintiffs' class certification and summary judgment motions due | June 30, 2021 |
| Defendants' class certification and summary judgment oppositions and cross-summary judgment motions due | July 28, 2021 |
| Plaintiffs' class certification and summary judgment replies and cross-summary judgment oppositions due | August 25, 2021 |
| Defendants' cross-summary judgment replies due | September 15, 2021 |

Pursuant to the Court's prior order, the hearing on the motions is scheduled for September 29, 2021 at 10 a.m.

IT IS SO ORDERED.


DATED: February ___, 2021


_____
HON. VINCE CHHABRIA
United States District Judge