UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | ) | CASE NO. 3:20-cv-02731-VC |
| | ) | |
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING FEDERAL** |
| | ) | **DEFENDANTS' MOTION TO TERMINATE** |
| v. | ) | **BAIL ORDER: ASIF MASOOM QAZI** |
| | ) | |
| DAVID JENNINGS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, after full consideration of the points, authorities, and arguments of the parties,

IT IS HEREBY ORDERED that Federal Defendant's Motion to Terminate Bail Order: Asif Masoom Qazi be GRANTED.  ICE may detain Mr. Qazi upon his release from criminal custody.

SO ORDERED.

DATED this _____ day of _____, 20___.

_____
VINCE CHHABRIA
United States Distrct Judge

[PROPOSED] ORDER GRANTING FED. DEFS.'MOT. TO TERMINATE BAIL, QAZI
No. 3:20-cv-02731-VC