UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR FURTHER RELIEF** <br><br> Re: Dkt. No. 1016 |

With one small exception, the plaintiffs' request for further relief is denied. Denial is without prejudice to seeking information through the normal discovery process, filing joint letters relating to discovery disputes pursuant to paragraph 22 of the Court's Civil Standing Order, or seeking a further preliminary injunction relating to Yuba County Jail (including one that orders the defendants to cease housing detainees at Yuba).

The one exception is that the Federal Defendants are ordered to provide to the plaintiffs by 5 p.m. on Friday, February 19 testing information of a similar detail and quality to the testing information that defendants have filed with respect to Mesa Verde (tracking all tests, the dates of those tests, the dates the results of those tests were returned, and the results of those tests), including the housing location on the date the test was administered, for each class member at Yuba, going back to December 11, 2020.

The parties are ordered to meet and confer within 14 days about the effect of the Pekoske memo on this case.

**IT IS SO ORDERED.**

Dated: February 12, 2021

_____

VINCE CHHABRIA  
United States District Judge

2