UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No.  20-cv-02731-VC |
| Plaintiffs, | |
| v. | **ORDER SHORTENING TIME TO RESPOND TO MOTION TO TERMINATE BAIL** |
| DAVID JENNINGS, et al., | Re: Dkt. No. 1036 |
| Defendants. | |

The briefing schedule for the defendants' motion to terminate bail at Dkt. No. 1036 is shortened in the following way: the plaintiffs' response to the motion is due by Tuesday, February 16. Any reply is due by Thursday, February 18.

**IT IS SO ORDERED.**

Dated: February 12, 2021

_____

VINCE CHHABRIA
United States District Judge