DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES AND SETTING BRIEFING SCHEDULE FOR MOTIONS FOR CLASS CERTIFICATION AND SUMMARY JUDGMENT** |

## STIPULATION

The parties stipulate to the case management deadlines and briefing schedule set forth in the proposed order below.

DATED: February 12, 2021              Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*s/William S. Freeman*\*
WILLIAM S. FREEMAN

Attorneys for Plaintiffs


DAVID L. ANDERSON
United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Federal Defendants


HINSHAW & CULBERTSON LLP

*s/David S. Weinstein*\*
DAVID S. WEINSTEIN

Attorneys for GEO Defendants


\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

[~~PROPOSED~~] ORDER

Upon review of Plaintiffs' motion (ECF No. 975) and the Parties' stipulation, the Court finds good cause to modify the pre-trial case management schedule. The Court vacates the prior case management schedule and sets the following schedule:

| | |
|---|---|
| Last day to serve written fact discovery | February 15, 2021 |
| Close of fact discovery | April 30, 2021 |
| Close of expert discovery | June 15, 2021 |
| Plaintiffs' class certification and summary judgment motions due | June 30, 2021 |
| Defendants' class certification and summary judgment oppositions and cross-summary judgment motions due | July 28, 2021 |
| Plaintiffs' class certification and summary judgment replies and cross-summary judgment oppositions due | August 25, 2021 |
| Defendants' cross-summary judgment replies due | September 15, 2021 |

Pursuant to the Court's prior order, the hearing on the motions is scheduled for September 29, 2021 at 10 a.m.

IT IS SO ORDERED.

DATED: February __16__, 2021



APPROVED

Judge Vince Chhabria