UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **BAIL ORDER NO. 63** <br><br> Re: Dkt. Nos. 1014-1, 1031 |

In light of the notice given at Dkt. No. 1031, the bail application from Nestor Chavez Cos is denied as moot.

**IT IS SO ORDERED.**

Dated: February 16, 2021

_____
VINCE CHHABRIA
United States District Judge