UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER GRANTING MOTION TO TERMINATE BAIL**<br><br>Re: Dkt. No. 1036 |

Asif Masoom Qazi's bail is terminated for violating the conditions of release.

**IT IS SO ORDERED.**

Dated: February 17, 2021

VINCE CHHABRIA
United States District Judge