UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No.  20-cv-02731-VC |
| Plaintiffs, | **ORDER DENYING MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION TO TRANSFER** |
| v. | |
| DAVID JENNINGS, et al., | Re: Dkt. No. 979 |
| Defendants. | |

The motion to dismiss is denied. The GEO defendants clearly qualify as state actors for purposes of the plaintiffs' constitutional claim for the reasons set forth in *Pollard v. The GEO Group, Inc.*, 629 F.3d 843, 854-58 (9th Cir. 2010), *reversed on other grounds by Minneci v. Pollard*, 565 U.S. 118 (2012), as well as in Judge Motz's concurrence in *Holly v. Scott*, 434 F.3d 287, 297-302 (4th Cir. 2006) (Motz, J., concurring).

The motion to strike is denied as unnecessary. It is understood that to the extent the plaintiffs are seeking habeas relief, they will not be able to obtain it by way of a judgment against the GEO defendants. *See Saravia v. Sessions*, 280 F. Supp. 3d 1168, 1183-1187 (N.D. Cal. 2017). There is no need to strike anything from the complaint.

The motion to transfer is denied as frivolous. A transfer at this late stage of the case would obviously be inconvenient for everyone involved. (Everyone, that is, except the undersigned judge and his law clerk.)

**IT IS SO ORDERED.**

Dated: February 23, 2021

VINCE CHHABRIA
United States District Judge