UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No. 20-cv-02731-VC |
| Plaintiffs, | |
| v. | **BAIL ORDER NO. 64** |
| DAVID JENNINGS, et al., | Re: Dkt. No. 1057 |
| Defendants. | |

The bail application from Jose Garcia Montes de Oca is denied.

**IT IS SO ORDERED.**

Dated: March 12, 2021

_____
VINCE CHHABRIA
United States District Judge