UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendants. | Case No. 20-cv-02731-VC <br><br> **ORDER DENYING PLAINTIFFS' REQUEST FOR FURTHER RELIEF** <br><br> Re: Dkt. No. 1063 |

The plaintiffs' request for an order relating to the Johnson and Pekoske memos is denied.

**IT IS SO ORDERED.**

Dated: March 16, 2021

VINCE CHHABRIA
United States District Judge