STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **DEFENDANTS' STATUS UPDATE REGARDING COVID VACCINATIONS OF DETAINEES AT MESA VERDE DETENTION FACILITY AND YUBA COUNTY JAIL** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

Federal Defendants and GEO Defendants provide the following status update regarding COVID vaccinations of ICE detainees at the Mesa Verde Detention Facility (Mesa Verde). Federal Defendants additionally provide the following status update regarding COVID vaccinations of ICE detainees at the Yuba County Jail (YCJ).

**1.    Mesa Verde**

This week, Kern County made available the Janssen (Johnson & Johnson) COVID vaccine to Mesa Verde to vaccinate detainees. Today, Mesa Verde offered vaccinations to 34 of the 36 detainees at Mesa Verde.[1] 20 detainees have accepted and been vaccinated, and 14 detainees have refused vaccination.

In advance of the vaccines being made available this week, Mesa Verde held a town hall meeting for all detainees last Friday, March 12, where it informed the detainees that they would be offered the opportunity to receive the vaccine. The detainees were also provided fact sheets in seven languages regarding the vaccine. Counsel for GEO Defendants also reached out to class counsel last Friday to inform them that Mesa Verde expected to receive vaccines this week, to send class counsel a copy of the fact sheets, and to ask class counsel if they wanted to provide an additional message to the detainees regarding vaccination. (Class counsel did not respond prior to the vaccines being offered today.) After the vaccines were offered, counsel for GEO Defendants reached out to class counsel to inform them of and identify the 14 detainees who had refused vaccinations. Counsel for GEO Defendants informed class counsel that Mesa Verde medical staff had informed the refusing detainees that they could submit sick call requests if they changed their minds about vaccination. Counsel for GEO Defendants additionally encouraged class counsel to call Mesa Verde and ask to speak with the detainees if class counsel desired to discuss the vaccination process with them. Mesa Verde is willing to vaccinate any detainee who previously refused a vaccine, as long as vaccine supplies remain available.[2]

---

[1] Two detainees have previously tested positive for COVID and are not eligible for vaccination until 90 days after their respective positive tests.

[2] Mesa Verde has three unopened vials of vaccine left. Each vial contains five doses, but once a vial is opened, it can be stored for only two hours at room temperature or six hours at refrigeration temperature, after which it must be discarded.

2. **YCJ**

This week, Yuba County made available the Janssen (Johnson & Johnson) COVID vaccine to YCJ to vaccinate detainees (both ICE detainees and County inmates). The County has informed Federal Defendants that it is currently in the process of registering detainees who want the vaccine and will begin vaccinating detainees once this process is complete and County Public Health approves administration of the vaccine. The County has informed Federal Defendants that it expects that this will occur within the next few days.

In advance of the vaccines being made available this week, YCJ informed the ICE detainees at YCJ last week that they would be offered the opportunity to receive the vaccine. Counsel for Federal Defendants also reached out to class counsel last Thursday, March 11, to inform them that YCJ expected to receive vaccines this week. All of the 12 ICE detainees at YCJ have expressed agreement to receive the vaccine.

DATED: March 16, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*s/Shiwon Choe*
SHIWON CHOE
Assistant United States Attorney

Attorneys for Federal Defendants

HINSHAW & CULBERTSON LLP

*s/David S. Weinstein*\*
DAVID S. WEINSTEIN

Attorneys for GEO Defendants

\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.