UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUNEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>      Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>      Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**ORDER GRANTING DEFENDANTS THE GEO GROUP, INC. AND ALLEN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS D AND E TO THE DECLARATION OF NATHAN ALLEN IN SUPPORT OF NOTICE OF PLAINTIFFS' NON-COMPLIANCE WITH CDC RECOMMENDED GUIDELINES**<br><br>[~~*PROPOSED*~~] |

Having considered Respondents-Defendants The Geo Group, Inc. and Nathan Allen's administrative motion to file under seal Exhibits D and E to the Declaration of Nathan Allen in support of Defendants' Notice of Non-compliance

with CDC recommended guidelines, pursuant to pursuant to Local Rule 79-5, and good cause having been shown,

IT IS HEREBY ORDERED THAT Defendants' administrative motion to file under seal is GRANTED to file under seal Exhibits D and E to the Declaration of Nathan Allen in support of Notice of Plaintiffs' Non-Compliance with CDC Recommended Guidelines.

IT IS SO ORDERED:

Dated: March 18, 2021, ~~2020~~

Honorab~~le~~
United S~~tates~~



BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4831-5048-6465 v1

- 2 -

3:20-CV-02731-VC
ORDER TO FILE UNDER SEAL

1  Respectfully Submitted,

2  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA  90071-2953
   Tel: 213.236.0600 Fax: 213.236.2700
5
   Attorneys for Respondents-Defendants
6  THE GEO GROUP, INC. and NATHAN ALLEN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28