WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY AND OTHER CASE MANAGEMENT DEADLINES DURING MEDIATION** |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

On February 18, 2021, after oral argument regarding Federal Defendants' appeal of the Court's first temporary restraining order, first preliminary injunction, and multiple bail orders, the Court of Appeals for the Ninth Circuit referred the appeals to the Circuit Mediator's Office. *See* ECF No. 1044. On February 25, 2021, the parties also agreed to refer the appeals of the Court's second preliminary injunction to the Circuit Mediator's Office. *See Zepeda Rivas v. Jennings*, Nos. 21-15195, 21-15197, Dkt. No. 14 (9th Cir.). An initial mediation assessment with a Circuit Mediator was held on March 2, 2021, and the parties have agreed to explore whether this case might be resolved through mediation.

The parties have conferred and believe a stay of discovery and postponement of other future case management deadlines, including the motions for summary judgment and class certification, while mediation is ongoing is desirable. The parties also agree to stay third party subpoena responses and service of any further subpoenas. Such a stay will conserve the resources of the parties, third parties, and the Court in the event that the case is able to be resolved through mediation. If the matter is not able to be resolved, the parties anticipate seeking to extend the case management deadlines commensurate with the period of the mediation, including new deadlines for seeking any third-party discovery. The parties agree that they will notify the Court within three business days of any dissolution of the mediation process so that a status conference may be set to lift the discovery stay and reschedule the case management deadlines. In the event the stay is lifted, Federal Defendants will expeditiously meet outstanding discovery obligations, including the production of documents.

DATED: March 17, 2021

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*/s/ William S. Freeman*
WILLIAM S. FREEMAN

Attorneys for Plaintiffs

STEPHANIE M. HINDS
Acting United States Attorney

/s/ *Adrienne Zack*\*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants


HINSHAW & CULBERTSON LLP

/s/ *David S. Weinstein*\*
DAVID S. WEINSTEIN

Attorneys for GEO Defendants


\* In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

## [PROPOSED] ORDER

Upon review of the Parties' stipulation, the Court finds good cause to stay discovery in this matter and postpone the pre-trial case management deadlines, including the motions for summary judgement and class certification, during mediation. The Court hereby stays discovery and vacates the future deadlines and hearings contained in the case management schedule adopted on February 16, 2021, ECF No. 1039. The parties are ordered to notify the Court within three business days of any dissolution of the mediation process.

IT IS SO ORDERED.

DATED: March 18, 2021

