Susan E. Coleman (SBN CA 171832)
scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:   213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Telephone: (305) 428-5038
Facsimile:  (305) 577-1063

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS | Case No. 3:20-cv-02731-VC<br><br>(Honorable Vince Chhabria)<br><br>**DECLARATION OF SEAN O. HENDERSON, M.D., IN SUPPORT OF MOTION TO MODIFY PRELIMINARY INJUNCTION POPULATION CAP FOR DORMS HOUSING FULLY VACCINATED DETAINEES** |

1

ENFORCEMENT; GEO GROUP, INC.;
NATHAN ALLEN, Warden of Mesa Verde
Detention Facility,

Respondents-Defendants.

I, SEAN O. HENDERSON, M.D., declare as follows:

1. I am the Chief Medical Officer/Medical Director of the Correctional Health Services, a division of the Los Angeles Department of Health Services. I oversee all of the health care provided in the Los Angeles County Jail, from dentistry and podiatry to primary care and infection control. I began working for the Los Angeles Department of Health Services in 2016. I attended medical school at the University of Southern California, Los Angeles School of Medicine, graduating in 1989. I served in an internship at the LAC+USC Medical Center, Department of Emergency Medicine, from June 1989 through July 1990. I did my residency at the same facility from July 1990 through June 1993. I am a licensed physician in the State of California. I have personal knowledge of the statements herein, and if called upon to do so, I could and would testify competently thereto.

2. As of today, I am informed and believe that Mesa Verde has a total of 35 detainees: A dorm has 7 detainees, B dorm has no detainees, C dorm has 14 detainees, and D dorm has 13 detainees. One (1) detainee is housed in a medical isolation room for mental health reasons.

3. Of those 35 detainees, I am informed and believe that there are 20 detainees who received the one-dose Janssen (Johnson & Johnson) vaccine on or about March 16, 2021, and another 5 detainees who received the Janssen vaccine on March 24, 2021. Two weeks after vaccination, they will be considered fully vaccinated.

4. It is my understanding that this Court's December 3, 2020 Order limits the population of each dorm at Mesa Verde to a maximum of 26 detainees, except that this limit does not apply to the dorm reserved for positive cases. (Doc. #867 at

20, 24.) I am informed and believe that there are no detainees currently at Mesa Verde known to have Covid-19; testing is conducted weekly using PCR tests and the tests have repeatedly returned negative for all detainees since February 25, 2021.

5. The Centers for Disease Control website has not updated its recommendations pertaining to congregate settings (including correctional/detention facilities) to address the housing and other treatment of vaccinated persons. However, in the Question and Answer portion, it emphasizes the importance of continuing to practice prevention strategies by noting that wearing of masks, social distancing, and proper hygiene techniques should continue to occur in correctional settings, as well as their surrounding communities, until more is learned.[1]

6. While Covid-19 vaccines are not a guarantee against infection, they have tested to be more than 95% protective against serious illness such as hospitalization and death in clinical trials.

7. In the main portion of the CDC website related to Covid-19, the CDC advises that fully vaccinated persons (two weeks post-vaccine) can normally interact indoors with other fully vaccinated persons without wearing masks or distancing.[2] Given the vaccine's prevention of serious illness, and the CDC guidelines permitting normal interaction among fully vaccinated individuals, it is my medical opinion that removing any population cap for dorm(s) housing fully vaccinated individuals would be reasonable and are not inconsistent with the CDC's updated recommendations. This would hold true provided that all staff members who interact with the vaccinated detainees are either fully vaccinated or wearing masks, social distancing, and maintaining proper hygiene techniques.

8. Additionally, once detainees are fully vaccinated, they should no longer be required to be given Covid-19 tests weekly. In accordance with updated CDC recommendations, fully vaccinated persons should not be tested unless they have

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/vaccine-faqs.html

[2] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html

been exposed to someone known to be Covid-positive <u>and</u> they have symptoms of infection. This same testing protocol should apply to staff at Mesa Verde, if they provide proof of vaccination.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except those statements made upon information and belief, which I believe to be true.

Executed on March 25, 2021, at Los Angeles, California.

SEAN O. HENDERSON, M.D.