Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel: 213-680-2800; Fax: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: 305-577-1063

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> **DECLARATION OF MICHAEL KNIGHT IN SUPPORT OF MOTION TO MODIFY PRELIMINARY INJUNCTION POPULATION CAP FOR DORMS HOUSING FULLY VACCINATED DETAINEES** <br><br> Judge:   Hon. Vince Chhabria |

I, MICHAEL KNIGHT, declare as follows:

1. Since September 21, 2020, I have been the Chief of Security of the Mesa Verde

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

- 1 -

KNIGHT DECL.
3:20-CV-02731-VC
1034174\307813234.v1

1. Detention Facility in Bakersfield. I have worked for GEO for 11 years. I am currently the Acting Facility Administrator while Nathan Allen, the Facility Administrator, is on leave. I have personal knowledge of the statements herein, except those expressed upon information and belief, and if called upon to do so, I could and would testify competently thereto.

2. This is a non-exhaustive list of the efforts GEO has undertaken in response to COVID-19. All Detainees are provided with a medical face mask. On Monday, Wednesdays and Fridays, a mask exchange takes place and detainees will receive a new face mask in exchange for the face mask that they have been given. In between those days, or if their mask is damaged, the detainees are told to go to an officer and request a new mask.

3. Social distancing stickers have been affixed on the floors in the television viewing areas, the medication line, within the dormitories, between toilets, sinks, showers, telephones and the legal library kiosks. Social distancing stickers have also been affixed on the floors at the dining hall entry way and in the chow line. Seating in the dining hall is limited to one detainee per table.

4. High-touch common areas are sanitized once every hour.

5. Portable bipolar ionization systems have been placed and are being used in the front of each housing unit.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on March 26, 2021, at Bakersfield, California.

*/s/ Michael Knight*

MICHAEL KNIGHT

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

- 2 -

KNIGHT DECL.
3:20-CV-02731-VC
1034174\307813234.v1