Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:  213-680-2800
Facsimile:  213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Telephone: (305) 428-5038
Facsimile:  (305) 577-1063

Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS | Case No. 3:20-cv-02731-VC <br><br> (Honorable Vince Chhabria) <br><br> STIPULATION BY PARTIES REGARDING THE BRIEFING SCHEDULE AND HEARING ON GEO DEFENDANTS' MOTION TO MODIFY DECEMBER 3, 2020 PRELIMINARY INJUNCTION ORDER [DKT. 867] |

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1034174\307895133.v1

ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,

Respondents-Defendants.

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1034174\307895133.v1

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES BELOW AND THEIR ATTORNEYS OF RECORD HEREIN:

1. On March 27, 2021 Defendants GEO Group, Inc. and Nathan Allen, Warden of Mesa Verde Detention Facility (collectively "GEO Defendants") filed a Motion to Modify the December 3, 2020 Preliminary Injunction Order ("GEO Defendants' Motion"). [DKT. 867.] The current briefing schedule requires Plaintiffs to file opposition papers by April 12, 2021; the GEO Defendants are required to file reply papers by April 19, 2021; and, a hearing on the GEO Defendants' Motion is scheduled to be held on May 6, 2021. [Docket No. 1082.]

2. Pursuant to a referral from a Ninth Circuit Court of Appeals panel hearing argument on February 9, 2021 on the consolidated appeals in Case Nos. 20-16276 and 20-16690, and Case Nos. 21-15195 and 21-15197, Angel Zepeda Rivas, et al v. David Jennings, et al and GEO Group Inc. et al, all parties to those consolidated appeals have been referred to the Circuit Mediator's office and are scheduled to attend a mediation on April 20, 2021. Some of the issues raised in the GEO Defendants' Motion will be addressed during the mediation. As a result, the GEO Defendants and Plaintiffs have agreed to request that the Court alter the existing briefing schedule and hearing date on the GEO Defendants' Motion.

3. Plaintiffs and the GEO Defendants request the Court to enter an Order providing that, in the event the mediation effort is determined to be unsuccessful, Plaintiffs' response to the GEO Defendants' Motion will be due 14 days after that determination (the mediation will be deemed unsuccessful if counsel for all defendants, or plaintiffs' counsel, state that the mediation has reached an impasse); the GEO Defendants' reply brief will be due 7 days after the filing of Plaintiffs' opposition papers; and, the hearing on the GEO Defendants' Motion will occur on

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1034174\307895133.v1

the first Thursday that is at least 14 days after the GEO Defendants' reply papers have been filed, or on the first date thereafter convenient to the Court's calendar.

DATED:  April 7, 2021                    HINSHAW & CULBERTSON LLP

By: */s/ David S. Weinstein*
Royal F. Oakes
Michael A.S. Newman
David S. Weinstein
Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

DATED:  April 7, 2021                    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and
NATHAN ALLEN

DATED:  April 7, 2021                    AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ William S. Freeman*
William S. Freeman
Sean Riordan
Angelica Salceda
Attorneys for Petitioners-Plaintiffs
ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG

2

1034174\307895133.v1