Royal F. Oakes (SBN CA 080480)
roakes@hinshawlaw.com
Michael A.S. Newman (SBN CA 205299)
mnewman@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel: 213-680-2800; Fax: 213-614-7399

David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: (305) 577-1063

Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>(Honorable Vince Chhabria)<br><br>[~~PROPOSED~~] ORDER REGARDING THE STIPULATION BY PARTIES REGARDING THE BRIEFING SCHEDULE AND HEARING ON GEO DEFENDANTS' MOTION TO MODIFY DECEMBER 3, 2020 PRELIMINARY INJUNCTION ORDER [DKT. 867] |

1

[~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE
Case No. 3:20-cv-02731-VC
1034174\307895141.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

**GOOD CAUSE APPEARING THEREFOR, THE COURT ORDERS AS FOLLOWS**:

In light of the request by Plaintiffs ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG ("Plaintiffs") and Defendants The GEO Group, Inc. and Nathan Allen (collectively, "GEO Defendants") for an order resetting the briefing schedule and hearing on GEO Defendants' Motion to Modify the December 3, 2020 Preliminary Injunction Order [Dkt. 867], the Court orders as follows:

In the event the mediation effort currently undertaken by parties to the above-entitled matter is determined to be unsuccessful, Plaintiffs' response to the GEO Defendants' Motion to Modify the December 3, 2020 Preliminary Injunction Order ("Motion"), which Motion is currently set for hearing on May 2, 2021, will be due 14 days after the date the mediation effort is determined to be unsuccessful (the mediation will be deemed unsuccessful if counsel for all defendants, or Plaintiffs' counsel, state that the mediation has reached an impasse); the GEO Defendants' reply papers will be due seven days after the filing of Plaintiffs' opposition papers; and, the hearing on the Motion will occur on the first Thursday that is at least 14 days after the GEO Defendants' reply papers have been filed, or on another date thereafter convenient to the Court's calendar.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

DATED: April 9, 2021   _____



Honorable Vince Chhabria
United States District Judge
Northern District of California

2
[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
Case No. 3:20-cv-02731-VC
1034174\307895141.v1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800