# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL**<br><br>Re: Dkt. No. 657 |

The motion to seal at Dkt. No. 657 is granted as to Exhibit H (Dkt. No. 657-11) and denied as to Plaintiffs' Objections to Defendants' Written Plan to Improve Medical Assistance for Covid-Positive Detainees at Mesa Verde (Dkt. No. 657-13). Within 7 days of this order, the plaintiffs are ordered to file an unredacted version of the Objections.

**IT IS SO ORDERED.**

Dated: April 20, 2021

_____

VINCE CHHABRIA
United States District Judge