UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No. 20-cv-02731-VC |
| Plaintiffs, | |
| v. | **BAIL ORDER NO. 65** |
| | Re: Dkt. Nos. 1066-1 |
| DAVID JENNINGS, et al., | |
| Defendants. | |

The bail application from Javier Briseño Vazquez is denied without prejudice given that all ICE detainees at Yuba County Jail were offered COVID vaccines. *See* Dkt. No. 1080.

**IT IS SO ORDERED.**

Dated: April 20, 2021

VINCE CHHABRIA
United States District Judge