STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
|     Plaintiffs, | **FEDERAL DEFENDANTS' REPLY REGARDING MOTION TO TERMINATE BAIL ORDER: JUAN BRAVO ZAMBRANO (ECF NO. 1090)** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
|     Defendants. | |

Federal Defendants hereby submit this reply regarding their motion, ECF No. 1090, to terminate the bail order of Juan Bravo Zambrano, ECF No. 272. While Federal Defendants do not agree that their motion should be held in abeyance until the conclusion of all of Mr. Bravo Zambrano's criminal proceedings, *cf.* Pls.' Opp'n 4, ECF No. 1094, Federal Defendants agree to hold their motion in abeyance until it appears that Mr. Bravo Zambrano may be released from state or federal criminal custody.

As noted by Plaintiffs, since Federal Defendants filed their motion, Mr. Bravo Zambrano has been transferred to state custody for a state criminal proceeding. Further, in granting the Joint Motion to Release Defendant to State Custody, the U.S. District Court for the Eastern District of Washington ordered that if Mr. Bravo Zambrano is released from state custody, defense counsel (or the U.S. Probation Office) is to promptly file a notice advising that court of the disposition of the state court matter and the need to renew the federal detainer and/or reset a supervised release hearing. *United States v. Bravo Zambrano*, No. 4:15-cr-6049-EFS-19, ECF No. 1451 (E.D. Wash. May 4, 2021), attached hereto as Exhibit A. Because Mr. Bravo Zambrano remains in custody, Federal Defendants agree to hold the motion to terminate bail in abeyance until it appears that Mr. Bravo Zambrano may be released from criminal custody, either federal or state.

DATED: May 14, 2021                              Respectfully submitted,

                                                 STEPHANIE M. HINDS
                                                 Acting United States Attorney

                                                 *s/Shiwon Choe*
                                                 SHIWON CHOE
                                                 Assistant United States Attorney

                                                 Attorneys for Federal Defendants