STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

WENDY M. GARBERS (CABN 213208)
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-6748
    wendy.garbers@usdoj.gov
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov
    neal.hong@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **DECLARATION OF SHIWON CHOE IN SUPPORT OF FEDERAL DEFENDANTS' REPLY REGARDING MOTION TO TERMINATE BAIL ORDER: JUAN BRAVO ZAMBRANO (ECF NO. 1090)** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

I, Shiwon Choe, declare as follows:

1.  I am an Assistant United States Attorney and counsel for Federal Defendants. The facts set forth in this declaration are within my personal knowledge.

2.  Attached as Exhibit 1 is a true and correct copy of an order issued in *United States v. Bravo Zambrano*, No. 4:15-cr-6049-EFS-19, ECF No. 1451 (E.D. Wash. May 4, 2021).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of May 2021.

*s/Shiwon Choe*
SHIWON CHOE