# EXHIBIT 1

Case 4:15-cr-06049-EFS ECF No. 1451 filed 05/04/21 PageID.9119 Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>　　　　　Defendant. | No.　4:15-CR-6049-EFS-19<br><br>**ORDER GRANTING THE JOINT MOTION TO RELEASE DEFENDANT TO STATE CUSTODY**<br><br>**U.S. Marshal's Action Required** |

The parties jointly ask the Court to remove the federal detainer at this time.[1] Defendant has a pending state court matter. The state court matter serves as the basis for the alleged supervised release violations in this federal matter. The parties and the U.S. Probation Officer agree that its best to reset the June 2021 supervised release hearing until after the state court matter is resolved. The Court agrees with the suggested approach.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Joint Motion to Release Defendant to State Custody, **ECF No. 1450**, is **GRANTED**.

---

[1] ECF No. 1450.

ORDER - 1

2. Defendant's **federal detainer is removed**. Defendant is released to state custody to resolve his pending criminal state court matter.

3. The **Tuesday, June 15, 2021 supervised release hearing is STICKEN**, to be reset after Defendant's state court case is resolved.

4. Upon resolution of the state court matter, or if Defendant is released from state custody, defense counsel (or the U.S. Probation Office) is to promptly file a notice advising the Court of the disposition of the state court matter and the need to renew the federal detainer and/or reset the supervised release hearing.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 4th day of May 2021.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2