UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER GRANTING MOTION TO TERMINATE BAIL**<br><br>Re: Dkt. No. 1090 |

The government's motion to terminate bail is granted. This is without prejudice to class counsel filing a renewed bail request should Bravo return to ICE custody before this case is terminated.

**IT IS SO ORDERED.**

Dated: May 17, 2021

VINCE CHHABRIA
United States District Judge