David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@hinshawlaw.com
JONES WALKER, LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5038; Fax: 305-577-1063

Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>(Honorable Vince Chhabria)<br><br>**NOTICE BY DEFENDANTS THE GEO GROUP, INC. AND NATHAN ALLEN REGARDING THE PREVIOUSLY FILED MOTION [DKT. 1082] TO MODIFY DECEMBER 3, 2020 PRELIMINARY INJUNCTION ORDER [DKT. 867]**<br><br>Date: July 8, 2021<br>Time: 2:00 p.m.<br>Courtroom: 4<br><br>Complaint Filed:  April 20, 2020 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on July 8, 2021, at 2:00 p.m., in Courtroom 4 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants The GEO Group, Inc. ("GEO") and Nathan Allen ("Allen") (collectively, "GEO Defendants") will and hereby

{M1820737.1}i
MOTION TO MODIFY PRELIMINARY INJUNCTION
Case No. 3:20-cv-02731-VC

JONES WALKER LLP
201 S> Biscayne Blvd, Ste. 2600
Miami, FL 33131

do move this Court for an order modifying the December 3, 2020 ORDER GRANTING MOTION FOR SECOND PRELIMINARY INJUNCTION [Dkt. 867] to remove a population cap for any dorm that contains only detainees who are fully vaccinated (14 days after they have been fully vaccinated against COVID-19), and to permit a total population not to exceed 300 detainees.

The motion is made pursuant the inherent power of the trial court to modify preliminary injunction orders based on consideration of new facts (*A&M Records v. Napster, Inc.*, 284 F.3d 1091, 1098 (9th Cir. 2002)), on the ground that an increasing number of the detainees at the Mesa Verde facility have received full COVID vaccination and these vaccines have tested to be highly effective.

This Motion is based upon this Notice, the concurrently-filed Memorandum of Points and Authorities, the Declaration of Sean Henderson, M.D and upon such other oral or documentary evidence and argument that this Court may deem relevant.

DATED: June 1, 2021                    JONES WALKER LLP

                                       By: */s/ David S. Weinstein*
                                       David S. Weinstein
                                       Attorneys for Respondents-Defendants
                                       THE GEO GROUP, INC. and NATHAN ALLEN

DATED: June 1, 2021                    BURKE, WILLIAMS & SORENSEN, LLP

                                       By: */s/ Susan E. Coleman*
                                       Susan E. Coleman
                                       Attorneys for Respondents-Defendants
                                       THE GEO GROUP, INC. and NATHAN ALLEN

{M1820737.1} ii
MOTION TO MODIFY PRELIMINARY INJUNCTION
Case No. 3:20-cv-02731-VC

JONES WALKER LLP
201 S> Biscayne Blvd, Ste. 2600
Miami, FL 33131

## MEMORANDUM OF POINTS AND AUTHORITIES
### I.      INTRODUCTION AND UPDATED FACTS

The Defendants The GEO Group, Inc. ("GEO") and Nathan Allen ("Allen") (collectively, "GEO Defendants") rely upon their previously filed Motion [DKT. 1082] to Modify December 3, 2020 Preliminary Injunction Order [DKT. 867].

Pursuant to the Order regarding the stipulation by the parties regarding the briefing schedule for the aforesaid motion, entered by the court on April 9, 2021 [Dkt. 1085], the briefing schedule and hearing date on the motion has been stayed until the mediation effort has been determined to be unsuccessful.

The GEO defendants have determined that the mediation effort has been unsuccessful.

The current ERO COVID-19 Pandemic Response Requirements (Version 6.0, March 16, 2021), which states that, "Efforts should be made to reduce the population to approximately 75 percent of capacity,"[1] is still the most current version in place.

As of the date of the filing of this notice, there are 31 detainees currently still remaining at Mesa Verde Detention Center.  24 detainees have been vaccinated with the Johnson & Johnson vaccine and 7 have refused vaccination.

According to the CDC, people are considered fully vaccinated 2 weeks after their second dose in a 2-dose series, such as the Pfizer or Moderna vaccines, or 2 weeks after a single-dose vaccine, such as Johnson & Johnson's Janssen vaccine.[2]  As of the date of the filing of this notice, the vaccinated detainees currently residing at Mesa Verde are fully vaccinated.

Based on this new reality, GEO Defendants therefore renews their request for an order that would modify the December 3, 2020 Order to remove a population cap and per dorm limits for any dorm that contains **only** detainees who have received full COVID vaccinations (*i.e.*, the single dose of the Johnson & Johnson vaccine, or both doses of the Pfizer and/or Moderna vaccines), where at

---

[1] https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf

[2] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html#:~:text=Have%20You%20Been%20Fully%20Vaccinated,as%20Johnson%20%26%20Johnson's%20Janssen%20vaccine

{M1820737.1} 1

MOTION TO MODIFY PRELIMINARY INJUNCTION
Case No. 3:20-cv-02731-VC

JONES WALKER LLP
201 S> Biscayne Blvd, Ste. 2600
Miami, FL 33131

least fourteen days have passed since each such detainee has been fully vaccinated. This would include not merely the 24 individuals who have been vaccinated, but any currently non-vaccinated member of the detainee population who subsequently becomes vaccinated, or any fully vaccinated individual who subsequently joins the population of detainees in Mesa Verde. GEO Defendants are seeking a total population at Mesa Verde that does not exceed 300 detainees.

Further, the requirement for weekly testing should be eliminated for those persons fully vaccinated, unless exposed directly to a COVID-positive person and displaying symptoms of infection, in accordance with the new CDC guidelines.

If the Court grants the requested relief, the GEO defendants are proposing a capacity increase of up to 5 new vaccinated detainees per day for the first two weeks after the Order is entered, with a maximum of 25 new vaccinated detainees per week. There would be no new detainees permitted into the facility during the following week. During the subsequent three week period, this process would be repeated.

## II.   THE DECEMBER 3, 2020 ORDER SHOULD BE MODIFIED

"A district court has inherent authority to modify a preliminary injunction in consideration of new facts." *A&M Records v. Napster, Inc.*, 284 F.3d 1091, 1098 (9th Cir. 2002). "The source of the power to modify is of course the fact that an injunction often requires continuing supervision by the issuing court and always a continuing willingness to apply its powers and processes on behalf of the party who obtained that equitable relief." *System Federation No. 91 v. Wright,* 364 U.S. 642, 647-48 (1961). Here, the facts demonstrate conclusively that those who have been fully vaccinated can safely be housed together. This was not the reality on December 3, 2020, when the Court issued its Order, because vaccines were not widely available at that time. Now 24 members of the Mesa Verde population have been fully vaccinated, and there is simply no need to house them with the restrictions that were necessary to protect unvaccinated individuals. These individuals can safely be housed together without restrictions, and therefore the preliminary injunction should be modified accordingly.

JONES WALKER LLP
201 S> Biscayne Blvd, Ste. 2600
Miami, FL 33131

### III. CONCLUSION

For the foregoing reasons, as well as the reasons included in the original motion [DKT. 1082], the Court should modify the preliminary injunction to remove the population cap on dorms housing only vaccinated detainees and permit a total population not to exceed 300 detainees.

DATED: June 1, 2021   JONES WALKER LLP

By: */s/ David S. Weinstein*
David S. Weinstein
Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

DATED: June 1, 2021   BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

{M1820737.1} 3
MOTION TO MODIFY PRELIMINARY INJUNCTION
Case No. 3:20-cv-02731-VC

JONES WALKER LLP
201 S> Biscayne Blvd, Ste. 2600
Miami, FL 33131