WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO STRIKE GEO'S MOTION TO MODIFY PRELIMINARY INJUNCTION (ECF 1104)** |

Having considered Plaintiffs' Administrative Motion to Strike GEO's Motion to Modify Preliminary Injunction or Extend Time for Briefing or Hearing (Dkt. ___) [and the GEO Defendants' response thereto], the Court finds that GEO's renewed motion (Dkt. 1104) to modify the Court's December 3, 2020 Preliminary Injunction is not ripe for consideration in light of the Court's Order on the stipulation of the parties (Dkt. 1085) providing that Plaintiffs need not respond to GEO's original motion to modify the injunction until after such time as either counsel for Plaintiffs or counsel for all Defendants had declared that the Ninth Circuit mediation in this case was at an impasse. Neither Plaintiffs' counsel nor counsel for the Federal Defendants have declared an impasse, and GEO's unilateral declaration of impasse is not sufficient to negate the Stipulation and Order.

Accordingly, GEO's Renewed Motion to Modify Preliminary Injunction (Dkt. 1104) is hereby stricken, and Plaintiffs need not respond thereto.


IT IS SO ORDERED.


Dated: June __, 2021

_____
Honorable Vince Chhabria
United States District Judge, Northern
District of California

1
No. 3:20-cv-02731-VC
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO
STRIKE GEO'S MOTION TO MODIFY PRELIMINARY INJUNCTION