David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@joneswalker.com
JONES WALKER, LLP
201 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131
Tel: 305-679-5700; Fax: 305-679-5710

Susan E. Coleman (SBN CA 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | Case No. 3:20-cv-02731-VC <br><br> (Honorable Vince Chhabria) <br><br> **DEFENDANTS THE GEO GROUP, INC. AND NATHAN ALLEN'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO STRIKE (DKT 1106) GEO'S MOTION TO MODIFY PRELIMINARY INJUNCTION (DKT 1104) OR EXTEND TIME FOR BRIEFING AND HEARING** |

\

### I. INTRODUCTION

While Plaintiffs' characterize the pleading filed by The Defendants The GEO Group, Inc. ("GEO") and Nathan Allen ("Allen") (collectively, "GEO Defendants") as a "Renewed Motion," (DKT 1106 at p 3), the GEO Defendants' pleading (DKT. 1104) was a notice to the Court and to the plaintiffs that the factual basis for the original Motion (DKT. 1082), as well as developments, or lack thereof, in the mediation currently being conducted in the Ninth Circuit, had changed. As a result, the time was ripe for the Motion to Modify (DKT. 1082) to proceed to a hearing.

### II. FACTS

After receiving the June 2, 2021 email from plaintiffs' counsel, counsel for the GEO defendants provided a detailed response and rationale for not withdrawing their notice (DKT. 1104). This included that fact that the stipulation and order (DKT. 1085), addressed the briefing schedule applicable to the initial motion that was filed, not discovery issues, or the right(s) of any party to this action to file an appropriate motion or notice to address changed conditions and positions of the parties. The response also addressed the fact that the GEO Defendants had no outstanding discovery responses due and were not affected by the stay addressed in ECF 1078. Under the rules of procedure, the motion to modify will not be heard until July the 8th. That provides ample time for plaintiffs to prepare and file their response. A true and correct copy of this email is attached hereto as Exhibit A.

Of the issues included in the mediation, only one has a direct effect on the GEO Defendants. That issue is the mitigation measures that are, or will be, put in place at the Mesa Verde Detention Center. Those mitigation measures are impacted by CDC guidance, ICE/ERO Pandemic Response Requirements (PRR) and local and State Health guidance. The GEO Defendants have agreed to comply with all CDC guidance, ICE/ERO Pandemic Response Requirements (PRR) and local and State Health guidance. This compliance includes vaccination and testing procedures for all unvaccinated detainees and staff, as well as social distancing and masking requirements. There is nothing further to mediate on this issue.

The GEO Defendants have provided all relevant or discoverable materials related to the mitigation measures, including their updated infectious disease plans. The GEO Defendants have

1 no outstanding discovery obligations to the plaintiffs, therefore, there is no reason to delay the
2 plaintiffs' response to allow them to collect additional discovery.
3       In addition to the mitigation measures, both the federal defendants and the plaintiffs have
4 tied the success of the mediation to issues related to re-detention of released class members.  The
5 GEO Defendants have no input on the re-detention issue.  Based on the most recent communication
6 between the parties, the sides have still not reached an agreement on that issue.  Without an
7 agreement on that issue, there will be no meditated settlement.
8       The simple number of mediation sessions are not the barometer of the potential success or
9 failure of the mediation process.  Each party to the mediation is entitled to have their independent
10 opinion as to the success or failure of the mediation process.  After participating in three day long
11 mediation sessions, the GEO Defendants have a good faith basis to support their belief that as to the
12 issues applicable to the GEO Defendants, the mediation is at an impasse and therefore unsuccessful.
13       Finally, while the Federal Defendants have the ability to admit new class members for
14 detention at Mesa Verde, the mere fact that none have been admitted does not lessen the need to
15 conduct a hearing on the pending motion to Modify December 3, 2020 Preliminary Injunction Order
16 [DKT. 867] without further delay.

### III. CONCLUSION

For the foregoing reasons, the Court should deny the plaintiffs' request to strike the GEO Defendant's Notice (DKT 1104).

DATED: June 7, 2021                             JONES WALKER LLP

                                                By: */s/ David S. Weinstein*
                                                    David S. Weinstein
                                                    Attorneys for Respondents-Defendants
                                                    THE GEO GROUP, INC. and NATHAN ALLEN

DATED: June 7, 2021                             BURKE, WILLIAMS & SORENSEN, LLP

                                                By: */s/ Susan E. Coleman*
                                                    Susan E. Coleman
                                                    Attorneys for Respondents-Defendants
                                                    THE GEO GROUP, INC. and NATHAN ALLEN