WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**PLAINTIFFS' REPLY TO GEO'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO STRIKE (ECF 1106)** |

PLAINTIFFS' REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION TO STRIKE
GEO'S MOTION TO MODIFY PRELIMINARY INJUNCTION

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

PLAINTIFFS' REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION TO STRIKE
GEO'S MOTION TO MODIFY PRELIMINARY INJUNCTION

GEO Defendants' Opposition ("Opposition," ECF 1108) offers no persuasive reason to excuse its violation of the Court's order holding further litigation in abeyance pending the outcome of mediation. But the Court should also disregard or strike that Opposition because GEO violates the Ninth Circuit rule prohibiting the disclosure of mediation communications. "[T]o encourage efficient and frank settlement discussions," Circuit Rule 33-1(c) "establishes the following rules to achieve strict confidentiality of the mediation process" which "apply to any communication made at any time in the Ninth Circuit mediation process." Accordingly, "[a]ny written or oral communication made by … any party, attorney, or other participant in the settlement discussions," except for exceptions that do not apply here, "may not be used for any purpose except with the agreement of all parties and the Circuit Mediator[.]" In violation of this rule, GEO's Opposition discloses GEO's purported mediation position on "mitigation measures that are, or will be, put in place at the Mesa Verde Detention Center."[1] (Opposition at 2:19-24.) GEO goes on to again violate the Circuit's mediation confidentiality rules by purporting to explain what issues "the federal defendants and the plaintiffs [have] tied [to] the success of the mediation." (Opposition at 3:3-5.) GEO should not have disclosed these confidential mediation positions in an attempt to obtain an advantage before this Court.[2] The Court should grant Plaintiffs' motion to strike GEO's renewed motion to modify the preliminary injunction.

Respectfully submitted,

DATED: June 7, 2021

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*/s/ Sean Riordan*
Counsel for Plaintiffs

---

[1] Plaintiffs contest the accuracy of GEO Defendants' explanation of their mediation position.
[2] The Court may strike GEO's Opposition for disclosing confidential mediation information. *See Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404-05 (9th Cir. 2010) (district court has "power to strike" confidential settlement document "as a sanction for litigation conduct").