FILED

UNITED STATES COURT OF APPEALS

JUN 7 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., | Nos.  20-16276<br> 20-16690 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-02731-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| DAVID JENNINGS, Acting Field Officer Director; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| GEO GROUP, INC.; NATHAN ALLEN, Warden, | |
| Defendants. | |

Before:  BERZON, CHRISTEN, and BADE, Circuit Judges.

Oral argument was held in these consolidated appeals on February 8, 2021. After argument, the parties notified the court that they were amenable to exploring the submission of their dispute to the Circuit Mediation Program, and we referred the appeals for mediation on February 18, 2021.  The parties have thus far participated in three video mediation sessions and are scheduled to conduct a fourth session on June 10, 2021.  Given the length of time these appeals have been

pending, the court will hold the matter in abeyance until June 30, 2021 to allow the parties an opportunity to reach an agreement in principle.  By that date, the Circuit Mediator shall provide a status report to the panel.  If the parties have not by June 30, 2021 reached an agreement in principle to resolve the case, the appeals will be submitted for decision.