WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE FOR PRAVINDAR SINGH** |

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE
FOR PRAVINDAR SINGH

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE
FOR PRAVINDAR SINGH

**JOINT STIPULATION**

WHEREAS, on May 25, 2020, in Bail Order No. 18, the Court granted Pravinder Singh's bail request, subject to the condition that he "stay at home at all times except to receive medical or mental health treatment," (Dkt. 250);

WHEREAS, On August 26, 2020, the Court amended the stay-at-home condition of Mr. Singh's bail, allowing him to leave home to "(1) receive medical care, mental health treatment, or dental care; (2) attend ICE check ins, (3) attend court hearings; (4) meet with his lawyers; or (5) go to government offices for the purpose of obtaining identification cards, benefits, or other services," (Dkt. 622);

WHEREAS, Mr. Singh would like to attend his son's high school graduation on June 12, 2021 and go to the bank as necessary; and

WHEREAS, the ICE officer supervising Mr. Singh has given Mr. Singh permission to attend his son's high school graduation and to go to the bank as necessary;

The Parties STIPULATE that the Court's May 25, 2020 and August 26, 2020 orders be amended to allow Mr. Singh to attend his son's high school graduation and to go to the bank as necessary.

//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE
FOR PRAVINDAR SINGH

Respectfully submitted,

DATED: June 3, 2021

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*/s/ Sean Riordan*
Counsel for Petitioners-Plaintiffs

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Sara Winslow*
Chief, Civil Division
Counsel for Federal Defendants

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 3rd day of June 2021, at Davis, California.

*/s/ Sean Riordan*

## [PROPOSED] ORDER

The conditions of release for Mr. Pravindar Singh, currently stated at Dkt. 250 and Dkt. 622, are amended. In addition to the standard conditions of release, Mr. Singh's bail is now subject to the condition that he is required to stay at home at all times except to (1) receive medical care, mental health treatment, or dental care; (2) attend ICE check ins, (3) attend court hearings; (4) meet with his lawyers; (5) go to government offices for the purpose of obtaining identification cards, benefits, or other services; (6) go to the bank; or (7) attend his son's high school graduation.

IT IS SO ORDERED.

Dated this __9__ day of June, 2021

GRANTED
Judge Vince Chhabria

_____
Honorable Vince Chhabria
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE
FOR PRAVINDAR SINGH