UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No. 20-cv-02731-VC |
| Plaintiffs, | **ORDER RE MOTION TO MODIFY PRELIMINARY INJUNCTION; DENYING MOTION TO STRIKE** |
| v. | |
| DAVID JENNINGS, et al., | Re: Dkt. Nos. 1106, 1104 |
| Defendants. | |

The motion to strike the motion to modify the preliminary injunction is denied. The motion to strike GEO's response brief is also denied. The briefing schedule on the motion to modify the injunction is stayed pending the next case management conference, which will take place on July 7, 2021 at 11:00 a.m. At that point, the Court will almost certainly put the motion to modify the injunction on an accelerated schedule, so the parties should be prepared to litigate the motion promptly. A joint case management statement is due one week before the case management conference.

**IT IS SO ORDERED.**

Dated: June 9, 2021

VINCE CHHABRIA
United States District Judge