UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | Case No. 20-cv-02731-VC |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO REMOVE DOCUMENT** |
| DAVID JENNINGS, et al., | Re: Dkt. No. 1112 |
| Defendants. | |

The motion to remove the incorrectly filed document is denied. The original document has already been sealed by the Court, and the entry has already been corrected by counsel.

**IT IS SO ORDERED.**

Dated: June 9, 2021

VINCE CHHABRIA
United States District Judge