WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE: JULY 7, 2021<br>TIME: 11:00 A.M. |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

Pursuant to the Court's order of June 9, 2021, ECF 1114, and Civ. L. R. 16-10(d), the Parties report recent developments to the Court. Based on those developments, Plaintiffs and Federal Defendants respectfully request that the Case Management Conference scheduled for July 7, 2021 be continued for four weeks, to August 4, 2021, and that the briefing schedule for the motion to amend the preliminary injunction continue to be stayed. The GEO Defendants respectfully oppose these requests.

As the Court is aware, since February 2021, the Parties have been engaged in intensive efforts to reach a settlement through mediation conducted by Stephen J. Saltiel, Esq. under the Ninth Circuit Mediation Program. To date, a total of five full-day video mediation sessions have been conducted, with numerous telephone conferences and email exchanges between the parties.

On June 7, 2021, the Ninth Circuit Panel issued an order stating that it would "hold the matter in abeyance until June 30, 2021 to allow the parties an opportunity to reach an agreement in principle," but that if the parties had not reached an agreement in principle by that date, "the appeals will be submitted for decision." (No. 20-16276, ECF 83.) Since that time, the Parties have continued to make significant progress and believe that an agreement in principle is within reach. Based on this progress, on June 29, 2021, the Mediator submitted Federal Defendants' and Plaintiffs' joint request that the Ninth Circuit Panel withhold the case from submission for an additional two weeks, until July 14, 2021. This afternoon, the Court granted an extension until July 14, 2021. *See* Exhibit A, No. 20-17276, ECF 85 (9th Cir. June 30, 2021).

Plaintiffs and Federal Defendants remain optimistic that they can reach an agreement in principle by July 14, 2021, and certainly have not reached an impasse. On that basis, Plaintiffs and Federal Defendants jointly request that the Court continue the Case Management Conference currently set for July 7, 2021. Due to upcoming vacation schedules of some counsel following July 14, these Parties request that the Case Management Conference be continued until August 4, 2021.  During this continuance, Federal Defendants and Plaintiffs also request that the briefing schedule for the motion to modify the preliminary injunction continue to be stayed.

While the GEO Defendants understand that the Plaintiffs and the Federal Defendants remain optimistic that they can reach an agreement in principle by July 14, 2021, the GEO Defendants do not share that optimism. The GEO Defendants respectfully request an expedited hearing and ruling on their pending motion to modify the preliminary injunction. The GEO Defendants also oppose the continuation of the Case Management Conference currently set for July 7, 2021.

Dated: June 30, 2021

Respectfully submitted,

/s/ William S. Freeman
William S. Freeman
Sean Riordan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

*Attorneys for Petitioners-Plaintiffs*

JONES WALKER LLP

By: /s/ David S. Weinstein
David S. Weinstein
Attorneys for Respondents-Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

STEPHANIE M. HINDS
ACTING UNITED STATES ATTORNEY

By: /s/ Adrienne Zack
Adrienne Zack
Assistant United States Attorney
Attorneys for Respondents-Defendants
DAVID JENNINGS, MATTHEW T. ALBENCE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

## ATTESTATION REGARDING SIGNATURES

Pursuant to N.D. Cal. Civ. L. R. 5-1(i)(3), the undersigned attests that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ William S. Freeman*
William S. Freeman

# EXHIBIT A

FILED

JUN 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DAVID JENNINGS, Acting Field Officer Director; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> GEO GROUP, INC.; NATHAN ALLEN, Warden, <br><br> Defendants. | Nos. 20-16276 <br>    20-16690 <br>    21-15197 <br><br> D.C. No. 3:20-cv-02731-VC <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| ANGEL DE JESUS ZEPEDA RIVAS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GEO GROUP, INC.; NATHAN ALLEN, Warden, <br><br> Defendants-Appellants, | No. 21-15195 <br><br> D.C. No. 3:20-cv-02731-VC <br> Northern District of California, <br> San Francisco |

and

DAVID JENNINGS, Acting Field Officer Director; et al.,

      Defendants.

Before: BERZON, CHRISTEN, and BADE, Circuit Judges.

On June 7, 2021, the court ordered that this matter be held in abeyance until June 30, 2021 while the parties continued to engage in mediation. The Circuit Mediator has reported that Defendants-Appellants and Plaintiffs-Appellees jointly request an extension of that deadline until July 14, 2021. The court grants the parties' request for an extension. No further extensions of this deadline will be granted absent extraordinary circumstances.

By July 14, 2021, the Circuit Mediator shall provide a status report to the panel. If the parties have not by July 14, 2021 reached an agreement in principle to resolve the case, the appeals argued on February 8, 2021 will be submitted for decision.