FILED

UNITED STATES COURT OF APPEALS

JUN 30 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., | Nos.   20-16276<br>20-16690<br>21-15197 |
| Plaintiffs-Appellees, | |
| v. | D.C. No. 3:20-cv-02731-VC<br>Northern District of California,<br>San Francisco |
| DAVID JENNINGS, Acting Field Officer Director; et al., | |
| Defendants-Appellants, | ORDER |
| and | |
| GEO GROUP, INC.; NATHAN ALLEN, Warden, | |
| Defendants. | |

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., | No.   21-15195 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-02731-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| GEO GROUP, INC.; NATHAN ALLEN, Warden, | |
| Defendants-Appellants, | |

and

DAVID JENNINGS, Acting Field Officer
Director; et al.,

Defendants.

Before:  BERZON, CHRISTEN, and BADE, Circuit Judges.

On June 7, 2021, the court ordered that this matter be held in abeyance until June 30, 2021 while the parties continued to engage in mediation.  The Circuit Mediator has reported that Defendants-Appellants and Plaintiffs-Appellees jointly request an extension of that deadline until July 14, 2021. The court grants the parties' request for an extension.  No further extensions of this deadline will be granted absent extraordinary circumstances.

By July 14, 2021, the Circuit Mediator shall provide a status report to the panel. If the parties have not by July 14, 2021 reached an agreement in principle to resolve the case, the appeals argued on February 8, 2021 will be submitted for decision.