UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 1120 |

The request to continue the case management conference is denied. At the conference, the parties should be prepared to set a schedule for GEO's motion to modify the preliminary injunction beginning shortly after the mediation deadline.

**IT IS SO ORDERED.**

Dated: July 6, 2021

VINCE CHHABRIA
United States District Judge