David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@joneswalker.com
JONES WALKER, LLP
201 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131
Tel: 305-679-5700    Fax: 305-679-5710

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND NATHAN ALLEN RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge:    Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and NATHAN ALLEN hereby

provide the following status report regarding staff at Mesa Verde who have recently tested positive with COVID-19 and ongoing testing of staff.

There is currently one (1) GEO staff person and no Wellpath medical staff persons out with COVID.

The new positive result is as follows:

GEO Officer S.R. was tested onsite on July 6, 2021. S.R. did not report to work on July 7, 2021. S.R. reported for work at 6:00 am on July 8, 2021 and stopped working at 8:10 am when a positive test result was received. S.R. has been quarantining at home since July 8, 2021, pending completion of return to work guidelines. Throughout both shifts worked by Officer S.R., on July 6 and 8, 2021, Officer S.R. was assigned to the dental post and was sitting outside the dental office wearing a mask. No staff or detainees were identified as being in close contact with Officer S.R.

Cumulative Totals:

GEO now has 70 cumulative individuals who have tested positive[1]. Wellpath has 9 cumulative positive results.

There are no individuals who have tested positive and then after a period of 90 days recovery tested negative twice in a row before testing positive again (*i.e.* reinfection).

Staff Testing Update:

Staff testing resumed again on May 24, 2021. Testing is continuing weekly on a rolling basis which is conducted as staff report to work for their shifts, except for any staff already on sick, FMLA or other leave. The last staff person who tested positive was on May 22, 2021.

---

[1] In the Status Report filed on May 24, 2021, counsel inadvertently listed the cumulative number of detainee positive results instead of the number of GEO staff positive results. The correct number of cumulative GEO staff individuals who had tested positive as of May 24, 2021 was 69, not 59. As a result, with the addition of the staff positive result received on July 8, 2021, GEO now has 70 cumulative individuals who have tested positive.

Dated: July 9, 2021

JONES WALKER, LLP

By: /s/ *David S. Weinstein*
    David S. Weinstein

Attorneys for Defendants
THE GEO GROUP, INC. and NATHAN ALLEN

JONES WALKER, LLP
ATTORNEYS AT LAW
MIAMI

{M1830138.1}

- 3 -

3:20-CV-02731-VC
070921 STATUS RE STAFF