FILED

UNITED STATES COURT OF APPEALS

JUL 16 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DAVID JENNINGS, Acting Field Officer Director; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> GEO GROUP, INC.; NATHAN ALLEN, Warden, <br><br> Defendants. | Nos.   20-16276 <br>       20-16690 <br>       21-15197 <br><br> D.C. No. 3:20-cv-02731-VC <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |
| ANGEL DE JESUS ZEPEDA RIVAS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GEO GROUP, INC.; NATHAN ALLEN, Warden, <br><br> Defendants-Appellants, | No.   21-15195 <br><br> D.C. No. 3:20-cv-02731-VC <br> Northern District of California, <br> San Francisco |

and

DAVID JENNINGS, Acting Field Officer
Director; et al.,

        Defendants.

Before:  BERZON, CHRISTEN, and BADE, Circuit Judges.

The Circuit Mediator has reported that Defendants-Appellants and Plaintiffs-Appellees have reached an agreement in principle to resolve the case.

Within 60 days of the date of this order, Defendants-Appellants shall file a motion or stipulation to dismiss the appeals without prejudice to reinstatement in the event that the district court denies the parties' motion for approval of the settlement.

Judge Christen dissents, in part:

Because this appeal was argued five months ago and it presents important constitutional and jurisdictional issues, I would grant the parties 21 days to finalize their settlement.