WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE FOR FRANCISCO LINARES MORALES** |

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE
FOR FRANCISCO LINARES MORALES

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE
FOR FRANCISCO LINARES MORALES

**JOINT STIPULATION**

WHEREAS, on June 2, 2020, in Bail Order No. 24, the Court granted Francisco Linares Morales's bail request, subject to standard and special conditions (Dkt. 303);

WHEREAS, on August 12, 2021, an immigration judge terminated the removal proceedings against Mr. Linares Morales after the conviction that formed the basis of his removal proceedings was vacated;

WHEREAS, the Government did not appeal the immigration judge's order terminating removal proceedings against Mr. Linares Morales;

WHEREAS, Mr. Linares Morales continues to have lawful permanent resident status and ICE is no longer supervising Mr. Linares Morales after the termination of his removal proceedings;

The Parties STIPULATE that the Court should vacate the conditions of release imposed upon Mr. Linares Morales on June 2, 2020.

Respectfully submitted,

DATED: October 5, 2021                    AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION OF NORTHERN CALIFORNIA

                                          */s/ Sean Riordan*
                                          Counsel for Petitioners-Plaintiffs

                                          STEPHANIE M. HINDS
                                          Acting United States Attorney

                                          */s/ Adrienne Zack*
                                          Counsel for Federal Defendants

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 5th day of October 2021, at Davis, California.

*/s/ Sean Riordan*

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE
FOR FRANCISCO LINARES MORALES

## [PROPOSED] ORDER

The conditions of release imposed upon Francisco Linares Morales on June 2, 2020 are hereby vacated.

IT IS SO ORDERED.


Dated this ___ day of October, 2021

_____
Honorable Vince Chhabria
United States District Judge