FILED

UNITED STATES COURT OF APPEALS

NOV 17 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., | Nos.  20-16276<br>20-16690<br>21-15197 |
| Plaintiffs-Appellees, | |
| v. | D.C. No. 3:20-cv-02731-VC<br>Northern District of California,<br>San Francisco |
| DAVID JENNINGS, Acting Field Officer Director; et al., | |
| Defendants-Appellants, | ORDER |
| and | |
| GEO GROUP, INC.; NATHAN ALLEN, Warden, | |
| Defendants. | |

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS; et al., | No.   21-15195 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-02731-VC<br>Northern District of California,<br>San Francisco |
| v. | |
| GEO GROUP, INC.; NATHAN ALLEN, Warden, | |
| Defendants-Appellants, | |
| and | |

DAVID JENNINGS, Acting Field Officer
Director; et al.,

          Defendants.

Before:  BERZON, CHRISTEN, and BADE, Circuit Judges.

Judges Berzon and Bade vote to grant the parties' joint motion for an extension of time to file dismissal (Docket Entry 92).  The parties have until December 15, 2021 to file a motion or stipulation to dismiss the appeals.

Judge Christen dissents:

This appeal was argued nine months ago and presents important constitutional and jurisdictional questions.  Our panel has granted the parties three previous extensions to finalize their settlement.  I dissented from the parties' request for an extension of time in September, and I dissent from this request.