David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@joneswalker.com
JONES WALKER, LLP
201 S. Biscayne Blvd., Suite 3000
Miami, Florida 33131
Tel: 305-679-5700        Fax: 305-679-5710

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600        Fax:  213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NÚÑEZ, JAVIER ALFARO, DUNG TUAN DANG, <br><br>   Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; NATHAN ALLEN, Warden of Mesa Verde Detention Facility,<br><br>   Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STIPULATED REQUEST FOR SUBSTITUTION OF NAMED DEFENDANT AND DISMISSAL OF PLAINTIFF DUNG TUAN DANG; [PROPOSED] ORDER**<br><br>Judge:    Hon. Vince Chhabria |

STIPULATION

JONES WALKER, LLP
ATTORNEYS AT LAW
MIAMI

{M1869612.1}                          - 1 -

3:20-CV-02731-VC
121621 STIP ON SUBSTIT

WHEREAS at the time that the pending matter was filed, Nathan Allen was the Facility Administrator (Warden) of the Mesa Verde Detention Facility.  On October 8, 2021, Mr. Allen retired from his position as the Facility Administrator (Warden) of the Mesa Verde Detention Facility.

WHEREAS on October 8, 2021, Michael Knight was designated as the Acting Facility Administrator (Warden) of the Mesa Verde Detention Facility.

WHEREAS the Facility Administrator (Warden) of the Mesa Verde Detention Facility is not by definition a public officer and therefore the procedures set forth under Fed. R. Civ. Pro. Rule 25(d) would not automatically substitute Mr. Knight for Mr. Allen, the parties seek by stipulation to do just that.

WHEREAS plaintiff Dung Tuan Dang passed away on or about October 13, 2021, the parties seek the dismissal of Mr. Dang as a named plaintiff in this matter.

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request, that the Court issue an order substituting Acting Mesa Verde Detention Facility, Facility Administrator (Warden), Michael Knight, as a named defendant, in place of former Mesa Verde Detention Facility, Facility Administrator (Warden), Nathan Allen and dismissing out plaintiff Dung Tuan Dang in the form set forth below the signatures of counsel for the parties.

Dated:  December 16, 2021

JONES WALKER, LLP

By: /s/ *David S. Weinstein*
DAVID S. WEINSTEIN

Attorneys for Defendants
The Geo Group, Inc. and Michael Knight

STEPHANIE M. HINDS
Acting United States Attorney

By: /s/*Adrienne Zack**
ADRIENNE ZACK
Assistant United States Attorney
Attorneys for Federal Defendants

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

By: /s/ Sean Riordan*
SEAN RIORDAN
Attorneys for Plaintiffs

   * In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

## ORDER ON STIPULATION FOR SUBSTITUTION OF PARTY AND FOR DISMISSAL OF PLAINTIFF DUNG DANG

Upon the agreement of the Parties, and good cause appearing, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Acting Facilities Administrator Michael Knight is substituted as a defendant in place of former Facility Administrator Nathan Allen

2. Plaintiff Dung Dang is dismissed out as a plaintiff.

IT IS SO ORDERED.

Dated: December 27, 2021 _____

Vince C.
Unite S                IT IS SO ORDERED

                        Judge Vince Chhabria

JONES WALKER, LLP
ATTORNEYS AT LAW
MIAMI

{M1869612.1}

- 3 -

3:20-CV-02731-VC
121621 STIP ON SUBST