David S. Weinstein [Admitted *Pro Hac Vice*]
Dweinstein@joneswalker.com
JONES WALKER, LLP
201 S. Biscayne Blvd., Suite 3000
Miami, Florida 33131
Tel: 305-679-5700   Fax: 305-679-5710

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Respondents-Defendants
THE GEO GROUP, INC. (Sued herein as
GEO GROUP, INC.) and NATHAN ALLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUIZ TOVAR, LAWRENCE MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | Case No. 3:20-cv-02731-VC<br><br>**STATUS UPDATE BY THE GEO GROUP, INC. AND MICHAEL KNIGHT RE COVID-19 POSITIVE STAFF AT MESA VERDE**<br><br>Judge: Hon. Vince Chhabria |

Defendants THE GEO GROUP, INC. and MICHAEL KNIGHT hereby

1  provide the following status report regarding staff at Mesa Verde who have recently
2  tested positive with COVID-19 and ongoing testing of staff.

3  There are currently four (8) GEO staff persons and no Wellpath medical staff
4  persons out with COVID.

5  The new positive results are as follows:

6  1 - On January 3, 2022, GEO Staff member I.R. was tested for COVID. I.R.
7  received a positive test result on January 8, 2022. I.R. had last reported for work on
8  January 6th and 7th.

9  Throughout the time worked by I.R., on January 6th and 7th, I.R. was
10 working as a Medical Clerk and was wearing a mask at all times. I.R. will be
11 quarantining at home, pending completion of return to work guidelines.

12 No detainees were identified as being in close contact with I.R.

13 I.R. had close contact with co-workers. The co-workers who had close
14 contact with I.R. have been contacted and have been told to be tested.

15 2 - On January 7, 2022, GEO Staff member S.O. was tested for COVID,
16 based on a self-report of symptoms. S.O. received a positive test result on January
17 9, 2022. S.O. had last reported for work on January 4th and 5th.

18 Throughout the time worked by S,O., on January 4th and 5th, S.O. was
19 working in the Laundry/Property area and was wearing a mask at all times. S.O.
20 will be quarantining at home, pending completion of return to work guidelines.

21 No detainees or co-workers were identified as being in close contact with
22 S.O.

23 3 - On January 3, 2022, GEO Staff member B.T. was tested for COVID.
24 B.T. received a positive test result on January 10, 2022. B.T. had last reported for
25 work on January 3rd and 4th.

26 Throughout the time worked by B.T., on January 3rd and 4th, B.T. was
27 working in Central Control and was wearing a mask at all times. B.T. will be
28 quarantining at home, pending completion of return to work guidelines.

1   No detainees were identified as being in close contact with I.R.

2   B.T. had close contact with co-workers. The co-workers who had close
3   contact with B.T. have been contacted and have been told to be tested.

4   4 - On January 6, 2022, GEO Staff member M.R. was tested for COVID.
5   M.R. received a positive test result on January 10, 2022. M.R. had last reported for
6   work on December 29th and 30, 2021.

7   Throughout the time worked by M.R., on December 29th and 30th, M.R. was
8   working as an Intake Officer and was wearing a mask at all times. M.R. will be
9   quarantining at home, pending completion of return to work guidelines.

10  No detainees or co-workers were identified as being in close contact with
11  M.R.

12  Cumulative Totals:

13  GEO now has 88 cumulative individuals who have tested positive, including
14  9 cumulative positive results from Wellpath employees.

15  There are no individuals who have tested positive and then after a period of
16  90 days recovery tested negative twice in a row before testing positive again (i.e.
17  reinfection).

18  Staff Testing Update:

19  Testing is continuing weekly on a rolling basis which is conducted as staff
20  report to work for their shifts, except for any staff already on sick, FMLA or other
21  leave. The last staff person who tested positive was on January 10th, 2022.

22  Dated: January 10, 2022                JONES WALKER, LLP

23

24                                          By: /s/ *David S. Weinstein*
                                                David S. Weinstein
25

26                                          Attorneys for Defendants
                                            THE GEO GROUP, INC. and MICHAEL
27                                          KNIGHT

28