UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No. 20-cv-02731-VC<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

A status conference is scheduled for Wednesday, February 2 at 1 p.m. If a motion for approval has been filed by that time, the parties may stipulate to take the status conference off calendar.

**IT IS SO ORDERED.**

Dated: January 21, 2022

_____

VINCE CHHABRIA
United States District Judge