UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, *et al.*, <br><br>   Defendants. | CASE NO. 3:20-cv-02731-VC <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO VACATE ORDERS** |

The Court, after full consideration of the points, authorities, and arguments of the Parties, IT IS HEREBY ORDERED that the Parties' Joint Motion to Vacate Orders be GRANTED. The Court's preliminary injunction orders issued on June 9, 2020, and December 3, 2020 (ECF Nos. 357 & 867) are hereby vacated in full.

SO ORDERED.

DATED this _____ day of _____, 2022.

Hon. Vince Chhabria
United States District Judge