Allison M. Day (CA Bar No. 308777)
Allison.Day@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000; Fax: (415) 512-4077

Elaine J. Goldenberg (*pro hac vice*)
Elaine.Goldbenberg@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Tel: (202) 220-1100; Fax: (202) 220-2300

Attorneys for Jose Eduardo Guerra, Petitioner in Case No. 4:20-CV-03145-JST

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> *Defendants.* | Case No. 3:20-cv-02731-VC <br><br> ~~[PROPOSED]~~ **ORDER ON ADMINISTRATIVE MOTION TO TERMINATE** |

## [PROPOSED] ORDER

This Court, having considered the Administrative Motion filed by Ms. Allison Marie Day, **GRANTS** the Motion and directs the Clerk to terminate Mr. Jose Eduardo Guerra as a miscellaneous party and Ms. Allison Marie Day as an attorney to be noticed in this case, *Zepeda Rivas v. Jennings*, Case No. 3:20-cv-02731-VC.

**IT IS SO ORDERED.**

DATED: _____February 3_____, 2022

The Ho_____

IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA