# Exhibit 1

| Organization/Attorney | 2020 hours | 2020 hourly rate | 2020 total fees | 2021 hours | 2021 hourly rate | 2021 total fees | Total Hours | Total fees |
|---|---|---|---|---|---|---|---|---|
| **ACLU of Northern California** | | | | | | | | |
| William Freeman | 832.994 | $ 1,020.00 | $ 849,653.88 | 157.993 | $ 1,030.00 | $ 162,732.79 | 990.987 | $ 1,012,386.67 |
| Sean Riordan | 248.833 | $ 680.00 | $ 169,206.44 | 148.433 | $ 705.00 | $ 104,645.27 | 397.266 | $ 273,851.71 |
| Emilou MacLean | 0 | $ 690.00 | 0 | 207.1 | $ 715.00 | $ 148,076.50 | 207.1 | $ 148,076.50 |
| Angelica Salceda | 210.6 | $ 510.00 | $ 107,406.00 | 0 | $ 540.00 | 0 | 210.6 | $ 107,406.00 |
| **Total for ACLU of Northern California** | **1292.427** | - | **$ 1,126,266.32** | **513.526** | - | **$ 415,454.56** | **1805.953** | **$ 1,541,720.88** |
| **Cooley LLP** | | | | | | | | |
| Adam Katz | 51.8 | $ 207.78 | $ 10,763.00 | 0 | $ 213.74 | 0 | 51.8 | $ 10,763.00 |
| Alexander Wu | 0 | $ 207.78 | 0 | 77.6 | $ 213.74 | $ 16,586.22 | 77.6 | $ 16,586.22 |
| Alison S. Schoenbeck | 101.9 | $ 207.78 | $ 21,172.78 | 0 | $ 213.74 | 0 | 101.9 | $ 21,172.78 |
| Chad W Campbell | 55.9 | $ 207.78 | $ 11,614.90 | 28.2 | $ 213.74 | $ 6,027.47 | 84.1 | $ 17,642.37 |
| Charlotte Gemma | 133 | $ 207.78 | $ 27,634.74 | 0 | $ 213.74 | 0 | 133 | $ 27,634.74 |
| Dawn Renee Roelofs | 102.4 | $ 207.78 | $ 21,276.67 | 0 | $ 213.74 | 0 | 102.4 | $ 21,276.67 |
| Elizabeth A. Rice | 722.1 | $ 207.78 | $ 150,037.94 | 84.7 | $ 213.74 | $ 18,103.78 | 806.8 | $ 168,141.72 |
| Erik A. Kruger | 54.8 | $ 207.78 | $ 11,386.34 | 42.5 | $ 213.74 | $ 9,083.95 | 97.3 | $ 20,470.29 |
| Francisco Unger | 716.1 | $ 207.78 | $ 148,791.26 | 0.3 | $ 213.74 | $ 64.12 | 716.4 | $ 148,855.38 |
| Ian Schattner | 192.5 | $ 207.78 | $ 39,997.65 | 0 | $ 213.74 | 0 | 192.5 | $ 39,997.65 |
| Jeffrey M. Gutkin | 49.8 | $ 207.78 | $ 10,347.44 | 15.4 | $ 213.74 | $ 3,291.60 | 65.2 | $ 13,639.04 |
| Julie M. Veroff | 0 | $ 207.78 | 0 | 52 | $ 213.74 | $ 11,114.48 | 52 | $ 11,114.48 |
| Martin S. Schenker | 472.2 | $ 1,350.00 | $ 637,470.00 | 30 | $ 1,430.00 | $ 42,900.00 | 502.2 | $ 680,370.00 |
| Mary Kathryn Kelley | 98.2 | $ 207.78 | $ 20,404.00 | 0 | $ 213.74 | 0 | 98.2 | $ 20,404.00 |
| Reece Trevor | 108.8 | $ 207.78 | $ 22,606.46 | 47.1 | $ 213.74 | $ 10,067.15 | 155.9 | $ 32,673.62 |
| Timothy W. Cook | 1,243 | $ 207.78 | $ 258,332.87 | 143.3 | $ 213.74 | $ 30,628.94 | 1386.6 | $ 288,961.82 |
| **Total for Cooley LLP** | **4102.8** | - | **$ 1,391,836.07** | **521.1** | - | **$ 147,867.71** | **4623.9** | **$ 1,539,703.78** |
| **Lakin and Wille LLP** | | | | | | | | |
| Amalia Wille | 142.6 | $ 510.00 | $ 72,726.00 | 33 | $ 540.00 | $ 17,820.00 | 175.6 | $ 90,546.00 |
| Judah Lakin | 289.2 | $ 480.00 | $ 138,816.00 | 56.8 | $ 510.00 | $ 28,968.00 | 346 | $ 167,784.00 |
| **Total for Lakin and Wille LLP** | **431.8** | - | **$ 211,542.00** | **89.8** | - | **$ 46,788.00** | **521.6** | **$ 258,330.00** |
| **Lawyer's Committee For Civil Rights San Francisco** | | | | | | | | |
| Bree Bernwanger | 1000.7 | $ 600.00 | $ 600,420.00 | 429.7 | $ 630.00 | $ 270,711.00 | 1430.4 | $ 871,131.00 |
| Hayden Rodarte | 458.4 | $ 207.78 | $ 95,246.35 | 136.2 | $ 213.74 | $ 29,111.39 | 594.6 | $ 124,357.74 |
| **Total for Lawyer's Committee For Civil Rights San Francisco** | **1459.1** | - | **$ 695,666.35** | **565.9** | - | **$ 299,822.39** | **2025** | **$ 995,488.74** |
| **ACLU of Southern California** | | | | | | | | |
| Jordan Wells | 121.15 | $ 510.00 | $ 61,786.50 | 102.02 | $ 540.00 | $ 55,090.80 | 223.17 | $ 116,877.30 |
| Maira Rios | 88.5 | $ 207.78 | $ 18,388.53 | 97.2 | $ 213.74 | $ 20,775.53 | 185.7 | $ 39,164.06 |
| Crista Minneci | 107.75 | $ 207.78 | $ 22,388.30 | 0 | $ 213.74 | 0 | 107.75 | $ 22,388.30 |
| Stephanie Padilla | 189.5 | $ 207.78 | $ 39,374.31 | 41.25 | $ 213.74 | $ 8,816.78 | 230.75 | $ 48,191.09 |
| **Total for ACLU of Southern California** | **506.9** | - | **$ 141,937.64** | **240.47** | - | **$ 84,683.10** | **747.37** | **$ 226,620.74** |

| *San Francisco Public Defender's Office* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hector Vega | 235.5 | $ 207.78 | $ 48,932.19 | 0 | $ 213.74 | 0 | 235.5 | $ 48,932.19 |
| Genna Beier | 537.1 | $ 480.00 | $ 257,808.00 | 0 | $ 510.00 | 0 | 537.1 | $ 257,808.00 |
| Francisco Ugarte | 142.8 | $ 715.00 | $ 102,102.00 | 0 | $ 740.00 | 0 | 142.80 | $ 102,102.00 |
| Hayley Upshaw | 189.9 | $ 207.78 | $ 39,457.42 | 23.5 | $ 213.74 | $ 5,022.89 | 213.4 | $ 44,480.31 |
| Jennifer Friedman | 325.95 | $ 680.00 | $ 221,646.00 | 34.3 | $ 705.00 | $ 24,181.50 | 360.25 | $ 245,827.50 |
| Emilou MacLean | 1485.65 | $ 690.00 | $ 1,025,098.50 | 19.8 | $ 715.00 | $ 14,157.00 | 1505.45 | $ 1,039,255.50 |
| Maddie Boyd | 94.25 | $ 207.78 | $ 19,583.27 | 0 | $ 213.74 | 0 | 94.25 | $ 19,583.27 |
| Carlos Raiz-Anaya | 22 | $ 207.78 | $ 4,571.16 | 2 | $ 213.74 | $ 427.48 | 24 | $ 4,998.64 |
| Joan Kruckewitt | 469 | $ 207.78 | $ 97,448.82 | 68 | $ 213.74 | $ 14,534.32 | 537 | $ 111,983.14 |
| Kelly Wells | 538.2 | $ 570.00 | $ 306,774.00 | 175.2 | $ 600.00 | $ 105,120.00 | 713.4 | $ 411,894.00 |
| **Total for San Francisco Public Defender's Office** | **4040.35** | - | **$ 2,123,421.36** | **322.8** | - | **$ 163,443.19** | **4363.15** | **$ 2,286,864.55** |
| | **2020 hours** | | **2020 total fees** | **2021 hours** | | **2021 total fees** | **Total Hours** | **Total fees** |
| **Grand Totals** | **11833.38** | - | **$ 5,690,669.73** | **2253.596** | - | **$ 1,158,058.95** | **14086.973** | **$ 6,848,728.68** |
| **Grand Totals without Sanction** | **$12,338** | | | | | | | **$ 6,836,390.68** |