WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | **CASE NO. 3:20-CV-02731-VC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO#
688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO#
698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

WHEREAS, on March 4, 2022, the Court granted preliminary approval of the Parties' settlement agreement and scheduled a fairness hearing for June 9, 2022 (Dkt. 1229); and

WHEREAS, the Court's preliminary approval order states that Plaintiffs shall file a motion for final approval of the settlement no later than 14 days before the Fairness Hearing;

WHEREAS, Plaintiffs must also file a motion for the attorneys' fees and costs that are provided for by the settlement agreement at least 14 days before the deadline for class members to file objections; and

WHEREAS, the deadline for class members to file objections is May 4, 2022:

The Parties STIPULATE to the briefing schedule set out in the proposed order below.

Respectfully submitted,

DATED: March 18, 2022

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

*/s/ Sean Riordan*
Counsel for Petitioners-Plaintiffs

STEPHANIE M. HINDS
United States Attorney

*/s/ Adrienne Zack*
Counsel for Federal Defendants

*/s/ David Weinstein*
Counsel for GEO Defendants

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 18th day of March 2022, at Davis, California.

*/s/ Sean Riordan*

## [PROPOSED] ORDER

Upon review of the Parties' stipulation, the Court orders the following briefing schedule:

Plaintiffs' motion for attorneys' fees and costs shall be filed no later than April 20, 2022. Any response to that motion shall be filed by May 4, 2022. Any reply regarding that motion shall be filed by May 11, 2022.

Plaintiffs' motion for final approval of the settlement agreement shall be filed by May 26, 2022.

**IT IS SO ORDERED**.

Dated this __21st__ day of March, 2022



Honorabl[e]
Unite[d] Sta[tes]
Distri[ct of] [Calif]ornia

IT IS SO ORDERED

Judge Vince Chhabria