WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731<br><br>**DECLARATION OF SEAN RIORDAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT**<br><br>**JUDGE VINCE CHHABRIA**<br><br>Date:  June 9, 2022<br>Time: 2:30 PM |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

Pursuant to 28 U.S.C. § 1746, I, Sean Riordan, declare:

1. I am a Senior Staff Attorney with the American Civil Liberties Union Foundation of Northern California ("ACLU-NC"), a member in good standing of the State Bar of California, and one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration.

2. After the Court granted preliminary approval of the Settlement Agreement and approved the class notice proposed by Plaintiffs (ECF No. 1222) (the "Notice"), Plaintiffs' counsel undertook the following steps for providing class notice set out in Section VIII.D of the Settlement Agreement.

3. Plaintiffs' counsel had the Notice translated into Spanish and into other languages, each of which was identified as a language of proficiency for one or more class members, as specified below. While the Settlement Agreement did not require the translation of the Settlement Agreement itself, Plaintiffs' counsel also had the Settlement Agreement translated into Spanish and into those other languages.

4. Defendants reported to Plaintiffs' counsel that English and Spanish versions of the Notice were posted in the facilities that are the subject of the Settlement Agreement (the "Facilities").

5. Plaintiffs' counsel sent copies of the Notice and the Settlement Agreement through first class mail to each of the detained class members at the Facilities and to each of the non-detained class members at their last known addresses, which Plaintiffs' counsel either already had, or which ICE provided to Plaintiffs' counsel. Plaintiffs' counsel sent most class members, whether detained or non-detained, copies of the Notice and the Settlement Agreement in both English and Spanish. Other class members were identified to Plaintiffs' counsel as being

proficient in Vietnamese, Armenian, Punjabi, and Czech. For class members so identified, Plaintiffs' counsel sent copies of the Notice and Settlement Agreement translated into each class member's respective language of proficiency.

6. Two class members were identified as being proficient speakers of Mam, an indigenous language, and another class member was identified as being a proficient speaker of Triqui, also an indigenous language. Plaintiffs' counsel were informed that written translations in these languages, particularly of legal materials, are not useful. As an alternative, Plaintiffs' counsel arranged for phone calls with these class members to discuss the terms of the Settlement Agreement with the assistance of Mam and Triqui interpreters. Plaintiffs' counsel successfully completed two of those calls, though Plaintiffs' counsel learned that those two class members were in fact proficient in English and/or Spanish and did not need the assistance of an interpreter in an indigenous language. However, one of the class members who is reportedly a proficient Mam speaker did not call at the scheduled time and Plaintiffs' counsel have not been able to connect directly with that class member.

7. Plaintiffs' counsel also sent copies of the Notice and Settlement Agreement through first class mail to each class member's attorney of record on file with ICE.

8. Plaintiffs' counsel took additional steps to ensure that the Notice was disseminated as widely as possible to interested individuals. Plaintiffs' counsel emailed copies of the Notice and the Settlement Agreement to the listserv maintained by the California Collaborative for Immigrant Justice, which includes immigrant service providers in the Bay Area, Central Valley, and greater Los Angeles region. Plaintiffs' counsel also emailed the same documents directly to other attorneys who reportedly were or are assisting class members with

their respective immigration cases. Plaintiffs' counsel also caused copies of the Notice and Settlement Agreement to be posted on ACLU-NC's website page dedicated to this case.

9. Plaintiffs' counsel took other steps to ensure that class members understood the Settlement Agreement. Plaintiffs' counsel convened an evening call with Spanish-speaking class members on April 21, 2022 and a similar evening call with English-speaking class members on April 28, 2022 to explain the terms of the Settlement Agreement and answer class members' questions. Plaintiffs' counsel have also received and responded to approximately a dozen calls from individual class members, some detained and some non-detained, with questions about the Settlement Agreement.

10. To the best of my knowledge, after diligent investigation, I am unaware of any objections to the Settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Davis, California on May 26, 2022.

*/s/ Sean Riordan*
Sean Riordan