UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>    Petitioners-Plaintiffs,<br><br>  v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility,<br><br>    Respondents-Defendants. | CASE NO. 3:20-CV-02731<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED CLASS SETTLEMENT REGARDING PLAINTIFFS' CLAIM FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS**<br><br>**JUDGE VINCE CHHABRIA** |

    Currently pending is Plaintiffs' Motion for Approval of the Proposed Class Settlement Regarding Plaintiffs' Claim for Equal Access to Justice Act Fees and Costs ("Plaintiffs' Motion") pursuant to Rule 23(h) of the Federal Rules of Civil Procedure. The Court has considered all papers and argument submitted by the parties concerning Plaintiffs' Motion.

    The Court makes the following findings:

    1.    On December 17, 2021, the Parties executed the Settlement Agreement in this matter, as a result of arms-length settlement negotiations with the assistance of Ninth Circuit Mediation Program. One of the terms of the Settlement Agreement was an agreement by the Federal Defendants to pay Plaintiffs $4,000,000 in attorneys' fees and up to $112,000 in taxable

costs, subject to the Court's approval ("Fees and Costs Settlement"). The Fees and Costs Settlement was agreed to only after the Parties had agreed to all other substantive provisions of the Settlement Agreement.

2. Pursuant to the Fees and Cost Settlement, Plaintiffs have moved this Court for an order approving $4,056,033.58 in full and complete satisfaction of Plaintiffs' costs, attorneys' fees, and litigation expenses, including any interest, in connection with this lawsuit. The proposed sum breaks down as follows: fees in the amount of $4,000,000, which are payable pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of $56,033.58, which are payable pursuant to 28 U.S.C. § 1920 and 28 U.S.C. § 2412(a)(1).

3. The Fees and Costs Settlement is fair, reasonable, adequate, and equitable, and is in both Defendants' and Plaintiffs' best interests.

4. The Parties were not required to give direct notice to the Class of the proposed Fees and Costs Settlement because the Class was certified under Fed. R. Civ. P. 23(b)(2). Notwithstanding, Plaintiffs provided notice to Class Members regarding the agreed-upon fees and costs. No Class Members have filed objections to any aspect of the settlement.

It is, therefore, **ORDERED** as follows:

The Court hereby **GRANTS** Plaintiffs' Motion and approves the Fees and Costs Settlement. Federal Defendants are hereby **ORDERED** to make payment to Plaintiffs in the amount of $4,056,033.58. This Order fully resolves Plaintiffs' Motion.

IT IS SO ORDERED.

Date: __June 9__, 2022



_____
The Honorable Vince Chhabria
United States District Judge

CASE NO. 3:20-CV-02731
[PROPOSED] ORDER APPROVING
SETTLEMENT AGREEMENT FOR
FEES AND COSTS