UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>DAVID JENNINGS, et al.,<br><br>           Defendants. | Case No.  20-cv-02731-VC<br><br>**ORDER GRANTING JOINT MOTION TO VACATE ORDERS** |

In light of the parties' settlement agreement, the Court's preliminary injunction orders issued on June 9, 2020, and December 3, 2020 (Dkt. No. 357 and 867) are vacated.

**IT IS SO ORDERED.**

Dated: June 9, 2022

_____
VINCE CHHABRIA
United States District Judge