UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Plaintiff, <br><br> v. <br><br> DAVID JENNINGS, et al., <br><br> Defendant. | 20-cv-02731-VC <br><br> **JUDGMENT** |
|---|---|

The Court enters judgment in accordance with its prior orders approving the settlement. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 10, 2022

_____
VINCE CHHABRIA
United States District Judge