Pages 1-5

```
  1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
  2                        SAN FRANCISCO DIVISION


  3


  4   ANGEL DE JESUS ZEPEDA RIVAS,        )  Case No.  20-CV-02731-VC
      BRENDA RUBI RUIZ TOVAR, LAWRENCE    )
  5   KURIA MWAURA, LUCIANO GONZALO       )  San Francisco, California
      MENDOZA JERONIMO, CORAIMA           )  Thursday, June 9, 2022
  6   YARITA SANCHEZ NUNEZ, JAVIER        )
      ALFARO, DUNG TUAN DANG, JUAN JOSE   )  ZOOM WEBINAR PROCEEDINGS
  7   ERAZO HERRERA, RAJNISH RAJNISH, and )
      WILLIAN MATIAS RAUDA,               )
  8                                       )
                  Plaintiffs,             )
  9                                       )
          v.                              )
 10                                       )
      DAVID JENNINGS, Acting Director of  )
 11   the San Francisco Field Office of   )
      U.S. Immigration and Customs        )
 12   Enforcement; TAE JOHNSON, Acting    )
      Director of U.S. Immigration and    )
 13   Customs Enforcement; U.S.           )
      IMMIGRATION AND CUSTOMS ENFORCEMENT;)
 14   GEO GROUP, INC.; MICHAEL KNIGHT,    )
      Acting Warden of Mesa Verde         )
 15   Detention Facility,                 )
                                          )
 16               Defendants.             )
      _____)
 17


 18


 19              TRANSCRIPT OF MOTION HEARING
                BEFORE THE HONORABLE VINCE CHHABRIA
 20             UNITED STATES DISTRICT COURT JUDGE


 21


 22

            [APPEARANCES ARE LISTED ON THE FOLLOWING PAGE]
 23


 24


 25   Proceedings recorded by electronic sound recording; transcript
      produced by transcription service.
```

2

```
 1  APPEARANCES:  (Via Zoom)

 2  For Plaintiffs:            BREE ANN BERNWANGER, ESQ.
                               Lawyers' Committee for Civil Rights
 3                             of the San Francisco Bay Area
                               131 Steuart Street, Suite 400
 4                             San Francisco, California 94105
                               (415) 543-9444
 5
                               TIMOTHY W. COOK, ESQ.
 6                             Cooley LLP
                               500 Boylston Street, 14th Floor
 7                             Boston, Massachusetts 02116
                               (617) 937-2433
 8
                               SEAN CONNOR RIORDAN, ESQ.
 9                             ACLU Foundation of Northern California
                               39 Drumm Street
10                             San Francisco, California 94105
                               (415) 621-2493
11
    For Federal Defendants:    ADRIENNE ZACK, ESQ.
12                             SHIWON CHOE, ESQ.
                               United States Attorney's Office
13                             Northern District of California
                               450 Golden Gate Avenue
14                             P.O. Box  36055
                               San Francisco, California 94102
15                             (415) 436-7031
                               (415) 436-6967
16
    (Appearing Specially)      JEFFREY ROBINS, ESQ.
17                             Department of Justice
                               Office of Immigration Litigation
18
    For Defendant GEO Group:   SUSAN E. COLEMAN, ESQ.
19                             Burke, Williams @ Sorensen LLP
                               444 South Flower Street, Suite 2400
20                             Los Angeles, California 90071-2953
                               (213) 236-0600
21
    Transcription Service:     Peggy Schuerger
22                             Ad Hoc Reporting
                               2220 Otay Lakes Road, Suite 502-85
23                             Chula Vista, California 91915
                               (619) 236-9325
24

25
```

1    SAN FRANCISCO, CALIFORNIA  THURSDAY, JUNE 9, 2022  2:36 P.M.

2                                  --oOo--

3            THE CLERK:   Now calling Civil Case 20-2731, Zepeda

4    Rivas, et al. v. Jennings, et al.  Will counsel please state your

5    appearances for the record, starting with the Plaintiff.

6            MS. BERNWANGER:   Good afternoon, Your Honor.   Bree

7    Bernwanger, Sean Riordan, and Tim Cook for the Plaintiffs.

8            THE COURT:   Hello.

9            MS. ZACK:   Good afternoon, Your Honor.   Adrienne Zack

10   and Shiwon Choe for the Federal Defendants and specially appearing

11   with us today for the fairness hearing is Jeff Robins from the

12   Office of Immigration Litigation.

13           THE COURT:   Hello.

14           MS. COLEMAN:   Good afternoon, Your Honor.   Susan Coleman

15   for the GEO Group.

16           THE COURT:   Hi.   Okay.   So this is a motion for final

17   approval and a motion for attorneys' fees.   I did not have any

18   questions or comments or concerns -- well, one comment that I'll

19   get to in a second -- but no questions or concerns.

20        Did the -- did the attorneys have anything to add to the

21   papers?

22           MS. BERNWANGER:   No, Your Honor.

23           MS. ZACK:   No, Your Honor.

24           THE COURT:   Okay.

25           MS. COLEMAN:   No, Your Honor.

4

1      THE COURT:  You know, I mean, I suppose -- my comment is

2   that I suppose at first glance you might see a fee award of $4

3   million and be somewhat startled by it.  I think that if you

4   consider the work that, you know, Plaintiffs' counsel put in in

5   this case, you know, it was extraordinary both in terms of the

6   effort involved and the result reached.  And the work that you

7   did, you know, had a significant impact in terms of, you know,

8   preventing human suffering.  The results that you accomplished for

9   the Class were extraordinary.  And I think, if anything, $4

10  million is, you know, leaving you under-compensated for the work

11  that you did in this case.  So I think that award is entirely

12  appropriate.  I think the settlement is appropriate.  And I will

13  approve both motions.

14      MS. BERNWANGER:  Thank you, Your Honor.

15      THE COURT:  Okay.  Thank you.

16      MS. ZACK:  Thank you, Your Honor.

17      MS. COLEMAN:  Thank you.

18      MR. COOK:  Thank you, Your Honor.  If we could just

19  extend a thank you to you and your chambers, your law clerks,

20  courtroom deputy clerk, court reporters.  We recognize all the

21  hard work that went into this and we're very appreciative.

22      THE COURT:  That's what they pay us the big bucks for.

23  All right.  Thank you.

24  //

25  //

5

1          (Proceedings adjourned at 2:38 p.m.)

2

3          I, Peggy Schuerger, certify that the foregoing is a

4    correct transcript from the official electronic sound recording

5    provided to me of the proceedings in the above-entitled matter.

6

7                *Peggy Schuerger*
     Signature of Approved Transcriber          June 10, 2022
                                                Date
8

9    Peggy Schuerger
     *Ad Hoc Reporting*
10   Approved Transcription Provider
     for the U.S. District Court,
11   Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25