1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, CA 95113
     Telephone: (408)-535-5081
7    Fax: (408)-535-5066
     Email: neal.hong@usdoj.gov
8
   Attorneys for the United States of America
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN JOSE DIVISION
12

13 ANGEL DE JESUS ZEPEDA RIVAS, et al.,   )   CASE NO. 3:20-CV-02731-VC
                                          )
14      Plaintiffs,                       )
                                          )   NOTICE OF ATTORNEY WITHDRAWAL
15      v.                                )
                                          )
16 DAVID JENNINGS, et al.,                )
                                          )
17      Defendants.                       )
                                          )
18

19     Please take notice that as of June 14, 2022, Assistant U.S. Attorney Neal C. Hong hereby

20 withdrawals as counsel on behalf of Defendant David Jennings, et al., in the above captioned case.

21 Please remove from the docket.

22

23 DATED:  June 14, 2022                      Respectfully submitted,

24
                                              STEPHANIE M. HINDS
25                                            United States Attorney

26
                                              /s/ Neal C. Hong
27                                            NEAL C. HONG
                                              Assistant United States Attorney
28