| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002)<br>wfreeman@aclunc.org<br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>EMILOU H. MACLEAN (SBN 319071)<br>emaclean@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>Attorneys for Petitioners-Plaintiffs<br>Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771)<br>Public Defender<br>MATT GONZALEZ (SBN 153486)<br>Chief Attorney<br>GENNA ELLIS BEIER (SBN 300505)<br>genna.beier@sfgov.org<br>JENNIFER FRIEDMAN (SBN 314270)<br>jennifer.friedman@sfgov.org<br>FRANCISCO UGARTE (SBN 241710)<br>francisco.ugarte@sfgov.org<br>KELLY ENGEL WELLS (SBN 338648)<br>kelly.wells@sfgov.org<br>OFFICE OF THE PUBLIC DEFENDER<br>SAN FRANCISCO<br>555 Seventh Street<br>San Francisco, CA 94103<br>Direct: (415) 553-9319<br>Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>        Petitioners-Plaintiffs,<br><br>        v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility,<br><br>        Respondents-Defendants. | CASE NO. 3:20-CV-02731<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF MAGISTRATE JUDGE**<br><br>**JUDGE VINCE CHHABRIA** |

CASE NO. 3:20-CV-02731
STIPULATION AND [PROPOSED] ORDER
REGARDING APPOINTMENT OF MAGISTRATE
JUDGE

| | |
|---|---|
| BREE BERNWANGER (SBN 331731) | MARTIN S. SCHENKER (SBN 109828) |
| bbernwanger@lccrsf.org | mschenker@cooley.com |
| LAWYERS' COMMITTEE FOR | JULIE M. VEROFF |
| CIVIL RIGHTS OF THE | jveroff@cooley.com (SBN 310161) |
| SAN FRANCISCO BAY AREA | COOLEY LLP |
| 131 Steuart St #400 | 3 Embarcadero Center, 20th Floor |
| San Francisco, CA 94105 | San Francisco, CA 94111-4004 |
| Telephone: (415) 814-7631 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| JUDAH LAKIN (SBN 307740) | |
| judah@lakinwille.com | TIMOTHY W. COOK* (Mass. BBO# 688688) |
| AMALIA WILLE (SBN 293342) | tcook@cooley.com |
| amalia@lakinwille.com | COOLEY LLP |
| LAKIN & WILLE LLP | 500 Boylston Street |
| 1939 Harrison Street, Suite 420 | Boston, MA 02116 |
| Oakland, CA 94612 | Telephone: (617) 937-2300 |
| Telephone: (510) 379-9216 | Facsimile: (617) 937-2400 |
| Facsimile: (510) 379-9219 | |

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

WHEREAS on June 9, 2022, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Related Motions ("Final Approval Order," ECF No. 1258), approving the Class Settlement Agreement entered into by and between the Parties to this Action ("Settlement Agreement," ECF No. 1205-1) and ordering the appointment of a magistrate judge; and

WHEREAS Section VIII.F of the Settlement Agreement provides that "the Court shall retain jurisdiction to interpret and enforce this Agreement for its three-year duration"; and

WHEREAS pursuant to Sections I.K and VIII.E, the three-year period during which the Court retains jurisdiction commenced on the date the Court issued its Final Approval Order (ECF No. 1258) and its order vacating its preliminary injunctions (ECF No. 1259), both of which occurred on June 9, 2022; and

WHEREAS Section V.E.1 of the Settlement Agreement provides that "as part of the Final Approval Process, the Parties will ask the District Court Judge to appoint a magistrate judge to review any disputes under this subsection"; and

WHEREAS a Magistrate Judge was not appointed during the final approval process, but the Parties currently anticipate requiring the assistance of a Magistrate Judge to resolve an active dispute that is directly referrable to a Magistrate Judge pursuant to Sections V.C and V.B.2 of the Agreement;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request, that the Court issue an order appointing a Magistrate Judge to resolve disputes under the Settlement Agreement as set forth therein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 21, 2022 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
|  | */s/ Bree Bernwanger* <br> Bree Bernwanger <br> Attorneys for Plaintiffs |
|  | STEPHANIE M. HINDS <br> United States Attorney |
|  | */s/ Adrienne Zack* <br> Counsel for Federal Defendants |
|  | */s/ Susan Coleman* <br> Counsel for GEO Defendants |

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 21st day of December 2022, at Corpus Christi, Texas.

*/s/ Bree Bernwanger*

**[PROPOSED] ORDER**

Upon review of the Parties' stipulation, the Court hereby appoints Magistrate Judge _____ to review disputes arising from the Settlement Agreement in this matter.

**IT IS SO ORDERED.**

Dated this ___ day of December, 2022

_____
Honorable Vince Chhabria
United States District Judge, Northern
District of California