| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) <br> wfreeman@aclunc.org <br> SEAN RIORDAN (SBN 255752) <br> sriordan@aclunc.org <br> EMILOU H. MACLEAN (SBN 319071) <br> emaclean@aclunc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> Facsimile: (415) 255-8437 <br><br> Attorneys for Petitioners-Plaintiffs <br> Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771) <br> Public Defender <br> MATT GONZALEZ (SBN 153486) <br> Chief Attorney <br> GENNA ELLIS BEIER (SBN 300505) <br> genna.beier@sfgov.org <br> JENNIFER FRIEDMAN (SBN 314270) <br> jennifer.friedman@sfgov.org <br> FRANCISCO UGARTE (SBN 241710) <br> francisco.ugarte@sfgov.org <br> KELLY ENGEL WELLS (SBN 338648) <br> kelly.wells@sfgov.org <br> OFFICE OF THE PUBLIC DEFENDER <br> SAN FRANCISCO <br> 555 Seventh Street <br> San Francisco, CA 94103 <br> Direct: (415) 553-9319 <br> Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | CASE NO. 3:20-CV-02731-VC <br><br> **STIPULATION REQUESTING EXPEDITED REVIEW BY MAGISTRATE JUDGE** <br><br> **JUDGE VINCE CHHABRIA** |

| | |
|---|---|
| BREE BERNWANGER (SBN 331731)<br>bbernwanger@lccrsf.org<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS OF THE<br>SAN FRANCISCO BAY AREA<br>131 Steuart St #400<br>San Francisco, CA 94105<br>Telephone: (415) 814-7631<br><br>JUDAH LAKIN (SBN 307740)<br>judah@lakinwille.com<br>AMALIA WILLE (SBN 293342)<br>amalia@lakinwille.com<br>LAKIN & WILLE LLP<br>1939 Harrison Street, Suite 420<br>Oakland, CA 94612<br>Telephone: (510) 379-9216<br>Facsimile: (510) 379-9219<br><br>STEPHANIE PADILLA (SBN 321568)<br>spadilla@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297 | MARTIN S. SCHENKER (SBN 109828)<br>mschenker@cooley.com<br>JULIE M. VEROFF<br>jveroff@cooley.com (SBN 310161)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>TIMOTHY W. COOK* (Mass. BBO# 688688)<br>tcook@cooley.com<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 |

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

1      WHEREAS on June 9, 2022, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Related Motions ("Final Approval Order," ECF No. 1258), approving the Class Settlement Agreement entered into by and between the Parties to this Action ("Settlement Agreement," ECF No. 1205-1); and

       WHEREAS on December 21, 2022, the Parties filed a Stipulation and Proposed Order Regarding Appointment of Magistrate Judge (ECF 1265), requesting that a magistrate judge be appointed pursuant to the Court's order approving the Settlement Agreement (ECF 1258); and

       WHEREAS Section V.B.2 of the Settlement Agreement provides that, after exchanging briefing related to a dispute that re-detention of a Class Member constitutes a material breach of the Settlement Agreement, "the Parties shall then jointly file a request for expedited resolution with the assigned magistrate judge concerning Plaintiffs' brief, ICE's response, Plaintiffs' reply, and any supporting evidence from either party"; and

       WHEREAS such briefing concluded in the matter of Class Member Juan Bravo Zambrano on December 27, 2022;

       NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request that upon appointment, the Magistrate Judge conduct expedited review of the attached briefing to resolve the ongoing dispute under the Settlement Agreement as set forth therein.

|   |   |
|---|---|
| Dated: December 28, 2022 | Respectfully submitted,<br><br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br><br>*/s/ Bree Bernwanger*<br>Bree Bernwanger<br>Attorneys for Plaintiffs<br><br>STEPHANIE M. HINDS<br>United States Attorney<br><br>*/s/ Adrienne Zack*<br>Counsel for Federal Defendants |

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 28th day of December 2022, at El Paso, Texas.

*/s/ Bree Bernwanger*