| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) <br> wfreeman@aclunc.org <br> SEAN RIORDAN (SBN 255752) <br> sriordan@aclunc.org <br> EMILOU H. MACLEAN (SBN 319071) <br> emaclean@aclunc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> Facsimile: (415) 255-8437 <br><br> Attorneys for Petitioners-Plaintiffs <br> Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771) <br> Public Defender <br> MATT GONZALEZ (SBN 153486) <br> Chief Attorney <br> GENNA ELLIS BEIER (SBN 300505) <br> genna.beier@sfgov.org <br> JENNIFER FRIEDMAN (SBN 314270) <br> jennifer.friedman@sfgov.org <br> FRANCISCO UGARTE (SBN 241710) <br> francisco.ugarte@sfgov.org <br> KELLY ENGEL WELLS (SBN 338648) <br> kelly.wells@sfgov.org <br> OFFICE OF THE PUBLIC DEFENDER <br> SAN FRANCISCO <br> 555 Seventh Street <br> San Francisco, CA 94103 <br> Direct: (415) 553-9319 <br> Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | CASE NO. 3:20-CV-02731 <br><br> **DECLARATION OF JUAN BRAVO ZAMBRANO IN SUPPORT OF PLAINTIFFS' CHALLENGE TO RE-DETENTION OF JUAN BRAVO ZAMBRANO** <br><br> **JUDGE VINCE CHHABRIA** |

| | |
|---|---|
| BREE BERNWANGER (SBN 331731)<br>bbernwanger@lccrsf.org<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS OF THE<br>SAN FRANCISCO BAY AREA<br>131 Steuart St #400<br>San Francisco, CA 94105<br>Telephone: (415) 814-7631<br><br>JUDAH LAKIN (SBN 307740)<br>judah@lakinwille.com<br>AMALIA WILLE (SBN 293342)<br>amalia@lakinwille.com<br>LAKIN & WILLE LLP<br>1939 Harrison Street, Suite 420<br>Oakland, CA 94612<br>Telephone: (510) 379-9216<br>Facsimile: (510) 379-9219<br><br>STEPHANIE PADILLA (SBN 321568)<br>spadilla@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297 | MARTIN S. SCHENKER (SBN 109828)<br>mschenker@cooley.com<br>JULIE M. VEROFF<br>jveroff@cooley.com (SBN 310161)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>TIMOTHY W. COOK* (Mass. BBO# 688688)<br>tcook@cooley.com<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 |

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

CASE NO. 3:20-CV-02731
DECLARATION OF JUAN BRAVO ZAMBRANO
ISO PLAINTIFFS' CHALLENGE TO RE-
DETENTION OF JUAN BRAVO ZAMBRANO

**DECLARATION OF JUAN BRAVO ZAMBRANO**

I, Juan Bravo Zambrano, declare:

1. I was born on April 11, 1991 in Villa Victoria, Michoacan, Mexico. I'm 31 years old. I am a citizen of Mexico. On December 29, 2010, I obtained my permanent residence in the United States through a family petition.

2. I am currently detained by ICE at the Northwest Detention Center in Tacoma, WA for my immigration case.

3. I understand that immigration and ICE requirements are very important. I know that, if I am released were free, I have to be in communication with my ICE officer when requested, attend all appointments with the officers, and follow any other requirements that they ask of me. Also, I know that if I were to lose my case and have to be removed, I would have to go to the ICE office to be removed. If that were to happen, I promise that I will follow the rules and report to ICE officers for my trip to Mexico.

4. When I was free and had pending cases, I always attended court. I have never missed a court hearing. If I win the appeal of my immigration case, I will appear at each hearing that requests my presence. My lawyer keeps me informed of developments in my case and, if I've ever needed help getting to court, my family has always helped make sure I get there. We take my immigration case seriously.

5. Most of my family is in Washington, including my parents, my children, and several of my siblings. Also, Although I have two siblings, Angelica Bravo and Sergio Bravo, who live in Madera, CA and Visalia, CA, respectively. I don't see them much, because they live far away. I also have an aunt and cousins who live in Visalia, CA, but I haven't seen them in a long time and we aren't in touch.

6. Outside of Benton City, WA, I would have nowhere to live. It is my home here in the United States and it is where I intend to stay unless a final order of removal is issued against me and I must appear for deportation.

7. If I were to be released, I would return to my home in live in Benton City, WA to again live with my parents. My family is very supportive of me, and I know that they will help me comply with all the court and ICE rules.

I, Juan Bravo Zambrano, declare under penalty of perjury that everything I have said is true and correct to the best of my memory. I sign this declaration in Tacoma, WA.

s/ Juan Bravo Zambrano            12/15/2022
Juan Bravo Zambrano               Date

1

CASE NO. 3:20-CV-02731
DECLARATION OF JUAN BRAVO ZAMBRANO
ISO PLAINTIFFS' CHALLENGE TO RE-
DETENTION OF JUAN BRAVO ZAMBRANO

**CERTIFICATE OF TRANSLATION**

I, Hector A. Vega, declare that I am fluent and competent to translate from Spanish to English and this is a complete and accurate translation of Juan Bravo Zambrano's declaration, to the best of my abilities.

_____     12/15/2022_____
Hector A. Vega                                          Date

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 19th day of December 2022, at Corpus Christi, Texas.

/s/ Bree Bernwanger

2

CASE NO. 3:20-CV-02731
DECLARATION OF JUAN BRAVO ZAMBRANO
ISO PLAINTIFFS' CHALLENGE TO RE-
DETENTION OF JUAN BRAVO ZAMBRANO