| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002)<br>wfreeman@aclunc.org<br>SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>EMILOU H. MACLEAN (SBN 319071)<br>emaclean@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br><br>Attorneys for Petitioners-Plaintiffs<br>Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771)<br>Public Defender<br>MATT GONZALEZ (SBN 153486)<br>Chief Attorney<br>GENNA ELLIS BEIER (SBN 300505)<br>genna.beier@sfgov.org<br>JENNIFER FRIEDMAN (SBN 314270)<br>jennifer.friedman@sfgov.org<br>FRANCISCO UGARTE (SBN 241710)<br>francisco.ugarte@sfgov.org<br>KELLY ENGEL WELLS (SBN 338648)<br>kelly.wells@sfgov.org<br>OFFICE OF THE PUBLIC DEFENDER<br>SAN FRANCISCO<br>555 Seventh Street<br>San Francisco, CA 94103<br>Direct: (415) 553-9319<br>Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731<br><br>**DECLARATION OF GREGORIA ZAMBRANO ACEVEDO IN SUPPORT OF PLAINTIFFS' CHALLENGE TO RE-DETENTION OF JUAN BRAVO ZAMBRANO**<br><br>**JUDGE VINCE CHHABRIA** |

| | | |
|---|---|---|
| 1 | BREE BERNWANGER (SBN 331731)<br>bbernwanger@lccrsf.org | MARTIN S. SCHENKER (SBN 109828)<br>mschenker@cooley.com |
| 2 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS OF THE | JULIE M. VEROFF<br>jveroff@cooley.com (SBN 310161) |
| 3 | SAN FRANCISCO BAY AREA<br>131 Steuart St #400 | COOLEY LLP<br>3 Embarcadero Center, 20th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 814-7631 | San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000 |
| 5 | | Facsimile: (415) 693-2222 |
| 6 | JUDAH LAKIN (SBN 307740)<br>judah@lakinwille.com | TIMOTHY W. COOK* (Mass. BBO# 688688) |
| 7 | AMALIA WILLE (SBN 293342)<br>amalia@lakinwille.com | tcook@cooley.com<br>COOLEY LLP |
| 8 | LAKIN & WILLE LLP<br>1939 Harrison Street, Suite 420 | 500 Boylston Street<br>Boston, MA 02116 |
| 9 | Oakland, CA 94612<br>Telephone: (510) 379-9216 | Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 |
| | Facsimile: (510) 379-9219 | |

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

CASE NO. 3:20-CV-02731
DECLARATION OF GREGORIA ZAMBRANO
ACEVEDO ISO PLAINTIFFS' CHALLENGE TO
RE-DETENTION OF JUAN BRAVO ZAMBRANO

**DECLARATION OF GREGORIA ZAMBRANO ACEVEDO**

I, Gregoria Zambrano Acevedo, declare:

1. I was born in Michoacan, Mexico on April 27, 1959. I am 63 years old. I have been a resident of the United States since 2004. I obtained my immigration status through the family petition of my son, Sergio Bravo Zambrano.

2. I am married to Gregorio Bravo Valdovino, who was born on March 12, 1952. He is 70 years old and is a permanent resident. I have 12 children. Juan Bravo Zambrano is my ninth child.

3. My son Juan has lived in the United States since January 2011 and has lived near us ever since.

**Juan has always had a stable home in my house.**

4. Upon entering the United States, Juan first lived with his sister Angelica. Between 2012 and 2013, Juan lived in my house at 10903 W. 464 Pr. NW, Benton City, WA 99320. In 2013, Juan moved in with his partner, Socorro, and his two children, Juan and Destiny.

5. After being detained by ICE, Juan was released in May 2020. When he was released from detention, Juan returned to live in my house. He lived in my house for almost two years, until he was arrested again this year. Juan was arrested outside my house. Our home is his home.

6. If it would be helpful, our entire family is willing to provide our contact information to the officers in charge of his supervision, communicate with them regularly, and share their messages with Juan. We take these matters seriously and we will support Juan in complying with his supervision requirements.

**My husband and I suffer from health problems and Juan helps us.**

7. I live in my home in Benton City with my husband, my children Marcial, Reyes, and Adan, along with Marcial's two young children. Since he got out of detention, Juan has been an important help at home. I have had many health problems.

8. In 2013, I fell and fractured my hip bone. I was disabled for several months and had to go to physical therapy until the medical benefits expired. To this day, I have mobility problems and can't stand for long without feeling a lot of pain. I do movements at home to try to feel better.

9. For many years, I worked in the fields. The job gave me hand problems as my job was to use large shears to cut vegetables, sometimes in the rain. This hurt my left hand, and in 2020, I had surgery on my hand. Since then, my right hand has been getting weaker because I use it more. Now, because of the pain in my hands, I can no longer use a lot of force, I can't open cans or jars, I can't lift heavy things, and I can't make the dough for tortillas. This year, I tried to go back to work in the fields because we need money, but it was very difficult to work, and I couldn't do it for more than two months. It was very painful.

10. In 2018, I was diagnosed with gall stones. I had a lot of pain in my stomach, and they did surgery. In 2021, I had other problems with my stomach, but I can't explain it well. That year, I had another surgery.

11. This year, I also have trouble breathing at night. When I slept, I felt like I was drowning. The doctor gave me an oxygen machine that I put on every night to sleep.

1

CASE NO. 3:20-CV-02731
DECLARATION OF GREGORIA ZAMBRANO
ACEVEDO ISO PLAINTIFFS' CHALLENGE TO
RE-DETENTION OF JUAN BRAVO ZAMBRANO

12. Because of these problems, I have regular visits with doctors.

13. My husband, Gregorio, has also had many health problems. In 2020, he was in Mexico for a visit. My husband had an accident, and a tree branch pierced his left eye. He had emergency medical help in Mexico and then returned to the United States. Here, he had several surgeries, but he lost his eye and is now legally blind.

14. Since the accident, my husband can no longer do many manual things. He can't drive, read a lot, and daily life is very difficult for him. At 70 years old, he went to work in the fields this year, but he couldn't work much because it was difficult for him to do heavy work being already weak and with only one eye. My husband often has headaches, as he strains his vision using only one eye. My husband suffers from gastritis and takes daily medication. He has mobility problems, and he can't lift heavy things.

15. Juan was the one who helped us the most at home. Juan takes us to our medical appointments, he helped us with physical things at home, and with money when it was needed. From basic things to complicated things, we depend a lot on Juan to take care of us.

**Our entire family supports Juan and will help him comply with immigration court requirements and, if necessary, a final order of removal**

16. I understand how serious Juan's immigration case is. Our entire family is committed to supporting Juan and ensuring that, if he begins to have immigration hearings again, that he attends the hearings.

17. Although my husband and I have health problems, we stay organized. Just as Juan helps us with things we cannot do around the house and with our appointments, we are here to help him comply with his immigration obligations.

18. We also understand that if he receives a final order of deportation, he must report to ICE to be returned to Mexico. If that happens, we are committed to helping him prepare and supporting him through the process.

19. I have a lot of faith in Juan. When we talk on the phone, he sounds very sorry for his past mistakes, for not following all the rules that were set for him, and for falling in with people don't mean well for him. I know him better than anyone—he's a good man and he only wants the best for his family.

20. I need him a lot at home, and he needs to be with our family. Please, I ask you to let my son Juan out so that he can return with me and spend time with his children. Thank you very much.

I, Gregoria Zambrano Acevedo, declare under penalty of perjury that everything I have said is true and correct to the best of my memory. I sign this declaration in Benton, CA.

/s/ Gregoria Zambrano Acevedo          12/13/2022_____
Gregoria Zambrano Acevedo              Date

2

CASE NO. 3:20-CV-02731
DECLARATION OF GREGORIA ZAMBRANO ACEVEDO ISO PLAINTIFFS' CHALLENGE TO RE-DETENTION OF JUAN BRAVO ZAMBRANO

**CERTIFICATE OF TRANSLATION**

I, Hector A. Vega, declare that I am fluent and competent to translate from Spanish to English and this is a complete and accurate translation of Ms. Gregoria Zambrano Acevedo's declaration, to the best of my abilities.

_____  12/14/2022_____
Hector A. Vega                                Date

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 19th day of December 2022, at Corpus Christi, Texas.

/s/ Bree Bernwanger

3

CASE NO. 3:20-CV-02731
DECLARATION OF GREGORIA ZAMBRANO
ACEVEDO ISO PLAINTIFFS' CHALLENGE TO
RE-DETENTION OF JUAN BRAVO ZAMBRANO