STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, *et al.*,<br><br>    Defendants. | CASE NO. 3:20-cv-02731-VC<br><br>**DECLARATION OF ADRIENNE ZACK IN SUPPORT OF FEDERAL DEFENDANTS' RESPONSE TO ALLEGATION OF MATERIAL BREACH WITH RESPECT TO RE-DETENTION OF JUAN BRAVO ZAMBRANO** |

I, ADRIENNE ZACK, declare as follows:

    1.    I am an Assistant United States Attorney, and one of the attorneys of record for the Federal Defendants in this action. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

    2.    Attached hereto as Exhibit A is a true and correct copy of emails between counsel for Federal Defendants and Counsel for Plaintiffs from December 1, 2022, to December 20, 2022, regarding the re-detention of Mr. Juan Bravo Zambrano.

    3.    Attached hereto as Exhibit B is a true and correct copy of an Order granting the United States' Motion for Detention, Docket No. 1503 in *United States v. Bravo Zambrano*, No. 4:15-cr-6049-EFS-19 (E.D. Wash.).

4. Attached hereto as Exhibit C is a true and correct copy of an Order granting the United States' Motion for Detention, Docket No. 1550 in *United States v. Bravo Zambrano*, No. 4:15-cr-6049-EFS-19 (E.D. Wash.).

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 22nd day of December, 2022, in San Francisco, California.

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

# EXHIBIT A

| | |
|---|---|
| **From:** | Bree Bernwanger |
| **To:** | Zack, Adrienne (USACAN) |
| **Cc:** | Bill Freeman; Sean Riordan; Emi MacLean; Beier, Genna (PDR); Friedman, Jennifer (PDR); Francisco Ugarte; Wells, Kelly (PDR); Hayden Rodarte; Judah Lakin; Amalia Wille; Stephanie Padilla; Marty Schenker; Timothy Cook; Veroff, Julie M.; Robins, Jeffrey (CIV); Choe, Shiwon (USACAN) |
| **Subject:** | [EXTERNAL] RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention |
| **Date:** | Tuesday, December 20, 2022 12:00:28 AM |
| **Attachments:** | 2022.12.19 ZR GZA Dec.pdf<br>2022.12.19 ZR JBZ Dec.pdf<br>2022.12.19 ZR JBZ BB Dec.pdf<br>2022.12.19 ZR JBZ BB Dec Attachments.pdf |

Dear Counsel:

Attached please find:
1) Declaration of Juan Bravo Zambrano
2) Declaration of Gregoria Zambrano Acevedo
3) Declaration of Bree Bernwanger
4) Attachments to Declaration of Bree Bernwanger

Best,
Bree

**From:** Bree Bernwanger
**Sent:** Monday, December 19, 2022 11:52 PM
**To:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; Veroff, Julie M. <jveroff@cooley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>
**Subject:** RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Dear Counsel:

Attached please find Plaintiffs' opening brief challenging Mr. Bravo's re-detention pursuant to Section V.B.2 of the Settlement Agreement. Because of PDF size, I am sending the supporting evidence under separate cover. Please let me know if you have issues receiving it.

There is some ambiguity in Section V.B.2 of the Settlement Agreement regarding whether briefing should first be exchanged by counsel or filed with the court. Because the Agreement instructs us to "provide Counsel for ICE" with the brief, we are interpreting its terms as contemplating an exchange of briefs and a subsequent filing of the full set of briefing and evidence with the magistrate judge, accompanied by the joint request for expedited review.

1

We continue to think that a joint stipulation regarding appointment of a magistrate is an appropriate next step and think that it should be filed before the parties complete their briefing schedule under Section V.B.2. Please let us know ICE's position.

Best,
Bree

---

**From:** Bree Bernwanger
**Sent:** Sunday, December 18, 2022 10:21 PM
**To:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; Veroff, Julie M. <jveroff@cooley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>
**Subject:** RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Dear Adrienne,

Thank you for letting us know ICE's response. We will move forward with the dispute resolution process before a magistrate judge set forth in the Agreement.

Because the parties did not address the appointment of a magistrate at the final approval hearing, we think it makes sense to file a stipulation with Judge Chhabria requesting that he make the appointment pursuant to the Agreement (separately from the briefing that we will be filing). If this sounds sensible to you, we will prepare a stip and circulate it tomorrow. Please let me know.

If it would be helpful to discuss, please feel free to call my cell – 361-549-9935. I'm traveling by car tomorrow morning and will be back online in the early afternoon, but am happy to connect by phone.

Best,
Bree

---

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Sent:** Wednesday, December 14, 2022 11:57 AM
**To:** Bree Bernwanger <bbernwanger@lccrsf.org>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla

2

<SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; Veroff, Julie M. <jveroff@cooley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>
**Subject:** RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Bree,

As we discussed, the type of flight risk relevant to probation is distinct from that considered by ICE. ICE has determined that Mr. Bravo Zambrano is a flight risk and not amenable to supervision. He has therefore been re-arrested pursuant to the terms in the Settlement Agreement. ICE is not willing to consider in-patient drug treatment in lieu of ICE custody. Moreover, absent any ruling from a magistrate judge, 8 U.S.C. 1226(c) precludes ICE from agreeing to release Mr. Bravo Zambrano.

With respect to your request for records from the probation department, this request is inappropriate in this context. You have been provided with the basis for Mr. Bravo Zambrano's re-detention, as required by Part V.B.2. You should contact Mr. Bravo Zambrano's criminal attorney for this type of information.

Adrienne

**From:** Bree Bernwanger <bbernwanger@lccrsf.org>
**Sent:** Monday, December 12, 2022 4:19 PM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; Veroff, Julie M. <jveroff@cooley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Dear Adrienne,

While we await ICE's position on the proposal below, we also are continuing to investigate the underlying records.

Can you please share with us the communication log between Mr. Bravo Zambrano and his probation officer? We believe this is necessary to have a full picture of the facts referenced in the probation violation petitions, which we understand form the basis for ICE's position on re-detention.

Best,
Bree

3

**From:** Bree Bernwanger
**Sent:** Friday, December 9, 2022 1:01 PM
**To:** 'Zack, Adrienne (USACAN)' <Adrienne.Zack@usdoj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; 'Sean Riordan' <SRiordan@aclunc.org>; 'Emi MacLean' <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; 'Friedman, Jennifer (PDR)' <jennifer.friedman@sfgov.org>; 'Francisco Ugarte' <francisco.ugarte@sfgov.org>; 'Wells, Kelly (PDR)' <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; 'Judah Lakin' <judah@lakinwille.com>; 'Amalia Wille' <amalia@lakinwille.com>; 'Stephanie Padilla' <SPadilla@aclusocal.org>; 'Marty Schenker' <mschenker@cooley.com>; 'Timothy Cook' <tcook@cooley.com>; 'Veroff, Julie M.' <jveroff@cooley.com>; 'Robins, Jeffrey (CIV)' <Jeffrey.Robins@usdoj.gov>; 'Choe, Shiwon (USACAN)' <Shiwon.Choe@usdoj.gov>
**Subject:** RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Dear Adrienne,

Thank you for taking the time to meet and confer yesterday.

You shared that ICE's position is that Mr. Bravo Zambrano is a flight risk because he has shown an inability to comply with supervision instructions. Plaintiffs position is that ICE's approach is overly broad, and that non-compliance with probation requirements is not sufficient to show risk of flight from ICE on these facts, where Mr. Bravo Zambrano followed up with probation officers, continues to reside at his stated address, and followed the other rules applicable to him.

We believe it is particularly significant that Mr. Bravo Zambrano's revised conditions of release (attached), which were imposed in conjunction with his most recent sentencing and thus represent federal court's evaluation of current appropriate conditions, do not include any electronic monitoring or other particular restrictions on movement (beyond the typical condition that he not leave the district without permission). If Mr. Bravo Zambrano were in fact a flight risk, surely the federal court would have imposed some monitoring of his movement in order to allow federal probation officers to ensure that they would be able to continue supervising him.

To the extent that the factual allegations and probation violation involving drug use informs ICE's position, we have communicated further with Mr. Bravo Zambrano and his counsel and he is willing to voluntarily enter in-patient drug treatment immediately upon release, if ICE is willing to release him. We are actively seeking to identify a suitable in-patient program near his home in Washington. We are open to negotiating terms for his conditional release during the brief meet and confer period that has just begun under Section V.B.2 of the agreement. And regardless of how quickly we can secure an in-patient treatment program for Mr. Bravo Zambrano, he will be ready to proceed with the evaluation for possible treatment planning that is included as a special condition of his supervised release.

If ICE would like to further discuss this proposal, please let me know when you are available to further meet and confer.

Best,

4

Bree

**From:** Bree Bernwanger
**Sent:** Thursday, December 8, 2022 12:56 PM
**To:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; Veroff, Julie M. <jveroff@cooley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>
**Subject:** RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Hi Adrienne,

Thank you for clarifying ICE's basis for re-detention.

We were aware of this publicly available information; it is our position that the public record in this case does not demonstrate flight risk, which is why we reached out to you to meet and confer and identified our concern that the re-detention is a material breach. However, in the interest of making our meet and confer meaningful, and to ensure compliance with V.B.2 of the settlement agreement, we wanted to ensure that this constituted the full basis of ICE's decision to re-detain Mr. Bravo Zambrano.

We appreciate your clarification that ICE's decision rests on this public record and I look forward to connecting at 1:30—thanks for sending the dial-in.

Best,
Bree

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Sent:** Thursday, December 8, 2022 10:26 AM
**To:** Bree Bernwanger <bbernwanger@lccrsf.org>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; Veroff, Julie M. <jveroff@cooley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>

**Subject:** RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Hi Bree,

Let's do 1:30pm.  I'll circulate an invitation shortly.

Attached please find the documentation from Mr. Bravo Zambrano's criminal case regarding his probation violations and resulting sentences.  Separate from the incident that caused Judge Chhabria to revoke his bail, he has violated numerous terms of his federal probation twice within a year period.   Defendants note that this information is equally available to Class Counsel on the public docket, and we believe that Class Counsel was obligated to do  their due diligence before alleging a material breach of the Settlement Agreement.  We provide this information as a courtesy, but we are concerned by Class Counsel's allegations of material breach seemingly without any investigation before doing so.

Adrienne

---

**From:** Bree Bernwanger <bbernwanger@lccrsf.org>
**Sent:** Wednesday, December 7, 2022 9:16 PM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>
**Cc:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; funger@cooley.com; Veroff, Julie M. <jveroff@cooley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Zepeda Rivas Settlement Agreement - Notice of Re-detention

No worries. I could also speak from 11-12, 1-3, or 4-5:30. Please let me know if any of those windows work for you. I'm also free before 11, from 1-2, and after 2:45 pm on Friday.

Best,
Bree

Sent from my iPhone

> On Dec 7, 2022, at 3:48 PM, Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov> wrote:
>
> Bree,
>
> Apologies, I am no longer available 3-4pm tomorrow.  Would any other time work for

you? And I can circulate a dial-in.

Thanks,
Adrienne

---

**From:** Bree Bernwanger <bbernwanger@lccrsf.org>
**Sent:** Wednesday, December 7, 2022 12:16 PM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; funger@cooley.com; Veroff, Julie M. <jveroff@cooley.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Adrienne,

Thank you for your response. Please provide us with the probation violations that form the basis for ICE's position that Mr. Bravo Zambrano is now a flight risk, which are necessary for Plaintiffs to assess ICE's position under the settlement agreement.

Thank you also for providing your availability. Let's hold 3 PM tomorrow for a meet and confer, if that works for you. I'm happy to circulate a dial-in, but please let me know if you would prefer to send a Webex. If Plaintiffs reconsider their position after receiving the full basis for Mr. Bravo Zambrano's re-detention from you, we will let you know.

Best,
Bree

---

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Sent:** Wednesday, December 7, 2022 9:55 AM
**To:** Bree Bernwanger <bbernwanger@lccrsf.org>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; funger@cooley.com;

7

Veroff, Julie M. <jveroff@cooley.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>
**Subject:** RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Bree,

Mr. Juan Bravo Zambrano, whose prior bail order was revoked by Judge Chhabria, was re-detained pursuant to III.B.5 because he again failed to comply with multiple federal probation requirements and is a flight risk.  If after being informed of the reason for re-detention, Class Counsel still wishes to confer, ICE counsel is available on Thursday or Friday.

Adrienne

**From:** Bree Bernwanger <bbernwanger@lccrsf.org>
**Sent:** Tuesday, December 6, 2022 11:45 AM
**To:** Zack, Adrienne (USACAN) <AZack1@usa.doj.gov>; Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte <francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; funger@cooley.com; Veroff, Julie M. <jveroff@cooley.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <SChoe@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Zepeda Rivas Settlement Agreement - Notice of Re-detention

Dear Adrienne,

Plaintiffs are concerned that this re-detention is in material breach of the Settlement Agreement. We request a meet and confer with you pursuant to Section V.B.2 of the Settlement Agreement. Please let us know your availability during the next three days. Please also send us ICE's basis for redetention, as required by Section V.B.2.

Best,
Bree

**From:** Zack, Adrienne (USACAN) <Adrienne.Zack@usdoj.gov>
**Sent:** Thursday, December 1, 2022 2:17 PM
**To:** Bill Freeman <wfreeman@aclunc.org>; Sean Riordan <SRiordan@aclunc.org>; Emi MacLean <EMacLean@aclunc.org>; Beier, Genna (PDR) <genna.beier@sfgov.org>; Friedman, Jennifer (PDR) <jennifer.friedman@sfgov.org>; Francisco Ugarte

8

<francisco.ugarte@sfgov.org>; Wells, Kelly (PDR) <kelly.wells@sfgov.org>; Bree Bernwanger <bbernwanger@lccrsf.org>; Hayden Rodarte <hrodarte@lccrsf.org>; Judah Lakin <judah@lakinwille.com>; Amalia Wille <amalia@lakinwille.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Marty Schenker <mschenker@cooley.com>; Timothy Cook <tcook@cooley.com>; funger@cooley.com; Veroff, Julie M. <jveroff@cooley.com>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Choe, Shiwon (USACAN) <Shiwon.Choe@usdoj.gov>
**Subject:** Zepeda Rivas Settlement Agreement - Notice of Re-detention

Dear Counsel,

Pursuant to Section III.H of the Zepeda Rivas Settlement Agreement, ICE hereby notifies Class Counsel that JUAN BRAVO ZAMBRANO, A# 061312537, has been re-arrested by ICE on December 1, 2022.

Adrienne Zack
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415.436.7031
Adrienne.Zack@usdoj.gov

# EXHIBIT B

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JUAN BRAVO ZAMBRANO,<br><br>  Defendant. | No. 4:15-CR-06049-EFS-19<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE PETITION AND GRANTING UNITED STATES' MOTION FOR DETENTION<br><br>**ECF No. 1496** |

On Wednesday, January 26, 2022, Defendant made an initial appearance for supervised release violations reported in a Petition dated January 21, 2022 (ECF No. 1493, violations 1-3). With Defendant's consent, Defendant appeared by video from the Benton County Jail. Defendant was represented by Assistant Federal Defender Craig Webster and assisted by federal court-certified interpreter Natalia Rivera. Assistant United States Attorney Alison Gregoire represented the United States.

Defendant was advised of and acknowledged Defendant's rights.

Defendant denied violating the conditions of Defendant's release.

ORDER - 1

The Office of the Federal Defenders was appointed to represent Defendant.

Defendant, personally and through counsel, waived the right to a detention hearing.

Defendant, personally and through counsel, waived the right to a preliminary hearing.

Accordingly, **IT IS ORDERED:**

1. The United States' Motion for Detention (**ECF No. 1496**) is **GRANTED.**

2. Defendant shall be committed to the custody of the Attorney General pending disposition of this case or until further order of the Court. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

3. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the Court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

ORDER - 2

  4. A revocation hearing was set before **Judge Edward F. Shea by video** in Richland, Washington on **Tuesday, February 15, 2022, at 11:00 AM.**

  DATED January 26, 2022.

<u>s/*James P. Hutton*</u>
JAMES P. HUTTON
UNITED STATES DISTRICT JUDGE

ORDER - 3

# EXHIBIT C

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BRAVO ZAMBRANO,<br><br>Defendant. | No. 4:15-CR-6049-EFS-19<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE PETITION<br><br>**ECF No. 1544** |

On Thursday, June 16, 2022, Defendant made an initial appearance for a supervised release violation reported in a Petition dated April 27, 2022 (ECF No. 1531, violations 1-3). Defendant was represented by Assistant Federal Defender Alex B. Hernandez III and assisted by federal court-certified interpreter Natalia Rivera. With Defendant's consent, Defendant appeared by video from Richland, Washington. Assistant United States Attorney David Herzog represented the United States.

Defendant was advised of and acknowledged Defendant's rights.

Defendant denied violating the conditions of Defendant's release.

The Office of the Federal Defenders was appointed to represent Defendant.

Defendant, personally and through counsel, waived the right to a detention hearing.

Defendant, personally and through counsel, waived the right to a preliminary hearing.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The United States' Motion for Detention (**ECF No. 1544**) is **GRANTED.**

2. Defendant shall be committed to the custody of the Attorney General pending disposition of this case or until further order of the Court. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

3. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the Court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

4. A revocation hearing was set before **Judge Edward F. Shea in Richland, Washington, on Tuesday, July 05, 2022, at 1:15 P.M.**

**IT IS SO ORDERED.**

DATED June 16, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2