UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>        Defendants. | Case No.   20-cv-02731-VC<br><br>**REFERRAL FOR SETTLEMENT CONFERENCE** |

      This matter is hereby referred to a randomly assigned Magistrate Judge of this court to conduct a Settlement Conference within 90 days, or as soon thereafter as is convenient to the magistrate judge. The assigned judge's chambers will contact counsel with a date and time for the conference to be conducted.

      **IT IS SO ORDERED.**

Dated: January 6, 2023

_____
VINCE CHHABRIA
United States District Judge