WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-02731<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF MAGISTRATE JUDGE**<br><br>**JUDGE VINCE CHHABRIA** |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

WHEREAS on June 9, 2022, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Related Motions ("Final Approval Order," ECF No. 1258), approving the Class Settlement Agreement entered into by and between the Parties to this Action ("Settlement Agreement," ECF No. 1205-1) and ordering the appointment of a magistrate judge; and

WHEREAS Section VIII.F of the Settlement Agreement provides that "the Court shall retain jurisdiction to interpret and enforce this Agreement for its three-year duration"; and

WHEREAS pursuant to Sections I.K and VIII.E, the three-year period during which the Court retains jurisdiction commenced on the date the Court issued its Final Approval Order (ECF No. 1258) and its order vacating its preliminary injunctions (ECF No. 1259), both of which occurred on June 9, 2022; and

WHEREAS Section V.E.1 of the Settlement Agreement provides that "as part of the Final Approval Process, the Parties will ask the District Court Judge to appoint a magistrate judge to review any disputes under this subsection"; and

WHEREAS a Magistrate Judge was not appointed during the final approval process, but the Parties currently anticipate requiring the assistance of a Magistrate Judge to resolve an active dispute that is directly referrable to a Magistrate Judge pursuant to Sections V.C and V.B.2 of the Agreement;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request, that the Court issue an order appointing a Magistrate Judge to resolve disputes under the Settlement Agreement as set forth therein.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: December 21, 2022 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA |
| 3 | | |
| 4 | | */s/ Bree Bernwanger* |
| 5 | | Bree Bernwanger<br>Attorneys for Plaintiffs |
| 6 | | STEPHANIE M. HINDS |
| 7 | | United States Attorney |
| 8 | | */s/ Adrienne Zack* |
|   | | Counsel for Federal Defendants |
| 9 | | |
| 10 | | */s/ Susan Coleman*<br>Counsel for GEO Defendants |

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 21st day of December 2022, at Corpus Christi, Texas.

*/s/ Bree Bernwanger*

**[PROPOSED] ORDER**

Upon review of the Parties' stipulation, the Court hereby appoints Magistrate Judge __Laurel Beeler__ to review disputes arising from the Settlement Agreement in this matter.

**IT IS SO ORDERED.**

Dated this __10__ day of ~~December,~~ January, 2023 ~~2022~~

IT IS SO ORDERED
Judge Vince Chhabria

_____
Honorable Vince Chhabria
United States District Judge, Northern District of California