STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
SHIWON CHOE (CABN 320041)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    adrienne.zack@usdoj.gov
    shiwon.choe@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, *et al.*, | CASE NO. 3:20-cv-02731-VC |
| Plaintiffs, | **JOINT CONSENT TO MAGISTRATE JURISDICTION PURSUANT TO SETTLEMENT AGREEMENT** |
| v. | |
| DAVID JENNINGS, *et al.*, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c), and pursuant to the dispute resolution procedures set forth in the Settlement Agreement § V, ECF No. 1205-1, the parties hereby jointly voluntarily consent to have United States Magistrate Judge Laurel Beeler conduct and decide all current and future dispute resolution proceedings in this case as set out in the Settlement Agreement.

//

//

//

DATED: January 23, 2023		Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*s/Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Federal Defendants

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA

*/s/ Bree Bernwanger*[1]
Bree Bernwanger
Attorneys for Plaintiffs

*/s/ Susan Coleman*[1]
SUSAN S. COLEMAN
Counsel for GEO Defendants

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.