WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Warden of Mesa Verde Detention Facility,<br><br>Respondents-Defendants. | CASE NO. 3:20-CV-2731-LB<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR DETERMINATION OR HEARING ON CLASS MEMBER'S CONTESTED RE-DETENTION** |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
FRANCISCO M. UNGER* (Mass. BBO# 698807)
funger@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
\*Admitted *Pro Hac Vice*

Plaintiffs' file this unopposed administrative motion requesting that within seven days the court either adjudicate the contested re-detention of class member Juan Bravo Zambrano or hold a hearing on that re-detention. Mr. Zambrano has now been detained by U.S. Immigration and Customs Enforcement ("ICE") for more than three months, despite Plaintiffs' contention that his detention violates the Settlement Agreement in this case and that he must be released under the terms of that Agreement. Plaintiffs respectfully believe that prompt adjudication or hearing of this dispute is necessary both to give meaning to the "expedited resolution" provision of the Settlement Agreement and in light of Mr. Zambrano's interest in his own liberty.

On December 1, 2022, ICE re-detained Mr. Zambrano. On December 29, 2022, the parties filed a stipulation requesting "expedited resolution" of the dispute over whether his re-detention violates the Settlement Agreement in this case. (ECF 1266.) On that same date, the parties filed the briefing and supporting information contemplated by the Agreement in cases of contested re-detention. (ECF 1266-1 to 1266-8.) After appointment to adjudicate settlement disputes in this case, Judge Beeler convened a conference between the parties on January 19, 2023.

The Court has not yet adjudicated this dispute. Section V.B.2 of the Settlement Agreement provides that, in the case of a contested re-detention of a class member, "the Parties shall [] jointly file a request for expedited resolution with the assigned magistrate judge concerning Plaintiffs' brief, ICE's response, Plaintiffs' reply, and any supporting evidence from either party." The parties did so (ECF 1266), and Plaintiffs now renew the parties' request for expedited resolution. The prompt resolution of this dispute is also warranted in light of the significant liberty interest at stake. *See, e.g., Zadvydas v. Davis*, 533 U.S. 678, 690 (2001) ("Freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty [the Due Process Clause] protects.").

By e-mail communication on March 3, 2023, counsel for ICE indicated that ICE does not oppose this motion.

For the foregoing reasons, Plaintiffs request that the court hear or adjudicate the dispute concerning Mr. Zambrano's re-detention within seven days.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 7, 2023 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
|  | */s/ Sean Riordan* <br> Counsel for Petitioners-Plaintiffs |