WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
BREE BERNWANGER (SBN 331731)
bernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA,

    Petitioners-Plaintiffs,

    v.

DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility,

    Respondents-Defendants.

CASE NO. 3:20-CV-02731

**[PROPOSED] ORDER GRANTING DISCOVERY**

JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

**[PROPOSED] ORDER**

Plaintiffs have raised significant questions concerning noncompliance with the Settlement Agreement, and limited discovery could provide potentially favorable information to Plaintiffs. *See Kelly v. Wengler*, 979 F.Supp.2d 1237 (D. Idaho 2013); *California Dep't of Soc. Servs. v. Leavitt*, 523 F.3d 1025, 1033 (9th Cir. 2008). The Court accordingly ORDERS that Plaintiffs be allowed to engage in the following discovery:

Plaintiffs may serve and Defendants must respond to the following written discovery: (1) requests for production of documents concerning communications regarding the March 7, 2023 transfers of class members to El Paso Service Processing Center and any facility video recordings of the transfers, and (2) interrogatories concerning steps Defendants took to determine whether those transfers were medically necessary and any medical precautions – including precautions pertaining to COVID-19 – that Defendants took before, during, and after transfers. Defendants shall respond to the RFPs and produce any responsive, non-privileged documents within 30 days after service. Defendants shall answer the interrogatories within 30 days after service.

Plaintiffs may also notice and take the following depositions: (1) the medical officer most knowledgeable about the medical necessity Defendants claim justified their decision to transfer the class members, (2) ICE officer Manuel Starr, and (3) the medical officer at El Paso Service Processing Center most knowledgeable about the care provided to the class members in El Paso.

After the conclusion of this discovery, if the Parties continue to be unable to resolve their dispute as to whether the transfers violated the Settlement Agreement, Plaintiffs may seek further relief from the Court. In that event, the Parties may submit simultaneous briefs and supporting information to the Court concerning their respective positions on this dispute within 30 days after the conclusion of discovery. The Parties, or either of them, may seek extension of that deadline through stipulation or administrative motion.

SO ORDERED

August __, 2023

_____
Hon. Laurel Beeler