WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
BREE BERNWANGER (SBN 331731)
bernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, BRENDA RUBI RUIZ TOVAR, LAWRENCE KURIA MWAURA, LUCIANO GONZALO MENDOZA JERONIMO, CORAIMA YARITZA SANCHEZ NUÑEZ, JAVIER ALFARO, DUNG TUAN DANG, JUAN JOSE ERAZO HERRERA, RAJNISH RAJNISH, and WILLIAN MATIAS RAUDA, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; GEO GROUP, INC.; MICHAEL KNIGHT, Acting Warden of Mesa Verde Detention Facility, <br><br> Respondents-Defendants. | CASE NO. 3:20-CV-02731-LB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

**[PROPOSED] ORDER**

Plaintiffs have demonstrated by a preponderance of the evidence that Section II.A.10 of the settlement agreement in this case (the "Vulnerabilities Provision") applies to all class members regardless of detention statute and that Federal Defendants have failed to comply with its provisions, constituting material breach of the settlement agreement (the "Agreement"). *See Buss v. Superior Court*, 16 Cal. 4th 35, 54, 65 Cal.Rptr.2d 366, 939 P.2d 766 (1997) (preponderance of the evidence standard applies to "contractual causes of action") (citations omitted); *Flores v. Sessions*, 394 F. Supp. 3d 1041, 1048–49 (C.D. Cal. 2017) (holding that *Buss* applies to actions to enforce settlement agreements). Federal Defendants will remain in breach of the Agreement unless and until ICE conducts individualized evaluations of all Class Members with Vulnerabilities and releases each such class member who does not pose a flight risk or danger to the community that substantially outweighs their risk of severe illness or death if they contract COVID-19. The Court accordingly ORDERS that:

1) Within 10 days, Federal Defendants must:

    a. Conduct the individualized assessment set forth in the Vulnerabilities Provision for each Class Member with Vulnerabilities who remains detained; and

    b. File a compliance report with the Court, identifying, for each class member who Federal Defendants determine should remain detained, all factors Federal Defendants considered and relied upon in determining that the class member's flight risk or danger to the community substantially outweighs their risk of severe illness or death if they contract COVID-19.

2) Within 5 days of Federal Defendants' filing, Plaintiffs may file objections to Federal Defendants' compliance report.

3) Federal Defendants shall produce monthly compliance reports to Plaintiffs, identifying, for each Class Member with Vulnerabilities that Federal Defendants decide to detain after their initial screening, all factors Defendants considered and relied upon in determining that the class member's flight risk or danger to the community substantially outweighs their risk of

severe illness or death if they contract COVID-19. Such productions shall continue for the duration of the Settlement Agreement

SO ORDERED

August __, 2023

_____

Hon. Laurel Beeler