WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
BREE BERNWANGER (SBN 331731)
bernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | CASE NO. 3:20-CV-02731 |
| Petitioners-Plaintiffs, | **JOINT STIPULATION REQUESTING EXPEDITED REVIEW OF SETTLEMENT DISPUTES** |
| v. | |
| MOISES BECERRA[1], et al., | |
| Respondents-Defendants. | |

---

[1] On July 17, 2022, Moises Becerra was appointed as Field Office Director ("FOD") for the U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") San Francisco Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), FOD Becerra is automatically substituted for former FOD David Jennings as a party in this case.

JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 543-9444

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

**JOINT STIPULATION**

WHEREAS on June 9, 2022, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Related Motions ("Final Approval Order," ECF No. 1258), approving the Class Settlement Agreement entered into by and between the Parties to this Action ("Settlement Agreement," ECF No. 1205-1); and

WHEREAS on January 23, 2023, the parties jointly consented to Judge Beeler to "conduct and decide all current and future dispute resolution proceedings in this case as set out in the Settlement Agreement" (ECF No. 1273); and

WHEREAS on January 24, 2023, this case was reassigned for all purposes to Judge Beeler (ECF No. 1274); and

WHEREAS Section V.E of the Settlement Agreement provides that, where the Plaintiffs allege Defendants are in breach of the Settlement Agreement, "if the issue cannot be resolved through the Ninth Circuit mediation program, the Parties will jointly seek expeditious review by a magistrate judge of the Court"; and

WHEREAS Plaintiffs' allegation that Defendants have breached Section II.A.1 and Section II.A.10 the Settlement Agreement could not be resolved through the Ninth Circuit mediation program;

WHEREAS Plaintiffs and Federal Defendants agreed to submit briefing on those disputes on August 14, 2023;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request that Judge Beeler conduct expedited review of the parties' disputes described at docket entries 1280-1282.

//

//

//

//

//

//

Dated: August 14, 2023                    Respectfully submitted,

                                          ACLU of Northern California
                                          /s/ Bree Bernwanger
                                          Bree Bernwanger
                                          Attorneys for Plaintiffs

                                          ISMAIL J. RAMSEY United States Attorney
                                          /s/ Adrienne Zack

                                          Attorneys for Federal Defendants

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 14th day of August 2023, at Berkeley, California.

/s/ Bree Bernwanger

CASE NO. 3:20-CV-02731
STIPULATION REQUESTING
EXPEDITED REVIEW