| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) <br> wfreeman@aclunc.org <br> SEAN RIORDAN (SBN 255752) <br> sriordan@aclunc.org <br> EMILOU H. MACLEAN (SBN 319071) <br> emaclean@aclunc.org <br> BREE BERNWANGER (SBN 331731) <br> bernwanger@aclunc.org <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (415) 621-2493 <br> Facsimile: (415) 255-8437 <br><br> Attorneys for Petitioners-Plaintiffs <br> Additional Counsel Listed on Following Page | MANOHAR RAJU (SBN 193771) <br> Public Defender <br> MATT GONZALEZ (SBN 153486) <br> Chief Attorney <br> GENNA ELLIS BEIER (SBN 300505) <br> genna.beier@sfgov.org <br> JENNIFER FRIEDMAN (SBN 314270) <br> jennifer.friedman@sfgov.org <br> FRANCISCO UGARTE (SBN 241710) <br> francisco.ugarte@sfgov.org <br> KELLY ENGEL WELLS (SBN 338648) <br> kelly.wells@sfgov.org <br> OFFICE OF THE PUBLIC DEFENDER <br> SAN FRANCISCO <br> 555 Seventh Street <br> San Francisco, CA 94103 <br> Direct: (415) 553-9319 <br> Facsimile: (415) 553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> MOISES BECERRA[1], et al., <br><br> Respondents-Defendants. | CASE NO. 3:20-CV-02731-LB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY BRIEFS REGARDING SETTLEMENT IMPLEMENTATION DISPUTES (ECF NOS. 1280, 1281, 1282)** |

---

[1] On July 17, 2022, Moises Becerra was appointed as Field Office Director ("FOD") for the U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") San Francisco Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), FOD Becerra is automatically substituted for former FOD David Jennings as a party in this case.

| | |
|---|---|
| JORDAN WELLS (SBN 326491)<br>jwells@lccrsf.org<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS OF THE<br>SAN FRANCISCO BAY AREA<br>131 Steuart St #400<br>San Francisco, CA 94105<br>Telephone: (415) 543-9444<br><br>JUDAH LAKIN (SBN 307740)<br>judah@lakinwille.com<br>AMALIA WILLE (SBN 293342)<br>amalia@lakinwille.com<br>LAKIN & WILLE LLP<br>1939 Harrison Street, Suite 420<br>Oakland, CA 94612<br>Telephone: (510) 379-9216<br>Facsimile: (510) 379-9219<br><br>STEPHANIE PADILLA (SBN 321568)<br>spadilla@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 977-5297 | MARTIN S. SCHENKER (SBN 109828)<br>mschenker@cooley.com<br>JULIE M. VEROFF<br>jveroff@cooley.com (SBN 310161)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>TIMOTHY W. COOK* (Mass. BBO# 688688)<br>tcook@cooley.com<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400 |

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

**JOINT STIPULATION**

WHEREAS on August 14, 2023, Plaintiffs filed motions seeking relief concerning two distinct disputes regarding implementation of the Settlement Agreement in this case (ECF Nos. 1280, 1281);

WHEREAS on August 14, 2023, Federal Defendants filed a consolidated opposition concerning those two disputes (ECF Nos. 1282);

WHEREAS this matter is set for hearing on August 24, 2023 at 9:30 a.m.;

WHEREAS the Settlement Agreement allows either party to seek leave to expeditiously file a reply brief in connection with a dispute under the Settlement Agreement (ECF No. 1205-1, Section V.E);

WHEREAS Plaintiffs' proposed reply brief is attached as Exhibit A to this stipulation;

WHEREAS Federal Defendants' intend to file their reply brief on or before August 21, 2023;

WHEREAS Plaintiffs and Federal Defendants believe that the respective reply briefs will assist the Court in adjudicating these disputes;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request that the Court grant leave to file their respective reply briefs, as described above.

Dated: August 18, 2023				Respectfully submitted,

						ACLU of Northern California
						*/s/ Bree Bernwanger*
						Bree Bernwanger
						Attorneys for Plaintiffs

						ISMAIL J. RAMSEY
						United States Attorney
						*/s/ Adrienne Zack*

						Attorneys for Federal Defendants

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 18th day of August 2023, at Berkeley, California.

*/s/ Bree Bernwanger*

**[PROPOSED] ORDER**

Each of the parties may file a reply brief concerning the disputes described in their Joint Stipulation.

SO ORDERED.

August __, 2023                                          _____
                                                                                    Hon. Laurel Beeler