WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
BREE BERNWANGER (SBN 331731)
bernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | CASE NO. 3:20-CV-02731-LB |
| Petitioners-Plaintiffs, | **STIPULATION AND [PROPOSED ORDER] REGARDING EAJA FILING DEADLINE** |
| v. | |
| MOISES BECERRA[1], et al., | |
| Respondents-Defendants. | |

[1] On July 17, 2022, Moises Becerra was appointed as Field Office Director ("FOD") for the U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") San Francisco Field Office.  Pursuant to Federal Rule of Civil Procedure 25(d), FOD Becerra is automatically substituted for former FOD David Jennings as a party in this case.

JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 543-9444

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

WHEREAS on August 30, 2023, the Court entered its Order Resolving Settlement Disputes (ECF No. 1291); and

WHEREAS Plaintiffs believe November 29, 2023, is 30 days after the date the Court's Order Resolving Settlement Disputes became final; and

WHEREAS Plaintiffs contacted Federal Defendants on October 31, 2023, with a fee demand and a request to reach a negotiated resolution regarding attorneys' fees under the Equal Access to Justice Act ("EAJA"), *see* 28 U.S.C. § 2412; and

WHEREAS the Parties require additional time beyond November 29, 2023, to engage in good faith negotiations; and

WHEREAS, should negotiations ultimately prove unsuccessful, Federal Defendants preserve any arguments that an application for attorneys' fees under EAJA was untimely as of October 31, 2023, and any arguments regarding the merits of Plaintiffs' entitlement to attorneys' fees under EAJA;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request, that the Court issue an order permitting Plaintiffs to file an application for attorneys' fees under EAJA on or before February 20, 2024, subject to any arguments that an application for attorneys' fees under EAJA was untimely as of October 31, 2023.

Respectfully submitted,

Dated:  November 22, 2023

ACLU FOUNDATION OF NORTHERN CALIFORNIA

*/s/ Bree Bernwanger*
Bree Bernwanger
Attorneys for Plaintiffs

ISMAIL J. RAMSEY United States Attorney

*/s/ Adrienne Zack*
Counsel for Federal Defendants

CASE NO. 3:20-CV-02731
STIPULATION AND [PROPOSED] ORDER
REGARDING EAJA FILING DEADLINE

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 22nd day of November, 2023 at Berkeley, California.

*/s/ Bree Bernwanger*

CASE NO. 3:20-CV-02731
STIPULATION AND [PROPOSED] ORDER
REGARDING EAJA FILING DEADLINE

## [PROPOSED] ORDER

Upon review of the Parties' stipulation, the Court hereby orders that Plaintiffs may file an application for attorneys' fees under EAJA on or before February 20, 2024, subject to any arguments that an application for attorneys' fees under EAJA was untimely as of October 31, 2023.

**IT IS SO ORDERED.**

Dated this ___ day of November, 2023

_____
Honorable Laurel Beeler
United States Magistrate Judge, Northern
District of California

CASE NO. 3:20-CV-02731
STIPULATION AND [PROPOSED] ORDER
REGARDING EAJA FILING DEADLINE