WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
BREE BERNWANGER (SBN 331731)
bernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS et al., | CASE NO. 3:20-CV-02731-LB |
| Petitioners-Plaintiffs, | **STIPULATION REQUESTING EXPEDITED REVIEW BY MAGISTRATE JUDGE** |
| v. | |
| MOISES BECERRA, et al., | |
| Respondents-Defendants. | |

JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
RACHEL A. SHERIDAN (SBN 230409)
rsheridan@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

WHEREAS Section V.B.2 of the Settlement Agreement (ECF No. 1205-1), provides that, after exchanging briefing related to a dispute that re-detention of a Class Member constitutes a material breach of the Settlement Agreement, "the Parties shall then jointly file a request for expedited resolution with the assigned magistrate judge concerning Plaintiffs' brief, ICE's response, Plaintiffs' reply, and any supporting evidence from either party"; and

WHEREAS such briefing concluded in the matter of Class Member Cesar Eduardo Miranda on December 12, 2023;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request that, pursuant to Section V.E.4 of the Settlement Agreement, the Court conduct expedited review of the attached briefing and supporting documents and hold a hearing to resolve the ongoing dispute.

Dated: December 12, 2023        Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA
*/s/ Stephanie Padilla*
Stephanie Padilla
Attorneys for Plaintiffs


ISMAIL J. RAMSEY
United States Attorney

*/s/ Shiwon Choe*
ADRIENNE ZACK
SHIWON CHOE
Assistant United States Attorneys
Attorneys for Federal Defendants


The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 12th day of December 2022, at Bakersfield, California.

*/s/ Stephanie Padilla*
Stephanie Padilla