WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
SEAN RIORDAN (SBN 255752)
sriordan@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
BREE BERNWANGER (SBN 331731)
bernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Petitioners-Plaintiffs*
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ANGEL DE JESUS ZEPEDA RIVAS, et al.,

Petitioners-Plaintiffs,

v.

MOISES BECERRA[1], et al.,

Respondents-Defendants.

CASE NO. 3:20-CV-02731-LB

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EAJA FILING DEADLINE**

---

[1] On July 17, 2022, Moises Becerra was appointed as Field Office Director ("FOD") for the U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") San Francisco Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), FOD Becerra is automatically substituted for former FOD David Jennings as a party in this case.

JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 543-9444

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted *Pro Hac Vice*

WHEREAS on August 30, 2023, the Court entered its Order Resolving Settlement Disputes (ECF No. 1291); and

WHEREAS on November 22, 2023, the Parties jointly requested an order permitting Plaintiffs to file an application for attorneys' fees under the Equal Access to Justice Act ("EAJA"), *see* 28 U.S.C. § 2412, on or before February 20, 2024 in order to afford the Parties additional time to engage in good faith fee negotiations (ECF No. 1292);

WHEREAS on November 27, 2023, the Court granted the Parties' request (ECF No. 1293); and

WHEREAS on February 15, 2024, the Parties informed the Court that the Parties had reached an agreement in principle that would fully resolve the issue but required additional time to finalize their agreement and requested an order permitting Plaintiffs to file their application on or before April 19, 2024 (ECF No. 1302); and

WHEREAS on February 16, 2024, the Court granted the Parties' request (ECF No. 1303); and

WHEREAS the Parties require a brief additional extension beyond April 19, 2024 to finalize their written agreement and accompanying documents pursuant to Federal Rules of Civil Procedure 23(e) and 23(h);

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby STIPULATE AND AGREE, and jointly request, that the Court issue an order permitting Plaintiffs to file an application for attorneys' fees under EAJA on or before May 17, 2024.

CASE NO. 3:20-CV-02731
STIPULATION AND [PROPOSED] ORDER
REGARDING EAJA FILING DEADLINE

Respectfully submitted,

Dated:  April 16, 2024

ACLU FOUNDATION OF NORTHERN CALIFORNIA

*/s/ Bree Bernwanger*
Bree Bernwanger
Attorneys for Plaintiffs

ISMAIL J. RAMSEY
United States Attorney

*/s/ Adrienne Zack*
Counsel for Federal Defendants

The undersigned attests that concurrence in the filing of this stipulation and proposed order has been obtained from all signatories. Executed this 16th day of April, 2024 at Berkeley, California.

*/s/ Bree Bernwanger*

CASE NO. 3:20-CV-02731
STIPULATION AND [PROPOSED] ORDER
REGARDING EAJA FILING DEADLINE

**[PROPOSED] ORDER**

Upon review of the Parties' stipulation, the Court hereby orders that Plaintiffs may file an application for attorneys' fees under EAJA on or before May 17, 2024.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2024 _____

Honorable Laurel Beeler
United States Magistrate Judge,
Northern District of California

CASE NO. 3:20-CV-02731
STIPULATION AND [PROPOSED] ORDER
REGARDING EAJA FILING DEADLINE