WILLIAM S. FREEMAN (SBN 82002)
wfreeman@aclunc.org
EMILOU H. MACLEAN (SBN 319071)
emaclean@aclunc.org
BREE BERNWANGER (SBN 331731)
bernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Petitioners-Plaintiffs
Additional Counsel Listed on Following Page

MANOHAR RAJU (SBN 193771)
Public Defender
MATT GONZALEZ (SBN 153486)
Chief Attorney
GENNA ELLIS BEIER (SBN 300505)
genna.beier@sfgov.org
JENNIFER FRIEDMAN (SBN 314270)
jennifer.friedman@sfgov.org
FRANCISCO UGARTE (SBN 241710)
francisco.ugarte@sfgov.org
KELLY ENGEL WELLS (SBN 338648)
kelly.wells@sfgov.org
OFFICE OF THE PUBLIC DEFENDER
SAN FRANCISCO
555 Seventh Street
San Francisco, CA 94103
Direct: (415) 553-9319
Facsimile: (415) 553-9810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL DE JESUS ZEPEDA RIVAS, et al., | CASE NO. 3:20-CV-02731-LB |
| Petitioners-Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF STIPULATION FOR ATTORNEYS' FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| MOISES BECERRA[1], et al., | |
| Respondents-Defendants. | |

[1] On July 17, 2022, Moises Becerra was appointed as Field Office Director ("FOD") for the U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") San Francisco Field Office. Pursuant to Federal Rule of Civil Procedure 25(d), FOD Becerra is automatically substituted for former FOD David Jennings as a party in this case.

JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
RACHEL SHERIDAN (SBN 230409)
rsheridan@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 543-9444

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARTIN S. SCHENKER (SBN 109828)
mschenker@cooley.com
JULIE M. VEROFF
jveroff@cooley.com (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

TIMOTHY W. COOK* (Mass. BBO# 688688)
tcook@cooley.com
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

## [PROPOSED] ORDER

WHEREAS, on May 17, 2024, the Court granted Plaintiffs' Motion for Preliminary Approval of Proposed Stipulation for Attorneys' Fees Under the Equal Access to Justice Act and found that the Fee Stipulation is fair, reasonable, adequate, and equitable, and is in both Defendants' and Plaintiffs' best interests (ECF No. 1308);

WHEREAS the Court approved the Parties' proposal for providing notice of their settlement agreement as to fees and costs;

WHEREAS the Parties complied with the notice process; and

WHEREAS the Parties have submitted a joint report informing the Court that no Class Member has objected to the Parties' settlement agreement as to fees and costs;

Good cause appearing therefor, the Court hereby **GRANTS FINAL APPROVAL** of the Fee Stipulation.

**IT IS SO ORDERED.**

Dated: July 26, 2024

_____
Honorable Laurel Beeler
United States Magistrate Judge, Northern
District of California

CASE NO. 3:20-CV-02731-LB
[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF
STIPULATION